# Exhibit AA

Filed Under Temporary Seal

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - -

Michelle Simha, as
Trustee for the
Next-of-Kin of Noah
Leopold,

                           Civil File No.
         Plaintiff,     24-CV-01097-JRT-DTS

    vs.

Mayo Clinic,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF NATHAN PRINCE

Volume I, Pages 1 - 69

August 13, 2024

    (The following is the deposition of Nathan
Prince, taken pursuant to Notice of Taking
Deposition, via video, at Mayo Clinic, Legal
Department, 100 2nd Street SW, Rochester,
Minnesota, commencing at approximately 9:09
a.m., August 13, 2024.)

## Page 2

1  APPEARANCES:
2  On Behalf of the Plaintiff:
3    Brandon Thompson
     CIRESI CONLIN LLP
4    225 South Sixth Street
     Suite 4600
5    Minneapolis, Minnesota 55402
6  On Behalf of the Defendant:
7    Andrew Brantingham
     DORSEY & WHITNEY LLP
8    50 South Sixth Street
     Suite 1500
9    Minneapolis, Minnesota 55402
10  ALSO PRESENT:
11    Ron Huber, Videographer
      Anna C. Messerly, Ciresi Conlin
12    Maggie Palmisano, Ciresi Conlin (via Zoom)
      Michelle Simha (via Zoom)
13    Norman Leopold (via Zoom)
      Karen Leopold (via Zoom)
14    Jenna Shulman (via Zoom
15
16          EXAMINATION INDEX
17  WITNESS       EXAMINED BY       PAGE
18  Nathan Prince   Mr. Thompson    8
19
20
21
22
23
24
25

## Page 3

1          P R O C E E D I N G S
2         MR. BRANTINGHAM:  So we're on the
3   record and making a record before the witness is
4   in the room.  It is Tuesday morning, the 13th of
5   August.  I want to address a couple of discovery
6   issues.  The first has to do with the disclosure
7   of the video used in Dr. Ternus' deposition on
8   August 12th, and I just want to make a record
9   that coun -- Mr. Thompson and I had a
10  conversation with Magistrate Schultz about the
11  issue.  At the end of the day of the 12th, my
12  understanding of the judge's order on the issue
13  is that we should proceed with the remaining
14  depositions.  I understood Mr. Thompson to
15  confirm to the judge and to me that plaintiff
16  will not be using any documents in the remainder
17  of these depositions that have not been produced
18  in discovery other than potentially medical
19  literature.  And my understanding of the judge's
20  order was that plaintiff is precluded from
21  referring to the video of Dr. Ternus, the
22  statements made in the video, or the testimony
23  about the video garnered yesterday, in any of
24  the remaining depositions.
25         Do you share that understanding, or is

## Page 4

1   there anything you want to correct about that?
2         MR. THOMPSON:  Yeah.  No, I think
3   that's an accurate recitation of our discussion.
4         MR. BRANTINGHAM:  Okay.  So that's that
5   issue.
6         The second issue has to do with Mayo's
7   production of emails responsive to plaintiff's
8   document requests.  We have been working on that
9   issue and communicating on that issue over the
10  last several days.  In responding to plaintiff's
11  document requests we engaged Mayo's internal
12  discovery group, as we typically do, to search
13  for responsive emails and produced those that
14  we -- that we found.  We learned last week in --
15  in meetings to prepare for these depositions of
16  a couple of emails that had not been located in
17  that search which led, I think, Mr. Thompson to
18  inquire, and led us to inquire, as to why those
19  were not found in the original searches.  It is
20  now -- we've now been able to discern, and I
21  don't have all the information on this yet, that
22  there needs to be broader searches, and we're
23  running those searches to ensure complete
24  production.  I, as I said, I don't yet know what
25  all the outcome of that will be, but we're

## Page 5

1   working on it literally as we speak.  I do think
2   there's some possibility that a few additional
3   emails may be located.  We are going to do our
4   best to produce any of those that we can to you
5   before the witness that it relates to sits down
6   for deposition.  But I don't -- I don't yet know
7   precisely how that process is going to unfold.
8         To the extent emails are discovered
9   after the -- after a deposition is completed,
10  we'll make that witness available to answer
11  questions about that email, if needed.  And I
12  think we can discuss, you know, how to -- how to
13  remedy any -- any potential problem that arises
14  from this, but wanted to make you aware of
15  the -- the additional search and what we're
16  doing about it.
17         I am not aware of any -- I'm not
18  presently aware of any responsive information
19  about Mr. Prince, who's the next deponent, so I
20  think we can proceed with that one.
21         MR. THOMPSON:  Okay.  Appreciate that.
22         MR. BRANTINGHAM:  Anything else you
23  wanted to add?
24         MR. THOMPSON:  I noticed there's a
25  video camera up there.

1    MR. BRANTINGHAM: Okay.
2    MR. THOMPSON: Is that recording?
3    MR. BRANTINGHAM: I have no idea.
4    MR. THOMPSON: It might be --
5    Maybe let's find that out, and also
6    find out if -- I doubt there's audio, but we've
7    been having conversations in here during breaks
8    and things like that, so it would be good to
9    know, especially in light of the hullabaloo
10   about the video yesterday, if I'm being recorded
11   without my knowledge or consent. It would
12   probably be good to know that, so --
13   MR. BRANTINGHAM: Okay. Well I -- I
14   can assure you if you are, you won't have it
15   sprung on you in a deposition. But I will find
16   out the answer to that question.
17   MR. THOMPSON: Okay.
18   MR. BRANTINGHAM: Okay. Thanks. I'll
19   go get the witness and we will proceed.
20   THE REPORTER: Okay. Off the record.
21   (Recess taken from 9:04 a.m. to 9:07
22   a.m.)
23
24
25

1    THE VIDEOGRAPHER: Good morning. We
2    are on the record. Today is August 13th, 2024.
3    The time is 9:07 a.m. Today's case caption is
4    Simha versus Mayo Clinic. The witness for
5    today's deposition is Nathan Prince.
6    At this time the attorneys for the
7    various parties will introduce themselves and
8    the court reporter will swear the witness.
9    MR. THOMPSON: Brandon Thompson along
10   with Anna Messerly for the plaintiff.
11   MR. BRANTINGHAM: Can we please get a
12   rollcall of the Zoom attendees as well?
13   MR. THOMPSON: You want to do your
14   appearance?
15   MR. BRANTINGHAM: Sure. Andrew
16   Brantingham on behalf of the defendant and the
17   witness.
18   MR. THOMPSON: And on Zoom today we've
19   got Maggie, Jenna -- Maggie Palmisano, my
20   paralegal, Jenna Leopold Shulman, Michelle
21   Simha, and then Norman and Karen Leopold are
22   going to be joining as able.
23   Is there anybody else on the Zoom?
24   (No response.)
25   MR. THOMPSON: All right. Okay. We're

1    good.
2    MS. SHULMAN: I do believe Norman and
3    Karen are now with Michelle. Is that correct?
4    MS. SIMHA: No. No, they're not here
5    yet, but --
6    MR. THOMPSON: That's okay.
7    MR. SIMHA: -- they should be in the
8    room.
9    MR. THOMPSON: Sounds good. All right.
10   You guys go ahead and mute, and then we'll get
11   started.
12   (Witness sworn.)
13   NATHAN PRINCE,
14   called as a witness, being first duly
15   sworn, was examined and testified as
16   follows:
17   EXAMINATION
18   BY MR. THOMPSON:
19   Q. Good morning.
20   **A. Good morning.**
21   Q. Have you ever had your deposition taken
22   before?
23   **A. This is my first.**
24   Q. All right. So just a couple of quick
25   ground rules to make sure that we're on the same

1    page, we get a nice, clean record, and we kind
2    of get this going as smoothly as we can. Okay?
3    **A. (Nodding.)**
4    Q. The first thing is you got to say
5    "yes." You can't just nod your head.
6    **A. Yes.**
7    Q. All right.
8    **A. Very good.**
9    Q. Try to avoid uh-huhs and huh-uhs
10   because those are difficult for the court
11   reporter to take down. Let's really try to
12   avoid talking over one another, because that
13   makes her job really hard. Understood?
14   **A. I'll do my best.**
15   Q. All right. Probably the most important
16   rule of a deposition is if any of my questions
17   are unclear to you in any way, I want you to let
18   me know so I can rephrase it, we can get on the
19   same page before you give an answer. Okay?
20   **A. Okay.**
21   Q. All right. So what is your current
22   role at Mayo?
23   **A. I'm currently a pretransplant**
24   **heart/lung coordinator.**
25   Q. Give me a 30,000-foot view of what your

1 job entails, please.
2     A. So I work with patients from the moment
3 they are first referred for consideration of
4 transplant through the point where they are
5 ultimately transplanted and handed off to the
6 post-transplant team. So in between that time
7 I, initially upfront, assist with record review
8 to see whether there are any reasons why upfront
9 a patient may not be a candidate or -- I don't
10 make that call, but I -- I do some record review
11 to provide to our leadership who decide, you
12 know, whether we can offer evaluation. Once
13 it's been determined a patient can come for
14 evaluation, I will place orders for the initial
15 evaluation when they come for that. I do a
16 teach session with them and then follow through
17 the process of the evaluation. Patients who --
18 at the end of the evaluation are determined
19 whether they are going to be offered transplant
20 right away or whether it's something perhaps
21 down the -- down the road that they could be a
22 candidate for or denied. If they're approved or
23 "deferred" is our term for being kind of in that
24 inter -- interim period, I would follow along.
25 I would be their primary contact person in

1 general in the con -- in the transplant center
2 and arrange for follow-up appointments. If they
3 have questions, I would reach out or direct them
4 to the appropriate person. I'm --
5     So I'm basically the main contact
6 person prior to the actual transplant. Not the
7 only person, but kind of the person who
8 intercedes a lot of messages.
9     Q. Is your role today different than it
10 was in August of 2023?
11     A. It is not.
12     Q. Okay. Is one of the things that you do
13 as part of your role entering information into
14 UNet?
15     A. It is.
16     Q. Some of the documents that we've been
17 provided in this case include -- I kind of refer
18 to it as like parameters for what sort of organs
19 Noah Leopold will be willing to accept, like
20 this geographic range, and this weight to this
21 weight, and this age to this age. You're
22 responsible for putting that information in
23 there?
24     A. I do enter that information.
25     Q. How would you decide what parameters to

1 use?
2     A. I do not make any of those decisions.
3 There are standard parameters that kind of, as a
4 default, apply unless we are instructed
5 otherwise.
6     Q. Got it.
7     Are you part of the selection
8 committee?
9     A. I am present. Yes.
10     Q. Given your answer and some of the
11 things you said previously, I'm guessing you
12 don't really have decision-making authority at
13 the selection committee, you're there as a
14 resource.
15     A. I would say I am free to voice any
16 concerns. My opinion is valued by the team.
17 I've never said that I am the sole disagreer on
18 something, so I'm not, you know -- or -- or the
19 sole proponent of something, you know. It's
20 taken as a group decision and I voice my
21 opinion, but I am probably a less-vocal member
22 in the selection conference, but I am present
23 and engaged.
24     Q. How many people typically sit on the
25 selection committee?

1     Is it a committee or conference? I
2 want to make sure I'm getting the terminology
3 right.
4     A. The committee is the group. We call it
5 selection conference is the -- the meeting.
6     Q. The process. Got it.
7     A. Yeah. There are --
8     So I take attendance as part of it.
9 Rough estimate would be, on an average week,
10 between 20 and 30 people.
11     Q. Oh, wow. Okay. Just for heart
12 transplants.
13     A. So --
14     That's a good question. I am a
15 heart/lung transplant coordinator, and the lung
16 transplant selection conference is at the same
17 time, so we will present heart and lung patients
18 at the same meeting. So there could be -- in
19 that attendance would be pulmonologists as well.
20     Q. Sure. Who, for somebody who's just
21 getting a solitary heart transplant, may or may
22 not weigh in on the conversation.
23     A. Correct. They just kind of sit in the
24 background. If -- if there is a question that
25 comes up regarding, you know, a general lung

Thompson Decl. Ex. AA

1 or -- you know, they might -- might answer
2 questions if asked as like a consultation. But
3 generally, the -- the group that is not
4 present -- or if it's a -- a lung, it's the lung
5 providers who are speaking. If it's a heart,
6 it's the heart providers who are speaking.
7    Q. Understood.
8     So one of your roles is to be an
9 educator for the patients; right?
10    A. That is correct.
11    Q. In looking at a lot of the materials
12 that we've been provided in this case, it looks
13 like certainly the doctors answer the patients'
14 questions, but you're sort of -- I don't know if
15 it's a function of you have more time or that's
16 just kind of more of your role -- but it looks
17 like you're delving a lot deeper into a lot of
18 these issues with patients. Am I right about
19 that?
20    A. I guess how I would phrase it is when
21 messages come in, they're -- I'm kind of the
22 filter before the provider. So messages, even
23 though someone sends in a message to a provider,
24 they get forwarded to me to kind of screen
25 first. Not every question that comes in needs a

1 provider response. If I'm confident in my
2 answer and do not feel the need to engage a
3 provider, I can take care of it. If it's
4 outside of my scope of practice, I will provide
5 a little summary and my question, and then
6 forward it on to a provider to give expert
7 opinion or advice.
8    Q. Would I be correct in assuming that
9 sort of a formal ultimate informed-consent
10 discussion would not be something that you would
11 be doing with the patient?
12    MR. BRANTINGHAM: Object to form and
13 foundation as to the definition of a "formal
14 ultimate." Go ahead if you're able.
15    A. Are you referring to informed consent
16 for the transplant procedure?
17    Q. Yeah.
18    A. Okay. I would have nothing to do with
19 that. I --
20    As part of my education, I -- and
21 Noah's a little different because he started the
22 process before I was a transplant coordinator --
23 but the informed consent I obtain from patients
24 is saying that they want to proceed with the
25 evaluation, that they understand what's involved

1 in the evaluation. I do not have anything to do
2 with consent for the actual transplant
3 procedure. My -- my understanding is when an
4 offer is made, the -- one of the providers,
5 whether the surgeon or the -- the medical
6 cardiologist in the hospital, would go and
7 obtain the -- the consent from them.
8    Q. Because you act as a point person or a
9 liaison for the patients, certainly you have a
10 lot of information about the patient and what
11 their preferences are and what their concerns
12 are and things like that. Right?
13    A. It varies from patient to patient based
14 on how well I get to know them.
15    Q. Sure. Do you remember Noah Leopold?
16    A. Very well.
17    Q. Would you agree with me that on the
18 spectrum of patients who had a lot of questions,
19 he would be a -- pretty far on the side of lots
20 of questions?
21    A. That would be accurate.
22    Q. Can you think of a patient that you've
23 dealt with that had more involved and in-depth
24 questions than Noah Leopold did?
25    A. As far as questions, I would say he was

1 probably the -- he -- I would, with confidence,
2 say he had the most questions that I can recall
3 of my patients.
4    Q. And for how long have you been doing
5 this job?
6    A. I will be in this position for three
7 years at the end of this month.
8    Q. How many patients do you think you've
9 acted as the liaison to at Mayo, roughly?
10    A. Two hundred maybe. That's just a
11 ballpark.
12    Q. No. That's fair.
13    How knowledgeable are you about the --
14 the process of what happens once an offer comes
15 in?
16    A. I have a vague 30,000-foot view of what
17 happens.
18    Q. Okay. I'm going to delve into that a
19 little bit with you because you've got some
20 understanding of it, and I'm trying to kind of
21 get my head wrapped around the way that this
22 process works.
23    So number one, somebody's got to be
24 accepted and listed for transplant; right?
25    A. Correct.

