# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Simha, as Trustee for the Next-of-Kin of Noah Leopold,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Mayo Clinic,<br><br>　　　　　　Defendant. | Civil File No. 24-CV-01097-DTS<br><br>**NOTICE OF DEFENDANT MAYO CLINIC'S MOTION FOR DISCOVERY SANCTIONS** |

**PLEASE TAKE NOTICE** that on October 15, 2024, at 2:00 p.m. before the Honorable David T. Schultz, United States Magistrate Judge, at the United States District Court Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendant Mayo Clinic will move, and hereby does move, the Court for an Order granting its Motion for Discovery Sanctions pursuant to Federal Rules of Civil Procedure 26 and 37.

Mayo's Motion is supported by the Memorandum of Law and other supporting papers filed herewith, the files and proceedings in this matter, and such argument as the Court shall permit.

Dated:  October 1, 2024　　　　　　　　DORSEY & WHITNEY LLP

　　　　　　　　　　　　　　　　　　　By  */s/ Andrew Brantingham*
　　　　　　　　　　　　　　　　　　　　　Andrew Brantingham (#0389952)
　　　　　　　　　　　　　　　　　　　　　brantingham.andrew@dorsey.com
　　　　　　　　　　　　　　　　　　　　　Nathan J. Ebnet (#0395217)
　　　　　　　　　　　　　　　　　　　　　ebnet.nathan@dorsey.com

Samuel Audley (#0401766)
audley.samuel@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6753
Facsimile: (612) 340-2868

*Attorneys for Defendant Mayo Clinic*