# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Simha, as Trustee for the Next-of-Kin of Noah Leopold,<br><br>  Plaintiff,<br><br>vs.<br><br>Mayo Clinic,<br><br>  Defendant. | Civil File No. 24-CV-01097-DTS<br><br>**NOTICE OF DEFENDANT MAYO CLINIC'S MOTION TO APPOINT SPECIAL MASTER TO PRESIDE OVER DEPOSITIONS** |

**PLEASE TAKE NOTICE** that on October 15, 2024, at 2:00 p.m. before the Honorable David T. Schultz, United States Magistrate Judge, at the United States District Court Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendant Mayo Clinic will move, and hereby does move, the Court for an Order granting its Motion to Appoint Special Master to Preside Over Depositions pursuant to Rule 53 of the Federal Rules of Civil Procedure.

Mayo's Motion is supported by the Memorandum of Law and other supporting papers filed herewith, the files and proceedings in this matter, and such argument as the Court shall permit.

Dated: October 1, 2024                    DORSEY & WHITNEY LLP

                              By  */s/ Andrew Brantingham*
                                  Andrew Brantingham (#0389952)
                                  brantingham.andrew@dorsey.com
                                  Nathan J. Ebnet (#0395217)
                                  ebnet.nathan@dorsey.com

Samuel Audley (#0401766)
audley.samuel@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6753
Facsimile: (612) 340-2868

*Attorneys for Defendant Mayo Clinic*