# EXHIBIT B

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - -

Michelle Simha, as
Trustee for the
Next-of-Kin of Noah
Leopold,

                              Civil File No.
      Plaintiff,    24-CV-01097-JRT-DTS

  vs.

Mayo Clinic,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF GUSTAVO KNOP

Volume I, Pages 1 - 97

August 14, 2024

(The following is the deposition of Gustavo Knop, taken pursuant to Notice of Taking Deposition, via video, at Mayo Clinic, Legal Department, 100 2nd Street SW, Rochester, Minnesota, commencing at approximately 9:04 a.m., August 14, 2024.)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1    APPEARANCES:

2        On Behalf of the Plaintiff:

3            Brandon Thompson
                Bibeane Metsch-Garcia (via Zoom)
4            CIRESI CONLIN LLP
                225 South Sixth Street
5            Suite 4600
                Minneapolis, Minnesota 55402

6

        On Behalf of the Defendant:

7

            Andrew Brantingham
8            DORSEY & WHITNEY LLP
                50 South Sixth Street
9            Suite 1500
                Minneapolis, Minnesota 55402

10

    ALSO PRESENT:

11

        Ron Huber, Videographer
12       Anna C. Messerly, Ciresi Conlin
        Maggie Palmisano, Ciresi Conlin (via Zoom)
13       Michelle Simha (via Zoom)
        Norman Leopold (via Zoom)
14       Karen Leopold (via Zoom)
        Jenna Shulman (via Zoom)

15

16

17

18

19

20

21

22

23

24

25

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

1                EXAMINATION INDEX

2  WITNESS              EXAMINED BY           PAGE

3  Gustavo Knop         Mr. Thompson          4

4                       Mr. Brantingham       91

5                       Mr. Thompson          92

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  rules.
2          MR. THOMPSON:  Stop.
3          MR. BRANTINGHAM:  Is it your
4  position --
5          MR. THOMPSON:  Stop.
6          MR. BRANTINGHAM:  -- that you get to
7  interrupt the witness --
8          MR. THOMPSON:  Yes.
9          MR. BRANTINGHAM:  -- in the middle of
10 his question?
11         MR. THOMPSON:  Yes, --
12         MR. BRANTINGHAM:  Okay.
13         MR. THOMPSON:  -- it is.  If he's not
14 answering my questions, I --
15         MR. BRANTINGHAM:  If he's --
16         If you decide he's not answering your
17 question, you're going to shout him down and
18 then shout other questions at him?
19         MR. THOMPSON:  So I know that you don't
20 agree with the way that I take depositions, but
21 we've now been at this for three days.  You know
22 how I conduct a deposition.
23         MR. BRANTINGHAM:  I sure do.
24         MR. THOMPSON:  You don't have to like
25 it.  And when you take a deposition, you're

1  entitled to take the deposition however you want
2  to.
3           MR. BRANTINGHAM:  According to the
4  rules.
5           MR. THOMPSON:  We -- we have had this
6  conversation enough times now.
7           MR. BRANTINGHAM:  I agree.
8           MR. THOMPSON:  Stop telling me how to
9  conduct a deposition.  If you have an objection,
10 make it.  I -- I don't want to have any more
11 colloquy back and forth with you.
12          MR. BRANTINGHAM:  Please show us all
13 the respect to allow people to speak and finish
14 their sentences.
15          MR. THOMPSON:  Andrew --
16          MR. BRANTINGHAM:  That's all I'm
17 asking.
18          MR. THOMPSON:  Andrew --
19          MR. BRANTINGHAM:  It's very reasonable.
20          MR. THOMPSON:  We are --
21          MR. BRANTINGHAM:  Please proceed.
22          MR. THOMPSON:  I am going to have
23 answers to my questions, not to questions that
24 I'm not being -- not that I'm not asking.  And
25 if he's not answering my question, I am going to

1  interrupt him and I'm going to redirect him to
2  the question that I'm asking so that we can keep
3  this day on track.  And if you think that that's
4  so abusive that you need to terminate the
5  deposition, you know your remedy.
6           MR. BRANTINGHAM:  Uh-huh.
7           MR. THOMPSON:  We've been over this
8  many times.  Stop instructing me how to conduct
9  a deposition.
10          MR. BRANTINGHAM:  Please go ahead.
11 BY MR. THOMPSON:
12     Q.  Sticking with size, is it part of your
13 job to have at least a rough idea of what size
14 to expect when you take the donor heart out?
15     A.  Say -- say the question again.
16     Q.  It's a very simple question.  And if
17 you don't understand my question --
18     A.  No, no.  I understand, but say that
19 again for details.
20     Q.  Okay.
21     A.  Can you do that?
22     Q.  If you don't understand my question,
23 will you let me know?
24     A.  Yes, I will let you know.
25     Q.  Thank you.