# EXHIBIT C

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - -

Michelle Simha, as
Trustee for the
Next-of-Kin of Noah
Leopold,

          Civil File No.
   Plaintiff,  24-CV-01097-JRT-DTS

 vs.

Mayo Clinic,

   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF MICHAEL PICK

Volume I, Pages 1 - 58

August 12, 2024

(The following is the deposition of Michael Pick, taken pursuant to Notice of Taking Deposition, via video, at Mayo Clinic, Legal Department, 100 2nd Street SW, Rochester, Minnesota, commencing at approximately 12:41 p.m., August 12, 2024.)

1    APPEARANCES:

2        On Behalf of the Plaintiff:

3            Brandon Thompson
              Bibeane Metsch-Garcia (via Zoom)
4            CIRESI CONLIN LLP
              225 South Sixth Street
5            Suite 4600
              Minneapolis, Minnesota 55402
6

        On Behalf of the Defendant:
7

            Andrew Brantingham
8            DORSEY & WHITNEY LLP
              50 South Sixth Street
9            Suite 1500
              Minneapolis, Minnesota 55402
10
    ALSO PRESENT:
11
        Ron Huber, Videographer
12       Anna C. Messerly, Ciresi Conlin
        Maggie Palmisano, Ciresi Conlin (via Zoom)
13       Michelle Simha (via Zoom)
        Karen Leopold (via Zoom)
14       Norman Leopold (via Zoom)
        Jenna Shulman (via Zoom)

15

16

17

18

19

20

21

22

23

24

25

1                  EXAMINATION INDEX

| WITNESS | EXAMINED BY | PAGE |
|---|---|---|
| Michael Pick | Mr. Thompson | 4 |
| | Mr. Brantingham | 51 |
| | Mr. Thompson | 52 |

1     THE WITNESS: Go ahead.
2     MR. BRANTINGHAM: Hang on a second. I
3  will object to the argumentative nature of the
4  question. I'm not sure what the legitimate
5  question is, but it's -- we can have it read
6  back.
7     Q. The legitimate question is --
8     MR. THOMPSON: Oh, no. I'll just give
9  him the question.
10    Q. The question is: Can you explain to me
11 how you could possibly sit here and say that
12 everything was done right when you don't even
13 remember one single thing about what happened?
14 Other than that's what the Mayo lawyers told you
15 to say.
16    MR. BRANTINGHAM: Okay. Hang on a
17 second.
18    MR THOMPSON: We'll strike that though.
19    Q. Go ahead.
20    MR. BRANTINGHAM: That's really --
21 that's pretty bush league even for you, Brandon.
22 No Mayo lawyer's instructed this witness to say
23 anything in particular.
24    MR. THOMPSON: Okay. Right.
25    MR. BRANTINGHAM: Don't do stuff like