**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Michelle Simha, as Trustee for the Next-of-Kin of Noah Leopold,<br><br>                Plaintiff,<br><br>vs.<br><br>Mayo Clinic,<br><br>                Defendant. | Civil File No.<br>24-CV-01097-DTS |

**Declaration of Brandon Thompson**
*Plaintiff's Memorandum of Law in Response to*
*Mayo's Motion for Discovery Sanctions*

Brandon Thompson declares and states as follows:

1. I am one of the attorneys representing the Trustee in the above-entitled matter. This declaration is submitted in support of Plaintiff's Memorandum of Law in Response to Mayo's Motion for Discovery Sanctions.

2. Attached hereto as Exhibit CC is a true and correct copy of e-mails and correspondence between counsel for Plaintiff and Defendant.

3. Attached hereto as Exhibit DD is a true and correct copy of Defendant Mayo Clinic's Objections and Responses to Plaintiff's First Set of Requests for Production.

4. Attached hereto as Exhibit EE is a true and correct copy of Defendant Mayo Clinic's Responses to Plaintiff's Interrogatories – Set 1.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated:     October 8, 2024            */s/ Brandon Thompson*
                                       Brandon Thompson