# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Michelle Simha,

     Plaintiff,

v.

Mayo Clinic,

     Defendant.

Case No. 24-cv-1097 (DTS)

**ORDER**

---

The Parties jointly move to continue sealing under District of Minnesota Local Rule 5.6(d)(2). Dkt. No. 75. The joint motion addresses documents that are filed under temporary seal in connection with Plaintiff's Motion to Amend to Add a Claim for Punitive Damages and Defendant's Motion for Sanctions. *Id.* Plaintiff argues for most documents to be unsealed. *Id.* Defendant agrees to unseal some documents, but requests that others remain sealed. *Id.* Because the documents identified by Defendant contain sensitive medical information, internal Mayo policies, and documents subject to a pending motion for sanctions;

     **IT IS HEREBY ORDERED**:

     1.    The Parties' Joint Motion Regarding Continued Sealing [Dkt. No. 75] is **GRANTED IN PART AND DENIED IN PART**.

     2.    The Clerk is directed to keep **sealed** the following documents: Dkt. Nos. 26, 29, 29-1, 29-2, 29-5, 29-6, 29-7, 53, 53-1, 53-3, 53-4, 53-5, 53-6, 62-1, and 64.

     3.    The Clerk is directed to **unseal** the following documents: Dkt. Nos. 29-3, 29-4, 29-8, 53-2, 53-7, 55, 55-1, 55-2, 55-3, and 62.

     4.    Plaintiff shall file a public redacted version of Dkt. Nos. 26, 29-1, 29-5, 29-6, and 29-7 consistent with the portions identified by Defendant in Dkt. No. 75.

5.	Defendant shall file a public redacted version of Dkt. Nos. 53-1, 53-3, 53-4, and 64 consistent with the portions identified by Defendant in Dkt. No. 75.

6.	The Court will reconsider what documents should remain sealed when the Court issues an order addressing the Parties' pending motions.

Dated: November 12, 2024	    s/David T. Schultz    
DAVID T. SCHULTZ
U.S. Magistrate Judge