**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Michelle Simha, as Trustee for the Next-of-Kin of Noah Leopold,<br><br>Plaintiff,<br><br>vs.<br><br>Mayo Clinic,<br><br>Defendant. | Case No. 24-cv-1097 (DTS)<br><br>**ORDER DIRECTING DISCLOSURE OF PROTECTED HEALTH INFORMATION UNDER 45 C.F.R. § 164.512(I)** |

This matter is before the Court on Plaintiff's request for an Order compelling the United Network for Organ Sharing (UNOS) to produce documents and information identified below. Defendant Mayo Clinic does not oppose Plaintiff's request for an Order. Accordingly, and based on the pleadings and other papers relating to this case, the Court enters the following:

**ORDER**

1. Subject to the protections outlined below, UNOS is ORDERED to produce all documents and information in its possession, custody, and control related to the organ donors identified by the following UNOS Organ ID numbers:

| | | | |
|---|---|---|---|
| AKHP302 | AKHZ332 | AKHR340 | AKIB399 |
| AKHQ461 | AKHW180 | AKHS177 | AKHX462 |
| AKHS454 | AKIA071 | AKHW100 | AKHY115 |
| AKHP040 | AKIC284 | AKHX249 | AKIB449 |
| AKHU319 | AKHU194 | AKHW395 | AKHT476 |
| AKHT229 | AKIB242 | AKHZ147 | AKHT458 |
| AKHU391 | AKIC080 | AKHZ170 | AKHZ235 |
| AKHW203 | AKHY411 | AKIB263 | AKID062 |
| AKHV329 | AKHP302 | AKIA015 | |
| AKHX429 | AKHQ062 | AKIA071 | |

2. The information UNOS is ordered to disclose includes the donor's demographic information and cause of death.

3. The documents UNOS is ordered to disclose includes the donor's medical records and imaging and any documented communications between UNOS and Mayo Clinic personnel regarding the donor or the donor organ.

4. This documentation must be disclosed regardless of whether it was generated by UNOS or some other entity.

5. No disclosure of any other protected health information is authorized by this Order.

6. Prior to disclosing the information and documentation described above, UNOS is ORDERED to "de-identify" the protected health information consistent with the guidance of 45 C.F.R. § 164.514(b)(2)(i)(A)-(R).

7. Consistent with the guidance of 45 C.F.R. § 164.514(b)(2)(i)(A)-(R), UNOS is ORDERED to produce the birth year of the donor, but not the month or day.

8. The parties are authorized to use and disclose the documents produced by UNOS pursuant to this Order as the parties deem necessary in the conduct of this litigation and pursuant to the Protective Order, ECF No. 16.

9. All information and documentation disclosed pursuant to this Order must be destroyed at the end of the litigation.

Dated: December 4, 2024            ___s/David T. Schultz_____
DAVID T. SCHULTZ
U.S. Magistrate Judge