**Exhibit T**

**Redacted**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - -

Michelle Simha, as
Trustee for the
Next-of-Kin of Noah
Leopold,
                              Civil File No.
              Plaintiff,      24-CV-01097-JRT-DTS

      vs.

Mayo Clinic,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF MAURICIO VILLAVICENCIO

Volume I, Pages 1 - 153

August 14, 2024

      (The following is the deposition of Mauricio

Villavicencio, taken pursuant to Notice of

Taking Deposition, via video, at Mayo Clinic,

Legal Department, 100 Second Street SW,

Rochester, Minnesota, commencing at

approximately 1:15 p.m., August 14, 2024.)

Thompson Decl. Ex. T

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 2

1  APPEARANCES:
2  On Behalf of the Plaintiff:
3      Brandon Thompson
       Bibeane Metsch-Garcia (via Zoom)
4      CIRESI CONLIN LLP
       225 South Sixth Street
5      Suite 4600
       Minneapolis, Minnesota 55402
6
   On Behalf of the Defendant:
7
       Andrew Brantingham
8      DORSEY & WHITNEY LLP
       50 South Sixth Street
9      Suite 1500
       Minneapolis, Minnesota 55402
10
   ALSO PRESENT:
11
       Ron Huber, Videographer
12     Anna C. Messerly, Ciresi Conlin
       Maggie Palmisano, Ciresi Conlin (via Zoom)
13     Sheri Peterson, Mayo Clinic
       Michelle Simha (via Zoom)
14     Norman Leopold (via Zoom)
       Karen Leopold (via Zoom)
15     Jenna Shulman (via Zoom)
16
17
18
19
20
21
22
23
24
25

Page 3

1          EXAMINATION INDEX
2  WITNESS        EXAMINED BY        PAGE
3  Dr. Villavicencio   Mr. Thompson      5
4                  Mr. Brantingham  125
5                  Mr. Thompson    130
6
7              EXHIBIT INDEX
8  EXHIBIT        DESCRIPTION        PAGE
9   1     OPTN Guidance for Donor and    129
           Recipient Information Sharing,
           Mayo_Leopold_0024837 to '4844
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              P R O C E E D I N G S
2          THE VIDEOGRAPHER:  We're on the record.
3  Today is August 14th, 2024.  The time is 1:15
4  p.m.  Today's case caption is Simha versus Mayo
5  Clinic.  The witness for today's deposition is
6  Mauricio Villavicencio.
7          At this time the court reporter will
8  swear the witness.
9          (Witness sworn.)
10         MR. BRANTINGHAM:  Brandon, I'm sorry,
11 before you proceed, can I just --
12         I just want to put on the record that
13 I -- that I provided the emails to you --
14         MR. THOMPSON:  Oh, sure.
15         MR. BRANTINGHAM:  -- that I believe
16 completes the production of responsive emails
17 from Dr. Villavicencio.  Obviously we'll talk
18 about anything about that further, I just wanted
19 to put it on the record --
20         MR. THOMPSON:  Sounds good.
21         MR. BRANTINGHAM:  -- lest I forget when
22 it happened.
23         MR. THOMPSON:  Sounds good.
24         MR. BRANTINGHAM:  Please proceed.
25         MAURICIO VILLAVICENCIO,

Page 5

1  called as a witness, being first duly
2  sworn, was examined and testified as
3  follows:
4              EXAMINATION
5  BY MR. THOMPSON:
6      Q.  All right.  Doctor, have you ever had
7  your deposition taken before?
8      A.  No.
9      Q.  So just a couple of quick ground rules
10 to make sure that we get on the same page and we
11 get a nice, clean record.
12         Number one, try to keep your voice up.
13 You're a little bit of a soft talker so far.  It
14 makes the court reporter's job easier if you can
15 speak as loudly as you can.  Okay?
16     A.  Sure.
17     Q.  Let's try really hard not to talk over
18 one another.  I'm bad about that, as we've
19 established over the course of the last few
20 days, but I'm going to try hard not to talk over
21 you and you try hard not to talk to over me.
22 Okay?
23     A.  Sounds good.
24     Q.  Verbal responses like yeses and nos are
25 really good; shakes of the head and nods and

2 (Pages 2 to 5)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 6

```
 1   grunts or uh-huhs and huh-uhs are not good
 2   because they're hard to take over on the
 3   transcript.  So make sure you respond verbally.
 4   Okay?
 5       A.  Okay.
 6       Q.  If any of my questions are in any way
 7   unclear, will you promise to let me know so I
 8   can rephrase my question and make sure you and I
 9   are on the same page?
10       A.  Sure.
11       Q.  All right.  You're the director of the
12   heart/lung transplant program here at Mayo; is
13   that right?
14       A.  Yes, sir.
15       Q.  Tell me a little bit about the
16   transplant program.
17       A.  Well the lung transplant program has
18   been very successful in the recent years since I
19   came and we have achieve great results and we
20   have transplanted way more people than was
21   before maintaining excellent outcomes, so we're
22   kind of proud in terms of clinical experience
23   per year.  We count the experience per year.
24   We're around 10th in the nation for volume.
25       Q.  For lungs or hearts?
```

Page 7

```
 1       A.  For -- for both.
 2       Q.  What year's statistic are you using
 3   there that you're 10th in the nation in volume?
 4       A.  2023, 2024.  So I have managed to boost
 5   the program since I arrived 2021.  Before we
 6   were like 40 in the nation, --
 7       Q.  And there --
 8       A.  -- something like that.
 9       Q.  I'm sorry.
10         There again you're talking about
11   volume, number of transplants.
12       A.  Number of transplant and outcomes.
13       Q.  So when a transplant program is being
14   evaluated, --
15       A.  Uh-huh.
16       Q.  -- number of transplants is an
17   important metric and outcomes is an important
18   metric; right?
19       A.  Yes, sir.
20       Q.  When we're talking about outcomes,
21   we're talking about the one-year survival
22   outcomes?
23       A.  That's one of the metrics.  There are
24   several metrics.
25       Q.  What is --
```

Page 8

```
 1       What are the most important survival
 2   metrics to you as the director of the program
 3   here?
 4       A.  Ninety-day survival as in the surgical
 5   side, but it matters to me most what happens in
 6   the long run.  For example, in the last
 7   scientific registry of transplant recipients we
 8   have the highest survival three year of follow-
 9   up in the country.
10       Q.  Are you talking about for heart or
11   lung?
12       A.  For heart.
13       Q.  Where does --
14         When you say "we," are you talking just
15   about Rochester, or are you talking about
16   Jacksonville, Arizona, and Rochester together?
17       A.  Rochester only.
18       Q.  All right.  So where does Mayo
19   Rochester rank in terms of one-year survival
20   statistics for heart transplant?
21       A.  Average in the nation.
22       Q.  Average.
23       A.  Uh-huh.
24       Q.  Do you know why that is?
25       A.  It's around 90 percent, 90, 92 percent
```

Page 9

```
 1   at a year.
 2       Q.  No.  Sorry.
 3         Do you have an idea of why Mayo is just
 4   average when it comes to one-year survival?
 5       A.  Because we have excellent outcomes, so,
 6   you know, there's half of the country that's
 7   below us.
 8       Q.  Sure.  But there's also half of the
 9   country that's above you.
10       A.  Yeah.  But you could filter your
11   results to get them better and do low-risk
12   patients and not transplant anybody.
13       Q.  So with --
14       A.  So it's excellent results, sir.
15       Q.  With respect to volume, when we talk
16   about volume being an important metric, we're
17   talking getting the volume numbers up.  Right?
18       A.  Yeah.  So that people don't die from
19   heart failure.
20       Q.  Sure.  Where does Mayo --
21         You said 10th in the nation in volume?
22       A.  Yes, sir.
23       Q.  Just for heart.
24       A.  Yes.
25       Q.  And that's just --
```

3 (Pages 6 to 9)

Page 10

1      A. Not for lung, too.
2      Q. Let's stick just with heart. Okay?
3      A. Okay.
4      Q. I'm going to focus --
5      A. I haven't say anything about lung, but
6  you asked me.
7      Q. I'm going to focus really specifically
8  on heart transplant --
9      A. Uh-huh.
10     Q. -- for purposes of our discussions
11 today.
12        So your testimony is that with respect
13 to the heart transplant program, Mayo Rochester
14 is 10th in the nation in volume.
15     A. Correct.
16     Q. Where was it when you started here when
17 you took over the program?
18     A. Thirty, 40, somewhere in there.
19     Q. I -- I assume that you're proud of the
20 fact that you've increased the numbers of
21 transplants?
22     A. Yeah. Proud of the fact of saving
23 lives by heart transplantation.
24     Q. My question was: Are you proud of the
25 fact that Mayo's volume numbers have gone up?

Page 11

1      A. I answered your question. I'm proud of
2  the fact that when we increased the volume, save
3  heart-failure patients from death.
4      Q. Tell me about your involvement with
5  TransMedics.
6      A. I -- I start using TransMedics during
7  the clinical trials at the Massachusetts General
8  Hospital in Boston when I was a -- an attending
9  heart transplant surgeon at the Mass General
10 Hospital.
11     Q. That was your first involvement with
12 TransMedics?
13     A. Yes. I'm not sure 2015, maybe the end
14 of, because I started September 2015. For sure
15 I would say in 2016, eight years ago.
16     Q. And so back then your involvement with
17 TransMedics was being involved in the PROCEED
18 trial?
19     A. No. I was the --
20        In the EXPAND trial. The PRO -- the
21 PROCEED trial had already been done.
22     Q. That's right. That was doctors mostly
23 at UCLA?
24     A. Yeah, UCLA, some people in Europe,
25 Columbia.

Page 12

1      Q. Was the EXPAND trial funded by
2  TransMedics?
3      A. Yes.
4      Q. Is that the only research study you've
5  been involved in that was funded by TransMedics?
6      A. No, I -- I --
7        In heart -- we're talking about heart
8  only again --
9      Q. Yes.
10     A. -- on this case, so in the -- then
11 the -- the postmarket-approval registry is
12 funded and mandated by the FDA. I'm the
13 principal investigator here at the Mayo Clinic
14 for that.
15     Q. You're the principal investigator you
16 said?
17     A. Yes.
18     Q. How much money does TransMedics provide
19 to Mayo for that?
20     A. I don't -- I don't know exactly. It's
21 minimal enough to, you know, maintain the
22 record.
23     Q. More than a hundred thousand dollars?
24     A. I don't know.
25     Q. What other --

Page 13

1        You mentioned something about lung.
2  Have you had involvement with TransMedics for
3  lung as well?
4      A. Yeah. I participated in the EXPAND
5  trial. So in the case in the Mass General I was
6  the co-investigator -- co-investigator for the
7  EXPAND trial, but in the -- the lung side I was
8  the principal investigator for the EXPAND
9  trial in -- for, you know, this, you know, FDA-
10 regulated trial.
11     Q. And so both of those were funded
12 exclusively by TransMedics.
13     A. Yes.
14     Q. Have you ever met the CEO of
15 TransMedics?
16     A. Yes.
17     Q. How many times?
18     A. Several times.
19     Q. More than ten?
20     A. Probably. I don't know. I don't count
21 how many times I meet people.
22     Q. Okay.
23     A. Maybe 30 times.
24     Q. Thirty times.
25     A. Maybe. I don't know. I don't count

4 (Pages 10 to 13)

Page 14

1  them.  I'm guessing.
2      Q.  Have you ever traveled on a -- and had
3  that funded in any way by TransMedics?
4      A.  Yeah.  I have traveled to the
5  investigative meetings I think twice.
6      Q.  Where were those meetings?
7      A.  One was in -- in Saint Thomas and one
8  was in Boston, not very long travel from home.
9      Q.  TransMedics funded a meeting in Saint
10 Thomas, the Virgin Islands?
11     A.  Yes, sir.
12     Q.  And paid for you to travel there?
13     A.  Yes.
14     Q.  Any --
15     A.  Oh, and there was one in the --
16     So there's two, that one and there's
17 one in -- I think they did one in the -- in
18 Nassau, I think in Bahamas.
19     Q.  In the Bahamas.
20     A.  Uh-huh.
21     Q.  Got it.
22     And TransMedics paid for you to go
23 there, too.
24     A.  Yes, sir.
25     Q.  Any other ways that TransMedics has

Page 15

1  provided you with any sort of financial benefit?
2      A.  No, I have not receive any consulting
3  fees.
4      Q.  Do you have --
5      A.  Nothing other than travel and
6  accommodation for these two meetings and the
7  Boston one.
8      Q.  Where did you stay in Saint Thomas?
9      A.  I -- I stayed in the Ritz-Carlton in
10 Saint Thomas.
11     Q.  How about when you went to the Bahamas
12 on TransMedics' dime?
13     A.  What was it?  Atlantis, I believe.
14     Q.  Both very nice places.
15     A.  Yeah.  Been more than five years since
16 then.
17     Q.  Sure.
18     Any plans for TransMedics to have
19 meetings with these new studies that are going
20 on?
21     A.  I haven't heard any.  There was --
22     There were meetings of the
23 investigators, I think, last year.  I didn't go.
24     Q.  Why not?
25     A.  In Boston.

Page 16

1      Because I'm -- I didn't find it
2  interesting and I didn't have trip days.
3      Q.  Didn't have what?
4      A.  Trip days.
5      Q.  Trip days.  Got it.
6      A.  So like the time that I can get out
7  of -- of the Mayo Clinic.
8      Q.  Yep.  Got it.
9      When TransMedics flew you to the Virgin
10 Islands and the Bahamas, did they fly you first
11 class or coach?
12     A.  Coach.
13     Q.  You got to fix that for the next time.
14     Do you have stock in TransMedics?
15     A.  No.
16     Q.  Do you know -- well you --
17     I assume you know that one of the
18 things that the SRTR tracks is selectivity
19 statistics.
20     A.  No.
21     Q.  Are you aware of that?
22     A.  No.
23     Q.  Okay.  So then I would assume that you
24 have no idea how Mayo Rochester matches up with
25 other institutions in terms of selectivity.

Page 17

1      A.  What do you mean by "selectivity?"  I
2  haven't heard about that term before in heart
3  transplantation.
4      Q.  Well so, for example, one of things
5  that SRTR tracks is offer-acceptance
6  characteristics.  Do you know that?
7      A.  Oh, yeah.  Yeah.
8      Q.  Yep.
9      A.  I wouldn't call that selectivity.
10     Q.  Well so do you know what the offer-
11 acceptance ratio refers to?
12     A.  Yeah.  It was --
13     It's better than in the nation.
14     Q.  My question was:  Do you know what the
15 offer-acceptance ratio is?
16     A.  I can't remember the number, --
17     Q.  No, no.
18     A.  -- but I just can remember our
19 relationship to the nation, that it was better
20 than, you know, the whole nation.
21     Q.  Well "better than," you mean that Mayo
22 accepts a lot more organs than other
23 institutions do?
24     A.  Yeah.
25     Q.  One of the things that I read in some

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 18

1  materials that were put out by Mayo is a quote
2  that says, "We say yes when others say no."
3  Have you heard that little catch phrase.
4      **A. Yeah.**
5      Q. Do you believe in that catch phrase?
6      **A. We try to do everything that is**
7  **medically possibly to improve the patients'**
8  **lives --**
9      Q. Uh-huh.
10     **A. -- and save them from death.**
11     Q. Yeah. No, my question was just: Do
12  you subscribe to that little catch phrase, "We
13  say yes" --
14     **A. Well it -- it -- it**
15     Q. You got to --
16        Hold on. Hold on. Doctor, you got to
17  let me finish.
18        MR. BRANTINGHAM: Yeah. Let him finish
19  the question after and then -- then you go.
20     Q. Do you subscribe to that catch phrase,
21  "When other" -- I guess it's "When others say
22  no, we say yes?"
23     **A. It's a slogan. I am not in the**
24  **Marketing Department.**
25     Q. Do you know where Mayo Rochester ranks

Page 19

1  in terms of the ratio of taking high-risk
2  hearts?
3      **A. You mean high-risk of -- in terms of**
4  **the Public Health Service?**
5      Q. Yes.
6      **A. So in terms of risk of viral infection?**
7      Q. Yes.
8      **A. I -- I think it's -- I --**
9         **I'm not sure. You know, I don't have**
10  **the report on my side here, but I think it was**
11  **probably twice as in the country, something like**
12  **that. I can't remember. Maybe you have it**
13  **there.**
14     Q. Yeah. Two and a half times --
15     **A. Yeah.**
16     Q. -- the national average in terms of --
17     **A. Yeah.**
18     Q. -- taking hearts that are considered
19  high risk.
20     **A. No. You are -- you are saying it**
21  **wrong. It's increased risk of viral**
22  **infections --**
23     Q. Increased risk. Got it.
24     **A. -- by the Public Health Service.**
25     Q. Mayo takes more than twice as many

Page 20

1  hearts with an ejection fraction below 60 as the
2  national average; right?
3      **A. I don't know. I don't remember.**
4      Q. Okay. If I told you that the latest
5  statistics for SRTR was that Mayo took more than
6  three times as many hearts from donors over the
7  age of 40, does that sound about right to you?
8      **A. Yes, sir.**
9      Q. And almost four times as many hard-to-
10  place hearts as the national average?
11     **A. Yes.**
12     Q. And more than double the number of
13  donors from more than 500 miles away?
14     **A. Yes.**
15     Q. Now in order to do that, --
16     **A. Uh-huh.**
17     Q. -- you got to use the OCS; right?
18     **A. Yeah. In part.**
19     Q. Well you can't go get a donor heart
20  from more than 500 miles away using just
21  standard cold cardioplegia; can you?
22     **A. Well it depends because, you know,**
23  **other centers might choose to use another**
24  **preservation method, SherpaPak, for example, and**
25  **they -- I've heard about a report that the Mass**

Page 21

1  **General went to Alaska and got a heart from**
2  **Alaska with cold storage --**
3      Q. Huh.
4      **A. -- with SherpaPak.**
5      Q. Does Mayo use the SherpaPak?
6      **A. No. It was on the shelf, but I haven't**
7  **used it. I used it when I was in the Mass**
8  **General. I wasn't the director of the program**
9  **at that time.**
10     Q. Is there a different director of the
11  transplant program at Mayo Jacksonville?
12     **A. Yes.**
13     Q. And a different one at Mayo Arizona?
14     **A. Yes.**
15     Q. Do you know why the offer-acceptance
16  ratios at the other two Mayo institutions are so
17  much lower than Rochester's?
18     **A. I don't --**
19        **In general terms, they -- you know,**
20  **it's just -- I'll put it on the general word --**
21  **probably they are more conservative.**
22     Q. Do you remember the Noah Leopold case?
23     **A. Yes, sir.**
24     Q. Do you have like a lot of memories of
25  it or just a few?

**6 (Pages 18 to 21)**

Page 22

```
 1        A. I have a lot of memories.
 2        Q. Do you consider the Noah Leopold case
 3   to have been a failure?
 4        A. It's unfortunate that a patient would
 5   die.
 6        Q. That wasn't my question though.
 7        Do you consider the Noah Leopold case
 8   to have been a failure?
 9        A. I -- I think it's unfortunate a patient
10   would have die.
11        Q. Is --
12        A. If you want to quote it as failure,
13   that's you -- what you say, not what I say.
14        Q. No. I'm asking if you agree with it
15   though.
16        A. Then I don't agree with it.
17        Q. Okay. You don't agree that it was a
18   failure.
19        A. No.
20        Q. Do you agree that what happened to Noah
21   Leopold was a catastrophe?
22        A. I don't think so.
23        Q. No?
24        You just think it was unfortunate.
25        A. It was a tragedy and unfortunate.
```

Page 23

```
 1        Q. Okay. Do you remember talking with
 2   either Dr. Altarabsheh or Dr. Knop from the
 3   operating room?
 4        A. Do you mean when they were in the
 5   operating room with the donor?
 6        Q. Yeah. So let me ask it a little
 7   tighter way. There's some text messages sent in
 8   this case that --
 9        A. Uh-huh.
10        Q. -- suggest that one --
11        You're aware of those text messages.
12        A. What?
13        Q. You're nod --
14        I started saying "text messages" and
15   you nodded your head and said "uh-huh" like
16   you're aware of what I'm talking about.
17        A. No, I'm -- no, I'm --
18        People might have sent text messages.
19   I normally do not communicate like that.
20        Q. Yeah.
21        A. I'm Chilean, you know, I use very
22   little text messaging.
23        Q. Are you aware of the fact that there
24   are a number of text messages that have been
25   produced that are relevant to this case?
```

Page 24

```
 1        A. Yeah, I -- I think the -- this
 2   gentleman here next to me, Mr. --
 3        MR. BRANTINGHAM: Brantingham.
 4        A. -- Brantingham, I don't know how to
 5   pronounce it, --
 6        MR. BRANTINGHAM: Andrew's fine.
 7        A. -- you know, show me some.
 8        Q. Okay. Did you --
 9        Have you seen the text messages that
10   refer to either Dr. Altarabsheh or Dr. Knop
11   telling you that the lactates for the donor
12   heart for Noah Leopold were bad or terrible?
13        A. No. I -- I -- I -- I don't recall
14   that. And if they say that, it's completely
15   wrong because the lactates were excellent.
16        Q. No. I understand that. That wasn't my
17   question.
18        You know that there are a number of
19   text messages that suggest that you asked Dr.
20   Altarabsheh and/or Dr. Knop about the lactates
21   and they gave you the impression that the
22   lactates were not good; right?
23        A. No.
24        MR. BRANTINGHAM: Object to the form
25   and foundation. I'm frankly not sure he is. I
```

Page 25

```
 1   mean if you want to show him --
 2        MR. THOMPSON: Yeah, he might not be.
 3   That's fine.
 4        A. I --
 5        Q. Do you remember --
 6        A. I mean if somebody says that, it's
 7   wrong. I don't care.
 8        Q. Do you remember asking Michael Pick to
 9   go get the lactate values?
10        A. I always ask the perfusionist the
11   lactate values.
12        Q. Okay. Do you remember anyone
13   suggesting to you, before you saw the lactate
14   values, that there was an issue with them?
15        A. There was no one.
16        Q. No one made such a suggestion to you.
17        A. No. There was no bad lactic acid --
18        Q. That wasn't my question.
19        A. -- volume.
20        Q. We'll talk about -- we'll talk about
21   the lactates. I'm not asking whether there were
22   bad lactates.
23        I'm going to show you Mayo 25074, first
24   of all. Do you see that top text message?
25        Doctor, I'm asking you if you see the
```

7 (Pages 22 to 25)

Page 26

1  top text message.
2      **A. Yeah, I see that, but I don't remember**
3  **that. But he's wrong.**
4          MR. BRANTINGHAM: Just -- yeah. So
5  wait for the question and respond --
6      Q. You got to listen to --
7          MR. BRANTINGHAM: -- specifically to
8  it.
9      **A. All right.**
10     Q. Nope. You hang onto that, because I'm
11  going to ask you some questions from it.
12     **A. Uh-huh.**
13  ██████████████████████████████
14  ██████████████████████████████
15  ██████████████████████████████
16  ██████████████████████████████
17  ██████████████████████████████
18  ██████████████████████████████
19  ██████████████████████████████
20  ██████████████████████████████
21  ██████████████████████████████
22  ██████████████████████████████
23  ██████████████████████████████
24  ██████████████████████████████
25  ██████████████████████████████

Page 27

1  ██████████████████████████████
2  ██████████████████████████████
3  ██████████████████████████████
4  ██████████████████████████████
5  ██████████████████████████████
6      Q. Do you remember anybody saying anything
7  to you about the heart not being robust --
8      **A. I don't remem --**
9      Q. -- while it was on OCS?
10     **A. I don't remember that.**
11     Q. If somebody had told you that the heart
12  did not look robust while it was on OCS, would
13  that have been noteworthy to you?
14     **A. Of course I would review that.**
15     Q. What do you mean you would review that?
16     **A. Yeah. If somebody tells me that the --**
17  **that the heart is bad, that could be wrong or**
18  **right, so I have to review it, look at it**
19  **myself.**
20     Q. You couldn't look at the heart until it
21  came to the operating room; right?
22     **A. Yeah. Could I look? No. I --**
23     **That is physically impossible.**
24     Q. If the heart had been not robust, or
25  "bad" to use your words, --

Page 28

1      **A. Uh-huh.**
2      Q. -- when it got to the operating room,
3  it would have been too late; right?
4          MR. BRANTINGHAM: Object to the form,
5  foundation. You can answer.
6      **A. What do you mean by "too late?"**
7      Q. By the time that donor heart got to the
8  operating room, you had already taken Noah
9  Leopold's heart out; right?
10     **A. Yeah. Because we rely on the -- on the**
11  **team that we sent to look at the heart. So --**
12  **so normally the -- the team looks at it at the**
13  **donor site, then when they are about to take off**
14  **and then when they land, so I talked to my team**
15  **in that way. And then it is the best, the**
16  **clinical practice, to start the case when the**
17  **heart is meant to look good, and then as soon as**
18  **they arrive, be ready to sew it in. So we**
19  **minimize the time on the OCS to minimize the**
20  **time of the heart out of the body.**
21     Q. How long can the heart stay viable on
22  OCS?
23     **A. We don't know for sure.**
24     Q. Do you remember giving a presentation
25  where you talked that "Most people who have" --

Page 29

1  there's actually a slash here -- "Most people
2  who've been involved with the OCS think that
3  total body time can be eight hours or even
4  more?"
5      **A. It's possible, but the longer you are**
6  **on the OCS, the more edema you could have on the**
7  **myocardium. So the shorter time on the OCS, the**
8  **better.**
9      Q. How long does it take for a heart to
10  get from the airport in Rochester to the
11  operating room?
12     **A. Fifteen minutes.**
13     Q. So if you had wanted to, you could have
14  waited 15 minutes to get your eyes on this heart
15  before you took out Noah's heart.
16     **A. I have trust in my team. They are**
17  **competent professionals.**
18     Q. Wasn't my question.
19     My question is if you --
20     **A. I answer it.**
21     Q. With respect, you didn't. My question
22  wasn't do you have confidence in your team.
23     **A. Yeah. But --**
24         MR. BRANTINGHAM: Let him ask the
25  question, doctor, and then you can answer.

8  (Pages 26 to 29)

Thompson Decl. Ex. T

Page 30

1    Q. My question was: Could you have waited
2  if you wanted to?
3    A. Yeah. But that will be a bad clinical
4  decision because you have to shorten up the time
5  on the OCS.
6    Q. Do you remember doing a presentation
7  with Dr. Paul Friedman from Mayo in July of
8  2023?
9    A. Yes.
10    Q. Do you remember that presentation?
11    A. Yes.
12    Q. What was it about?
13    A. About the techniques for heart
14  transplantation, one, you know, the ex vivo
15  heart perfusion.
16    Q. Yeah. Do you remember during that
17  presentation saying to Dr. Friedman, "So what
18  happens is, for a reason that we completely do
19  not understand, the heart gets edematous, so you
20  have to examine the heart before implanted to
21  make sure you know that it hasn't gotten that
22  edematous." Does that sound like something you
23  would have said?
24    A. I don't remember exactly, but that
25  doesn't mean to be by me, it means to be done by

Page 31

1  the surgical team. You know, it's impossible to
2  work on -- on your own. You need to rely on
3  your surgical team, and that was done.
4    Q. Who is Dr. Mohammad Alomari?
5    A. Mohammad? Who's that one?
6    Q. Do you recognize that name?
7    A. Mohammad?
8    Q. Yeah. One of your colleagues in
9  Jacksonville, at Mayo Jacksonville?
10    A. I -- I don't think I know him.
11    Q. Dr. Pankaj Garg, does that name ring a
12  bell?
13    A. No.
14    Q. Okay. John Yazji?
15    A. No.
16    Q. Dr. Wadiwala?
17    A. No.
18    Q. Well I'll tell you that all of those
19  guys were involved in writing an article
20  entitled "Is the Organ Care System Still the
21  First Choice With Emerging New Strategies for
22  DCD in Heart Transplant." Does that article
23  ring any bells for you?
24    A. I -- I haven't heard about that study.
25    Q. I will tell you that in this article,

Page 32

1  written by your colleagues at Mayo Jacksonville,
2  they describe the process for transplanting an
3  OCS heart. And they say, "Once the heart
4  reaches the recipient OR on the OCS machine, its
5  contractility is reassessed. Based on heart
6  function, other hemodynamic parameters, and
7  lactate levels, if it is decided to proceed with
8  the transplant, the first step is closure of the
9  aortic vent," and yadda yadda yadda. Do you
10  know whether your colleagues at Mayo
11  Jacksonville wait until the heart arrives and
12  can be reassessed in the operating room before
13  they irreversibly remove the patient's native
14  heart?
15    MR. BRANTINGHAM: Foundation.
16    A. I --
17    MR. BRANTINGHAM: You can answer.
18    A. I don't know if they wait.
19    Q. But you told -- but you told me before
20  that it would be bad clinical practice to do
21  that. Do you think your colleagues at Mayo
22  Jacksonville are committing malpractice?
23    A. No. I don't -- --
24    MR. BRANTINGHAM: Foundation.
25    A. -- I don't think it's --

Page 33

1    MR. BRANTINGHAM: Hang on just one sec,
2  doctor. Let me -- I have to get an objection
3  out. Foundation. You can go ahead and answer.
4    A. Well I -- I think, as I said, that the
5  longer the time on the OCS, you know, the worse
6  the results. Whether how many minutes matter or
7  not, you know, might be a matter of debate, it
8  has not been determined, so I would not accuse
9  them of malpractice. It is -- is they might
10  have a different approach, but it's not proven
11  that it's better or worse.
12    Q. Well didn't you tell me, when I asked
13  you if you could have waited that 15 minutes,
14  "Yes, I could have, but it would be bad clinical
15  practice?"
16    A. Yeah, yeah. From my standpoint, I
17  said, you know -- again, I'm going to repeat to
18  you, maybe you're not listening -- the longer --
19  that the longer that you are on the OCS, the
20  more edema you get. So it is, for me,
21  preferable to, you know, be ready to sew the
22  heart in once it arrives. And provided that you
23  have trust on your surgical team, which I do.
24    Q. Let's go back to my question, though,
25  because that wasn't my question.