1  Q. And then once they're listed for
2  transplant, data would be put into UNet sort of
3  to try to capture what sort of organ that person
4  would be offered. Is that fair?
5  A. Yes, more or less.
6  Q. When I look at the parameters that were
7  entered for Noah Leopold, to a layperson it
8  looks like an extraordinarily broad parameter.
9  And so my question to you is: Is that
10  intentional? Is the goal to kind of cast a wide
11  net so that a lot of different offers will come
12  in so that the transplant doctors have lots of
13  options to choose from?
14  MR. BRANTINGHAM: Object to the form.
15  Go ahead if you're able.
16  A. That is my understanding. So the --
17  the --
18  My understanding is they have cast --
19  exactly, your words exactly -- cast a broad net.
20  It doesn't mean that they accept anything, it
21  just means they want the opportunity to look at
22  things.
23  Q. Right. And that makes sense.
24  A. A lot of things do not meet criteria
25  and are immediately excluded from consideration;

1  others have closer look.
2  Q. Yeah. I mean, for example, the maximum
3  acceptable donor weight that was put into UNet
4  for Noah Leopold was 265 kilograms.
5  A. Yes.
6  Q. Nobody was going to try to put the
7  heart of a 500-some-pound person into Noah
8  Leopold; right?
9  A. That is somewhat speculation on my
10  point, but that was my -- that would be my
11  understanding.
12  Q. Yeah. Fair enough.
13  All right. Tell me in a nutshell --
14  you said that you remember Noah very well --
15  tell me what you remember about him.
16  A. So he had been followed by the program
17  for a number of years. When I took over in the
18  role, he was already well established. What I
19  recall was I don't believe we actually saw him
20  super frequently when things were stable the
21  first year or two that I cared for him, but
22  when -- when he did reach out it was kind of
23  usually in a barrage of a lot of questions, kind
24  of a -- little period of intensity and a lot
25  of attention given to his case, and then I would

1  not hear from him. When --
2  In the months preceding to when we
3  decided it was time to list him for transplant,
4  things had been going worse for him back in
5  Florida, a lot of rhythm -- heart-rhythm issues,
6  and he was reaching out on a regular basis. Not
7  even necessarily for transplant-related things,
8  but just because he valued our opinion and
9  wanted his transplant team back here in the
10  overall kind of aware of the situation and
11  seeing if there's any other guidance they would
12  give. So he definitely reached out to us as
13  like a -- source of confidence, but he did
14  have a lot of questions. He was not hesitant to
15  voice those questions. So I received a lot of
16  messages from him throughout the -- probably the
17  eight months prior to transplant listing that I
18  worked with him closely with.
19  Q. Did you ever get the sense that there
20  was anything that the transplant team was asking
21  Noah to do that he wasn't doing?
22  MR. BRANTINGHAM: Foundation, but you
23  can go ahead.
24  A. I -- I think that he valued our opinion
25  and they gave it. He was an anxious gentleman,

1  so I think it took time for him to compute what
2  the recommendations were. I -- I don't think
3  that he was forced to do anything, if that's
4  what you're asking.
5  I guess I don't -- could you --
6  Q. Yeah. So let me just give you an
7  example. I'm guessing that --
8  Well one of the things that you really
9  want transplant patients to do before their
10  transplant is eat a healthy diet and get
11  exercise and kind of get themselves in the best
12  shape that they can --
13  A. Uh-huh.
14  Q. -- for the transplant. Fair?
15  A. Yep.
16  Q. I'm guessing that there's some patients
17  who, even though you tell them "Look, we really
18  think you need to do this," they don't exactly
19  follow through on your recommendations. Is that
20  fair?
21  A. Sure. There's always issues with
22  certain patients' compliance.
23  Q. Sure. And not just with diet and
24  exercise, but lots of different things with
25  compliance; right?

1     **A. Yes.**
2     Q. Did you have any concerns along the
3 lines of compliance with Noah?
4     **A. I did not.**
5     **(Discussion off the record.)**
6 BY MR. THOMPSON:
7     Q. Okay. So one of the things that we
8 received from Mayo in the course of this
9 lawsuit --
10     One of the things that happens in these
11 lawsuits is both sides get to make requests to
12 the other side for -- to have documents sent to
13 them, and as you imagine, we got tens of
14 thousands of pages of documents about Noah. One
15 of the things we got is an email that you sent
16 on Wednesday, August 16th to the DL Transplant
17 Listing.
18     **A. Listing. Yeah. I --**
19     Q. What is that?
20     MR. BRANTINGHAM: Can I get the Bates
21 number on that document?
22     MR. THOMPSON: Oh, yeah. 25200.
23     **A. So I -- I -- I know that date because I**
24 **looked up things before I came in. That would**
25 **have been the date in which I listed him for**

1 **transplant in UNOS.**
2     Q. Yep. Who's on the DL RST Transplant
3 Center HL Transplant Listing?
4     **A. It's an enormous list. I couldn't tell**
5 **you everyone.**
6     Q. Fair enough.
7     **A. I believe when I send it out it says**
8 **something like 84 recipients.**
9     Q. It's a --
10     Whenever you list somebody for a
11 transplant, it's kind of an email blast that
12 goes out to anybody who that may be relevant to.
13     **A. Correct.**
14     Q. One of the things that you say in this
15 email --
16     I'm gathering you reviewed this email
17 before your deposition.
18     **A. I did not look closely at it. I mean**
19 **the -- if it's the email that went for the**
20 **listing, it's a standard email that gets filled**
21 **in. It's a copy-and-paste from a document**
22 **that's put in Epic -- or in the medical record**
23 **that just shares the same information for team**
24 **awareness, but --**
25     Q. It looks to me -- and we're going to

1 have to do this together because we've only got
2 one copy -- it looks to me like there's actually
3 a nar -- this is not a cut-and-paste. This is a
4 narrative that you put together at the top of
5 the email; right?
6     **A. Yep. And so --**
7     Q. Hold on.
8     MR. BRANTINGHAM: Let him finish the
9 question.
10     **A. Oh, my -- my fault.**
11     Q. Yeah. That's okay.
12     Just let me ask my questions --
13     **A. Uh-huh.**
14     Q. -- and then -- I know you want to
15 explain something, and that's great. We'll do
16 that in a sec, but we just got to make sure we
17 get a clean record.
18     So there's kind of a narrative at the
19 top that you put in; right?
20     **A. That's correct.**
21     Q. And then below that, starting here and
22 going on to the next page, --
23     **A. Uh-huh.**
24     Q. -- that's the cut-and-paste stuff
25 that's coming out of the system; right?

1     **A. Correct.**
2     Q. Okay. What were you trying to tell me
3 before I so rudely cut you off?
4     **A. I was going to basically say what you**
5 **were saying. Yep.**
6     Q. Gotcha.
7     **A. Most of it is pulled in from -- from**
8 **prefilled fields in the medical record, but**
9 **that -- at that top, if there's any additional**
10 **pertinent information, we will put in a little**
11 **comment.**
12     Q. One of the things that came from the
13 record is that a -- he's got a Karnofsky score
14 of 30 percent. And I'll tell you there's other
15 places in the record where his Karnofsky score,
16 at admission, is listed at 90.
17     **A. So --**
18     Q. Can you shed any light on the
19 discrepancy?
20     **A. My -- I'd have to look at --**
21     So when he was first admitted, I'm
22 **assum --**
23     He was admitted with a balloon pump, so
24 **that automatically -- his physical ability to**
25 **get around may not have been inhibited, but the**

Thompson Decl. Ex. AA

## Page 26

1 fact that he was now attached to, you know, 12
2 EGC leads, a pump in his arm, an IV pole, his
3 ability to get around without assistance was
4 altered because of the fact that he was
5 connected to so much machinery that really
6 required staff assistance, because it would put
7 him at risk if he was trying to do things
8 independently.
9     Q. Of pulling things out.
10     A. Correct.
11     Q. Lines and things like that.
12     A. Exactly.
13     Q. So when this says "Karnofsky Score: 30%
14 - Severely Disabled," nobody should interpret
15 that as being a comment on his like physical
16 status.
17     MR. BRANTINGHAM: Object to the form.
18     A. My --
19     Yes, I can understand how you read
20 that. It's more that hospitalization is
21 indicated. It's trying to fit the picture of
22 what's happening to your that correlates.
23 But within that, you know, there's certain
24 people who are certainly sicker, more bedbound
25 and confined who could also have a similar

## Page 27

1 score.
2     Q. Yep. But that wasn't Noah; right?
3     A. Correct.
4     Q. He was actually, from a --
5     I mean obviously his heart was bad
6 because he needed a heart transplant, but
7 overall he was in pretty doggone good health
8 other than that; right?
9     MR. BRANTINGHAM: Foundation.
10     A. His heart was very sick, but he had
11 remained -- I wouldn't -- don't know if the word
12 is compensated, but he was, you know, still out
13 and about, had been able to do a lot of things
14 of daily living. I know before he came in, one
15 of the questions he'd asked was whether he'd be
16 able to do rehab and exercise, like these things
17 were important to him and he would like --
18     As you had pointed out, it's important
19 to us to keep patients fit, and so I would
20 agree, he -- he was -- had a sick heart, but he
21 was doing his best to be as fit as possible.
22     Q. He was listed as a status 2
23 automatically because he had that balloon pump
24 in place; right?
25     A. That is correct.

## Page 28

1     Q. I assume that you've been involved in
2 caring for lots of patients who were status 2.
3     A. Yes.
4     Q. On the spectrum of sort of overall
5 strength and how well they were doing, where
6 would Noah fall in terms of status 2 patients?
7     MR. BRANTINGHAM: Form and foundation.
8 Go ahead if you're able.
9     A. It's difficult to say. He's -- he was
10 young, and I think the feeling was he had a
11 really bad heart, but because he was young he
12 had compensated, he might have looked better
13 than what his heart numbers really said. And
14 that was the concern, that he was kind of a --
15 things could change at any time, and where he --
16 he had gotten away without a lot of other
17 issues, that could quickly change.
18     I would be honest, there's a whole
19 range. We've definitely had people with status
20 2s that are on balloon pumps who are sicker.
21 We've definitely had people who are similar to
22 him. So I would say definitely leaning on the
23 health -- or on the -- like the more-fit side,
24 but kind of middle of the pack on the fit side.
25     Q. Got it. I appreciate that.

## Page 29

1     One of the things that you say in this
2 email to -- this email blast, "per discussion
3 yesterday, he currently remains undecided about
4 Hep C+ and DCD donors and his listing reflects
5 this." Do you recall the discussion that you
6 had with Noah about his unwillingness -- or his
7 undecidedness about --
8     A. Uh-huh.
9     Q. -- those two categories of donor?
10     A. I don't have a -- specific
11 recollection of the conversation.
12     Q. Okay. You go on to say, "His hope is
13 that by being listed Status 2, he would get an
14 offer without these attributes." What does that
15 mean?
16     A. So he --
17     You know, like I said, he was -- he was
18 very cautious and I -- these topics had prob --
19 the topics of hepatitis C and -- and DCD had
20 likely been discussed with him prior to myself
21 with other providers, but it wasn't clearly
22 documented anywhere so I would have inquired
23 whether he had made a decision. Following that
24 discussion, he indicated that he was not ready
25 to make a decision and was feeling uncertain

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. AA

1  about those donors. That's not uncommon.
2  Sometimes patients, you know, when they are
3  learning things, they're just overwhelmed with
4  all the different things they need to consider
5  and so they're not ready to make an answer. But
6  it is something that in order -- on UNet it is
7  something that I need to select to opt into to
8  allow those particular donors to filter through
9  so that they can be considered. If a patient
10 hasn't clearly consented to that, I will not
11 open that -- up those fields in UNOS.
12     So when he said he hopes that he would
13 be transplanted without it, he was status 2, so
14 you -- patients are coming up high on the list
15 in general because it's a high-urgency status,
16 and my understanding was he hoped he didn't need
17 to make a decision about that and -- but
18 regarding --
19     Q. Because in --
20        Let's see if I can put it in kind of
21 layman's terms here to --
22        Taking a DCD heart or hep C is sort of
23 a little bit of a compromise; right?
24        MR. BRANTINGHAM: Object to the form
25 and foundation.

1     Q. And if you don't understand what I'm
2  saying --
3     A. No. I understand what you're saying.
4  I'm just --
5     Q. Ideally you wouldn't have to take a DCD
6  heart; right?
7     A. So I don't know if that's accurate.
8  It's the less-traditional donor group. It's
9  something they've been doing more and more.
10 My -- what I have been told is long-term
11 outcomes are similar, and so the -- the team
12 feels that they're a -- some -- an option that
13 should be considered. Whether it's a
14 compromise, I do not know. All I know is that,
15 as a group, our team wants to have the option to
16 look at those offers.
17     Q. Sure.
18        MR. BRANTINGHAM: When you hit a break
19 point, can we just take two minutes?
20        MR. THOMPSON: Yeah.
21        MR. BRANTINGHAM: Is this a good
22 moment?
23        MR. THOMPSON: No, just let me
24 finish -- just let me finish this up.
25     Q. There are risks associated with taking

1  a heart from a hep-C-positive donor that don't
2  exist in the patient who doesn't have hepatitis
3  C; right?
4     A. A known risk. Yeah.
5     Q. Sure. Ideally a patient would get a
6  heart that doesn't have the hepatitis C virus;
7  right?
8     A. I don't --
9        I think it's -- it's a challenging
10 question because, you know, the reality is it's
11 very difficult to find the very picture-perfect,
12 no-risk-factors like heart. The -- we don't
13 want people dying on the waitlist because they
14 haven't been able to be transplanted. So it
15 feel -- it is certainly something that takes
16 extra preparation and additional -- potentially
17 additional treatment, but the feeling is that
18 there is a good treatment plan should a patient
19 contract hepatitis C where the -- the potential
20 risks are much less than the potential of having
21 to wait for extended periods of time to get a
22 heart.
23     Q. But ultimately it's the patient's
24 decision to decide how they want to weigh those
25 risks; right?