9 (Pages 30 to 33)

Page 34

1  My question was: Didn't you tell me
2  under oath a few minutes ago, when I asked
3  you --
4  **A. Uh-huh.**
5  Q. -- if you could have waited, you said,
6  "Yes, I could, but that would be bad clinical
7  practice?"
8  MR. BRANTINGHAM: Let me just object --
9  object that I think that is quite explicitly
10  reasking the exact same question you think you
11  already asked, so asked and answered.
12  MR. THOMPSON: He didn't answer it.
13  Q. But go ahead.
14  MR. BRANTINGHAM: Go ahead.
15  **A. Well I -- I think I would -- I would**
16  **not do that because that would result in -- in a**
17  **worse clinical result.**
18  Q. Okay. Did you tell me that waiting
19  would be bad clinical practice?
20  MR. BRANTINGHAM: I mean we can read
21  back the transcript, but it's -- it's been asked
22  and answered. Maybe one more time, go ahead and
23  answer.
24  **A. I would prefer not to wait to decrease**
25  **the -- the edema on the heart.**

Page 35

1  Q. Wasn't my question. I didn't ask you
2  if you preferred to wait. I asked you if you
3  remember telling me under oath that waiting
4  would be bad clinical practice.
5  **A. Well you are -- you are trying to bring**
6  **up a controversy with my colleagues in Mayo**
7  **Florida. I don't think that's appropriate.**
8  **Maybe my words were not exactly right, but I**
9  **think it's preferable to not let the heart get**
10  **more edematous and to decrease the time on the**
11  **OCS.**
12  Q. Okay. So now you'd like to retract
13  what you said earlier that it was bad clinical
14  practice?
15  **A. Well in -- in the terms that -- your**
16  **legal terms maybe; in my -- in my clinical**
17  **positive way probably is appropriate. But you**
18  **understand one thing, I understand a different**
19  **one because we have different backgrounds.**
20  Q. I'm asking you for your own words,
21  doctor. Do you think it would be bad clinical
22  practice to wait or don't you?
23  **A. I would not accuse a colleague of bad**
24  **clinical practice.**
25  Q. I wasn't asking you if you accused a

Page 36

1  colleague of anything.
2  **A. Well that's what you're implying, so I**
3  **am answering your question.**
4  Q. Don't try to read into my implication.
5  Just answer the question I'm asking.
6  **A. I -- I answer it.**
7  Q. No, you didn't.
8  MR. BRANTINGHAM: Hold on one sec,
9  doctor. Should we read back the original answer
10  so that we have clarity on --
11  MR. THOMPSON: No, because now he's
12  going to --
13  MR. BRANTINGHAM: -- what was said?
14  MR. THOMPSON: -- because now he put --
15  I'm good. Do you have an objection?
16  MR. BRANTINGHAM: My objection I think
17  is asked and answered.
18  MR. THOMPSON: Great. Thank you.
19  MR. BRANTINGHAM: Okay.
20  Q. Is it bad clinical practice to wait or
21  isn't it?
22  MR. BRANTINGHAM: You can answer that
23  question.
24  **A. I -- I think it would produce more**
25  **edema on the heart, so I would not do that.**

Page 37

1  Q. That wasn't my question.
2  **A. I answer your question.**
3  Q. No, you didn't. You answered a
4  different question that I didn't ask, and we're
5  going to keep asking this question until you
6  actually answer it.
7  **A. Then I think it's not a --**
8  **Then I don't think so.**
9  Q. You don't think it's bad clinical
10  practice.
11  **A. In legal terms, no.**
12  Q. Okay. You just think it's not
13  something you would do.
14  **A. Yeah. I would not do clinically**
15  **because I want the best result for my patient.**
16  Q. And you think that doing that, waiting,
17  can lead to worse clinical outcomes.
18  **A. Yes.**
19  Q. Are you going to call up your
20  colleagues in Jacksonville and tell them, "Hey
21  guys, what you're doing may lead to bad clinical
22  outcomes, and since we care about saving
23  patients' lives here at the Mayo Clinic, maybe
24  you should think about doing it differently?"
25  MR. BRANTINGHAM: Object to the form of

10 (Pages 34 to 37)

Page 38

1  the question and the foundation.  You can
2  answer.
3        A.  This --
4        To say that, you know, I will have
5  to -- I need to have a -- a study about the
6  times on the OCS, and we don't have that so far
7  in the literature.
8        Q.  None of that was my question.
9        You told me that in your opinion, as
10  the director of the heart/lung transplant
11  program at Mayo Clinic Rochester, waiting until
12  the heart arrives in the operating room before
13  you explant the native heart leads to worse
14  clinical outcomes.  My question is:  Are you
15  going to contact your colleagues at Mayo
16  Jacksonville and tell them, "Hey guys, what
17  you're doing may lead to worse clinical
18  outcomes?"
19        MR. BRANTINGHAM:  Object to the form.
20  You can answer.
21        A.  I will not do that until there is a
22  study that would, you know, resolve that
23  question.
24        Q.  Do you remember what this heart looked
25  like when it came out of the box?

Page 39

1        A.  Yes.
2        Q.  What did it look like?
3        A.  Excellent function.
4        Q.  What color was it?
5        A.  Like the color of a heart, like yellow
6  and red.
7        Q.  Any oth --
8        Anything else you can describe for me?
9        A.  There was some ecchymosis, you know, on
10  the heart, that's meaning a little bit of
11  bruising.
12        Q.  Anything else you can describe for me?
13        A.  The squeezing function was excellent.
14        Q.  Did you notice, when the heart came out
15  of the box, that it was larger than expected?
16        A.  No, it was not larger than expected.
17        Q.  When you tried to transplant it into
18  Noah there was a significant size mismatch; was
19  there not?
20        A.  Yeah, that's -- there was a size
21  mismatch.  That doesn't -- it's not the same
22  that -- larger than expected.  It was a size
23  mismatch, so because I'm a transplant surgeon, I
24  made the surgical maneuvers to fix that, and
25  those maneuvers were successful, and so it was

Page 40

1  fine.
2        Q.  How big of a size mismatch was there?
3        A.  Thirty-percent different.
4        Q.  And in your clinical view that is
5  significant; right?
6        A.  Well it's --
7        I have transplanted many hearts that
8  have been larger than 30 percent successfully.
9        Q.  My question was:  Is a 30-percent size
10  mismatch, in your clinical view, significant?
11        A.  Yeah, it's significant.
12        Q.  Did you think going into this surgery
13  there was going to be a 30-percent size
14  mismatch?
15        A.  Yeah, because the -- the donor was
16  larger, and that's good for the hemodynamics of
17  the recipients.  So the larger the size is, the
18  hemodynamics are better after a heart
19  transplantation.
20        Q.  Do you remember talking with members of
21  the Leopold family after this catastrophic
22  failed transplant?
23        A.  I -- I remember --
24        MR. BRANTINGHAM:  Object to the form of
25  the question.  Go ahead, you can answer, doctor.

Page 41

1        A.  I -- I remember talking to them.
2        Q.  Do you remember telling them that you
3  knew right away that the heart was bruised and
4  didn't look great, but by then it was too late?
5        A.  Well it was -- was -- you know, had
6  bleeding several hours after it was implanted.
7  It was bruised at the beginning, but just as
8  described in the operative note, it is mildly
9  bruised as is in the usual OCS cases.
10        Q.  Mr. Leopold's family is going to
11  testify that you told them that you knew right
12  away when that heart came out of the box that it
13  was bruised and it didn't look great, but by
14  then it was too late because Noah's native heart
15  had already been explanted.  If -- you got to
16  let me ask my question -- if they testify that
17  you told them that, are you going to deny it?
18        A.  I -- I --
19        In terms of the timing, I'm going to
20  deny it.  Because what had happened is it was,
21  you know, severely bruised.  If you -- you know,
22  this is a qual -- qualitative description, you
23  know, more like a hematoma, so big-time
24  bruising.  That -- that's what I told them that,
25  you know, happened several hours later as, you

Page 42

1  know, the transplant went through.  But -- but
2  the bruising was mild.
3      Q.  And you're sticking right now with you
4  thought the heart itself looked excellent when
5  it first came out of the box.
6      A.  Yes.
7      Q.  When you accepted this heart for
8  transplant, did you know about the donor's
9  social and health history?
10     A.  Yes.
11     Q.  Did you know that the donor was a meth
12  addict?
13     A.  Yes, sir.
14     Q.  Did you know that the donor had died of
15  a meth overdose?
16     A.  Yes.
17     Q.  Did you know that the donor had died of
18  an intracranial hemorrhage that was brought on
19  by that meth overdose?
20     A.  Yes.
21     Q.  You know that heart transplant
22  recipients of donors with intracranial
23  hemorrhage have worse survival; right?
24     A.  That has not been established clearly
25  in the literature.

Page 43

1      Q.  You wrote an article that literally has
2  that as the title; right?
3      A.  Yeah.  But the title is one thing, and
4  the other thing is how it -- how it looks like.
5      Q.  How what looks like?
6      A.  Because if you read --
7          I'm going to explain the -- the
8  abstract.  The abstract shows that in the United
9  States over 6,000 patients have been
10  transplanted with intracranial hemorrhage, so
11  kind of two years' worth of heart transplant
12  practice in the whole United States.  So that
13  obviously -- it should tell you that taking
14  donors with intracranial hemorrhage is a
15  standard practice.  And if you -- 6,000 heart
16  transplants.  And then if you see the abstract
17  with an academic eye, you will see the
18  difference that was encountered was a
19  one-percent difference, between, you know,
20  11.9 -- so 12 percent and 13-point-something
21  percent, one percent difference.  Not clinically
22  significant, just the study signify significant.
23  And one more issue with that is that when
24  there's a comparison of intracranial hemorrhage
25  versus other type of strokes, the groups are not

Page 44

1  matched in risk factors, so the difference could
2  have been different risk factors.  For example,
3  the group with intracranial hemorrhage were
4  older, so that could have been the reason of the
5  one-percent difference.
6      Q.  None of that was my question.
7          When you published that abstract with
8  the title "Heart Transplant Recipients of Donors
9  with Intracranial Hemorrhage Have Worse
10  Survival," did you intend to say "Heart
11  Transplant Recipients of Donors with
12  Intracranial Hemorrhage Have Worse Survival, But
13  It's Not Clinically Significant?"
14         MR. BRANTINGHAM:  I just object to the
15  form of the question.  Go ahead.
16     A.  The --
17         I was not the first nor the last
18  author.  So I -- I --
19         In terms that this was submitted to a
20  meeting, I thought it was reasonable, but it's
21  not something that could be accepted in regular
22  clinical practice because that will leave many,
23  many patients with no life-saving heart
24  transplant.
25     Q.  None of that was my question either.

Page 45

1  Let me try again.  I'll try a different
2  question.
3          With respect to the clinical
4  significance of these findings, do you remember
5  what the conclusion is in this abstract?
6      A.  That -- that you need to be cautious
7  with intracranial-hemorrhage donors.
8      Q.  And matched carefully with the
9  appropriate recipient; right?
10     A.  And --
11         Yeah.
12     Q.  Got it.
13         Were you involved in any
14  informed-consent discussions with Mr. Leopold
15  before this surgery?
16     A.  Yes.
17     Q.  When did you meet with him?
18     A.  The day before the transplant.
19     Q.  The day before the transplant?
20     A.  Well I mean during the day.  You know,
21  the transplant was during the night, so that's
22  what I mean, the day.
23     Q.  Got it.
24     A.  Actually I think it was -- you know,
25  the transplant was in the night, so in -- in

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 46

1    that.  There's two days in "during the night,"
2    so in the -- that day of that night, the
3    previous day of that night I talked to him and
4    the family.
5        Q.  Do you remember about what time that
6    was?
7        A.  Maybe 3:00 p.m.  Maybe.  I can't
8    remember.
9        Q.  Do you remember -- do you remember
10   anything about the conversation?
11       A.  I remember there was a kind of half-an-
12   hour conversation and that they -- all their
13   questions were answered.
14       Q.  Did Noah have lots of questions?
15       A.  Yes.
16       Q.  Like what?
17       A.  I don't remember.
18       Q.  You don't remember a single one?
19       A.  Like "How is the donor?"  "It's a good
20   donor."
21       Q.  He asked "How's the donor?" and you
22   said "It's a good donor?"
23       A.  "It's a good donor."
24       Q.  When he asked "How's the donor?" and
25   you said, "Oh, it's a good donor," --

Page 47

1        A.  Yeah.
2        Q.  -- did he ask you any follow-up
3    questions on that?
4        A.  I don't remember.
5        Q.  When he asked you "How is the donor?"
6    and you said "Good donor," did you tell him "But
7    we've got to consider this donor with caution
8    because he had an intracranial hemorrhage?"
9        A.  It is -- it is forbidden by UNOS
10   policies to give healthcare information or
11   mechanism of death --
12       Q.  Right.
13       A.  -- to the donor, so we would not
14   discuss that.
15       Q.  Okay.  So what is your understanding of
16   what your obligation is when you're providing
17   informed consent?
18       A.  It is to tell the patient about the
19   procedure they are going to have.
20       Q.  Is that it?
21       A.  Yeah.  The benefits and the risks.
22       Q.  Benefits and risks of what?
23       A.  Of the procedure, meaning heart
24   transplantation.
25       Q.  Do you talk with them in the -- about

Page 48

1    the benefits and the risks of the organ that
2    you're planning on implanting in his body?
3        A.  We talked before the patient is listed,
4    so we got a -- a surgical consult either by me
5    or one of my heart transplant colleagues.  And
6    as -- and as I said, you know, I talked to the
7    recipient, you know, before the transplant, as I
8    said I did.
9        Q.  Okay.  None of that's my question.
10       My question is:  When you had the
11   conversation with Noah, did you talk with him
12   about the benefits and risks, not of the overall
13   procedure, but of the specific organ you were
14   planning on implanting in his body?
15       A.  Well they have already been consulted
16   by the whole team about that for extensive and
17   overwhelming period of time.  So we normally
18   would tell -- you know, ask if there are any
19   further questions of what has been already
20   discussed, because the patient had had many
21   discussions with the cardiologist, with another
22   heart surgeon and so on and so forth, so we, you
23   know, don't want to be redundant, and then, you
24   know, ask if there's anything new.
25       Q.  Okay.

Page 49

1        A.  In general terms.  You know, I can't
2    remember what I talked to him and the family, I
3    just remember that it was a half an hour.
4        Q.  This --
5        Discussions that he had had in the days
6    and weeks prior to the discussion you had with
7    him, nobody knew anything about the donor heart
8    that was going to be implanted in him then;
9    right?
10       A.  Do you think we have a crystal ball or
11   something about how the donor's going to be?
12       Q.  Well that's exactly my point.  You
13   don't have a crystal ball, so you --
14       A.  Yeah.
15       Q.  -- nobody at Mayo would have been able
16   to tell Noah anything about the risks and
17   benefits of that specific organ until the
18   morning of August 29th; right?
19       A.  No.  We could not tell the specific, as
20   I -- as we said, because, you know, UNOS forbids
21   that.
22       Q.  UNOS doesn't forbid that and neither
23   does the OPTN.
24       A.  It's the same thing.
25       Q.  Yeah.

13 (Pages 46 to 49)

Page 50

1          MR. BRANTINGHAM:  Just hold on --
2    wait --
3          **A.  No, no.  It does.  It does.**
4    Q.  Is it --
5          **A.  It does forbid that.**
6          MR. BRANTINGHAM:  Hold on.  Hold on.
7    Hold on.  Wait for a question.
8    Q.  I'm going to ask a question.
9          MR. BRANTINGHAM:  Wait for a question.
10   Q.  The question --
11         So what is your basis for saying that
12   you are forbidden from telling somebody that the
13   donor died of an intracranial hemorrhage?
14         **A.  Because there's UNOS, you know, bylaws**
15   **and then you cannot do that.**
16   Q.  Are you talking about the OPTN Guidance
17   on --
18         **A.  On UNOS.**
19   Q.  Huh?
20         **A.  On UNOS.**
21   Q.  UNOS or OPTN?
22         **A.  Well it's the same thing.**
23   Q.  They're two different organizations;
24   aren't they?
25         **A.  Well they overlap.**

Page 51

1    Q.  How so?
2          **A.  Because they take care of a heart**
3    **tran -- I mean transplantation in the U.S.**
4    Q.  Well sure, so does LifeSource.  Is
5    LifeSource and the OPTN the same thing?
6          **A.  Yeah.  So, no, they overlap.**
7    Q.  Wasn't my question.  You keep telling
8    me that UNOS and OPTN are the same thing.
9          **A.  Well --**
10         MR. BRANTINGHAM:  Hold -- just wait --
11   wait -- wait for him to get to an actual --
12   Q.  You got to wait for the question.
13         MR. BRANTINGHAM:  There's a lot of
14   words before an actual question.  Let all the
15   words come, --
16         THE WITNESS:  Okay.
17         MR. BRANTINGHAM:  -- and then when
18   there's a real question, answer that question.
19         THE WITNESS:  Okay.
20   BY MR. THOMPSON:
21   Q.  Is it really your testimony that OPTN
22   and UNOS are the same thing?
23         MR. BRANTINGHAM:  Object to form.  Go
24   ahead, doctor, you can answer.
25         **A.  Honestly, I'm not sure.  They usually**

Page 52

1    overlap.
2    Q.  Have you ever seen OPTN's Guidance for
3    Donor and Recipient Information Sharing?
4          **A.  Yeah, I think I saw that.**
5    Q.  The guidance that --
6          Do you know what OPTN is?
7          **A.  Organ Procurement Transplantation**
8    **Network.**
9    Q.  How do they relate to your practice?
10         **A.  So they establish kind of the framework**
11   **of the practice, transplant practice.**
12   Q.  What OPTN says is that "Deceased donor
13   information routinely shared with the
14   recipients/recipient families should be limited
15   to information required as part of the recipient
16   informed consent process for transplantation."
17   What part of that says you can't tell them that
18   they died of an intracranial hemorrhage?
19         MR. BRANTINGHAM:  I just object to form
20   and note for the record the pat -- the witness
21   is not being shown the document that is being
22   read to him.
23   Q.  I just read you the statement.  What
24   part of that --
25         **A.  No -- no --**

Page 53

1    Q.  -- says you can't tell them there's an
2    intracranial hemorrhage?
3          **A.  I don't know the exact document that**
4    **you have, but I've read that they can't be**
5    **informed about the cause of death.**
6    Q.  You read that somewhere.
7          **A.  Yes.**
8    Q.  That you're prohibited from doing that.
9          **A.  Yes, sir.**
10   Q.  Do you have an understanding that what
11   Minnesota law requires, when you're providing
12   informed consent to a patient, is you have to
13   give the patient all of the information that a
14   reasonable patient in that person's position
15   would find significant in making a decision
16   about their own healthcare?
17         **A.  I don't know about that.  I'm not a**
18   **lawyer.**
19   Q.  Do you strive, when you are providing
20   informed consent to patients, to give a patient
21   all the information they would find significant?
22         **A.  Yes, we do that in the -- in the**
23   **consult, official consult, surgical now before**
24   **the patient is listed, --**
25   Q.  I'm --

14 (Pages 50 to 53)

Page 54

1    **A. -- as Dr. Daly did.**
2        Q. Yep. I'm sticking with your
3    conversation. When you provided informed
4    consent to Noah --
5        When Dr. Daly talked to Noah, Dr. Daly
6    didn't know that this donor organ was going to
7    be coming from a meth addict who died of an
8    intracranial hemorrhage; right?
9        **A. Yep. We -- we should not tell the**
10   **patient that.**
11       Q. Wasn't my question.
12       My question was: When Dr. Daly talked
13   to Mr. Leopold, Dr. Daly didn't know that the
14   heart was coming from a meth addict who died of
15   an intracranial hemorrhage; did he?
16       **A. Well he didn't know, --**
17       Q. Did he --
18       **A. -- but he knew that 20 or 30 percent of**
19   **the donors are -- in the U.S. are from drug**
20   **overdose, so we discuss that.**
21       Q. "We" being who?
22       **A. We, any transplant professional, you**
23   **know, would know that 20 or 30 percent are**
24   **from -- from a drug addict in the U.S. from drug**
25   **overdose.**

Page 55

1        Q. Which means that 70 or 80 percent of
2    them do not come from a drug overdose; right?
3        **A. Yes.**
4        Q. Which means that, assuming that Dr.
5    Daly had that discussion with Noah, Noah would
6    have understood that there was a seven- or
7    eight-out-of-ten chance that the donor for his
8    heart would not have had a drug overdose; right?
9        **A. Yeah, that is possible; however, the --**
10   **he was told about this was an increased-risk**
11   **donor. And increased-risk donor, Mr. Leopold**
12   **knew very clearly that it could be, you know, a**
13   **drug addict, and -- and he consented for that**
14   **and that's documented.**
15       Q. Okay. So first of all, please listen
16   to my question and just answer my question. My
17   question didn't have anything to do with any of
18   that.
19       **A. Well I'm not going to answer what you**
20   **want.**
21       Q. Well you've got to answer my questions
22   though.
23       **A. Yeah. I did.**
24       MR. BRANTINGHAM: Hold on, doctor.
25       Q. Just hang on. Hang on. Hang on.

Page 56

1        MR. BRANTINGHAM: Let him -- wait for
2    the next question.
3        Q. Hang on. I know that you're a busy
4    man. I know that you don't want to be here. I
5    get that. I would like to go home to
6    Minneapolis as well. This will go a lot more
7    smoothly if you answer the questions that I'm
8    asking. Just answer that question, then stop,
9    let me ask another question rather than
10   answering my question and then trying to read
11   into where I'm trying to go with it and give me
12   a bunch of other information that has nothing to
13   do with the question that I asked. So --
14       **A. I think the situation is different. I**
15   **think the situation is that you don't like my**
16   **answers, and I -- you have to accept my answers.**
17   **You know, I'm a medical professional.**
18       Q. Okay. Fair -- I --
19       It's on the record now that I'm trying
20   really hard to get through this, and if we got
21   to be here all night, we'll be here all night.
22   I've got seven and a half hours with you, so --
23       Let's go back to my question. When Dr.
24   Daly talked to Noah, he didn't know that the
25   heart that was going to be implanted into Noah's

Page 57

1    chest was coming from a meth addict who had an
2    intracranial hemorrhage; isn't that true?
3        **A. No, he didn't --**
4        **Yeah. He didn't know.**
5        Q. The only surgeon who provided informed
6    consent to Noah after that information became
7    available was you; isn't that true?
8        **A. The con --**
9        **The informed consent is -- is done**
10   **previously --**
11       Q. Uh-huh.
12       **A. -- in the surgical note. It's a --**
13   **it's a team approach.**
14       Q. Wasn't my question. We'll go back to
15   my question.
16       The only surgeon who provided informed
17   consent to Noah after the information about the
18   donor became available was you; isn't that true?
19       **A. The surgeon --**
20       **Yeah. Uh-huh.**
21       Q. So let's stick specifically with what
22   you told Noah. You told him it was a good
23   donor, --
24       **A. Uh-huh.**
25       Q. -- and then you talked with him about

15 (Pages 54 to 57)

Page 58

```
 1    the risks and benefits just of the transplant
 2    procedure, but not the risks and benefits of the
 3    donor organ.  Do I have that right?
 4        A.  No.
 5        Q.  What part do I have wrong?
 6        A.  Because how the transplant procedure
 7    could be separated from the donor procedure.
 8        Q.  Okay.  Then tell me with as much
 9    specificity as you can what you told Noah about
10    the potential risks of this specific donor
11    organ.
12        A.  I -- I thought it -- and -- it was
13    an --
14           That it was an excellent donor and that
15    normally -- I can't recall exactly what -- what
16    was the conversation, as I said before -- but,
17    you know, the -- the risk of cardiac surgery,
18    you know, was done.  Risks of cardiac surgery
19    are stroke, bleeding, wound infection, renal
20    failure, the whole medicine is a risk.  That's
21    the risk.
22        Q.  None of that answered my question at
23    all.  I asked you what specifically did you tell
24    Noah about the risks of this specific donor
25    organ.
```

Page 59

```
 1        A.  Again -- again, I already told you that
 2    we don't talk in specifics because that's
 3    banned, --
 4        Q.  So --
 5        A.  -- is -- is confidential information
 6    about the donor.
 7        Q.  So what you told him was this was an
 8    excellent donor and that's it.
 9        A.  Yeah.  And if they had any question --
10    and I don't recall what other question they
11    have, but I remember that I stayed there
12    answering question for half an hour.
13        Q.  Okay.  Let's, again, stick just with
14    the donor organ.  Am I correct that the only
15    information you gave Noah Leopold about this
16    donor organ was it's coming from an excellent
17    donor?
18        A.  I don't recall the -- the conversation
19    entirely.  I know that the donor told her -- I
20    mean that our transplant coordinator told her
21    that it was from increased-risk donor, and he
22    accepted that.
23        Q.  I'm not talking about what the
24    transplant coordinator talked with him about.
25    I'm not talking about what anybody else talked
```

Page 60

```
 1    with him about.  We're sticking with you.  So --
 2        A.  Yeah.  That's what --
 3        Q.  Hold on.  Hold on.
 4        A.  But let -- but let me -- you -- you
 5    are --
 6           MR. BRANTINGHAM:  Wait for --
 7        A.  You allude to me, so I need to answer.
 8           Because we are part of the team that
 9    informs things to the -- to the -- to the
10    recipient, so I rely in my colleagues, my
11    cardiology, my transplant coordinator to give
12    the most information that we can to the patient.
13    And I went there and spent a half an hour at
14    least talking to them and doing the best job
15    that we can.
16        Q.  Great.  Now I've talked to Dr.
17    Rosenbaum and I'll probably talk to the
18    transplant coordinator.  What I'm interested in
19    right now, though, is talking to you about what
20    you told Mr. Leopold, so I'm going to go back to
21    my question.
22           When you spent that half hour talking
23    to Noah Leopold, did you tell him anything about
24    the risks of this donor organ other than just
25    saying "This is an excellent donor?"
```

Page 61

```
 1        A.  I don't recall, but I --
 2           I don't recall any more than that, but
 3    it was an excellent donor and continues to be.
 4        Q.  Would it be your standard practice to
 5    tell a person like Noah anything about the risks
 6    of the donor organ other than "You know what,
 7    this is an excellent donor?"
 8        A.  Well the standard practice is we have
 9    to talk about DCD, if it's DCD or not DCD.  This
10    donor was not DCD, it was brain dead.  Whether
11    or not, you know, it's increased risk, all
12    right, it's already done by the transplant
13    coordinator and we have to -- and -- and if he
14    was hepatitis C or not hepatitis C.  This donor
15    was not hepatitis C positive, so that's --
16    that's why, you know, we have to make sure that
17    we provide that information, and we did.
18        Q.  Okay.  Back to my question.
19           Would it have been your standard
20    practice --
21           I know you don't remember this
22    conversation, but you know this wasn't a DCD
23    donor; right?
24        A.  (Witness nodding.)
25        Q.  Yes?  You've got to say yes for the
```

**16 (Pages 58 to 61)**

Page 62

1  record.
2  **A. Yeah, it was not.**
3  Q. And you know that this wasn't a --
4  **A. And I already told you that already, --**
5  Q. You know this --
6  **A. -- so it's already on the transcript.**
7  Q. You know that this wasn't a hepatitis C
8  donor; right?
9  **A. Yes.**
10 Q. So let's stick with this donor, not
11 some other hypothetical donor. Let's stick with
12 this donor.
13 **A. Well I stick to this donor because, you**
14 **know, as I said --**
15        MR. BRANTINGHAM: Let him get to the
16 next question, doctor.
17 **A. Yeah. But you are -- you are repeating**
18 **the information.**
19 Q. Are you ready for me to ask a question?
20 **A. Yes, sir. Go ahead.**
21 Q. With respect to this specific donor, in
22 your general practice, the way that you
23 typically do things, would you have told Noah
24 anything about the donor organ other than it's
25 coming from an excellent donor?

Page 63

1  **A. I have to respond again? The only**
2  **thing that I would have told him about, DCD,**
3  **hepatitis C, and increased-risk donor, and**
4  **whether it was something controversial or not.**
5  **There wasn't any controversial in the donor.**
6  Q. So again, like let's not talk about
7  some hypothetical donor that this wasn't. You
8  told --
9  **A. No, I -- I tell you.**
10 Q. Okay. We're going to keep at this
11 until we get straightforward answers to my
12 straightforward questions. We're going to go
13 back again.
14        With respect to this specific donor, if
15 you were following your standard practice, would
16 you have told Noah anything about the donor
17 organ other than it's coming from an excellent
18 donor?
19 **A. Well in -- in this case, I wouldn't**
20 **have told anything because all the evidence was**
21 **excellent.**
22 Q. Let's talk about the surgery itself.
23        MR. BRANTINGHAM: We're about an hour
24 in. Maybe take five?
25        MR. THOMPSON: Sure.