1     A. So a patient always has the ability to
2  turn down an offer when it is accepted. If a
3  surgeon offers -- or accepts an offer that --
4  you know, if -- if, in this hepatitis C example,
5  if a patient has consented to consider those
6  offers and the surgical team feel this is a good
7  offer, the patient does have the -- the ability
8  to turn down an offer. They -- that is
9  something that is granted them.
10     Q. Well of course. I mean the -- it's the
11 patient's --
12     A. So they get --
13     Q. The patient ultimately has the right --
14        MR. BRANTINGHAM: Hold on.
15     Q. The patient ultimately has the right to
16 decide when the doctor is going to cut their
17 heart out and then which other heart they're
18 going to take and put inside their body. That's
19 the patient's decision.
20        MR. BRANTINGHAM: Is that --
21 What's the question, yes or no --
22        MR. THOMPSON: Yeah.
23        MR. BRANTINGHAM: -- to that statement?
24     A. They always have the ability to turn
25 down an offer.

9 (Pages 30 to 33)

Thompson Decl. Ex. AA

1  Q. Based on your conversations with Noah
2  Leopold, the question of whether a donor heart
3  that was being offered for him was a DCD heart
4  would have been a significant factor to him;
5  right?
6      MR. BRANTINGHAM: Foundation.
7      **A. I can't say what he would think is**
8  **significant. He did have a lot of questions.**
9  **If it was a DCD offer, my understanding is that**
10 **would have been informed to him -- or he would**
11 **have been informed of that.**
12     Q. Why can't you say that it would have
13 been significant to him given the fact that you
14 had a specific conversation with him about it
15 and he said, "Boy, you know what, I'm just not
16 sure yet whether I want to go with a DCD heart?"
17     **A. Well if -- if that was the case, we**
18 **would have never let DCD offers come through.**
19 **So the only time -- the only way he would**
20 **have --**
21     **If he said he is not interested in DCD**
22 **and he was not listed for DCD, then I would have**
23 **not put in a DCD -- accept DCD for an offer.**
24     Q. And you didn't.
25     **A. That's my understanding.**

1      Q. Right.
2      **A. We've got the papers.**
3      Q. So again, whether it was a DCD heart or
4  not obviously was significant to Noah, because
5  he said if it's DCD, I don't want it; right?
6      **A. That was his -- that was --**
7          **He didn't say I didn't want it. He**
8  **didn't -- wasn't ready to make a decision on it,**
9  **so he was not ready to consider those.**
10     Q. Well and changes were made to the UNet
11 parameters for Noah. Are you aware of that?
12     **A. So I am not aware of changes that were**
13 **made. Once a patient goes into the hospital, my**
14 **direct --**
15         **So there is an inpatient team, and I**
16 **listed him initially to -- because I was well**
17 **acquainted with him. But basically after the**
18 **16th I was not his primary person of contact or**
19 **the person who would have been contacted to make**
20 **changes.**
21     Q. Understood.
22         MR. THOMPSON: We can go ahead and take
23 that break now.
24         THE REPORTER: Okay. Off the record.
25         (Recess taken from 9:41 a.m. to 9:43

1  a.m.)
2      THE VIDEOGRAPHER: We're on video.
3      THE REPORTER: We're on the record.
4      MR. THOMPSON: Before we go back and
5  ask questions, we -- we took a short break, and
6  during the break Mr. Brantingham was conferring
7  with the witness out in the hallway. I think
8  that happened multiple times yesterday. In
9  fact, during Dr. Ternus' deposition, we took a
10 break, a lengthy break, and when we came back, Mr. Brant --
11 when we came back, Mr. Brantingham asked Dr.
12 Ternus a series of transparently leading
13 questions that ultimately led to Dr. Ternus
14 giving completely different testimony than he
15 had given just a few minutes before. The law in
16 federal court is clear, depositions are supposed
17 to proceed as if it is testimony at trial and
18 attorneys are not allowed to confer with
19 witnesses during the course of the deposition.
20 Mr. Brantingham has asked me to cite him law on
21 that. Just one case right off the top of our
22 heads here is Security National Bank of Sioux
23 City Iowa versus Abbott Laboratories,
24 C11-4017-MWB. That's out of the Northern
25 District of Iowa Western Division, July 28th,

1  2014. I would be happy to provide Mr.
2  Brantingham with dozens of other cases that say
3  the same thing.
4      MR. BRANTINGHAM: Can you give me a
5  cite for that?
6      MR. THOMPSON: You --
7          No, it's on Google Scholar. I just
8  gave you the case number.
9          You cannot confer with a witness during
10 the deposition about their testimony. That is
11 just like one of the most basic rules, and it
12 has happened and it needs to stop.
13     MR. BRANTINGHAM: Can you give me the
14 case number of that one more time and the
15 caption?
16     MR. THOMPSON: Yep. Security National
17 Bank of Sioux City versus Abbrot -- Abbott
18 Laboratories, Case Number -- I think there might
19 be a V missing, CV -- I think it's CV --
20 11-4017-MWB, it's Judge Bennett, July 28th,
21 2014. There's lots of other cases that stand
22 for the same proposition. You can't coach a
23 witness while they're on -- if they're in the
24 middle of a deposition. You just can't do that.
25     MR. BRANTINGHAM: And just for --

Thompson Decl. Ex. AA

1      MR. THOMPSON: And you clearly did --
2  Well just hold on. Let me finish.
3      MR. BRANTINGHAM: Sure. Go ahead.
4      MR. THOMPSON: You clearly did that
5  with Dr. Ternus. There is no way that he
6  answers my questions, my very clear questions,
7  we take a break, you take him in the back room,
8  you come back, ask him a bunch of leading
9  questions, and he gives fundamentally different
10  testimony trying to walk back what he just told
11  me. And you're going to say on the record that
12  you didn't talk to him about the questions that
13  you were going to ask him? Are you really going
14  to say that?
15      MR. BRANTINGHAM: I'm not going to
16  answer questions about my privileged
17  conversations --
18      MR. THOMPSON: I didn't -- I didn't
19  think so.
20      MR. BRANTINGHAM: -- with my clients,
21  Brandon.
22      MR. THOMPSON: I didn't think you'd be
23  willing to go on the record saying that you
24  didn't talk with him about his testimony and
25  about the questions you were about to ask him,

1  because you know full well that you did that and
2  the transcript makes that transparently clear.
3  You also have been coaching these -- not this
4  guy today, that's -- I appreciate that --
5  yesterday, particularly during Al -- Dr.
6  Altarabsheh's deposition, the coaching of the
7  witness during the deposition. So I've made my
8  record. I hope it doesn't continue.
9      MR. BRANTINGHAM: Okay. I'd like to
10  I'd like to respond if I could.
11      MR. THOMPSON: Sure.
12      MR. BRANTINGHAM: I'm happy look at
13  these cases. I'm looking at the one you just
14  cited. I don't think it says what you claim it
15  says at all, and I guess we'll read the law and
16  we'll have a debate about it. I've been doing
17  this for a long time. I know you have, too.
18  Like this ain't my first rodeo, Brandon. I know
19  it's not your first rodeo. I've made my
20  objections. I'm comfortable with them. I'm
21  comfortable with how I'm doing this.
22      MR. THOMPSON: Well --
23      MR. BRANTINGHAM: You ask a lot of
24  deeply inappropriate questions and I'm going to
25  object to them. And when you start shouting at

1  witnesses, when you start interrupting
2  witnesses, when you start trying to manipulate
3  witnesses, and by the way, when you spring
4  discoverable information that you withheld on a
5  witness in order to manipulate him and affect
6  his testimony, I'm going to make an issue of it.
7  So if you want to --
8      Again, the judge is waiting to talk to
9  us. If you want to get on the phone with the
10  judge and ask him if I'm allowed to talk to my
11  clients, let's do it, but I'm going to do what
12  I'm going to do. And if you think there's an
13  issue about that that needs to be addressed
14  before we proceed through the rest of these,
15  let's get it addressed.
16      MR. THOMPSON: No. I'm just putting on
17  the record that blackletter law says you cannot
18  coach a witness during a deposition when you
19  take a break. You say you've been doing this a
20  long time. I know you have. The fact that
21  you've been doing this a long time and you don't
22  know that is actually tremendously concerning.
23      MR. BRANTINGHAM: Okay.
24      MR. THOMPSON: And your statement on
25  the record is making it very clear that you did

1  coach the witness during breaks and you just
2  think that you're allowed to do that because you
3  disagree with my interpretation of the law.
4  That's fine. You're wrong. I don't have to get
5  the judge on the phone. We're going to go ahead
6  with this witness, and we'll go ahead with the
7  other witnesses as well. I've made my record.
8      But Andrew, the fact that you think the
9  law allows you to coach a witness in the middle
10  of a deposition during a break is ridiculous
11  and --
12      MR. BRANTINGHAM: I didn't say that
13  that's what I'm doing.
14      MR. THOMPSON: You -- you absolutely --
15      MR. BRANTINGHAM: You would love to
16  believe that, and you also have no idea what
17  conversations we have.
18      MR. THOMPSON: You're right, I don't,
19  but the record makes it clear that you coached
20  the witness, and the fact that you're not
21  denying it makes that even more clear.
22      So it's fine. Let's go ahead and
23  continue with the deposition.
24      Yep.
25      THE REPORTER: We're still on. Yep.

Thompson Decl. Ex. AA

1      MR. THOMPSON: Oh great. Okay. I
2 didn't know if you were on the video already.
3      THE VIDEOGRAPHER: Yep. We're on
4 video.
5 BY MR. THOMPSON:
6     Q. All right. Do you know anything about
7 the donor heart that was attempted to be
8 transplanted into Noah?
9     **A. I have no knowledge of the donor heart.**
10     Q. Do you have any knowledge whatsoever of
11 what happened when Dr. Villavicencio tried to
12 transplant that heart into Noah?
13     **A. Not specific knowledge. It --**
14     **I have a very base knowledge of what**
15 **I've heard, that the heart initially looked**
16 **good, that something changed between when --**
17     **My understanding was a hematoma**
18 **developed at some point which made the donor**
19 **heart that was previously viable no longer**
20 **viable. That is the extent of my knowledge**
21 **of -- and that was all secondhand based on what**
22 **I had just heard.**
23     Q. Fair enough.
24     Do you know anything about the OCS?
25     **A. Very little. I know it is utilized to**

1 **support organs in transport. I do not know when**
2 **it is opted to be used. It is just something in**
3 **the surgeon's toolkit, but I don't know the**
4 **criteria for when it's used and how it**
5 **functions. I have never even seen the device.**
6 **I just know it exists and that they use it**
7 **sometimes.**
8     Q. Is talking to patients about the
9 possibility that the OCS heart will be used part
10 of what you do in your education?
11     **A. Not usually. Every once in a while**
12 **someone will ask if a heart in a box is used and**
13 **I will just give a -- a generic, broad answer of**
14 **"They can be utilized sometimes, but not**
15 **always."**
16     Q. And as for specific questions about the
17 risks and benefits of the use of the OCS heart,
18 you'd send the patient to somebody else to
19 answer those questions.
20     **A. That's correct.**
21     Q. All right. Based on what you know
22 about Noah, if somebody had told him that the
23 OCS heart was going to be used for his donor
24 heart, do you think maybe he would have had some
25 questions about that?

1      MR. BRANTINGHAM: Foundation.
2     **A. I do not know for certain. He had**
3 **questions about everything, so it would seem**
4 **likely that he may.**
5     Q. Did you know that the donor heart, that
6 ultimately fell apart when Dr. Villavicencio
7 tried to transplant it, came from a meth addict?
8     **A. I had no knowledge of that.**
9     Q. Do you think that would have been
10 something that Noah would have had some
11 questions about?
12      MR. BRANTINGHAM: Foundation.
13     **A. I can't really say. I mean there are**
14 **limits to what can be shared about -- for donor**
15 **anonymity, but I -- he may have been interested.**
16     Q. And interested probably not in a good
17 way. Right? Like based on what you know about
18 Noah Leopold, he probably would have -- would
19 not have been excited about the idea that the
20 donor heart was coming from a meth addict. Can
21 we at least agree on that?
22      MR. BRANTINGHAM: Foundation.
23     **A. I can't predict what he would have**
24 **said, but he -- it's possible.**
25     Q. It's not just possible. Can't you and

1 I agree, based on what you know about Noah
2 Leopold -- I'm not asking you to say with
3 certainty because of course you can't know
4 anything for certain -- can't you at least agree
5 with me that if Noah Leopold had found out that
6 the heart they were planning on putting in his
7 chest was coming from a meth addict, he would
8 have been concerned?
9      MR. BRANTINGHAM: Foundation and asked
10 and answered.
11     **A. I can't say --**
12     **I can't tell you exactly what he**
13 **would --**
14     Q. I'm not asking you exact. I'm not
15 asking you certain. I'm asking you probably.
16     Based on what you know about that guy,
17 come on, can't you agree that he probably would
18 have been concerned?
19      MR. BRANTINGHAM: Same objections,
20 asked and answered a couple times now. Answer
21 it one more time.
22     **A. I cannot tell you what he would have**
23 **been concerned about.**
24     Q. I know you can't tell me what he would
25 have been concerned about. That's why I am

Thompson Decl. Ex. AA

1 phrasing my question the way that I am,
2 "probably." He probably would have been
3 concerned. Or are you going to say, under oath,
4 that you can't say that this guy, who had more
5 questions than anyone you've ever dealt with,
6 200 patients, that you don't think he would have
7 been concerned about that heart coming from a
8 meth addict?
9 　　　MR. BRANTINGHAM: So I'm going to
10 object. This is an example of one of those
11 questions, Brandon, that's totally
12 inappropriate. He's now answered the question
13 multiple times.
14 　　　MR. THOMPSON: No, he hasn't.
15 　　　MR. BRANTINGHAM: You're just asking
16 him the same questions and you're trying to
17 bully him into giving an answer that you want.
18 　　　MR. THOMPSON: No. I want him to
19 answer --
20 　　　MR. BRANTINGHAM: You don't like the
21 answer.
22 　　　MR. THOMPSON: I'm sorry. I would like
23 him to answer the questions I'm asking, not a
24 different question. You may think that he has.
25 I don't think that he has. And I'm going to

1 keep at it until I think I've gotten an
2 answer --
3 　　　MR. BRANTINGHAM: Okay.
4 　　　MR. THOMPSON: -- to my question.
5 　　　MR. BRANTINGHAM: And I --
6 He's going to answer it one more time.
7 　　　MR. THOMPSON: He's going to --
8 　　　MR. BRANTINGHAM: And if you're going
9 to ans -- if you're going to ask the same
10 question over and over again, we will have to
11 call the judge --
12 　　　MR. THOMPSON: That's fine.
13 　　　MR. BRANTINGHAM: -- because there has
14 to be a limit.
15 　　　MR. THOMPSON: I -- I would be -- I
16 would be happy -- happy to get the judge on the
17 phone --
18 　　　MR. BRANTINGHAM: Okay.
19 　　　MR. THOMPSON: -- and have you explain
20 to him how when I say "Can you agree that he
21 probably would have been concerned about that,"
22 Mr. Prince saying "I can't say with certainty
23 what he would have said" is an answer to that
24 question. It's not. It's not an answer to that
25 question. It's an answer to a different

1 question that I didn't ask. I didn't ask him
2 "Can you say with certainty that Noah Leopold
3 would have been concerned." I asked him
4 "probably." And if his answer to that is, "You
5 know what, I can't even say that he probably
6 would have been concerned," -- I think that that
7 answer, given his previous testimony about what
8 he knows about this man, would be ridiculous --
9 but that would be an answer to my question and
10 I'll take it. Do you understand what I'm
11 saying?
12 　　　MR. BRANTINGHAM: I hear the words
13 you're saying.
14 　　　MR. THOMPSON: But do you understand?
15 　　　MR. BRANTINGHAM: I think you're wrong.
16 　　　MR. THOMPSON: You can -- you can think
17 that all day long.
18 　　　MR. BRANTINGHAM: And what I'd like to
19 do is either you can ask the question you want
20 to ask about "probably" and take the answer that
21 he gives you, ask it as clear as you can without
22 a lot of extra words trying to influence the
23 witness. Just ask the question, have him answer
24 it. Otherwise we can go back and read back the
25 last three or four questions.