Page 64

1        THE REPORTER: Okay. Off the record.
2        (Recess taken from 2:16 p.m. to 2:21
3  p.m.)
4        THE VIDEOGRAPHER: We're on video.
5        THE REPORTER: We're on the record.
6  BY MR. THOMPSON:
7  Q. Did you look at your operative report
8  as part of preparing to give your deposition
9  today, doctor?
10 **A. Yes, sir.**
11 Q. When is the last time you looked at
12 your operative report?
13 **A. This morning.**
14 Q. All right. Do you remember which of
15 the two procurement surgeons called you to talk
16 with you about the assessment of the heart when
17 they were still in Idaho?
18 **A. I don't.**
19 Q. Do you know for a fact that one of them
20 called you?
21 **A. I don't. I don't know. I trust both.**
22 Q. When you say you trust them, you trust
23 their assessment?
24 **A. Yes.**
25 Q. Do you feel confident that they can

Page 65

1  independently decide that a heart is suitable
2  for transplantation?
3  **A. That's the normal clinical practice all**
4  **over the world.**
5  Q. Is the normal clinical practice at Mayo
6  for them to call you and walk you through what
7  they're seeing, or is it for them to just make
8  the decision that this looks good?
9  **A. No, it's mandatory a phone call.**
10 Q. Okay. How long does the phone call
11 usually last?
12 **A. Five minutes.**
13 Q. What sorts of information do they
14 generally provide you?
15 **A. If there's any contraindication in the**
16 **donor; for example, if they see a tumor, for**
17 **example. They want to see how the function of**
18 **the heart, what are the hemodynamics, if -- if**
19 **they palpate any coronary disease, verify**
20 **everything that is in the computer, you know, in**
21 **the computer -- in the donor that -- there's**
22 **some information, but you have to verify it**
23 **onsite. That's the normal way.**
24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17 (Pages 62 to 65)



Page 66

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 68

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 67

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 69

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

18 (Pages 66 to 69)



**Page 73**

3    Q. Did you review the donor's health
4    summary?
5    **A. Yes.**
6    Q. From UNet?
7    **A. Yes.**
8    Q. When?
9    **A. I -- I don't know if the offer was done**
10   **the night before or during the day.  I can't**
11   **remember exactly.**
12   Q. How much time would you generally spend
13   going through the UNOS records that are made
14   available to you?
15   **A. Around a half an hour.**
16   Q. Do you remember if there were other
17   hearts that were offered to Noah that day that
18   were just as suitable for him?
19   **A. No.  There wasn't any.**

Page 74

1
2
3
4      Q.  Okay.  How long do you think Noah could
5  have waited to get a heart?
6      A.  It's -- it's --
7      You can't predict that.  He could have
8  died next day.
9      Q.  Do you think he probably would have
10  died the next day if you --
11      A.  Could have happened.  I've seen it many
12  times.
13      Q.  Well he survived for a week even after
14  you took his heart out and left him without a
15  heart; right?
16      A.  Yeah, because I implanted acute
17  circulatory support on him.
18      Q.  Sure.  Weren't --
19      Wouldn't there have been lots of
20  intermediate steps to help Noah's circulatory
21  function if he had continued to go downhill in
22  the week or two after the 29th if he had chosen
23  to wait?
24      A.  If he had chosen to work, let's suppose
25  that you need to do more, that will, you know,

Page 75

1  worsen his prognosis.
2      Q.  Do you know that the other doctors who
3  have testified in this case have said Noah could
4  have survived weeks or months?
5      A.  I don't agree with that.
6      MR. BRANTINGHAM:  Foundation.
7      Q.  Okay.
8      MR. BRANTINGHAM:  Yeah.
9      A.  I don't agree with that and -- because
10  he was in cardiogenic shock.  He had a right
11  heart catheterization show extremely low cardiac
12  index, so he could have died next day.
13  Moreover, he got end-organ dysfunction several
14  days before.  So there was evidence of, you
15  know, kidney dysfunction and liver dysfunction,
16  so you don't want your patient to suffer more
17  organ dysfunction before transplant.
18      Q.  So if he was in such dire straights, do
19  you know why Dr. Daly didn't transplant him in
20  the week before you came on the service?
21      A.  I --
22      The only thing that I recall -- I don't
23  recall -- recall anything about Dr. Daly.  I
24  recall Dr. Spencer, that he got an offer, and he
25  has an increasing in his creatinine, so

Page 76

1  end-organ dysfunction what I'm telling you, and
2  so they -- they elected to wait until the kidney
3  function, you know, could have gotten better,
4  signs that he was very sick and in cardiogenic
5  shock.
6      Q.  And it did get better in less than 24
7  hours; didn't it?
8      A.  I can't recall how were the measurement
9  of the kidney function, but normally that
10  happens over two or three days that it get
11  better, the kidney function.  But he didn't have
12  normal kidney function for sure.
13      Q.  If Noah's kidney function improved over
14  the course of less than 24 hours, that would be
15  a good sign for him; wouldn't it?
16      A.  Yeah.  But it would be a good sign in
17  terms of, you know, he had some recovery with
18  the circulatory support, but what it tell us
19  that he's in a very borderline situation.
20      Q.  Would you have preferred for Noah to
21  have had a combined heart-liver transplant?
22      A.  No.
23      Q.  Why not?
24      A.  Because a heart-liver transplant
25  carries a mortality between 30 to 50 percent.

Page 77

1  Heart transplant might be two to three percent.
2  Comparative mortalities that we're talking.
3      Q.  Have you seen the email exchanges where
4  Dr. Spencer and the rest of the team were
5  actually pushing for him to get a combined
6  heart-liver transplant?
7      A.  I -- I don't remember seeing those.
8  I -- I know that the liver team, which are the
9  experts, said that he didn't need a liver
10  transplant.
11      Q.  Do you remember when you gave that
12  presentation with Dr. Friedman talking about the
13  advantages of doing a combined heart-liver
14  transplant?
15      A.  Yeah.  That has some advantages related
16  to the antibodies that have been published here
17  at Mayo.
18      Q.  One of the other advantages is that you
19  avoid coagulopathy; right?
20      A.  Well that -- that, in terms of if you
21  implant the liver and it works fine, it might,
22  you know, get the -- the coagulation better, but
23  certainly not normal, because when you do a
24  heart-liver transplant there is a huge
25  derangement on the coagulation factors.  So if

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 78

1  you ask me what has more coagulopathy, certainly
2  a heart-liver, but within the heart-livers,
3  doing the liver first would have less
4  coagulopathy.
5      Q.  And as you said in your interview with
6  Dr. Friedman, "there's less coagulopathy, so the
7  liver is working" and "patients bleed less," and
8  that's quite an advantage.  That's right; right?
9      A.  It has not been demonstrated
10  extensively, but it's a physiologic thought.
11      Q.  Do you think that Noah's liver
12  dysfunction had anything to do with the bleeding
13  event you experienced in the operating room?
14      A.  No, I don't think so.
15      Q.  Why is that?
16      A.  Because we, you know, rely on the
17  assessment of the expert, the liver transplant
18  people, that his synthetic function was good
19  before the transplant, and that includes the
20  coagulation, so -- and as a doctor, what I can
21  see, his coagulation was good and -- but -- and
22  so I don't think it has nothing to do.
23      Q.  If his coagulation good -- was good,
24  why were you unable to get the bleeding from his
25  heart to stop?

Page 79

1      A.  Well because it was bleeding diffusely,
2  you know.  It's for me just a theory -- I don't
3  know what it was bleeding.  It's first time I
4  have seen this, so it was bleeding from all over
5  the heart, so my suspicion there was, you know,
6  microtears on the aortic root and that
7  infiltrated the heart and make it bleed from
8  everywhere.  It's a hypothesis.  I don't know
9  really what it -- why it bled from everywhere.
10      Q.  That hypothesis that you just described
11  about there being microtears from the aortic
12  root, --
13      A.  Uh-huh.
14      Q.  -- that's the best hypothesis you can
15  come up with based on your years of
16  education, --
17      A.  Uh-huh.
18      Q.  -- training, and experience and the
19  fact that you were the one who was actually
20  there watching it bleed; right?
21      A.  Yep.  Yes, sir.
22      Q.  Where would those microscopic tears
23  have come from?
24      A.  Because the OCS, you know, perfuses
25  blood on the aorta.  So if you perfuse on the

Page 80

1  aorta blood, you know, that, you know, might
2  cause a tear on the aorta, you know.  So, as I
3  said, we normally see a little -- little
4  bruising, and in this case we saw a little
5  bruising also.  But, you know, that progressed,
6  you know, after the heart was transplanted, I --
7  and causing the significant bleeding.
8      Q.  Where was the bruising that you saw
9  when the heart came out of the OCS machine?
10      A.  Normally there's a little bit in the --
11  in the fat that is around the aortic root.
12      Q.  And that's where it was in this case?
13      A.  Yeah.
14      Q.  What percentage of hearts that come off
15  the OCS have bruising that looks like that?
16      A.  Ninety percent.
17      Q.  Ninety?
18      A.  Well I mean I haven't done the
19  statistics, but like educated guess.
20      Q.  In your experience.
21      A.  Yes.  Ninety percent.
22      Q.  You described the heart as being large
23  when you retrieved it from the OCS device.  Was
24  it large as in it was edematous?
25      A.  No, it was large in size.  The -- the

Page 81

1  heart didn't have hypertrophy as was
2  demonstrated by the echocardiogram on the donor.
3  There was no hypertrophy.  It was just large in
4  size.
5      Q.  Is it part of your usual practice to do
6  a predicted heart mass calculation prior to
7  transplant?
8      A.  Not usually.
9      Q.  Why not?
10      A.  Because we would rely on other factors,
11  the height, the weight, the gender of the donor,
12  the gender of the recipient.  And, for example,
13  the -- the donor hearts that are 70 kilograms or
14  higher in weight, they usually will be adequate
15  for all recipients in terms of hemodynamic
16  performance.  And then you have to assess if the
17  heart will fit in the chest, so we normally do
18  measurements on the CT scan on the donor, and
19  measurements on the CT scan on the recipient to
20  see if the heart will fit.
21      Q.  And you were fine --
22      A.  But the -- but the ultimate test is
23  putting it in.
24      Q.  Sure.  And in this case you had to make
25  some adjustments in order to get it to fit.

21  (Pages 78 to 81)

Page 82

1    A. Yep.
2    Q. All right. The beginning of your
3  operative report you say, "Once I gave word that
4  the donor heart was suitable for
5  transplantation, the patient was anesthetized."
6  Would that have been after you got the call from
7  the procurement team in Idaho?
8    A. Yeah. Not --
9        Well in heart transplantation, there's
10  minimum morbidity of putting somebody under
11  general anesthesia, so it depends a little bit
12  on the situation. In his case, I waited for the
13  heart to be on the -- I can't recall exactly,
14  but most of the time I would wait for the word
15  that it's fine, and then if it's fine, then
16  general anesthesia allowing some prepping and
17  draping. And then we try to match the -- when
18  the heart arrives when the -- with the
19  explantation.
20    Q. Sure. So make sure I've got this
21  right. Anesthetized probably shortly after you
22  got the call from Idaho --
23    A. Uh-huh.
24    Q. -- that we've evaluated the heart, it
25  looks good.

Page 83

1    A. Okay. Yeah, likely. I can't recall
2  ex -- what was the timing exactly, but that's
3  the most common thing. In a patient like Mr.
4  Noah, because he -- you know, sometimes you need
5  more time because the -- this -- you anticipate
6  a complicated operation, so you would
7  anesthetize earlier than that.
8    Q. Noah had what's known as a virgin
9  chest; right?
10    A. Yeah, he did.
11    Q. I assume that you had no problems
12  whatsoever accessing his native heart and
13  explanting it?
14    A. Yeah. I had no problems that I
15  remember.
16    Q. How long did it take?
17    A. It would take around, to explanted
18  it --
19        Well one thing is the explantation,
20  one -- a different thing is the -- you know,
21  open it up. So if you -- if you count from the
22  skin incision to get the heart out, an hour, an
23  hour and a half.
24    Q. When -- when would you have made the
25  skin incision?

Page 84

1    A. The -- the skin incision, we would do
2  it -- we anticipate the -- the estimated time of
3  arrival. So, you know, if it take me an hour,
4  an hour and a half, you know, to open,
5  cannulate, take me an hour and a half, so we --
6  when the airplane is usually on the air, then we
7  see what is the estimated time of arrival and
8  try to match it the best we can.
9    Q. I understand.
10        So the goal, in terms of timing, would
11  be you've made the incision, you've done --
12  you've cracked the chest, you've got everything
13  cannulated, you are basically ready to remove
14  the heart when you get the call from the ground
15  in Rochester that they've landed safely.
16    A. It depends, again, on what's the
17  complexity. In his case, I mean we don't crack
18  the chest, we do a midline sternotomy.
19    Q. Okay.
20    A. And so most of the time, if it's a
21  virgin chest, we'll be with the chest open and
22  cannulated, so when they land and they tell us
23  that the heart is fine, then it will go bypass
24  and take the heart out.
25    Q. Got it.

Page 85

1        Fair to say you don't remember for sure
2  if that's what you did in this case, but based
3  on your general practice you think that's
4  probably what happened.
5    A. Yeah.
6    Q. Describe for me --
7        You write in your operative note about
8  adjusting the sutures, opening the posterior and
9  left-side pericardium to make this larger heart
10  fit.
11    A. Uh-huh.
12    Q. Describe what you're talking about
13  there.
14    A. So the -- the pericardium is the
15  linings -- the lining of the heart. So if you
16  open it in the back and to the left, you get an
17  opening to the left chest so there's more room.
18  So that's what I did, I opened -- so I give more
19  room to the heart. And then the adjusting of
20  the sutures meaning, you know, what we call
21  compensating. When we do the suture, we take
22  more in one side than the other side. So if you
23  sort of -- if you take -- so you have something
24  big and something small, you will take normal
25  bites in the bigger one while you will take very

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 86

1  close bites on the smaller one.
2      Q. Okay. So obviously this was different
3  because you ended up having to take the heart
4  out. But if things had gone the way you wanted
5  them to, would the pericardium have been
6  completely stitched closed at the end of the
7  operation?
8      A. No, I don't do that.
9      Q. Because of swelling?
10     A. No. I -- I don't like to close the
11 pericardium, because if you have a closed cavity
12 there's always some oozing of blood, so you
13 could have accumulation of clots and blood and
14 have, you know, tamponade.
15     Q. Tamponade.
16        And so the pericardium would just be
17 left partially open permanently?
18     A. Yes. So I, in all the cases, I
19 leave -- open it permanently on the front.
20     Q. On the front.
21     A. In this case it was additional on the
22 back to the left.
23     Q. Because the heart was bigger than --
24     A. Yes.
25     Q. Okay. All right. Everything went

Page 87

1  according to plan until the cross-clamp was
2  removed. Am I correct about that?
3      A. Yes.
4      Q. Describe for us then what happened once
5  you took off the cross-clamp.
6      A. So the -- the heart start becoming more
7  bruised overall until it start bleeding from
8  several spots. And we normally handle the heart
9  to check, you know, for bleeding in the back and
10 the front. So all those, when we grabbed,
11 that -- so we grabbed the heart, and then that
12 kind of broke off the epicardium, you know, the
13 layers or bled through there, and then that
14 process continue.
15     Q. Was the blood infiltration spreading
16 from that location of ecchymosis near the aortic
17 root?
18     A. I don't know because it was all over
19 the place, so I don't know.
20     Q. It was all over the place by the time
21 you noticed it.
22     A. Yeah.
23     Q. Okay. All right. Estimate of how many
24 different places it looked like it was bleeding
25 from when you first noticed it.

Page 88

1      A. You cannot quantify because it's
2  diffuse bleeding, so you can't count it.
3      Q. All right. At what point in the
4  process did you begin to suspect that it was
5  these microscopic tears?
6      A. When -- when there was bleeding from
7  all over the place, so I -- I -- I suspect that
8  that could have been the case.
9      Q. Okay. What did you do about it?
10     A. I -- I --
11        You know, you are fully anticoagulated
12 when you are in that situation because you on
13 the heart-lung bypass machine, you need to do
14 that fully anticoagulated, so I -- I came off --
15 off the heart-and-lung bypass machine and I gave
16 protamine. We tried to seal those suspected
17 microscopic holes.
18     Q. And that didn't work.
19     A. No, it didn't. And actually the heart,
20 it squeeze quite well, had normal function at
21 the beginning. But as it get more and more
22 infiltrated, the function, you know, went down.
23     Q. Okay. Were you -- your assistant
24 was --
25        You had one assistant. It was a

Page 89

1  fellow; right?
2      A. Yeah.
3      Q. Did you, during this time, did you
4  contact either Dr. Daly or Dr. Spencer?
5      A. No, I didn't.
6      Q. All right. How long did you spend
7  trying to get the bleeding under control?
8      A. Several hours.
9      Q. Do you think that there may have been a
10 component of DIC involved here?
11     A. I -- I haven't heard about any labs
12 confirming or denying that. Nobody told me
13 anything about that.
14     Q. Well after the fact I presume that you
15 were racking your brain and looking at the data
16 and trying to figure out what happened here to
17 cause this thing that I've never seen.
18     A. Yeah. But, you know, I -- I'm hands
19 on, you know, trying to get the patient to stop
20 bleeding, so normally the -- the
21 anesthesiologist will be looking at all the
22 coagulation tests, and if there's anything
23 abnormal, they try to correct it the best they
24 can.
25     Q. And the anesthesiologist didn't say

23 (Pages 86 to 89)

Page 90

1 anything to you about there being a
2 coagulopathy.
3     A. Well I, you know, I knew that he had
4 coagulopathy because the way, you know, it was
5 bleeding all the time. So he had coagulopathy
6 as 90 percent of the heart transplant we do,
7 they have coagulopathy.
8     Q. Yep.
9     A. So -- so we gave --
10     We usually do two things. We'll give
11 blood products and we give concentrated blood
12 products, meaning like a powder of, you know,
13 clotting factors that is, you know, injected
14 intravenously. So that was tried. It was tried
15 when we give the protamine and it was tried
16 again. You know, then I, you know, had to go on
17 the heart-and-lung bypass machine and then I
18 went on -- on ECMO to give more support to the
19 heart. And then we gave more products, more
20 concentrated of blood products, and the bleeding
21 would not subside.
22     Q. And then eventually you decided the
23 only thing left to do is take this heart out.
24     A. Yes.
25     Q. Is that the first time that you have

Page 91

1 left a patient without a heart?
2     A. No. The -- there was a colleague of
3 mine that had a bleeding -- it's called an
4 atrioventricular dysjunction, you know, the
5 atrium and the ventricle, they separated, and
6 then you try to put it back together. And then
7 we tried everything for that and it didn't work,
8 so we took the heart out, the patient stopped
9 bleeding.
10     Q. Tell me about this attempt to put in a
11 BiVAD oxygenator implant.
12     A. Uh-huh.
13     Q. First of all, what is it?
14     A. So it is essentially cannulas to drain
15 the blood. We put one cannula here on the right
16 femoral vein, another one here, so trying to
17 re-create the normal circulatory system. So
18 cannulas drain the blood from the veins, then
19 inject them from the pulmonary artery, then
20 coming back from the pulmonary veins, and then
21 drain it to another pump, and then that's going
22 into the outer, to the rest of the body.
23 That's -- and then you inter -- in one of those
24 circuits or those pumps you'll interpose an
25 oxygenator to oxygenate the patient, so provide

Page 92

1 circulatory and gas-exchange support.
2     Q. How does that setup differ from ECMO?
3     A. It's just in -- in ECMO you have the --
4 the heart is still in. So you have the can --
5 cannula, you know, on the right femoral vein and
6 another one here in the artery here or here.
7 Actually we had that for a little while.
8     Q. Yep.
9     A. And that's the difference, in one
10 there's heart, in the other one there's no
11 heart.
12     Q. Okay. So this BiVAD setup, the BiVAD
13 is basically taking the place of the heart.
14     A. Yes.
15     Q. Because without either a donated heart
16 or the explanted native heart, there was nothing
17 for things to flow through without putting in
18 the BiVAD?
19     A. Yeah. Because it, you know, it was
20 bleeding all over the place so, you know, my
21 alternatives was let the patient die on the
22 table or attempt a BiVAD oxygenator.
23     Q. After the surgery was finished, did you
24 talk with Noah's family?
25     A. I remember talking multiple times to

Page 93

1 them.
2     Q. Tell me what you remember.
3     A. Essentially the description that I gave
4 you, that the heart, after we took the
5 cross-clamp out, got an extensive hematoma,
6 started bleeding from everywhere. We tried to
7 fix it with all these maneuvers that I have just
8 told you. The same story.
9     Q. Did you tell them that you suspected
10 that it was -- the cause of this was related to
11 the perfusion on the OCS machine?
12     A. Yeah, yeah. I -- I told them that.
13 Because they tell me, "Why -- why -- why that
14 would happen?" I said, "I suspect that there
15 might be micro -- microholes, you know, that
16 caused this."
17     Q. How would the holes have been created,
18 with the pressure from the perfusion?
19     A. With the pressure of the perfusion.
20     Q. So this is something that's never been
21 reported anywhere else in the world; true?
22     A. I -- I have not seen it myself before.
23     Q. Have you heard of it?
24     A. No.
25     Q. If it was the pressure from the OCS

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 94

```
 1   machine that caused these little microholes in
 2   the aortic root, why would that have never
 3   happened before?
 4       A.  May -- maybe the --
 5           You know, you don't know what the
 6   resistance of the tissues of each person.  Each
 7   person is different, so maybe this one has less
 8   resistance.
 9       Q.  Yeah.  That's kind of where I was going
10   with it.  It sounds like -- it sounds like
11   whatever the problem was, it was something wrong
12   with that heart; right?
13           MR. BRANTINGHAM:  Foundation.  Go
14   ahead.
15       A.  That -- that could not be stated with
16   our current methods of diagnosis.
17       Q.  Your best explanation is that there was
18   something wrong with the heart.
19           MR. BRANTINGHAM:  Same objection.  Go
20   ahead.
21       A.  Well after the fact.
22       Q.  Sure.  No.  Absolutely.
23       A.  In hindsight.
24       Q.  Does this event give you any concern
25   about the use of OCS for other donor hearts?
```

Page 95

```
 1       A.  Well it gives me a concern, of course.
 2   You know, we remember our bad experiences, so --
 3       Q.  I'm talking about, though, specifically
 4   with respect to OCS.  So the best explanation
 5   you've been able to come up with this is that
 6   there was something about the pressure on the
 7   OCS machine perfusing the aortic root that
 8   caused little microperforations that led to this
 9   disastrous --
10       A.  Yeah.
11       Q.  -- transplant attempt.  Does that give
12   you pause in using the OCS in the future?
13       A.  Well but I have to see the bulk of my
14   experience with OCS.  So I have been able to
15   transplant successfully many, many patients with
16   the OCS.  So it's important not to be guided
17   emotionally, but be guided scientifically and
18   see if it would happen ever again.
19       Q.  Now there have been a number of
20   studies, and there are ongoing studies, about
21   the OCS; true?
22       A.  (Witness nodding.)
23       Q.  Yes?  You got to --
24       A.  Yes.
25       Q.  -- say yes.
```

Page 96

```
 1       Q.  Have you written or are you intending
 2   to write a case report or anything else about
 3   this case?
 4       A.  Well there has been at least two
 5   doctors in training at the Mayo Clinic that have
 6   wanted to report this case.  And I suspected it
 7   could have legal implications, so I told them to
 8   wait.
 9       Q.  Help me understand that, please.
10       A.  You know, because, you know, if you
11   know, the -- the family, you know, would, you
12   know, make a claim against us, you know, we
13   don't want to, you know, publish it in the
14   newspaper.
15       Q.  So the reason that one would put out a
16   case report about this is so that other doctors
17   can be aware that this happened and let's try to
18   figure out how we can try to prevent it from
19   happening again; right?
20       A.  Yep.  But I would let the dust settle
21   so there's no emotional decisions taken.
22       Q.  No, no.  Let's stick with my question
23   though.
24           The reason that stuff gets published in
25   the medical literature is so that the medical
```

Page 97

```
 1   community can benefit from sort of the high of
 2   mind; right?
 3       A.  That's one of the benefits.
 4       Q.  Right.
 5           And specifically, with respect to this
 6   incident, it could have implications for the OCS
 7   if your hypothesis is true; right?
 8       A.  Yeah.
 9       Q.  And some of your colleagues want to
10   write a case report about this case to put it
11   out there into the medical literature to get
12   other people thinking about it in order to
13   advance science and patient safety; right?
14       A.  Yeah.  We likely will.
15       Q.  But you're telling me that Mayo has
16   elected not to do that --
17       A.  No.  I told them not to do it yet.
18       Q.  Okay.  You told them not to do it yet
19   because you're worried that there may be legal
20   ramifications.
21       A.  Yes.
22       Q.  And legal ramifications are you don't
23   want there to be a case report that's going to
24   be out there in the newspaper.
25       A.  Well I -- I don't want bad publicity
```

25 (Pages 94 to 97)

Page 98

```
 1    certainly.
 2        Q.  Why not?
 3        A.  Because that will affect Mayo and other
 4    patients -- will affect other patients mainly.
 5    They would, you know, not receive the care that
 6    they need.
 7        Q.  So you're withholding potentially
 8    important scientific information in order to
 9    avoid bad -- bad publicity for Mayo.
10        A.  No, sir.
11        Q.  Okay.  Have you reported this to
12    TransMedics?
13        A.  No.
14        Q.  Why not?
15        A.  Because we wanted the dust settled
16    before tell other people.
17        Q.  How long are you waiting for the dust
18    to settle?
19        A.  Until we're finished with your claim.
20        Q.  Okay.  So hold on.  Your best
21    hypothesis is that there was something about
22    this OCS machine's perfusion that caused a
23    catastrophic loss of this donor heart.  Yes?
24    That's your best hypothesis.
25        A.  Yes.
```

Page 99

```
 1        Q.  You certainly know that TransMedics
 2    would like to know about this.
 3        A.  They already know.
 4        Q.  How?
 5        A.  Because you already reached to them.
 6        Q.  Right.  I reached to them to get
 7    medical records.
 8            How do you know that, by the way?
 9        A.  They -- they told me.  You know, I was
10    told that -- that -- I don't remember who it was
11    that told me that you were asking about the --
12    the records.
13        Q.  Oh, somebody at TransMedics?
14        A.  Yeah, likely.
15        Q.  Got it.
16        A.  Filtrated.
17        Q.  So I called to get --
18            I contacted TransMedics to get records,
19    and TransMedics called you and said --
20        A.  No.
21        Q.  -- "Hey, just so you know, some
22    lawyer's poking around."
23            MR. BRANTINGHAM:  Object to the form of
24    the question.
25        A.  No.
```

Page 100

```
 1            MR. BRANTINGHAM:  Go ahead, you can
 2    answer.
 3        Q.  Okay.  So what am I missing?  Tell me
 4    about this conversation.
 5        A.  No.  There's -- there's -- there's, you
 6    know, the International Society of Heart and
 7    Lung Transplantation meeting, and then we see
 8    all the people there, you know, including --
 9    including the TransMedics people because they
10    present their technology, so they told me there
11    was a lawyer looking for the records.
12        Q.  Who told you?
13        A.  I don't remember.
14        Q.  Somebody from TransMedics.
15        A.  Yeah.
16        Q.  And it was while you were at the
17    International Heart/Lung Transplantation Society
18    meeting?
19        A.  Yes.
20        Q.  Where?
21        A.  In Prague.
22        Q.  In Prague?
23            When?
24        A.  In April.
25        Q.  Have you talked to anybody else about
```

Page 101

```
 1    this?
 2        A.  No.
 3        Q.  Nobody?
 4        A.  I think I told my -- my chairman.  I
 5    think I -- for some reason I had to tell my
 6    chairman, I don't know why, and the director of
 7    the transplant center here, but other than that.
 8        Q.  Have you talked with any of the people
 9    who are currently doing research on the OCS?
10        A.  Like who?
11        Q.  Well any of your colleagues, people at
12    Duke or people at Mass General or people
13    anywhere else?
14        A.  No.  No.  I was requested not to talk
15    to anybody.  And I didn't ask this TransMedics
16    thing that I was told.  They told me.  I didn't
17    ask in the IHLT meeting.  They told me that, so
18    I didn't ask.  And so I haven't wanted to talk
19    to anybody --
20        Q.  Okay.
21        A.  -- about it.
22        Q.  So the people from TransMedics told you
23    there's a lawyer asking questions.
24        A.  Yeah.
25        Q.  Did you tell them anything more about
```

26 (Pages 98 to 101)

Page 102

1  the case?
2  **A.  No.**
3  Q.  Did you just -- you say, "I've been
4  advised to not talk about it?"
5  **A.  I -- I said "Okay" and I walk away.**
6  Q.  You said o --
7  **A.  "Okay" --**
8  Q.  And walked away.
9  **A.  And then I walk away.**
10  Q.  Did the person from TransMedics think
11  it was strange that you just said "Okay" and
12  walked away?
13      MR. BRANTINGHAM:  Foundation.
14  Q.  Did they seem like they thought it was
15  strange?
16  **A.  No, no, because you have very short**
17  **conversations normally in these meetings.  You**
18  **talk to somebody and go, talk to somebody and**
19  **go.  It's normal.  I don't want to be rude with**
20  **people, so I -- I don't tell them, you know,**
21  **"Shut up," you know.  I don't -- you know, I**
22  **don't want to talk to anybody about it.  So I**
23  **was told, I said "Okay," I walk away.**
24  Q.  Why haven't you talked with any of your
25  cardiac transplant surgery colleagues about this

Page 103

1  case outside of Mayo?
2  **A.  In other -- in other centers you mean?**
3  Q.  Outside of Mayo.
4  **A.  Because I was recommended not to talk**
5  **to anybody about the case.  I think this was in**
6  **February.  I believe so.**
7      MR. BRANTINGHAM:  Well don't get into
8  our communications, doctor, but your best memory
9  in response to Mr. Thompson's questions is all
10  you can give him.
11  **A.  I --**
12      MR. BRANTINGHAM:  Let's have another
13  question because I'm unsure even what the
14  question is right now.
15  Q.  Did you report this to the FDA?
16  **A.  No, I haven't reported it to FDA.**
17  Q.  Why not?
18  **A.  Because, you know, I was told to not**
19  **talk to anybody, --**
20  Q.  Well --
21  **A.  -- legal matters.**
22  Q.  Right.  But there were no --
23      There was no legal issue in September
24  of 2023; right?  Right?
25      THE REPORTER:  Your answer?