1 　　　MR. THOMPSON: See, this is another
2 example of you telling me how to conduct the
3 deposition. I don't need that. As -- as you
4 recognize, I've been at this a long time, too.
5 I know how to conduct a deposition.
6 　　　MR. BRANTINGHAM: Uh-huh.
7 　　　MR. THOMPSON: You may not like it, --
8 　　　MR. BRANTINGHAM: Uh-huh.
9 　　　MR. THOMPSON: -- I get that. But I
10 don't need your instruction or your advice about
11 how to ask questions. If you have an objection,
12 make the objection. If you're going to instruct
13 him not to answer, instruct him not to answer,
14 but you better give the grounds for it.
15 BY MR. THOMPSON:
16 　　Q. So now I'm going ask my question again.
17 And if my question is not capable of being
18 answered with a yes or a no, please let me know.
19 Okay?
20 　　**A. Okay.**
21 　　Q. You understand?
22 　　**A. Yes.**
23 　　Q. Based on what you know about Noah
24 Leopold, can't you agree that he probably would
25 have been concerned if he had found out that

13 (Pages 46 to 49)

1 Mayo was planning to transplant a heart that had
2 come from a meth addict?
3        MR. BRANTINGHAM: Object to foundation.
4 Go ahead.
5    **A. Based on what I know about him, he had**
6 **many questions. He probably --**
7        **Yes, he would have been interested.**
8    Q. "Concerned" was my question.
9    **A. He would have had questions.**
10   Q. Also wasn't --
11   **A. That is all I'm willing to say.**
12   Q. You're not willing to say that he would
13 have been concerned, just that you think he
14 would have had questions.
15       MR. BRANTINGHAM: I think he just
16 answered that, but go ahead.
17       MR. THOMPSON: I'm making sure, because
18 that was --
19       MR. BRANTINGHAM: Go ahead.
20       MR. THOMPSON: -- because again, he's
21 answering a different question than I'm asking.
22 I didn't ask if he'd be interested. I didn't
23 ask if he would have questions. I asked if he'd
24 be concerned.
25       MR. BRANTINGHAM: Go ahead. You can

1 answer that question, Mr. Prince.
2    **A. Yes, I think he may have been**
3 **concerned.**
4    Q. Same question with respect to the donor
5 being a pack-and-a-half-a-day cigarette smoker.
6        What does the CCTC on your name badge
7 mean?
8    **A. It is a credential of Certified**
9 **Clinical Transport Coordinator.**
10   Q. What is your background with respect to
11 cardiac?
12   **A. I worked in the cardiac intens --**
13 **medical intensive care unit for three and a half**
14 **years prior to this role, cardiac surgery for**
15 **six years prior -- recovery unit prior to that.**
16   Q. You and I can agree, it's pretty common
17 knowledge, that smoking cigarettes is really not
18 good for your heart; right?
19   **A. Yes.**
20   Q. Do you think that if Noah had found out
21 that the donor was a pack-and-a-half-a-day
22 smoker, that would have been something he would
23 have been interested in?
24       MR. BRANTINGHAM: Foundation.
25   **A. He may --**

1    **He would have had questions.**
2    Q. Okay. Do you think that he would have
3 been concerned?
4        MR. BRANTINGHAM: Same objection.
5    **A. Maybe, yes.**
6    Q. How about the fact that the donor had
7 died of an intracranial hemorrhage brought on by
8 a meth overdose, can we say that Noah probably
9 would have been concerned about that?
10       MR. BRANTINGHAM: Same objections.
11   **A. I can't say what he would be concerned**
12 **about. Ultimately all that matters is the**
13 **testing that shows the function of the heart.**
14   Q. That might be all that matters to the
15 doctors, but that's not necessarily all that
16 matters to the patient; right?
17   **A. I can't speak for what would matter to**
18 **him.**
19   Q. I'm talking about based on your
20 knowledge of Noah Leopold. You already said
21 that you think, yeah, maybe he would have been
22 concerned about the meth addict, yeah, maybe he
23 would have had questions about the cigarette
24 smoking. Can't you agree that he probably would
25 have been concerned if he had found out that

1 this guy was a -- had died of an intracranial
2 hemorrhage brought on by a meth overdose?
3    **A. I am upfront with patients when they**
4 **come through evaluation. The -- the reason why**
5 **patients come to be a donor is oftentimes tragic**
6 **circumstances. I will tell them upfront it's**
7 **not uncommon for things to happen as a result of**
8 **drug overdose, you know, by -- or it's just the**
9 **re -- one of the common reasons from my**
10 **understanding. So I don't know of any reason**
11 **why the background as to why somebody ended up**
12 **being in that position would alter someone's**
13 **willingness to take that organ.**
14   Q. Then why do you talk to them about
15 hepatitis C?
16   **A. Because it is something that I am told**
17 **needs consent in order to ask and they need to**
18 **learn about what's involved if we were to allow**
19 **them -- or if they were to allow us to look at**
20 **those offers.**
21   Q. Your understanding is that the
22 transplant surgeons would be perfectly
23 comfortable transplanting a hepatitis-C-positive
24 heart in most patients; right?
25       MR. BRANTINGHAM: Foundation.

## Page 54

1     A. I don't know what they're -- what
2 they're comfortable with. They want to look at
3 each individual offer and evaluate whether they
4 feel it's appropriate. You'd have to ask them
5 what they're comfortable with.
6     Q. The transplant surgeons were certainly
7 comfortable transplanting a hepatitis C donor in
8 Noah, right, because you put into UNet that,
9 yes, go ahead and send us offers for hepatitis C
10 hearts.
11     MR. BRANTINGHAM: Foundation.
12     A. I'm not aware of that change since I
13 didn't make it, so I can't speak to whether
14 they -- I mean you're telling me that they --
15 they made that -- someone made that change, but
16 that was all after I stopped caring -- or he was
17 no longer under my care.
18     Q. Okay. The donor had meth and weed and
19 fentanyl and MDMA in his system on the tox
20 screen at the donor hospital. Do you think Noah
21 would have probably been concerned if he had
22 found that out?
23     MR. BRANTINGHAM: Foundation.
24     A. These are all the same questions.
25 Again, it's -- he would -- if -- if -- if he

## Page 55

1 was --
2     He would have likely been concerned.
3     Q. What do you know about the discussions
4 regarding whether Noah was going to get a heart-
5 liver transplant?
6     A. I know that there -- it's -- it was
7 brought up at some point during the -- in
8 working towards getting him listed for heart,
9 that question was raised, and they -- the liver
10 team, to my recollection, evaluated and -- and
11 made their -- made their recommendations.
12     Q. The heart team wanted Noah to get a
13 liver; right?
14     A. They -- they raised questions whether
15 that was needed. It is common that they raise
16 that question and then we pursue a liver
17 transplant evaluation to determine whether
18 that's the recommendation.
19     Q. Dr. Spencer on August 17th at 8:00
20 o'clock in the morning sent an email to you, Dr.
21 Clavell, Dr. Boilson, and Dr. Rosenbaum talking
22 about the liver and saying "Heart surgeons get
23 uncomfortable operating on pts with liver
24 disease." Do you have any reason -- any idea
25 why he would say that?

## Page 56

1     MR. BRANTINGHAM: What's the Bates
2 number, please?
3     MR. THOMPSON: 25198.
4     A. I --
5     MR. BRANTINGHAM: Just object to
6 foundation.
7     THE WITNESS: Yeah.
8     MR. BRANTINGHAM: Go ahead.
9     A. I am not a surgeon. I -- I know that
10 it gets brought up frequently, but I don't know
11 what the -- what the specific concerns are from
12 a surgeon's standpoint.
13     Q. Do you remember having like an hour-
14 and-a-half phone conversation with Noah where he
15 had sent you a list of, I don't know, like 25
16 questions or something like that?
17     A. I do.
18     Q. Yeah.
19     Do you remember telling him
20 "Truthfully, if our team had their way they
21 would have said you needed a liver, but that's
22 not ultimately up to us?"
23     A. Could you read that again?
24     Q. Yeah. "Truthfully, if our team had
25 their way they would have said you needed a

## Page 57

1 liver, but that's not ultimately up to us."
2     A. Okay.
3     MR. BRANTINGHAM: The question is do
4 you remember saying that.
5     Q. Yeah.
6     A. I remember that -- not those exact
7 words, but I remember that being part of the
8 conversation.
9     Q. And if I'm understanding what you said
10 to him correctly, when you say "our team," you
11 mean the heart transplant folks; right?
12     A. That would be what I was referring to.
13     Q. So if the heart transplant team had
14 their way, they, being the liver transplant
15 team, would have said you needed a liver; right?
16     A. That is my understanding of my
17 statement.
18     Q. But when you say "ultimately that's not
19 up to us," what you meant there is no matter how
20 much the heart transplant people want you to get
21 a liver, if the liver transplant people aren't
22 willing to do the liver transplant, then you're
23 not going to get a liver transplant.
24     MR. BRANTINGHAM: Object to form.
25     A. They --

15 (Pages 54 to 57)

1       **The liver team independently decides.**
2 **I -- we have no authority to list a liver. So**
3 **if -- if our team has questions, they -- they**
4 **are required to defer to the decision by the**
5 **liver team.**
6       Q. Are you --
7       Is part of your job involve --
8       (Discussion off the record.)
9       One of the things that we got in this
10 discovery process was a series of what are
11 called call logs or thoracic offer reports. Are
12 you familiar with those?
13       **A. I am not.**
14       Q. Okay. I'm just going to show you one
15 of them to see if that looks meaningful to you,
16 and if it's not, that's just fine.
17       Have you ever seen something like this?
18 And this is Bates No. 25180 and 25182.
19       **A. I personally have never seen any -- a**
20 **log like this. It's not part of my -- my**
21 **particular role. Yeah. So I couldn't speak to**
22 **as to what -- what that is exactly.**
23       Q. The --
24       Kind of the guideposts of your role,
25 when they first are sort of con -- when the

1 patient is first consulting for a transplant,
2 you get involved with them then and you're their
3 liaison all the way through until they get the
4 offer?
5       **A. Correct. In general that is the case,**
6 **until they're transplanted. You know, sometimes**
7 **we get offers that don't go through and then we**
8 **continue to follow up. I am an outpatient**
9 **coordinator, so in the circumstances where a**
10 **patient goes into the hospital, then that would**
11 **be one scenario where I am not the primary**
12 **contact person any more.**
13       Q. So with respect to the offers that are
14 being made for organs, not only do you not have
15 decision-making input into that, you're out of
16 the loop on that entirely.
17       **A. Not involved. I have access to**
18 **DonorNet and can see if an offer's been**
19 **accepted, but I am not part of the process of**
20 **reviewing offers or any part of that**
21 **decision-making process as to whether it's**
22 **accepted.**
23       Q. Sometimes you'll go on DonorNet and
24 look to see if an offer for one of your patients
25 has been accepted just because you care about

1 them and you want to kind of follow what's going
2 on.
3       **A. I can see it once in awhile. I'll just**
4 **look and see who's gotten offers accepted just**
5 **to know if somebody's coming into the hospital.**
6 **But I don't -- I don't look into the details of**
7 **the offers.**
8       Q. One of the things that Noah's family
9 had is a Mayo Clinic document that Noah got
10 probably ten years before --
11       **A. Okay.**
12       Q. -- this all happened when he was first
13 consulting with the Mayo Clinic.
14       **A. Uh-huh.**
15       Q. And flip just a couple of pages here.
16 There's --
17       On the second page there's some general
18 comments about statistics at Mayo Rochester, and
19 then there's -- on the next page there's kind of
20 a checklist. This to me looks like sort of just
21 an educational document that's --
22       **A. Uh-huh.**
23       Q. -- provided.
24       Does Mayo still provide a document like
25 this to transplant patients?

1       **A. Yes. So this is what we would call an**
2 **SRTR report. They come out every six months,**
3 **they are available on SRTR.org, and patients**
4 **coming back for an evaluation, we provide them**
5 **at -- this at the beginning of the evaluation.**
6 **So this is a little -- looks a little different**
7 **than what we have now. This form is -- and I**
8 **haven't looked at it closely, but it looks like**
9 **similar to something that we provide now but**
10 **it's been kind of reformatted.**
11       Q. It's in better font and not as squished
12 maybe and things like that?
13       MR. BRANTINGHAM: I note that there's
14 no Bates number on that. I assume it's been
15 produced. I --
16       MR. THOMPSON: Yes.
17       MR. BRANTINGHAM: -- think I've
18 probably seen it, but --
19       MR. THOMPSON: Yeah. You have it.
20       MR. BRANTINGHAM: -- for the record,
21 can you identify, the best you can, just read
22 the title or something for the record, or if you
23 have the Bates number?
24       MR. THOMPSON: So it's -- we don't --
25       We didn't put Bates numbers on these.