Page 104

1  Q.  You got to answer my question.
2  **A.  Yeah.  There wasn't, but I suspected**
3  **there could have been.**
4  Q.  You suspected that maybe there was
5  going to be a claim as far back as September of
6  2023?
7  **A.  Yes.**
8  Q.  And so you made the independent
9  decision that, "Well, because I think there may
10  be the possibility of a legal claim, I'm keeping
11  this under wraps and I'm not telling anybody."
12      MR. BRANTINGHAM:  Object to the form of
13  the question.
14  **A.  Yeah.  I -- I prefer not to talk to --**
15  **again until, you know, I'm sure that there was**
16  **not going to be any claim.**
17  Q.  And then October passed and November
18  passed and December passed and you didn't hear
19  anything about a claim; right?
20  **A.  No, I think I heard it in February.**
21  Q.  No.  So we'll get to that.
22      September, October, November, December,
23  four months you heard nothing about a claim and
24  you still kept it under wraps, didn't report it
25  to the FDA, didn't talk to TransMedics about it,

Page 105

1  didn't talk to anybody outside the little Mayo
2  cocoon.
3      MR. BRANTINGHAM:  Object to the form of
4  the question.  Go ahead.
5  **A.  Yes.  I believe that's a short time in**
6  **clinical terms.**
7  Q.  Okay.  Did you think about reporting
8  it?
9  **A.  Well, yeah, after I'm sure that there's**
10  **no legal claim.**
11  Q.  Who are your colleagues here who want
12  to write a case report about it?
13  **A.  The transplant fellow, I believe, and**
14  **other one I think it was a cardiology fellow --**
15  **no, no -- an intensivist fellow, but I don't**
16  **even know his name.  I mean I know the name of**
17  **the cardiac fellow.**
18  Q.  When did they tell you that they want
19  to write a case report about this?
20  **A.  I don't remember.**
21  Q.  Before February?
22  **A.  I don't --**
23      **I suspect December, January, I suspect.**
24  **I can't -- can't recall.**
25  Q.  And you told them "Let's just kind of

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

1  wait for the dust to settle and see if there's a
2  legal claim."
3      A.  Yes.
4      Q.  Do you know that there is a Patient
5  Safety Incident Reporting Guideline at Mayo?
6      A.  No, I don't.
7      Q.  Do you know that there is an online
8  incident reporting tool available to the
9  transplant team at Mayo?
10     A.  No.  I -- I -- I suspect that there
11  could be something to report, but -- but -- but
12  I -- I haven't used it ever, so I don't know.
13     Q.  Do you know what the MAUDE database is?
14     A.  No.
15     Q.  Do you know that the FDA maintains a
16  database that allows doctors to report incidents
17  with medical devices so that it can raise
18  awareness throughout the medical community?
19     A.  It would have been already published if
20  it wouldn't been a claim, and then everybody
21  will be ed -- it would have been educated.  But
22  because there was a claim, there's no education.
23     Q.  None of that was my question.  I'm
24  going to go back to my question.
25     A.  It is -- it is my answer.

1      MR. BRANTINGHAM:  Wait for the
2  question, doctor.
3      Q.  Are you familiar with the fact that the
4  FDA has a publically-accessible database that
5  allows doctors to report problems with devices?
6      A.  No, I'm not aware.  What is the
7  particular database?  I suspect that there's a
8  reporting instrument, but I -- I don't know the
9  specifics.
10     Q.  Would you like to report this
11  catastrophe to somebody outside of Mayo?
12     MR. BRANTINGHAM:  Object to the form.
13     A.  I -- I would like to publish the case
14  and at the same time report it to the FDA.
15     Q.  And you're planning to do that, but
16  just you're going to wait until this lawsuit's
17  over.
18     A.  Yes.
19     Q.  Because you don't want there to be bad
20  publicity for your transplant program.
21     MR. BRANTINGHAM:  Object to the form of
22  the question.  Go ahead.
23     A.  Because I -- I have been advised not to
24  talk to anybody by my legal team.
25     MR. BRANTINGHAM:  And -- and just

1  ensure you don't talk about our communications,
2  doctor, or --
3      THE WITNESS:  Okay.
4      MR. BRANTINGHAM:  -- the communications
5  with Mayo Legal.
6      Q.  But I think you told me before that one
7  of the reasons why you didn't talk about it,
8  even before the legal team got involved, was
9  because you didn't want bad publicity for the
10  transplant program.
11     A.  Yeah, I think that's accurate.
12     MR. THOMPSON:  Let's take a break.
13     THE REPORTER:  Off the record.
14     (Recess taken from 3:11 p.m. to 3:35
15  p.m.)
16     THE VIDEOGRAPHER:  We're on video.
17     THE REPORTER:  We're on the record.
18     MR. BRANTINGHAM:  Before you proceed,
19  I -- pursuant to the protective order, I want to
20  designate this transcript as confidential.
21     MR. THOMPSON:  All right.  Based on?
22     MR. BRANTINGHAM:  Based on all of the
23  PHI, all of the sensitive health information in
24  it, based on the totality of everything we're
25  talking about.

1      MR. THOMPSON:  Okay.
2  BY MR. THOMPSON:
3      Q.  All right.  Doctor, despite this event
4  that you're planning to someday report to the
5  FDA and TransMedics, Mayo is continuing full
6  bore using the OCS; right?
7      A.  Yes.
8      MR. BRANTINGHAM:  Object to the form of
9  the question.  Go ahead, doctor.
10     A.  Yes, we are using OCS for heart
11  transplantation.
12     Q.  You haven't reduced your use of OCS
13  since this event; have you?
14     A.  No, I have not.
15     Q.  You've increased your use of OCS.
16     A.  No.  I haven't done the statistics, but
17  it looks like around the same.
18     Q.  When you went to Prague for that
19  International Society meeting, you presented on
20  TransMedics data; right?
21     A.  Yes.
22     Q.  Did TransMedics provide you a stipend?
23     A.  No.
24     Q.  They didn't cover any of your travel
25  expenses, nothing.

28 (Pages 106 to 109)

Thompson Decl. Ex. T

Page 110

1    A. No.
2    Q. All right. You presented on --
3       Part of what you presented on was
4    information about TransMedics NOP program;
5    right?
6    A. OP?
7    Q. NOP? Their National --
8    A. Oh, the National Organ --
9    Q. National OCS Program.
10   A. Not -- not quite the same.
11   Q. Okay. Let me ask it a different way.
12      You know about TransMedics' National
13   OCS Program; right?
14   A. Yeah. I have not used it.
15   Q. No, I know. But you know what it is?
16   A. Yes.
17   Q. What it is?
18   A. Which is that the transplant
19   procurement surgeons from TransMedics will go
20   and fly out and retrieve an organ on the OCS to
21   the transplant center to get transplanted.
22   Q. TransMedics has their own planes;
23   right?
24   A. Yes.
25   Q. They've got dedicated people whose only

Page 111

1    job is to do organ procurement for OCS
2    transport; right?
3    A. Yes.
4    Q. Why doesn't Mayo use that service?
5    A. Be --
6       There's two reasons. Because one
7    thing, it's more expensive, so I want to, you
8    know, be as inexpensive as possible. And the
9    second reason is they are -- the surgeons are,
10   you know, TransMedics' employees, so I see a
11   conflict of interest. So I prefer my own people
12   to assess the organs and put them on the device
13   if needed.
14   Q. Doesn't it make sense to you to have
15   the most experienced people possible running
16   this complicated machine?
17   A. Yes, but with no conflict of interest.
18   Q. How is it a conflict of interest to
19   have the most experienced people operating a
20   machine that they know better than anyone?
21   A. Yeah. Because their salary depend on
22   the company, so I want people with no salary
23   from the company.
24   Q. How does that --
25      You got to help me understand that.

Page 112

1    Wouldn't outcomes be better, presum --
2       Well let me ask you this question: Do
3    you agree with the basic concept in medicine
4    that the more experienced you are, in general,
5    the better you are at doing things?
6    A. Yes.
7    Q. One of the reasons why you're trying to
8    bulk up the transplant numbers in the Mayo heart
9    transplant program; right?
10   A. Yes.
11   Q. So wouldn't it stand to reason that if
12   you've got OCS specialists who literally all
13   they are doing day in and day out is doing OCS
14   organ procurement, that would lead to improved
15   clinical outcomes?
16   A. No, sir.
17      MR. BRANTINGHAM: Foundation.
18   A. That's wrong.
19   Q. Are you familiar with TransMedics'
20   statistics on clinical outcomes for facilities
21   that are using their people as opposed to using
22   other people?
23   A. No, I don't.
24   Q. You haven't even bothered to review
25   their statistics as part of deciding whether

Page 113

1    you're going to use their TransMedics program?
2    A. I don't see -- I --
3       I don't know where are the -- the
4    centers that, you know, doing their own at this
5    point in time.
6    Q. Now your hypothesized problem with this
7    heart was that there was something about the way
8    that the blood was being perfused into the
9    aortic root through the OCS system; right?
10   A. No, not -- not in the way. I -- I
11   suspect that, you know, all the hemodynamics
12   parameters are good, so I suspect there is
13   something in -- in the tissue of the -- the
14   heart that cannot be assessed with the current
15   diagnostic methods that, you know, made them
16   weakened to filtrate the blood.
17   Q. Got it. That this heart that came from
18   the meth addict, intracranial hemorrhage,
19   alcoholic, cigarette smoker, convicted felon
20   with all those drugs in his system, maybe there
21   was something wrong with his heart.
22      MR. BRANTINGHAM: I'll object to the
23   form of the question. If you can an -- go ahead
24   if you're --
25   A. Well looking -- looking back, because

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 114

1  there were this bleeding and you could think
2  that there's -- there was something wrong with
3  the heart, but with all the diagnostic tools
4  that we currently have, the -- the heart was
5  excellent.
6      Q. Well you thought the heart was
7  excellent, but now we know, in retrospect, your
8  best hypothesis is there was something wrong
9  with that heart; right?
10     A. The --
11     No. No. The heart was excellent by
12  the, you know, criteria of the International
13  Society of Heart and Lung Transplantation, you
14  know, published last year. It checked all the
15  boxes for an optimal, excellent heart.
16     Q. Wasn't my question though.
17     Your best hypothesis is there was
18  something with the tissue in that particular
19  heart that made it not able to withstand the
20  perfusion pressures on the OCS machine like
21  every other heart you've ever had on the OCS
22  machine did; right?
23     A. Yes, but I couldn't diagnose that.
24     Q. I know you couldn't diagnose that. But
25  your best hypothesis is there was something

Page 115

1  wrong with that heart; right?
2      A. Yep.
3      MR. BRANTINGHAM: Object to the form.
4  Go ahead.
5      A. Something that was microscopic and not
6  see it with the current diagnosis test again.
7      Q. Well your people didn't see it. We
8  don't know if maybe the more experienced
9  TransMedics people wouldn't have seen it; do we?
10     MR. BRANTINGHAM: Foundation.
11     A. That's very unlikely.
12     Q. Why?
13     A. Because my people are -- are trained
14  and they work in an academic surgical center.
15  TransMedics is not -- doesn't have a Department
16  of Cardiovascular Surgery. So you would think
17  that you would like to have heart surgery, you
18  would go to the Department of Cardiovascular
19  Surgery, not to a company.
20     Q. Do you know how many OCS procurements
21  the TransMedics NOP Program have done?
22     A. I don't.
23     Q. So you don't know how many orders of
24  magnitude more they've done than your people at
25  Mayo.

Page 116

1      A. Yeah. I don't know.
2      Q. Do you know how many OCS runs the OCS
3  specialist from Mayo who was responsible for the
4  perfusion on this heart had been on?
5      A. I don't. I haven't counted.
6      Q. Would it surprise you to know that she
7  testified yesterday that it was probably
8  something like six or seven at the time she did
9  this run?
10     A. I think there were two normally. I
11  think there were two perfusionists normally.
12     Q. Okay.
13     A. So you have the count. I don't know
14  the count of how many have they gone.
15     Q. And as for whether the OCS specialists
16  in the NOP Program are orders of magnitude more
17  experienced than the Mayo people, you just don't
18  know.
19     A. No. I -- I don't know. But -- but
20  again, they have a conflict of interest. So we
21  don't want conflict of interest in the decisions
22  of -- in heart transplantation.
23     Q. I'm still having a hard time
24  understanding the conflict of interest as it
25  applies to patient outcomes. Are you suggesting

Page 117

1  that because these people are paid by
2  TransMedics, they somehow have an incentive to
3  not do as good of a job?
4      A. No, they try to do a good job, as any
5  human being likes to do, but their incentive is
6  different. You know, they are not part of the
7  Department of Surgery, so they are not doing
8  surgery all the time. That is a problem. They
9  are just doing procurements. So in any
10  unexpected thing that can happen, it will be
11  more difficult to, you know, handle because they
12  are not in everyday surgery. And then their
13  incentive is to do more hearts or more lungs.
14  They are -- you know, they do not have an
15  incentive for the outcome as I do. I have to
16  respond to the patient and the family --
17     Q. So you're telling --
18     A. -- or my institution, et cetera.
19     Q. So your testimony is that having people
20  going and procuring these organs, who all they
21  do is procure organs rather than actually doing
22  surgery, is a problem.
23     A. Yes.
24     Q. You know that Dr. Altarabsheh literally
25  only procures organs; right?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

1    A. No.
2        MR. BRANTINGHAM: Object to form.
3    A. No, no. He doesn't.
4    Q. That was his testimony under oath.
5    A. No. He doesn't.
6        MR. BRANTINGHAM: Hang on. Just hang
7    on. That's not a question.
8    Q. Are --
9        Is it your testimony that you think
10   that Dr. Salah Altarabsheh does something else
11   for Mayo other than procure organs?
12   A. Yes.
13   Q. Would it surprise you to know that his
14   testimony under oath on Monday was that that
15   literally is all he does for Mayo?
16       MR. BRANTINGHAM: Object to foundation.
17   A. Well that would have been wrong because
18   I have seen him in the -- in the OR working.
19   Q. Doing what?
20   A. Heart surgery.
21   Q. What kind of heart surgery?
22   A. Helping in heart surgery, assisting.
23   Q. Helping. What does he do when he's
24   helping?
25   A. Like any doctor helps in surgery, you

1    know, goes in front of the primary surgeon and
2    helps expose, hold the stitches, aspirate, so on
3    and so forth.
4    Q. Okay. I want to get a list of all the
5    things that Dr. Altarabsheh does that makes him
6    more competent than these TransMedics people.
7    He helps with exposure sometimes; right?
8    A. Yeah.
9    Q. Okay. He holds stitches. Is that what
10   you said?
11   A. Yeah. So he's a first assist in
12   surgery.
13   Q. Yeah. What else have you seen him do?
14   A. Well he goes to the conferences.
15   There's morbidity and mortality conferences, so
16   he discuss the cases here -- here in the -- in
17   the board reviews, in knowledge-review content,
18   all the academic work that is done at the Mayo
19   Clinic Department of Cardiovascular Surgery.
20   Q. Yeah. We're going to stick just with
21   skills for now, so --
22   A. That's a skill, sir.
23   Q. Technical skills.
24   A. Those are technical skills.
25   Q. Attending conferences?

1    A. Yes. When you go and discuss a case in
2    a conference, that's a technical skill --
3    Q. Got it.
4    A. -- where you have to learn, you know,
5    how to do things and what's the most appropriate
6    treatment.
7    Q. Let's talk about what he's doing in
8    surgery. I want to make sure I get a complete
9    list of the things that you say you've seen Dr.
10   Altarabsheh do in the operating room at Mayo.
11   You said he helps with exposure, sometimes he
12   holds stitches. What else have you seen him do
13   in the operating room?
14   A. He helps from the surgery from start to
15   finish, open the chest, close the chest.
16   Q. That would be helping with exposure;
17   right?
18   A. Yes.
19   Q. So let's --
20   A. That's surgery.
21   Q. Yeah. No, I know.
22   A. What -- what else -- what else are you
23   asking about?
24   Q. I'm -- I'm not a heart surgeon and I'm
25   not the one --

1    A. Well --
2    Q. Just hold on.
3        MR. BRANTINGHAM: Hang on. Yeah,
4    just --
5    Q. You asked me a question. Now I'm going
6    to try to provide you information to clarify
7    what I'm trying to get at here.
8        You're the one who testified that the
9    people in the TransMedics NOP Program aren't as
10   competent as your Mayo people because all they
11   do is procure organs. I pointed out to you that
12   Dr. Altarabsheh testified that all he does is
13   procure organs. And now you're saying that's
14   not true, I've seen him do stuff in the OR.
15   A. Correct.
16   Q. So now I'm trying to get a complete
17   list from you of the things that you have seen
18   Dr. Altarabsheh do in a Mayo operating room, and
19   so far we've got he helps with exposure and
20   sometimes he holds stitches. What else does he
21   do in the operating room?
22   A. Suctions.
23       MR. BRANTINGHAM: Go ahead.
24   A. He separates.
25   Q. Separates what?

Page 122

1    A. The -- the tissues.  He does traction,
2  countertraction.
3    Q. Is there --
4    A. All -- all the scope of heart surgery.
5    Q. Is there anything that Dr. Altarabsheh
6  does that you wouldn't let a second-year
7  resident do?
8    A. No, he can do way more than that.
9    Q. Well you let second-year residents help
10  with exposure; right?
11    A. No, sir.
12    Q. No?
13    A. No.
14    Q. Okay.  How experienced does somebody
15  have to be in their training before you'll let
16  them help with exposure?
17    A. They usually a PGY-7, -8, or -9, so
18  seven years, eight years, or nine years of
19  training.
20    Q. Got it.  Got to be in the seventh year
21  of your residency.
22        How about holding stitches?
23    A. Holding stitches, it could be even
24  complicated for a heart surgeon to hold properly
25  a stitch.

Page 123

1    Q. Okay.  How far does somebody have to be
2  in their training in the Mayo program before
3  you'll let them hold stitches?
4    A. In the Mayo program?
5    Q. Well you teach Mayo doctors; right?
6    A. Well I teach Mayo -- Mayo doctors, but
7  they already have learned in general surgery how
8  to hold the stitches in simple operations.  In
9  complicated operations, I tell them how to do
10  it.
11    Q. Understood.
12    A. But it's not the only background that
13  Dr. Salah Altarabsheh has.
14    Q. Okay.  Providing suction.  How
15  experienced does a doctor have to be to provide
16  suction?
17    A. Very experienced.
18    Q. Very experienced?
19    A. Yes.
20    Q. How experienced?
21    A. In heart surgery.
22    Q. How experienced?
23    A. Years.  More than ten years of heart
24  surgery.
25    Q. More than 10 years out of

Page 124

1  their residency?
2    A. In being in heart surgery in general,
3  residency, residency practice.
4    Q. Before they can provide suction.
5    A. Yes.  If you do suction in an
6  appendectomy then, you know, an intern might be
7  do it.  But you do a complicated Fontan
8  operation, you need someone with a lot of years
9  of experience to provide suction.
10    Q. Okay.  Holding traction, how
11  experienced --
12    A. Same, ten or more years.  The more the
13  better.
14    Q. I'm -- I'm trying to understand what
15  you mean, though, when you say "ten or more
16  years."  Do you mean ten or more years out of
17  medical school, or ten or more years out of your
18  fellowship?
19    A. After -- after medical school, general
20  surgery, cardiothoracic training, independent
21  practice, et cetera.  Everything.
22        MR. THOMPSON:  Gotcha.  I'm going to go
23  ahead and end there, and I'm sure Mr.
24  Brantingham's got some questions he wants to ask
25  you.

Page 125

1        MR. BRANTINGHAM:  Yeah.  I've got a
2  couple questions, doctor.  Bear with me one
3  moment.  Sorry.
4            EXAMINATION
5  BY MR. BRANTINGHAM:
6    Q. I want to ask about the topics that Mr.
7  Thompson was asking you about with regard to
8  publishing -- or about this case or reporting
9  some issue to the FDA or some other body.  Do
10  you --
11    A. Uh-huh.
12    Q. -- remember those questions?
13        My question for you is:  Number one,
14  there are -- are there internal procedures
15  within Mayo or -- and/or within your department
16  to review adverse events or complications?
17    A. Yes, we have the morbidity and
18  mortality conferences and the quap -- I mean
19  quality conferences to review the --
20    Q. Okay.
21    A. -- cases and look at the overall
22  statistics.
23    Q. Okay.  And I -- I'm not going to ask
24  you to talk about any of the conclusions of the
25  process because, as you understand, those are --

Page 126

```
 1  are legally protected.
 2        But with respect to this event and this
 3  case, did you follow Mayo procedures in regard
 4  to morbidity and mortality in review of the
 5  case?
 6     A. Yeah.  The case was presented.
 7     Q. Okay.  Let's leave it there.
 8        Are there people at Mayo in charge of
 9  compliance and other issues related to reporting
10  of events?
11     A. Yes.  There's -- there's a whole team
12  in the transplant center for -- to take care of
13  compliance and report what needs to be reported.
14     Q. And do you rely on those people to
15  determine what needs to be reported and -- and
16  how and when?
17     A. Yes.
18     Q. Okay.  Do you have any recollection of
19  discussing potential use of -- of OCS with Mr.
20  Leopold or -- and/or his family?
21     A. It --
22        I don't recall exactly the 30-minute
23  conversation or so, but it is -- you know, in
24  most of the cases I will tell them what type of
25  procurement we would use, and if it will be the
```

Page 127

```
 1  heart in a box -- I usually refer to the heart
 2  in a box -- and if the patient understands
 3  what's the heart in a box, then we, you know,
 4  tell the other patients.  So most of the cases,
 5  you know, before I -- we go to transplant, I
 6  tell them, but I don't recall the 30-minute
 7  conversation from that day.
 8     Q. Okay.  So am I understanding it
 9  correctly that you're saying you don't remember
10  specifically in this case, but in -- in many
11  cases or in most cases you will --
12     A. Yeah.
13     Q. -- talk to patients about that?
14     A. Yeah.  I'm almost -- probably in the --
15        When I talk to the people in the
16  outpatient setting, in a hundred percent I'm --
17  get sure that I talk to -- to it, and -- and I
18  would say very likely close to a hundred in the
19  inpatient setting.
20     Q. Is there any, in your judgment, in your
21  practice, is there any -- is there any risk
22  concern associated with using OCS under the
23  correct circumstances as compared to cold
24  storage or cold transit?
25     A. Yeah.  It is -- it has been shown so
```

Page 128

```
 1  far equivalent results, and even equivalent
 2  results in more complex cases.  So you take
 3  cases for farther away, if your recipient needs
 4  a more complex operation that would need to, you
 5  know, wait a long time, and any -- anything, you
 6  know, far away, any technical difficulty or --
 7  you know, the OCS have shown equivalent results.
 8  Also, other type of donors, like the DCD donors,
 9  have shown equivalence to brain dead and cold
10  storage -- versus cold storage heart
11  transplantation.
12     Q. So is this --
13     A. Even in DCD, the most difficult of the
14  donors.
15     Q. Okay.  Is this a --
16        So is that something that you're
17  telling patients is more risky, or -- or not?
18     A. No, because it's -- this have
19  demonstrated the same results in more complex
20  situations, so what I have told them that the --
21  the OCS TransMedics help us, you know, to go
22  farther and to be, you know, safer in the most
23  complex operations or in the most complex donors
24  like -- like the DCDs and that will have
25  equivalent results.  And likely, you know, if
```

Page 129

```
 1  they get it transplanted quicker, the waiting-
 2  list mortality of -- you know, will be decreased
 3  because you get access to more organs.  Because
 4  what you want to avoid is to have -- to avoid
 5  waiting-list mortality, which is somebody in
 6  cardiogenic shock is a high risk of death, so
 7  you want to avoid the waiting-list mortality.
 8     Q. Okay.  I would like to ask about
 9  another topic.  Mr. Thompson asked you some
10  questions about OPTN guidance.  Do you remember
11  that?
12     A. Yes.
13     Q. And he read to you some language from
14  an OPTN document, but he actually didn't show
15  you the document; did he?
16     A. He didn't.
17        MR. BRANTINGHAM:  I'm going to ask to
18  just mark this OPTN document as Exhibit 1.
19        (Exhibit 1 was marked for
20        identification.)
21  BY MR. BRANTINGHAM:
22     Q. If you look on that document, doctor,
23  on the second page there's a header,
24  Recommendations, and then a subheader, Deceased
25  Donor Work Group Recommendations.  Do you see
```

Thompson Decl. Ex. T

| Page 130 |
| --- |

1  that?
2  **A. Yes.**
3  Q. What does the language after number
4  four on that list say?
5  **A. "The following information should not**
6  **be disclosed:  Religion; specific diagnosis;**
7  **ethnicity and race; sexual orientation; chronic**
8  **illness unrelated to the donation; mechanism of**
9  **injury or death."**
10  Q. You answered some questions about
11  whether you disclosed, I think, to the patient
12  here the particular mechanism of this donor's
13  death.  Does, as far as you know, does this
14  guidance apply to that question?
15  **A. Yes, it does.**
16  Q. And what does it mean?
17  **A. It means that you cannot disclose that,**
18  **because if I disclose it, I might be banned from**
19  **my transplant practice.**
20  MR. BRANTINGHAM: I have no further
21  questions.
22         EXAMINATION
23  BY MR. THOMPSON:
24  Q. Your testimony is that you think that
25  OPTN would ban you from your transplant practice

| Page 131 |
| --- |

1  if you told a patient that the donor heart had
2  died of an intracranial hemorrhage.
3  **A. Yes, they can do that.**
4  Q. Yeah.  Have you ever heard of that ever
5  happening?
6  **A. Yes.  They have closed programs for**
7  **poor compliance.**
8  Q. For telling people that somebody died
9  of an intracranial hemorrhage?
10  **A. For -- for poor compliance.**
11  Q. That wasn't my question.
12  **A. And -- and I'll answer your question.**
13  **This goes into -- there's a law, the HIPAA law,**
14  **and they have been questioned, they have been**
15  **sued and have to pay huge amounts of money for**
16  **revealing confidential information and**
17  **deceased-donor information.**
18  Q. Okay.  Both HIPAA and the OPTN
19  Guidelines have to do with protecting donor
20  anonymity; right?
21  **A. Protecting what?  Donor --**
22  Q. Donor anonymity.
23  **A. Yes.**
24  Q. The whole reason that you're not
25  supposed to disclose certain information is to

| Page 132 |
| --- |

1  make sure that the recipient and/or their family
2  can't track down the donor; right?
3  **A. Yes.**
4  Q. Right?  Explain to me how telling Noah
5  Leopold that the donor was coming from a heart
6  that had -- person who had died of an
7  intracranial hemorrhage could possibly have led
8  to them tracking down the donor.
9  MR. BRANTINGHAM: I think this has been
10  asked and answered.
11  MR. THOMPSON: Not of him.
12  THE WITNESS: Yeah.
13  MR. BRANTINGHAM: Okay.
14  MR. BRANTINGHAM: And you brought it up,
15  foolishly, but you did.
16  MR. BRANTINGHAM: Well hold on a
17  second.  You're asking him a completely
18  different subject here from what's in -- just
19  written in that document.
20  MR. THOMPSON: No, I'm not at all.
21  MR. BRANTINGHAM: Okay.  Go ahead.  You
22  can answer the question.
23  **A. Well if the --**
24  **By word of mouth, the transplant**
25  **professional can talk to each other about**

| Page 133 |
| --- |

1  **confidential information and the recipient can**
2  **get to know where -- where is that, so they can**
3  **identify them, the donor.**
4  Q. How?
5  **A. So they -- they can see who died, you**
6  **know, in, you know, a period, and then talk to**
7  **other people and talk to other people, and**
8  **that's the way that things get usually distorted**
9  **and that -- do not get it right and they do not**
10  **get confidential.**
11  Q. Yeah.  We're going to stick, though,
12  with the actual purpose of the regulation, and I
13  thought you agreed with me, is to make sure that
14  the recipient and/or his family can't track down
15  the donor; right?
16  MR. BRANTINGHAM: Foundation.
17  **A. No.  They -- they --**
18  **The information should be confidential.**
19  Q. Confidential in order to keep the
20  donor's identity confidential; right?
21  **A. Yes.**
22  Q. Okay.  So back to my question.  Explain
23  to me how telling Noah Leopold "Your donor heart
24  is coming from somebody who died of an
25  intracranial hemorrhage" could possibly lead to

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 134

1    the donor being identified.
2        **A. Yeah. From one person to another**
3    **can -- the word of mouth, as I already said.**
4        Q. Word of mouth --
5        **A. And the other -- let me finish -- and**
6    **the other thing that can happen, that family can**
7    **black -- after they get to know after one year**
8    **or more what happened, they can, you know,**
9    **blackmail donors or vice versa to say about any**
10   **confidential like, you know, this donor, we are**
11   **going to let the people know that this human**
12   **being, you know, was a drug addict and give --**
13   **you know, that information and blackmail people.**
14   **So we want to avoid any, you know, extortion**
15   **practices --**
16       Q. Again, --
17       **A. -- as well.**
18       Q. -- in order for that to happen, the
19   recipient's family would have to know who the
20   donor is; right?
21       **A. Yeah. They can find out.**
22       Q. How? You haven't explained it to me.
23   You said word of --
24       **A. Well I did it. I did --**
25       Q. Hold on. Hold on.