1 There's an exhibit though.  Right?
2 (Discussion off the record.)
3 Yeah.  She'll bring that up in a sec.
4 I've got a question for you about this.
5 BY MR. THOMPSON:
6 Q.  The current version of this document
7 that you would be providing to patients would
8 have the current SRTR statistics on it?
9 A.  It would have the --
10 Yes, the most current one came out --
11 well they come out in roughly January and July
12 of every year and they are the one-year survival
13 outcomes the -- for the program for a period of
14 time in the past.
15 Q.  One of the things that this document
16 says on the second page is "Survival following
17 cardiac transplantation at Mayo Clinic
18 Rochester/St. Mary's Hospital has been
19 consistently superior to the national average
20 and ranks among the highest in the country."  Is
21 that still a claim that Mayo Rochester is
22 making?
23 MR. BRANTINGHAM:  Object to foundation.
24 A.  I have never seen --
25 I do not recall ever reading that --

1 that -- that -- that claim in current published
2 documents.  In my recollection, I have seen many
3 SRTR reports coming out, and based on comparing
4 actual to national averages, in my recollection
5 we have maintained at or above the national
6 standards in the time I've been here.
7 Q.  The SRTR report group institutions into
8 tiers with respect to a number of different
9 statistics; right?
10 A.  I don't know what you mean by "tiers."
11 I'm not familiar with that.
12 MR. THOMPSON:  Okay.  For the record,
13 this was produced as part of Exhibit 10, which
14 was produced on August 1st.  Let's go ahead --
15 Let's take a short break.
16 THE REPORTER:  Okay.  Off the record.
17 (Recess taken from 10:13 a.m. to 10:15
18 a.m.)
19 THE VIDEOGRAPHER:  We're on video.
20 THE REPORTER:  We're on the record.
21 BY MR. THOMPSON:
22 Q.  Is it your understanding -- and I just
23 want to make sure that I'm clear on this -- that
24 Mayo continues -- Mayo Rochester continues to
25 represent to their heart-transplant patients

1 that survival following cardiac transplantation
2 ranks among the highest in the country?
3 MR. BRANTINGHAM:  Foundation.
4 A.  I don't --
5 I have not heard them say those words.
6 I've -- I've --
7 It's not in a document that I recall
8 reading.  I think that the -- generally what we
9 refer to is our SRTR report.  At least in my
10 experience, that's what I refer to as to our
11 performance.
12 Q.  Got it.
13 A.  As to -- as to comparing it to
14 national, I don't -- I don't -- I don't recall
15 hearing us making comparisons to other programs.
16 Q.  Like was being made at least as of
17 these comments in 2011.
18 A.  Yeah.  I've never seen this document
19 before today, so I can't -- I -- that's not
20 something that I recall seeing in our current
21 form that we provide patients.
22 Q.  Is a document encompassing these SRTR
23 statistics something that is supposed to be
24 given to all heart-transplant patients as part
25 of their education?

1 A.  It's a standard part at the onset of
2 the evaluation.
3 Q.  When you say "onset of the evaluation,"
4 for a guy like Noah, would that have meant well
5 you got data from July of 2012, so now that
6 we're admitting you in 2023, we're not going to
7 give you an update info?
8 A.  So the whole point of me even arranging
9 for him to have that video conference was to
10 answer these questions.  In fact, I had emailed
11 him -- or I sent him a portal with attachments
12 of the current form that would be the comparable
13 form in an attachment to him preceding that.
14 Q.  Oh, okay.
15 A.  So he had --
16 I had delivered an updated version of
17 this for him to read.  Because he was living in
18 Florida, it wasn't easy for him to just come
19 back, but it was evident he had questions.  If I
20 did not feel -- you referenced the 27-question
21 message -- I didn't feel I could adequately
22 answer his questions in typing because I knew
23 that they would just lead to more questions, so
24 I arranged for a virtual meeting to -- for the
25 record, which is the only time I've ever done

## Page 66

1 that -- because I recognized he needed -- like
2 that would be the best way of communicating and
3 I wanted to update him on the content of this
4 information.
5 Q. Got it. So there would have been a
6 document that you sent to Noah providing these
7 statistics in advance of --
8 A. No. That document did not include the
9 actual statistics, because normally when we
10 provide these it's in person at the onset of the
11 evaluation, but the document does reference
12 where they can find those statistics.
13 Q. Got it.
14 And is that document that you sent to
15 Noah a standard Mayo Clinic document that
16 somebody from Mayo would be able to find?
17 A. Yes, it's on our forms database.
18 MR. THOMPSON: Got it. Okay.
19 Obviously we want a copy of that.
20 MR. BRANTINGHAM: It's in the medical
21 record. That's what he just said. It's sent to
22 the patient. It's literally in the record.
23 THE WITNESS: It's an attachment.
24 MR. BRANTINGHAM: Yeah. It was
25 portaled through like as an attachment.

## Page 67

1 MR. THOMPSON: In the record that was
2 produced.
3 MR. BRANTINGHAM: Yeah.
4 MR. THOMPSON: Somewhere in those.
5 Okay. Great.
6 MR. BRANTINGHAM: Yeah. It's in there.
7 MR. THOMPSON: All right. I don't have
8 any other questions. Thank you.
9 MR. BRANTINGHAM: I have no questions.
10 We'll read and sign.
11 THE REPORTER: Okay. Thank you. Off
12 the record.
13 (Deposition concluded at 10:19 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25

## Page 68

1 C E R T I F I C A T E
2 I, Nicole A. Huber, hereby certify that
3 I am qualified as a verbatim shorthand reporter;
4 that I took in stenographic shorthand the
5 testimony of NATHAN PRINCE at the time and place
6 aforesaid; and that the foregoing transcript
7 consisting of 67 pages is a true and correct,
8 full and complete transcription of said
9 shorthand notes, to the best of my ability.
10 Dated at Baxter, Minnesota, this 23rd
11 of August, 2024.
12
13
14
15
16 NICOLE A. HUBER
17 Notary Public
18
19
20
21
22
23
24
25

## Page 69

1 S I G N A T U R E  P A G E
2 I, NATHAN PRINCE, the deponent, hereby
3 certify that I have read the foregoing
4 transcript, consisting of 67 pages, and that
5 said transcript is a true and correct, full and
6 complete transcription of my deposition, except
7 per the attached corrections, if any.
8 PAGE LINE    CHANGE/REASON FOR CHANGE
9 _____ _____ _____
10 _____ _____ _____
11 _____ _____ _____
12 _____ _____ _____
13 _____ _____ _____
14 _____ _____ _____
15 _____ _____ _____
16 _____ _____ _____
17 _____ _____ _____
18 _____ _____
19 Date        Signature of Witness
20
21 WITNESS MY HAND AND SEAL this _____
22 day of _____, 2024.
23
24 (NAH)    _____
25

Thompson Decl. Ex. AA

**A**

**a.m** 1:20 6:21,22
7:3 35:25 36:1
63:17,18 67:13
**Abbott** 36:23
37:17
**Abbrot** 37:17
**ability** 25:24
26:3 33:1,7,24
68:9
**able** 4:20 7:22
15:14 18:15
27:13,16 28:8
32:14 66:16
**absolutely** 41:14
**accept** 11:19
18:20 34:23
**acceptable** 19:3
**accepted** 17:24
33:2 59:19,22
59:25 60:4
**accepts** 33:3
**access** 59:17
**accurate** 4:3
16:21 31:7
**acquainted**
35:17
**act** 16:8
**acted** 17:9
**actual** 11:6 16:2
63:4 66:9
**add** 5:23
**addict** 44:7,20
45:7 46:8 50:2
52:22
**additional** 5:2
5:15 25:9
32:16,17
**address** 3:5
**addressed** 40:13
40:15
**adequately**
65:21
**admission** 25:16
**admitted** 25:21
25:23

**admitting** 65:6
**advance** 66:7
**advice** 15:7
49:10
**affect** 40:5
**aforesaid** 68:6
**age** 11:21,21
**agree** 16:17
27:20 44:21
45:1,4,17
47:20 49:24
51:16 52:24
**ahead** 8:10
15:14 18:15
20:23 28:8
35:22 38:3
41:5,6,22 50:4
50:16,19,25
54:9 56:8
63:14
**ain't** 39:18
**Al** 39:5
**allow** 30:8 53:18
53:19
**allowed** 36:18
40:10 41:2
**allows** 41:9
**Altarabsheh's**
39:6
**alter** 53:12
**altered** 26:4
**and-a-half**
56:14
**Andrew** 2:7
7:15 41:8
**Anna** 2:11 7:10
**anonymity**
44:15
**ans** 47:9
**answer** 5:10
6:16 9:19
12:10 14:1,13
15:2 30:5
38:16 43:13,19
45:20 46:17,19
46:21,23 47:2
47:6,23,24,25

48:4,7,9,20,23
49:13,13 51:1
65:10,22
**answered** 45:10
45:20 46:12
49:18 50:16
**answering** 50:21
**answers** 38:6
**anxious** 20:25
**anybody** 7:23
23:12
**apart** 44:6
**appearance** 7:14
**APPEARAN...**
2:1
**apply** 12:4
**appointments**
11:2
**appreciate** 5:21
28:25 39:4
**appropriate**
11:4 54:4
**approved** 10:22
**approximately**
1:19
**arises** 5:13
**arm** 26:2
**arrange** 11:2
**arranged** 65:24
**arranging** 65:8
**asked** 14:2
27:15 36:11,20
45:9,20 48:3
50:23
**asking** 20:20
21:4 45:2,14
45:15,15 46:15
46:23 50:21
**assist** 10:7
**assistance** 26:3
26:6
**associated** 31:25
**assum** 25:22
**assume** 28:1
61:14
**assuming** 15:8
**assure** 6:14

**attached** 26:1
69:7
**attachment**
65:13 66:23,25
**attachments**
65:11
**attempted** 42:7
**attendance** 13:8
13:19
**attendees** 7:12
**attention** 19:25
**attorneys** 7:6
36:18
**attributes** 29:14
**audio** 6:6
**August** 1:13,20
3:5,8 7:2 11:10
22:16 55:19
63:14 68:11
**authority** 12:12
58:2
**automatically**
25:24 27:23
**available** 5:10
61:3
**average** 13:9
62:19
**averages** 63:4
**avoid** 9:9,12
**aware** 5:14,17
5:18 20:10
35:11,12 54:12
**awareness** 23:24
**awhile** 60:3

**B**

**back** 20:4,9 36:4
36:11 38:7,8
38:10 48:24,24
61:4 65:19
**background**
13:24 51:10
53:11
**bad** 27:5 28:11
**badge** 51:6
**balloon** 25:23
27:23 28:20

**ballpark** 17:11
**Bank** 36:22
37:17
**barrage** 19:23
**base** 42:14
**based** 16:13
34:1 42:21
43:21 44:17
45:1,16 49:23
50:5 52:19
63:3
**basic** 37:11
**basically** 11:5
25:4 35:17
**basis** 20:6
**Bates** 22:20 56:1
58:18 61:14,23
61:25
**Baxter** 68:10
**bedbound** 26:24
**beginning** 61:5
**behalf** 2:2,6
7:16
**believe** 8:2
19:19 23:7
41:16
**benefits** 43:17
**Bennett** 37:20
**best** 5:4 9:14
21:11 27:21
61:21 66:2
68:9
**better** 28:12
49:14 61:11
**bit** 17:19 30:23
**blackletter**
40:17
**blast** 23:11 29:2
**body** 33:18
**Boilson** 55:21
**box** 43:12
**Boy** 34:15
**Brandon** 2:3 7:9
38:21 39:18
46:11
**Brant** 36:10
**Brantingham**

Thompson Decl. Ex. AA

2:7 3:2 4:4
5:22 6:1,3,13
6:18 7:11,15
7:16 15:12
18:14 20:22
22:20 24:8
26:17 27:9
28:7 30:24
31:18,21 33:14
33:20,23 34:6
36:6,11,20
37:2,4,13,25
38:3,15,20
39:9,12,23
40:23 41:12,15
44:1,12,22
45:9,19 46:9
46:15,20 47:3
47:5,8,13,18
48:12,15,18
49:6,8 50:3,15
50:19,25 51:24
52:4,10 53:25
54:11,23 56:1
56:5,8 57:3,24
61:13,17,20
62:23 64:3
66:20,24 67:3
67:6,9
**break** 31:18
35:23 36:5,6
36:10,10 38:7
40:19 41:10
63:15
**breaks** 6:7 41:1
**bring** 62:3
**broad** 18:8,19
43:13
**broader** 4:22
**brought** 52:7
53:2 55:7
56:10
**bully** 46:17
**bunch** 38:8

——————
**C**
——————
**C** 2:11 3:1 29:4

29:19 30:22
32:3,6,19 33:4
53:15 54:7,9
68:1,1
**C11-4017-M...**
36:24
**call** 10:10 13:4
47:11 58:11
61:1
**called** 8:14
58:11
**camera** 5:25
**candidate** 10:9
10:22
**capable** 49:17
**caption** 7:3
37:15
**capture** 18:3
**cardiac** 51:11,12
51:14 62:17
64:1
**cardiologist**
16:6
**care** 15:3 51:13
54:17 59:25
**cared** 19:21
**caring** 28:2
54:16
**case** 7:3 11:17
14:12 19:25
34:17 36:21
37:8,14,18
59:5
**cases** 37:2,21
39:13
**cast** 18:10,18,19
**categories** 29:9
**cautious** 29:18
**CCTC** 51:6
**center** 11:1 23:3
**certain** 21:22
26:23 44:2
45:4,15
**certainly** 14:13
16:9 26:24
32:15 54:6
**certainty** 45:3

47:22 48:2
**Certified** 51:8
**certify** 68:2 69:3
**challenging** 32:9
**change** 28:15,17
54:12,15 69:8
**CHANGE/RE...**
69:8
**changed** 42:16
**changes** 35:10
35:12,20
**checklist** 60:20
**chest** 45:7
**choose** 18:13
**cigarette** 51:5
52:23
**cigarettes** 51:17
**circumstances**
53:6 59:9
**Ciresi** 2:3,11,12
**cite** 36:20 37:5
**cited** 39:14
**City** 36:23 37:17
**Civil** 1:5
**claim** 39:14
62:21 63:1
**Clavell** 55:21
**clean** 9:1 24:17
**clear** 36:16 38:6
39:2 40:25
41:19,21 48:21
63:23
**clearly** 29:21
30:10 38:1,4
**clients** 38:20
40:11
**Clinic** 1:7,17 7:4
60:9,13 62:17
66:15
**Clinical** 51:9
**closely** 20:18
23:18 61:8
**closer** 19:1
**coach** 37:22
40:18 41:1,9
**coached** 41:19
**coaching** 39:3,6