Page 135

1        MR. BRANTINGHAM: Let him finish the
2    question.
3        Q. Let me finish my question.
4        You've said "word of mouth." Explain
5    to me specifically, word of mouth between who
6    and who is somehow going to lead this family in
7    Florida to know specifically that this heart
8    came from one individual person in Idaho that
9    had an intracranial hemorrhage.
10       **A. Let's -- let's say that there's**
11   **friends, that one friend works in Idaho and**
12   **other works at the Mayo Clinic --**
13       Q. But they don't know it's coming from
14   Idaho.
15       **A. Well but they know there will be donor**
16   **and they will match the time.**
17       Q. How --
18       **A. Yeah.**
19       Q. Match what times?
20       **A. Yeah.**
21       Q. What are you talking about?
22       MR. BRANTINGHAM: Hold on one second.
23   You're -- you're explicitly asking him to
24   speculate. Now you're getting upset that he's
25   speculating as you're asking him to, I mean --

Page 136

1        MR. THOMPSON: No. Because what he's
2    saying is ridiculous. It's patently wrong and
3    ridiculous.
4        **A. No, no, no.**
5        MR. BRANTINGHAM: Hold on. Just hold
6    up. Just, doctor, hold up.
7        **A. No, no, no. I don't --**
8        **Listen, --**
9        Q. And I'm going to be incredulous about
10   it.
11       **A. -- I'm not going to accept any insults**
12   **from you.**
13       Q. Okay. So stick with my question.
14       A. Can you retract your insults?
15       Q. Stick with my --
16       No.
17       **A. Can you retract your insult?**
18       Q. What you're saying --
19       **A. Don't insult me.**
20       Q. What you are saying makes no sense to
21   me, and so I am trying to figure out what it is
22   that you're saying.
23       **A. Well you have --**
24       MR. BRANTINGHAM: Please let him
25   explain.

Page 137

1        Q. First let me ask the question.
2        **A. Yeah. I already answered to you.**
3    **There could be somebody in the Idaho hospital**
4    **that is a friend of somebody as a whole -- at**
5    **Mayo that, you know, knows about the donor and**
6    **they will -- can be talking to each other, so we**
7    **cannot reveal any details of the case. And that**
8    **is the way it's mandated and I don't have to**
9    **explain it to you any further.**
10       Q. Got it. You realize that even this
11   part of the guidance that says cause of death
12   should not be given, Mr. Brantingham didn't read
13   the rest of that sentence, did he, where it says
14   "unless the information is clinically relevant
15   to the transplant recipient informed consent
16   discussion." Do you see that part that Mr.
17   Brantingham left out?
18       MR. BRANTINGHAM: I didn't actually
19   read any of it. I had the witness read it,
20   but --
21       Q. Oh, you left it out then.
22       **A. I -- I read that, so all the relevant**
23   **information was disclosed to Mr. Noah.**
24       MR. BRANTINGHAM: And what's -- what's
25   the language you're talking about? Because he

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 138

1  read number four.
2      MR. THOMPSON: Right -- right. No.
3  "specific age or circumstance of death..."
4      Oh, you had him read number four?
5      MR. BRANTINGHAM: Yeah. That's when
6  you put the document in front of the witness.
7      Q. It's --
8      Isn't this also --
9      MR. THOMPSON: Stop. Stop.
10     Q. Are you telling me that you think that
11 number four here overrules your legal obligation
12 to provide informed consent to your patients?
13     **A. I do prefer --**
14        **I do provide informed consent.**
15     Q. Wasn't my question.
16     **A. I don't know. I don't know.**
17     Q. Okay.
18     **A. I -- I provide informed consent to the**
19 **patient. All the thing that you can do is**
20 **speculation.**
21     Q. All right. Let's do some more talk
22 about informed consent.
23        You told Mr. Brantingham now after the
24 break that hundred percent of the time, when you
25 talk to a patient in an outpatient setting, you

Page 139

1  talk to them about the heart in a box.
2      **A. Yes, sir.**
3      Q. Okay. What do you tell them?
4      **A. That there's, you know, different ways**
5  **of preserving the heart; one is cold storage**
6  **that allows four hours, and then we have OCS,**
7  **you know, the heart in a box, that give us at**
8  **least eight hours, but we don't know actually**
9  **how long, and that's it.**
10     Q. You don't tell them anything else.
11     **A. It's a -- it's --**
12        **That it's a good tool that is**
13 **equivalent to cold storage.**
14     Q. Do you tell them about the results of
15 the PROCEED trial?
16     **A. Not as specifically.**
17     Q. Why not?
18     **A. Because if I have -- start talking**
19 **about all the trials, you know, I'll finish, you**
20 **know, in several years.**
21     Q. I'm not talking about all the trials.
22 I'm just talking about one trial.
23     **A. Well this --**
24        **I mean if you see the literature,**
25 **there's around 20 studies on heart**

Page 140

1  **transplantation with the OCS device. So I talk**
2  **to each one, it will be completely irrelevant.**
3      Q. Did you know that your friends at
4  TransMedics specifically say physicians and
5  patients should be aware of the results of the
6  PROCEED trial?
7      MR. BRANTINGHAM: Object to the form of
8  the question.
9      **A. Yeah.**
10     Q. Do you see that?
11     **A. All right. I -- I haven't read this.**
12     Q. Okay.
13     **A. I --**
14     Q. So this is --
15     **A. But -- but --**
16        MR. BRANTINGHAM: Just let him -- let
17 him ask a question.
18     **A. You ask me something. So but as, you**
19 **know, I told you the answer that the study was**
20 **equivalent, the PROCEED II trial says that it's**
21 **equivalent,**
22     Q. Okay.
23     **A. So I, indirectly, I -- I tell them.**
24     Q. Great. So now I'll ask you a different
25 question.

Page 141

1      **A. But I do not ask about the PROCEED.**
2      Q. Right.
3      **A. That would be completely irrelevant.**
4      Q. Do you tell your patients that in the
5  PROCEED trial overall survival was lower for OCS
6  patients than in patients who were given hearts
7  preserved with cold static preservation?
8      **A. That's wrong. It's not significant.**
9      Q. What's that?
10     **A. That's wrong. It's not significant.**
11     Q. Wrong and not significant.
12        Are you going to tell your friends at
13 TransMedics that they should edit that part of
14 their user manual that says physicians and
15 patients should know about that?
16        MR. BRANTINGHAM: Object to the form.
17     Q. Go ahead and read it. I'm putting it
18 in front of you like Mr. Brantingham wants me
19 to. Read that bullet point to yourself. Read
20 that whole thing and tell me when you're done.
21     **A. (Witness complying.)**
22        **Well when I --**
23     Q. Just --
24        Sorry. I told you to read it and tell
25 me when you're done. Are you done?

1      **A. Yeah, I'm done.**
2      Q. Do you comply with that?
3      **A. They are not my governing tool,**
4      **TransMedics.**
5      Q. So is your answer "No, I do not comply
6      with that?"
7      **A. They -- I'm --**
8      **I do not have compliance issues with**
9      **TransMedics, so I -- I -- there's no compliance**
10     **with TransMedics.**
11     Q. Do you do --
12     **A. I'm a customer.**
13     Q. Do you do what this part of the manual
14     tells you to do?
15     **A. Indirectly, yes.**
16     Q. How?
17     **A. When I said that it's around the same**
18     **results.**
19     Q. Right. You tell them something that's
20     completely different and contradictory to what
21     this tells you to tell them.
22     **A. Well -- well you could read the whole**
23     **article and you will see that there's no**
24     **significant difference.**
25     Q. Okay. Listen to my question, please.

1      Is it your testimony --
2      **A. Listen to my answer.**
3      Q. Is it your testimony that when you
4      advise patients about the OCS, you actually tell
5      them something contrary to what the manufacturer
6      advises you to tell them?
7      **A. Well it's not contrary. It is that**
8      **the -- it's lower, but it's not significant, so**
9      **it needs more elaboration there to get the --**
10     **the fact to be truth. So it's not**
11     **contradictory.**
12     Q. When you meet with patients and tell
13     them about the heart in the box, do you provide
14     them with the OCS Heart System Patient Brochure?
15     **A. No. I'm not --**
16     Q. Do you --
17     **A. -- not a representative of the company.**
18     Q. Do you provide your patients with any
19     written materials?
20     **A. Probably the transplant coordinators,**
21     **but I do not.**
22     Q. Got it.
23     So "Patients should review the OCS
24     Heart System Patient Brochure," you don't comply
25     with that part either; do you?

1      **A. (Witness shaking head.)**
2      Q. Your answer?
3      **A. No, they are not a governing body. I**
4      **do not do what their website says.**
5      Q. Okay. This came off the FDA website --
6      **A. Uh-huh.**
7      Q. -- for your information.
8      **A. Okay.**
9      Q. So you don't do what the FDA website
10     says.
11     **A. Yeah.**
12     MR. BRANTINGHAM: Well foundation and
13     form.
14     Q. Well I can bring it up on the computer,
15     but --
16     **A. No. You told me that it was a**
17     **TransMedics sign.**
18     Q. No. I told you it's the TransMedics
19     manual --
20     **A. Well then --**
21     Q. Hold on.
22     **A. All right.**
23     Q. We can't talk over one another.
24     **A. Yeah. You should follow that advice to**
25     **yourself.**

1      MR. BRANTINGHAM: Please go ahead and
2      let's have a question. And just let him --
3      MR. THOMPSON: We do have a question.
4      MR. BRANTINGHAM: -- finish, doctor,
5      and then let's have an answer.
6      Q. Go ahead and just read that to yourself
7      and tell me when you're done.
8      **A. (Witness complying.)**
9      **I'm done.**
10     Q. You don't do that either; do you?
11     **A. No.**
12     Q. And the reason you don't do these
13     things is because you're not governed by
14     TransMedics; right?
15     **A. I'm not governed by TransMedics, nope.**
16     Q. TransMedics is good enough to pay for
17     you to stay at the Ritz-Carlton in Saint Thomas,
18     but not good enough to give you information
19     about their own device to pass along to your
20     patients.
21     MR. BRANTINGHAM: Hang on. I'll object
22     to the form and the argumentative nature of the
23     question. You can answer.
24     **A. I went to investigators meeting in**
25     **TransMedics. I'm interested in academic work**

Page 146

 1  **and to provide life-saving, cutting-edge therapy**
 2  **to the patients.  Other than that, there's no**
 3  **conflict of interest.**
 4     Q.  Do you think TransMedics is a good
 5  company?
 6     **A.  They have produced a device that have**
 7  **resulted in increasing -- in increasing heart**
 8  **transplants and increasing, you know,**
 9  **life-saving procedures.  In that sense, they are**
10  **a good company.**
11     Q.  Do you think that the device is a good
12  device?
13     **A.  Yes, that's why I use it.**
14     Q.  Do you think it is a well-designed
15  device?
16     **A.  Yes, I think it is well designed.**
17     Q.  So TransMedics has put out a
18  well-designed, good device that you use for your
19  patients all the time; right?
20     **A.  That is approved by the FDA.**
21     Q.  That's approved by the FDA as well.
22        Their manual is also approved by the
23  FDA; is it not?
24        MR. BRANTINGHAM:  Foundation.
25     Q.  If you know.

Page 147

 1     **A.  If you tell me, I can't -- I have no**
 2  **reason not to believe you.**
 3     Q.  When you were at this meeting in
 4  Prague, were you there with Dr. Knop?
 5     **A.  I don't remember if he went or not.**
 6     Q.  I will tell you that he testified under
 7  oath this morning that he attended the
 8  International Society of Heart and Lung
 9  Transplantation meeting in Prague.  That's the
10  same meeting that you were talking about when
11  somebody from TransMedics came up to you and
12  said some lawyer's been sniffing around; right?
13        MR. BRANTINGHAM:  Object to form.
14     **A.  Well again, I don't have any reason not**
15  **to believe you.  You're making a statement.  I**
16  **have no reason not to believe you that Knop --**
17  **Dr. Knop went to Prague to the IHLT meeting.**
18     Q.  Dr. Knop testified that during one of
19  the question-and-answer sessions he got up and
20  he actually provided information about what
21  happened in this case.  Did you know that?
22     **A.  I didn't know that.**
23     Q.  So you must not have been at that
24  question-and-answer session.
25     **A.  Not that I remember.**

Page 148

 1     Q.  Were there other Mayo folks from your
 2  department who were at the meeting?
 3     **A.  I remember Dr. Spencer was there.**
 4     Q.  Uh-huh.
 5     **A.  From lung transplant, Dr. Saddoughi.**
 6     Q.  Do you know if this directive that you
 7  gave to the people who wanted to do the case
 8  report to keep this whole thing under wraps went
 9  to Dr. Knop as well?
10        MR. BRANTINGHAM:  Object to the form of
11  the question.
12     **A.  That was -- that was not the directive.**
13     Q.  The directive was "We're not going to
14  publish anything about this outside of Mayo
15  until the lawsuit's over."
16        MR. BRANTINGHAM:  Object to form.  You
17  can answer.
18     **A.  Yeah.  Let's -- let's wait.**
19     Q.  Okay.  So the directive to not talk
20  about this outside of Mayo until the lawsuit's
21  resolved, was that passed on to Dr. Knop as far
22  as you know?
23     **A.  I don't know about that.  I remember**
24  **he --**
25        **I don't remember him doing the case-**

Page 149

 1  **report work.  I remember the transplant fellow**
 2  **and a guy from intensive care that I don't**
 3  **remember his name, but I don't know anything**
 4  **about Dr. Knop.**
 5     Q.  And you told me --
 6     **A.  In terms of case reports.**
 7     Q.  Do you remember the name of the
 8  transplant fellow?
 9     **A.  Yeah, actually.  Chauhan.**
10     Q.  Spell that for us, please.
11     **A.  A-k-s-h-a-i space C-h-a-u-h-a-n.**
12     Q.  Is that a he or a she?
13     **A.  He.**
14     Q.  Is he still here at Mayo?
15     **A.  No.  He finished his transplant**
16  **fellowship.**
17        MR. BRANTINGHAM:  It's the one in the
18  medical record that you've asked about.
19        MR. THOMPSON:  That's the one that
20  we're -- yep.  Got it.
21     Q.  The cardiology person who wanted to do
22  a case report, do you remember his or her name?
23     **A.  No.  They are -- you --**
24        **Intensive care I think is most likely,**
25  **not cardiology, intensive care fellow.  I**

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. T

Page 150

1  don't -- I don't remember.
2      Q. Do you --
3      A. But I remember receiving an email about
4  data. I said wait, please.
5      Q. You got an email from them about it.
6      A. Yeah.
7      Q. And did you respond via email as well?
8      A. Yeah, yeah. The --
9      I believe so. Yeah.
10      MR. THOMPSON: I'll go ahead and
11  request that. All right.
12      MR. BRANTINGHAM: I didn't totally
13  track the description of it, but I'm sure that
14  you will send a follow-up communication.
15      (Discussion off the record.)
16  BY MR. THOMPSON:
17      Q. If the family, Noah's family, testifies
18  that neither you nor anybody else told them
19  anything about the OCS, are you going to deny
20  that?
21      A. I, again, you know, I cannot be a
22  hundred percent sure, but very likely I talked
23  to him about it.
24      MR. THOMPSON: All right. I don't have
25  any other questions.

Page 151

1      MR. BRANTINGHAM: I don't have any
2  questions. We will read and sign.
3      THE REPORTER: Okay. Thank you. Off
4  the record.
5      (Deposition concluded at 4:17 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 152

1          C E R T I F I C A T E
2      I, Nicole A. Huber, hereby certify that
3  I am qualified as a verbatim shorthand reporter;
4  that I took in stenographic shorthand the
5  testimony of MAURICIO VILLAVICENCIO at the time
6  and place aforesaid; and that the foregoing
7  transcript consisting of 151 pages is a true and
8  correct, full and complete transcription of said
9  shorthand notes, to the best of my ability.
10      Dated at Baxter, Minnesota, this 20th
11  of August, 2024.
12
13
14
15
16          NICOLE A. HUBER
17      Notary Public
18
19
20
21
22
23
24
25

Page 153

1      S I G N A T U R E  P A G E
2      I, MAURICIO VILLAVICENCIO, the deponent,
3  hereby certify that I have read the foregoing
4  transcript, consisting of 151 pages, and that
5  said transcript is a true and correct, full and
6  complete transcription of my deposition, except
7  per the attached corrections, if any.
8  PAGE LINE    CHANGE/REASON FOR CHANGE
9  _____ _____ _____
10  _____ _____ _____
11  _____ _____ _____
12  _____ _____ _____
13  _____ _____ _____
14  _____ _____ _____
15  _____ _____ _____
16  _____ _____ _____
17  _____ _____ _____
18          _____
19  Date      Signature of Witness
20
21      WITNESS MY HAND AND SEAL this _____
22  day of _____, 2024.
23
24  (NAH)      _____
25

39 (Pages 150 to 153)

**A**

A-k-s-h-a-i
149:11
ability 152:9
able 49:15 72:24
95:5,14 114:19
abnormal 89:23
Absolutely
94:22
abstract 43:8,8
43:16 44:7
45:5
academic 43:17
115:14 119:18
145:25
accept 56:16
136:11
acceptance
17:11
accepted 42:7
44:21 59:22
accepts 17:22
access 129:3
accessing 83:12
accommodation
15:6
accumulation
86:13
accurate 108:11
accuse 33:8
35:23
accused 35:25
achieve 6:19
acid 25:17
actual 51:11,14
133:12
acute 74:16
addict 42:12
54:7,14,24
55:13 57:1
113:18 134:12
additional 86:21
adequate 81:14
adhesions 68:15
68:16
adjusting 85:8

85:19
adjustments
81:25
advance 97:13
advantage 78:8
advantages
77:13,15,18
adverse 125:16
advice 144:24
advise 143:4
advised 102:4
107:23
advises 143:6
affect 98:3,4
aforesaid 152:6
afternoon 72:6
age 20:7 138:3
ago 11:15 34:2
agree 22:14,16
22:17,20 75:5
75:9 112:3
agreed 133:13
ahead 33:3
34:13,14,22
40:25 44:15
51:24 62:20
94:14,20 100:1
105:4 107:22
109:9 113:23
115:4 121:23
124:23 132:21
141:17 145:1,6
150:10
air 84:6
airplane 84:6
airport 29:10
Alaska 21:1,2
alcoholic 113:19
allow 71:12
allowing 82:16
allows 106:16
107:5 139:6
allude 60:7
Alomari 31:4
Altarabsheh
23:2 24:10,20
117:24 118:10

119:5 120:10
121:12,18
122:5 123:13
alternatives
92:21
amounts 131:15
and/or 24:20
125:15 126:20
132:1 133:14
Andrew 2:7
Andrew's 24:6
anesthesia 82:11
82:16
anesthesiologist
89:21,25
anesthetize 83:7
anesthetized
82:5,21
Ann 73:20
Anna 2:12
anonymity
131:20,22
answer 28:5
29:20,25 32:17
33:3 34:12,23
36:5,6,9,22
37:2,6 38:2,20
40:25 51:18,24
55:16,19,21
56:7,8 60:7
70:20 100:2
103:25 104:1
106:25 131:12
132:22 140:19
142:5 143:2
144:2 145:5,23
148:17
answered 11:1
34:11,22 36:17
37:3 46:13
58:22 130:10
132:10 137:2
answering 36:3
56:10 59:12
answers 56:16
56:16 63:11
antibodies 77:16

anticipate 83:5
84:2
anticoagulated
88:11,14
anybody 9:12
26:14,20 27:6
59:25 100:25
101:15,19
102:22 103:5
103:19 104:11
105:1 107:24
150:18
aorta 79:25 80:1
80:2
aortic 32:9 79:6
79:11 80:11
87:16 94:2
95:7 113:9
APPEARAN...
2:1
appendectomy
124:6
applies 116:25
apply 130:14
approach 33:10
57:13
appropriate
35:7,17 45:9
120:5
approved
146:20,21,22
approximately
1:20
April 100:24
Arbor 73:21
argumentative
145:22
Arizona 8:16
21:13
arrival 84:3,7
arrive 28:18
arrived 7:5
arrives 32:11
33:22 38:12
82:18
artery 91:19
92:6

article 31:19,22
31:25 43:1
142:23
asked 10:6 24:19
27:1 33:12
34:2,11,11,21
35:2 36:17
46:21,24 47:5
56:13 58:23
66:6 121:5
129:9 132:10
149:18
asking 22:14
25:8,21,25
35:20,25 36:5
37:5 56:8
99:11 101:23
120:23 125:7
132:17 135:23
135:25
asleep 26:25
aspirate 119:2
assess 81:16
111:12
assessed 113:14
assessment
64:16,23 78:17
assist 119:11
assistant 88:23
88:25
assisting 118:22
associated
127:22
assume 10:19
16:17,23 83:11
assuming 55:4
Atlantis 15:13
atrial 67:13
atrioventricular
91:4
atrium 91:5
attached 153:7
attempt 91:10
92:22 95:11
attended 147:7
attending 11:8
119:25

**August** 1:13,20
  4:3 49:18
  152:11
**author** 44:18
**AV** 67:15
**available** 57:7
  57:18 73:14
  106:8
**average** 8:21,22
  9:4 19:16 20:2
  20:10
**avoid** 77:19 98:9
  129:4,4,7
  134:14
**aware** 16:21
  23:11,16,23
  96:17 107:6
  140:5
**awareness**
  106:18

— B —
**back** 11:16
  33:24 34:21
  36:9 56:23
  57:14 60:20
  61:18 63:13
  85:16 86:22
  87:9 91:6,20
  104:5 106:24
  113:25 133:22
**background**
  123:12
**backgrounds**
  35:19
**bad** 5:18 24:12
  25:17,22 26:14
  26:15 27:2,17
  27:25 30:3
  32:20 33:14
  34:6,19 35:4
  35:13,21,23
  36:20 37:9,21
  95:2 97:25
  98:9,9 107:19
  108:9
**Bahamas** 14:18

14:19 15:11
  16:10
**ball** 49:10,13
**ban** 130:25
**banned** 59:3
  130:18
**based** 32:5
  79:15 85:2
  108:21,22,24
**basic** 112:3
**basically** 84:13
  92:13
**basis** 50:11
**Baxter** 152:10
**Bear** 125:2
**becoming** 87:6
**beginning** 41:7
  82:2 88:21
**Behalf** 2:2,6
**believe** 4:15
  15:13 18:5
  103:6 105:5,13
  147:2,15,16
  150:9
**bell** 31:12
**bells** 31:23
**benefit** 15:1
  97:1
**benefits** 47:21
  47:22 48:1,12
  49:17 58:1,2
  97:3
**best** 28:15 37:15
  60:14 69:1
  72:19 79:14
  84:8 89:23
  94:17 95:4
  98:20,24 103:8
  114:8,17,25
  152:9
**better** 9:11
  17:13,19,21
  29:8 33:11
  40:18 76:3,6
  76:11 77:22
  111:20 112:1,5
  124:13

**beyond** 66:2
**Bibeane** 2:3
**big** 40:2 67:3
  85:24
**big-time** 41:23
**bigger** 85:25
  86:23
**bit** 5:13 6:15
  39:10 80:10
  82:11
**bites** 85:25 86:1
**BiVAD** 91:11
  92:12,12,18,22
**black** 134:7
**blackmail** 134:9
  134:13
**bled** 79:9 87:13
**bleed** 78:7 79:7
  79:20
**bleeding** 41:6
  58:19 78:12,24
  79:1,3,4 80:7
  87:7,9,24 88:2
  88:6 89:7,20
  90:5,20 91:3,9
  92:20 93:6
  114:1
**blood** 79:25 80:1
  86:12,13 87:15
  90:11,11,20
  91:15,18 113:8
  113:16
**board** 119:17
**body** 28:20 29:3
  48:2,14 91:22
  125:9 144:3
**boost** 7:4
**borderline** 76:19
**bore** 109:6
**born** 68:19
**Boston** 11:8
  14:8 15:7,25
**bothered** 112:24
**box** 38:25 39:15
  41:12 42:5
  127:1,2,3
  139:1,7 143:13

**boxes** 114:15
**brain** 61:10
  89:15 128:9
**Brandon** 2:3
  4:10
**Brantingham**
  2:7 3:4 4:10,15
  4:21,24 18:18
  24:3,3,4,6,24
  26:4,7 28:4
  29:24 32:15,17
  32:24 33:1
  34:8,14,20
  36:8,13,16,19
  36:22 37:25
  38:19 40:24
  44:14 50:1,6,9
  51:10,13,17,23
  52:19 55:24
  56:1 60:6
  62:15 63:23
  70:19 75:6,8
  94:13,19 99:23
  100:1 102:13
  103:7,12
  104:12 105:3
  107:1,12,21,25
  108:4,18,22
  109:8 112:17
  113:22 115:3
  115:10 118:2,6
  118:16 121:3
  121:23 125:1,5
  129:17,21
  130:20 132:9
  132:13,16,21
  133:16 135:1
  135:22 136:5
  136:24 137:12
  137:17,18,24
  138:5,23 140:7
  140:16 141:16
  141:18 144:12
  145:1,4,21
  146:24 147:13
  148:10,16
  149:17 150:12

151:1
**Brantingham's**
  124:24
**break** 108:12
  138:24
**bring** 35:5 67:22
  144:14
**Brochure**
  143:14,24
**broke** 87:12
**brought** 42:18
  132:14
**bruised** 41:3,7,9
  41:13,21 87:7
**bruising** 39:11
  41:24 42:2
  80:4,5,8,15
**bulk** 95:13 112:8
**bullet** 141:19
**bunch** 56:12
**busy** 56:3
**bylaws** 50:14
**bypass** 84:23
  88:13,15 90:17

— C —
**C** 2:12 4:1 61:14
  61:14,15 62:7
  63:3 152:1,1
**C-h-a-u-h-a-n**
  149:11
**calculation** 81:6
**call** 17:9 37:19
  65:6,9,10 71:1
  71:9 82:6,22
  84:14 85:20
**called** 64:15
  64:20 91:3
  99:17,19
**canal** 67:15
**candidate** 67:17
**cannula** 91:15
  92:5
**cannulas** 91:14
  91:18
**cannulate** 84:5
**cannulated**

84:13,22
**caption** 4:4
**cardiac** 58:17,18
  75:11 102:25
  105:17
**cardiogenic**
  75:10 76:4
  129:6
**cardiologist**
  48:21
**cardiology** 60:11
  105:14 149:21
  149:25
**cardioplegia**
  20:21
**cardiothoracic**
  124:20
**Cardiovascular**
  115:16,18
  119:19
**care** 25:7 31:20
  37:22 51:2
  98:5 126:12
  149:2,24,25
**carefully** 45:8
**carries** 76:25
**case** 4:4 12:10
  13:5 21:22
  22:2,7 23:8,25
  28:16 63:19
  66:21,25 68:3
  75:3 80:4,12
  81:24 82:12
  84:17 85:2
  86:21 88:8
  96:2,3,6,16
  97:10,10,23
  102:1 103:1,5
  105:12,19
  107:13 120:1
  125:8 126:3,5
  126:6 127:10
  137:7 147:21
  148:7 149:6,22
**case-** 148:25
**cases** 41:9 86:18
  119:16 125:21

126:24 127:4
  127:11,11
  128:2,3
**catastrophe**
  22:21 107:11
**catastrophic**
  40:21 98:23
**catch** 18:3,5,12
  18:20
**cath** 69:9 72:21
**catheterization**
  69:10 75:11
**caths** 69:8
**cause** 53:5 80:2
  89:17 93:10
  137:11
**caused** 93:16
  94:1 95:8
  98:22
**causing** 80:7
**caution** 47:7
**cautious** 45:6
**cavity** 86:11
**center** 101:7
  110:21 115:14
  126:12
**centers** 20:23
  103:2 113:4
**CEO** 13:14
**certain** 131:25
**certainly** 77:23
  78:1 98:1 99:1
**certify** 152:2
  153:3
**cetera** 117:18
  124:21
**chairman** 101:4
  101:6
**chance** 55:7
**CHANGE** 153:8
**CHANGE/RE...**
  153:8
**characteristics**
  17:6
**charge** 126:8
**Chauhan** 149:9
**check** 70:25

72:10 87:9
**checked** 114:14
**chest** 57:1 66:5
  69:12 72:4,16
  81:17 83:9
  84:12,18,21,21
  85:17 120:15
  120:15
**Children's** 68:21
  68:24
**Chilean** 23:21
**Choice** 31:21
**choose** 20:23
**chosen** 74:22,24
**chronic** 130:7
**cigarette** 113:19
**circuits** 91:24
**circulatory**
  74:17,20 76:18
  91:17 92:1
**circumstance**
  138:3
**circumstances**
  127:23
**Ciresi** 2:4,12,12
**Civil** 1:5
**claim** 96:12
  98:19 104:5,10
  104:16,19,23
  105:10 106:2
  106:20,22
**clarify** 121:6
**clarity** 36:10
**class** 16:11
**clean** 5:11
**clearly** 42:24
  55:12
**Clinic** 1:7,17
  2:13 4:5 12:13
  16:7 37:23
  38:11 96:5
  119:19 135:12
**clinical** 6:22
  11:7 28:16
  30:3 32:20
  33:14 34:6,17
  34:19 35:4,13