**come** 10:13,15
14:21 18:11
34:18 38:8
45:17 50:2
53:4,5 61:2
62:11 65:18
**comes** 13:25
14:25 17:14
**comfortable**
39:20,21 53:23
54:2,5,7
**coming** 24:25
30:14 44:20
45:7 46:7 60:5
61:4 63:3
**commencing**
1:19
**comment** 25:11
26:15
**comments** 60:18
64:17
**committee** 12:8
12:13,25 13:1
13:4
**common** 51:16
53:9 55:15
**communicating**
4:9 66:2
**comparable**
65:12
**comparing** 63:3
64:13
**comparisons**
64:15
**compensated**
27:12 28:12
**complete** 4:23
68:8 69:6
**completed** 5:9
**completely**
36:14
**compliance**
21:22,25 22:3
**compromise**
30:23 31:14
**compute** 21:1
**con** 11:1 58:25

**concern** 28:14
**concerned** 45:8
45:18,23,25
46:3,7 47:21
48:3,6 49:25
50:8,13,24
51:3 52:3,9,11
52:22,25 54:21
55:2
**concerning**
40:22
**concerns** 12:16
16:11 22:2
56:11
**concluded** 67:13
**conduct** 49:2,5
**confer** 36:18
37:9
**conference**
12:22 13:1,5
13:16 65:9
**conferring** 36:6
**confidence** 17:1
20:13
**confident** 15:1
**confined** 26:25
**confirm** 3:15
**Conlin** 2:3,11,12
**connected** 26:5
**consent** 6:11
15:15,23 16:2
16:7 53:17
**consented** 30:10
33:5
**consider** 30:4
33:5 35:9
**consideration**
10:3 18:25
**considered** 30:9
31:13
**consistently**
62:19
**consisting** 68:7
69:4
**consultation**
14:2
**consulting** 59:1

contact 10:25 11:5 35:18 59:12
contacted 35:19
content 66:3
continue 39:8 41:23 59:8
continues 63:24 63:24
contract 32:19
conversation 3:10 13:22 29:11 34:14 56:14 57:8
conversations 6:7 34:1 38:17 41:17
coordinator 9:24 13:15 15:22 51:9 59:9
copy 24:2 66:19
copy-and-paste 23:21
correct 4:1 8:3 13:23 14:10 15:8 17:25 23:13 24:20 25:1 26:10 27:3,25 43:20 59:5 68:7 69:5
corrections 69:7
correctly 57:10
correlates 26:22
coun 3:9
country 62:20 64:2
couple 3:5 4:16 8:24 45:20 60:15
course 22:8 33:10 36:19 45:3
court 1:1 7:8 9:10 36:16
credential 51:8
criteria 18:24

43:4
current 9:21 62:6,8,10 63:1 64:20 65:12
currently 9:23 29:3
cut 25:3 33:16
cut-and-paste 24:3,24
CV 37:19,19

**D**

D 3:1
daily 27:14
data 18:2 65:5
database 66:17
date 22:23,25 69:19
Dated 68:10
day 3:11 48:17 69:22
days 4:10
DCD 29:4,19 30:22 31:5 34:3,9,16,18 34:21,22,23,23 35:3,5
dealt 16:23 46:5
debate 39:16
decide 10:11 11:25 32:24 33:16
decided 20:3
decides 58:1
decision 12:20 29:23,25 30:17 32:24 33:19 35:8 58:4
decision-maki... 12:12 59:15,21
decisions 12:2
deeper 14:17
deeply 39:24
default 12:4
defendant 1:8 2:6 7:16
defer 58:4

deferred 10:23
definitely 20:12 28:19,21,22
definition 15:13
delivered 65:16
delve 17:18
delving 14:17
denied 10:22
denying 41:21
**Department** 1:18
deponent 5:19 69:2
deposition 1:11 1:15,17 3:7 5:6 5:9 6:15 7:5 8:21 9:16 23:17 36:9,19 37:10,24 39:6 39:7 40:18 41:10,23 49:3 49:5 67:13 69:6
depositions 3:14 3:17,24 4:15 36:16
details 60:6
determine 55:17
determined 10:13,18
developed 42:18
device 43:5
died 52:7 53:1
diet 21:10,23
different 11:9 15:21 18:11 21:24 30:4 36:14 38:9 46:24 47:25 50:21 61:6 63:8
difficult 9:10 28:9 32:11
direct 11:3 35:14
Disabled 26:14
disagree 41:3

disagreer 12:17
discern 4:20
disclosure 3:6
discoverable 40:4
discovered 5:8
discovery 3:5,18 4:12 58:10
discrepancy 25:19
discuss 5:12
discussed 29:20
discussion 4:3 15:10 22:5 29:2,5,24 58:8 62:2
discussions 55:3
disease 55:24
District 1:1,1 36:25
Division 36:25
DL 22:16 23:2
doctor 33:16
doctors 14:13 18:12 52:15
document 4:8 4:11 22:21 23:21 60:9,21 60:24 62:6,15 64:7,18,22 66:6,8,11,14 66:15
documented 29:22
documents 3:16 11:16 22:12,14 63:2
doggone 27:7
doing 5:16 15:11 17:4 20:21 27:21 28:5 31:9 39:16,21 40:19,21 41:13
donor 19:3 29:9 31:8 32:1 34:2 42:7,9,18 43:23 44:5,14

44:20 51:4,21 52:6 53:5 54:7 54:18,20
DonorNet 59:18 59:23
donors 29:4 30:1,8
DORSEY 2:7
doubt 6:6
dozens 37:2
Dr 3:7,21 36:9 36:11,13 38:5 39:5 42:11 44:6 55:19,20 55:21,21
drug 53:8
duly 8:14
dying 32:13

**E**

E 3:1,1 68:1,1 69:1,1
easy 65:18
eat 21:10
education 15:20 43:10 64:25
educational 60:21
educator 14:9
EGC 26:2
eight 20:17
either 48:19
email 5:11 22:15 23:11,15,16,19 23:20 24:5 29:2,2 55:20
emailed 65:10
emails 4:7,13,16 5:3,8
encompassing 64:22
ended 53:11
engage 15:2
engaged 4:11 12:23
enormous 23:4
ensure 4:23

entails 10:1
enter 11:24
entered 18:7
entering 11:13
entirely 59:16
Epic 23:22
especially 6:9
established
   19:18
estimate 13:9
evaluate 54:3
evaluated 55:10
evaluation 10:12
   10:14,15,17,18
   15:25 16:1
   53:4 55:17
   61:4,5 65:2,3
   66:11
evident 65:19
exact 45:14 57:6
exactly 18:19,19
   21:18 26:12
   45:12 58:22
EXAMINATI...
   2:16 8:17
examined 2:17
   8:15
example 19:2
   21:7 33:4
   46:10 49:2
excited 44:19
excluded 18:25
exercise 21:11
   21:24 27:16
exhibit 62:1
   63:13
exist 32:2
exists 43:6
experience
   64:10
expert 15:6
explain 24:15
   47:19
extended 32:21
extent 5:8 42:20
extra 32:16
   48:22

extraordinarily
   18:8

**F**

F 68:1
fact 26:1,4 34:13
   36:9 40:20
   41:8,20 52:6
   65:10
factor 34:4
fair 17:12 18:4
   19:12 21:14,20
   23:6 42:23
fall 28:6
familiar 58:12
   63:11
family 60:8
far 16:19,25
fault 24:10
federal 36:16
feel 15:2 32:15
   33:6 54:4
   65:20,21
feeling 28:10
   29:25 32:17
feels 31:12
fell 44:6
fentanyl 54:19
fields 25:8 30:11
File 1:5
filled 23:20
filter 14:22 30:8
find 6:5,6,15
   32:11 66:12,16
fine 41:4,22
   47:12 58:16
finish 24:8 31:24
   31:24 38:2
first 3:6 8:14,23
   9:4 10:3 14:25
   19:21 25:21
   39:18,19 58:25
   59:1 60:12
fit 26:21 27:19
   27:21 28:24
flip 60:15
Florida 20:5

65:18
folks 57:11
follow 10:16,24
   21:19 59:8
   60:1
follow-up 11:2
followed 19:16
following 1:15
   29:23 62:19
   64:1
follows 8:16
font 61:11
forced 21:3
foregoing 68:6
   69:3
form 15:12
   18:14 26:17
   28:7 30:24
   57:24 61:7
   64:21 65:12,13
formal 15:9,13
forms 66:17
forward 15:6
forwarded
   14:24
found 4:14,19
   45:5 49:25
   51:20 52:25
   54:22
foundation
   15:13 20:22
   27:9 28:7
   30:25 34:6
   44:1,12,22
   45:9 50:3
   51:24 53:25
   54:11,23 56:6
   62:23 64:3
four 48:25
free 12:15
frequently 19:20
   56:10
full 39:1 68:8
   69:5
function 14:15
   52:13
functions 43:5

fundamentally
   38:9

**G**

G 3:1 69:1,1
garnered 3:23
gathering 23:16
general 11:1
   13:25 30:15
   59:5 60:17
generally 14:3
   64:8
generic 43:13
gentleman 20:25
geographic
   11:20
getting 13:2,21
   55:8
give 9:19,25
   15:6 20:12
   21:6 37:4,13
   43:13 49:14
   65:7
given 12:10
   19:25 34:13
   36:15 48:7
   64:24
gives 38:9 48:21
giving 36:14
   46:17
go 6:19 8:10
   15:14 16:6
   18:15 20:23
   28:8 29:12
   34:16 35:22
   36:4 38:3,23
   41:5,6,22
   48:24 50:4,16
   50:19,25 54:9
   56:8 59:7,23
   63:14
goal 18:10
goes 23:12 35:13
   59:10
going 5:3,7 7:22
   9:2 10:19
   17:18 19:6

20:4 23:25
   24:22 25:4
   33:16,18 38:11
   38:13,13,15
   39:24 40:6,11
   40:12 41:5
   43:23 46:3,9
   46:25 47:6,7,8
   47:9 49:12,16
   55:4 57:23
   58:14 60:1
   65:6
good 6:8,12 7:1
   8:1,9,19,20 9:8
   13:14 27:7
   31:21 32:18
   33:6 42:16
   44:16 51:18
Google 37:7
Gotcha 25:6
gotten 28:16
   47:1 60:4
granted 33:9
great 24:15 42:1
   67:5
ground 8:25
grounds 49:14
group 4:12
   12:20 13:4
   14:3 31:8,15
   63:7
guess 14:20 21:5
   39:15
guessing 12:11
   21:7,16
guidance 20:11
guideposts
   58:24
guy 39:4 45:16
   46:4 53:1 65:4
guys 8:10

**H**

half 51:13
hallway 36:7
HAND 69:21
handed 10:5

Thompson Decl. Ex. AA

happen 53:7
happened 36:8
  37:12 42:11
  60:12
happening
  26:22
happens 17:14
  17:17 22:10
happy 37:1
  39:12 47:16,16
hard 9:13
head 9:5 17:21
heads 36:22
health 27:7
  28:23
healthy 21:10
hear 20:1 48:12
heard 42:15,22
  64:5
hearing 64:15
heart 13:11,17
  13:21 14:5,6
  19:7 27:5,6,10
  27:20 28:11,13
  30:22 31:6
  32:1,6,12,22
  33:17,17 34:2
  34:3,16 35:3
  42:7,9,12,15
  42:19 43:9,12
  43:17,23,24
  44:5,20 45:6
  46:7 50:1
  51:18 52:13
  53:24 55:8,12
  55:22 57:11,13
  57:20
heart- 55:4
heart-rhythm
  20:5
heart-transpla...
  63:25 64:24
heart/lung 9:24
  13:15
hearts 54:10
hematoma
  42:17

hemorrhage
  52:7 53:2
hep 29:4 30:22
hep-C-positive
  32:1
hepatitis 29:19
  32:2,6,19 33:4
  53:15 54:7,9
hepatitis-C-po...
  53:23
hesitant 20:14
high 30:14
high-urgency
  30:15
highest 62:20
  64:2
hit 31:18
HL 23:3
hold 24:7 33:14
  38:2
honest 28:18
hope 29:12 39:8
hoped 30:16
hopes 30:12
hospital 16:6
  35:13 54:20
  59:10 60:5
  62:18
hospitalization
  26:20
hour- 56:13
Huber 2:11 68:2
  68:16
huh-uhs 9:9
hullabaloo 6:9
hundred 17:10

_____ I _____
idea 6:3 41:16
  44:19 55:24
Ideally 31:5
  32:5
identify 61:21
imagine 22:13
immediately
  18:25
important 9:15

  27:17,18
in-depth 16:23
inappropriate
  39:24 46:12
include 11:17
  66:8
independently
  26:8 58:1
INDEX 2:16
indicated 26:21
  29:24
individual 54:3
influence 48:22
info 65:7
information
  4:21 5:18
  11:13,22,24
  16:10 23:23
  25:10 40:4
  66:4
informed 15:15
  15:23 34:10,11
informed-cons...
  15:9
inhibited 25:25
initial 10:14
initially 10:7
  35:16 42:15
inpatient 35:15
input 59:15
inquire 4:18,18
inquired 29:22
inside 33:18
institutions 63:7
instruct 49:12
  49:13
instructed 12:4
instruction
  49:10
intens 51:12
intensity 19:24
intensive 51:13
intentional
  18:10
inter 10:24
intercedes 11:8
interested 34:21

  44:15,16 50:7
  50:22 51:23
interim 10:24
internal 4:11
interpret 26:14
interpretation
  41:3
interrupting
  40:1
intracranial
  52:7 53:1
introduce 7:7
involve 58:7
involved 15:25
  16:23 28:1
  53:18 59:2,17
Iowa 36:23,25
issue 3:11,12 4:5
  4:6,9,9 40:6,13
issues 3:6 14:18
  20:5 21:21
  28:17
IV 26:2

_____ J _____
January 62:11
Jenna 2:14 7:19
  7:20
job 9:13 10:1
  17:5 58:7
joining 7:22
judge 3:15 37:20
  40:8,10 41:5
  47:11,16
judge's 3:12,19
July 36:25 37:20
  62:11 65:5

_____ K _____
Karen 2:13 7:21
  8:3
Karnofsky
  25:13,15 26:13
keep 27:19 47:1
kilograms 19:4
kind 9:1 10:23
  11:7,17 12:3

  13:23 14:16,21
  14:24 17:20
  18:10 19:22,23
  20:10 21:11
  23:11 24:18
  28:14,24 30:20
  58:24 60:1,19
  61:10
knew 65:22
know 4:24 5:6
  5:12 6:9,12
  9:18 10:12
  12:18,19 13:25
  14:1,14 16:14
  22:23 24:14
  26:1,23 27:11
  27:12,14 29:17
  30:2 31:7,14
  31:14 32:10
  33:4 34:15
  39:1,17,18
  40:20,22 42:2
  42:6,24,25
  43:1,3,6,21
  44:2,5,17 45:1
  45:3,16,24
  48:5 49:5,18
  49:23 50:5
  53:8,10 54:1
  55:3,6 56:9,10
  56:15 59:6
  60:5 63:10
knowledge 6:11
  42:9,10,13,14
  42:20 44:8
  51:17 52:20
knowledgeable
  17:13
known 32:4
knows 48:8