35:16,21,24
  36:20 37:9,17
  37:21 38:14,17
  40:4,10 44:22
  45:3 65:3,5
  105:6 112:15
  112:20
**clinically** 37:14
  43:21 44:13
  137:14
**clips** 72:15 73:1
**close** 86:1,10
  120:15 127:18
**closed** 67:25
  86:6,11 131:6
**closure** 32:8
**clots** 86:13
**clotting** 90:13
**co-investigator**
  13:6,6
**coach** 16:11,12
**coagulation**
  77:22,25 78:20
  78:21,23 89:22
**coagulopathy**
  77:19 78:1,4,6
  90:2,4,5,7
**cocoon** 105:2
**cold** 20:21 21:2
  127:23,24
  128:9,10 139:5
  139:13 141:7
**colleague** 35:23
  36:1 91:2
**colleagues** 31:8
  32:1,10,21
  35:6 37:20
  38:15 48:5
  60:10 97:9
  101:11 102:25
  105:11
**color** 39:4,5
**Columbia** 11:25
**combined** 76:21
  77:5,13
**come** 51:15 55:2
  71:10,10 79:15

79:23 80:14
  95:5
**comes** 9:4
**coming** 54:7,14
  57:1 59:16
  62:25 63:17
  91:20 132:5
  133:24 135:13
**commencing**
  1:19
**committing**
  32:22
**common** 83:3
**communicate**
  23:19
**communication**
  150:14
**communicatio...**
  103:8 108:1,4
**community** 97:1
  106:18
**company** 111:22
  111:23 115:19
  143:17 146:5
  146:10
**Comparative**
  77:2
**compared**
  127:23
**comparison**
  43:24
**compensating**
  85:21
**competent** 29:17
  119:6 121:10
**complete** 120:8
  121:16 152:8
  153:6
**completely**
  24:14 30:18
  86:6 132:17
  140:2 141:3
  142:20
**completes** 4:16
**complex** 128:2,4
  128:19,23,23
**complexity**

84:17
**compliance**
  126:9,13 131:7
  131:10 142:8,9
**complicated**
  83:6 111:16
  122:24 123:9
  124:7
**complications**
  125:16
**comply** 142:2,5
  143:24
**complying**
  141:21 145:8
**component**
  89:10
**computer** 65:20
  65:21 144:14
**con** 57:8
**concentrated**
  90:11,20
**concept** 112:3
**concern** 66:13
  94:24 95:1
  127:22
**concluded** 151:5
**conclusion** 45:5
  70:3,6,12
**conclusions**
  125:24
**conference**
  120:2
**conferences**
  119:14,15,25
  125:18,19
**confidence**
  29:22
**confident** 64:25
**confidential**
  59:5 108:20
  131:16 133:1
  133:10,18,19
  133:20 134:10
**confirming**
  89:12
**conflict** 111:11
  111:17,18

116:20,21,24
  146:3
**congenital** 66:18
**Conlin** 2:4,12,12
**consent** 47:17
  52:16 53:12,20
  54:4 57:6,9,17
  137:15 138:12
  138:14,18,22
**consented** 55:13
**conservative**
  21:21
**consider** 22:2,7
  47:7 71:16,22
**considered**
  19:18
**consisting** 152:7
  153:4
**consult** 48:4
  53:23,23
**consulted** 48:15
**consulting** 15:2
**contact** 38:15
  89:4
**contacted** 99:18
**content** 119:17
**continue** 87:14
**continued** 74:21
**continues** 61:3
**continuing**
  109:5
**contractility**
  32:5
**contradictory**
  142:20 143:11
**contraindicati...**
  65:15 68:5
**contrary** 143:5,7
**control** 89:7
**controversial**
  63:4,5
**controversy**
  35:6
**conversation**
  46:10,12 48:11
  54:3 58:16
  59:18 61:22

100:4 126:23
  127:7
**conversations**
  102:17
**convicted**
  113:19
**coordinator**
  59:20,24 60:11
  60:18 61:13
  74:2
**coordinators**
  143:20
**coronary** 65:19
**correct** 10:15
  59:14 87:2
  89:23 121:15
  127:23 152:8
  153:5
**corrections**
  153:7
**correctly** 127:9
**count** 6:23 13:20
  13:25 83:21
  88:2 116:13,14
**counted** 116:5
**countertraction**
  122:2
**country** 8:9 9:6
  9:9 19:11
**couple** 5:9 125:2
**course** 5:19
  27:14 76:14
  95:1
**court** 1:1 4:7
  5:14
**cover** 109:24
**CPR** 73:22
**crack** 84:17
**cracked** 84:12
**created** 93:17
**creatinine** 75:25
**criteria** 114:12
**cross-clamp**
  87:1,5 93:5
**crystal** 49:10,13
**CT** 66:4 69:12
  72:12,15,16,25

81:18,19
**current** 94:16
  113:14 115:6
**currently** 101:9
  114:4
**customer** 142:12
**cutting-edge**
  146:1

**D**

**D** 4:1
**Daly** 54:1,5,5,12
  54:13 55:5
  56:24 75:19,23
  89:4
**damage** 68:11
  71:20
**damaged** 66:19
**Danielle** 26:24
**data** 89:15
  109:20 150:4
**database** 106:13
  106:16 107:4,7
**Date** 153:19
**Dated** 152:10
**day** 45:18,19,20
  45:22 46:2,3
  73:10,17 74:8
  74:10 75:12
  112:13,13
  127:7 153:22
**days** 5:20 16:2,4
  16:5 46:1 49:5
  71:15 75:14
  76:10
**DCD** 31:22 61:9
  61:9,9,10,22
  63:2 128:8,13
**DCDs** 128:24
**dead** 61:10
  128:9
**death** 11:3 18:10
  47:11 53:5
  129:6 130:9,13
  137:11 138:3
**debate** 33:7
**Deceased** 52:12

129:24
**deceased-donor**
  131:17
**December**
  104:18,22
  105:23
**decide** 65:1
**decided** 32:7
  90:22
**deciding** 112:25
**decision** 30:4
  53:15 65:8
  104:9
**decisions** 96:21
  116:21
**decrease** 34:24
  35:10
**decreased** 129:2
**dedicated**
  110:25
**defect** 67:12,13
**Defendant** 1:8
  2:6
**demonstrated**
  78:9 81:2
  128:19
**deny** 41:17,20
  150:19
**denying** 89:12
**department**
  1:18 18:24
  115:15,18
  117:7 119:19
  125:15 148:2
**depend** 68:10
  111:21
**depends** 20:22
  66:20 67:20
  82:11 84:16
**deponent** 153:2
**deposition** 1:11
  1:15,17 4:5 5:7
  64:8 151:5
  153:6
**derangement**
  77:25
**describe** 32:2

85:12 87:4
**described** 41:8
79:10 80:22
**description** 3:7
41:22 93:3
150:13
**designate**
108:20
**designed** 146:16
**despite** 109:3
**details** 137:7
**determine**
126:15
**determined** 33:8
**device** 80:23
111:12 140:1
145:19 146:6
146:11,12,15
146:18
**devices** 106:17
107:5
**diagnose** 114:23
114:24
**diagnosis** 94:16
115:6 130:6
**diagnostic**
113:15 114:3
**DIC** 89:10
**die** 9:18 22:5,10
92:21
**died** 42:14,17
50:13 52:18
54:7,14 74:8
74:10 75:12
131:2,8 132:6
133:5,24
**differ** 92:2
**difference** 43:18
43:19,21 44:1
44:5 92:9
142:24
**different** 21:10
21:13 33:10
35:18,19 37:4
40:3 44:2 45:1
50:23 56:14
72:20 83:20

86:2 87:24
94:7 110:11
117:6 132:18
139:4 140:24
142:20
**differently** 37:24
**difficult** 66:17
117:11 128:13
**difficulty** 128:6
**diffuse** 88:2
**diffusely** 79:1
**dime** 15:12
**dire** 75:18
**directive** 148:6
148:12,13,19
**directly** 70:10
**director** 6:11 8:2
21:8,10 38:10
101:6
**disastrous** 95:9
**disclose** 130:17
130:18 131:25
**disclosed** 130:6
130:11 137:23
**discuss** 47:14
54:20 119:16
120:1
**discussed** 48:20
**discussing**
126:19
**discussion** 49:6
55:5 137:16
150:15
**discussions**
10:10 45:14
48:21 49:5
**disease** 65:19
**distorted** 133:8
**DISTRICT** 1:1
1:1
**doctor** 5:6 18:16
25:25 29:25
33:2 35:21
36:9 40:25
51:24 55:24
62:16 64:9
78:20 103:8

107:2 108:2
109:3,9 118:25
123:15 125:2
129:22 136:6
145:4
**doctors** 11:22
70:24 75:2
96:5,16 106:16
107:5 123:5,6
**document** 52:21
53:3 129:14,15
129:18,22
132:19 138:6
**documentation**
71:9
**documented**
55:14
**doing** 30:6 37:16
37:21,24 38:17
53:8 60:14
77:13 78:3
101:9 112:5,13
112:13 113:4
117:7,9,21
118:19 120:7
148:25
**dollars** 12:23
**donated** 92:15
**donation** 130:8
**donor** 3:8 20:19
23:5 24:11
28:7,13 40:15
42:11,14,17
46:19,20,21,22
46:23,24,25
47:5,6,7,13
49:7 50:13
52:3,12 54:6
55:7,11,11
57:18,23 58:3
58:7,10,14,24
59:6,8,14,16
59:17,19,21
60:24,25 61:3
61:6,7,10,14
61:23 62:8,10
62:11,12,13,21

62:24,25 63:3
63:5,7,14,16
63:18 65:16,21
65:25 66:10
67:22 81:2,11
81:13,18 82:4
94:25 98:23
129:25 131:1
131:19,21,22
132:2,5,8
133:3,15,23
134:1,10,20
135:15 137:5
**donor's** 42:8
49:11 73:3
130:12 133:20
**donors** 20:6,13
42:22 43:14
44:8,11 45:7
54:19 66:24
128:8,8,14,23
134:9
**DORSEY** 2:8
**double** 20:12
**downhill** 74:21
**Dr** 3:3 4:17 23:2
23:2 24:10,10
24:19,20 30:7
30:17 31:4,11
31:16 54:1,5,5
54:12,13 55:4
56:23 60:16
75:19,23,24
77:4,12 78:6
89:4,4 117:24
118:10 119:5
120:9 121:12
121:18 122:5
123:13 147:4
147:17,18
148:3,5,9,21
149:4
**drain** 91:14,18
91:21
**draping** 82:17
**draw** 70:3,6
**drug** 54:19,24

54:24 55:2,8
55:13 134:12
**drugs** 113:20
**ductus** 69:5,5
72:21
**Duke** 101:12
**duly** 5:1
**dust** 96:20 98:15
98:17 106:1
**duty** 70:24
**dysfunction**
75:13,15,15,17
76:1 78:12
**dysjunction**
91:4

_____
**E**
**E** 4:1,1 152:1,1
153:1,1
**earlier** 35:13
83:7
**easier** 5:14
**ecchymosis** 39:9
87:16
**echocardiogram**
69:14 81:2
**ECMO** 90:18
92:2,3
**ed** 106:21
**edema** 29:6
33:20 34:25
36:25
**edematous**
30:19,22 35:10
80:24
**edit** 141:13
**educated** 80:19
106:21
**education** 79:16
106:22
**eight** 11:15 29:3
122:18 139:8
**eight-out-of-ten**
55:7
**either** 23:2
24:10 44:25
48:4 89:4

92:15 143:25
145:10
ejection 20:1
elaboration
143:9
elected 76:2
97:16
electronic 71:8
elucidate 69:1
email 77:3 150:3
150:5,7
emails 4:13,16
Emerging 31:21
emotional 96:21
emotionally
95:17
employees
111:10
encountered
43:18
end-organ 75:13
76:1
ended 86:3
ensure 108:1
entire 26:25
entirely 59:19
entitled 31:20
epicardium
87:12
equivalence
128:9
equivalent 128:1
128:1,7,25
139:13 140:20
140:21
essentially 91:14
93:3
establish 52:10
established 5:19
42:24
Estimate 87:23
estimated 84:2,7
et 117:18 124:21
ethnicity 130:7
Europe 11:24
evaluated 7:14
82:24

event 78:13
94:24 109:3,13
126:2
events 125:16
126:10
eventually 90:22
everybody
106:20
everyday 117:12
evidence 63:20
75:14
ex 30:14 83:2
exact 34:10 53:3
exactly 12:20
30:24 35:8
49:12 58:15
73:11 82:13
83:2 126:22
EXAMINATI...
3:1 5:4 125:4
130:22
examine 30:20
examined 3:2
5:2
example 8:6
17:4 20:24
44:2 65:16,17
66:20 81:12
excellent 6:21
9:5,14 24:15
39:3,13 42:4
58:14 59:8,16
60:25 61:3,7
62:25 63:17,21
114:5,7,11,15
exchanges 77:3
exclusively
13:12
Exhibit 3:6,7
129:18,19
EXPAND 11:20
12:1 13:4,7,8
expect 72:24
expected 39:15
39:16,22
expenses 109:25
expensive 111:7

experience 6:22
6:23 79:18
80:20 95:14
124:9
experienced
78:13 111:15
111:19 112:4
115:8 116:17
122:14 123:15
123:17,18,20
123:22 124:11
experiences 95:2
expert 78:17
experts 77:9
explain 43:7
132:4 133:22
135:4 136:25
137:9
explained
134:22
explanation
94:17 95:4
explant 38:13
66:17
explantation
82:19 83:19
explanted 41:15
83:17 92:16
explanting
83:13
explicitly 34:9
135:23
expose 119:2
exposure 119:7
120:11,16
121:19 122:10
122:16
extensive 48:16
93:5
extensively
78:10
extortion 134:14
extremely 75:11
eye 43:17
eyes 29:14

_____ F _____

F 152:1
facilities 112:20
fact 10:20,22,25
11:2 23:23
26:17 64:19
69:4 79:19
89:14 94:21
107:3 143:10
factors 44:1,2
77:25 81:10
90:13
facts 72:10
failed 40:22
failure 9:19 22:3
22:8,12,18
58:20
Fair 56:18 85:1
familiar 107:3
112:19
families 52:14
70:22
family 40:21
41:10 46:4
49:2 70:13,15
92:24 96:11
117:16 126:20
132:1 133:14
134:6,19 135:6
150:17,17
far 5:13 38:6
69:7 104:5
121:19 123:1
128:1,6 130:13
148:21
farther 128:3,22
fat 80:11
Fay 26:24
FDA 12:12
103:15,16
104:25 106:15
107:4,14 109:5
125:9 144:5,9
146:20,21,23
FDA- 13:9
February 103:6
104:20 105:21
feel 26:19 64:25

fees 15:3
fellow 89:1
105:13,14,15
105:17 149:1,8
149:25
fellowship
124:18 149:16
felon 113:19
femoral 91:16
92:5
Fifteen 29:12
figure 89:16
96:18 136:21
File 1:5
filter 9:10
filtrate 113:16
Filtrated 99:16
financial 15:1
find 16:1 53:15
53:21 134:21
findings 45:4
fine 24:6 25:3
40:1 77:21
81:21 82:15,15
84:23
finish 18:17,18
120:15 134:5
135:1,3 139:19
145:4
finished 92:23
98:19 149:15
first 5:1 11:11
16:10 25:23
31:21 32:8
42:5 44:17
55:15 78:3
79:3 87:25
90:25 91:13
119:11 137:1
fit 81:17,20,25
85:10
five 15:15 63:24
65:12
fix 16:13 39:24
93:7
flew 16:9
flight 27:1

**Florida** 35:7
  135:7
**flow** 92:17
**fly** 16:10 110:20
**focus** 10:4,7
**folks** 148:1
**follow** 126:3
  144:24
**follow-** 8:8
**follow-up** 47:2
  150:14
**following** 1:15
  63:15 130:5
**follows** 5:3
**Fontan** 124:7
**foolishly** 132:15
**forbid** 49:22
  50:5
**forbidden** 47:9
  50:12
**forbids** 49:20
**foregoing** 152:6
  153:3
**forget** 4:21
**form** 24:24 28:4
  37:25 38:19
  40:24 44:15
  51:23 52:19
  70:19 99:23
  104:12 105:3
  107:12,21
  109:8 113:23
  115:3 118:2
  140:7 141:16
  144:13 145:22
  147:13 148:10
  148:16
**forth** 48:22
  67:15 119:3
**foundation**
  24:25 28:5
  32:15,24 33:3
  38:1 75:6
  94:13 102:13
  112:17 115:10
  118:16 133:16
  144:12 146:24

**four** 20:9 104:23
  130:4 138:1,4
  138:11 139:6
**fraction** 20:1
**framework**
  52:10
**frankly** 24:25
**Friedman** 30:7
  30:17 77:12
  78:6
**friend** 135:11
  137:4
**friends** 135:11
  140:3 141:12
**front** 86:19,20
  87:10 119:1
  138:6 141:18
**full** 109:5 152:8
  153:5
**fully** 88:11,14
**function** 32:6
  39:3,13 65:17
  74:21 76:3,9
  76:11,12,13
  78:18 88:20,22
**funded** 12:1,5
  12:12 13:11
  14:3,9
**further** 4:18
  48:19 130:20
  137:9
**future** 95:12

**G**

**G** 4:1 153:1,1
**Garg** 31:11
**gas-exchange**
  92:1
**gender** 81:11,12
**general** 11:7,9
  13:5 21:1,8,19
  21:20 49:1
  62:22 82:11,16
  85:3 101:12
  112:4 123:7
  124:2,19
**generally** 65:14

73:12
**gentleman** 24:2
**getting** 9:17
  135:24
**give** 47:10 53:13
  53:20 56:11
  60:11 64:8
  67:11 70:22
  85:18 90:10,11
  90:15,18 94:24
  95:11 103:10
  134:12 139:7
  145:18
**given** 137:12
  141:6
**gives** 95:1
**giving** 28:24
**go** 14:22 15:23
  18:19 20:19
  25:9 26:17
  33:3,24 34:13
  34:14,22 40:25
  44:15 51:23
  56:5,6,11,23
  57:14 60:20
  62:20 63:12
  71:18 74:21
  84:23 90:16
  94:13,19 100:1
  102:18,19
  105:4 106:24
  107:22 109:9
  110:19 113:23
  115:4,18 120:1
  121:23 124:22
  127:5 128:21
  132:21 141:17
  145:1,6 150:10
**goal** 84:10
**goes** 119:1,14
  131:13
**going** 5:20 10:4
  10:7 15:19
  25:23 26:11
  33:17 36:12
  37:5,19 38:15
  40:12,13 41:10

41:17,19 43:7
  47:19 49:8,11
  50:8 54:6
  55:19 56:25
  60:20 63:10,12
  71:18 73:13
  91:21 94:9
  97:23 104:5,16
  106:24 107:16
  113:1 117:20
  119:20 121:5
  124:22 125:23
  129:17 133:11
  134:11 135:6
  136:9,11
  141:12 148:13
  150:19
**good** 4:20,23
  5:23,25 6:1
  24:22 28:17
  36:15 40:16
  46:19,22,23,25
  47:6 57:22
  65:8 76:15,16
  78:18,21,23,23
  82:25 113:12
  117:3,4 139:12
  145:16,18
  146:4,10,11,18
**Gotcha** 124:22
**gotten** 30:21
  76:3
**governed** 145:13
  145:15
**governing** 142:3
  144:3
**grabbed** 87:10
  87:11
**great** 6:19 26:20
  36:18 41:4,13
  60:16 140:24
**ground** 5:9
  84:14
**group** 44:3
  129:25
**groups** 43:25
**grunts** 6:1

**guess** 18:21
  26:13 72:19
  80:19
**guessing** 14:1
**guidance** 3:8
  50:16 52:2,5
  129:10 130:14
  137:11
**guided** 95:16,17
**Guideline** 106:5
**Guidelines**
  131:19
**guy** 149:2
**guys** 31:19
  37:21 38:16

**H**

**half** 9:6,8 19:14
  49:3 56:22
  59:12 60:13,22
  73:15 83:23
  84:4,5
**half-an-** 46:11
**HAND** 153:21
**handle** 87:8
  117:11
**hands** 89:18
**hang** 26:10 33:1
  55:25,25,25
  56:3 118:6,6
  121:3 145:21
**happen** 93:14
  95:18 117:10
  134:6,18
**happened** 4:22
  22:20 41:20,25
  74:11 85:4
  87:4 89:16
  94:3 96:17
  134:8 147:21
**happening**
  96:19 131:5
**happens** 8:5
  30:18 76:10
**hard** 5:17,20,21
  6:2 56:20
  116:23

**hard-to-** 20:9
**head** 5:25 23:15
  144:1
**header** 129:23
**health** 19:4,24
  42:9 69:18
  73:3 108:23
**healthcare** 47:10
  53:16
**hear** 104:18
**heard** 15:21
  17:2 18:3
  20:25 31:24
  89:11 93:23
  104:20,23
  131:4
**heart** 8:10,12,20
  9:19,23 10:2,8
  10:13,23 11:9
  12:7,7 17:2
  20:19 21:1
  24:12 27:7,11
  27:17,20,24
  28:7,9,11,17
  28:20,21 29:9
  29:14,15 30:13
  30:15,19,20
  31:22 32:3,3,5
  32:11,14 33:22
  34:25 35:9
  36:25 38:12,13
  38:24 39:5,10
  39:14 40:18
  41:3,12,14
  42:4,7,21
  43:11,15 44:8
  44:10,23 47:23
  48:5,22 49:7
  51:2 54:14
  55:8 56:25
  64:16 65:1,18
  66:3,12,17,19
  66:22,24,25
  67:7,10,17,22
  68:12,13,20,20
  68:23 69:6,15
  69:16,19,24,25

70:4,8,10,14
  70:15,16 71:18
  71:19,25 72:3
  72:8,12,22,23
  73:20 74:5,14
  74:15 75:11
  77:1 78:25
  79:5,7 80:6,9
  80:22 81:1,6
  81:17,20 82:4
  82:9,13,18,24
  83:12,22 84:14
  84:23,24 85:9
  85:15,19 86:3
  86:23 87:6,8
  87:11 88:19
  90:6,19,23
  91:1,8 92:4,10
  92:11,13,15,16
  93:4 94:12,18
  98:23 100:6
  109:10 112:8
  113:7,14,17,21
  114:3,4,6,9,11
  114:13,15,19
  114:21 115:1
  115:17 116:4
  116:22 118:20
  118:21,22
  120:24 122:4
  122:24 123:21
  123:23 124:2
  127:1,1,3
  128:10 131:1
  132:5 133:23
  135:7 139:1,5
  139:7,25
  143:13,14,24
  146:7 147:8
**heart-and-lung**
  88:15 90:17
**heart-failure**
  11:3
**heart-liver**
  76:21,24 77:6
  77:13,24 78:2
**heart-livers** 78:2

**heart-lung**
  88:13
**heart/lung** 6:12
  38:10 100:17
**hearts** 6:25 19:2
  19:18 20:1,6
  20:10 40:7
  73:17 80:14
  81:13 94:25
  117:13 141:6
**height** 81:11
**help** 74:20 96:9
  111:25 122:9
  122:16 128:21
**helping** 118:22
  118:23,24
  120:16
**helps** 118:25
  119:2,7 120:11
  120:14 121:19
**hematoma**
  41:23 93:5
**hemodynamic**
  32:6 81:15
**hemodynamics**
  40:16,18 65:18
  113:11
**hemorrhage**
  42:18,23 43:10
  43:14,24 44:3
  44:9,12 47:8
  50:13 52:18
  53:2 54:8,15
  57:2 113:18
  131:2,9 132:7
  133:25 135:9
**hepatitic** 61:15
**hepatitis** 61:14
  61:14 62:7
  63:3
**hesitations**
  65:24
**Hey** 37:20 38:16
  99:21
**high** 19:19 97:1
  129:6
**high-risk** 19:1,3

**higher** 81:14
**highest** 8:8
**hindsight** 94:23
**HIPAA** 131:13
  131:18
**history** 42:9
  68:18 69:18
**hold** 18:16,16
  36:8 50:1,6,6,7
  51:10 55:24
  60:3,3 98:20
  119:2 121:2
  122:24 123:3,8
  132:16 134:25
  134:25 135:22
  136:5,5,6
  144:21
**holding** 122:22
  122:23 124:10
**holds** 119:9
  120:12 121:20
**hole** 66:3,11,20
  66:22,24,25
  67:3,7,16,23
  68:19 69:16,19
  69:25 70:13,14
  72:23
**holes** 67:9 88:17
  93:17
**home** 14:8 56:5
**Honestly** 51:25
**hospital** 11:8,10
  68:21,24 70:17
  71:1 137:3
**hour** 46:12 49:3
  59:12 60:13,22
  63:23 73:15
  83:22,23 84:3
  84:4,5
**hours** 29:3 41:6
  41:25 56:22
  76:7,14 89:8
  139:6,8
**How's** 46:21,24
**Huber** 2:11
  152:2,16
**huge** 77:24

131:15
**Huh** 21:3 50:19
**huh-uhs** 6:1
**human** 117:5
  134:11
**hundred** 12:23
  127:16,18
  138:24 150:22
**hypertrophy**
  81:1,3
**hypothesis** 79:8
  79:10,14 97:7
  98:21,24 114:8
  114:17,25
**hypothesized**
  113:6
**hypothetical**
  62:11 63:7

**I**

**Idaho** 64:17
  82:7,22 135:8
  135:11,14
  137:3
**idea** 9:3 16:24
**identification**
  129:20
**identified** 134:1
**identify** 133:3
**identity** 133:20
**IHLT** 101:17
  147:17
**II** 140:20
**illness** 130:8
**implant** 77:21
  91:11
**implanted** 30:20
  41:6 49:8
  56:25 74:16
**implanting** 48:2
  48:14
**implication** 36:4
**implications**
  96:7 97:6
**implying** 36:2
**important** 7:17
  7:17 8:1 9:16

95:16 98:8
**impossible** 27:23
31:1 68:14
**impression**
24:21
**improve** 18:7
**improved** 76:13
112:14
**incentive** 117:2
117:5,13,15
**incident** 97:6
106:5,8
**incidents** 106:16
**incision** 83:22
83:25 84:1,11
**includes** 78:19
**including** 100:8
100:9
**increased** 10:20
11:2 19:21,23
61:11 109:15
**increased-risk**
55:10,11 59:21
63:3
**increasing** 75:25
146:7,7,8
**incredulous**
136:9
**independent**
104:8 124:20
**independently**
65:1
**index** 3:1,6
75:12
**indicated** 66:9
**indirectly**
140:23 142:15
**individual** 135:8
**inexpensive**
111:8
**infection** 19:6
58:19
**infections** 19:22
**infiltrated** 79:7
88:22
**infiltration**
87:15

**information** 3:9
47:10 52:3,13
52:15 53:13,21
56:12 57:6,17
59:5,15 60:12
61:17 62:18
65:13,22 70:23
98:8 108:23
110:4 121:6
130:5 131:16
131:17,25
133:1,18
134:13 137:14
137:23 144:7
145:18 147:20
**informed** 47:17
52:16 53:5,12
53:20 54:3
57:5,9,16
137:15 138:12
138:14,18,22
**informed-cons...**
45:14 71:17
**informs** 60:9
**inject** 91:19
**injected** 90:13
**injury** 130:9
**inpatient** 127:19
**institution**
117:18
**institutions**
16:25 17:23
21:16
**instrument**
107:8
**insult** 136:17,19
**insults** 136:11
136:14
**intend** 44:10
**intending** 96:1
**intensive** 149:2
149:24,25
**intensivist**
105:15
**inter** 91:23
**interest** 111:11
111:17,18

116:20,21,24
146:3
**interested** 60:18
145:25
**interesting** 16:2
**intermediate**
74:20
**intern** 124:6
**internal** 125:14
**International**
100:6,17
109:19 114:12
147:8
**interpose** 91:24
**interview** 78:5
**intracranial**
42:18,22 43:10
43:14,24 44:3
44:9,12 47:8
50:13 52:18
53:2 54:8,15
57:2 113:18
131:2,9 132:7
133:25 135:9
**intracranial-h...**
45:7
**intravenously**
90:14
**investigative**
14:5
**investigator**
12:13,15 13:8
**investigators**
15:23 145:24
**involved** 11:17
12:5 29:2
31:19 45:13
89:10 108:8
**involvement**
11:4,11,16
13:2
**irrelevant** 140:2
141:3
**irreversibly**
32:13
**Islands** 14:10
16:10

**issue** 25:14
43:23 103:23
125:9
**issues** 126:9
142:8

---
## J

**Jacksonville**
8:16 21:11
31:9,9 32:1,11
32:22 37:20
38:16
**January** 105:23
**Jenna** 2:15
**job** 5:14 60:14
111:1 117:3,4
**John** 31:14
**judgment**
127:20
**July** 30:7
**June** 68:20,23
70:16

---
## K

**Karen** 2:14
**keep** 5:12 37:5
51:7 63:10
133:19 148:8
**keeping** 104:10
**Kentucky** 68:22
70:17 71:2
**kept** 104:24
**kidney** 75:15
76:2,9,11,12
76:13
**kilograms** 81:13
**kind** 6:22 43:11
46:11 52:10
87:12 94:9
105:25 118:21
**knew** 41:3,11
49:7 54:18
55:12 90:3
**knop** 23:2 24:10
24:20 26:13
147:4,16,17,18
148:9,21 149:4