_____ L _____
Laboratories
  36:23 37:18
law 36:15,20
  39:15 40:17
  41:3,9

lawsuit 22:9
lawsuits 22:11
layman's 30:21
layperson 18:7
lead 65:23
leadership 10:11
leading 36:12
38:8
leads 26:2
leaning 28:22
learn 53:18
learned 4:14
learning 30:3
led 4:17,18
36:13
Legal 1:17
lengthy 36:10
Leopold 1:4
2:13,13 7:20
7:21 11:19
16:15,24 18:7
19:4,8 34:2
44:18 45:2,5
48:2 49:24
52:20
less-traditional
31:8
less-vocal 12:21
let's 6:5 9:11
30:20 40:11,15
41:22 63:14,15
liaison 16:9 17:9
59:3
light 6:9 25:18
limit 47:14
limits 44:14
LINE 69:8
lines 22:3 26:11
list 20:3 23:4,10
30:14 56:15
58:2
listed 17:24 18:1
22:25 25:16
27:22 29:13
34:22 35:16
55:8
listing 20:17

22:17,18 23:3
23:20 29:4
literally 5:1
66:22
literature 3:19
little 15:5,21
17:19 19:24
25:10 30:23
42:25 61:6,6
liver 55:5,9,13
55:16,22,23
56:21 57:1,14
57:15,21,21,22
57:23 58:1,2,5
living 27:14
65:17
LLP 2:3,7
located 4:16 5:3
log 58:20
logs 58:11
long 17:4 39:17
40:20,21 48:17
49:4
long-term 31:10
longer 42:19
54:17
look 18:6,21
19:1 21:17
23:18 25:20
31:16 39:12
53:19 54:2
59:24 60:4,6
looked 22:24
28:12 42:15
61:8
looking 14:11
39:13
looks 14:12,16
18:8 23:25
24:2 58:15
60:20 61:6,8
loop 59:16
lot 11:8 14:11,17
14:17 16:10,18
18:11,24 19:23
19:24 20:5,14
20:15 27:13

28:16 34:8
39:23 48:22
lots 16:19 18:12
21:24 28:2
37:21
love 41:15
lung 13:15,17,25
14:4,4

M
machinery 26:5
Maggie 2:12
7:19,19
Magistrate 3:10
main 11:5
maintained 63:5
making 3:3
40:25 50:17
62:22 64:15
man 48:8
manipulate 40:2
40:5
Mary's 62:18
materials 14:11
matter 52:17
57:19
matters 52:12
52:14,16
maximum 19:2
Mayo 1:7,17 7:4
9:22 17:9 22:8
50:1 60:9,13
60:18,24 62:17
62:21 63:24,24
66:15,16
Mayo's 4:6,11
MDMA 54:19
mean 18:20 19:2
23:18 27:5
29:15 33:10
44:13 51:7
54:14 57:11
63:10
meaningful
58:15
means 18:21
meant 57:19

65:4
medical 3:18
16:5 23:22
25:8 51:13
66:20
meet 18:24
meeting 13:5,18
65:24
meetings 4:15
member 12:21
message 14:23
65:21
messages 11:8
14:21,22 20:16
Messerly 2:11
7:10
meth 44:7,20
45:7 46:8 50:2
52:8,22 53:2
54:18
Michelle 1:3
2:12 7:20 8:3
middle 28:24
37:24 41:9
Minneapolis 2:5
2:9
Minnesota 1:1
1:19 2:5,9
68:10
minutes 31:19
36:15
missing 37:19
moment 10:2
31:22
month 17:7
months 20:2,17
61:2
more-fit 28:23
morning 3:4 7:1
8:19,20 55:20
multiple 36:8
46:13
mute 8:10

N
N 3:1 69:1
NAH 69:24

name 51:6
nar 24:3
narrative 24:4
24:18
Nathan 1:11,15
2:18 7:5 8:13
68:5 69:2
national 36:22
37:16 62:19
63:4,5 64:14
necessarily 20:7
52:15
need 15:2 21:18
30:4,7,16 49:3
49:10 53:17
needed 5:11
27:6 55:15
56:21,25 57:15
66:1
needs 4:22 14:25
37:12 40:13
53:17
net 18:11,19
never 12:17
34:18 43:5
58:19 62:24
64:18
Next-of-Kin 1:4
nice 9:1
Nicole 68:2,16
no-risk-factors
32:12
Noah 1:4 11:19
16:15,24 18:7
19:4,7,14
20:21 22:3,14
27:2 28:6 29:6
34:1 35:4,11
42:8,12 43:22
44:10,18 45:1
45:5 48:2
49:23 51:20
52:8,20 54:8
54:20 55:4,12
56:14 60:9
65:4 66:6,15
Noah's 15:21

60:8
nod 9:5
Nodding 9:3
normally 66:9
Norman 2:13
7:21 8:2
Northern 36:24
Notary 68:17
note 61:13
notes 68:9
Notice 1:16
noticed 5:24
number 17:23
19:17 22:21
37:8,14,18
56:2 61:14,23
63:8
numbers 28:13
61:25
nutshell 19:13

**O**

O 3:1
o'clock 55:20
oath 46:3
object 15:12
18:14 26:17
30:24 39:25
46:10 50:3
56:5 57:24
62:23
objection 49:11
49:12 52:4
objections 39:20
45:19 52:10
obtain 15:23
16:7
obviously 27:5
35:4 66:19
OCS 42:24 43:9
43:17,23
offer 10:12 16:4
17:14 29:14
33:2,3,7,8,25
34:9,23 54:3
58:11 59:4,24
offer's 59:18

offered 10:19
18:4 34:3
offers 18:11
31:16 33:3,6
34:18 53:20
54:9 59:7,13
59:20 60:4,7
oftentimes 53:5
Oh 13:11 22:22
24:10 42:1
65:14
okay 4:4 5:21
6:1,13,17,18
6:20 7:25 8:6
9:2,19,20
11:12 13:11
15:18 17:18
22:7 24:11
25:2 29:12
35:24 39:9
40:23 42:1
47:3,18 49:19
49:20 52:2
54:18 57:2
58:14 60:11
63:12,16 65:14
66:18 67:5,11
once 10:12
17:14 18:1
35:13 43:11
60:3
one-year 62:12
onset 65:1,3
66:10
open 30:11
operating 55:23
opinion 12:16
12:21 15:7
20:8,24
opportunity
18:21
opt 30:7
opted 43:2
option 31:12,15
options 18:13
order 3:12,20
30:6 40:5

53:17
orders 10:14
organ 18:3
53:13
organs 11:18
43:1 59:14
original 4:19
outcome 4:25
outcomes 31:11
62:13
outpatient 59:8
outside 15:4
overall 20:10
27:7 28:4
overdose 52:8
53:2,8
overwhelmed
30:3

**P**

P 3:1 69:1
pack 28:24
pack-and-a-h...
51:5,21
page 2:17 9:1,19
24:22 60:17,19
62:16 69:8
pages 1:12 22:14
60:15 68:7
69:4
Palmisano 2:12
7:19
papers 35:2
paralegal 7:20
parameter 18:8
parameters
11:18,25 12:3
18:6 35:11
part 11:13 12:7
13:8 15:20
43:9 57:7 58:7
58:20 59:19,20
63:13 64:24
65:1
particular 30:8
58:21
particularly

39:5
parties 7:7
patient 10:9,13
15:11 16:10,13
16:13,22 30:9
32:2,5,18 33:1
33:5,7,13,15
35:13 43:18
52:16 59:1,10
66:22
patient's 32:23
33:11,19
patients 10:2,17
13:17 14:9,18
15:23 16:9,18
17:3,8 21:9,16
27:19 28:2,6
30:2,14 43:8
46:6 53:3,5,24
59:24 60:25
61:3 62:7
63:25 64:21,24
patients' 14:13
21:22
people 12:24
13:10 26:24
28:19,21 32:13
57:20,21
percent 25:14
perfectly 53:22
performance
64:11
period 10:24
19:24 62:13
periods 32:21
person 10:25
11:4,6,7,7 16:8
18:3 19:7
35:18,19 59:12
66:10
personally 58:19
pertinent 25:10
phone 40:9 41:5
47:17 56:14
phrase 14:20
phrasing 46:1
physical 25:24

26:15
picture 26:21
picture-perfect
32:11
place 10:14
27:24 68:5
places 25:15
plaintiff 1:5 2:2
3:15,20 7:10
plaintiff's 4:7,10
plan 32:18
planning 45:6
50:1
please 7:11 10:1
49:18 56:2
point 10:4 16:8
19:10 31:19
42:18 55:7
65:8
pointed 27:18
pole 26:2
portal 65:11
portaled 66:25
position 17:6
53:12
possibility 5:2
43:9
possible 27:21
44:24,25
post-transplant
10:6
potential 5:13
32:19,20
potentially 3:18
32:16
practice 15:4
preceding 20:2
65:13
precisely 5:7
precluded 3:20
predict 44:23
preferences
16:11
prefilled 25:8
preparation
32:16
prepare 4:15

present 2:10
12:9,22 13:17
14:4
presently 5:18
pretransplant
9:23
pretty 16:19
27:7 51:16
previous 48:7
previously 12:11
42:19
primary 10:25
35:18 59:11
Prince 1:11,16
2:18 5:19 7:5
8:13 47:22
51:1 68:5 69:2
prior 11:6 20:17
29:20 51:14,15
51:15
privileged 38:16
prob 29:18
probably 6:12
9:15 12:21
17:1 20:16
44:16,18 45:15
45:17 46:2,2
47:21 48:4,5
48:20 49:24
50:6 52:8,24
54:21 60:10
61:18
problem 5:13
procedure 15:16
16:3
proceed 3:13
5:20 6:19
15:24 36:17
40:14
process 5:7
10:17 13:6
15:22 17:14,22
58:10 59:19,21
produce 5:4
produced 3:17
4:13 61:15
63:13,14 67:2

production 4:7
4:24
program 19:16
62:13
programs 64:15
proponent 12:19
proposition
37:22
provide 10:11
15:4 37:1
60:24 61:4,9
64:21 66:10
provided 11:17
14:12 60:23
provider 14:22
14:23 15:1,3,6
providers 14:5,6
16:4 29:21
providing 62:7
66:6
pts 55:23
Public 68:17
published 63:1
pulled 25:7
pulling 26:9
pulmonologists
13:19
pump 25:23
26:2 27:23
pumps 28:20
pursuant 1:16
pursue 55:16
put 18:2 19:3,6
23:22 24:4,19
25:10 26:6
30:20 33:18
34:23 54:8
61:25
putting 11:22
40:16 45:6

—————
Q
—————
qualified 68:3
question 6:16
13:14,24 14:25
15:5 18:9 24:9
32:10 33:21

34:2 46:1,12
46:24 47:4,10
47:24,25 48:1
48:9,19,23
49:16,17 50:8
50:21 51:1,4
55:9,16 57:3
62:4
questions 5:11
9:16 11:3 14:2
14:14 16:18,20
16:24,25 17:2
19:23 20:14,15
24:12 27:15
34:8 36:5,13
38:6,6,9,12,16
38:25 39:24
43:16,19,25
44:3,11 46:5
46:11,16,23
48:25 49:11
50:6,9,14,23
52:1,23 54:24
55:14 56:16
58:3 65:10,19
65:22,23 67:8
67:9
quick 8:24
quickly 28:17

—————
R
—————
R 3:1 68:1 69:1
raise 55:15
raised 55:9,14
range 11:20
28:19
ranks 62:20
64:2
reach 11:3 19:22
reached 20:12
reaching 20:6
read 26:19
39:15 48:24
56:23 61:21
65:17 67:10
69:3
reading 62:25

64:8
ready 29:24
30:5 35:8,9
reality 32:10
really 9:11,13
12:12 21:8,17
26:5 28:11,13
38:13 44:13
51:17
reason 53:4,10
55:24
reasons 10:8
53:9
recall 17:2 19:19
29:5 62:25
64:7,14,20
received 20:15
22:8
Recess 6:21
35:25 63:17
recipients 23:8
recitation 4:3
recognize 49:4
recognized 66:1
recollection
29:11 55:10
63:2,4
recommendati...
55:18
recommendati...
21:2,19 55:11
record 3:3,3,8
6:20 7:2 9:1
10:7,10 22:5
23:22 24:17
25:8,13,15
35:24 36:3
38:11,23 39:8
40:17,25 41:7
41:19 58:8
61:20,22 62:2
63:12,16,20
65:25 66:21,22
67:1,12
recorded 6:10
recording 6:2
recovery 51:15

refer 11:17 64:9
64:10
reference 66:11
referenced
65:20
referred 10:3
referring 3:21
15:15 57:12
reflects 29:4
reformatted
61:10
regarding 13:25
30:18 55:4
regular 20:6
rehab 27:16
relates 5:5
relevant 23:12
remainder 3:16
remained 27:11
remaining 3:13
3:24
remains 29:3
remedy 5:13
remember 16:15
19:14,15 56:13
56:19 57:4,6,7
rephrase 9:18
report 61:2 63:7
64:9
reporter 6:20
7:8 9:11 35:24
36:3 41:25
63:16,20 67:11
68:3
reports 58:11
63:3
represent 63:25
requests 4:8,11
22:11
required 26:6
58:4
resource 12:14
respect 51:4,10
59:13 63:8
respond 39:10
39:10
responding 4:10

**response** 7:24
15:1
**responsible**
11:22
**responsive** 4:7
4:13 5:18
**rest** 40:14
**result** 53:7
**review** 10:7,10
**reviewed** 23:16
**reviewing** 59:20
**rhythm** 20:5
**ridiculous** 41:10
48:8
**right** 7:25 8:9,24
9:7,15,21
10:20 13:3
14:9,18 16:12
17:24 18:23
19:8,13 21:25
24:5,19,25
27:2,8,24
30:23 31:6
32:3,7,25
33:13,15 34:5
35:1,5 36:21
41:18 42:6
43:21 44:17
51:18 52:16
53:24 54:8
55:13 57:11,15
62:1 63:9 67:7
**risk** 26:7 32:4
**risks** 31:25
32:20,25 43:17
**road** 10:21
**Rochester** 1:18
60:18 62:21
63:24
**Rochester/St**
62:18
**rodeo** 39:18,19
**role** 9:22 11:9,13
14:16 19:18
51:14 58:21,24
**roles** 14:8
**rollcall** 7:12