**know** 6:7 8:24
9:6 12:20,21
12:24 13:9,9
13:20,25 16:16
16:17 17:6,10
17:14,20 18:25
19:9 20:3,22
21:15,19 23:21
24:4,7,18
28:23 30:14,21
31:1,10 32:10
32:18 33:5,7
33:17,21 38:4
38:22 39:9
41:5,21,21,23
41:25 42:1,8
42:11,14,17,21
43:19 45:20,24
48:6,7,18,23
48:24 49:1,20
50:14 52:6
53:3,17 54:6
54:13,16,23,23
55:12 56:3,4
56:17,24 57:4
58:17,18 59:19
61:6,11,16,21
61:22 62:3,5,7
62:14 64:19,21
65:20 66:2,2
67:1,4,10
68:11,11,12,15
69:5,6,8,10,17
70:22 71:3,4,9
71:13 72:5,13
73:9 74:25
75:2,15,19
76:3,17 77:8
77:22 78:16
79:2,3,5,8,24
80:1,1,2,5,6
83:4,20 84:3,4
85:20 86:14
87:9,12,18,19
88:11,22 89:18
89:19 90:3,4
90:12,13,16,16

91:4 92:5,19
92:20 93:15
94:5,5 95:2
96:10,10,11,11
96:12,12,13
98:5 99:1,2,3,8
99:9,21 100:6
100:8 101:6
102:20,21,21
103:18 104:15
105:16,16
106:4,7,12,13
106:15 107:8
110:12,15,15
111:8,10,20
113:3,4,11,15
114:7,12,14,24
115:8,20,23
116:1,2,6,13
116:18,19
117:6,11,14,24
118:13 119:1
120:4,21 124:6
126:23 127:3,5
128:5,6,7,21
128:22,25
129:2 130:13
133:2,6,6
134:7,8,10,11
134:12,13,14
134:19 135:7
135:13,15
137:5 138:16
138:16 139:4,7
139:8,19,20
140:3,19
141:15 146:8
146:25 147:21
147:22 148:6
148:22,23
149:3 150:21
**knowledge-re...**
119:17
**known** 83:8
**knows** 137:5

**L**

**labs** 89:11
**lactate** 25:9,11
25:13 26:14,15
32:7
**lactates** 24:11,15
24:20,22 25:21
25:22 26:19,21
27:2
**lactic** 25:17
**land** 28:14 84:22
**landed** 84:15
**language** 129:13
130:3 137:25
**large** 80:22,24
80:25 81:3
**larger** 39:15,16
39:22 40:8,16
40:17 85:9
**late** 28:3,6 41:4
41:14
**latest** 20:4
**law** 53:11
131:13,13
**lawsuit's** 107:16
148:15,20
**lawyer** 53:18
100:11 101:23
**lawyer's** 99:22
147:12
**layers** 87:13
**lead** 37:17,21
38:17 112:14
133:25 135:6
**leads** 38:13
**learn** 120:4
**learned** 123:7
**leave** 44:22
86:19 126:7
**led** 95:8 132:7
**left** 74:14 85:16
85:17 86:17,22
90:23 91:1
137:17,21
**left-side** 85:9
**legal** 1:18 35:16
37:11 96:7
97:19,22

103:21,23
104:10 105:10
106:2 107:24
108:5,8 138:11
**legally** 126:1
**Leopold** 1:4
2:14,14 21:22
22:2,7,21
24:12 40:21
45:14 54:13
55:11 59:15
60:20,23
126:20 132:5
133:23
**Leopold's** 28:9
41:10
**lest** 4:21
**let's** 5:17 10:2
33:24 56:23
57:21 59:13
62:10,11 63:6
63:22 74:24
96:17,22
103:12 105:25
108:12 120:7
120:19 126:7
135:10,10
138:21 145:2,5
148:18,18
**levels** 32:7
**life-saving** 44:23
146:1,9
**LifeSource** 51:4
51:5
**likes** 117:5
**limited** 52:14
**LINE** 153:8
**lining** 85:15
**linings** 85:15
**list** 119:4 120:9
121:17 129:2
130:4
**listed** 48:3 53:24
**listen** 26:6 55:15
136:8 142:25
143:2
**listening** 33:18

**literally** 43:1
112:12 117:24
118:15
**literature** 38:7
42:25 96:25
97:11 139:24
**little** 5:13 6:15
18:3,12 23:6
23:22 39:10
66:22 80:3,3,4
80:10 82:11
92:7 94:1 95:8
105:1
**liver** 75:15 77:8
77:9,21 78:3,7
78:11,17
**lives** 10:23 18:8
37:23
**LLP** 2:4,8
**location** 69:21
87:16
**long** 8:6 14:8
28:21 29:9
65:10 66:18
74:4 83:16
89:6 98:17
128:5 139:9
**longer** 29:5 33:5
33:18,19 71:11
**look** 27:12,18,20
27:22 28:11,17
39:2 41:4,13
64:7 68:7
69:24 125:21
129:22
**looked** 38:24
42:4 64:11
87:24
**looking** 89:15,21
100:11 113:25
113:25
**looks** 28:12 43:4
43:5 65:8
80:15 82:25
109:17
**loss** 98:23
**lot** 17:22 21:24

22:1 51:13
56:6 124:8
**lots** 46:14 74:19
**loudly** 5:15
**Louisville** 68:21
70:17 71:2
**low** 75:11
**low-risk** 9:11
**lower** 21:17
141:5 143:8
**lung** 6:17 8:11
10:1,5 13:1,3,7
100:7 114:13
147:8 148:5
**lungs** 6:25
117:13

**M**

**machine** 32:4
80:9 88:13,15
90:17 93:11
94:1 95:7
111:16,20
114:20,22
**machine's** 98:22
**Maggie** 2:12
**magnitude**
115:24 116:16
**maintain** 12:21
**maintaining**
6:21
**maintains**
106:15
**making** 53:15
147:15
**male** 73:21
**malpractice**
32:22 33:9
**man** 56:4
**managed** 7:4
**mandated** 12:12
137:8
**mandatory** 65:9
**maneuvers**
39:24,25 93:7
**manual** 141:14
142:13 144:19

146:22
**manufacturer** 143:5
**mark** 129:18
**marked** 129:19
**Marketing** 18:24
**mass** 11:9 13:5 20:25 21:7 81:6 101:12
**Massachusetts** 11:7
**match** 82:17 84:8 135:16,19
**matched** 44:1 45:8
**matches** 16:24
**materials** 18:1 143:19
**matter** 33:6,7
**matters** 8:5 103:21
**MAUDE** 106:13
**Mauricio** 1:11 1:15 4:6,25 152:5 153:2
**Mayo** 1:7,17 2:13 4:4 6:12 8:18 9:3,20 10:13 12:13,19 16:7,24 17:21 18:1,25 19:25 20:5 21:5,11 21:13,16 25:23 30:7 31:9 32:1 32:10,21 35:6 37:23 38:11,15 49:15 65:5 77:17 96:5 97:15 98:3,9 103:1,3 105:1 106:5,9 107:11 108:5 109:5 111:4 112:8 115:25 116:3 116:17 118:11 118:15 119:18

120:10 121:10 121:18 123:2,4 123:5,6,6 125:15 126:3,8 135:12 137:5 148:1,14,20 149:14
**Mayo's** 10:25
**Mayo_Leopol...** 3:9
**mean** 17:1,21 19:3 23:4 25:1 25:6 27:15 28:6 30:25 34:20 45:20,22 51:3 59:20 68:9 80:18 84:17 103:2 105:16 124:15 124:16 125:18 130:16 135:25 139:24
**meaning** 39:10 47:23 68:2 85:20 90:12
**means** 30:25 55:1,4 130:17
**meant** 28:17
**measurement** 76:8
**measurements** 81:18,19
**mechanism** 47:11 130:8,12
**medical** 56:17 68:18 96:25,25 97:11 99:7 106:17,18 124:17,19 149:18
**medically** 18:7
**medicine** 58:20 112:3
**meet** 13:21 45:17 143:12
**meeting** 14:9 44:20 100:7,18

101:17 109:19 145:24 147:3,9 147:10,17 148:2
**meetings** 14:5,6 15:6,19,22 102:17
**members** 40:20
**memories** 21:24 22:1
**memory** 103:8
**mentioned** 13:1
**mentioning** 71:17
**message** 25:24 26:1,23
**messages** 23:7 23:11,14,18,24 24:9,19
**messaging** 23:22
**Messerly** 2:12
**met** 13:14
**meth** 42:11,15 42:19 54:7,14 57:1 113:18
**method** 20:24
**methods** 94:16 113:15
**metric** 7:17,18 9:16
**metrics** 7:23,24 8:2
**Metsch-Garcia** 2:3
**Michael** 25:8
**Michelle** 1:3 2:13
**Michigan** 73:21
**micro** 93:15
**microholes** 93:15 94:1
**microperforat...** 95:8
**microscopic** 79:22 88:5,17 115:5
**microtears** 79:6

79:11
**midline** 84:18
**mild** 42:2
**mildly** 41:8
**miles** 20:13,20
**mind** 97:2
**mine** 91:3
**minimal** 12:21
**minimize** 28:19 28:19
**minimum** 82:10
**Minneapolis** 2:5 2:9 56:6
**Minnesota** 1:1 1:19 2:5,9 53:11 152:10
**minutes** 29:12 29:14 33:6,13 34:2 65:12
**mismatch** 39:18 39:21,23 40:2 40:10,14
**missing** 100:3
**Mohammad** 31:4,5,7
**moment** 125:3
**Monday** 118:14
**money** 12:18 131:15
**month** 69:20
**months** 75:4 104:23
**morbidity** 82:10 119:15 125:17 126:4
**morning** 49:18 64:13 147:7
**mortalities** 77:2
**mortality** 76:25 119:15 125:18 126:4 129:2,5 129:7
**mouth** 132:24 134:3,4 135:4 135:5
**multiple** 67:9 92:25

**myocardium** 29:7

**N**

**N** 4:1 153:1
**NAH** 153:24
**name** 31:6,11 105:16,16 149:3,7,22
**Nassau** 14:18
**nation** 6:24 7:3 7:6 8:21 9:21 10:14 17:13,19 17:20
**national** 19:16 20:2,10 110:7 110:8,9,12
**native** 32:13 38:13 41:14 83:12 92:16
**nature** 145:22
**near** 87:16
**need** 31:2 38:5 45:6 60:7 74:25 77:9 83:4 88:13 98:6 124:8 128:4
**needed** 111:13
**needs** 126:13,15 128:3 143:9
**neither** 49:22 150:18
**Network** 52:8
**never** 89:17 93:20 94:2
**new** 15:19 31:21 48:24
**newspaper** 96:14 97:24
**Next-of-Kin** 1:4
**nice** 5:11 15:14
**Nicole** 152:2,16
**night** 45:21,25 46:1,2,3 56:21 56:21 73:10
**nine** 122:18

**Ninety** 80:16,17
80:21
**Ninety-day** 8:4
**Noah** 1:4 21:22
22:2,7,20
24:12 28:8
39:18 46:14
48:11 49:16
54:4,5 55:5,5
56:24 57:6,17
57:22 58:9,24
59:15 60:23
61:5 62:23
63:16 71:17
72:6 73:17
74:4 75:3
76:20 83:4,8
132:4 133:23
137:23
**Noah's** 29:15
41:14 56:25
74:20 76:13
78:11 92:24
150:17
**nod** 23:13
**nodded** 23:15
**nodding** 61:24
95:22
**nods** 5:25
**NOP** 110:4,7
115:21 116:16
121:9
**nope** 26:10
145:15
**normal** 65:3,5
65:23 76:12
77:23 85:24
88:20 91:17
102:19
**normally** 23:19
28:12 48:17
58:15 76:9
80:3,10 81:17
87:8 89:20
102:17 116:10
116:11
**Norman** 2:14

**Norton** 68:21,23
**nos** 5:24
**Notary** 152:17
**note** 41:8 52:20
57:12 85:7
**notes** 152:9
**noteworthy**
27:13
**notice** 1:16
39:14
**noticed** 87:21,25
**November**
104:17,22
**number** 5:12
7:11,12,16
17:16 20:12
23:24 24:18
95:19 125:13
130:3 138:1,4
138:11
**numbers** 9:17
10:20,25 112:8

_____

**O**

**o** 4:1 102:6
**o'clock** 72:6
**oath** 34:2 35:3
118:4,14 147:7
**object** 24:24
28:4 34:8,9
37:25 38:19
40:24 44:14
51:23 52:19
70:19 99:23
104:12 105:3
107:12,21
109:8 113:22
115:3 118:2,16
140:7 141:16
145:21 147:13
148:10,16
**objection** 33:2
36:15,16 94:19
**obligation** 47:16
138:11
**obviously** 4:17
43:13 86:2

**OCS** 20:17 27:9
27:12 28:19,22
29:2,6,7 30:5
32:3,4 33:5,19
35:11 38:6
41:9 67:18,25
68:5 79:24
80:9,15,23
93:11,25 94:25
95:4,7,12,14
95:16,21 97:6
98:22 101:9
109:6,10,12,15
110:9,13,20
111:1 112:12
112:13 113:9
114:20,21
115:20 116:2,2
116:15 126:19
127:22 128:7
128:21 139:6
140:1 141:5
143:4,14,23
150:19
**October** 104:17
104:22
**offer** 73:9,25
74:3 75:24
**offer-** 17:10
**offer-acceptan...**
17:5,15 21:15
**offered** 73:17,20
**offers** 74:1
**official** 53:23
**oh** 4:14 14:15
17:7 46:25
67:3 99:13
110:8 137:21
138:4
**Okay** 5:15,22
6:4,5 10:2,3
13:22 16:23
20:4 22:17
23:1 24:8
25:12 31:14
34:18 35:12
36:19 37:12

47:15 48:9,25
51:16,19 55:15
56:18 58:8
59:13 61:18
63:10 64:1
65:10 66:13
68:7 69:18
74:4 75:7 83:1
84:19 86:2,25
87:23 88:9,23
92:12 97:18
98:11,20 100:3
101:20 102:5,7
102:11,23
105:7 108:3
109:1 110:11
116:12 119:4,9
122:14 123:1
123:14 124:10
125:20,23
126:7,18 127:8
128:15 129:8
131:18 132:13
132:21 133:22
136:13 138:17
139:3 140:12
140:22 142:25
144:5,8 148:19
151:3
**old** 71:9
**older** 44:4
**once** 32:3 33:22
82:3 87:4
**one-percent**
43:19 44:5
**one-year** 7:21
8:19 9:4
**ongoing** 95:20
**online** 106:7
**onsite** 65:23
**oozing** 86:12
**OP** 110:6
**open** 83:21 84:4
84:21 85:16
86:17,19
120:15
**opened** 85:18

**opening** 85:8,17
**operating** 23:3,5
27:21 28:2,8
29:11 32:12
38:12 78:13
111:19 120:10
120:13 121:18
121:21
**operation** 66:16
83:6 86:7
124:8 128:4
**operations**
123:8,9 128:23
**operative** 41:8
64:7,12 82:3
85:7
**opinion** 38:9
**opposed** 112:21
**optimal** 114:15
**OPTN** 3:8 49:23
50:16,21 51:5
51:8,21 52:6
52:12 129:10
129:14,18
130:25 131:18
**OPTN's** 52:2
**order** 20:15
81:25 97:12
98:8 108:19
133:19 134:18
**orders** 115:23
116:16
**organ** 31:20
48:1,13 49:17
52:7 54:6 58:3
58:11,25 59:14
59:16 60:24
61:6 62:24
63:17 75:17
110:8,20 111:1
112:14
**organizations**
50:23
**organs** 17:22
111:12 117:20
117:21,25
118:11 121:11

121:13 129:3
**orientation**
130:7
**original** 36:9
**oth** 39:7
**outcome** 117:15
**outcomes** 6:21
7:12,17,20,22
9:5 37:17,22
38:14,18 112:1
112:15,20
116:25
**outer** 91:22
**outpatient**
127:16 138:25
**outside** 103:1,3
105:1 107:11
148:14,20
**overall** 48:12
87:7 125:21
141:5
**overdose** 42:15
42:19 54:20,25
55:2,8
**overlap** 50:25
51:6 52:1
**overrules** 138:11
**overwhelming**
48:17
**oxygenate** 91:25
**oxygenator**
91:11,25 92:22

_____

**P**
**P** 4:1 153:1
**p.m** 1:20 4:4
46:7 64:2,3
108:14,15
151:5
**page** 3:2,7 5:10
6:9 26:23
129:23 153:8
**pages** 1:12 152:7
153:4
**paid** 14:12,22
117:1
**Palmisano** 2:12

**palpate** 65:19
**Pankaj** 31:11
**parameters** 32:6
113:12
**part** 20:18 52:15
52:17,24 58:5
60:8 64:8
71:16 81:5
110:3 112:25
117:6 137:11
137:16 141:13
142:13 143:25
**partially** 86:17
**participated**
13:4
**particular** 107:7
114:18 130:12
**pass** 145:19
**passed** 104:17
104:18,18
148:21
**pat** 52:20
**patently** 136:2
**pathologic** 66:23
**pathology** 66:18
69:15
**patient** 22:4,9
37:15 47:18
48:3,20 53:12
53:13,14,20,24
54:10 60:12
67:16 68:19
69:8 71:23,24
75:16 82:5
83:3 89:19
91:1,8,25
92:21 97:13
106:4 116:25
117:16 127:2
130:11 131:1
138:19,25
143:14,24
**patient's** 32:13
68:18 69:18
**patients** 9:12
11:3 43:9
44:23 53:20

78:7 95:15
98:4,4 127:4
127:13 128:17
138:12 140:5
141:4,6,6,15
143:4,12,18,23
145:20 146:2
146:19
**patients'** 18:7
37:23
**Paul** 30:7
**pause** 95:12
**pay** 131:15
145:16
**people** 6:20 9:18
11:24 13:21
23:18 28:25
29:1 78:18
97:12 98:16
100:8,9 101:8
101:11,12,12
101:22 102:20
110:25 111:11
111:15,19,22
112:21,22
115:7,9,13,24
116:17 117:1
117:19 119:6
121:9,10 126:8
126:14 127:15
131:8 133:7,7
134:11,13
148:7
**percent** 8:25,25
40:8 43:20,21
43:21 54:18,23
55:1 66:21
76:25 77:1
80:16,21 90:6
127:16 138:24
150:22
**percentage**
80:14
**performance**
81:16
**perfuse** 79:25
**perfused** 113:8

**perfuses** 79:24
**perfusing** 95:7
**perfusion** 30:15
93:11,18,19
98:22 114:20
116:4
**perfusionist**
25:10
**perfusionists**
116:11
**pericardium**
85:9,14 86:5
86:11,16
**period** 48:17
66:18 133:6
**permanently**
86:17,19
**person** 61:5 94:6
94:7 102:10
132:6 134:2
135:8 149:21
**person's** 53:14
**Peterson** 2:13
**PFO** 66:10 67:8
67:20 68:4
**PGY-7** 122:17
**PHI** 108:23
**phone** 65:9,10
**phrase** 18:3,5,12
18:20
**physically** 27:23
**physicians** 140:4
141:14
**physiologic**
78:10
**Pick** 25:8
**place** 20:10
69:22 87:19,20
88:7 92:13,20
152:6
**placed** 68:5
**places** 15:14
87:24
**Plaintiff** 1:5 2:2
**plan** 87:1
**planes** 110:22
**planning** 48:2

48:14 107:15
109:4
**plans** 15:18
**please** 4:24
55:15 96:9
136:24 142:25
145:1 149:10
150:4
**pledgets** 73:2,2
**point** 49:12 88:3
113:5 141:19
**pointed** 121:11
**poking** 99:22
**policies** 47:10
**poor** 131:7,10
**population**
66:21
**position** 53:14
**positive** 35:17
61:15
**possibility**
104:10
**possible** 29:5
55:9 71:4
111:8,15
**possibly** 18:7
132:7 133:25
**posterior** 85:8
**postmarket-a...**
12:11
**potential** 58:10
126:19
**potentially** 98:7
**powder** 90:12
**practice** 28:16
32:20 33:15
34:7,19 35:4
35:14,22,24
36:20 37:10
43:12,15 44:22
52:9,11,11
61:4,8,20
62:22 63:15
65:3,5 81:5
85:3 124:3,21
127:21 130:19
130:25

practices 134:15
Prague 100:21
    100:22 109:18
    147:4,9,17
predict 74:7
predicted 81:6
prefer 34:24
    104:14 111:11
    138:13
preferable 33:21
    35:9
preferred 35:2
    76:20
preparing 64:8
prepping 82:16
present 2:10
    100:18
presentation
    28:24 30:6,10
    30:17 77:12
presented
    109:19 110:2,3
    126:6
preservation
    20:24 141:7
preserved 141:7
preserving
    139:5
pressure 93:18
    93:19,25 95:6
pressures
    114:20
presum 112:1
presume 89:14
prevent 96:18
previous 46:3
    66:5,7,16 67:4
    68:13 69:11,13
    69:14 72:3
previously 57:10
primary 73:25
    74:1,3 119:1
principal 12:13
    12:15 13:8
prior 49:6 68:8
    70:7 71:19,25
    72:2 81:6

PRO 11:20
probably 13:20
    19:11 21:21
    35:17 60:17
    70:9 74:9
    82:21 85:4
    116:7 127:14
    143:20
problem 27:3
    71:21 94:11
    113:6 117:8,22
problems 83:11
    83:14 107:5
procedure 47:19
    47:23 48:13
    58:2,6,7 70:9
procedures
    125:14 126:3
    146:9
proceed 4:11,24
    11:17,21 32:7
    108:18 139:15
    140:6,20 141:1
    141:5
process 32:2
    52:16 71:17
    87:14 88:4
    125:25
procure 117:21
    118:11 121:11
    121:13
procurement
    52:7 64:15
    67:24 68:1
    71:11,12 72:7
    82:7 110:19
    111:1 112:14
    126:25
procurements
    115:20 117:9
procures 117:25
procuring
    117:20
produce 36:24
produced 23:25
    146:6
production 4:16

products 90:11
    90:12,19,20
professional
    54:22 56:17
    132:25
professionals
    29:17
prognosis 75:1
program 6:12
    6:16,17 7:5,13
    8:2 10:13,17
    21:8,11 38:11
    107:20 108:10
    110:4,9,13
    112:9 113:1
    115:21 116:16
    121:9 123:2,4
programs 131:6
progressed 80:5
prohibited 53:8
promise 6:7
pronounce 24:5
properly 122:24
protamine 88:16
    90:15
protected 126:1
protecting
    131:19,21
protective
    108:19
proud 6:22
    10:19,22,24
    11:1
proven 33:10
provide 12:18
    61:17 65:14
    91:25 109:22
    121:6 123:15
    124:4,9 138:12
    138:14,18
    143:13,18
    146:1
provided 4:13
    15:1 33:22
    54:3 57:5,16
    69:20 147:20
providing 47:16

53:11,19
    123:14
provisional
    73:22,24 74:1
Public 19:4,24
    152:17
publically-acc...
    107:4
publicity 97:25
    98:9 107:20
    108:9
publish 96:13
    107:13 148:16
published 44:7
    77:16 96:24
    106:19 114:14
publishing
    125:8
pulmonary
    91:19,20
pump 91:21
pumps 91:24
purpose 133:12
purposes 10:10
pursuant 1:16
    108:19
pushing 77:5
put 4:12,19 18:1
    21:20 36:14
    67:17,22 72:14
    72:14,15 73:2
    91:6,10,15
    96:15 97:10
    111:12 138:6
    146:17
putting 67:25
    81:23 82:10
    92:17 141:17

Q
qual 41:22
qualified 152:3
qualitative
    41:22
quality 125:19
quantify 88:1
quap 125:18

question 6:8
    10:24 11:1
    17:14 18:11,19
    22:6 24:17
    25:18 26:5
    29:18,19,21,25
    30:1 33:24,25
    34:1,10 35:1
    36:3,5,23 37:1
    37:2,4,5 38:1,8
    38:14,23 40:9
    40:25 41:16
    44:6,15,25
    45:2 48:9,10
    50:7,8,9,10
    51:7,12,14,18
    51:18 54:11,12
    55:16,16,17
    56:2,8,9,10,13
    56:23 57:14,15
    58:22 59:9,10
    59:12 60:21
    61:18 62:16,19
    70:20 96:22
    99:24 103:13
    103:14 104:1
    104:13 105:4
    106:23,24
    107:2,22 109:9
    112:2 113:23
    114:16 118:7
    121:5 125:13
    130:14 131:11
    131:12 132:22
    133:22 135:2,3
    136:13 137:1
    138:15 140:8
    140:17,25
    142:25 145:2,3
    145:23 148:11
question-and-...
    147:19,24
questioned
    131:14
questions 6:6
    26:11 46:13,14
    47:3 48:19

55:21 56:7
63:12 101:23
103:9 124:24
125:2,12
129:10 130:10
130:21 150:25
151:2
**quick** 5:9
**quicker** 129:1
**quite** 34:9 78:8
88:20 110:10
**quote** 18:1 22:12

**R**

**R** 4:1 152:1
153:1
**race** 130:7
**racking** 89:15
**raise** 106:17
**ramifications**
97:20,22
**rank** 8:19
**ranks** 18:25
**ratio** 17:11,15
19:1
**ratios** 21:16
**re-create** 91:17
**reached** 99:5,6
**reaches** 32:4
**read** 17:25 34:20
36:4,9 43:6
52:22,23 53:4
53:6 56:10
129:13 137:12
137:19,19,22
138:1,4 140:11
141:17,19,19
141:24 142:22
145:6 151:2
153:3
**ready** 28:18
33:21 62:19
84:13
**real** 51:18
**realize** 137:10
**really** 5:17,25
10:7 51:21

56:20 79:9
**reasking** 34:10
**reason** 30:18
44:4 96:15,24
101:5 111:9
112:11 131:24
145:12 147:2
147:14,16
**reasonable**
44:20 53:14
**reasons** 108:7
111:6 112:7
**reassessed** 32:5
32:12
**recall** 24:13
58:15 59:10,18
61:1,2 75:22
75:23,23,24
76:8 82:13
83:1 105:24
126:22 127:6
**receive** 15:2
98:5
**receiving** 74:1
150:3
**Recess** 64:2
108:14
**recipient** 3:9
32:4 45:9 48:7
52:3,15 60:10
68:2 81:12,19
128:3 132:1
133:1,14
137:15
**recipient's**
134:19
**recipients** 8:7
40:17 42:22
44:8,11 81:15
**recipients/reci...**
52:14
**recognize** 31:6
**recollection**
126:18
**Recommendat...**
129:24,25
**recommended**

103:4
**record** 4:2,12,19
5:11 12:22
52:20 56:19
62:1 64:1,5
108:13,17
149:18 150:15
151:4
**records** 66:9
71:8,15 73:13
99:7,12,18
100:11
**recovery** 76:17
**red** 39:6
**reduced** 109:12
**redundant**
48:23
**refer** 24:10
127:1
**refers** 17:11
**regard** 125:7
126:3
**registry** 8:7
12:11
**regular** 44:21
**regulated** 13:10
**regulation**
133:12
**relate** 52:9
**related** 77:15
93:10 126:9
**relationship**
17:19
**relevant** 23:25
137:14,22
**Religion** 130:6
**rely** 28:10 31:2
60:10 78:16
81:10 126:14
**remem** 27:8
**remember** 17:16
17:18 19:12
20:3 21:22
23:1 25:5,8,12
26:2,14,20
27:3,6,10
28:24 30:6,10

30:16,24 35:3
38:24 40:20,23
41:1,2 45:4
46:5,8,9,9,11
46:17,18 47:4
49:2,3 59:11
61:21 64:14
65:24 73:11,16
73:25 77:7,11
83:15 85:1
92:25 93:2
95:2 99:10
100:13 105:20
125:12 127:9
129:10 147:5
147:25 148:3
148:23,25
149:1,3,7,22
150:1,3
**remove** 32:13
84:13
**removed** 87:2
**renal** 58:19
**repair** 69:5,21
72:23
**repaired** 66:10
69:20
**repeat** 33:17
**repeating** 62:17
**rephrase** 6:8
**report** 19:10
20:25 64:7,12
66:3 82:3 96:2
96:6,16 97:10
97:23 103:15
104:24 105:12
105:19 106:11
106:16 107:5
107:10,14
109:4 126:13
148:8 149:1,22
**reported** 93:21
98:11 103:16
126:13,15
**reporter** 4:7
64:1,5 103:25
108:13,17

151:3 152:3
**reporter's** 5:14
**reporting** 105:7
106:5,8 107:8
125:8 126:9
**reports** 149:6
**representative**
143:17
**request** 71:9
150:11
**requested** 71:14
101:14
**require** 71:11
**required** 52:15
**requires** 53:11
**research** 12:4
101:9
**residency**
122:21 124:1,3
124:3
**resident** 122:7
**residents** 122:9
**resistance** 94:6,8
**resolve** 38:22
**resolved** 148:21
**respect** 9:15
10:12 29:21
45:3 62:21
63:14 95:4
97:5 126:2
**respond** 6:3 26:5
63:1 117:16
150:7
**response** 103:9
**responses** 5:24
**responsible**
116:3
**responsive** 4:16
**rest** 77:4 91:22
137:13
**result** 34:16,17
37:15
**resulted** 146:7
**results** 6:19 9:11
9:14 33:6
128:1,2,7,19
128:25 139:14