**Ron** 2:11
**room** 3:4 8:8
38:7
**Rosenbaum**
55:21
**Rough** 13:9
**roughly** 17:9
62:11
**RST** 23:2
**rudely** 25:3
**rule** 9:16
**rules** 8:25 37:11
**running** 4:23

**S**

**S** 3:1 69:1
**saw** 19:19
**saying** 15:24
25:5 31:2,3
38:23 47:22
48:11,13 55:22
57:4
**says** 23:7 26:13
39:14,15 40:17
62:16
**scenario** 59:11
**Scholar** 37:7
**Schultz** 3:10
**scope** 15:4
**score** 25:13,15
26:13,22 27:1
**screen** 14:24
54:20
**SEAL** 69:21
**search** 4:12,17
5:15
**searches** 4:19,22
4:23
**sec** 24:16 62:3
**second** 4:6 60:17
62:16
**secondhand**
42:21
**Security** 36:22
37:16
**see** 10:8 30:20
49:1 58:15

59:18,24 60:3
60:4
**seeing** 20:11
64:20
**seen** 43:5 58:17
58:19 61:18
62:24 63:2
64:18
**select** 30:7
**selection** 12:7,13
12:22,25 13:5
13:16
**send** 23:7 43:18
54:9
**sends** 14:23
**sense** 18:23
20:19
**sent** 22:12,15
55:20 56:15
65:11 66:6,14
66:21
**series** 36:12
58:10
**session** 10:16
**Severely** 26:14
**shape** 21:12
**share** 3:25
**shared** 44:14
**shares** 23:23
**She'll** 62:3
**shed** 25:18
**short** 36:5 63:15
**shorthand** 68:3
68:4,9
**shouting** 39:25
**show** 58:14
**shows** 52:13
**Shulman** 2:14
7:20 8:2
**sick** 27:10,20
**sicker** 26:24
28:20
**side** 16:19 22:12
28:23,24
**sides** 22:11
**sign** 67:10
**Signature** 69:19

**significant** 34:4
34:8,13 35:4
**Simha** 1:3 2:12
7:4,21 8:4,7
**similar** 26:25
28:21 31:11
61:9
**Sioux** 36:22
37:17
**sit** 12:24 13:23
**sits** 5:5
**situation** 20:10
**six** 51:15 61:2
**Sixth** 2:4,8
**smoker** 51:5,22
**smoking** 51:17
52:24
**smoothly** 9:2
**sole** 12:17,19
**solitary** 13:21
**somebody** 13:20
23:10 43:18,22
53:11 66:16
**somebody's**
17:23 60:5
**someone's** 53:12
**somewhat** 19:9
**sorry** 46:22
**sort** 11:18 14:14
15:9 18:2,3
28:4 30:22
58:25 60:20
**Sounds** 8:9
**source** 20:13
**South** 2:4,8
**speak** 5:1 52:17
54:13 58:21
**speaking** 14:5,6
**specific** 29:10
34:14 42:13
43:16 56:11
**spectrum** 16:18
28:4
**speculation** 19:9
**Spencer** 55:19
**spring** 40:3
**sprung** 6:15

**squished** 61:11
**SRTR** 61:2 62:8
63:3,7 64:9,22
**SRTR.org** 61:3
**stable** 19:20
**staff** 26:6
**stand** 37:21
**standard** 12:3
23:20 65:1
66:15
**standards** 63:6
**standpoint**
56:12
**start** 39:25 40:1
40:2
**started** 8:11
15:21
**starting** 24:21
**statement** 33:23
40:24 57:17
**statements** 3:22
**STATES** 1:1
**statistics** 60:18
62:8 63:9
64:23 66:7,9
66:12
**status** 26:16
27:22 28:2,6
28:19 29:13
30:13,15
**stenographic**
68:4
**stop** 37:12
**stopped** 54:16
**Street** 1:18 2:4,8
**strength** 28:5
**stuff** 24:24
**Suite** 2:4,8
**summary** 15:5
**super** 19:20
**superior** 62:19
**support** 43:1
**supposed** 36:16
64:23
**sure** 7:15 8:25
13:2,20 16:15
21:21,23 24:16

31:17 32:5
34:16 38:3
39:11 50:17
63:23
**surgeon** 16:5
33:3 56:9
**surgeon's** 43:3
56:12
**surgeons** 53:22
54:6 55:22
**surgery** 51:14
**surgical** 33:6
**survival** 62:12
62:16 64:1
**SW** 1:18
**swear** 7:8
**sworn** 8:12,15
**system** 24:25
54:19

---
**T**

**T** 68:1,1 69:1
**take** 9:11 13:8
15:3 31:5,19
33:18 35:22
38:7,7 40:19
48:10,20 53:13
63:15
**taken** 1:16 6:21
8:21 12:20
35:25 63:17
**takes** 32:15
**talk** 38:12,24
40:8,10 53:14
**talking** 9:12
43:8 52:19
55:21
**teach** 10:16
**team** 10:6 12:16
20:9,20 23:23
31:11,15 33:6
35:15 55:10,12
56:20,24 57:10
57:13,15 58:1
58:3,5
**tell** 19:13,15
21:17 23:4

25:2,14 45:12
45:22,24 53:6
**telling** 49:2
54:14 56:19
**ten** 60:10
**tens** 22:13
**term** 10:23
**terminology**
13:2
**terms** 28:6 30:21
**Ternus** 3:21
36:12,13 38:5
**Ternus'** 3:7 36:9
**testified** 8:15
**testimony** 3:22
36:14,17 37:10
38:10,24 40:6
48:7 68:5
**testing** 52:13
**Thank** 67:8,11
**Thanks** 6:18
**thing** 9:4 37:3
**things** 6:8 11:12
12:11 16:12
18:22,24 19:20
20:4,7 21:8,24
22:7,10,15,24
23:14 25:12
26:7,9,11
27:13,16 28:15
29:1 30:3,4
53:7 58:9 60:8
61:12 62:15
**think** 4:2,17 5:1
5:12,20 16:22
17:8 20:24
21:1,2,18
28:10 32:9
34:7 36:7
37:18,19 38:19
38:22 39:14
40:12 41:2,8
43:24 44:9
46:6,24,25
47:1 48:6,15
48:16 50:13,15
51:2,20 52:2

52:21 54:20
61:17 64:8
**Thompson** 2:3
2:18 3:9,14 4:2
4:17 5:21,24
6:2,4,17 7:9,9
7:13,18,25 8:6
8:9,18 22:6,22
31:20,23 33:22
35:22 36:4
37:6,16 38:1,4
38:18,22 39:11
39:22 40:16,24
41:14,18 42:1
42:5 46:14,18
46:22 47:4,7
47:12,15,19
48:14,16 49:1
49:7,9,15
50:17,20 56:3
61:16,19,24
62:5 63:12,21
66:18 67:1,4,7
**thoracic** 58:11
**thousands** 22:14
**three** 17:6 48:25
51:13
**tiers** 63:8,10
**time** 7:3,6 10:6
13:17 14:15
20:3 21:1
28:15 32:21
34:19 37:14
39:17 40:20,21
45:21 47:6
49:4 62:14
63:6 65:25
68:5
**times** 36:8 45:20
46:13
**title** 61:22
**today** 7:2,18
11:9 39:4
64:19
**today's** 7:3,5
**told** 31:10 38:10
43:22 53:16

**toolkit** 43:3
**top** 24:4,19 25:9
36:21
**topics** 29:18,19
**totally** 46:11
**tox** 54:19
**tragic** 53:5
**transcript** 39:2
68:6 69:4,5
**transcription**
68:8 69:6
**transparently**
36:12 39:2
**transplant** 10:4
10:19 11:1,6
13:15,16,21
15:16,22 16:2
17:24 18:2,12
20:3,9,17,20
21:9,10,14
22:16 23:1,2,3
23:11 27:6
42:12 44:7
50:1 53:22
54:6 55:5,17
57:11,13,14,20
57:21,22,23
59:1 60:25
**transplant-rel...**
20:7
**transplantation**
62:17 64:1
**transplanted**
10:5 30:13
32:14 42:8
59:6
**transplanting**
53:23 54:7
**transplants**
13:12
**transport** 43:1
51:9
**treatment** 32:17
32:18
**tremendously**
40:22
**trial** 36:17

**tried** 42:11 44:7
**true** 68:7 69:5
**Trustee** 1:3
**Truthfully**
56:20,24
**try** 9:9,11 18:3
19:6
**trying** 17:20
25:2 26:7,21
38:10 40:2
46:16 48:22
**Tuesday** 3:4
**turn** 33:2,8,24
**two** 17:10 19:21
29:9 31:19
**typically** 4:12
12:24
**typing** 65:22

---
**U**

**U** 69:1
**Uh-huh** 21:13
24:13,23 29:8
49:6,8 60:14
60:22
**uh-huhs** 9:9
**ultimate** 15:9,14
**ultimately** 10:5
32:23 33:13,15
36:13 44:6
52:12 56:22
57:1,18
**uncertain** 29:25
**unclear** 9:17
**uncomfortable**
55:23
**uncommon** 30:1
53:7
**undecided** 29:3
**undecidedness**
29:7
**understand**
15:25 26:19
31:1,3 48:10
48:14 49:21
**understanding**
3:12,19,25

Thompson Decl. Ex. AA

16:3 17:20
18:16,18 19:11
30:16 34:9,25
42:17 53:10,21
57:9,16 63:22
**understood** 3:14
9:13 14:7
35:21
**UNet** 11:14 18:2
19:3 30:6
35:10 54:8
**unfold** 5:7
**unit** 51:13,15
**UNITED** 1:1
**UNOS** 23:1
30:11
**unwillingness**
29:6
**update** 65:7
66:3
**updated** 65:16
**upfront** 10:7,8
53:3,6
**use** 12:1 43:6,17
**usually** 19:23
43:11
**utilized** 42:25
43:14

**V**

**V** 37:19
**vague** 17:16
**valued** 12:16
20:8,24
**varies** 16:13
**various** 7:7
**verbatim** 68:3
**version** 62:6
65:16
**versus** 7:4 36:23
37:17
**viable** 42:19,20
**video** 1:17 3:7
3:21,22,23
5:25 6:10 36:2
42:2,4 63:19
65:9

**Videographer**
2:11 7:1 36:2
42:3 63:19
**view** 9:25 17:16
**Villavicencio**
42:11 44:6
**virtual** 65:24
**virus** 32:6
**voice** 12:15,20
20:15
**Volume** 1:12
**vs** 1:6

**W**

**wait** 32:21
**waiting** 40:8
**waitlist** 32:13
**walk** 38:10
**want** 3:5,8 4:1
7:13 9:17 13:2
15:24 18:21
21:9 24:14
32:13,24 34:16
35:5,7 40:7,9
46:17,18 48:19
54:2 57:20
60:1 63:23
66:19
**wanted** 5:14,23
20:9 55:12
66:3
**wants** 31:15
**wasn't** 20:21
27:2 29:21
35:8 50:10
65:18
**way** 9:17 17:21
34:19 38:5
40:3 44:17
46:1 56:20,25
57:14 59:3
66:2
**we'll** 5:10 8:10
24:15 39:15,16
41:6 67:10
**we're** 3:2 4:22
4:25 5:15 7:25

8:25 23:25
36:2,3 41:5,25
42:3 63:19,20
65:6,6
**we've** 4:20 6:6
7:18 11:16
14:12 24:1
28:19,21 35:2
**Wednesday**
22:16
**weed** 54:18
**week** 4:14 13:9
**weigh** 13:22
32:24
**weight** 11:20,21
19:3
**went** 23:19
**Western** 36:25
**whatsoever**
42:10
**WHITNEY** 2:7
**wide** 18:10
**willing** 11:19
38:23 50:11,12
57:22
**willingness**
53:13
**withheld** 40:4
**witness** 2:17 3:3
5:5,10 6:19 7:4
7:8,17 8:12,14
36:7 37:9,23
39:7 40:5,18
41:1,6,9,20
48:23 56:7
66:23 69:19,21
**witnesses** 36:19
40:1,2,3 41:7
**word** 27:11
**words** 18:19
48:12,22 57:7
64:5
**work** 10:2
**worked** 20:18
51:12
**working** 4:8 5:1
55:8

**works** 17:22
**worse** 20:4
**wouldn't** 27:11
31:5
**wow** 13:11
**wrapped** 17:21
**wrong** 41:4
48:15

**X**

**Y**

**yeah** 4:2 13:7
15:17 19:2,12
21:6 22:18,22
24:11 31:20
32:4 33:22
52:21,22 56:7
56:18,24 57:5
58:21 61:19
62:3 64:18
66:24 67:3,6
**year** 19:21 62:12
**years** 17:7 19:17
51:14,15 60:10
**Yep** 21:15 23:2
24:6 25:5 27:2
37:16 41:24,25
42:3
**yesterday** 3:23
6:10 29:3 36:8
39:5
**young** 28:10,11

**Z**

**Zoom** 2:12,12
2:13,13,14
7:12,18,23

**0**

**1**

**1** 1:12
**10** 63:13
**10:13** 63:17
**10:15** 63:17
**10:19** 67:13
**100** 1:18

**11-4017-MWB**
37:20
**12** 26:1
**12th** 3:8,11
**13** 1:13,20
**13th** 3:4 7:2
**1500** 2:8
**16th** 22:16 35:18
**17th** 55:19
**1st** 63:14

**2**

**2** 27:22 28:2,6
29:13 30:13
**20** 13:10
**200** 46:6
**2011** 64:17
**2012** 65:5
**2014** 37:1,21
**2023** 11:10 65:6
**2024** 1:13,20 7:2
68:11 69:22
**225** 2:4
**23rd** 68:10
**24-CV-01097-...**
1:5
**25** 56:15
**25180** 58:18
**25182** 58:18
**25198** 56:3
**25200** 22:22
**265** 19:4
**27-question**
65:20
**28th** 36:25 37:20
**2nd** 1:18
**2s** 28:20

**3**

**30** 13:10 25:14
**30%** 26:13
**30,000-foot** 9:25
17:16

**4**

**4600** 2:4

| | | | | |
|---|---|---|---|---|
| **5** | | | | |
| **50** 2:8 | | | | |
| **500-some-pou...** 19:7 | | | | |
| **55402** 2:5,9 | | | | |
| **6** | | | | |
| **67** 68:7 69:4 | | | | |
| **69** 1:12 | | | | |
| **7** | | | | |
| **8** | | | | |
| **8** 2:18 | | | | |
| **8:00** 55:19 | | | | |
| **84** 23:8 | | | | |
| **9** | | | | |
| **9:04** 6:21 | | | | |
| **9:07** 6:21 7:3 | | | | |
| **9:09** 1:19 | | | | |
| **9:41** 35:25 | | | | |
| **9:43** 35:25 | | | | |
| **90** 25:16 | | | | |