140:5 142:18
**retract** 35:12
  136:14,17
**retrieve** 110:20
**retrieved** 80:23
**retrospect** 114:7
**reveal** 137:7
**revealing** 131:16
**review** 27:14,15
  27:18 73:3
  112:24 125:16
  125:19 126:4
  143:23
**reviews** 119:17
**ridiculous** 136:2
  136:3
**right** 5:6 6:11,13
  7:18 8:18 9:17
  11:22 20:2,7
  20:17 24:22
  26:9 27:18,21
  28:3,9 35:8
  40:5 41:3,11
  42:3,23 43:2
  45:9 47:12
  49:9,18 54:8
  55:2,8 58:3
  60:19 61:12,23
  62:8 64:14
  66:10 67:18
  69:22 70:23,24
  71:23,24 74:15
  75:10 77:19
  78:8,8 79:20
  82:2,21 83:9
  86:25 87:23
  88:3 89:1,6
  91:15 92:5
  94:12 96:19
  97:2,4,7,13
  99:6 103:14,22
  103:24,24
  104:19 108:21
  109:3,6,20
  110:2,5,13,23
  111:2 112:9
  113:9 114:9,22

115:1 117:25
  119:7 120:17
  122:10 123:5
  131:20 132:2,4
  133:9,15,20
  134:20 138:2,2
  138:21 140:11
  141:2 142:19
  144:22 145:14
  146:19 147:12
  150:11,24
**ring** 31:11,23
**risk** 19:6,19,21
  19:23 44:1,2
  58:17,20,21
  61:11 127:21
  129:6
**risks** 47:21,22
  48:1,12 49:16
  58:1,2,10,18
  58:24 60:24
  61:5
**risky** 128:17
**Ritz-Carlton**
  15:9 145:17
**robust** 27:7,12
  27:24
**Rochester** 1:19
  8:15,16,17,19
  10:13 16:24
  18:25 29:10
  38:11 84:15
**Rochester's**
  21:17
**Ron** 2:11
**room** 23:3,5
  27:21 28:2,8
  29:11 32:12
  38:12 78:13
  85:17,19
  120:10,13
  121:18,21
**root** 79:6,12
  80:11 87:17
  94:2 95:7
  113:9
**Rosenbaum**

60:17
**routinely** 52:13
**rude** 102:19
**rules** 5:9
**run** 8:6 116:9
**running** 111:15
**runs** 116:2

_____

**S**

**S** 4:1 153:1
**Saddoughi**
  148:5
**safely** 84:15
**safer** 128:22
**safety** 97:13
  106:5
**Saint** 14:7,9
  15:8,10 145:17
**Salah** 26:13
  118:10 123:13
**salary** 111:21,22
**save** 11:2 18:10
**saving** 10:22
  37:22
**saw** 25:13 52:4
  80:4,8
**saying** 19:20
  23:14 27:6
  30:17 50:11
  60:25 121:13
  127:9 136:2,18
  136:20,22
**says** 18:2 25:6
  52:12,17 53:1
  69:19 137:11
  137:13 140:20
  141:14 144:4
  144:10
**scan** 66:4 69:12
  81:18,19
**school** 124:17,19
**science** 97:13
**scientific** 8:7
  98:8
**scientifically**
  95:17
**scope** 122:4

**seal** 88:16
  153:21
**sec** 33:1 36:8
**second** 1:18
  111:9 129:23
  132:17 135:22
**second-year**
  122:6,9
**see** 25:24,25
  26:2 43:16,17
  65:16,17 66:4
  68:8 69:25
  72:15,24 73:1
  78:21 80:3
  81:20 84:7
  95:13,18 100:7
  106:1 111:10
  113:2 115:6,7
  129:25 133:5
  137:16 139:24
  140:10 142:23
**seeing** 65:7 77:7
**seen** 24:9 52:2
  74:11 77:3
  79:4 89:17
  93:22 115:9
  118:18 119:13
  120:9,12
  121:14,17
**selectivity** 16:18
  16:25 17:1,9
**send** 150:14
**sense** 111:14
  136:20 146:9
**sensitive** 108:23
**sent** 23:7,18
  28:11
**sentence** 137:13
**separated** 58:7
  91:5
**separates** 121:24
  121:25
**septal** 67:12,13
**September**
  11:14 103:23
  104:5,22
**service** 19:4,24

75:20 111:4
**session** 147:24
**sessions** 147:19
**setting** 127:16
  127:19 138:25
**settle** 96:20
  98:18 106:1
**settled** 98:15
**setup** 92:2,12
**seven** 56:22
  116:8 122:18
**seven-** 55:6
**seventh** 122:20
**severely** 41:21
**sew** 28:18 33:21
**sexual** 130:7
**shakes** 5:25
**shaking** 144:1
**shared** 52:13
**Sharing** 3:9 52:3
**shelf** 21:6
**Sheri** 2:13
**SherpaPak**
  20:24 21:4,5
**shock** 75:10 76:5
  129:6
**short** 102:16
  105:5
**shorten** 30:4
**shorter** 29:7
**shorthand** 152:3
  152:4,9
**shortly** 82:21
**show** 24:7 25:1
  25:23 72:12,16
  72:17 75:11
  129:14
**shown** 52:21
  127:25 128:7,9
**shows** 43:8
**Shulman** 2:15
**Shut** 102:21
**sick** 76:4
**side** 8:5 13:7
  19:10 85:22,22
**sign** 67:4 69:11
  69:13,14 76:15

76:16 144:17
151:2
**Signature**
153:19
**significance**
45:4
**significant** 39:18
40:5,10,11
43:22,22 44:13
53:15,21 80:7
141:8,10,11
142:24 143:8
**signify** 43:22
**signs** 66:5,7 68:8
68:13 69:2
72:3,13 76:4
**Simha** 1:3 2:13
4:4
**simple** 123:8
**single** 46:18
**sir** 6:14 7:19
9:14,22 14:11
14:24 20:8
21:23 27:5
42:13 53:9
62:20 64:10
79:21 98:10
112:16 119:22
122:11 139:2
**site** 28:13
**situation** 56:14
56:15 76:19
82:12 88:12
**situations**
128:20
**six** 116:8
**Sixth** 2:4,8
**size** 39:18,20,22
40:2,9,13,17
66:20 80:25
81:4
**skill** 119:22
120:2
**skills** 119:21,23
119:24
**skin** 83:22,25
84:1

**slash** 29:1
**sleeping** 26:18
**slogan** 18:23
**small** 85:24
**smaller** 86:1
**smoker** 113:19
**smoothly** 56:7
**sniffing** 147:12
**social** 42:9
**Society** 100:6,17
109:19 114:13
147:8
**soft** 5:13
**somebody** 25:6
27:11,16 50:12
69:9 72:22
82:10 99:13
100:14 102:18
102:18 107:11
122:14 123:1
129:5 131:8
133:24 137:3,4
147:11
**someday** 109:4
**soon** 28:17
**sorry** 4:10 7:9
9:2 125:3
141:24
**sort** 15:1 85:23
97:1
**sorts** 65:13
**sound** 20:7
30:22
**sounds** 4:20,23
5:23 94:10,10
**South** 2:4,8
**space** 149:11
**speak** 5:15
**specialist** 116:3
**specialists**
112:12 116:15
**specific** 48:13
49:17,19 58:10
58:24 62:21
63:14 69:20
70:16 130:6
138:3

**specifically** 10:7
26:7 57:21
58:23 68:19
70:7 95:3 97:5
127:10 135:5,7
139:16 140:4
**specificity** 58:9
**specifics** 59:2
107:9
**speculate** 135:24
**speculating**
135:25
**speculation**
138:20
**Spell** 149:10
**Spencer** 75:24
77:4 89:4
148:3
**spend** 73:12
89:6
**spent** 60:13,22
**spots** 87:8
**spreading** 87:15
**squeeze** 88:20
**squeezing** 39:13
**SRTR** 16:18
17:5 20:5
**stand** 112:11
**standard** 20:21
43:15 61:4,8
61:19 63:15
66:2
**standpoint**
33:16
**start** 11:6 28:16
87:6,7 120:14
139:18
**started** 10:16
11:14 23:14
93:6
**stated** 94:15
**statement** 52:23
147:15
**States** 1:1 43:9
43:12
**static** 141:7
**statistic** 7:2

**statistics** 8:20
16:19 20:5
80:19 109:16
112:20,25
125:22
**stay** 15:8 28:21
145:17
**stayed** 15:9
59:11
**stenographic**
152:4
**step** 32:8
**steps** 74:20
**sternotomy**
84:18
**stick** 10:2 57:21
59:13 62:10,11
62:13 96:22
119:20 133:11
136:13,15
**sticking** 42:3
54:2 60:1
**stipend** 109:22
**stitch** 67:22,25
122:25
**stitched** 86:6
**stitches** 72:14,25
119:2,9 120:12
121:20 122:22
122:23 123:3,8
**stock** 16:14
**stop** 56:8 78:25
89:19 138:9,9
**stopped** 91:8
**storage** 21:2
127:24 128:10
128:10 139:5
139:13
**story** 93:8
**straightforward**
63:11,12
**straights** 75:18
**strange** 102:11
102:15
**Strategies** 31:21
**Street** 1:18 2:4,8
**strive** 53:19

**stroke** 58:19
**strokes** 43:25
**studies** 15:19
95:20,20
139:25
**study** 12:4 31:24
38:5,22 43:22
140:19
**stuff** 96:24
121:14
**subheader**
129:24
**subject** 132:18
**submitted** 44:19
**subscribe** 18:12
18:20
**subside** 90:21
**successful** 6:18
39:25
**successfully** 40:8
95:15
**suction** 123:14
123:16 124:4,5
124:9
**Suctions** 121:22
**sued** 131:15
**suffer** 75:16
**suggest** 23:10
24:19
**suggesting** 25:13
116:25
**suggestion** 25:16
**suitable** 65:1
70:4 73:18
82:4
**Suite** 2:5,9
**summary** 73:4
**support** 74:17
76:18 90:18
92:1
**suppose** 74:24
**supposed** 131:25
**sure** 4:14 5:10
5:16 6:3,8,10
9:8,20 11:13
11:14 15:17
19:9 24:25

28:23 30:21
51:4,25 61:16
63:25 74:18
76:12 81:24
82:20,20 85:1
94:22 104:15
105:9 120:8
124:23 127:17
132:1 133:13
150:13,22
**surgeon** 11:9
39:23 48:22
57:5,16,19
68:1,2 119:1
120:24 122:24
**surgeons** 26:18
26:25 64:15
67:24 72:7
110:19 111:9
**surgery** 40:12
45:15 58:17,18
63:22 66:6,7
66:11 67:1,2,5
68:8,15,17,20
68:23 69:2,9
69:12,13,15
70:8,16 71:19
71:25 72:3,4
72:12,13,14,22
92:23 102:25
115:16,17,19
117:7,8,12,22
118:20,21,22
118:25 119:12
119:19 120:8
120:14,20
122:4 123:7,21
123:24 124:2
124:20
**surgical** 8:4 31:1
31:3 33:23
39:24 48:4
53:23 57:12
115:14
**surprise** 116:6
118:13
**survival** 7:21 8:1

8:4,8,19 9:4
42:23 44:10,12
141:5
**survived** 74:13
75:4
**suspect** 69:3
88:4,7 93:14
105:23,23
106:10 107:7
113:11,12
**suspected** 72:11
88:16 93:9
96:6 104:2,4
**suspicion** 69:3,4
79:5
**suture** 85:21
**sutures** 85:8,20
**SW** 1:18
**swear** 4:8
**swelling** 86:9
**sworn** 4:9 5:2
**synthetic** 78:18
**system** 31:20
91:17 113:9,20
143:14,24

―――――――――
**T**

**T** 152:1,1 153:1
**table** 92:22
**take** 6:2 28:13
29:9 51:2
63:24 66:23
83:16,17 84:3
84:5,24 85:21
85:23,24,25
86:3 90:23
108:12 126:12
128:2
**taken** 1:16 5:7
28:8 64:2
68:12 96:21
108:14
**takes** 19:25
71:15
**talk** 4:17 5:17,20
5:21 9:15
25:20,20 47:25

48:11 59:2
60:17 61:9
63:6,22 64:15
92:24 101:14
101:18 102:4
102:18,18,22
103:4,19
104:14,25
105:1 107:24
108:1,7 120:7
125:24 127:13
127:15,17
132:25 133:6,7
138:21,25
139:1 140:1
144:23 148:19
**talked** 28:14,25
46:3 48:3,6
49:2 54:5,12
56:24 57:25
59:24,25 60:16
72:6 100:25
101:8 102:24
150:22
**talker** 5:13
**talking** 7:10,20
7:21 8:10,14
8:15 9:17 12:7
23:1,16 26:24
40:20 41:1
50:16 59:23,25
60:14,19,22
67:8 77:2,12
85:12 92:25
95:3 108:25
135:21 137:6
137:25 139:18
139:21,22
147:10
**tamponade**
86:14,15
**teach** 123:5,6
**team** 28:11,12
28:14 29:16,22
31:1,3 33:23
48:16 57:13
60:8 77:4,8

82:7 106:9
107:24 108:8
126:11
**tear** 80:2
**tears** 79:22 88:5
**technical** 119:23
119:24 120:2
128:6
**techniques**
30:13
**technology**
100:10
**tell** 6:15 11:4
31:18,25 33:12
34:1,18 37:20
38:16 43:13
47:6,18 48:18
49:16,19 52:17
53:1 54:9 58:8
58:23 60:23
61:5 63:9
71:23 76:18
84:22 91:10
93:2,9,13
98:16 100:3
101:5,25
102:20 105:18
123:9 126:24
127:4,6 139:3
139:10,14
140:23 141:4
141:12,20,24
142:19,21
143:4,6,12
145:7 147:1,6
**telling** 24:11
26:15,20 27:2
35:3 41:2
50:12 51:7
76:1 97:15
104:11 117:17
128:17 131:8
132:4 133:23
138:10
**tells** 27:16
142:14,21
**ten** 13:19 123:23

124:12,15,16
124:17
**term** 17:2
**terms** 6:22 8:19
16:25 19:1,3,6
19:16 21:19
35:15,16 37:11
41:19 44:19
49:1 76:17
77:20 81:15
84:10 105:6
149:6
**terrible** 24:12
26:18,21
**test** 66:4 81:22
115:6
**testified** 5:2 75:3
116:7 121:8,12
147:6,18
**testifies** 150:17
**testify** 41:11,16
**testimony** 10:12
51:21 117:19
118:4,9,14
130:24 143:1,3
152:5
**tests** 89:22
**text** 23:7,11,14
23:18,22,24
24:9,19 25:24
26:1,23
**Thank** 36:18
151:3
**theory** 79:2
**therapy** 146:1
**thing** 35:18 43:3
43:4 49:24
50:22 51:5,8
51:22 63:2
66:1 67:8
72:20 75:22
83:3,19,20
89:17 90:23
101:16 111:7
117:10 134:6
138:19 141:20
148:8

**things** 16:18
17:4,25 60:9
62:23 71:23
86:4 90:10
92:17 112:5
119:5 120:5,9
121:17 133:8
145:13
**think** 14:5,17,18
15:23 19:8,10
22:9,22,24
24:1 29:2
31:10 32:21,25
33:4 34:9,10
34:15 35:7,9
35:21 36:16,24
37:7,8,9,12,16
37:24 40:12
45:24 49:10
52:4 56:14,15
67:3 68:22
70:23 74:4,9
78:11,14,22
85:3 89:9
101:4,5 102:10
103:5 104:9,20
105:7,14 108:6
108:11 114:1
115:16 116:10
116:11 118:9
130:11,24
132:9 138:10
146:4,11,14,16
149:24
**thinking** 97:12
**Thirty** 10:18
13:24
**Thirty-percent**
40:3
**Thomas** 14:7,10
15:8,10 145:17
**Thompson** 2:3
3:3,5 4:14,20
4:23 5:5 25:2
34:12 36:11,14
36:18 51:20
63:25 64:6

108:12,21
109:1,2 124:22
125:7 129:9
130:23 132:11
132:14,20
136:1 138:2,9
145:3 149:19
150:10,16,24
**Thompson's**
103:9
**thought** 42:4
44:20 58:12
70:11,13,15
78:10 102:14
114:6 133:13
**thousand** 12:23
**three** 8:8 20:6
27:1 76:10
77:1
**tighter** 23:7
**time** 4:3,7 16:6
16:13 21:9
28:7,19,20
29:3,7 30:4
33:5 34:22
35:10 46:5
48:17 64:11
66:19 71:10,11
73:12,22 79:3
82:14 83:5
84:2,7,20
87:20 89:3
90:5,25 105:5
107:14 113:5
116:8,23 117:8
128:5 135:16
138:24 146:19
152:5
**times** 13:17,18
13:21,23,24
19:14 20:6,9
38:6 70:22
74:12 92:25
135:19
**timing** 41:19
83:2 84:10
**tissue** 113:13

114:18
**tissues** 94:6
122:1
**title** 43:2,3 44:8
**today** 4:3 10:11
64:9
**today's** 4:4,5
**told** 20:4 26:13
26:18 27:11
32:19,19 38:9
41:11,17,24
55:10 57:22,22
58:9 59:1,7,19
59:20 60:20
62:4,23 63:2,8
63:16,20 89:12
93:8,12 96:7
97:17,18 99:9
99:10,11
100:10,12
101:4,16,16,17
101:22 102:23
103:18 105:25
108:6 128:20
131:1 138:23
140:19 141:24
144:16,18
149:5 150:18
**tool** 106:8
139:12 142:3
**tools** 114:3
**top** 25:24 26:1
**topic** 129:9
**topics** 125:6
**total** 29:3
**totality** 108:24
**totally** 150:12
**track** 132:2
133:14 150:13
**tracking** 132:8
**tracks** 16:18
17:5
**traction** 122:1
124:10
**tragedy** 22:25
**trained** 115:13
**training** 79:18

96:5 122:15,19
123:2 124:20
**tran** 51:3
**transcript** 6:3
34:21 62:6
108:20 152:7
153:4,5
**transcription**
152:8 153:6
**transit** 127:24
**TransMedics**
11:5,6,12,17
12:2,5,18 13:2
13:12,15 14:3
14:9,22,25
15:18 16:9,14
98:12 99:1,13
99:18,19 100:9
100:14 101:15
101:22 102:10
104:25 109:5
109:20,22
110:4,19,22
113:1 115:9,15
115:21 117:2
119:6 121:9
128:21 140:4
141:13 142:4,9
142:10 144:17
144:18 145:25
145:15,16,25
146:4,17
147:11
**TransMedics'**
15:12 110:12
111:10 112:19
**transplant** 6:12
6:16,17 7:12
7:13 8:7,20
9:12 10:8,13
11:9 21:11
31:22 32:8
38:10 39:17,23
40:22 42:1,8
42:21 43:11
44:8,11,24
45:18,19,21,25

48:5,7 52:11
54:22 58:1,6
59:20,24 60:11
60:18 61:12
75:17,19 76:21
76:24 77:1,6
77:10,14,24
78:17,19 81:7
90:6 95:11,15
101:7 102:25
105:13 106:9
107:20 108:10
110:18,21
112:8,9 126:12
127:5 130:19
130:25 132:24
137:15 143:20
148:5 149:1,8
149:15
**transplantation**
10:23 17:3
30:14 40:19
47:24 51:3
52:7,16 65:2
70:5 82:5,9
100:7,17
109:11 114:13
116:22 128:11
140:1 147:9
**transplanted**
6:20 40:7
43:10 80:6
110:21 129:1
**transplanting**
32:2
**transplants** 7:11
7:16 10:21
43:16 146:8
**transport** 111:2
**travel** 14:8,12
15:5 109:24
**traveled** 14:2,4
**treatment** 120:6
**trial** 11:18,20,21
12:1 13:5,7,9
13:10 139:15
139:22 140:6

140:20 141:5
**trials** 11:7
139:19,21
**tried** 39:17
88:16 90:14,14
90:15 91:7
93:6
**trip** 16:2,4,5
**true** 57:2,7,18
70:1 93:21
95:21 97:7
121:14 152:7
153:5
**trust** 29:16
33:23 64:21,22
64:22
**Trustee** 1:3
**truth** 143:10
**try** 5:12,17,20
5:21 18:6 36:4
45:1,1 69:1
71:13 82:17
84:8 89:23
91:6 96:17,18
117:4 121:6
**trying** 35:5
56:10,11,19
89:7,16,19
91:16 112:7
121:7,16
124:14 136:21
**tumor** 65:16
**Twenty** 66:21
**twice** 14:5 19:11
19:25
**two** 14:16 15:6
19:14 21:16
26:24 27:1
43:11 46:1
50:23 64:15
74:22 76:10
77:1 90:10
96:4 111:6
116:10,11
**type** 43:25
126:24 128:8
**types** 67:9

**typically** 62:23
_____
**U**
**U** 153:1
**U.S** 51:3 54:19
54:24
**UCLA** 11:23,24
**uh-huh** 7:15
8:23 10:9
14:20 18:9
20:16 23:9,15
26:12 28:1
34:4 57:11,20
57:24 79:13,17
82:23 85:11
91:12 125:11
144:6 148:4
**uh-huhs** 6:1
**ultimate** 81:22
**unable** 78:24
**unclear** 6:7
**understand**
24:16 30:19
35:18,18 84:9
96:9 111:25
124:14 125:25
**understanding**
47:15 53:10
116:24 127:8
**understands**
127:2
**understood** 55:6
123:11
**UNet** 73:6
**unexpected**
117:10
**unfortunate**
22:4,9,24,25
**United** 1:1 43:8
43:12
**UNOS** 47:9
49:20,22 50:14
50:18,20,21
51:8,22 66:9
73:13
**unrelated** 130:8
**unrepaired** 67:6

67:16 68:4
**unsure** 103:13
**upset** 135:24
**use** 20:17,23
21:5 23:21
27:25 94:25
109:12,15
111:4 113:1
126:19,25
146:13,18
**user** 141:14
**usual** 41:9 81:5
**usually** 51:25
65:11 71:15
81:8,14 84:6
90:10 122:17
127:1 133:8
_____
**V**
**V** 26:13,18 27:2
**values** 25:9,11
25:14
**vein** 91:16 92:5
**veins** 91:18,20
**vent** 32:9
**ventricle** 91:5
**ventricular**
67:12
**Verbal** 5:24
**verbally** 6:3
**verbatim** 152:3
**verify** 65:19,22
**versa** 134:9
**versus** 4:4 43:25
128:10
**viable** 28:21
**vice** 134:9
**video** 1:17 64:4
108:16
**Videographer**
2:11 4:2 64:4
108:16
**view** 40:4,10
**Villavicencio**
1:11,16 3:3 4:6
4:17,25 152:5
153:2

**viral** 19:6,21
**virgin** 14:10
16:9 83:8
84:21
**vivo** 30:14
**voice** 5:12
**volume** 1:12
6:24 7:3,11
9:15,16,17,21
10:14,25 11:2
25:19
**vs** 1:6
_____
**W**
**Wadiwala** 31:16
**wait** 26:5 32:11
32:18 34:24
35:2,22 36:20
50:2,7,9 51:10
51:11,11,12
56:1 60:6
74:23 76:2
82:14 96:8
106:1 107:1,16
128:5 148:18
150:4
**waited** 29:14
30:1 33:13
34:5 74:5
82:12
**waiting** 34:18
35:3 37:16
38:11 98:17
**waiting-** 129:1
**waiting-list**
129:5,7
**walk** 65:6 102:5
102:9,23
**walked** 102:8,12
**want** 4:12 22:12
25:1 37:15
48:23 55:20
56:4 65:17
75:16 96:13
97:9,23,25
102:19,22
105:11,18

107:19 108:9
108:19 111:7
111:22 116:21
119:4 120:8
125:6 129:4,7
134:14
**wanted** 4:18
29:13 30:2
66:1 67:1 68:7
86:4 96:6
98:15 101:18
148:7 149:21
**wants** 124:24
141:18
**wasn't** 21:8 22:6
24:16 25:18
29:18,22 33:25
35:1,25 37:1
51:7 54:11
57:14 61:22
62:3,7 63:5,7
66:8 69:3,11
70:14 71:7
72:4 73:19,20
104:2 114:16
131:11 138:15
**watching** 79:20
**way** 6:6,20 14:3
23:7 28:15
35:17 62:22
65:23 86:4
90:4 99:8
110:11 113:7
113:10 122:8
133:8 137:8
**ways** 14:25
139:4
**we'll** 4:17 25:20
25:20 56:21
57:14 84:21
90:10 104:21
**we're** 4:2 6:21
6:24 7:20,21
9:16 12:7 37:4
60:1 63:10,12
63:23 64:4,5
71:18 77:2

98:19 108:16
108:17,24
119:20 133:11
148:13 149:20
**we've** 5:18 47:7
82:24 121:19
**weakened**
113:16
**website** 144:4,5
144:9
**week** 74:13,22
75:20
**weeks** 49:6 75:4
**weight** 81:11,14
**well-designed**
146:14,18
**went** 15:11 21:1
42:1 60:13
66:18 86:25
88:22 90:18
109:18 145:24
147:5,17 148:8
**Weren't** 74:18
**whatsoever**
65:25 83:12
**WHITNEY** 2:8
**who've** 29:2
**wires** 72:14 73:2
**withholding**
98:7
**withstand**
114:19
**witness** 3:2 4:5,8
4:9 5:1 51:16
51:19 52:20
61:24 95:22
108:3 132:12
137:19 138:6
141:21 144:1
145:8 153:19
153:21
**word** 21:20 82:3
82:14 132:24
134:3,4,23
135:4,5
**words** 27:25
35:8,20 51:14

51:15
**work** 31:2 74:24
88:18 91:7
115:14 119:18
129:25 145:25
149:1
**working** 78:7
118:18
**works** 77:21
135:11,12
**world** 65:4
93:21
**worried** 97:19
**worse** 33:5,11
34:17 37:17
38:13,17 42:23
44:9,12
**worsen** 75:1
**worth** 43:11
**wouldn't** 17:9
63:19 68:12
71:3 74:19
76:15 106:20
112:1,11 115:9
122:6
**wound** 58:19
**wraps** 104:11,24
148:8
**write** 85:7 96:2
97:10 105:12
105:19
**writing** 31:19
**written** 32:1
96:1 132:19
143:19
**wrong** 19:21
24:15 25:7
26:3 27:17
58:5 70:18
94:11,18
112:18 113:21
114:2,8 115:1
118:17 136:2
141:8,10,11
**wrote** 43:1

_____

**X**

**x-ray** 66:5 69:12
72:16

_____

**Y**

**yadda** 32:9,9,9
**Yazji** 31:14
**yeah** 9:10,18
10:22 11:24
13:4 14:4
15:15 17:7,7
17:12,24 18:4
18:11,18 19:14
19:15,17 20:18
23:6,20 24:1
25:2 26:2,4
27:16,22 28:10
29:23 30:3,16
31:8 33:16,16
37:14 39:20
40:11,15 43:3
45:11 47:1,21
49:14,25 51:6
52:4 55:9,23
57:4,20 59:9
60:2 62:2,17
69:23 70:2
71:6 73:24
74:16 75:8
76:16 77:15
80:13 82:8
83:1,10,14
85:5 87:22
89:2,18 92:19
93:12,12 94:9
95:10 97:8,14
99:14 100:15
101:24 104:2
104:14 105:9
108:11 110:14
111:21 116:1
119:8,11,13,20
120:21 121:3
125:1 126:6
127:12,14,25
131:4 132:12
133:11 134:2
134:21 135:18

135:20 137:2
138:5 140:9
142:1 144:11
144:24 148:18
149:9 150:6,8
150:8,9
**year** 6:23,23 8:8
9:1 15:23
69:21 114:14
122:20 134:7
**year's** 7:2
**years** 6:18 11:15
15:15 72:22
79:15 122:18
122:18,18
123:23,23,25
124:8,12,16,16
124:17 139:20
**years'** 43:11
**yellow** 39:5
**yep** 16:8 17:8
54:2,9 67:14
79:21 82:1
90:8 92:8
96:20 115:2
149:20
**yeses** 5:24 74:1
**yesterday** 116:7

_____

**Z**

**Zoom** 2:3,12,13
2:14,14,15

_____

**0**

_____

**1**

**1** 1:12 3:8
129:18,19
**1:15** 1:20 4:3
**10** 123:25
**100** 1:18
**10th** 6:24 7:3
9:21 10:14
**11.9** 43:20
**12** 43:20
**125** 3:4
**129** 3:8

**13-point-some...**
43:20
**130** 3:5
**14** 1:13,20
**14th** 4:3
**15** 29:14 33:13
**15-year-old**
73:21
**1500** 2:9
**151** 152:7 153:4
**153** 1:12
**1981** 68:20,23
70:16 71:5

_____

**2**

**2:16** 64:2
**2:21** 64:2
**20** 54:18,23
139:25
**2015** 11:13,14
**2016** 11:15
**2021** 7:5
**2023** 7:4 30:8
103:24 104:6
**2024** 1:13,20 4:3
7:4 152:11
153:22
**20th** 152:10
**225** 2:4
**24** 76:6,14
**24-CV-01097-...**
1:5
**25074** 25:23
**29th** 49:18 74:22

_____

**3**

**3:00** 46:7 72:5
**3:11** 108:14
**3:35** 108:14
**30** 13:23 40:8
54:18,23 76:25
**30-minute**
126:22 127:6
**30-percent** 40:9
40:13

_____

**4**

**4:17** 151:5
**40** 7:6 10:18
  20:7 72:22
**4600** 2:5
**4844** 3:9

_____
**5**
**5** 3:3
**50** 2:8 76:25
**500** 20:13,20
**55402** 2:5,9

_____
**6**
**6,000** 43:9,15
**60** 20:1

_____
**7**
**70** 55:1 81:13

_____
**8**
**8** 122:17
**80** 55:1

_____
**9**
**9** 122:17
**90** 8:25,25 90:6
**92** 8:25