**Exhibit X**

**Redacted**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - -

Michelle Simha, as
Trustee for the
Next-of-Kin of Noah
Leopold,
                              Civil File No.
              Plaintiff,      24-CV-01097-JRT-DTS

      vs.

 Mayo Clinic,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF SALAH ALTARABSHEH

Volume I, Pages 1 - 213

August 12, 2024

    (The following is the deposition of Salah

Altarabsheh, taken pursuant to Notice of Taking

Deposition, via video, at Mayo Clinic, Legal

Department, 100 2nd Street SW, Rochester,

Minnesota, commencing at approximately 9:00

a.m., August 12, 2024.)

Thompson Decl. Ex. X

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 2

1  APPEARANCES:
2    On Behalf of the Plaintiff:
3      Brandon Thompson
        Bibeane Metsch-Garcia (via Zoom)
4      CIRESI CONLIN LLP
        225 South Sixth Street
5      Suite 4600
        Minneapolis, Minnesota 55402
6
7    On Behalf of the Defendant:
8      Andrew Brantingham
        DORSEY & WHITNEY LLP
        50 South Sixth Street
9      Suite 1500
        Minneapolis, Minnesota 55402
10
11   ALSO PRESENT:
12     Ron Huber, Videographer
        Anna C. Messerly, Ciresi Conlin
13     Maggie Palmisano, Ciresi Conlin (via Zoom)
        Sheri Peterson, Mayo Clinic
        Michelle Simha (via Zoom)
14     Karen Leopold (via Zoom)
        Norman Leopold (via Zoom)
15     Jenna Shulman (via Zoom)
16
17         EXAMINATION INDEX
18   WITNESS      EXAMINED BY        PAGE
19   Salah Altarabsheh   Mr. Thompson      4
20
21
22
23
24
25

Page 3

1           P R O C E E D I N G S
2        THE VIDEOGRAPHER:  Good morning.  We
3   are on the record.  Today is August 12th, 2024.
4   The time is 9:00 o'clock a.m.  Today's case
5   caption is Simha versus Mayo Clinic.  The
6   witness for today's deposition is Salah
7   Altarabsheh.
8        At this time the attorneys for the
9   various parties will introduce themselves and
10  the court reporter will swear the witness.
11       MR. THOMPSON:  Brandon Thompson along
12  with Anna Messerly for the Simha family.
13       MR. BRANTINGHAM:  Andrew Brantingham on
14  behalf of defendant and the witness.
15       And now that we're on the record, can
16  we get a rollcall of who is observing on Zoom
17  just for the record?
18       MR. THOMPSON:  Yeah.  So you guys go
19  ahead and unmute.  Oh.  So it's --
20       I'll just -- I'll just do it.  Karen
21  Leopold, Norman Leopold, Michelle Simha, and
22  then Maggie Palmisano and Bibi Metsch-Garcia
23  from my office are on.  And I think Jenna --
24       THE REPORTER:  I just admitted Jenna.
25       MR. THOMPSON:  And Jenna Leopold

Page 4

1   Shulman.
2        THE REPORTER:  Okay.
3        MR. THOMPSON:  All right.
4   (Witness sworn.)
5           SALAH ALTARABSHEH,
6   called as a witness, being first duly
7   sworn, was examined and testified as
8   follows:
9           EXAMINATION
10  BY MR. THOMPSON:
11       Q.  Good morning, doctor.
12       **A.  Good morning.**
13       Q.  Have you ever had your deposition taken
14  before?
15       **A.  Never in my life.**
16       Q.  All right.  So a couple of ground rules
17  that I want to go over with you to make sure
18  that we get a nice, clean record.  Okay?
19       **A.  Sure.**
20       Q.  All right.  So the first thing is we've
21  got a court reporter here that's taking down
22  everything that's being said.  Because of that,
23  it's really important that you wait for me to
24  finish asking my question before you give your
25  answer so you're not talking over one another.

Page 5

1   Can we do that?
2        **A.  Sure.**
3        Q.  We want to avoid uh-huhs and huh-uhs.
4   Yeses and nos are better than that.  Same with
5   shakes and nods.  The video will capture that,
6   but the court reporter can't, so make sure you
7   give a verbal response.  Okay?
8        **A.  Sure.**
9        Q.  If any of my questions are in any way
10  unclear, will you promise to let me know so I
11  can rephrase them and make sure you and I are on
12  the same page before you give an answer?
13       **A.  Sure.**
14       Q.  Okay.  Why don't you tell me what
15  you've done to prepare to have your deposition
16  taken.
17       **A.  I -- I reviewed all the documents.**
18       Q.  What documents?
19       **A.  That --**
20       **For that donor and for that recipient**
21  **and -- because it's one year, sir, one year ago.**
22       Q.  Sure.  There are tens of thousand of
23  pages of documents that we've exchanged back and
24  forth here, and I'm guessing you didn't review
25  tens of thousands of pages of documents.

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 6

1    A. Correct.
2    Q. Okay. So let's just kind of go through
3  and you give me a rundown of what documents you
4  reviewed to prepare for your deposition.
5    A. Yes. So just -- just to know what I
6  can recall from that trip for this heart
7  procurement, because that donor -- I had -- I
8  looked at his documents from the UNOS database
9  and I found everything that I need, and I looked
10  through all his numbers on the OCS machine,
11  which is the Organ Care System, and I reviewed
12  all the aspects of that, and that's it.
13    Q. That's in preparation for your
14  deposition.
15    A. Yes.
16    Q. So let me see if I'll --
17      I'll kind of repeat it back to you and
18  summarize it to make sure that we're on the same
19  page.
20    A. Uh-huh.
21    Q. In preparing for your deposition, you
22  reviewed all of the documents from UNOS about
23  the donor.
24    A. Uh-huh.
25    Q. Right?

Page 7

1    A. Correct.
2    Q. You reviewed, you said, the OCS
3  numbers. Are you talking about the lactates and
4  the perfusion parameters?
5    A. Correct.
6    Q. There was an Excel spreadsheet that had
7  perfusion parameters on it. Did you look at the
8  Excel spreadsheet?
9    A. Correct, I looked.
10    Q. And then there were some printouts of
11  the lactate and the ABG values. Did you look at
12  those printouts?
13    A. Yes, I did.
14    Q. Did you look at any other documents as
15  part of preparing for your deposition?
16    A. I looked into the recipient also.
17    Q. What documents did you look at --
18    A. I looked to the --
19    Q. Hold on. Just one sec. Sorry. We
20  can't talk over one another, so just let me
21  finish my question.
22      What documents did you look at with
23  respect to Mr. Leopold?
24    A. Yeah. The operative notes.
25    Q. And that's Dr. Villavicencio's one,

Page 8

1  two, three, four-page operative note?
2    A. Correct.
3    Q. Other than the four-page operative
4  note, did you look at any other part of the
5  25,000 pages of Noah Leopold's Mayo medical
6  record in preparing for your deposition?
7    A. That's all.
8    Q. All right. Other than the UNOS
9  documents, the OCS information, and the
10  operative report, --
11    A. Uh-huh.
12    Q. -- did you look at any other documents
13  as part of preparing to have your deposition
14  taken?
15    A. As a preparation also, I met with --
16  with -- with my legal team as well.
17    Q. Yep.
18    A. Yes.
19    Q. And obviously we're not going to talk
20  about anything --
21    A. Sure.
22    Q. -- you talked about.
23    A. Yeah. Sure.
24    Q. But in terms of any other documents,
25  you didn't look at anything else.

Page 9

1    A. No.
2    Q. What is your current employment status
3  with Mayo?
4    A. I'm an associate cardiovascular
5  surgeon.
6    Q. Do you practice anywhere other than at
7  Mayo currently?
8    A. No. I'm holding also an academic rank
9  as an assistant professor in surgery.
10    Q. At Mayo?
11    A. At Mayo --
12    Q. Got it.
13    A. -- School of Medicine.
14    Q. Okay. Is --
15      So your employment at Mayo is full
16  time.
17    A. Full time.
18    Q. Do you currently live in Rochester?
19    A. Yes.
20    Q. Okay. For how long have you worked
21  full time exclusively at Mayo?
22    A. Since January 4th, 2022.
23    Q. Do you do transplants?
24    A. I do procure hearts and lungs and help
25  in the transplant surgery.

3 (Pages 6 to 9)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 10

1  Q. When you say you help in the transplant
2  surgery, tell me what that means.
3      A. Assist in the surgery.
4      Q. Have you ever been the primary surgeon
5  on a heart transplant?
6      A. No.
7      Q. Do you do other sorts of cardiac
8  surgery other than act as the first assistant on
9  transplants?
10     A. Can you repeat this question, please?
11     Q. Yeah. As part of your practice here at
12 Mayo, --
13     A. Yes.
14     Q. -- do you do other types of cardiac
15 surgery other than assisting on transplants?
16     A. I sometimes assist in regular cardiac
17 surgery, I mean the cardiac surgery kind of
18 procedures.
19     Q. Do you ever act as the primary surgeon
20 for any cardiac procedures at Mayo?
21     A. At Mayo?
22     Q. Yes.
23     A. No.
24     Q. Do you assist on lung transplants, or
25 just heart transplants?

Page 11

1      A. Lung and heart transplants, both.
2      Q. In your practice before you came to
3  Mayo, were you ever the primary surgeon for a
4  heart transplant?
5      A. No.
6      Q. I gather from looking at your CV that
7  you were the primary surgeon on other types of
8  cardiac surgery before you came to Mayo.
9      A. Correct.
10     Q. Why aren't you doing --
11     Why aren't you acting as the primary
12 surgeon on cases at Mayo now?
13     A. Because my job description here is an
14 associate cardiac surgeon, and the associate
15 cardiac surgeon is doing the procurement for the
16 hearts and lungs.
17     Q. What percentage of your practice is
18 spent procuring hearts and lungs for transplant?
19     A. Most of my -- my job duties are on
20 procurements.
21     Q. Okay. So I'm going to divide your
22 practice into two buckets; one would be going to
23 procure organs for somebody else to transplant
24 them, the other bucket would be assisting on
25 cardiac surgery, whether it's transplant or

Page 12

1  something else. Okay?
2      A. Uh-huh.
3      Q. Are you with me?
4      A. Yes.
5      Q. How much of your professional time is
6  spent on the procurement bucket?
7      A. Ninety-five percent.
8      Q. There are other procurement surgeons
9  that work for Mayo; is that right?
10     A. Correct.
11     Q. And let's stick just with heart and
12 lung now, not liver and kidney and things like
13 that. How many other procurement surgeons are
14 there in the Cardiovascular Department at Mayo?
15     A. It's --
16     Officially we're having other two than
17 me.
18     Q. Doctor --
19     Is it Knop or Knop?
20     A. Knop.
21     Q. Dr. Knop would be one of them.
22     A. Yes.
23     Q. Who is the other one?
24     A. Dr. Fuad Al-Azzam
25     Q. My understanding is that at some

Page 13

1  institutions that do transplants, the
2  institution will send fellows to do the
3  procurement. Does Mayo do that?
4      A. Mayo send the associate surgeons to do
5  the transplant --
6      Q. To procure the organ.
7      A. -- to pro -- I'm sorry -- to procure
8  the organs, sorry, but sometimes they are
9  sending the fellows to help the -- the associate
10 surgeon.
11     Q. Fair enough.
12     So if I'm understanding you correctly,
13 for any heart/lung transplant that is performed
14 here at Mayo Rochester, either you, Dr. Knop, or
15 the other doctor who I didn't write down will be
16 going to procure the organ.
17     A. That's correct.
18     Q. And maybe it will be more than one of
19 the three of you, and maybe there will be a
20 fellow, but it's always going to be one of the
21 three of you.
22     A. That's correct.
23     Q. How many procurement runs do you think
24 you've gone on this year?
25     A. I did, in total, 180.

4 (Pages 10 to 13)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 14

1       (Interruption by reporter.)
2   Q. Is that --
3   A. In total since I came here.
4       Sorry to interrupt you.
5   Q. No. Perfect. That's great.
6   A. But this year I did 53 procurements,
7   and that included lungs and hearts.
8   Q. Can you give me a sense of what the
9   breakdown is between hearts and lungs?
10  A. It's a rough estimate, half and half.
11  Q. Sometimes you're going to take the
12  heart and the lung.
13  A. And sometimes we take heart-lung block.
14  Q. Right. Of those 53, do you have any
15  sense of how many would have been a heart-lung
16  block?
17  A. Can I give you a rough estimate, or do
18  you need the accurate number?
19  Q. No. Your best estimate would be fine.
20  A. Best estimate. Okay.
21      Best estimate, two to three a year
22  heart-lung.
23  Q. And then roughly half and half hearts
24  and lungs out of the other 50.
25  A. That's correct.

Page 15

1   Q. Was that the case roughly in 2023 and
2   2022?
3       MR. BRANTINGHAM: Object to the form.
4   Was what -- what the case?
5   Q. Roughly half between hearts and lungs?
6   A. You mean how many hearts, how many
7   lungs?
8   Q. Yeah. So in 2024 --
9   A. Okay.
10  Q. -- you told me that so far in 2024
11  about half of your procurements have been
12  hearts, and about half of them have been lungs,
13  and maybe a couple of heart-lung blocks
14  interspersed in there. Right?
15  A. Correct.
16  Q. In 2023, was it also roughly 50 percent
17  heart, 50 percent lung?
18  A. I mean I cannot say it's 50 absolutely.
19  It's roughly.
20  Q. Yeah.
21  A. Yes, that applies to 2023 and that
22  applies to 2022.
23  Q. Do you have a sense of how many of
24  those procurements used the OCS?
25  A. Again, do you need accurate numbers or

Page 16

1   rough numbers?
2   Q. The best number you can give me is what
3   I'm looking for.
4   A. Yes. I can give you --
5       MR. BRANTINGHAM: Are you asking in
6   total or per year?
7       MR. THOMPSON: Yeah. Good --
8   Q. Well is there a difference between
9   overall total or per year? Has -- has there
10  been more use of the OCS recently than there
11  was, say, in 2022?
12  A. Of course 2022 we get -- started the
13  OCS, I can recall, after, you know, April or May
14  something. But we did late -- in the late 2022
15  more OCS, and 2023 we did more and, of course,
16  2024. So that's -- that's the -- the numbers
17  for those, yes.
18  Q. Okay. So let's -- let's just try to --
19  try to go back and do our best estimate. So now
20  here's what I want to do.
21  A. Uh-huh.
22  Q. I want to stick just with hearts.
23  A. Okay.
24  Q. So in 2022, give me your best estimate
25  of how many hearts you procured.

Page 17

1   A. I can't recall that -- I mean the right
2   estimate, but I can tell you it's around ten
3   cases in 2022, you know, eight to ten, something
4   like that.
5   Q. How about in 2023? Just hearts.
6   A. Let's say 12 to 15.
7   Q. And so far in 2024? How many hearts so
8   far just in 2024?
9   A. An estimate?
10  Q. Yes.
11  A. A rough estimate?
12  Q. Yep. Absolutely.
13  A. Yes. Let's --
14      Eight cases.
15  Q. All right. Now let's go back to 2022.
16  A. Uh-huh.
17  Q. Of the --
18      I know these are estimates. We're not
19  holding you to a specific number. I know these
20  are --
21  A. Okay. That's all right. That's all
22  right.
23  Q. Of -- your best estimate, ten hearts
24  that you procured in 2022, how many of them were
25  on the OCS?

5 (Pages 14 to 17)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 18

1    A. That's what I'm telling you, about the
2    OCS.
3    Q. So it's ten OCS hearts in 2022.
4    A. Yeah. Eight to ten I tell -- I told
5    you.
6    Q. Perfect.
7    A. Yeah. Yeah.
8    Q. I was going to --
9    The numbers seemed a little bit off to
10   me, so I was going to go back to it.
11   A. Exactly. Yes.
12   Q. So about ten OCS hearts in 2022, maybe
13   12 to 15 OCS hearts in 2023, maybe eight OCS
14   hearts in 2024.
15   A. These are rough estimates.
16   Q. Got it.
17   A. The current --
18   The plus/minus, small digits.
19   Q. Understood.
20   A. Yes.
21   Q. Yep. I understand.
22   A. But --
23   Q. What I --
24   Go ahead. Sorry.
25   A. I'm sorry. I want to make sure these

Page 20

1    A. Yes, I did.
2    Q. Where is it?
3    A. I have it. I can forward to anyone if
4    you -- if you need that.
5    Q. Great.
6    A. Sure. I can provide you today.
7    Q. No, that's -- I --
8    MR. BRANTINGHAM: We can follow up on
9    it after.
10   MR. THOMPSON: Yep. We'll follow up on
11   it.
12   Q. You have it and that's great.
13   When did you do your OCS training?
14   A. It was in July 2022.
15   Q. Did you go to Boston to do that?
16   A. Yes.
17   Q. How long is the training?
18   A. It was two days.
19   Q. As part of that training, did they
20   train you on all aspects of the OCS?
21   A. Yes.
22   MR. BRANTINGHAM: Object to the form of
23   the question.
24   Q. One of the things that's done while the
25   heart is on OCS is the use of the blood gas

Page 19

1    are OCS, not hearts, because the number of heart
2    procurements are much more.
3    Q. Absolutely.
4    A. Yes.
5    Q. Absolutely. Not every heart you
6    procure is on the OCS.
7    A. That's correct.
8    Q. The majority of the hearts you procure
9    are not on the OCS; is that right?
10   A. That's right.
11   Q. Would I be correct in assuming that
12   most of the OCS hearts you need to fly?
13   A. That's correct.
14   Q. Would it be all of them or just most of
15   them?
16   A. From the ones that we did, all of them
17   that we need to fly.
18   Q. Did you receive training from
19   TransMedics on the use of the OCS?
20   A. Yes, I did.
21   Q. One of the things we asked for in
22   discovery was training certificates from
23   TransMedics for a number of different people.
24   Do you have a certificate of completing your
25   training?

Page 21

1    analyzer; right?
2    A. That's correct.
3    Q. Were you trained in how to use the
4    blood gas analyzer?
5    A. Can you clarify your question more?
6    Because when you are asking about this, about
7    the arterial blood gases, there are aspects who
8    will take the arterial blood gases, how to send
9    them to -- to put them on the machine, there are
10   multiple aspects. So can you be more specific?
11   Q. Yeah. No, that's fair. Let me -- let
12   me take a step back and ask a broader question
13   and maybe we can kind of get to this.
14   A. Sure.
15   Q. My understanding is that when a
16   procurement team from Mayo goes to get an OCS
17   heart, there's a number of different people who
18   go on that run; right?
19   A. Correct.
20   Q. There's at least one procurement
21   surgeon; yes?
22   A. Correct.
23   Q. Then there's also at least one -- is it
24   an OCS specialist?
25   A. Yes.

6 (Pages 18 to 21)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 22

1    Q. Who else is on the team?
2    **A. Now you're talking about at least, at**
3    **least one.**
4    Q. Okay. So at least one surgeon, at
5    least one OCS specialist.
6    **A. Yes.**
7    Q. Are -- are there some OCS heart runs
8    where that's the only two people who go on the
9    run?
10   **A. Only two?**
11   Q. Yeah.
12   **A. Can you -- can you explain your --**
13   **I cannot get your question perfectly.**
14   Q. No, that's fair. That's fair.
15   I know that there were four people that
16   went to get the donor heart that was attempted
17   to be transplanted in Mr. Leopold; right?
18   **A. Okay.**
19   Q. You, Dr. Knop, Danielle Fay, and
20   Michael Pick; right?
21   **A. Okay.**
22   Q. Was there anybody else on the
23   procurement team in this case?
24   **A. I can't recall anyone else.**
25   Q. Okay. On that -- on that run, --

Page 23

1    **A. Uh-huh.**
2    Q. -- on the -- we're talking about in --
3    specifically for this case, --
4    **A. Yes.**
5    Q. -- were both Michael Pick and Danielle
6    Fay considered OCS specialists?
7    **A. Danielle, yes. And the other name?**
8    Q. Michael Pick.
9    **A. Michael Pick is the perfusionist.**
10   Q. He's a perfusionist.
11   **A. Yes.**
12   Q. Is there always a perfusionist that
13   goes on an OCS heart procurement run?
14   **A. Perfusionist is always available for**
15   **the heart and lungs regardless it is an OCS or**
16   **non-OCS.**
17   Q. What do you mean when you say they're
18   always available?
19   **A. Always come with us.**
20   Q. Always come with. Okay.
21   **A. Yes. And the --**
22   Q. So the --
23   Oh, go ahead.
24   **A. I'm sorry. Just to clarify, what you**
25   **mean Michael Pick, the -- the description for**

Page 24

1    **him is a perfusionist, right, the correct name**
2    **for him?**
3    Q. I think that's right.
4    **A. Yes. Okay. Okay.**
5    Q. He's getting deposed next, so we'll
6    find out for sure. But your understanding is
7    he's a perfusionist.
8    **A. Yes, that's correct.**
9    Q. Would I be correct then in assuming
10   that the minimum number of people on the team
11   that will go to procure an OCS heart is three?
12   **A. That's correct.**
13   Q. Sometimes there's more than one
14   surgeon, but not always.
15   **A. Not always, yes, but most of the time,**
16   **two surgeons.**
17   Q. Why?
18   **A. Because of the OCS machine, it needs,**
19   **you know, needs technical surgical -- I mean**
20   **techniques that -- two surgeons make the**
21   **procedure easier.**
22   Q. Understood.
23   **A. Uh-huh.**
24   Q. Okay. So now back to the question that
25   got us here in the first place. My

Page 25

1    understanding is that with respect to the OCS
2    machine, there are some jobs that are being
3    performed by the OCS specialist and not by the
4    surgeon; like, for example, putting the lactates
5    into the database; right?
6    **A. Correct.**
7    Q. You're not doing stuff like that.
8    **A. No.**
9    Q. Once the heart is on the OCS, --
10   **A. Uh-huh.**
11   Q. -- what's your job?
12   MR. BRANTINGHAM: Object to the form of
13   the question. Go --
14   If you understand it, doctor, go ahead.
15   **A. Can you clarify more your question?**
16   **You mean there are stages when we put the heart**
17   **on the machine. I mean we put it at the donor**
18   **site, --**
19   Q. Yep.
20   **A. -- we transfer it to the airport, we --**
21   **then we are in the airplane, --**
22   Q. Uh-huh.
23   **A. -- and then we down from the airport to**
24   **the hospital, --**
25   Q. Yep.

7 (Pages 22 to 25)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 26

1 **A. -- and then, you know, at the operative**
2 **surgical theater.**
3 Q. Understood.
4 **A. So there are different things.**
5 Q. All right. Well let's -- let's ask
6 some broader questions then.
7 **A. Yes.**
8 Q. First of all, as the procurement
9 surgeon, is it your job to determine whether the
10 donor heart is a suitable heart to be
11 transplanted?
12 **A. A decision?**
13 Q. Yes.
14 **A. The decision, we -- we usually, when we**
15 **assess the donor, you know, we give the full**
16 **picture to the transplant surgeon.**
17 Q. But the transplant surgeon doesn't see
18 the heart. Only you see the heart; right?
19 **A. That's correct.**
20 Q. And in fact, in this case the
21 transplant surgeon didn't have an opportunity to
22 actually look at the donor heart until Noah
23 Leopold's heart had already been explanted from
24 his body; right?
25 MR. BRANTINGHAM: Object to form and

Page 27

1 foundation.
2 **A. Do you want me to answer this question?**
3 Q. Well you read the operative report;
4 right?
5 **A. Yes, I read. I read, yes.**
6 Q. Okay. Is it your understanding that
7 Noah Leopold's heart was still in his chest when
8 the donor heart arrived in the operating room?
9 MR. BRANTINGHAM: Object to foundation.
10 MR. THOMPSON: I'm asking him if that's
11 his understanding.
12 MR. BRANTINGHAM: I understand what
13 you're asking. I'm objecting to foundation.
14 Doctor, if you know the answer to the
15 question, you can answer it.
16 **A. Can you clarify more -- more -- your**
17 **question more?**
18 Q. Yeah. Let me take a step back.
19 Sometimes --
20 Well let's go back in the pre-OCS days.
21 **A. Okay.**
22 Q. You were involved in transplants before
23 OCS was a thing; right?
24 **A. Yeah. I mean before the OCS. Okay.**
25 Q. Yeah.

Page 28

1 **A. Yes.**
2 Q. And in the pre-OCS days, --
3 **A. Uh-huh.**
4 Q. -- the way that the standard procedure
5 worked is that once the heart, the donor heart,
6 landed at the airport and was on the ground, --
7 **A. Uh-huh.**
8 Q. -- somebody called back to the
9 hospital, told the transplant team we're on the
10 ground, and then the transplant team took out
11 the recipient's heart; right?
12 **A. Uh-huh.**
13 MR. BRANTINGHAM: Object to the form
14 and foundation.
15 Q. Is that --
16 MR. BRANTINGHAM: Are you asking at
17 Mayo? Or are you asking in the world?
18 MR. THOMPSON: I'm asking in his
19 experience.
20 MR. BRANTINGHAM: Well just hold on one
21 second. Yeah. I'll object to the form and the
22 foundation. If you're able, doctor, you can
23 answer.
24 **A. Because your question is so broad to**
25 **tell you. You are asking me not about this**

Page 29

1 **donor or about this donor?**
2 Q. Okay. Were you involved in transplants
3 before you started working at Mayo?
4 **A. Before?**
5 Q. Yes.
6 **A. No.**
7 Q. Okay. So then when we talk about your
8 experience with transplant surgery, it's only at
9 Mayo; right?
10 **A. Okay. Yes.**
11 Q. Am I right about that?
12 **A. Yes.**
13 Q. All right. So let's talk about your
14 experience at Mayo.
15 **A. Yes.**
16 Q. You told me that one of the parts of
17 the procurement run is the heart's got to get
18 into the operating room; right?
19 **A. Yes.**
20 Q. The donor heart has to get into the
21 operating room; correct?
22 **A. Correct.**
23 Q. Now do you accompany the donor heart
24 into the operating room? Have you ever done
25 that?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 30

1    A. It's all the time.
2    Q. Okay. Have there been times when
3  you're accompanying the donor heart into the
4  operating room and the native heart, the
5  recipient's heart, has already been explanted
6  when you show up with the donor heart?
7    A. You mean when the heart is in the room,
8  the donor heart in the room, you mean whether
9  the heart is explanted from the recipient or
10  not, that's your question?
11    Q. My question is: When you bring the
12  donor heart into the operating room, --
13    A. Yes.
14    Q. -- have there been times when the
15  recipient's native heart has already been
16  explanted by the time you arrive?
17    A. For this donor or different donor?
18    Q. I'm asking: Has -- does that ever
19  happen?
20    A. I can't recall for this donor in
21  particular, but --
22    Q. That's not my question.
23    A. -- but in general -- in general,
24  sometimes, yes, but not before I mean being in
25  Rochester, you know.

Page 31

1    Q. And I think we're on the same page
2  about this.
3    A. Yes.
4    Q. The way that it works, --
5    A. Uh-huh.
6    Q. -- in your experience, --
7    A. Uh-huh.
8    Q. -- is that the heart lands successfully
9  in Rochester.
10    A. Yes.
11    Q. Because we don't --
12      I mean planes can crash.
13    A. Yes.
14    Q. Right? We want to make sure the heart
15  is in Rochester.
16    A. Uh-huh.
17    Q. And now the heart is on its way from
18  the airport to St. Mary's; --
19    A. Uh-huh.
20    Q. -- right?
21    A. Uh-huh.
22    Q. Yes? You got to say yes.
23    A. Yes. Yes.
24    Q. You're with me.
25    A. Yes.

Page 32

1    Q. And the recipient's heart gets
2  explanted while the donor heart is on its way to
3  the hospital, and by the time you get there, the
4  native heart has been removed. You've seen that
5  happen before; right?
6    A. I can recall, yes.
7    Q. With respect to this case, you're
8  telling me you don't remember?
9    A. I can't remember.
10    Q. Okay. In reviewing the operative
11  report, do you have a belief as to whether Noah
12  Leopold's native heart was removed by the time
13  the donor heart arrived?
14      MR. BRANTINGHAM: Object to foundation.
15    A. Say it again. Say it again.
16    Q. You've read the operative report --
17    A. Uh-huh.
18    Q. -- and it's detailed; right?
19    A. Uh-huh. Okay.
20    Q. Yep. And you've worked with Dr.
21  Villavicencio many times; right?
22    A. Yes.
23    Q. Right? So you know the way he
24  practices?
25    A. Yes, I do.

Page 33

1    Q. Okay. How many transplant surgeons are
2  there at Mayo? Is it Villavicencio, Daly, and
3  Spencer?
4    A. Because there are many transplants at
5  Mayo.
6    Q. Heart transplants.
7    A. You're specific. Yes.
8      So we're having Dr. Daly, Dr.
9  Villavicencio, and Dr. PJ Spencer.
10    Q. Yep.
11    A. Yes.
12    Q. Okay.
13    A. Yes.
14    Q. Three transplant surgeons doing heart
15  transplants.
16    A. Yes.
17    Q. Okay. So with respect to
18  Villavicencio, do you have an opinion -- and if
19  you don't, that's fine, just tell me that --
20    A. Uh-huh.
21    Q. -- as to whether he took Noah Leopold's
22  heart before this heart got into the operating
23  room?
24      MR. BRANTINGHAM: Object to foundation
25  and form.

9 (Pages 30 to 33)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 34

1  A. I can't recall.
2  Q. I know you can't recall.
3  A. Uh-huh.
4  Q. Do you have an opinion one way another?
5  And if you don't, that's fine.
6  A. I don't.
7  MR. BRANTINGHAM: Same objection.
8  Q. Okay.
9  MR. BRANTINGHAM: Doctor, just make
10 sure you take a second so that I can get the
11 objection in --
12 THE WITNESS: Okay.
13 MR. BRANTINGHAM: -- and then answer.
14 THE WITNESS: Okay. Sure.
15 MR. BRANTINGHAM: Just take a little
16 breath.
17 THE WITNESS: Sure.
18 BY MR. THOMPSON:
19 Q. All right. So the series of questions
20 that got us going here had to do with your job
21 when it comes to the procurement of the organ.
22 Now you are the first person from the
23 Mayo team that has a chance to look visually at
24 the donor heart; right?
25 MR. BRANTINGHAM: Are you asking this

Page 35

1  case or in general?
2  MR. THOMPSON: Well in general.
3  A. Visually.
4  Q. Yeah.
5  A. Yes.
6  Q. And so one of the most important parts
7  of your job as the procuring surgeon is to first
8  make an assessment of, yeah, this looks like a
9  heart that we could transplant, or no, we're not
10 going to transplant this heart; right?
11 A. We usually --
12 This is the way, whether we accept or
13 turn down the organ, we assess the heart and
14 give the full picture to the transplant surgeon.
15 Q. What do you mean when you say "the full
16 picture?" What information are you giving them?
17 A. Yes, we assess the heart. I mean --
18 Q. I don't know what that means.
19 A. Visual. Visual assessment of the
20 heart.
21 Q. Okay.
22 A. Then we palpate the coronary arteries,
23 we palpate the pulmonary artery, we palpate the
24 aorta, and we assess the hemodynamics of the
25 heart, we see if the heart is on inotropes or

Page 36

1  not, we assess if there is any anomaly of the
2  heart, we assess if there is any injury in the
3  heart regarding the -- the reason for death for
4  that donor -- for any donor, I mean, and then we
5  transfer the whole picture to the transplant
6  surgeon.
7  Q. When you say you assess the
8  hemodynamics, are you talking about looking at
9  the echo?
10 A. Blood pressure, heart rate, respiratory
11 rate, these are the hemodynamics that we assess.
12 Q. Presumably the ejection fraction is
13 important?
14 A. These are part of the echo assessment
15 of the heart.
16 Q. Do you look at the echo as part of
17 doing your assessment of the heart?
18 A. Of course.
19 Q. Do you do that before you leave
20 Rochester, or once you get to the donating
21 institution?
22 A. Before we leave from here.
23 Q. Do you review the UNOS records before
24 you leave Rochester?
25 A. Yes, we do.

Page 37

1  Q. Can you and I agree that the size of a
2  heart is an important part of assessing whether
3  it is suitable to be transplanted?
4  A. Yes.
5  Q. Do you have kind of a cutoff parameter
6  in terms of when a heart is too undersized or
7  too oversized compared to the recipient?
8  MR. BRANTINGHAM: Object to the form,
9  foundation. Are you asking --
10 When you say "you," are you asking him
11 personally?
12 MR. THOMPSON: Yeah. I don't know how
13 else I could mean "you," but yes.
14 MR. BRANTINGHAM: Well it could mean as
15 an institution, et cetera, --
16 MR. THOMPSON: Sure.
17 MR. BRANTINGHAM: -- so --
18 Q. When I say "you," I mean you. And if
19 I'm talking about Mayo, I'll say "Mayo." Okay?
20 A. Okay.
21 Q. All right.
22 A. So the selection committee, for the
23 donors they are taking, and this is out of my --
24 my -- I mean role.
25 Q. Assessing the size is outside of your

10 (Pages 34 to 37)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 38

1  role?
2      A. No. I'm looking, but the selection
3  committee are the ones that, you know, choose
4  the right donor for the right recipient.
5      Q. Okay. So if you see a heart and you
6  say, boy, his heart looks really oversized, do
7  you say something?
8      A. When we visually assess?
9      Q. Yeah.
10     A. We give this idea to the transplant
11 surgeon, that this is -- the heart is small,
12 it's big, I mean whatever we find, we give this
13 whole picture to the transplant surgeon.
14     Q. You do that via a phone call?
15     A. Yes.
16     Q. Okay. Do you communicate the
17 information about your overall assessment of the
18 potential donor heart in any way other than
19 through a phone call?
20     A. You mean this heart or in general?
21     Q. No. In general.
22     A. Yes. So first communication between
23 two of the surgeons, you know, between me and
24 the other surgeon or the other surgeon or me,
25 that --

Page 39

1      Q. You're talking about the transplant
2  surgeon?
3      A. No. First the procuring, I mean when
4  we are at the donor site.
5      Q. You and Dr. Knop.
6      A. Yes. That this heart -- you know, we
7  assess -- we give two assessment between, you
8  know, and -- and then we transfer this to the --
9  to the transplant surgeon.
10     Q. Via phone call.
11     A. Via phone call.
12     Q. Ever send a text?
13     A. I can't recall in this -- in this -- in
14 this donor in particular, but sometimes when we
15 are, you know, in the -- in the OR, they are
16 scrubbing, you know, we transfer the whole
17 information, you know, either the -- the
18 perfusionist open the phone for us -- open the
19 phone for us --
20     Q. Okay. I'm listening.
21     A. -- open the phone for us, or he pass
22 this piece of information to the -- that the
23 heart is good and no -- no problems.
24     Q. Uh-huh.
25     A. Uh-huh.

Page 40

1      Q. Okay. Do you remember this
2  procurement?
3      A. I can recall part of them, but --
4      Q. Okay.
5      A. -- part of it, but the whole event --
6      Q. Okay. Do you remember where you went
7  to procure this heart?
8      A. Idaho, I believe.
9      Q. Huh?
10     A. Idaho.
11     Q. Idaho. Yep. Uh-huh.
12     All right. You know that there have
13 been -- well maybe you don't.
14     Do you know that there have been some
15 text messages produced in this case?
16     A. Between me?
17     Q. No, between other people. Not you.
18 There's no text from you.
19     A. Yeah.
20     Q. Did you know that there were text
21 messages produced in this case that have to do
22 with this case?
23     A. Yes. I make sure in that -- in that
24 case and in any case that, you know, the
25 information passed from me that the heart is

Page 41

1  okay and it's good to take to the transplant
2  surgeon, and the perfusionist will, you know,
3  say okay -- I mean, yes, transfer this
4  information to the transplant surgeon.
5      Q. I get that. We'll get into that. That
6  wasn't my question.
7      A. Uh-huh.
8      Q. My question was: Are you aware of the
9  fact that there are text messages about this
10 case that have been produced in the course of
11 this lawsuit?
12     A. I can't recall, I mean, there were
13 messages. Can you --
14     Q. No.
15     MR. BRANTINGHAM: He may not understand
16 what you mean by "produced" --
17     MR. THOMPSON: Yeah. And that's fair.
18     MR. BRANTINGHAM: -- in this context.
19     Q. So one of the things that happens in a
20 lawsuit --
21     A. Uh-huh.
22     Q. -- is the lawyers get to send requests
23 for production --
24     A. Oh.
25     Q. -- back and forth to -- hold on --

11 (Pages 38 to 41)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 42

1  A. Okay.
2  Q. -- back and forth to each other
3  basically asking for stuff.
4  A. Uh-huh.
5  Q. And one of the things that I asked Mayo
6  for was, hey, do you guys have any text messages
7  or other communications about this case, about
8  this donor, and if you do, will you send them to
9  me. And so Mayo sent me a bunch of text
10 messages that have to do with this case.
11 A. Uh-huh.
12 Q. None of them were sent or received by
13 you, but some of them have your name on them and
14 we're going to talk about them.
15     My question right now is: Did you know
16 there were text messages about this case?
17 A. Yeah. That's -- that's a different
18 question actually, if I understand it. I recall
19 there are -- there are questions -- I mean there
20 are messages that -- I hear there are messages,
21 but I -- I don't know exactly what's going on in
22 these messages.
23 Q. Have you ever seen any of the messages?
24 A. Because the -- the ones that I can see
25 are from the ones that from my phone actually.

Page 43

1  Q. No, I get that.
2     Presumably you looked at your phone to
3  see if you had any text messages that related to
4  this case?
5  A. From my phone?
6  Q. Yes.
7  A. No, I cannot.
8  Q. You haven't --
9  A. They probably got deleted, but I cannot
10 see them.
11 Q. My question was --
12 A. Uh-huh.
13 Q. -- as part of being involved in this
14 case, --
15 A. Uh-huh.
16 Q. -- have you ever looked on your
17 phone --
18 A. Uh-huh.
19 Q. -- to see if there were text messages
20 about this case from August 29th or August 30th
21 of 2023?
22 A. Yes, I did.
23 Q. And you found none.
24 A. Exactly.
25 Q. Great.

Page 44

1     But you know that there are text
2  messages that other people did find. And my
3  question is: Have you ever seen them?
4  A. In the phones, no, but I -- I saw part
5  of them, you know, at certain time, but part of
6  them just, you know, the thumbs up. That's --
7  that's something I saw that --
8  Q. Yeah.
9  A. Yeah.
10 Q. Okay. So one of the text messages we
11 have, and this is Bates stamp 25084, --
12 A. Uh-huh.
13 Q. -- is a couple of pretty short text
14 messages from Michael Pick -- between Michael
15 Pick and Dr. Villavicencio.
16 A. Uh-huh.
17 Q. Have you ever seen those?
18 A. No.
19
20
21
22
23
24
25

Page 45

1
2
3
4
5
6
7
8
9
10
11
12 MR. BRANTINGHAM: Just object to the
13 form. I don't think that very lengthy
14 recitation accurately reflects what he said
15 earlier.
16 MR. THOMPSON: Okay. Very --
17 MR. BRANTINGHAM: You can answer the
18 question if you understand it, doctor.
19 A. Can you clarify your -- your question?
20 Q. Sure. I want to make --
21 A. If -- if --
22 Q. Go ahead.
23 A. I want to clarify to you. You are
24 asking about the type of communication
25 between -- between us and the transplant

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 46

1  surgeon.  Correct?
2      Q.  Yeah.  Because I thought you told me --
3  and maybe I'm wrong, Mr. Brantingham thinks I'm
4  wrong and that's fine, there's lot of things
5  that he'll -- he's going to think I'm wrong
6  about over the course of these next few days --
7  I thought you told me that one of the parts of
8  you doing your job as the procurement surgeon is
9  that you do this global assessment of the
10  overall picture of the heart where you're
11  looking -- visually looking at it and you're
12  palpating the vessels and you're assessing the
13  hemodynamics and you're looking for anomalies
14  and you're looking for injuries and you're doing
15  a bunch of really careful stuff; right?
16      A.  Right.
17      Q.  And you're supposed to do that in every
18  one of these cases where you go to procure a
19  heart; right?
20      A.  Right.
21      Q.  Because you are, in that instance, the
22  eyes of the transplant surgeon because the
23  transplant surgeon doesn't see the heart, the
24  transplant surgeon doesn't palpate the heart;
25  right?

Page 47

1      MR. BRANTINGHAM:  Object to the form,
2  foundation.
3      A.  The transplant surgeon does have an
4  idea about this heart by the echo and the
5  catheterization.
6      Q.  None of that was my question.  We've
7  got to stick with my questions.
8      A.  Uh-huh.
9      Q.  My question was:  The transplant
10  surgeon doesn't actually have an opportunity to
11  look at the heart, only you can do that; right?
12      MR. BRANTINGHAM:  Object to the
13  foundation and form.
14      A.  You say visually?
15      Q.  Yeah.  Is that part of --
16      Is that an important part of your
17  assessment as the procuring surgeon, to actually
18  visually look at the heart?
19      MR. BRANTINGHAM:  Object to the form.
20      Q.  That's my question.  And it seems
21  pretty obvious to me, but you can answer.  Is an
22  important part of your job, as the procuring
23  surgeon who is assessing this heart, looking at
24  it?
25      A.  Yes.

Page 48

1      Q.  Great.
2      Is an important part of your job
3  palpating the vessels, as you described for us
4  in some detail maybe about 20 minutes ago?
5      A.  Yes.
6      Q.  Is an important part of your job
7  looking to see if there are any anomalies on the
8  heart?
9      A.  Yes.
10      Q.  Is an important part of your job
11  looking to see if there are any signs of an
12  injury to the heart, like bruising?
13      A.  Yes.
14      Q.  Bruising doesn't show up on an echo;
15  does it?
16      A.  It may show.
17      Q.  Yeah.  Often it doesn't; does it?
18      MR. BRANTINGHAM:  Object to the form.
19  If you able, doctor.
20      Q.  Do you not know?
21      MR. BRANTINGHAM:  Well hold on a
22  second.
23      Q.  My --
24      MR. BRANTINGHAM:  Let him ans -- let
25  him answer the question you asked.

Page 49

1      MR. THOMPSON:  Well he wasn't, he was
2  just shaking his head and kind of shrugging his
3  shoulders.
4      MR. BRANTINGHAM:  Well just let him --
5      A.  I'm --
6      MR. BRANTINGHAM:  -- give him the
7  chance to answer.
8      MR. THOMPSON:  I -- I was.
9      MR. BRANTINGHAM:  You didn't.  You then
10  asked another question.  If you want an answer
11  to the question which was -- if we can read it
12  back.  Go ahead.
13      (Record read by the reporter.)
14      MR. BRANTINGHAM:  No, the one before
15  that.
16      THE REPORTER:  Okay.
17      Q.  I'll reask the question.  Because the
18  question before that was I asked you if echos --
19  if bruising would show up on echos, you said
20  sometimes it will, and I said most of the time
21  it doesn't, and you shrugged your shoulders.  Do
22  you have an answer to that?
23      MR. BRANTINGHAM:  You said often.  You
24  said often it doesn't.
25      Q.  Do you have an answer?

13 (Pages 46 to 49)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 50

1    MR. BRANTINGHAM: If you can answer
2    with often, go ahead.
3        A. So your question is does the bruises
4    show in the -- in the -- on the echo or not?
5        Q. The exact question was, --
6        A. Uh-huh.
7        Q. -- to Mr. Brantingham's point, often --
8        A. Uh-huh.
9        Q. -- bruising will not show up on
10    echo; --
11        A. Uh-huh.
12        Q. -- isn't that true?
13        A. I mean I'm a surgeon, you know, and
14    I -- I don't think that's something that they
15    are often shown in the echo actually.
16        Q. Right. Okay.
17        A. Yeah.
18        Q. The -- the over --
19        A. But if -- if there is --
20        Q. Go ahead.
21        A. -- an echo specialist that can see,
22    that's something different, but I don't think
23    that's something common, I mean, to be assessed
24    by the echo.
25        Q. Sure. The overall point here is there

Page 51

1    are lots of pieces of your assessment beyond
2    just looking at the echo; right?
3        A. Uh-huh.
4        Q. Yes?
5        A. Yes.
6        Q. And the echo is available to the
7    transplanting surgeon, but not the visual and
8    physical assessment that you are performing at
9    the donor institution; right?
10        A. Yes.
11        Q. Now that sort of information, here's
12    what I found when I palpated the vessels, here's
13    what the hemodynamics look like, here's just
14    overall visually what the heart looks like,
15    those are the sorts of things that you're
16    supposed to be communicating back to the
17    transplanting surgeon on a phone call; right?
18        A. Right.
19        Q. Okay. So now back to this text-message
20    question. First of all, do you think you had
21    that phone call with Dr. Villavicencio about
22    this heart?
23        A. I can't recall the method of
24    communication was, but it was sure there was a
25    method of communication between -- with Dr. V

Page 52

1    that day.
2        Q. My question is: Do you think that you
3    actually spoke to Dr. Villavicencio about this
4    heart before you left Idaho?
5        A. Before?
6        Q. Yes. Before you left Idaho.
7        A. I can't recall.
8        Q. Do you think you should have?
9        A. The --
10        My role is to communicate.
11        Q. To the transplanting surgeon?
12        A. Yes.
13        Q. Right. I understand that. That is
14    your role.
15        So my question is: Can't you agree
16    that you should be having a direct conversation
17    with the transplanting surgeon?
18        MR. BRANTINGHAM: Object to the form
19    and the foundation. You can answer if you're
20    able, doctor.
21        A. I believe there should be a type of --
22    the information should be passed to the surgeon
23    in -- in --
24        Q. What information?
25        A. The best one and the best informant of

Page 53

1    that, we are in the same -- the procurement
2    surgeon -- surgeons and the transplant surgeon
3    is a real visual -- vision of the heart, --
4        Q. Uh-huh.
5        A. -- and that happened. There was a
6    video, if you are aware of, of the heart in the
7    OCS machine.
8        Q. Yep.
9        A. Yes.
10        Q. Yep.
11        A. That's --
12        Q. None of that was my question, but
13    that's okay.
14        A. That's -- that's a type -- that's a
15    very good type of communication, because what
16    you see is what we -- what we see. What you
17    see, what we see.
18        Q. Unless I'm mistaken, Dr. Villavicencio
19    doesn't have the ability to reach through the
20    video and palpate those vessels; does he?
21        A. That's correct.
22        Q. Only you can do that; right?
23        MR. BRANTINGHAM: You can answer that
24    question. Go ahead --
25        A. On the donor?

14 (Pages 50 to 53)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 54

1           MR. BRANTINGHAM: -- if you're able.
2     Q. Yeah.
3     **A. Yes.**
4     Q. Now we've got the video.
5     **A. Uh-huh.**
6     Q. The video only shows one side of the
7  heart; right?
8     **A. Uh-huh.**
9     Q. Right?  Yes?  You got to say yes out
10 loud for the record.
11    **A. The video is a three dimensional, you**
12 **know.**
13    Q. The video is not three dimensional.
14 The video is --
15          MR. BRANTINGHAM: I think we'll
16 stipulate the video is the video, Brandon.
17          MR. THOMPSON: No, I understand that,
18 and we're going somewhere with this.
19    Q. The video is two dimensional.
20    **A. It is --**
21    Q. It is flat on a computer screen; right?
22          MR. BRANTINGHAM: Just wait for the
23 question, doctor.
24    Q. We're not in virtual reality here.  It
25 is a two-dimensional shot of that heart in a box

Page 55

1  behind plexiglas in plastic; right?
2           MR. BRANTINGHAM: Object to the form.
3  You can answer if you understand the question.
4     **A. Can you clarify your question more?**
5     Q. Yeah.  I'll ask a different question.
6     **A. Yes.**
7     Q. If all you have to do is send the
8  transplanting surgeon a video of the heart, why
9  would you need to communicate with him ever?
10          MR. BRANTINGHAM: I just object to the
11 form, it's argumentative.  Do you understand the
12 question?
13    **A. Not truly, but if --**
14          MR. BRANTINGHAM: Okay.  Let --
15    Q. No, that's okay.
16          MR. BRANTINGHAM: -- him ask another
17 question.
18    Q. If you don't understand the question,
19 we're going to ask a different question.
20    **A. If you want me to ans --**
21          MR. BRANTINGHAM: Just -- no, no, no.
22 Let him ask another question.
23          THE WITNESS: Okay.
24    Q. Let me ask a broader question that I
25 think should be pretty easy to answer.

Page 56

1     **A. Yes.**
2     Q. Can you and I agree that the standard
3  of care requires the procuring surgeon to
4  actually have a conversation with the transplant
5  surgeon about whether this heart is suitable?
6           MR. BRANTINGHAM: Object to foundation.
7  You can answer if you're able.
8     **A. There should be a communication between**
9  **the procurement surgeon and the transplant**
10 **surgeon.**
11    Q. Okay.  But in your view it would be
12 enough for that communication to be third hand
13 from the perfusionist, "Salah said Heart looks
14 good" and that's it.
15          MR. BRANTINGHAM: I'll object to the
16 form, argumentative.  That doesn't remotely --
17          MR. THOMPSON: Okay.  I'm going to ask
18 it a different way.
19          MR. BRANTINGHAM: Hang on a second.
20 That doesn't remotely resemble what he said.
21 You're now just putting --
22          MR. THOMPSON: It does.
23          MR. BRANTINGHAM: You're putting words
24 into his mouth.
25          MR. THOMPSON: Andrew, stop.

Page 57

1           MR. BRANTINGHAM: No, seriously.
2           MR. THOMPSON: Make your -- stop.
3           MR. BRANTINGHAM: Okay.
4           MR. THOMPSON: Make an objection, and
5  then we'll go.
6           MR. BRANTINGHAM: Okay.
7           MR. THOMPSON: Don't make comments,
8  just make an objection.  If you think that -- if
9  you think that I'm misinterpreting what he's
10 saying, that's fine, but it's not your place to
11 say that on the record.  That's called coaching
12 the witness.  If he thinks I'm misinterpreting
13 what he's saying, it's his job to tell me that,
14 not yours.  So make your objection and then I'm
15 going to ask a question.
16          MR. BRANTINGHAM: Okay.  My objection
17 is to foundation.
18          MR. THOMPSON: Okay.
19          MR. BRANTINGHAM: My objection is also
20 to asking the witness --
21          MR. THOMPSON: That's --
22          Mr. BRANTINGHAM: -- questions about
23 documents that you're sitting here looking at
24 and not showing him.
25          MR. THOMPSON: Neither one of those

15 (Pages 54 to 57)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 58

1  things are anywhere close to an appropriate
2  objection --
3        MR. BRANTINGHAM: Fine.
4        MR. THOMPSON: -- in a deposition, and
5  you know it. Foundation is not an appropriate
6  objection in a deposition and you know it.
7        MR. BRANTINGHAM: It is.
8        MR. THOMPSON: Form is the only
9  appropriate objection or if you're going to
10 assert a privilege. That's it.
11       MR. BRANTINGHAM: I can object to
12 foundation and I will.
13       MR. THOMPSON: That's fine. It's a --
14 it's not a valid objection. You can --
15       MR. BRANTINGHAM: Go ahead and ask your
16 question.
17       MR. THOMPSON: -- you can make it.
18 BY MR. THOMPSON:
19       Q. My question is this: Take a look at
20 that text message. This one right here. See
21 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
22 Do you see that?
23       A. Yes, I did.
24       Q. That's my first question.
25             These are text messages between Michael

Page 59

1  Pick and Dr. Villavicencio. Now I'm going to
2  represent to you this is the only evidence that
3  has been produced anywhere in this litigation
4  about any communication back to Dr.
5  Villavicencio about the suitability of that
6  heart. Now if this is the only communication
7  back to Villavicencio about the suitability of
8  that heart, do you think that meets the standard
9  of care?
10       MR. BRANTINGHAM: Hold on. Object to
11 the foundation and the form of the question.
12       Q. Go ahead.
13       MR. BRANTINGHAM: It is explicitly --
14       MR. THOMPSON: No. That's --
15       MR. BRANTINGHAM: -- hypothetical.
16       MR. THOMPSON: You --
17       That's not a hypothetical at all.
18       MR. BRANTINGHAM: Go ahead and answer
19 if you're able.
20       MR. THOMPSON: You've made your
21 objection. Stop saying "if you're able."
22 That's coaching. There's lots of case law on
23 this.
24       MR. BRANTINGHAM: No, it's not.
25       MR. THOMPSON: Yes, it is.

Page 60

1        Q. Go ahead. I'll take an answer to my
2  question.
3        **A. Can you make your question more**
4  **precise?**
5        Q. If this is the only communication back
6  to Dr. Villavicencio about the suitability of
7  that heart to be transplanted, do you think that
8  complies with the standard of care?
9        MR. BRANTINGHAM: Same objections.
10       **A. Can you repeat your question?**
11       MR. THOMPSON: Read it back to him,
12 please.
13       THE REPORTER: Sure.
14       (Record read by the reporter.)
15       **A. But we're having, you know,**
16 **communication with Dr. V. I can't recall the**
17 **exact method of communication, but we -- I'm**
18 **confident there was a communication.**
19       Q. Okay. I'll take an answer to my
20 question first, and then we'll go and talk about
21 what other communication there was.
22             Do you need me to ask my question
23 again?
24       **A. Yes.**
25       Q. Assuming that that was the only

Page 61

1  communication back to Dr. Villavicencio, is it
2  your testimony that that would comply with the
3  standard of care?
4        MR. BRANTINGHAM: I'll object to the
5  form and the foundation again.
6        Q. And I'll take an answer. Either you
7  think it complies with the standard of care or
8  you agree with me, which I think is obvious,
9  that no, that would not be enough.
10       MR. BRANTINGHAM: I'll object to
11 that --
12       **A. Can I have --**
13       MR. BRANTINGHAM: Do you have an
14 addition to the question?
15       **A. -- the ability not to answer your**
16 **question?**
17       Q. No. You have to answer my questions.
18       **A. Yes. I -- I don't know. Do you want**
19 **this answer?**
20       Q. That's fair. You don't know.
21       **A. I --**
22       Q. You don't know whether that would be
23 enough?
24       **A. No. I don't know your question.**
25       MR. BRANTINGHAM: Hold on. Just --

16 (Pages 58 to 61)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 62

1  hold on, hold on, hold on.
2      **A. I don't know your question.**
3          MR. BRANTINGHAM: Stop, doctor. Hang
4  on. We need to avoid the crosstalk.
5          THE WITNESS: Uh-huh.
6          MR. BRANTINGHAM: Okay? So let him ask
7  an actual question, take your time, and then
8  answer it.
9          MR. THOMPSON: I think --
10         Yeah, that's fine. I've asked it three
11 times.
12         THE WITNESS: Uh-huh.
13         MR. THOMPSON: It still hasn't been
14 answered, but we'll try again.
15         THE WITNESS: Yes.
16 BY MR. THOMPSON:
17     Q. Assuming that this text message from
18 ███████████████████████████████████████
19 ███████████████████████████████████████
20 Villavicencio about the suitability of that
21 heart for transplant, do you think that would
22 comply with the standard of care?
23         MR. BRANTINGHAM: Object to the form
24 and foundation.
25     **A. We were confident of our --**

Page 63

1      Q. You're not answering my question.
2          MR. BRANTINGHAM: Let him answer the
3  question then.
4      **A. Don't interrupt --**
5          MR. THOMPSON: No. He's not answering
6  the question.
7          MR. BRANTINGHAM: He gets to answer the
8  question. You don't get to cut him off.
9          MR. THOMPSON: We'll be here all day,
10 and that's fine.
11         MR. BRANTINGHAM: That's fine, too, by
12 me, but let him answer the question.
13     Q. Go ahead. But you got to answer my
14 question.
15         MR. BRANTINGHAM: You can answer --
16     **A. I --**
17         MR. BRANTINGHAM: Hold on. You don't
18 get to tell the witness how you want the
19 question answered, Brandon. I know you know the
20 rules just like you know I know the rules. This
21 is JV stuff.
22         MR. THOMPSON: I get to direct him to
23 answer the question that I'm -- let me finish.
24         MR. BRANTINGHAM: Yeah. Please.
25         MR. THOMPSON: Don't talk over me.

Page 64

1          MR. BRANTINGHAM: Please.
2          MR. THOMPSON: I get to direct him to
3  the question that I'm asking. He's not
4  answering that question. I've now asked it
5  three times. I'm going to have to ask it four
6  times because he's not answering the question
7  that I'm asking. He's trying to answer some
8  other question. That's fine. If we want to let
9  him continue to do that, I would have --
10 actually expect you to step in and say the
11 question is blah. If you don't want to do that,
12 that's fine.
13     Q. I didn't mean to interrupt you. Go
14 ahead and give your answer, and then we'll see
15 if that's an answer to my question.
16     **A. There was a clear communication between
17 the donor surgeons and the transplant surgeon
18 regarding this heart.**
19     Q. What donor surgeons?
20     **A. The two procurement surgeons.**
21     Q. You say there was a clear
22 communication. What clear communication?
23     **A. About the picture of the heart at the
24 donor site and at the OCS.**
25     Q. Okay. So your testimony is that the

Page 65

1  clear communication was Michael Pick sent a
2  video of the heart.
3          MR. BRANTINGHAM: Object to the form.
4      **A. I can't recall the type of
5  communication, but every time we make sure there
6  is a clear communication about the donor heart.**
7      Q. Do you think it's enough, and now we've
8  got the video in there, do you think it's enough
9  ███████████████████████████████████████
10 ███████████████████████████████████████
11 of the heart? Does that comply with the
12 standard of care in your view?
13         MR. BRANTINGHAM: Object to form and
14 foundation.
15     **A. I'm confident there was a clear
16 communication about the picture of the donor at
17 the -- at the donor site -- the heart at the
18 donor site and at the machine.**
19     Q. We'll talk about that in a second.
20     **A. Sure.**
21     Q. With respect, that's not my question.
22 I'm not asking you whether you were confident
23 there was a clear communication. I'm asking
24 you: If the only communication was this text
25 message and the video of the heart, do you think

17 (Pages 62 to 65)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 66

1  that would be enough communication to comply
2  with accepted standards of medical practice?
3      MR. BRANTINGHAM: Do you understand,
4  doctor?
5      THE WITNESS: I --
6      MR. BRANTINGHAM: He's asking you to
7  assume certain facts.
8      THE WITNESS: I --
9      MR. BRANTINGHAM: He's not asking you
10 about what you know, he's asking you to assume a
11 set of facts that he's creating and asking you
12 about that.
13     **A. You know, I'm -- you can -- you can --**
14 **you can -- you can ask any question to me**
15 **regarding this donor, and that's why I'm -- I'm**
16 **here, but you are asking about the standards of**
17 **care, you know. I don't exactly understand your**
18 **question.**
19     Q. Okay. I'll ask it a different way, --
20     **A. Okay.**
21     Q. -- see if we can get there.
22     **A. Okay.**
23     Q. You know that there are certain ways
24 that the procurement process is supposed to be
25 done; right?

Page 67

1      **A. Yes.**
2      Q. Do you understand what the phrase
3  "accepted standards of medical practice" means?
4      **A. Accepted?**
5      Q. Do you understand what the phrase
6  "accepted standards of medical practice" means?
7      **A. Yes.**
8      Q. Do you understand what the phrase
9  "standard of care" means?
10     **A. Yes.**
11     Q. Great. With that understanding, do you
12 agree that if the only communication back to Dr.
13 Villavicencio about this heart was the single
14 text message and the two-dimensional video, that
15 would not be enough to comply with the standard
16 of care?
17     MR. BRANTINGHAM: Object to foundation.
18     Q. Do you understand my question?
19     **A. Actually, no.**
20     Q. Okay. What part of it don't you
21 understand? Because you understand what the
22 standard of care is; right?
23     **A. I understood.**
24     Q. Great.
25     **A. You ask --**

Page 68

1      Q. Break it --
2          We're going to break it down. You
3  understand what the standard of care is; right?
4      **A. I want you not to interrupt me**
5  **actually, you know. So I'm listening to you and**
6  **I will give you my answer, the one I -- that I**
7  **know and the one I can recall.**
8      Q. Do you understand what the phrase
9  "standard of care" means? I think you told us
10 you do.
11     **A. Uh-huh.**
12     Q. Yes?
13     **A. Yes.**
14     Q. Do you understand what I'm talking
15 about when I say "this text message?"
16     **A. Yes.**
17     Q. Do you understand what I'm talking
18 about when I say "that two-dimensional video
19 that was sent of the heart in the OCS machine?"
20     **A. Yes.**
21     Q. Do you understand what I mean when I
22 say "assume that that video and this text
23 message were the only communications sent back
24 to Dr. Villavicencio?"
25     **A. I can't recall.**

Page 69

1      Q. That's not what I'm asking.
2      MR. BRANTINGHAM: Hold on. Let him
3  finish. We've been over this.
4      **A. You want to interrupt me more and more?**
5      Q. No. I want you to answer my question
6  because it's a simple question.
7      MR. BRANTINGHAM: Hold on. Hold on.
8  No. Hang on a -- this is --
9          Let's take a minute. Okay?
10     MR. THOMPSON: Yeah. That's fine.
11     MR. BRANTINGHAM: Let's take a minute.
12     THE REPORTER: Okay. Off the record.
13     (Recess taken from 10:00 a.m. to 10:11
14     a.m.)
15     THE VIDEOGRAPHER: We're on video.
16     THE REPORTER: We're on the record.
17 BY MR. THOMPSON:
18     Q. All right. Doctor, before we took a
19 break we were talking about my question about
20 the standard of care. Do you remember that?
21     **A. Yes.**
22     Q. All right. Now let me see if I can
23 frame it in a way that we can get on the same
24 page about.
25     **A. Yes.**

18 (Pages 66 to 69)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Page 70

1   Q. You understand that I'm asking you a
2   hypothetical question. I think it accurately
3   represents the facts of this case, but it's a
4   hypothetical question. Do you understand that?
5   **A. Yes.**
6   Q. All right. Now assuming that the only
7   two communications back to Dr. Villavicencio
8   ████████████████████████████████████
9   ████████████████████████████████████
10  that was sent to him of the heart in the OCS
11  box, do you think that would comply with the
12  standard of care?
13      MR. BRANTINGHAM: Object to foundation.
14  Go ahead.
15      **A. I mean it depends on -- on the**
16  **circumstances at the time of surgery, I mean**
17  **procurement or transplant. But I can't recall I**
18  **mean whether there was a phone call or not, but**
19  **we are sure, before leaving the donor site, that**
20  **a clear communication is passed to the**
21  **transplant surgeon.**
22      Q. And in your view it would be okay for
23  it to not involve a phone call; is that true?
24  Is it your testimony that that clear
25  communication does not necessarily need to

Page 71

1   include a phone call?
2       MR. BRANTINGHAM: Object to the form
3   and the foundation.
4       **A. There was a clear communication between**
5   **the -- the transplant -- the procuring surgeons**
6   **and the transplant surgeon about this donor**
7   **heart.**
8       Q. Okay. Again, not my question. You
9   keep wanting to talk about clear communication.
10  Let's do it another way.
11      **A. Go ahead.**
12  ████████████████████████████████████
13  ████████████████████████████████████
14  ████████████████████████████████████
15  ████████████████████████████████████
16  ████████████████████████████████████
17  ████████████████████████████████████
18  ████████████████████████████████████
19  ████████████████████████████████████
20  ████████████████████████████████████
21  ████████████████████████████████████
22  ████████████████████████████████████
23  ████████████████████████████████████
24  ████████████████████████████████████
25  ████████████████████████████████████

Page 72

1   ████████████████████████████████████
2   ████████████████████████████████████
3   ████████████████████████████████████
(lines 4–25 redacted)

Page 73

1   ████████████████████████████████████
2   ████████████████████████████████████
(lines 3–25 redacted)

19 (Pages 70 to 73)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 74

1    Q.  Yeah.  So here's why I'm asking these
2    questions, doctor, --
3        **A.  Yes.**
4        Q.  -- just to make sure we're on the same
5    page here.
6        **A.  Yes.**
7        Q.  For about the last 20 minutes when I've
8    been asking you questions about the
9    communication back to Dr. Villavicencio --
10       **A.  Uh-huh.**
11       Q.  -- and what was required by the
12   standard of care, you've really kind of danced
13   around my question about whether there needed to
14   ██████████████████████████████
15   ██████████████████████████████
16   ██████████████████████████████
17   ██████████████████████████████
18   ██████████████████████████████
19   ██████████████████████████████
20   ██████████████████████████████
21   ██████████████████████████████
22   ██████████████████████████████
23   ██████████████████████████████
24   ██████████████████████████████
25   ██████████████████████████████

Page 75

1    ██████████████████████████████
2    ██████████████████████████████
3    ██████████████████████████████
4    ██████████████████████████████
5    ██████████████████████████████
6    ██████████████████████████████
7    ██████████████████████████████
8    ██████████████████████████████
9    ██████████████████████████████
10   ██████████████████████████████
11   ██████████████████████████████
12   ██████████████████████████████
13   ██████████████████████████████
14   ██████████████████████████████
15   ██████████████████████████████
16   ██████████████████████████████
17   ██████████████████████████████
18   ██████████████████████████████
19   ██████████████████████████████
20       Q.  Do you want to try to tell us that this
21   is an answer to the question?  It's not an
22   answer to the question.
23       **A.  You --**
24       MR. BRANTINGHAM:  Here's what I'd like
25   to tell you, Brandon.  We'll stipulate the

Page 76

1    document says what it says.  The witness is
2    clearly having issues with how you're
3    constructing your questions.
4        MR. THOMPSON:  I don't think he is at
5    all.  I think he's intentionally not answering
6    my question.
7        MR. BRANTINGHAM:  I don't particularly
8    care about what your opinion is about the
9    witness.
10       MR. THOMPSON:  Well then don't give me
11   your opinion.  Don't give me your opinion.
12       MR. BRANTINGHAM:  Okay.  Let -- then
13   let him ans --
14       MR. THOMPSON:  Instruct --
15       MR. BRANTINGHAM:  -- let him answer the
16   question.
17       MR. THOMPSON:  -- instruct the guy to
18   answer my questions.
19       MR. BRANTINGHAM:  I think I am.
20       Go ahead and answer the question as you
21   see fit, doctor.
22       **A.  But you don't give me the chance to**
23   **answer it actually.**
24       MR. BRANTINGHAM:  Just let him answer
25   the question.

Page 77

1    Q.  You're not answering.
2        **A.  Please listen to me.  There was a clear**
3    **communication regarding this donor heart with**
4    **the transplant surgeon between the -- the**
5    **procuring surgeons and the transplant surgeon.**
6        Q.  What was the clear communication?
7        **A.  There was a clear communication about**
8    **the heart status and the heart status on the --**
9    **on the -- on the OCS machine, and there was a**
10   **clear communication regarding the steps -- or**
11   **stages of the transport all -- all through and**
12   **whether the heart is good or not or whether**
13   **any -- for any event, and that was clear.**
14       Q.  In what --
15       **A.  That's the question you are asking me.**
16   **Now -- now --**
17       Q.  It's not.
18       **A.  Let me -- let me -- let me finish.**
19       **Now what I said to you, there was a**
20   **clear communication about the heart.  Now I**
21   **can't recall at the -- all stages whether that**
22   **was in the phone call or video or the text, I**
23   **mean at each stage, but there was a clear**
24   **communication.  That was -- that's the thing**
25   **that I can attest.**

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Page 78

25   Q.  Okay.  Is there a reason why you don't

Page 79

1   want to answer my question?
2        MR. BRANTINGHAM:  You don't have to
3   answer that question.

Page 80

Page 81

21  (Pages 78 to 81)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



STIREWALT & ASSOCIATES
MINNEAPOLIS, MN   1-800-553-1953   info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



23 (Pages 86 to 89)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Page 90

(content redacted)

Page 91

21  Q. Okay. Why did you go get your license
22  to practice in Dubai in 2024?
23  A. Yes.
24  Q. My question wasn't did you. I know you
25  did. It's on your CV. Why did you?

Page 92

1   A. That's correct. Because I'm from
2   Jordan and I go there, and if my plan for the --
3   I mean the future, if I reside there, you know,
4   it's good to have, you know -- I use in my life
5   to get all my credentials regardless if I use
6   them or not. Getting a license does not mean
7   that you are planning to work there. And --
8   Q. Got it.
9   A. -- I can give you one more. I have the
10  membership in the Royal College of Surgeons in
11  Ireland, but I never work there, I never visited
12  there.
13  Q. You passed your boards in Jordan in
14  2007; is that right?
15  A. I have the cardiac surgery board in
16  2007.
17  Q. For how long does that last?
18  A. It's forever.
19  Q. You never have to recertify?
20  A. No.
21  Q. Does that carry over to the United
22  States, your Jordanian board certification?
23  A. There are -- there are requirements for
24  the license, to get me licensed here, and I
25  applied for the license and I got my Minnesota

Page 93

1   license to work here.
2   Q. No. You understand there's a
3   difference between being licensed to practice
4   medicine in the United States and being board
5   certified in a specialty in the United States;
6   right?
7   A. That's correct.
8   Q. My question for you is: Does your
9   Jordanian board certification carry over to the
10  United States?
11      MR. BRANTINGHAM: Object to the form.
12  Go ahead.
13      A. You mean equal to the American board,
14  that's what your -- what your question, or what?
15  Q. Yeah. Like if a patient asks you "Are
16  you board certified?", what do you say?
17  A. No.
18  Q. Why do you have a license in Ohio?
19  A. That's my answer to you, I get many of
20  the credentials that I like to, you know,
21  whether certification, boards. Always in my
22  life I'm working on myself to upgrade myself.
23  Q. Sure. Have you ever been to Ohio?
24  A. Visiting.
25  Q. Yeah.

24  (Pages 90 to 93)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 94

1    A. Not working.
2    Q. Have you ever applied for a job in
3  Ohio?
4    A. Probably in the past. I can't recall
5  where or whether in Ohio, but --
6    Q. So your testimony is you just --
7  because you want to improve yourself, you just
8  randomly went out and got a medical license in
9  the United States state of Ohio in 2018.
10    A. Two -- 2018 and while I was in Jordan.
11    Q. But not because you were looking to get
12  a job there, just because you wanted to improve
13  yourself.
14    A. Yes.
15    Q. What about Indiana or Wisconsin or
16  Iowa? Are you going to get licensed in any of
17  those places?
18    A. Because when you apply for a license,
19  you look for the requirements of the license.
20    Q. Right. My question is: Ohio seems
21  totally random unless there's some reason that
22  you were applying there, and that's what I'm
23  trying to figure out. If it was just because
24  you want to improve yourself, why not some other
25  state?

Page 95

1    A. Just I choose Ohio. I mean I went one
2  state license. That's all.
3    Q. Okay. Have you ever gone to procure a
4  heart and decided that, based on your global
5  assessment, that it was not going to be suitable
6  for transplantation?
7    A. Yes.
8    Q. How often has that happened in your
9  career, best estimate?
10    A. At the donor site you mean?
11    Q. At --
12    We'll talk about other times, yes. I
13  appreciate that clarification. At the donor
14  site.
15    A. At the donor site, that includes at the
16  donor and at the OCS?
17    Q. Could -- could be an OCS heart, might
18  not be an OCS heart.
19    A. Yes.
20    Q. Any heart that you're going to procure
21  for transplant, you're at the donor site, you do
22  your visual assessment, you palpate the vessels,
23  you look for bruising, you look for anomalies,
24  you look at the hemodynamics, you do all the
25  stuff that you were doing --

Page 96

1    A. Uh-huh.
2    Q. -- and you say, you know what, this --
3  this is not a heart that we're going to
4  transplant.
5    A. Three to four times.
6    Q. Now you would agree with me that
7  sometimes a heart that looks good at the donor
8  site may no longer be viable when you get back
9  to the transplant institution; right?
10    A. Say it again.
11    Q. Sometimes a heart that looks good at
12  the donor site ends up not being transplanted at
13  the transplant institution; right?
14    A. Your -- your -- your question is broad
15  actually because --
16    Q. It's intended to be broad.
17    Does that ever happen --
18    A. Because --
19    Q. -- in your experience?
20    A. -- there --
21    I answered your question. We denied
22  three to four cases roughly of heart transplant
23  at the donor site.
24    Q. We're talking past one another. So let
25  me -- let me ask it a different way.

Page 97

1    A. Uh-huh.
2    Q. As part of getting your OCS training
3  and as part of procuring hearts to be placed on
4  the OCS, I presume you familiarized yourself
5  with the literature that involved the OCS.
6    A. Yes.
7    Q. So you are well aware of the PROCEED
8  and EXPAND studies, I presume.
9    A. Yes.
10    Q. So you know that in those studies, one
11  out of every five, almost, hearts that were
12  transported on the OCS ended up not being
13  transplanted once they -- once they got to the
14  transplant institution; right?
15    MR. BRANTINGHAM: Just object to
16  foundation.
17    A. That's what you read?
18    Q. Well you read the studies as well as I
19  did.
20    A. I read and I have my own -- but to
21  answer --
22    MR. BRANTINGHAM: Yeah. Just go ahead
23  and answer the question.
24    A. You ans --
25    To answer your question, we deny three

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 98

1  **to four -- three to four hearts. I'm talking**
2  **about hearts, not lungs. And we had the**
3  **experience of denying a heart from the donor**
4  **site and we had the chance to deny a heart after**
5  **putting it on the OCS machine.**
6     Q. Okay. I'm sticking now with the
7  studies about the OCS machine; okay?
8     **A. Uh-huh.**
9     Q. Are you with me?
10    **A. I'm with you.**
11    Q. I'm not talking about your personal
12  experience. We'll talk about that in a minute.
13  I'm talking about your review of the OCS
14  studies. Are you with me?
15    **A. I'm with you.**
16    Q. When you went to procure this heart for
17  Noah Leopold, you knew that it was going to be
18  transported on the OCS; right?
19    **A. That's correct.**
20    Q. Is the fact that a heart is going to be
21  transported on the OCS something that is
22  relevant to you when deciding whether a heart is
23  suitable for transplantation? Is that one of
24  the things you take into account?
25    **A. Can you -- I can --**

Page 99

1     **I -- I want you to revise this -- this**
2  **answer, make it more clear to me.**
3     Q. I don't know how to make it any more
4  clear. When you went to procure the heart for
5  Noah Leopold, was it relevant to you that this
6  heart was going to be transported on the OCS?
7     **A. That's correct.**
8     Q. It was relevant to you?
9     **A. What do you mean by relevant? I mean**
10 **I'm sure it was to be on OCS, I was sure,**
11 **because of the distance.**
12    Q. Yep.
13    Did that go into your analysis about
14 whether this heart was going to be suitable for
15 transplantation?
16    **A. Using the OCS you mean?**
17    Q. The fact that you were going to have to
18 transport it on the OCS.
19    **A. Yes.**
20    Q. And the -- one of the reasons for that
21 is because you know, because you read these
22 studies --
23    **A. Uh-huh.**
24    Q. -- and you trained on the OCS, you know
25 that there is a significant subset of hearts

Page 100

1  that are transported on the OCS that look good
2  at the donor site, and then they end up being
3  discarded without being transplanted; right?
4     MR. BRANTINGHAM: Object to foundation.
5     **A. That's what you read.**
6     Q. That what what?
7     **A. That's what you read, I mean, and you**
8  **are saying it.**
9     Q. I'm asking if you read it.
10    MR. BRANTINGHAM: What -- hang --
11 just --
12    This will be a lot probably smoother
13 and clearer if you want to show him whatever
14 document you're asking him about.
15    MR. THOMPSON: Yeah. That's not what
16 we're going to do.
17    MR. BRANTINGHAM: Well you just said
18 "you read it." What are you talking about that
19 he read?
20    Q. I asked you before about whether you
21 read the PROCEED and EXPAND studies, and you
22 told me that you did; right?
23    **A. Right.**
24    Q. Okay. Now I'm sticking with your
25 knowledge.

Page 101

1     **A. Uh-huh.**
2     Q. Do you know that there is a significant
3  subset of hearts that are transported on OCS
4  that look good at the donor site and end up not
5  looking good once they get to the transplant
6  institution?
7     **A. Can you show me the --**
8     Q. No. I'm asking if you know that.
9     MR. BRANTINGHAM: Just to your
10 knowledge, doctor.
11    **A. That may be, but that -- I can't**
12 **talk --**
13    **I mean I cannot know the exact**
14 **percentage. You are saying significant.**
15 **That's -- that's something different.**
16    Q. Okay. Is it significant to you?
17    MR. BRANTINGHAM: Hold on a second.
18 You used the word "significant" meaning a
19 significant number of hearts in those studies.
20 Now you're using the word "significant" to ask
21 him if this information he has not agreed to is
22 significant to him?
23    Q. No. I'm asking if the number was
24 significant to you, because you told me you read
25 the studies.

26 (Pages 98 to 101)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 102

1          MR. BRANTINGHAM: But you haven't
2    established the number, Brandon.
3          MR. THOMPSON: I don't need to.  I'm
4    asking -- he's saying he doesn't know the for-
5    sure number.
6          Q. I'm saying I don't care if you know the
7    for-sure number.  Is it a number that's large
8    enough to be significant to you?  Because it's
9    large enough to be significant to the people who
10   manufactured the device.
11         MR. BRANTINGHAM: Okay.
12         Q. So I'm asking if it's significant to
13   you.
14         MR. BRANTINGHAM: Okay.  I -- hang on.
15   I object to the form of the question.  Go ahead
16   and try to answer it if you can.
17         **A. There --**
18         **You read these.  I read many of the**
19   **literature I mean when I was trained in the OCS.**
20   **You know, I keep updating myself.  There are**
21   **many numbers in the studies.  That's why I'm**
22   **telling you, you know, what do you mean by**
23   **"significant?"  You know, you want the right**
24   **answer?  Just ask me the specific question.**
25         Q. I want your answer.  I want to know if

Page 103

1    it is -- if --
2          From your recollection of the studies
3    and from your experience with OCS and from your
4    training with OCS, do you at least have a
5    general understanding that there are hearts that
6    look good at the donor site, and they end up
7    getting discarded at the transplant site?
8          MR. BRANTINGHAM: Okay.
9          Q. Do you understand that?
10         MR. BRANTINGHAM: Hang on.  So that's
11   the question.
12         MR. THOMPSON: Yeah.
13         MR. BRANTINGHAM: Do you get that
14   question?
15         THE WITNESS: I get --
16         MR. BRANTINGHAM: Just answer just that
17   question.
18         **A. There are certain hearts that are**
19   **denied at the donor site, not transplanted,**
20   **after, you know, we're choosing for -- for -- I**
21   **mean to be procured, and then they are denied.**
22         Q. Right.  Because something happens en
23   route.  They looked good at the donor site,
24   something happens between the time they get put
25   on the OCS machine and the time that they get to

Page 104

1    the OR where it's gone from this is a good
2    heart, we're going to transplant, to this is not
3    a good heart and we're not going to transplant
4    it; right?
5          **A. No.  If that's your answer, no.**
6          Q. Okay.  What am I missing?
7          **A. Yes.  Because to be specific in your**
8    **question, I'm talking to you that we had the**
9    **experience to deny heart at the donor site.**
10   **That includes when we assess the heart first, we**
11   **say this is not suitable for the transplantation**
12   **upon communication with the transplant surgeon.**
13   **We are all in agreement.  The second -- the**
14   **second stage that we had experience with is**
15   **putting the heart on the transplant -- on the --**
16   **on -- the donor heart on the OCS machine, and**
17   **when that happened, when we see the heart, we**
18   **communicated with the transplant surgeon the**
19   **same way, the same video, that this is not -- I**
20   **mean that has something, you know, in the heart,**
21   **so we cannot, and it was denied.**
22         Q. Yep.  And then sometimes the lactate
23   doesn't go down en route and that's a bad sign;
24   right?
25         **A. Doesn't --**

Page 105

1          **Say your question again.**
2          Q. One of the things that you're looking
3    for on the OCS is you're looking at the
4    lactates; right?
5          **A. Correct.**
6          Q. And what we want to see is that the
7    lactates are going down; right?
8          **A. Correct.**
9          Q. Sometimes they don't go down; right?
10         **A. The lactate is one of the good**
11   **parameters to assist the heart on the OCS**
12   **machine.**
13         Q. I understand that.
14         **A. Yes.**
15         Q. And sometimes --
16         Most of the time the lactates look
17   good, and a heart that looked good at the donor
18   site, we're still going to transplant it on the
19   back end.  Right?  That's what happens most of
20   the time.
21         MR. BRANTINGHAM: If I can help
22   clarify, you're not asking about his experience,
23   Mayo's experience, you're asking in the universe
24   of people who have ever used OCS.  Right?
25         Q. Including maybe your experience.

27 (Pages 102 to 105)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 106

1          MR. BRANTINGHAM:  Sure.
2      Q.  I mean most of the time when you get a
3  heart and you put it on OCS, it does get
4  transplanted at Mayo; right?
5      Let me ask it a different way.
6      A.  Yes.
7      Q.  In 2022 you estimated that you did ten
8  OCS heart cases; right?
9      A.  An estimate.
10      Q.  Okay.
11      A.  A rough estimate to say.
12      Q.  Were any of those hearts rejected once
13  they got to Mayo?
14      A.  I can't remember any one.
15      Q.  In 2023 you estimated somewhere between
16  12 to 15 OCS hearts.  Were any of them rejected
17  once they got to Mayo?
18      A.  I can't remember any case.
19      Q.  This year, approximately eight OCS
20  hearts.  Were any of them rejected once you got
21  to Mayo?
22      A.  There was one case was turned down at
23  the donor site.
24      Q.  Wasn't my question.  We got to stick
25  with my question.

Page 107

1      A.  On the OCS machine.
2      Q.  Yep.
3      I'm asking if any of those eight got --
4  that got put on the OCS, we brought them all the
5  way to Rochester, and then once they got here we
6  decided, you know what, we thought this was
7  going to work, but it's not going to work.  That
8  hasn't happened to your recollection.
9      A.  I can't recall any one.
10      Q.  Fair enough.
11      But you know, because you read the
12  studies, --
13      A.  Uh-huh.
14      Q.  -- that 20 percent of the time in the
15  studies that did happen; right?
16      A.  There are many studies, many studies
17  now.  The literature is full of studies with --
18      Q.  Stick with EXPAND.
19      A.  -- with different numbers.
20      Q.  Have you ever read or even looked at
21  the TransMedics OCS Heart User Guide?
22      A.  Of course.
23      Q.  When is the last time you think you
24  looked at it?
25      A.  Yeah.  I looked at that, you know --

Page 108

1  we -- you know, when we got our training, and I
2  keep updating about myself.
3      Q.  My question was:  When's the last time
4  you think you looked at it?
5      A.  I --
6      I'm working on myself.  I get updated
7  in many aspects of this.  And --
8      Q.  I'm talking about one specific
9  aspect, --
10      A.  And --
11      Q.  -- this manual.  When do you think the
12  last time is that you looked at it?
13      A.  The resources are so many in our
14  medicine.  We are having many resources and many
15  articles that I keep all the time updating
16  myself.  But I can't recall, as per your
17  question, I can't recall exactly the time that I
18  read this document the last time.
19      Q.  Do you have any recollection whatsoever
20  about what the warnings are that the
21  manufacturer puts in this manual?
22      A.  Yeah.  I --
23      There are -- there are certain --
24  certain parameters that we are, you know -- we
25  get -- we get to know that we are in the normal

Page 109

1  ranges.
2      Q.  Wasn't my question.
3      My question was:  There's a section in
4  this manual, Section 1.5 that's in nice bold
5  letters, and the top of it says "Warnings."  Do
6  you have any clue as you sit here today what
7  those warnings are?
8      A.  I'm reading a lot of articles, so you
9  are asking me about a sentence written in -- in
10  bold.  But if you want to -- if you want to show
11  it to me I can, you know, tell you, but I
12  read -- I'm daily reading.
13      Q.  My question -- I think you're answering
14  it, just in a roundabout way.  My question is:
15  As you sit here today, do you have any clue what
16  warnings the manufacturer of this device that
17  you are using dozens of times puts out there?
18      MR. BRANTINGHAM:  Object to the form of
19  the question.  Go ahead, doctor.  I think you
20  did answer it.
21      A.  Yes.  I'm aware of the -- of the
22  certain things that are alarming to me and this
23  machine are -- are the readings, you know, that
24  I should pay attention to that, if that's the
25  thing -- the answer for your question.

28 (Pages 106 to 109)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 110

1    Q. Okay. So your answer is you -- you
2  don't know with any specificity what the
3  warnings are.
4    **A. I know the warnings of the heart. I'm**
5  **aware of the -- of this machine, you know.**
6    Q. You're aware of the warnings of the
7  heart and you're aware of this machine. What
8  warnings --
9    **A. The heart --**
10   Q. Hold on.
11     MR. BRANTINGHAM: Just --
12   Q. You got to --
13     You answered, and now I got to ask you
14  a follow-up question.
15     MR. BRANTINGHAM: Wait for a real
16  question.
17   Q. What warnings of the heart are you
18  talking about?
19   **A. On the machine or where?**
20   Q. You said "I'm aware of the warnings of
21  the heart." What did you mean when you said
22  that?
23   **A. Yeah. Because you keep inter --**
24  **interrupting me. You are asking me about the**
25  **machine, the warnings on the -- on the machine.**

Page 111

1  **Right? And I'm answering you, but you keep**
2  **interrupting me. I'm aware of the warnings of**
3  **the machine and the heart being on the machine.**
4  **That's my question to you -- that's my answer to**
5  **your question.**
6    Q. Okay. What warnings are you aware of?
7    **A. Yes. So first, you know, the numbers,**
8  **the numbers that we are having and the**
9  **parameters.**
10   Q. What numbers and what parameters are
11  you talking about?
12   **A. Yes. The coronary perfusion, the**
13  **aortic pressure, the lactate levels, the**
14  **arterial blood gases, the visual assessment of**
15  **the heart.**
16   Q. All of those things are important;
17  right?
18   **A. Yes.**
19   Q. All of those things are an important
20  part of assessing whether the heart is suitable
21  for transplantation; right?
22   **A. Correct.**
23   Q. And those things can and do change
24  during the entire OCS run; right?
25   **A. They may change.**

Page 112

1    Q. Sure. For example, the lactate may
2  change. That's why somebody's supposed to be
3  looking at the lactate every 15 to 30 minutes;
4  right?
5     MR. BRANTINGHAM: Object to the form,
6  compound.
7    **A. These numbers, you know, give an**
8  **assessment and -- and -- you know, about the**
9  **heart, you know, function on the OCS machine.**
10   Q. I understand that.
11   **A. Uh-huh.**
12   Q. And they can change as the run goes on;
13  right?
14   **A. Yes.**
15   Q. That is why the lactates are supposed
16  to be periodically sequentially drawn; right?
17   **A. Correct.**
18   Q. Now the flow pressures can also change;
19  right?
20   **A. Correct.**
21   Q. That is why there is a readout that
22  shows what the flow pressures are; right?
23   **A. Correct.**
24   Q. Right. Somebody's got to be actually
25  looking at that stuff and doing an ongoing

Page 113

1  assessment of the heart; right?
2    **A. Right.**
3     MR. BRANTINGHAM: Object to the form.
4    Q. Go ahead.
5    **A. These --**
6     **I mean these numbers, you know, there**
7  **is -- they are sequentially measured. And for**
8  **this particular donor, all the flows and the**
9  **numbers were within the normal ranges.**
10   Q. We're going to get to -- we're going to
11  get to the -- what actually happened in this
12  case. Right now I'm just talking about general
13  concepts.
14     One of the other general concepts is
15  that the function of the heart can change over
16  time; right?
17   **A. It may.**
18   Q. I mean the reason it's in a clear box
19  is so that somebody can look at it; right?
20     MR. BRANTINGHAM: Object to foundation.
21   Q. Didn't they tell you in your
22  TransMedics training that the reason this thing
23  is in a clear box is so that an ongoing visual
24  assessment can be performed?
25   **A. Yes.**

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

---

Page 114

1  Q. Thank you.
2  A. I can --
3      MR. BRANTINGHAM: Just ans -- yes.
4  That's good.
5      A. I want to --
6      MR. BRANTINGHAM: That's the answer,
7  yes.
8  Q. Nope. You've answered my question.
9  Yes, they did tell you that the reason that this
10 thing is in a clear box is so an ongoing visual
11 assessment can be performed.
12     Did they tell you in your TransMedics
13 training that is an import -- it is important to
14 actually conduct that ongoing visual assessment?
15     A. You mean this every time?
16 Q. Every time a heart is on the OCS --
17     A. Yeah.
18 Q. -- somebody should be looking at it to
19 see if it still looks like it's functioning
20 well; right?
21     A. Yes.
22 Q. Yeah. That's an important part of the
23 ongoing assessment of the heart; right?
24     A. Uh-huh. Right.
25 Q. Because if the heart looked like it was

---

Page 115

1  really beating strong at the donor site and when
2  you put it on the OCS machine, but if now we're
3  an hour and a half into the flight and the
4  thing's not looking so good, --
5      A. Uh-huh.
6  Q. -- that's important; isn't it?
7      A. It's important. Of course.
8  Q. And if that happens, somebody should be
9  picking up the phone and communicating that back
10 to the transplant surgeon; right?
11     MR. BRANTINGHAM: Just object to form.
12     A. It depends where you are. You are
13 talking in the airplane?
14 Q. Yeah. Do you not have the ability to
15 communicate back with Mayo while you're on the
16 plane?
17     A. Actually, no. There is no --
18 Q. Really. You have no ability to
19 communicate back with Mayo while you're on this
20 plane.
21     MR. BRANTINGHAM: Asked and answered.
22 Go ahead, you can answer again.
23 Q. I mean I am --
24     A. I have --
25 Q. Pardon my shock, but I want to make

---

Page 116

1  sure that I'm getting this right.
2      A. Yeah. We don't, you know. I can't
3  recall --
4      You know, the reason why I'm thinking,
5  because I can't recall if that -- there was
6  internet coverage in that airplane.
7  Q. Uh-huh.
8      A. But if there is no internet
9  coverage, --
10 Q. Uh-huh.
11     A. -- there is no to communicate -- no way
12 in the airplane, I mean.
13 Q. Got it. I mean --
14     Okay. I mean presumably you've flown
15 commercial plenty; right?
16     MR. BRANTINGHAM: I think we'll
17 stipulate you can get Wi-Fi on those commercial
18 flights, if that's where you're going with it,
19 Brandon.
20 Q. Yeah. But -- but you don't --
21     I mean you don't know whether you can
22 communicate? What if -- what if something
23 really catastrophic happens with the heart while
24 you're in the air, the OCS machine stops
25 working, for example, are you telling me there's

---

Page 117

1  no way to communicate back to the transplant
2  team and tell them that?
3      MR. BRANTINGHAM: Hang on one second.
4  Object to the form of that question, I think
5  it's been asked now a couple of times. Go
6  ahead.
7      A. I can't recall if that airplane had an
8  internet or not. I can't recall if there was a
9  communication in the airplane, that's the second
10 thing. That's -- that's my question -- my
11 answer to you.
12 Q. When is the last time you went on an
13 OCS run?
14     A. Two weeks.
15 Q. Was there Wi-Fi on that plane?
16     A. No.
17 Q. So presumably then what you're telling
18 me is if something bad happens with the heart
19 while it's on the airplane, we may have to wait
20 until we're on the ground to communicate that
21 back to the transplant team.
22     A. If there is no internet, that's
23 correct.
24 Q. Yeah. Okay.
25     Can you and I agree that if the heart

---

30 (Pages 114 to 117)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 118

1   function changes during the flight, looked good
2   at the donor site but, boy, while we were en
3   route it actually wasn't looking as good as it
4   did at the donor site, that's an important piece
5   of information to communicate to the transplant
6   team?
7           MR. BRANTINGHAM: Object to the form.
8       **A. That donor? We --**
9       Q. I'm not asking about a specific donor.
10      **A. We did not have any event.**
11      Q. Oh, we're going to talk about that.
12  Don't worry about that.
13      **A. Yeah.**
14      Q. I'm talking about in general.
15      **A. Yeah.**
16      Q. Yeah. We're going to get into what you
17  saw in that airplane.
18      **A. Because --**
19      Q. We're talking -- hold on. My question
20  is general.
21          Can't you as a cardiothoracic surgeon
22  agree with me that if the heart function looks
23  really good and strong and robust at the donor
24  site, but while you're en route it looks less
25  robust and it isn't beating as strong, that is

Page 119

1   an important piece of information that needs to
2   be communicated to the transplant surgeon?
3           MR. BRANTINGHAM: You mean when he
4   can't communicate it in flight or after?
5       Q. Once you land.
6           MR. BRANTINGHAM: Okay. So he's asking
7   once you land, is it important to communicate to
8   the surgeon what he just said.
9       **A. Of course the surgeon is aware that we**
10      **are landing and if there is anything.**
11      Q. You're not listening to me.
12      **A. Of course.**
13      Q. No, no. I know the surgeon knows when
14  you land. I didn't ask you whether you need to
15  tell the surgeon when you land. Stick with me.
16  Hold on. Stick with me, because I want to make
17  sure we're on the same page about this.
18      **A. Uh-huh.**
19      Q. To you, as a cardiothoracic surgeon,
20  would it be relevant to know that a heart that
21  was beating really strongly when you took off in
22  Idaho wasn't beating so strongly when you landed
23  in Rochester? Would that be important?
24      **A. You're talking about this donor.**
25      Q. No. I'm asking you a gen --

Page 120

1       **A. That didn't happen.**
2       Q. We're going to talk about that. Don't
3   worry.
4       **A. Uh-huh.**
5       Q. I'm talking about in general.
6           MR. BRANTINGHAM: He's asking a
7   hypothetical. That's just --
8       **A. Yeah. As a general information, if you**
9       **are asking a hypothetical thing, yeah, this -- I**
10      **mean once we are touching in the nearest airport**
11      **to the hospital, you know, if there is any event**
12      **with -- with -- with the donor, with the -- with**
13      **the organ, whatever, you know, a heart or lung,**
14      **we communicate that the -- with the**
15      **surgeon.**
16      Q. I'm not just talking about any event.
17  I'm talking about a specific event, --
18      **A. At --**
19      Q. -- and that -- and that would be the
20  heart -- overall heart function looks like it's
21  not as strong and robust as it was when we took
22  off.
23      **A. And --**
24          MR. BRANTINGHAM: Object to the form of
25  the question and foundation.

Page 121

1           So he's asking a more specific question
2   now based on the description he just gave you of
3   what might happen to a heart, and it's
4   hypothetical. If you're able, go ahead.
5       **A. If there is any event, that includes,**
6       **you know, happened in the airplane, we will pass**
7       **it after we land, you know, whenever we have the**
8       **chance to communicate with the surgeon.**
9       Q. Did you know that in the PROCEED study
10  overall survivor was -- survival was lower in
11  patients transplanted with the OCS system
12  compared to patients transplanted with standard
13  cold preservation?
14      **A. Yes, I know.**
15      Q. You're aware of that.
16      **A. Yes.**
17      Q. Is that a relevant piece of information
18  to you as the procurement surgeon?
19      **A. Yes.**
20      Q. Did you know that in the PROCEED and
21  the EXPAND studies there was pathologic evidence
22  of myocardial injury with hearts that were
23  preserved on the OCS system and nobody knows for
24  sure why that happened?
25      **A. That's what the study said.**

31 (Pages 118 to 121)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 122

1    Q. Yep. Do you have any reason to dispute
2  that?
3      **A. I have no.**
4    Q. Do you have any theories as to why some
5  hearts that are transported on the OCS system
6  suffer myocardial damage while they're on the
7  system?
8      MR. BRANTINGHAM: Foundation.
9      **A. I -- I have no explanation.**
10    Q. You don't have a clue. You just know
11  it happens, but you don't know why.
12      **A. No. That's --**
13      **That there are certain things that**
14  **happen that, still now, I mean the literature**
15  **don't have explanation. But I have a lot of,**
16  **you know, of -- of information about this. You**
17  **know, I'm at Mayo, so we are -- we are -- you**
18  **know, we know a lot about these -- this machine**
19  **and how, you know, to run the heart on it --**
20    Q. Uh-huh.
21      **A. -- and how to choose the heart. Yeah.**
22    Q. Uh-huh. Uh-huh.
23      Is it part of your practice, when
24  you're reviewing the UNOS records, to look at
25  the donor's social and medical history?

Page 123

1      **A. Yes.**
2    Q. Why?
3      **A. We review every aspect that's written**
4  **or documented in the UNOS.**
5    Q. Is the medical--
6      **A. Because I believe --**
7    Q. Go ahead. I didn't mean to cut you
8  off. Go ahead.
9      **A. Yeah. Because when we go there we try**
10  **to get most of the information relevant to the**
11  **donor site, to the donor patient.**
12    Q. There are certain things about a
13  patient's medical or social history that can
14  make their heart riskier than others; right?
15      **A. Like what?**
16    Q. Well we'll get into the specifics. I
17  at least want a general agreement that, yeah,
18  there are things that can make a heart riskier.
19      **A. In I mean the whole picture, you know,**
20  **there are -- all the circumstances of the donor**
21  **are important to us.**
22    Q. Uh-huh. Uh-huh.
23      **A. We know --**
24      **You know, we should know everything,**
25  **you know, that we can -- we can know.**

Page 124

1    Q. Is the phrase --
2      Does the phrase "marginal heart" mean
3  anything to you as a cardiothoracic surgeon?
4      **A. Yes.**
5    Q. Is that kind of a term of art?
6      **A. What?**
7    Q. Is that a term of art for cardiac
8  surgeons?
9      **A. What do you mean heart -- art or heart?**
10    Q. Term of art. Do you know that phrase?
11      **A. No.**
12    Q. Okay. Is "marginal heart" a phrase
13  that cardiac surgeons use?
14      **A. Marginal, yes.**
15    Q. Yes. Okay.
16      What does it mean to you?
17      **A. Means to me that it's not the optimum**
18  **thing or the very excellent thing.**
19    Q. So a marginal heart, in your
20  definition, would be not optimal, not excellent.
21      **A. No, not the very excellent.**
22    Q. Not very excellent. Got it.
23      Okay. When you reviewed the UNOS
24  records for the donor in this case -- now we're
25  going to talk about this case -- did you have

Page 125

1  any estimate whatsoever about what size that
2  donor heart was going to be?
3      **A. Size of what? I mean size of the --**
4    Q. Size of the heart.
5      **A. Yeah. It was -- it was okay. It**
6  **was -- it was good.**
7    Q. When you looked at the UNOS records,
8  did you have an estimate of what the size was
9  going to be was my question.
10      **A. Yes.**
11    Q. We're not even getting to the visual
12  inspection yet.
13      **A. Yes.**
14    Q. We'll get to that in a minute. You're
15  still in Rochester.
16      **A. Yes, still in Rochester.**
17    Q. Yep. You look at the UNOS records.
18      **A. Yes, we look at the UNOS records. You**
19  **know, echo and -- echocardiogram and**
20  **catheterization as well as all the other**
21  **measures that we looked at, I mean the whole**
22  **document in the UNOS, this donor was an**
23  **excellent donor to get.**
24    Q. None of that was my question though.
25  My question was very specifically limited to

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 126

1    size.
2        Did you have any estimate as to what
3    size that donor heart was going to be before you
4    left Rochester?
5        A. What do you mean by size?  I mean --
6    you mean echo measurements?  Because that's --
7    that's a vague question to me actually.
8        Q. Okay.  I guess I wasn't expecting that.
9        Is any aspect of heart size relevant to
10   the question of whether it's suitable for
11   transplantation?
12       A. Yes, of course.
13       Q. What aspect of it is relevant?
14       A. Yes.  The echo measurements of the --
15   of that heart.
16       Q. Of the dimensions.
17       A. Dimensions are one of them.
18       Q. Yep.  Okay.
19       Did you have a clue what size this
20   heart was?
21       A. I can't recall exactly the numbers, but
22   they were within the, you know, range of our
23   acceptability for this -- for this recipient.
24       Q. And the reason you knew that is because
25   the transplant committee had decided that, not

Page 127

1    because you did anything to independently verify
2    that; right?
3        A. Of course the transplant committee I
4    mean chose this, but I looked at that, you know,
5    and my opinion was in agreement with their --
6    with their opinion.
7        Q. Okay.  How -- how was Noah's heart size
8    estimated?
9        MR. BRANTINGHAM:  Object to foundation.
10       Q. Well let me -- let me ask a broader
11   question.
12       A. You're asking --
13       Q. In order --
14       A. Because you are mixing the donor --
15       MR. BRANTINGHAM:  Just let him -- just
16   let him ask a better question.
17       Q. Yeah.  In order to figure out whether a
18   donor heart is a size match for the recipient,
19   you got to have at least an estimate of how big
20   the recipient's heart is; right?
21       A. Right.
22       Q. Right.  Because you want to make sure
23   that the heart that you're going to transplant
24   is big enough that it is going to be able to
25   actually run the recipient's body; right?

Page 128

1        A. Uh-huh.  Yes.
2        Q. Yeah?  I mean you can't put like the
3    heart of a four-year-old in the heart of a
4    300-pound guy; right?
5        A. Right.
6        Q. Right.  And on the other side of the
7    spectrum, you got to make sure the heart's not
8    too big, because if the donor heart is too big,
9    you're not going to be able to make it fit in
10   the recipient's chest cavity; right?
11       A. Correct.
12       Q. All right.  So because of that, there
13   are parameters for a heart that's too undersized
14   or a heart that's too oversized; right?
15       A. Right.
16       Q. What are those parameters in your view?
17       A. Yes.  So this -- this donor was
18   selected --
19       Q. I'm not talking about this donor.
20   General parameters for how undersized or
21   oversized a heart can be and still fall within
22   the acceptable range.
23       A. That depends on each, you know,
24   circumstance of the donor and recipient.
25       Q. Are you telling me there's not a

Page 129

1    generally-accepted percentage?
2        A. There are -- there are, you know,
3    certain per -- you know, percentages and number,
4    but each recipient and each donor is having
5    different circumstances.
6        Q. Okay.  So specifically then for Mr.
7    Leopold, how was it determined what an
8    appropriate size heart would be for him?
9        A. That -- that was, you know, the
10   selection committee, you know.  They, you know,
11   they chose this donor for this recipient.
12       Q. So is the answer to my question:  I
13   actually, Dr. Altar --
14       How do you pronounce your last name?
15       A. Altarabsheh.
16       Q. Altarabsheh.
17       -- I, Dr. Altarabsheh, actually have no
18   idea how the selection committee went about
19   determining that this was a proper size?
20       A. That --
21       MR. BRANTINGHAM:  Object to the form of
22   the question.  Go ahead.
23       A. That's totally incorrect.
24       Q. Then tell me --
25       Don't -- don't tell me the selection

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN   1-800-553-1953   info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 130

1  committee did it then if --
2      **A. Don't interrupt me.**
3          MR. BRANTINGHAM:  Hold on, hold on,
4  hold on, hold on.
5          MR. THOMPSON:  Hold on.
6          MR. BRANTINGHAM:  Just ask a
7  question --
8          MR. THOMPSON:  I am.
9          MR. BRANTINGHAM:  -- and then let him
10  answer it.
11         MR. THOMPSON:  I am.
12         MR. BRANTINGHAM:  Okay.  Go.  Hold on,
13  doctor.  Go ahead with your question.
14     Q.  How did the decision get made for Mr.
15  Leopold that this heart was going to be an
16  appropriate size?  Because when I asked you that
17  before you --
18         MR. BRANTINGHAM:  No, no, no, no.  Just
19  ask the question, Brandon.
20         MR. THOMPSON:  Don't interrupt me.
21  Don't inter -- I'll ask --
22         MR. BRANTINGHAM:  Don't badger the
23  witness, Brandon.
24         MR. THOMPSON:  I will ask the questions
25  how I want to ask the questions.  I don't need

Page 131

1  your instruction or advice as to how I'm going
2  to conduct the deposition.  Your job is to sit
3  there and make objections.  And if you think
4  that I'm so far out of line that we need to
5  terminate the deposition, that is your remedy.
6  Your remedy is not -- your remedy is not to tell
7  me how you think I should be asking questions.
8  So please --
9          MR. BRANTINGHAM:  I'm well aware of my
10  remedies.
11         MR. THOMPSON:  Then great.  Please stop
12  interrupting me and let me ask my questions.
13         MR. BRANTINGHAM:  Please ask questions,
14  and when you ask a question, don't follow it
15  with shouting at the witness about your
16  dissatisfaction with his prior --
17         MR. THOMPSON:  We -- we have a video.
18  If -- if --
19         MR. BRANTINGHAM:  We do.
20         MR. THOMPSON:  -- you think I'm
21  shouting and you think that it's so far out of
22  line you need to terminate the deposition, do
23  it.
24         MR. BRANTINGHAM:  I think you just
25  asked a question and then you followed it and --

Page 132

1          MR. THOMPSON:  Okay.
2          MR. BRANTINGHAM:  -- and upbraided him
3  with your dissatisfaction with his prior answer.
4  Just ask the question, let him answer.
5          MR. THOMPSON:  What part of "I don't
6  need your advice about how to ask questions" are
7  we not clicking on here?
8          MR. BRANTINGHAM:  Oh, I understand what
9  you're saying.
10         MR. THOMPSON:  Right.
11         MR. BRANTINGHAM:  I don't care.
12         MR. THOMPSON:  Perfect.
13         MR. BRANTINGHAM:  Because I'm going to
14  make my objections, and if you're going to abuse
15  witnesses --
16         MR. THOMPSON:  Then make an objection.
17  You're not making objection.  You're telling me
18  how to ask questions.  That's not an objection.
19         MR. BRANTINGHAM:  I'm --
20         Actually, Brandon, I'm telling you you
21  didn't ask a question.
22         MR. THOMPSON:  I did.
23         MR. BRANTINGHAM:  You asked a
24  legitimate question, you then followed it with a
25  speech which is meant to intimidate, influence,

Page 133

1  manipulate the witness.  Just ask a question and
2  you'll get an answer.
3          MR. THOMPSON:  Are you finished?
4          MR. BRANTINGHAM:  Just ask a question.
5          MR. THOMPSON:  Are you finished?
6          MR. BRANTINGHAM:  I am now finished.
7          MR. THOMPSON:  Great.
8          MR. BRANTINGHAM:  Please ask your
9  question.
10  BY MR. THOMPSON:
11     Q.  My question is:  How did it come --
12         How was it decided that this heart was
13  going to be an appropriate size for Mr. Leopold?
14  And don't tell me that that was the selection
15  committee's decision, because I want to know
16  what your knowledge is about how that decision
17  was made.
18     **A. You --**
19         MR. BRANTINGHAM:  Object to the form of
20  the question.  Go ahead and answer if you're
21  able.
22     **A. You finished your --**
23     **You are assuming.  We are in front of**
24  **the cameras.  You are assuming an answer that I**
25  **did not make.**

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 134

1   Q. Great. Then give me an answer.
2      A. You are asking -- you are asking about
3   the general rules of the size matching between
4   recipients and donors.
5      Q. No, that was five minutes ago.
6      A. And now --
7         Don't interrupt me, please, for the --
8   you know, I'm telling you, --
9      Q. Just answer my question.
10     A. -- don't --
11        MR. BRANTINGHAM: Hold on. Hold on.
12   Just stop here. Hold on.
13     Q. You're not answering my question.
14        MR. BRANTINGHAM: Hold on.
15     Q. Now you're giving a speech.
16        MR. BRANTINGHAM: Hold on.
17     Q. Answer my questions.
18        MR. THOMPSON: And this is my dep --
19        I get to run the deposition. When you
20   take depositions, you can run the deposition
21   however you like. If I think this witness is
22   not answering my questions, I'm well within my
23   right to interrupt him and redirect him to the
24   question that I'm asking. And if you -- and
25   if --

Page 135

1         Again, if you think I'm abusing him to
2   the point that we need to terminate the
3   deposition, do it. That's your remedy.
4      Q. But you got to answer my questions.
5   The question before you has absolutely nothing
6   to do with general parameters. That was five
7   minutes ago. The question before you is really
8   simple, and I'll ask it again.
9         The question is: If you know, how was
10   the decision made that this donor heart was an
11   appropriate size for Noah Leopold?
12        MR. BRANTINGHAM: You can go ahead and
13   answer. And the question is if you know. If
14   you know.
15     A. Did you say "inappropriate" or
16   "appropriate?"
17     Q. Appropriate.
18     A. Oh, okay. That was the selection
19   committee selecting the donors for -- for our
20   recipients.
21     Q. Is that your complete answer to my
22   question?
23     A. Can -- can I make sure that your
24   question is totally? Because that was the
25   decision of the selection committee, and I

Page 136

1   looked to the data of that donor and I was in
2   agreement with this -- with this selection.
3      Q. Okay. Do you have any clue how the
4   selection committee made that decision?
5         MR. BRANTINGHAM: He's just asking if
6   you know how the committee made the decision,
7   doctor.
8      A. They're having their -- their, you
9   know, parameters, you know, and making, you
10   know, the multiple factors, you know, for the
11   recipient and the donors and they choose
12   accordingly.
13     Q. Got it.
14        Okay. Do you know what those
15   parameters were that the donor committee -- or
16   the selection committee was using?
17     A. I know for myself, but you can reach
18   out to the selection committee and ask them
19   these questions.
20     Q. Nope. I'm asking what your knowledge
21   is. So your answer is: No, I don't know what
22   parameters the selection committee used.
23     A. This is not my answer.
24     Q. Great. Okay. Then what is your
25   answer?

Page 137

1      A. I know -- I know, you know, a lot of,
2   you know, information in my -- in my -- you
3   know, I'm in the medical field, I know. But
4   they are, you know, they're specialized in this.
5      Q. Right. So I'll return --
6         MR. BRANTINGHAM: Same objection.
7      Q. -- I'll return back to my question.
8         Do you know what parameters the
9   selection committee used?
10     A. They are using many parameters.
11     Q. Great. Do you know any of them?
12     A. Yes.
13     Q. What?
14     A. From a blood group, size match.
15     Q. Blood --
16     A. Yeah.
17     Q. I'm talking about the size. We're just
18   talking about the size.
19     A. The size match between the recipient
20   and the donor, heart size, ventricular
21   diameters, you know, many of the things -- the
22   things that I know, but they are the best to
23   judge the, you know, the most suitable donor for
24   the recipient -- for that recipient.
25     Q. You're speaking in big-time

35 (Pages 134 to 137)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 138

1  generalities here and we're going to be
2  specific. Do you --
3        So you've said heart size and then
4  ventricular diameter were two of the parameters
5  that you think the selection committee looks at;
6  right?
7        **A. They are looking on a lot of factors**
8  **relevant to the recipient and the -- and the**
9  **donor.**
10       Q. I'm sure they are. I'm trying to
11  figure out what knowledge you have of those
12  factors other than just there's lots of factors
13  and I rely on them to figure it out. And if
14  that's your answer, that's cool.
15       **A. No, that's not my answer.**
16       Q. Great.
17       **A. Don't assume my answers.**
18       Q. Great. Well then let's talk about it.
19       What specifically are the parameters
20  that the selection committee used to decide this
21  was an appropriately-sized heart for Noah
22  Leopold?
23       **A. Yes. There are many parameters that**
24  **they consider. That's --**
25       Q. Such as?

Page 139

1        **A. You keep interrupting me.**
2        Q. Go ahead.
3        **A. But you keep interrupting me, you know.**
4        Q. I'm listening.
5        **A. Can you listen to me?**
6        Q. I'm tying. Go ahead.
7        **A. I cannot answer you if you keep**
8  **interrupting me, you know.**
9        Q. Answer my question, doctor.
10       **A. I'm answering your question, but don't**
11  **interrupt me.**
12       Q. Go ahead. Tell me the parameters --
13       **A. I mean --**
14       Q. -- specifically.
15       **A. I'm -- I'm --**
16       MR. BRANTINGHAM: He's asking, doctor,
17  specifically what did the committee use. And
18  if -- if you don't know because you weren't
19  there, that's fine, you can -- that can be your
20  answer.
21       **A. The selection committee, they're having**
22  **their parameters to choose the right donor for**
23  **the right recipient, and these parameters are,**
24  **you know, for Mayo committee. And when I look**
25  **to the -- that donor I was, you know -- you**

Page 140

1  know, I was fine with that -- with that donor
2  **for myself. I didn't see anything.**
3        Q. Are you finished?
4        **A. Yes.**
5        Q. I'm still waiting for the specific
6  parameters because you haven't given me one
7  single one.
8        **A. You can ask them for the details,**
9  **because you are asking for the exact -- you**
10  **know, for all the parameters and there are many**
11  **parameters.**
12       Q. I'm just --
13       How about just one?
14       **A. I'm giving you.**
15       Q. What?
16       **A. The ventricular size.**
17       Q. Of the donor or the recipient?
18       **A. There should be matching between the**
19  **two.**
20       Q. They should be, you're right.
21       Any other parameters that you can think
22  of?
23       **A. But I'm telling you you can ask the**
24  **selection committee for all the parameters and**
25  **I'm sure they will give you all the parameters.**

Page 141

1        MR. BRANTINGHAM: So, doctor, if you
2  don't yourself know what parameters they used,
3  then you can just say that and that should be
4  the end of those questions, frankly.
5        **A. Yes. You can refer to the -- to the --**
6  **to the selection committee.**
7        Q. I know I can do that, but that's not my
8  question.
9        **A. Uh-huh.**
10       Q. My question is: Do you know any of the
11  other parameters other than ventricular size?
12       **A. I give you the, you know, the blood**
13  **grouping.**
14       Q. Right. But I'm talking about the size
15  of the heart.
16       **A. You can -- you can ask the -- the**
17  **selection committee about all the measurements.**
18       Q. I -- I --
19       But I know I can ask them that, but I'm
20  not asking them that right now. I'm asking you
21  because you're --
22       **A. Uh-huh.**
23       Q. -- the one who's having your deposition
24  taken.
25       **A. Uh-huh.**

**36 (Pages 138 to 141)**

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 142

1    Q.  Do you know any of the parameters that
2  the selection committee used to determine this
3  was a size match other than ventricular size?
4      **A.  Like the heart size.**
5    Q.  What -- what about the heart size?
6      **A.  The heart size.  The heart size.**
7    Q.  That's different than the ventricular
8  size?
9      **A.  There is --**
10      **Yes, because the echo is a dif -- I**
11  **mean the LV is an echo sizing, while the heart**
12  **size, we can measure it on the x-ray.**
13    Q.  Uh-huh.  And you said you looked at the
14  parameters yourself and you were satisfied that
15  this was an appropriate-sized heart for Mr.
16  Leopold.
17      **A.  Yes, was appropriate.**
18    Q.  Yeah.
19      **A.  Uh-huh.**
20    Q.  And so when you looked at the
21  parameters and satisfied yourself that this was
22  an appropriate-sized heart, you looked at the
23  ventricular size and then you looked at the
24  heart size.  Did you look at anything else?
25      **A.  I looked, you know, to -- to the whole,**

Page 143

1  **you know, documents for this donor on the -- on**
2  **the UNOS database.**
3    Q.  We're going to talk about lots of other
4  factors in a minute.  We're just sticking with
5  heart size right now.
6      **A.  Uh-huh.**
7    Q.  I want to a make sure I'm giving you an
8  opportunity to completely answer my question.
9      **A.  Yes.**
10    Q.  Were there any other parameters that
11  you looked at other than ventricular size and
12  heart size?
13  
14  
15  
16  
17  
18  
19  
20  
21    Q.  -- things like that.  We're sticking
22  with heart size, the donor size, appropriately-
23  sized heart.
24      **A.  I looked to all the donor details**
25  **before leaving Rochester.**

Page 144

1    Q.  What other details were pertinent to
2  you with respect to this being an -- an
3  appropriate size other than ventricular size and
4  the heart size on the x-ray?
5      **A.  I looked to all the pertinent details**
6  **and documents for this donor, and this donor was**
7  **optimum to us to choose.**
8    Q.  Yeah.  Okay.  Again, we're talking
9  about size only.  We're going to get to those
10  other factors in a minute.
11      If the only two things you looked at
12  were the ventricular size on the echo and the
13  heart size on the x-ray, that's okay, but I want
14  to make sure I'm getting a complete answer.  You
15  keep telling me no, no, I looked at everything,
16  I looked at everything that was pertinent.  I
17  don't know what's pertinent to you.  What else
18  did you look at with respect to this being an
19  appropriately-sized heart?
20      **A.  Yes.  I looked all -- for all the**
21  **details in this donor, and when I'm saying that,**
22  **I looked to the echo, I looked to the**
23  **catheterization, I looked to the -- you know,**
24  **all the history and -- you know, for this**
25  **patient and to the lab tests, you know.  So all**

Page 145

1  **these measures I looked at and I was confident**
2  **that was a suitable organ to take for this**
3  **recipient.**
4    Q.  Did the respective weights between the
5  donor and the recipient matter to you?
6      **A.  Did what?**
7    Q.  Weight.  Their weight.
8      **A.  Oh, body weight.**
9    Q.  Yes.
10      **A.  Yes.**
11    Q.  Was that relevant to you?
12      **A.  Yes.**
13    Q.  Okay.  So you saw that the donor was
14  significantly heavier than Mr. Leopold; right?
15      MR. BRANTINGHAM:  Object to the form of
16  the question.
17      **A.  I can't remember the numbers, --**
18    Q.  Okay.
19      **A.  -- you know, in the weight for -- each**
20  **body weight for it.**
21    Q.  All right.  Other than ventricular
22  size, heart size on x-ray, and body weight, any
23  other parameters relevant to determining the
24  size of the heart?
25      **A.  I'm saying to you I am taking all the**

37 (Pages 142 to 145)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 146

1  documents --
2  Q. Okay.
3  A. -- and parameters of the -- of the
4  donor and looked at them, --
5  Q. Okay.
6  A. -- and all parameters of this donor
7  were optimum to be selected for this recipient.
8  Q. Uh-huh. Okay.
9  MR. BRANTINGHAM: Mr. Thompson's really
10  specifically asking about the size, doctor. So
11  any other factors that you can -- as you sit
12  here today that you can recall that are specific
13  to the size of the heart, setting aside the
14  other issues.
15  (Interruption by videographer.)
16  MR. BRANTINGHAM: If that's all you can
17  remember as you sit here, that's okay, just say
18  so.
19  A. Do you mean the echo measurements?
20  Because -- because when you are saying the size,
21  it's -- it's -- is the medical term. For
22  example, the aortic diameters, that's -- that's
23  a size for you, that's an echo measurement and
24  that's important for us. The -- for example,
25  the ventricular septum, the -- the LV wall,

Page 147

1  these are all diameters. It's not sizes.
2  Because you are asking about size. That's a
3  different story.
4  Q. Uh-huh. Great. This is -- this is
5  what I'm talking about. So you were satis --
6  how did --
7  How was Noah Leopold's aortic diameter
8  measured?
9  A. I can't remember the exact number.
10  Q. How would it be -- no, no. How would
11  it be measured?
12  A. There are two types of measurements,
13  echo, echocardiogram, or CT scan. One of them.
14  Q. Okay. All right.
15  In looking at the UNOS donor records,
16  you saw the cause of death of this donor; right?
17  A. I saw it.
18  Q. Cause of death is an important part of
19  assessing whether an organ is suitable for
20  transplantation; right?
21  A. It's part of them.
22  Q. Uh-huh. And certain causes of death
23  are more optimal than others; right?
24  A. Like what?
25  Q. Well you're the procurement surgeon,

Page 148

1  not me. If you were going to draw up the
2  perfect heart for you to go and procure, what
3  would be the cause of death?
4  A. That's your answer, it depends on
5  circumstances of the -- of the donor. Because
6  your -- your question --
7  For example, if I want to go and get a
8  heart from a road traffic accident with multiple
9  injuries, that's different story. So it depends
10  on the circumstances of the -- of the donor.
11  Q. Yeah. No, I'm asking like in --
12  Paint me a picture of the perfect donor
13  heart in terms of cause of death.
14  A. There are many circumstances that we
15  consider.
16  Q. I understand there's lots of
17  circumstances you consider. You can't tell me
18  like this would be ideal? And if you can't,
19  that's fine.
20  MR. BRANTINGHAM: And if you don't
21  understand the question, that's fine, too.
22  Because it's --
23  A. Can you --
24  MR. BRANTINGHAM: He's asking you to
25  imagine a cause of death, what's the perfect way

Page 149

1  for somebody to die and then give up their
2  heart. I mean that's what he's asking.
3  A. He's a -- he's a -- he's a donor, you
4  know, and --
5  MR. BRANTINGHAM: Maybe a more specific
6  question might get you where you're trying to go
7  here.
8  Q. Sure. How about dying of an
9  intracranial hemorrhage is not optimal; is it?
10  MR. BRANTINGHAM: Object to the form of
11  the question.
12  A. I don't think, no.
13  Q. Hmm?
14  A. No.
15  Q. No what?
16  MR. BRANTINGHAM: No was the answer to
17  the question which was: Dying of intracranial
18  hemorrhage is not optimal, comma, is it? The
19  answer was no.
20  MR. THOMPSON: Right. But that could
21  be interpreted both ways.
22  Q. Are you agreeing with me that you're
23  right, Mr. Thompson, intracranial hemorrhage is
24  not optimal, or are you saying, no, Mr.
25  Thompson, you're wrong, intracranial hemorrhage

38 (Pages 146 to 149)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 150

1  doesn't matter?
2      MR. BRANTINGHAM: Or something else?
3  Those aren't the only choices.
4      Q. Or something else.  Sure.
5      A. Our donor was an optimum donor.
6      Q. Wasn't my question.  Okay?  Wasn't my
7  question.
8      MR. BRANTINGHAM: He's just asking you
9  in the abstract, hypothetically, or in general,
10  is dying of an intracranial hemorrhage an
11  optimal --
12      Q. Yeah.
13      MR. BRANTINGHAM: -- history for a
14  donor.
15      Q. Or put it different -- let me ask --
16  I'll put it a different way and maybe
17  make it easier.
18      A. Yes, make it.
19      Q. Does intracranial hemorrhage have any
20  impact on survival post heart transplant using a
21  donor from an intracranial hemorrhage?
22      A. No.
23      Q. Really?
24      A. Yes.
25      Q. Did you know that Dr. Villavicencio and

Page 151

1  a Dr. Daly and a bunch of their colleagues
2  actually wrote an article entitled "Heart
3  Transplant Recipients of Donors with
4  Intracranial Hemorrhage Have Worse Survival?"
5  Have you ever heard of that?
6      A. Yeah.  But -- but --
7      Q. Have you heard of that article?
8      A. I heard.
9      Q. Hmm?
10      A. Yes.
11      Q. What was the conclusion of that study?
12      MR. BRANTINGHAM: If you know, doctor.
13      Q. If you know.
14      MR. BRANTINGHAM: Foundation.
15      Q. You said you're aware of it.
16      A. I can't -- I can't remember exactly
17  there, but you will find a lot of studies about
18  this.
19      Q. Okay.  Do you know what The Journal of
20  Heart and Lung Transplantation is?
21      A. Of course.
22      Q. Do you subscribe to it?
23      A. I have many publications in this.
24      Q. You have many publications in it?
25      A. Yes.

Page 152

1      Q. So just from the title of --
2      Maybe I'm a little bit unclear.  Do you
3  remember reading this article?
4      A. I read, you know, many of the article
5  from Mayo, and I read something about, you know,
6  survival with different, you know, causes of,
7  you know, death for the donors.
8      Q. Okay.
9      A. Yes.
10      Q. So I want you to listen carefully to
11  the title of this article and tell me if this
12  rings any bells for you.  Okay?
13      A. Okay.
14      Q. "Heart Transplant Recipients of Donors
15  with Intracranial Hemorrhage Have Worse
16  Survival."  First of all, does that ring any
17  bells to you?
18      A. It's what -- what it says.  It --
19      MR. BRANTINGHAM: He's just asking if
20  you remember that article, doctor, this
21  particular article.
22      Q. Yeah.  If that jogs your memory that
23  maybe you looked at this abstract.
24      A. I -- I read, you know, many articles
25  from here -- and that is from here and from

Page 153

1  outside, and that's probably one of them.
2      Q. Okay.
3      A. Uh-huh.
4      Q. Just from the title of the article,
5  what do you think the conclusion probably was?
6      MR. BRANTINGHAM: Object to foundation.
7      A. You can -- you can read.  I can read
8  the article to give you the -- the conclusion.
9  I can read it, too.
10      Q. Well the purpose of the study was: "We
11  sought to determine if recipients of donors who
12  die due to intracranial hemorrhage have worse
13  outcomes post heart transplant."  That's the
14  question I was just asking you; right?
15      A. The question --
16      The answer to your question, there are
17  many parameters that determine the suitability
18  and the survival rate.  You know, the
19  survival --
20      Q. Right.  I'm just talking about one
21  parameter.
22      MR. BRANTINGHAM: Just let him answer.
23      A. Don't interrupt me, please.
24      Q. I'm just talking about one parameter,
25  and that --

39 (Pages 150 to 153)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 154

1      A.  I'm --
2      Q.  -- and that parameter is intracranial
3  hemorrhage.  So I want to make sure we're on the
4  same page here.  I'm not talking about whether
5  there's a bunch of parameters, I'm talking about
6  intracranial hemorrhage.  And the question that
7  I asked you before was whether you agreed with
8  me that people who die from intracranial
9  hemorrhage have a worse outcome if that donor
10  heart is used for a heart transplant, and you
11  disagreed with me on that --
12      MR. BRANTINGHAM:  That's actually not
13  true.
14      MR. THOMPSON:  Oh, you're right.
15      Q.  No.  I asked if -- if it had any
16  impact.  You said you didn't think it had any
17  impact.
18      MR. BRANTINGHAM:  No, actually you
19  asked if it was optimal and he --
20      MR. THOMPSON:  No, and then I asked
21  another question.
22      MR. BRANTINGHAM:  Okay.
23      MR. THOMPSON:  But I'll ask it again.
24      MR. BRANTINGHAM:  Let's not pretend
25  like we know what he said.  Just ask a question.

Page 155

1      MR. THOMPSON:  I know exactly what he
2  said.
3      MR. BRANTINGHAM:  Okay.
4      THE WITNESS:  Uh-huh.
5      Q.  But I'll ask it again, now that you --
6  now that I've read you the title of this
7  article.
8      A.  Uh-huh.
9      Q.  Let me ask you this question.
10      A.  Yes.
11      Q.  Do you agree with me that heart
12  transplant recipients of donors with
13  intracranial hemorrhage have worse survival?
14      A.  That --
15      MR. BRANTINGHAM:  I will object to the
16  form and the foundation --
17      A.  That --
18      MR. BRANTINGHAM:  -- and just note for
19  the record that you're asking the witness about
20  an article that you're not showing him.
21      A.  That's the conclusion from the authors.
22      Q.  No.  I'm asking if you agree as a
23  general concept -- no, just -- shake your head
24  all you like.  You got to listen to my question.
25      A.  That's the conclusion of the authors.

Page 156

1      MR. BRANTINGHAM:  Yeah.  Let him ask
2  the question.  So now he's not asking you about
3  the article, he's just asking you --
4      MR. THOMPSON:  A question.
5      MR. BRANTINGHAM:  -- in general.
6      Q.  Listen to my question, please, --
7      A.  Uh-huh.  Uh-huh.
8      Q.  -- and then answer my question.
9      Do you agree that, as a general
10  concept, heart transplant recipients of donors
11  with intracranial hemorrhage have worse
12  survival?
13      A.  You are asking my opinion.
14      Q.  Yeah.
15      A.  I --
16      MR. BRANTINGHAM:  And I'll just object
17  to foundation.  If you know, go ahead.
18      A.  I --
19      You know, I don't think so, but
20  that's -- that needs to -- more evidence.
21      Q.  Okay.  So when you went to procure this
22  heart for Mr. Leopold, --
23      A.  Uh-huh.
24      Q.  -- the fact that the donor had died of
25  an intracranial hemorrhage wasn't relevant to

Page 157

1  you at all.
2      MR. BRANTINGHAM:  Object to the form.
3      A.  It is not irrelevant.  It's part of the
4  whole story.
5      Q.  Uh-huh.
6      A.  It's -- it's part of the whole
7  circumstances.  It's one of them --
8      Q.  Uh-huh.
9      A.  -- we take in consideration.
10      Q.  So let me ask it a different way.
11      A.  Yes.
12      Q.  Did the fact that the donor had died of
13  an intracranial hemorrhage give you any pause
14  whatsoever in making the decision about whether
15  this was a suitable heart?
16      A.  It's part of the assessment that
17  takes -- that's taken in consideration.
18      Q.  Got it.  Okay.  Let's ask it a
19  different way then.
20      A.  Uh-huh.
21      Q.  When we are looking at a donor heart,
22  there are some characteristics of that heart
23  that we could put in the plus column, there's
24  some characteristics of the heart that we could
25  put in the minus column, and then there's

40 (Pages 154 to 157)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 158

1 probably some characteristics that don't matter
2 one way or another.  Am I right about that?
3    A.  Okay.
4    Q.  For example, having an ejection
5 fraction of 65 percent, in and of itself we'd
6 put that in the plus column; right?  That's a
7 good thing.
8    A.  Correct.
9    Q.  All right.  Having a blood type of the
10 same don -- of the same as the person who you're
11 trying to transplant it in, that goes in the
12 plus column; right?
13    A.  Right.
14    Q.  A heart being from a young donor, a
15 25-year-old donor, that thing, in and of itself,
16 that goes in the plus column; right?
17    A.  There are multiple factors, again,
18 because you're considering, you know, an
19 absolute number, you know, but that's not an
20 absolute thing.
21    Q.  No, no.  Fair enough.
22       But by and large, you would prefer to
23 have a heart -- all things -- all other things
24 being equal, you'd prefer it to be from a
25 25-year-old than a 65-year-old; right?

Page 159

1    A.  That's correct.
2    Q.  Perfect.
3    A.  If you are putting this -- this
4 parameter.
5    Q.  Great.  Okay.  So now let's talk about
6 intracranial hemorrhage.
7    A.  Yes.
8    Q.  When you went to procure this heart for
9 Mr. Leopold's transplant, was intracranial
10 hemorrhage in the plus column, in the minus
11 column, or it just didn't matter one way or
12 another?
13    A.  In the area in between.
14    Q.  Great.  How about the fact that the
15 donor was a meth addict?
16    A.  What was that?
17    Q.  A meth addict, methamphetamine.
18       Methamphetamine's bad for your heart;
19 isn't it?
20    A.  Oh, yeah.  Oh, okay.  You talking about
21 the drugs now.
22    Q.  Methamphetamine is not good for the
23 heart, is it, as a general concept?
24    A.  You are talking about drugs.  Right?
25    Q.  Yeah.  I'm talking about one drug in

Page 160

1 particular.  As a cardiothoracic surgeon, who's
2 board certified in Jordan, is methamphetamine
3 use good for your heart?
4    A.  We don't advise people to take
5 amphetamine.
6    Q.  I understand that, and there would be
7 lots of reasons for that.  I want to stick to my
8 question.  Can --
9       As a Mayo Clinic cardiothoracic
10 surgeon, can you at least agree with the
11 statement methamphetamine is not good for your
12 heart?
13    A.  It's -- it's one of the literature
14 that -- where at that -- methamphetamine had
15 side effects --
16    Q.  Uh-huh.
17    A.  -- on the -- on the body, and part of
18 them is the heart.
19    Q.  This is a really simple question.  I'm
20 just going to stick with my question.
21    A.  And --
22    Q.  I want you to answer my question, and
23 if you can't answer it with a yes or no, you let
24 me know.
25       Do you agree that methamphetamine is

Page 161

1 not good for your heart?
2    A.  It has a side effect that may impact
3 the heart.
4    Q.  Why can't you just answer my question?
5    A.  I'm answering you.
6    Q.  Okay.  So I'm going to ask it again.
7 And if you think it can't be answered with a yes
8 or no, you let me know.  Okay?
9    A.  Sure.
10    Q.  You understand?
11    A.  I understand.
12    Q.  You understand I'm looking for a yes or
13 a no?
14    A.  I understand.
15    Q.  And you understand that if you don't
16 think it can be answered with a yes or a no, you
17 are to tell me; right?
18    A.  I'm supposed here to give you the right
19 and accurate answers.
20    Q.  Yeah.
21    A.  Right?
22    Q.  To my questions.
23    A.  To your questions.
24    Q.  My question is, yes or no, is
25 methamphetamine good for your heart?

41 (Pages 158 to 161)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 162

1       **A. I'm telling you, all the literature is**
2   **saying methamphetamine may have side effects on**
3   **the body and the heart as one of the organs in**
4   **the body.**
5       Q. Add --
6       MR. BRANTINGHAM: So, doctor, does that
7   mean you're not comfortable answering that
8   question yes or no, your answer is the one you
9   just gave?
10      THE WITNESS: No. I'm -- I'm telling
11  him what I know and -- and the true answer.
12      MR. BRANTINGHAM: Okay.
13      Q. And that's an adverse side effect on
14  the heart; right?
15      **A. Yes.**
16      Q. Yes. And so if we're going back to our
17  plus/minuses, certainly we can agree that being
18  a meth addict goes in the minus column; right?
19      MR. BRANTINGHAM: Object to the form,
20  foundation. Do you understand the question?
21      THE WITNESS: I answered him.
22      **A. Amphetamine may have side effects on**
23  **the body, and part of this is the heart.**
24      Q. Yeah. It's a different question now
25  though.

Page 163

1       MR. BRANTINGHAM: Now he's trying to
2   ask how -- what is the relevance of a donor's
3   history of methamphetamine use --
4       THE WITNESS: Uh-huh.
5       MR. BRANTINGHAM: -- in terms of
6   assessing suitability of the heart.
7       MR. THOMPSON: Yeah.
8       MR. BRANTINGHAM: He's just asking in
9   general I think.
10      MR. THOMPSON: No, my --
11      No, no. My question is for this
12  patient.
13      MR. BRANTINGHAM: Oh, okay.
14      MR. THOMPSON: This is -- this is --
15      So let me -- let me ask my question,
16  please.
17      MR. BRANTINGHAM: Sure.
18      THE WITNESS: Yes.
19      Q. We're back to our plus column, minus
20  column, or it doesn't matter one way or another.
21  You told me that for Mr. Leopold, intracranial
22  hemorrhage was in the middle, doesn't matter one
23  way or another; right?
24      **A. Yes.**
25      Q. The fact that this donor had an

Page 164

1   ejection fraction of 60 to 65 percent was in the
2   plus column; right?
3       **A. That's correct.**
4       Q. The fact that this donor had the same
5   blood type that -- as Mr. Leopold was in the
6   plus column; right?
7       **A. That's a yes. Of course.**
8       Q. The fact that he didn't have -- this
9   donor didn't have any structural abnormalities
10  in his heart was in the plus column; right?
11      **A. Yes.**
12      Q. Can you and I agree that the fact that
13  he was a meth addict goes in the minus column?
14      MR. BRANTINGHAM: Object to form.
15      Q. For this donor for Mr. Leopold.
16      **A. You are assuming something that the**
17  **methamphetamine having a side effects --**
18      Q. No, I'm not.
19      **A. -- on the heart.**
20      Q. I'm not.
21      MR. BRANTINGHAM: Just let him ask the
22  question.
23      Q. I'm asking a really simple question.
24      When you went to procure this heart for
25  Mr. Leopold, --

Page 165

1       **A. Uh-huh.**
2       Q. -- did it cross your mind that the fact
3   that this guy was a meth addict may be a
4   negative for this heart?
5       MR. BRANTINGHAM: Okay. So make sure
6   you understand that question, doctor. Just
7   answer that question.
8       **A. I told you, methamphetamine may have**
9   **side effects on the -- on the body and part of**
10  **the heart. That doesn't mean that it has its**
11  **side effects on that donor.**
12      Q. I understand all that. None of that
13  was my question.
14      My question was: For this donor, for
15  this patient, was it at least relevant to you
16  that this donor was using IV meth and smoking
17  meth weekly for the last six years?
18      MR. BRANTINGHAM: Hold on a second.
19  That wasn't your question.
20      MR. THOMPSON: It is now.
21      MR. BRANTINGHAM: So now this is a new
22  question.
23      **A. It's a new one.**
24      Q. Yeah. I'm going to see if I can get a
25  straightforward answer to this question.

42 (Pages 162 to 165)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 166

1        **A. I'm giving you --**
2        MR. BRANTINGHAM: Well you could ask a
3    much more straightforward question, frankly.
4        So can we just -- let's read back that
5    question, really focus on the specific question,
6    and answer that specific question.
7        (Record read by the reporter.)
8        Q. Was it relevant?
9        MR. BRANTINGHAM: I just object to
10   foundation.
11       **A. We take all the data and documents for**
12   **the donors and we like to know every aspect of**
13   **the donor to know.**
14       Q. Great. And the reason that you like to
15   know every aspect of the donor is so that you
16   can use those aspects as part of your assessment
17   about whether this is a suitable organ; right?
18       **A. For the whole assessment.**
19       Q. Right. Okay. So now back to the
20   question that I think is pretty doggone simple.
21       Let's do it this way: Does meth go in
22   the plus column?
23       MR. BRANTINGHAM: I'll object to the
24   form of the question. Do you understand the
25   whole plus column/minus column --

Page 167

1        MR. THOMPSON: Of course he does,
2    because he --
3        MR. BRANTINGHAM: -- thing he's talking
4    about?
5        Q. Of course you understand it, because
6    you've told me --
7        MR. BRANTINGHAM: Just hold on.
8        Q. -- you told me that the good ejection
9    fraction was a plus, that the blood type
10   compatibility was a plus, that the lack of
11   structural abnormality was a plus. You told me
12   all those things. Right? And you told me that
13   intracranial hemorrhage wasn't a plus or a
14   minus, it was in the middle. Right?
15       **A. Right.**
16       Q. Yeah. You understand the plus, minus,
17   and in the middle; don't you?
18       **A. Yes.**
19       Q. Great. Tell me which of those columns
20   the fact that this dude was a meth addict falls
21   into.
22       MR. BRANTINGHAM: And by "dude" he
23   means the donor.
24       THE WITNESS: The donor. Okay.
25       Q. Which --

Page 168

1        MR. BRANTINGHAM: Plus, minus, or in
2    the middle.
3        Q. Which column does it fall in?
4        MR. BRANTINGHAM: Or something else.
5        **A. I'll put them in the middle.**
6        Q. Being a weekly meth user wasn't a plus
7    and it wasn't a minus, just wasn't relevant at
8    all.
9        **A. There are --**
10       MR. BRANTINGHAM: Object to the form of
11   the question.
12       Q. Don't tell me there are many things --
13       MR. BRANTINGHAM: Just hold on -- hold
14   on, doctor.
15       Q. -- because I'm asking about one thing.
16       MR. BRANTINGHAM: Again, if you would
17   restrict yourself to asking questions, Brandon.
18       MR. THOMPSON: I am.
19       MR. BRANTINGHAM: Shouting at the
20   witness "don't tell me this and that" --
21       MR. THOMPSON: I shouldn't have to.
22       Q. Doctor, this -- I know --
23       MR. BRANTINGHAM: Hold on just one
24   second. This is not cool. Okay? It's not
25   okay. You don't get to -- however you want to

Page 169

1    call it, shouting, whispering.
2        MR. THOMPSON: Okay.
3        MR. BRANTINGHAM: Telling the witness
4    "don't tell me X, Y and Z" is deeply
5    inappropriate questioning. It really is.
6        MR. THOMPSON: I disagree with you.
7        MR. BRANTINGHAM: Okay.
8        MR. THOMPSON: So --
9        And it's fine. You and I can disagree
10   with one another.
11       MR. BRANTINGHAM: We sure can. We do.
12       MR. THOMPSON: I think --
13       So I think that what's happening here
14   is I've got a witness who is perfectly happy to
15   give straightforward answers to questions that
16   he thinks are helpful, --
17       MR. BRANTINGHAM: Uh-huh.
18       MR. THOMPSON: -- and when there's
19   questions that he doesn't want to answer,
20   because he knows that the truthful answer to the
21   question is problematic for him, --
22       MR. BRANTINGHAM: Uh-huh.
23       MR. THOMPSON: -- he's dancing around
24   it.
25       MR. BRANTINGHAM: Yeah.

43 (Pages 166 to 169)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 170

1    MR. THOMPSON:  And -- and that's fine.
2  He can try to do that for as long as he wants
3  to.  I'm entitled to call him on that.
4    MR. BRANTINGHAM:  Sure.
5    MR. THOMPSON:  And I'm entitled to ask
6  the questions in the way that I want to ask the
7  questions.  And again, if you think I'm way out
8  of line, that's fine, I get it.  We haven't even
9  gotten into the hard stuff yet.
10   Q.  So you know darn well what the plus,
11 minus, and in the middle thing is.  And is it
12 really your testimony, under oath as a
13 cardiothoracic surgeon, that the fact that
14 somebody was a meth addict who was using meth
15 weekly for at least the past six years has no
16 relevance whatsoever to your decision about
17 whether this was going to be a suitable heart
18 for this patient?
19   A.  That --
20     MR. BRANTINGHAM:  Object to form and
21 foundation.  Go ahead and answer the question,
22 doctor.
23   A.  That --
24     MR. BRANTINGHAM:  He's asking if it has
25 no relevance whatsoever.

Page 171

1    A.  That's not true.
2  Q.  Okay.  So it does have relevance.
3    A.  Because --
4  Q.  Hold on.  Does it have relevance?
5    A.  Let me -- let me continue.
6  Otherwise --
7     MR. BRANTINGHAM:  Just start with
8  just -- just that one.
9     MR. THOMPSON:  Yeah.
10     MR. BRANTINGHAM:  And then little
11 pieces is what's going to get this done.  So
12 does it have relevance?  I think you said -- go
13 ahead.
14   A.  Yeah.
15     MR. BRANTINGHAM:  Okay.  Start with
16 that.  Let him ask another question.
17   A.  I'm telling about all these factors --
18 Q.  Hold on.  Hold on.  Hold on.  Don't --
19    You got to just listen to my question.
20 I'm not asking about all these factors.  I'm not
21 asking about stuff in the aggregate.  I'm asking
22 you about one factor.  Do you understand that?
23   A.  I understand.
24 Q.  Okay.  The one factor I am asking you
25 about is the donor's history of using IV and

Page 172

1  inhaled methamphetamine at least weekly for at
2  least the last six years.  Do you understand
3  that?
4    A.  I understand that.
5  Q.  You understand that I am asking you
6  whether you as a cardiac surgeon would put that
7  weekly meth abuse as a plus for a heart, as a
8  minus for a heart, or as having no relevance to
9  a heart.  Right?  Do you understand that?
10   A.  I understand.
11 Q.  Thank you.  You understand that.
12   A.  Yes.
13 Q.  So which column would you put it in?
14   A.  You --
15    The way you are putting the columns, I
16 cannot do that your way, but I can tell you my
17 answer.  Your answer -- your question should be
18 answered, but it depends on the way you deliver
19 your question.  So if you put these columns --
20 these columns, okay, the gray area in between,
21 it's -- it's a gray area.  Okay?  This gray area
22 may be, you know, to the -- to the negative or
23 to the right -- to the positive.  Right?
24 Q.  Uh-huh.
25   A.  It's not the whole gray area.

Page 173

1  That's -- that's my answer to you.
2  Q.  Perfect.
3    So with respect to methamphetamine
4  abuse, would that be more towards the negative
5  side of the gray area?
6    A.  I can tell you we can put it in the
7  gray area.  In that gray area.
8  Q.  Okay.  More to the positive side of the
9  gray area?
10   A.  I can't --
11    You know, there are multiple
12 circumstances that we take together.  It's not
13 one factor.
14 Q.  Right.  But I'm asking you about one
15 factor.
16   A.  I'm --
17 Q.  I'm asking you just about the
18 methamphetamine.
19   A.  I'm ask -- I'm answering you --
20     MR. BRANTINGHAM:  And so --
21    Just hang on one second.  What's the
22 actual question, more to the -- more to where?
23 Q.  You -- you just got done telling me
24 that when we're in this gray area, some of it is
25 more to the positive of the gray area and some

44 (Pages 170 to 173)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 174

1  of it is more to the negative of the gray area.
2  I'm asking you to do that exercise with respect
3  to methamphetamine abuse.
4        MR. BRANTINGHAM:  Okay.
5    Q.  Is it more to the positive side of the
6  gray area or more to the negative side?
7    **A.  It's in the gray area.  If you want**
8  **to -- you know, specifically in this, you know,**
9  **in this area, I'll put it little bit to the**
10 **negative side.**
11   Q.  Thank you.
12       How about the fact that he abused
13 marijuana?
14       MR. BRANTINGHAM:  "He" being the donor.
15   Q.  "He" being the donor.
16       Is that in the gray area, too?
17   **A.  In the gray area.**
18   Q.  More to the negative or more to the
19 positive side of the gray area?
20   **A.  The same answer.**
21   Q.  More to the negative.
22   **A.  To the same answer like the gray area.**
23   Q.  Yeah.  More to the negative side.
24   **A.  Yes.**
25   Q.  Yeah.  How about the fact that he was a

Page 175

1  convicted felon who was incarcerated for
2  20 years of his 40-year life, is that a
3  positive, a negative, or in the gray area?
4    **A.  Gray area.**
5    Q.  Okay.  More to the positive side of the
6  gray area or more to the negative side?
7    **A.  It's to the negative side.**
8    Q.  Yeah.
9        Opioid use; positive, negative, or gray
10 area?
11   **A.  Gray area.**
12   Q.  More to the positive or more to the
13 negative side of the gray area?
14   **A.  The negative.**
15   Q.  The fact that he was a cigarette
16 smoker, pack-and-a-half-a-day smoker, cigarettes
17 are not good for you heart; are they?
18   **A.  They are not good.**
19   Q.  It's like one of the worst things you
20 can do for your heart other than maybe taking
21 cocaine or maybe meth; right?
22       MR. BRANTINGHAM:  Object to the
23 foundation.
24   Q.  Well if you know.  What's worse for
25 your heart, cigarettes or meth?

Page 176

1    **A.  Your next question.**
2    Q.  My question is:  As a cardiac
3  surgeon, --
4    **A.  Yes.**
5    Q.  -- what's worse for your heart, being a
6  pack-and-a-half-a-day smoker or abusing meth
7  every week for six years?
8    **A.  All these are risks factors.**
9    Q.  I understand that.  I'm asking you
10 which one's worse for your heart.
11   **A.  I know your question, and I'm answering**
12 **you.  All are these -- these are risk factors on**
13 **the heart.**
14   Q.  Right.  My question is:  What's worse
15 for your heart?
16   **A.  Uh-huh.**
17   Q.  Let me finish.
18   **A.  I'm not talking.  I'm not interrupting**
19 **you like you do.**
20   Q.  What's worse for your heart, smoking a
21 pack and a half a day of cigarettes for seven
22 years or abusing meth weekly for six years?  If
23 you know.
24       MR. BRANTINGHAM:  And if you're not
25 able to answer that in the abstract, doctor, you

Page 177

1  can just say so.
2    **A.  I'm telling you, these two factors are**
3  **risk factors for the heart.  That's all.**
4    Q.  Got it.
5        You can't tell me which one's worse;
6  right?
7    **A.  Both of them they are having risk.**
8    Q.  You can't tell me which one is worse.
9  What you can tell me is they're both bad --
10   **A.  Yes.**
11   Q.  -- for your heart.
12   **A.  Yes.**
13   Q.  So how about the fact that he had taken
14 LSD and mushrooms, would that be in the gray
15 area?
16   **A.  I don't -- I don't think that's**
17 **something --**
18       **It's part of the history.**
19   Q.  Yeah.  Would that be positive,
20 negative, or gray area?
21   **A.  I don't think we --**
22       **It's in the gray area.**
23   Q.  Is it more to the positive side or more
24 to the negative side?
25   **A.  It's in the middle.**

**45 (Pages 174 to 177)**

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 178

1      Q.  In the middle.
2          Back to intracranial hemorrhage,
3   because we talked about that before we got into
4   the shading of the gray area.
5      A.  Uh-huh.
6      Q.  Would intracranial hemorrhage as the
7   cause of death for this donor be more on the
8   negative side of the gray area at least?
9      A.  I'll put it in the midline little bit.
10     Q.  Little bit negative.
11     A.  On the midline.
12     Q.  So just right in the middle.
13     A.  Yes.
14     Q.  Alcohol use, where does that fall?
15     A.  Gray area.
16     Q.  More to the negative.
17     A.  More to the negative.
18     Q.  Yeah.
19         You knew that Noah Leopold was under
20   consideration for a liver transplant, too;
21   right?
22     A.  You can check the documents.
23     Q.  I'm asking you if you were aware of
24   that.
25     A.  I'm aware.

Page 179

1      Q.  Okay.  What does having liver
2   dysfunction do in terms of risk factors for
3   heart transplant?
4      A.  What's that?
5      Q.  What does liver dysfunction do in terms
6   of a risk factor for a heart transplant?
7      A.  We have an expert hepatologist.  You
8   can -- you can direct these questions if you
9   want to get the -- best answers to your
10  questions.
11     Q.  That's fair, but I'm asking you.  Do
12  you -- and if you don't know, that's fine.
13     A.  We have --
14         MR. BRANTINGHAM:  Do you have the
15  question in mind?  Do you -- we can have it read
16  back.
17     Q.  Do you know what my question is?
18     A.  Just to -- just to understand that you
19  are saying the right question -- I understand
20  the right question that you are asking.
21     Q.  Yeah.  So let me -- let me just ask it
22  a different way --
23     A.  Sure.
24     Q.  -- so we make sure you and I are on the
25  same page.

Page 180

1      A.  Sure.
2      Q.  Do you have any idea what liver
3   dysfunction does to your odds of undergoing a
4   successful heart transplant?
5          MR. BRANTINGHAM:  Object to foundation
6   and form.
7      A.  We have the selection committee and
8   the, you know, surgical committee doing heart
9   and lung transplant -- heart and the liver
10  transplant also.  You can direct this question
11  directly to them.
12     Q.  Well I'm directing it to you.
13     A.  Okay.
14     Q.  Do you know anything about what liver
15  dysfunction does in terms of predicting heart
16  transplant outcomes?
17     A.  We know that, you know, that the
18  outcomes are, you know, are good if we have, you
19  know, a good liver, good heart, good lungs, you
20  know, as any organ.
21     Q.  Right.  And the converse is also true,
22  if you've got liver issues, that is a poor
23  prognostic factor for successful heart
24  transplant; is it not?
25         MR. BRANTINGHAM:  Object to form and

Page 181

1   foundation, particularly with respect to the
2   phrase "liver issues."
3      Q.  Let's talk about one specific liver
4   issue.  Do you know what cirrhosis is?
5      A.  Yes, I do.
6      Q.  What is cirrhosis?
7      A.  It's an end-stage liver disease.
8      Q.  What if anything does having a
9   cirrhotic liver do for your odds of being able
10  to have a successful heart transplant?
11     A.  Can you repeat your question?
12     Q.  What if anything does having a
13  cirrhotic liver do to your odds of having a
14  successful heart transplant?
15         MR. BRANTINGHAM:  Foundation.
16     A.  Can you repeat your question?  I cannot
17  understand your question.
18     Q.  Can't understand it?
19     A.  Yes, I cannot.
20     Q.  Okay.  Is having a cirrhotic liver good
21  or bad for your odds of having a successful
22  heart transplant?
23         MR. BRANTINGHAM:  Form and foundation.
24     A.  If you want to put it on the negative
25  or positive, I will put it in the negative --

46 (Pages 178 to 181)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 182

1    Q. Yeah.
2    **A. -- column.**
3    Q. Not even in the gray area; right?
4    **A. Because you are saying something -- you**
5    **know, you are saying liver cirrhosis.**
6    Q. Uh-huh. I am.
7    **A. But in the medical terms where -- when**
8    **we are talking about that, you know, sometimes**
9    **the liver gets improved after the heart**
10   **transplant. So that's two different stories.**
11   **So that's why your question is a little bit, you**
12   **know, wide.**
13   Q. Do you agree that liver biopsy is
14   usually required to rule out cirrhosis in
15   patients who have liver disease and being
16   considered for heart transplant because
17   cirrhosis is a contraindication for isolated
18   heart transplant?
19   MR. BRANTINGHAM: Object to foundation.
20   **A. You can ask the select -- the --**
21   Q. I'm asking you because I'm reading it
22   from an article that you're one of the authors
23   on.
24   **A. Yes. I -- I'm an author on this --**
25   **on this --**

Page 183

1    Q. So why can't you just give me a
2    straightforward answer to this question?
3    **A. Yes.**
4    Q. You're -- you're an author on this
5    article; right?
6    **A. Yes.**
7    MR. BRANTINGHAM: Why don't you show
8    him. Let him look at the article.
9    Q. And the article is "Model for end-stage
10   liver disease excluding international normalized
11   ratio score predicts heart transplant outcomes."
12   Do you remember this article?
13   **A. I remember this article, but I need to**
14   **read it.**
15   Q. My question just was do you remember
16   this article. Thank you. You've answered my
17   question.
18   Do you remember that one of the things
19   that the authors, including you, said in this
20   article is that having a cirrhotic liver is a
21   contraindication for having an isolated heart
22   transplant?
23   **A. Can I read this article?**
24   Q. I'm just asking if you remember that.
25   MR. BRANTINGHAM: Just do you remember

Page 184

1    those words, doctor, that's --
2    Q. It's a pretty -- pretty obvious
3    concept.
4    MR. BRANTINGHAM: -- that's the only
5    question.
6    **A. Can I read the article?**
7    Q. No. You can answer my question.
8    **A. I -- I need to read the article to --**
9    MR. BRANTINGHAM: Doctor, if the answer
10   is you don't remember --
11   Q. Yeah.
12   MR. BRANTINGHAM: -- the words as you
13   sit here, that's fine.
14   **A. I can't remember. I can't remember the**
15   **words.**
16   MR. BRANTINGHAM: There you go.
17   Q. You can't remember.
18   **A. I have many articles, you know. I**
19   **don't know.**
20   Q. That -- that's great.
21   As a general statement, do you
22   understand that having cirrhosis of the liver is
23   a contraindication for heart transplant?
24   **A. It's one of the negative sides.**
25   Q. Right.

Page 185

1    MR. BRANTINGHAM: Okay. Can we pause
2    here?
3    MR. THOMPSON: Yeah.
4    MR. BRANTINGHAM: We're now about an
5    hour past the noticed time for your next
6    witness.
7    MR. THOMPSON: Uh-huh.
8    MR. BRANTINGHAM: What's your plan?
9    Like how are we going to do this?
10   MR. THOMPSON: So --
11   MR. BRANTINGHAM: Because I don't want
12   medical personnel sitting here in the wings
13   wasting time.
14   MR. THOMPSON: Yeah. No, I appreciate
15   that. I think I've probably got -- I mean some
16   part of it depends on how I get answers to my
17   questions.
18   And we can go off the record.
19   THE REPORTER: Okay. Off the record.
20   (Discussion off the record.)
21   THE VIDEOGRAPHER: We're on video.
22   THE REPORTER: We're back on the
23   record.
24   BY MR. THOMPSON:
25   Q. All right. So the donor's use of two

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 186

1 to 30 beers per day for the last three years,
2 would that be in the plus column, the minus
3 column, the gray area? Where would that be?
4     **A. Put it in the gray area. More towards**
5 **the, you know --**
6     Q. More towards the negative.
7     **A. Yes.**
8     Q. Yeah.
9         And then do you remember what the donor
10 had in his system in terms of drugs like at the
11 time that they did a tox screen in the hospital?
12     **A. Definitely. I had -- I had a look**
13 **and -- and details about that donor, but I can't**
14 **recall exactly right now to answer you.**
15     Q. All right. I assume that the fact that
16 he had methamphetamine, amphetamine, cannabis,
17 MDMA, and fentanyl all in his system on the tox
18 screen in the hospital, those would at the very
19 least be on the negative side of the gray area;
20 right?
21     **A. I told you these are all in the**
22 **negative -- in the -- I'm sorry -- in the gray**
23 **area.**
24     Q. What -- what if anything would you
25 consider to be something that would be actually

Page 187

1 in the negative column, just not on the gray-
2 area-side negative column?
3     **A. Yes. The negative -- the negative**
4 **part, you know, what I mean, all the factor**
5 **that -- the factors that you are mentioning,**
6 **they are not -- we don't deny organs, you know,**
7 **based on this, so --**
8     Q. Fair. That wasn't my question though.
9         Can you think of anything that if I
10 said "What about this?", you would say "Yep,
11 that's solidly in the negative column?"
12     **A. There are multiple --**
13         **You know, the whole circumstances of**
14 **the donor, you know, we take in consideration**
15 **and we say this is, you know, suitable to take**
16 **or not.**
17     Q. No, I get that. But when I asked you
18 about a 65-percent ejection fraction, that
19 wasn't in the gray area. That was solidly in
20 the positive column; right?
21     **A. That's correct.**
22     Q. Okay. What if anything could I give
23 you as a risk factor that you would say, "Woo,
24 boy, that's solidly in the negative column?"
25     **A. Probably low ejection fraction.**

Page 188

1     Q. Okay. Anything else?
2     **A. That's one of them.**
3     Q. I know that's one of them. Anything
4 else that you can think of as you sit here?
5     **A. Function of the heart on the echo.**
6     Q. Something other than ejection fraction?
7     **A. I mean because the echo say it's a good**
8 **contracting heart --**
9     Q. Uh-huh.
10     **A. -- in addition to the ejection**
11 **fraction. That's what I mean.**
12     Q. Anything else --
13     **A. Yes.**
14     Q. -- as you sit here today? And if you
15 can't think of anything else while you sit here
16 today, that's okay.
17     **A. Like a -- aortic diameters. That's the**
18 **size that you were asking about --**
19     Q. Yep.
20     **A. -- and I was telling you you are asking**
21 **about the size, these are the diameters, I mean.**
22     Q. How much of a mismatch would there have
23 to be between the donor and the native aorta for
24 you to think that's a problem, that's going in
25 the negative column?

Page 189

1     **A. It's --**
2         **I mean I can recall that was -- that**
3 **was, you know --**
4         **I mean the aortic size, our aim is to**
5 **be less than four to four and a half.**
6     Q. Four to four and a half what?
7     **A. Centimeters diameter.**
8     Q. Is the difference in size between the
9 recipient's aorta and the donor's aorta
10 relevant?
11     **A. Of course. But -- but there was a**
12 **match in between these two. I mean the whole**
13 **measurements --**
14         **I can recall, you know, the whole**
15 **assessment for this donor was matching this**
16 **recipient.**
17     Q. I understand that. I'm not talking
18 about this donor. I'm talking about in general.
19 What --
20         How much of a mismatch would there have
21 to be before you would be concerned enough to
22 put aortic size in the negative column?
23     **A. Again, the whole circumstances of the**
24 **donor, the whole circumstances of the**
25 **recipients.**

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 190

1   Q. So you just can't --
2   A. They are all together.
3   Q. -- just can't give me an answer.
4   A. All together.
5   Q. All right. I assume that you were
6   never any part of any informed-consent
7   discussions with Mr. Leopold or his family.
8   A. No, I was not.
9   Q. You know, I presume, that there has
10  been a suggestion made in this case that you and
11  Dr. Knop were essentially sleeping for most of
12  the flight back from Idaho. You know that;
13  right?
14      Is this the first time you're hearing
15  about that?
16  A. Who said that?
17  Q. Danielle Fay and Michael Pick, the
18  other two people who were on the airplane.
19  A. No, I'm -- I'm not aware of this. No.
20  Q. Okay. Is it true?
21  A. We are in the airplane.
22  Q. Huh?
23  A. We are in the airplane, we are beside
24  the heart, and we're having a specialist to
25  manage the OCS machine for all the aspects. And

Page 191

1   he is the expert in that, and we are beside him,
2   not away from him, and if he needs us, we are
3   beside him to, you know, to help him in -- in
4   every aspect.
5   Q. Okay. I'm going to ask you some really
6   straightforward questions here; --
7   A. Go ahead.
8   Q. -- okay?
9   A. Go ahead.
10  Q. Really straightforward questions.
11  A. Go ahead.
12  Q. Number one, were you with the heart
13  when it went on the ground from the hospital in
14  Idaho to the airport in Idaho?
15  A. Yes.
16  Q. So if there were text messages from
17  Dan --
18      You know who Danielle Fay is; right?
19  A. Yes.
20  Q. If there is a text message from
21  Danielle Fay saying that you and Knop didn't
22  ride with the heart on either ground commute, do
23  you have any idea what she could be talking
24  about?
25  A. Can I explain that to you?

Page 192

1   Q. Please.
2   A. Yes. Because the OCS machine is big
3   and we have another instrument, so what we go is
4   two cars between the hospital --
5   Q. Yeah.
6   A. -- and to the airport, and from the
7   airport to the hospital. So we do two cars, but
8   the two cars are together.
9   Q. Sure. So then the answer to my earlier
10  question, which was you weren't actually there
11  with the heart in the --
12      Is it an ambulance? Does the heart go
13  in the OCS in an ambulance from the hospital to
14  the airport?
15  A. No, it's an SUV most of the time, 95
16  percent. Yes.
17  Q. Perfect. All right. The SUV that
18  actually had the heart, the heart that's beating
19  that you're responsible for determining whether
20  this is an appropriate heart, you weren't
21  actually with the machine in the car from the
22  hospital to the airport; right?
23      MR. BRANTINGHAM: Object to the form of
24  the question. Go ahead.
25  A. I can't remember exactly, I mean, which

Page 193

1   car I was in, --
2   Q. Uh-huh.
3   A. -- but I was with -- you know, in one
4   of the cars that, you know, covering, but we
5   have the specialist for the OCS machine that can
6   run the OCS machine, and she can, you know,
7   inform us, communicate with us easily and we are
8   reachable to her at any time.
9   Q. Okay. Again, I'm trying to ask really
10  straightforward questions here so that we can
11  get through the rest of this deposition. My
12  question didn't have anything to do with
13  anything other than whether you were in the car.
14  I think your answer is "I don't remember for
15  sure;" right?
16      MR. BRANTINGHAM: Which car you were
17  in.
18  A. Which car I was in, but --
19  Q. Okay.
20  A. -- I was in one of the cars.
21  Q. Perfect.
22      If Danielle Fay says neither surgeon
23  were in the car, I'm assuming you wouldn't have
24  any reason to dispute her.
25  A. If she said that, probably she -- she

49 (Pages 190 to 193)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 194

1  can remember, you know, that event.
2      Q.  Same question with respect to getting
3  from the Rochester airport to the hospital at
4  Mayo.  If Danielle Fay says neither Dr. Knop nor
5  Dr. Altarabsheh were in the car, I assume you
6  won't dispute her.
7      A.  Sure.
8      Q.  Okay.  Danielle Fay also says that you
9  and Dr. Knop were asleep for almost the entire
10  three-hour flight.
11      MR. BRANTINGHAM:  That's actually not
12  true.
13      A.  Can you read the message exactly what
14  she said?
15
16
17
18
19
20
21      And I'm going to ask you all sorts of
22  questions about different parts of that text.
23  Right now I'm asking you just about the flight.
24      If Danielle Fay says that you were
25  sleeping for most of that flight, are you going

Page 195

1  dispute that?
2      A.  I'm not aware of this conversation --
3      Q.  I don't --
4      A.  -- of these text messages.
5      Q.  Wasn't my question.
6      A.  I'm not a --
7      Q.  Listen very carefully to my question.
8      A.  Yeah.
9      Q.  If Danielle Fay says that you were
10  asleep for the almost-three-hour flight, are you
11  going to dispute that?
12      A.  I'm not aware of this conversation, and
13  from my side, my answer, I'm available for this
14  heart that -- in the airplane.  We are very
15  close to the heart and to the specialist.  We
16  have an excellent specialist that can manage the
17  heart in every aspect and we are very close.  If
18  she needs us, we are beside her.
19      Q.  Is it a regular occurrence for you to
20  sleep on the plane during an OCS run?
21      A.  I can't recall.  I mean --
22      Q.  Can you ever recall doing it?
23      A.  Say it again.
24      Q.  When I talked with you about your
25  estimates of the number of OCS runs --

Page 196

1      A.  Yes.
2      Q.  -- you have done, --
3      A.  Yes.
4      Q.  -- can you think of a -- can you think
5  of a time in those 30 or so runs that you've
6  slept on the plane?
7      A.  In all the runs I'm available beside
8  our tech to help in any event happened.  And I'm
9  reach --
10      Q.  You know that's not my question.
11      A.  -- and I'm reachable --
12      I'm sorry.
13      Q.  You know that's not my question.
14      MR. BRANTINGHAM:  Just your question is
15  do you ever sleep on the flight, it's really
16  that simple.  That's the question.
17      A.  I may sleep sometimes.
18      MR. BRANTINGHAM:  There you go.
19      A.  Yeah.
20      Q.  And do you ever sleep for almost the
21  entire flight?
22      A.  I can't remember --
23      You know, I do remember that I did not,
24  I mean, sleep the whole -- the whole air -- you
25  know, flight.

Page 197

1      Q.  I don't --
2      I didn't get that answer.  I'm sorry.
3      A.  Yeah.  The whole ent -- the whole
4  flight?
5      Q.  I'm asking:  Can you think of a time
6  when you have slept for almost the entire flight
7  on one of these OCS runs?
8      A.  You say "almost" or "entire?"
9      Q.  Almost.
10      A.  I can't remember.
11      Q.  Do you think it's possible that it
12  happens?
13      A.  I'm available for the service that I'm
14  going for.  I'm beside the heart and beside the
15  technician.  If he needs me, I'm available.
16      Q.  But that wasn't my question and you
17  know it.
18      My question is:  Do you think there
19  probably have been times when you've slept for
20  almost the whole flight?
21      A.  I can't --
22      MR. BRANTINGHAM:  Best recollection as
23  you sit here, doctor.  That's all you need.
24      A.  I can't remember.
25      Q.  Danielle Fay says that you and Dr. Knop

50  (Pages 194 to 197)

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Page 198 |
| --- |

1   literally asked for two or three of the lactates
2   during the whole trip. Are you going to
3   disagree with her on that?
4       **A. I can't remember exactly how many**
5   **lactates we -- we remember, but we usually are**
6   **alarmed if there is any deviation of the lactate**
7   **numbers by the technician that this is something**
8   **going not -- not in the right way. And in that**
9   **donor in particular, all the numbers were going**
10  **in the right way.**
11      Q. None of that was my question though.
12  My question had to do with you and Dr. Knop
13  asking for the actual lactate values.
14      If Danielle Fay says that you asked for
15  two or three of the values for the entire trip,
16  are you going to disagree with her? Are you
17  going to dispute it?
18      **A. I can't recall exactly.**
19      Q. Great.
20      Did you tell Dr. Villavicencio that the
21  lactates were anything other than good?
22      **A. I can't remember, you know, the time of**
23  **communication, but I can attest that, you know,**
24  **the surgeon has -- has communication once we**
25  **arrive in Rochester in a way that this is the**

| Page 199 |
| --- |

1   **heart, this is something.**
2      Q. None of that was my question.
3      **A. What's your question?**
4      Q. Reading these -- reading these text
5   messages --
6      **A. Yes.**
7      Q. And we're going to depose other people.
8   You're the first person we're deposing. We're
9   going to find out from other people.
10      My impression from reading these text
11  messages is that after this disaster happened
12  with Noah Leopold's heart, Dr. Villavicencio,
13  understandably, was asking some questions to the
14  people who transported the heart, and the
15  impression I get is that either you or Dr. Knop
16  or both told Dr. Villavicencio that the
17  lactates were bad. Okay? Do you have any
18  recollection of doing anything remotely similar
19  to that?
20      **A. I -- I don't have any recall about**
21  **that.**
22      Q. Okay. When did you find out that the
23  heart, that you had brought from Idaho on this
24  OCS machine, basically fell apart in Dr.
25  Villavicencio's hands?

| Page 200 |
| --- |

1      MR. BRANTINGHAM: Object to the form of
2   the question.
3      **A. You can read the operative note. You**
4   **can ask Dr. Villavicencio about that, you know,**
5   **because there are many details in the operative**
6   **note.**
7      Q. I'm going to. But that wasn't my
8   question.
9      **A. Yes.**
10      Q. My question was: When did you find out
11  about it?
12      **A. Yeah. I mean after we came back, I**
13  **be -- just I was reading, as you are reading,**
14  **the operative notes and I found that there**
15  **was -- that was a problem.**
16      Q. Dr. Villavicencio didn't call you?
17      **A. No. I can't remember.**
18      Q. Okay.
19      **A. I can't recall that.**
20      Q. Okay. So you think the first time that
21  you heard about this heart that you brought back
22  from Idaho literally falling apart during the
23  surgery is when you read about it in the
24  operative report. You don't think Villavicencio
25  called you and asked you about it before you

| Page 201 |
| --- |

1   looked at the operative report?
2      **A. I can't --**
3      MR. BRANTINGHAM: Hang on. Object to
4   the form and the foundation and it's compound.
5   Go ahead if you're able to answer that question.
6      **A. I can't recall those events.**
7      Q. Do you --
8      **A. I mean the exact timing and sequence of**
9  **timing, I can't remember that.**
10      Q. Do you think that you found out about
11  it for the first time when you looked at the
12  operative report?
13      **A. The details that I know are from the**
14  **operative notes. But what I knew, I mean, is**
15  **that there was a problem with the heart, but I**
16  **didn't know the details unless I read that from**
17  **Dr. Villavicencio operative notes, the details.**
18      Q. A number of these text messages refer
19  to the heart as not being the most robust on the
20  machine or not being a happy heart during the
21  car rides. Is this the first you are hearing
22  about anything like that?
23      **A. I can't --**
24      MR. BRANTINGHAM: Hang on one second.
25  I'll object to the foundation and also the

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Page 202

1  characterization --
2      **A. Can you read me?**
3          MR. BRANTINGHAM: -- of the documents.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  hearing of this?

Page 203

1      **A. This heart donor -- donor heart was --**
2   Q. Don't tell me about the heart donor.
3      **A. -- was the best.**
4   Q. Just answer my questions.
5          MR. BRANTINGHAM: Here's -- let's --
6      Here's an easy question. Have you ever
7   seen these text messages that he's reading to
8   you?
9          THE WITNESS: No.
10         MR. BRANTINGHAM: Okay. So that helps
11  set some foundation here.
12         MR. THOMPSON: Yep.
13  Q. Also though --
14         MR. BRANTINGHAM: Go ahead.
15  Q. -- I assume that you had some
16  conversations about this whole catastrophe after
17  it happened. Set aside talking to Mr.
18  Brantingham or people from Mayo Legal.
19     **A. Like say it again. I mean --**
20         MR. BRANTINGHAM: Hold on, just --
21  doctor, hold on.
22  Q. Let me put it a different way.
23         MR. BRANTINGHAM: Ask it -- just ask a
24  question.
25         MR. THOMPSON: Yeah.

Page 204

1      Q. You read the operative report, and so
2   you saw all the bad things that happened during
3   this attempted transplant; right?
4      **A. I read the operative notes.**
5      Q. And you told me before that you have
6   assisted on heart transplants before; right?
7      **A. Right.**
8      Q. Have you ever seen with your own eyes
9   anything happening like what Dr. Villavicencio
10  was noting in his operative note?
11     **A. In the -- in the past, no.**
12     Q. Okay. Have you ever heard of anything
13  like that happening?
14     **A. No.**
15     Q. So I presume that once you read the
16  operative report, it was pretty striking to you.
17     **A. Strange.**
18     Q. Yeah. Did you ever have any
19  conversations with Dr. Villavicencio, that you
20  can remember, about this catastrophe?
21     **A. I can't recall exactly, you know, how**
22  **was the discussion about this. I can't recall,**
23  **you know. And myself as part --**
24     **You know, I looked everywhere to see**
25  **any explanation, you know, and no one had any**

Page 205

1  **explanation, even in the literature. We went**
2  **ask everyone, no one knows.**
3      Q. You went and asked everyone. Who did
4   you ask?
5      **A. My colleagues.**
6      Q. I would like a list of all the people
7   that you went and asked --
8      **A. I can't --**
9      Q. -- to try to get an explantation for
10  what happened here.
11     **A. I can't remember, but the first of them**
12  **is Dr. Gustavo Knop.**
13     Q. Okay.
14     **A. That's one of them.**
15     Q. Okay. Give me a list of every other
16  person you can think of that you talked to.
17  Because you said you talked to everyone, so I
18  assume it's a pretty long list.
19     **A. I talked to people, you know, just --**
20  **Gustavo Knop is -- is one of them.**
21     Q. Great. I want to know the others.
22     **A. I can't remember, you know.**
23     Q. Give me one more.
24         MR. BRANTINGHAM: Or just give him your
25  memory. Okay? You don't have to give him one

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 206

1   more just because he wants it.  If you can
2   remember other people you talked to --
3       **A. I can't remember.**
4       Q. Not a single other person.
5       **A. I can't remember exactly, you know, on**
6   **this particular one that I asked him about this.**
7       Q. Do you recall, at least in general
8   terms, having a conversation with Dr.
9   Villavicencio about this, even though you can't
10  remember all the details?
11      **A. I can't remember.**
12      Q. You don't remember even like whether
13  there was a conversation?
14      **A. I can't recall that event, I mean in**
15  **particular, the conversation.**
16      Q. Did you --
17      **A. Yes.**
18      Q. -- notice at any point in time during
19  this OCS run that the heart was not the most
20  robust on the machine?
21      **A. The heart from my, you know, from my**
22  **perspective was the best donor to take.**
23      Q. But that wasn't remotely close to my
24  question.  My question was:  In all the time
25  that you were with this heart --

Page 207

1       **A. I didn't --**
2       Q. Hold on.
3       MR. BRANTINGHAM:  Just let him ask the
4   question, doctor.  Yeah.
5       Q. Answer my question.
6       **A. Sure.**
7       Q. In all the time that you were with this
8   heart in a clear box visually inspecting it as
9   you were supposed to do, did you ever notice
10  that it was not the most robust heart while it
11  was on the machine?
12      **A. I did not notice that.**
13      Q. And presumably, even though you say
14  that you were available for them, neither Mr.
15  Pick nor Ms. Fay, to your recollection, ever
16  told you, "Hey doctor, this is like not looking
17  that good."
18      **A. I can't recall this.**
19      Q. Did you bring this heart into the
20  operating room?
21      **A. Yes.**
22      Q. It was a long time ago so I don't
23  remember if I got an answer to this question or
24  not.  Do you remember whether Mr. Leopold's
25  heart was explanted when you brought this heart

Page 208

1   into the room?
2       **A. I can't remember.**
3       MR. BRANTINGHAM:  He doesn't remember.
4       **A. I can't remember.**
5       Q. You just can't remember one way or
6   another.
7       **A. Yes.  Exactly.**
8       MR. THOMPSON:  All right.  Let's take a
9   short break.  I think we are darn near close to
10  done here.
11      THE REPORTER:  Off the record.
12      (Recess taken from 12:18 p.m. to 12:24
13  p.m.)
14      THE VIDEOGRAPHER:  We're on video.
15      THE REPORTER:  We're on the record.
16  BY MR. THOMPSON:
17      Q. When you bring the heart into the
18  operating room -- and I know you don't remember
19  for sure what happened in this case -- but in
20  general, do you do any sort of hand-off
21  communication with the transplanting surgeon?
22      **A. Yes.**
23      Q. What is usually involved in that hand-
24  off communication?
25      **A. We usually tell the surgeon about any**

Page 209

1   **event, you know, happened with us during -- you**
2   **know, again explaining more details if there is**
3   **any event happened, you know, --**
4       Q. Okay.
5       **A. -- and that's it.**
6       Q. If you had noticed that the heart was
7   not looking robust in the way that's described
8   in these text messages, presumably that would be
9   something that you would have passed along to
10  Dr. Villavicencio?
11      MR. BRANTINGHAM:  Just object to the
12  form of the question and the foundation.
13      **A. Can you -- can you repeat the question**
14  **or explain it more?**
15      Q. Yeah.  So visual inspection of the way
16  the heart just looks as it's functioning is an
17  important part of the assessment.
18      **A. Right.**
19      Q. And so would I be correct in assuming
20  that if there was a change in the way the heart
21  was appearing, you'd pass that along to the
22  transplant surgeon?
23      **A. Of course.**
24      Q. Okay.  Does the transplant surgeon
25  usually ask about the lactates during that

53 (Pages 206 to 209)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 210

1  hand-off communication?
2      **A.  This part of communication is passed to**
3  **the surgeon, whether he ask or it's passed to**
4  **him, but usually he knows.**
5      Q.  Even if the lactates look okay, it's
6  still communicated that, "Hey, we checked the
7  lactates and the lactates are looking good?"
8      **A.  Yeah.  He will have an idea about the**
9  **lactates.**
10     Q.  The only re --
11         The only way he'd have an idea about
12 the lactate is if somebody tells him; right?
13     **A.  Right.**
14     Q.  And if there's no Wi-Fi on the plane,
15 then he either needs to be told about the
16 lactates on the phone when the heart is on the
17 way to the hospital, or once you get there and
18 actually do the hand-off of the heart; true?
19     **A.  In the airport.**
20     Q.  At the airport.
21     **A.  Before that.**
22     Q.  Is that usually a phone call that you
23 make or that somebody else makes?
24     **A.  The communication is passed either by**
25 **the surgeon or the technician or, you know, --**

Page 211

1      Q.  Or the perfusionist.
2      **A.  -- one -- or perfusionist, I mean one**
3  **of us.**
4      Q.  And as for how that communication
5  happened in this case, you just don't remember.
6      **A.  I can't recall exactly.**
7          MR. THOMPSON:  All right.  I don't have
8  any other questions.
9          MR. BRANTINGHAM:  I have no questions.
10 We'll read and sign.
11         THE REPORTER:  Okay.  Thank you.  Off
12 the record.
13         (Deposition concluded at 12:28 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 212

1          C E R T I F I C A T E
2          I, Nicole A. Huber, hereby certify that
3  I am qualified as a verbatim shorthand reporter;
4  that I took in stenographic shorthand the
5  testimony of SALAH ALTARABSHEH at the time and
6  place aforesaid; and that the foregoing
7  transcript consisting of 211 pages is a true and
8  correct, full and complete transcription of said
9  shorthand notes, to the best of my ability.
10         Dated at Baxter, Minnesota, this 23rd
11 of August, 2024.
12
13
14
15
16         NICOLE A. HUBER
17         Notary Public
18
19
20
21
22
23
24
25

Page 213

1          S I G N A T U R E   P A G E
2          I, SALAH ALTARABSHEH, the deponent, hereby
3  certify that I have read the foregoing
4  transcript, consisting of 211 pages, and that
5  said transcript is a true and correct, full and
6  complete transcription of my deposition, except
7  per the attached corrections, if any.
8  PAGE  LINE    CHANGE/REASON FOR CHANGE
9  _____ _____  _____
10 _____ _____  _____
11 _____ _____  _____
12 _____ _____  _____
13 _____ _____  _____
14 _____ _____  _____
15 _____ _____  _____
16 _____ _____  _____
17 _____ _____  _____
18 _____   _____
19     Date        Signature of Witness
20
21         WITNESS MY HAND AND SEAL this _____
22     day of _____, 2024.
23
24 (NAH)      _____
25

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. X

**A**

**a.m** 1:20 3:4
69:13,14 86:22
86:23
**ABG** 7:11
**ability** 53:19
61:15 115:14
115:18 212:9
**able** 28:22 48:19
52:20 54:1
56:7 59:19,21
121:4 127:24
128:9 133:21
176:25 181:9
201:5
**abnormalities**
164:9
**abnormality**
167:11
**absolute** 158:19
158:20
**absolutely** 15:18
17:12 19:3,5
135:5
**abstract** 150:9
152:23 176:25
**abuse** 132:14
172:7 173:4
174:3
**abused** 174:12
**abusing** 135:1
176:6,22
**academic** 9:8
**accept** 35:12
**acceptability**
126:23
**acceptable**
128:22
**accepted** 66:2
67:3,4,6 78:11
**accident** 148:8
**accompany**
29:23
**accompanying**
30:3
**account** 89:6

98:24
**accurate** 14:18
15:25 161:19
**accurately** 45:14
70:2
**act** 10:8,19
**acting** 11:11
**actively** 79:12
80:17 82:5,15
84:19 88:17,19
89:9,10,22
90:3,8 91:12
91:14,15
**actual** 62:7
89:17,17 90:6
173:22 198:13
**Add** 162:5
**addict** 159:15,17
162:18 164:13
165:3 167:20
170:14
**addition** 61:14
188:10
**admissible** 71:24
**admitted** 3:24
**adverse** 162:13
**advice** 131:1
132:6
**advise** 160:4
**aforesaid** 212:6
**aggregate**
171:21
**ago** 5:21 48:4
134:5 135:7
207:22
**agree** 37:1 52:15
56:2 61:8
67:12 73:23
74:19 96:6
117:25 118:22
155:11,22
156:9 160:10
160:25 162:17
164:12 182:13
**agreed** 101:21
154:7
**agreeing** 149:22

**agreement**
104:13 123:17
127:5 136:2
**ahead** 3:19
18:24 23:23
25:14 45:22
49:12 50:2,20
53:24 58:15
59:12,18 60:1
63:13 64:14
70:14 71:11,13
71:25 75:16
76:20 86:12
91:3,8 93:12
97:22 102:15
109:19 113:4
115:22 117:6
121:4 123:7,8
129:22 130:13
133:20 135:12
139:2,6,12
156:17 170:21
171:13 191:7,9
191:11 192:24
201:5 203:14
**aim** 78:15 189:4
**air** 116:24
196:24
**airplane** 25:21
115:13 116:6
116:12 117:7,9
117:19 118:17
121:6 190:18
190:21,23
195:14
**airport** 25:20,23
28:6 31:18
120:10 191:14
192:6,7,14,22
194:3 210:19
210:20
**Al-Azzam** 12:24
**alarmed** 198:6
**alarming** 109:22
**Alcohol** 178:14
**allow** 78:12
**almost-three-...**

195:10
**Altar** 129:13
**Altarabsheh**
1:11,16 2:19
3:7 4:5 129:15
129:16,17
194:5 212:5
213:2
**ambulance**
192:12,13
**American** 93:13
**amphetamine**
160:5 162:22
186:16
**analysis** 99:13
**analyzer** 21:1,4
**Andrew** 2:7 3:13
56:25 75:14
80:2 83:25
84:3 85:3
202:16
**Anna** 2:12 3:12
**anomalies** 46:13
48:7 95:23
**anomaly** 36:1
**ans** 48:24 55:20
76:13 81:2
97:24 114:3
**answer** 4:25
5:12 27:2,14
27:15 28:23
34:13 45:17
47:21 48:25
49:7,10,22,25
50:1 52:19
53:23 55:3,25
56:7 59:18
60:1,19 61:6
61:15,17,19
62:8 63:2,7,12
63:13,15,23
64:7,14,15
68:6 69:5
71:21 75:1,10
75:17,21,22
76:15,18,20,23
76:24 78:10

79:1,3,6,11
80:5,6,7,16
81:7,21 82:2,7
82:8 83:17,20
84:5,12,15,20
84:25 85:18,21
86:6,9,14,15
86:16 87:23
88:22 90:15
91:2,9 93:19
97:21,23,25
99:2 102:16,24
102:25 103:16
104:5 109:20
109:25 110:1
111:4 114:6
115:22 117:11
129:12 130:10
132:3,4 133:2
133:20,24
134:1,9,17
135:4,13,21
136:21,23,25
138:14,15
139:7,9,20
143:8,16
144:14 148:4
149:16,19
153:16,22
156:8 160:22
160:23 161:4
162:8,11 165:7
165:25 166:6
169:19,20
170:21 172:17
172:17 173:1
174:20,22
176:25 183:2
184:7,9 186:14
190:3 192:9
193:14 195:13
197:2 201:5
203:4 207:5,23
**answered** 62:14
63:19 84:8
85:7,14 90:9
91:7 96:21

110:13 114:8
115:21 161:7
161:16 162:21
172:18 183:16
**answering** 63:1
63:5 64:4,6
76:5 77:1
81:12 83:2
84:13 88:17
109:13 111:1
134:13,22
139:10 161:5
162:7 173:19
176:11
**answers** 72:2
75:8 81:9,12
82:12 138:17
161:19 169:15
179:9 185:16
**anybody** 22:22
202:6
**aorta** 35:24
188:23 189:9,9
**aortic** 111:13
146:22 147:7
188:17 189:4
189:22
**apart** 199:24
200:22
**APPEARAN...**
2:1
**appearing**
209:21
**application** 88:2
88:16,24 91:17
**applications**
88:13,22
**applied** 92:25
94:2
**applies** 15:21,22
**apply** 94:18
**applying** 94:22
**appreciate**
95:13 185:14
**appropriate**
58:1,5,9 129:8
130:16 133:13

135:11,16,17
142:17 144:3
192:20
**appropriate-si...**
142:15,22
**appropriately-**
143:22
**appropriately...**
138:21 144:19
**approximately**
1:19 106:19
**April** 16:13
**area** 159:13
172:20,21,21
172:25 173:5,7
173:7,9,24,25
174:1,6,7,9,16
174:17,19,22
175:3,4,6,10
175:11,13
177:15,20,22
178:4,8,15
182:3 186:3,4
186:19,23
187:19
**area-side** 187:2
**argue** 83:5,23
**argumentative**
55:11 56:16
**arrive** 30:16
198:25
**arrived** 27:8
32:13
**art** 124:5,7,9,10
**arterial** 21:7,8
111:14
**arteries** 35:22
**artery** 35:23
**article** 151:2,7
152:3,4,11,20
152:21 153:4,8
155:7,20 156:3
182:22 183:5,8
183:9,12,13,16
183:20,23
184:6,8
**articles** 108:15

109:8 152:24
184:18
**aside** 146:13
203:17
**asked** 19:21 42:5
48:25 49:10,18
62:10 64:4
75:17 86:17
89:16 91:7
100:20 115:21
117:5 130:16
131:25 132:23
154:7,15,19,20
187:17 194:18
198:1,14
200:25 205:3,7
206:6
**asking** 4:24 16:5
21:6 27:10,13
28:16,17,18,25
30:18 34:25
37:9,10 42:3
45:24 57:20
64:3,7 65:22
65:23 66:6,9
66:10,11,16
69:1 70:1 72:9
72:25 73:16
74:1,8,22,23
75:1 77:15
80:9 81:13
84:11 87:14
88:16 89:19
100:9,14 101:8
101:23 102:4
102:12 105:22
105:23 107:3
109:9 110:24
118:9 119:6,25
120:6,9 121:1
127:12 131:7
134:2,2,24
136:5,20
139:16 140:9
141:20,20
146:10 147:2
148:11,24

149:2 150:8
152:19 153:14
155:19,22
156:2,3,13
163:8 164:23
168:15,17
170:24 171:20
171:21,21,24
172:5 173:14
173:17 174:2
176:9 178:23
179:11,20
182:21 183:24
188:18,20
194:23 197:5
198:13 199:13
**asks** 93:15
**asleep** 194:9,16
195:10
**aspect** 108:9
123:3 126:9,13
166:12,15
191:4 195:17
**aspects** 6:12
20:20 21:7,10
108:7 143:13
166:16 190:25
**assert** 58:10
**assess** 26:15
35:13,17,24
36:1,2,7,11
38:8 39:7
104:10
**assessed** 50:23
**assessing** 37:2
37:25 46:12
47:23 111:20
147:19 163:6
**assessment** 35:8
35:19 36:14,17
38:17 39:7
45:6 46:9
47:17 51:1,8
71:16 72:19
95:5,22 111:14
112:8 113:1,24
114:11,14,23

157:16 166:16
166:18 189:15
209:17
**assist** 10:3,16,24
105:11
**assistant** 9:9
10:8
**assisted** 204:6
**assisting** 10:15
11:24
**associate** 9:4
11:14,14 13:4
13:9
**assume** 66:7,10
68:22 81:15
138:17 186:15
190:5 194:5
203:15 205:18
**assuming** 19:11
24:9 60:25
62:17 70:6
81:9,11 82:7
84:20 91:9
133:23,24
164:16 193:23
209:19
**attached** 213:7
**attempted** 22:16
204:3
**attention** 109:24
**attest** 77:25
78:22 198:23
**attorneys** 3:8
**August** 1:13,20
3:3 43:20,20
212:11
**author** 182:24
183:4
**authors** 155:21
155:25 182:22
183:19
**available** 23:14
23:18 51:6
195:13 196:7
197:13,15
207:14
**avoid** 5:3 62:4

**aware** 41:8 53:6
97:7 109:21
110:5,6,7,20
111:2,6 119:9
121:15 131:9
151:15 178:23
178:25 190:19
195:2,12

**B**

**back** 5:23 6:17
16:19 17:15
18:10 21:12
24:24 27:18,20
28:8 41:25
42:2 49:12
51:16,19 59:4
59:7 60:5,11
61:1 62:19
67:12 68:23
70:7 74:9
78:12 84:6,16
86:25 90:19
91:4 96:8
105:19 115:9
115:15,19
117:1,21 137:7
162:16 163:19
166:4,19 178:2
179:16 185:22
190:12 200:12
200:21
**bad** 104:23
117:18 159:18
177:9 181:21
194:19 199:17
204:2
**badger** 130:22
**based** 71:22
72:3 95:4
121:2 187:7
**basically** 42:3
199:24
**Bates** 44:11
**Baxter** 212:10
**beating** 115:1
118:25 119:21

119:22 192:18
**beers** 186:1
**behalf** 2:2,6 3:14
**belief** 32:11
**believe** 40:8
52:21 71:23
80:10 84:21
123:6
**bells** 152:12,17
**best** 14:19,20,21
16:2,19,24
17:23 52:25,25
78:17,22 81:22
95:9 137:22
179:9 197:22
203:3 206:22
212:9
**better** 5:4
127:16
**beyond** 51:1
**Bibeane** 2:3
**Bibi** 3:22
**big** 38:12 127:19
127:24 128:8,8
192:2
**big-time** 137:25
**biopsy** 182:13
**bit** 18:9 152:2
174:9 178:9,10
182:11
**blah** 64:11
**block** 14:13,16
**blocks** 15:13
**blood** 20:25 21:4
21:7,8 36:10
111:14 137:14
137:15 141:12
143:19 158:9
164:5 167:9
**board** 92:15,22
93:4,9,13,16
160:2
**boards** 92:13
93:21
**body** 26:24
127:25 145:8
145:20,22

160:17 162:3,4
162:23 165:9
**bold** 71:17 72:5
109:4,10
**Boston** 20:15
**box** 54:25 70:11
113:18,23
114:10 207:8
**boy** 38:6 118:2
187:24
**Brandon** 2:3
3:11 54:16
63:19 75:25
85:5 102:2
116:19 130:19
130:23 132:20
168:17
**Brantingham**
2:7 3:13,13
15:3 16:5 20:8
20:22 25:12
26:25 27:9,12
28:13,16,20
32:14 33:24
34:7,9,13,15
34:25 37:8,14
37:17 41:15,18
45:12,17 46:3
47:1,12,19
48:18,21,24
49:4,6,9,14,23
50:1 52:18
53:23 54:1,15
54:22 55:2,10
55:14,16,21
56:6,15,19,23
57:1,3,6,16,19
57:22 58:3,7
58:11,15 59:10
59:13,15,18,24
60:9 61:4,10
61:13,25 62:3
62:6,23 63:2,7
63:11,15,17,24
64:1 65:3,13
66:3,6,9 67:17
69:2,7,11

70:13 71:2,21
72:2,9,25 73:4
73:10,12,14,19
75:11,16,24
76:7,12,15,19
76:24 78:8
79:2,6,14,19
79:23,25 80:7
80:22 81:1,6
81:19 82:21,23
83:1,4,15,19
83:22 84:1,5
84:14 85:1,4,8
85:14,17,23,25
86:11,19 87:4
87:9,22 89:3
89:12,16,21
90:6,9,13,21
90:24 91:3,6
93:11 97:15,22
100:4,10,17
101:9,17 102:1
102:11,14
103:8,10,13,16
105:21 106:1
109:18 110:11
110:15 112:5
113:3,20 114:3
114:6 115:11
115:21 116:16
117:3 118:7
119:3,6 120:6
120:24 122:8
127:9,15
129:21 130:3,6
130:9,12,18,22
131:9,13,19,24
132:2,8,11,13
132:19,23
133:4,6,8,19
134:11,14,16
135:12 136:5
137:6 139:16
141:1 143:20
145:15 146:9
146:16 148:20
148:24 149:5

149:10,16
150:2,8,13
151:12,14
152:19 153:6
153:22 154:12
154:18,22,24
155:3,15,18
156:1,5,16
157:2 162:6,12
162:19 163:1,5
163:8,13,17
164:14,21
165:5,18,21
166:2,9,23
167:3,7,22
168:1,4,10,13
168:16,19,23
169:3,7,11,17
169:22,25
170:4,20,24
171:7,10,15
173:20 174:4
174:14 175:22
176:24 179:14
180:5,25
181:15,23
182:19 183:7
183:25 184:4,9
184:12,16
185:1,4,8,11
192:23 193:16
194:11 196:14
196:18 197:22
200:1 201:3,24
202:3,10,17
203:5,10,14,18
203:20,23
205:24 207:3
208:3 209:11
211:9
**Brantingham's**
50:7
**break** 68:1,2
69:19 80:23
83:13,14,15,18
84:6,16 85:1,9
85:12 86:7,13

208:9
**breakdown** 14:9
**breaks** 86:4
**breath** 34:16
**bring** 30:11
  207:19 208:17
**broad** 28:24
  96:14,16
**broader** 21:12
  26:6 55:24
  127:10
**brought** 107:4
  199:23 200:21
  207:25
**bruises** 50:3
**bruising** 48:12
  48:14 49:19
  50:9 95:23
**bucket** 11:24
  12:6
**buckets** 11:22
**bullet** 71:19,25
  72:4,7
**bunch** 42:9
  46:15 151:1
  154:5

**C**

**C** 2:12 3:1 212:1
  212:1
**call** 38:14,19
  39:10,11 45:11
  51:17,21 70:18
  70:23 71:1,15
  71:17 72:5,20
  72:21 73:2,7
  74:14,17,18
  75:4 77:22
  78:3,14,21
  169:1 170:3
  200:16 210:22
**called** 4:6 28:8
  57:11 200:25
**cameras** 133:24
**cannabis** 186:16
**caption** 3:5
**capture** 5:5

**car** 192:21 193:1
  193:13,16,18
  193:23 194:5
  201:21
**cardiac** 10:7,14
  10:16,17,20
  11:8,14,15,25
  92:15 124:7,13
  172:6 176:2
**cardiothoracic**
  118:21 119:19
  124:3 160:1,9
  170:13
**cardiovascular**
  9:4 12:14
**care** 6:11 56:3
  59:9 60:8 61:3
  61:7 62:22
  65:12 66:17
  67:9,16,22
  68:3,9 69:20
  70:12 74:12
  76:8 78:6,20
  102:6 132:11
**career** 95:9
**careful** 46:15
**carefully** 152:10
  195:7
**carry** 92:21 93:9
**cars** 192:4,7,8
  193:4,20
**case** 3:4 15:1,4
  22:23 23:3
  26:20 32:7
  35:1 40:15,21
  40:22,24,24
  41:10 42:7,10
  42:16 43:4,14
  43:20 59:22
  70:3 106:18,22
  113:12 124:24
  124:25 190:10
  208:19 211:5
**cases** 11:12 17:3
  17:14 46:18
  96:22 106:8
**catastrophe**

203:16 204:20
**catastrophic**
  116:23
**catheterization**
  47:5 125:20
  144:23
**cause** 147:16,18
  148:3,13,25
  178:7
**causes** 147:22
  152:6
**cavity** 128:10
**Centimeters**
  189:7
**certain** 44:5
  66:7,23 103:18
  108:23,24
  109:22 122:13
  123:12 129:3
  147:22
**certainly** 44:21
  162:17
**certificate** 19:24
**certificates**
  19:22
**certification**
  92:22 93:9,21
**certified** 93:5,16
  160:2
**certify** 212:2
  213:3
**cetera** 37:15
**chance** 34:23
  49:7 76:22
  98:4 121:8
**change** 84:1
  111:23,25
  112:2,12,18
  113:15 209:20
  213:8
**CHANGE/RE...**
  213:8
**changed** 89:13
  90:14,15
**changes** 118:1
**changing** 89:18
**characteristics**

157:22,24
  158:1
**characterizati...**
  202:1
**check** 178:22
**checked** 210:6
**chest** 27:7
  128:10
**choices** 150:3
**choose** 38:3 95:1
  122:21 136:11
  139:22 144:7
**choosing** 103:20
**chose** 127:4
  129:11
**cigarette** 175:15
**cigarettes**
  175:16,25
  176:21
**circumstance**
  128:24
**circumstances**
  70:16 123:20
  129:5 148:5,10
  148:14,17
  157:7 173:12
  187:13 189:23
  189:24
**Ciresi** 2:4,12,12
**cirrhosis** 181:4,6
  182:5,14,17
  184:22
**cirrhotic** 181:9
  181:13,20
  183:20
**Civil** 1:5
**claim** 74:23
**claiming** 89:14
**clarification**
  95:13
**clarifies** 73:8
**clarify** 21:5
  23:24 25:15
  27:16 45:19,23
  55:4 105:22
**clean** 4:18
**clear** 64:16,21

64:22 65:1,6
  65:15,23 70:20
  70:24 71:4,9
  74:16,21 75:18
  77:2,6,7,10,13
  77:20,23 78:23
  84:9 99:2,4
  113:18,23
  114:10 207:8
**clearer** 100:13
**clearly** 76:2
**clicking** 132:7
**Clinic** 1:7,17
  2:13 3:5 160:9
**close** 58:1
  195:15,17
  206:23 208:9
**clue** 109:6,15
  122:10 126:19
  136:3
**coach** 86:9
**coaching** 57:11
  59:22
**cocaine** 175:21
**cold** 121:13
**colleagues** 151:1
  205:5
**College** 92:10
**column** 157:23
  157:25 158:6
  158:12,16
  159:10,11
  162:18 163:19
  163:20 164:2,6
  164:10,13
  166:22,25
  168:3 172:13
  182:2 186:2,3
  187:1,2,11,20
  187:24 188:25
  189:22
**column/minus**
  166:25
**columns** 167:19
  172:15,19,20
**com** 72:15
**come** 23:19,20

84:6,16 85:9
133:11
**comes** 34:21
**comfortable**
162:7
**comma** 149:18
**commencing**
1:19
**comments** 57:7
**commercial**
116:15,17
**committee** 37:22
38:3 126:25
127:3 129:10
129:18 130:1
135:19,25
136:4,6,15,16
136:18,22
137:9 138:5,20
139:17,21,24
140:24 141:6
141:17 142:2
180:7,8
**committee's**
133:15
**common** 50:23
**communic** 78:16
**communicate**
38:16 52:10
55:9 78:12
115:15,19
116:11,22
117:1,20 118:5
119:4,7 120:14
121:8 193:7
**communicated**
104:18 119:2
210:6
**communicating**
51:16 115:9
**communication**
38:22 45:24
51:24,25 53:15
56:8,12 59:4,6
60:5,16,17,18
60:21 61:1
62:19 64:16,22

64:22 65:1,5,6
65:16,23,24
66:1 67:12
70:20,25 71:4
71:9 72:16,23
73:9 74:9,18
75:5,18 77:3,6
77:7,10,20,24
78:23 104:12
117:9 198:23
198:24 208:21
208:24 210:1,2
210:24 211:4
**communicatio...**
42:7 68:23
70:7
**commute** 191:22
194:18
**compared** 37:7
121:12
**compatibility**
167:10
**complete** 45:6
71:16 72:19
135:21 144:14
212:8 213:6
**completely**
143:8
**completing**
19:24
**complies** 60:8
61:7
**comply** 61:2
62:22 65:11
66:1 67:15
70:11
**complying** 78:20
**compound**
112:6 201:4
**computer** 54:21
**concept** 155:23
156:10 159:23
184:3
**concepts** 113:13
113:14
**concerned**
189:21

**concluded**
211:13
**conclusion**
151:11 153:5,8
155:21,25
**conduct** 114:14
131:2
**confident** 60:18
62:25 65:15,22
145:1
**confidential**
87:7
**Conlin** 2:4,12,12
**consider** 138:24
148:15,17
186:25
**consideration**
157:9,17
178:20 187:14
**considered** 23:6
182:16
**considering**
158:18
**consisting** 212:7
213:4
**constantly** 86:3
**constructing**
76:3
**context** 41:18
**continue** 64:9
84:11 171:5
**contracting**
188:8
**contraindicati...**
182:17 183:21
184:23
**conversation**
45:4 52:16
56:4 81:24
195:2,12 206:8
206:13,15
**conversations**
203:16 204:19
**converse** 180:21
**convicted** 175:1
**cool** 83:14 90:20
138:14 168:24

**coronary** 35:22
111:12
**correct** 6:1 7:1,5
7:9 8:2 11:9
12:10 13:17,22
14:25 15:15
19:7,11,13
21:2,19,22
24:1,8,9,12
25:6 26:19
29:21,22 45:2
46:1 53:21
92:1 93:7
98:19 99:7
105:5,8 111:22
112:17,20,23
117:23 128:11
158:8 159:1
164:3 187:21
209:19 212:8
213:5
**corrections**
213:7
**correctly** 13:12
**couple** 4:16
15:13 44:13
88:15,23 117:5
**course** 16:12,15
36:18 41:10
46:6 107:22
115:7 119:9,12
126:12 127:3
151:21 164:7
167:1,5 189:11
209:23
**court** 1:1 3:10
4:21 5:6
**courtesy** 83:9,10
83:12
**coverage** 116:6
116:9
**covering** 193:4
**crash** 31:12
**creating** 66:11
**credentials** 92:5
93:20
**cross** 165:2

**crosstalk** 62:4
**CT** 147:13
**current** 9:2
18:17
**currently** 9:7,18
79:4,8
**cut** 63:8 123:7
**cutoff** 37:5
**CV** 11:6 91:25

---

**D**

**D** 3:1
**daily** 109:12
**Daly** 33:2,8
151:1
**damage** 122:6
**Dan** 191:17
**danced** 74:12
**dancing** 84:10
169:23
**Danielle** 22:19
23:5,7 190:17
191:18,21
193:22 194:4,8
194:24 195:9
197:25 198:14
**darn** 74:16
170:10 208:9
**data** 136:1
166:11
**database** 6:8
25:5 143:2
**Date** 213:19
**Dated** 212:10
**day** 52:1 63:9
84:12 176:21
186:1 213:22
**days** 20:18
27:20 28:2
46:6
**deal** 86:2
**death** 36:3
147:16,18,22
148:3,13,25
152:7 178:7
**decide** 138:20
**decided** 95:4

107:6 126:25
133:12
**deciding** 98:22
**decision** 26:12
26:14 130:14
133:15,16
135:10,25
136:4,6 157:14
170:16
**deeply** 169:4
**defendant** 1:8
2:6 3:14
**Definitely**
186:12
**definition**
124:20
**deleted** 43:9
**deliver** 172:18
**denied** 96:21
103:19,21
104:21
**deny** 97:25 98:4
104:9 187:6
**denying** 82:9
91:11 98:3
**dep** 134:18
**Department**
1:18 12:14
**depends** 70:15
115:12 128:23
148:4,9 172:18
185:16
**deponent** 213:2
**depose** 199:7
**deposed** 24:5
**deposing** 199:8
**deposition** 1:11
1:15,17 3:6
4:13 5:15 6:4
6:14,21 7:15
8:6,13 58:4,6
80:3 131:2,5
131:22 134:19
134:20 135:3
141:23 193:11
211:13 213:6
**depositions**

134:20
**described** 48:3
209:7
**description**
11:13 23:25
121:2
**designate** 87:6
**detail** 48:4
**detailed** 32:18
**details** 140:8
143:24 144:1,5
144:21 186:13
200:5 201:13
201:16,17
206:10 209:2
**determine** 26:9
142:2 153:11
153:17
**determined**
129:7
**determining**
129:19 145:23
192:19
**deviation** 198:6
**device** 102:10
109:16
**diameter** 138:4
147:7 189:7
**diameters**
137:21 146:22
147:1 188:17
188:21
**die** 149:1 153:12
154:8
**died** 156:24
157:12
**dif** 142:10
**difference** 16:8
93:3 189:8
**different** 19:23
21:17 26:4
30:17 42:17
50:22 55:5,19
56:18 66:19
78:6 96:25
101:15 106:5
107:19 129:5

142:7 147:3
148:9 150:15
150:16 152:6
157:10,19
162:24 179:22
182:10 194:22
203:22
**digits** 18:18
**dimensional**
54:11,13,19
**dimensions**
126:16,17
**direct** 52:16
63:22 64:2
179:8 180:10
**directing** 180:12
**directly** 180:11
**disagree** 90:4
169:6,9 198:3
198:16
**disagreed**
154:11
**disaster** 199:11
**discarded** 100:3
103:7
**discovery** 19:22
**discussion** 80:23
185:20 204:22
**discussions**
190:7
**disease** 181:7
182:15 183:10
**dispute** 122:1
193:24 194:6
195:1,11
198:17
**dissatisfaction**
131:16 132:3
**dissatisfied**
80:18
**distance** 99:11
**DISTRICT** 1:1
1:1
**divide** 11:21
**doctor** 4:11
12:18 13:15
25:14 27:14

28:22 34:9
45:18 48:19
52:20 54:23
62:3 66:4
69:18 74:2
76:21 80:22
85:9 87:23
101:10 109:19
130:13 136:7
139:9,16 141:1
146:10 151:12
152:20 162:6
165:6 168:14
168:22 170:22
176:25 184:1,9
197:23 203:21
207:4,16
**document** 73:1
73:16,20 75:17
76:1 100:14
108:18 125:22
202:13
**documented**
123:4
**documents** 5:17
5:18,23,25 6:3
6:8,22 7:14,17
7:22 8:9,12,24
57:23 143:1
144:6 146:1
166:11 178:22
202:3
**doggone** 166:20
**doing** 11:10,15
25:7 33:14
36:17 46:8,14
84:22 95:25
112:25 180:8
195:22 199:18
**don** 158:10
**donating** 36:20
**donor** 5:20 6:7
6:23 22:16
25:17 26:10,15
26:22 27:8
28:5 29:1,1,20
29:23 30:3,6,8

30:12,17,17,20
32:2,13 34:24
36:4,4 38:4,18
39:4,14 42:8
44:20 51:9
53:25 64:17,19
64:24 65:6,16
65:17,18 66:15
70:19 71:6,16
72:19 75:19
77:3 78:16
95:10,13,15,16
95:21 96:7,12
96:23 98:3
100:2 101:4
103:6,19,23
104:9,16
105:17 106:23
113:8 115:1
118:2,4,8,9,23
119:24 120:12
123:11,11,20
124:24 125:2
125:22,23
126:3 127:14
127:18 128:8
128:17,19,24
129:4,11
135:10 136:1
136:15 137:20
137:23 138:9
139:22,25
140:1,17 143:1
143:14,17,22
143:24 144:6,6
144:21 145:5
145:13 146:4,6
147:15,16
148:5,10,12
149:3 150:5,5
150:14,21
154:9 156:24
157:12,21
158:14,15
159:15 163:25
164:4,9,15
165:11,14,16

166:13,15
167:23,24
174:14,15
178:7 186:9,13
187:14 188:23
189:15,18,24
198:9 202:6
203:1,1,2
206:22
**donor's** 122:25
163:2 171:25
185:25 189:9
**donors** 37:23
134:4 135:19
136:11 151:3
152:7,14
153:11 155:12
156:10 166:12
**DORSEY** 2:8
**dozens** 109:17
**Dr** 7:25 12:21,24
13:14 22:19
32:20 33:8,8,9
39:5 44:15,23
45:4,8,10
51:21,25 52:3
53:18 59:1,4
60:6,16 61:1
62:19 67:12
68:24 70:7
74:9 129:13,17
150:25 151:1
190:11 194:4,5
194:9 197:25
198:12,20
199:12,15,16
199:24 200:4
200:16 201:17
204:9,19
205:12 206:8
209:10
**draw** 148:1
**drawn** 112:16
**drug** 159:25
**drugs** 159:21,24
186:10
**Dubai** 91:22

**dude** 167:20,22
**due** 153:12
**duly** 4:6
**duties** 11:19
**dying** 149:8,17
150:10
**dysfunction**
179:2,5 180:3
180:15

**E**

**E** 3:1,1 212:1,1
213:1,1
**earlier** 45:15
192:9
**easier** 24:21
150:17
**easily** 193:7
**easy** 55:25 203:6
**echo** 36:9,14,16
47:4 48:14
50:4,10,15,21
50:24 51:2,6
125:19 126:6
126:14 142:10
142:11 144:12
144:22 146:19
146:23 147:13
188:5,7
**echocardiogram**
125:19 147:13
**echos** 49:18,19
**effect** 161:2
162:13
**effects** 160:15
162:2,22
164:17 165:9
165:11
**eight** 17:3,14
18:4,13 106:19
107:3
**either** 13:14
39:17 61:6
191:22 194:17
199:15 210:15
210:24
**ejection** 36:12

158:4 164:1
167:8 187:18
187:25 188:6
188:10
**employee** 84:22
**employment** 9:2
9:15
**en** 103:22
104:23 118:2
118:24
**end-stage** 181:7
183:9
**ended** 97:12
**ends** 96:12
**ent** 197:3
**entire** 111:24
194:9 196:21
197:6,8 198:15
**entitled** 151:2
170:3,5
**equal** 93:13
158:24
**essentially**
190:11
**established**
102:2
**estimate** 14:10
14:17,19,20,21
16:19,24 17:2
17:9,11,23
95:9 106:9,11
125:1,8 126:2
127:19
**estimated** 106:7
106:15 127:8
**estimates** 17:18
18:15 195:25
**et** 37:15
**event** 40:5 77:13
118:10 120:11
120:16,17
121:5 194:1
196:8 206:14
209:1,3
**events** 201:6
**eventually** 74:25
**evidence** 59:2

121:21 156:20
**exact** 50:5 60:17
101:13 140:9
147:9 201:8
**exactly** 18:11
42:21 43:24
66:17 108:17
126:21 151:16
155:1 186:14
192:25 194:13
198:4,18
204:21 206:5
208:7 211:6
**EXAMINATI...**
2:17 4:9
**examined** 2:18
4:7
**example** 25:4
112:1 116:25
146:22,24
148:7 158:4
**Excel** 7:6,8
**excellent** 124:18
124:20,21,22
125:23 195:16
**exchanged** 5:23
**excluding**
183:10
**exclusively** 9:21
**exercise** 174:2
**EXPAND** 97:8
100:21 107:18
121:21
**expect** 64:10
**expecting** 126:8
**experience**
28:19 29:8,14
31:6 96:19
98:3,12 103:3
104:9,14
105:22,23,25
**expert** 179:7
191:1
**explain** 22:12
72:6 191:25
209:14
**explaining** 209:2

**explanation**
122:9,15
204:25 205:1
**explantation**
205:9
**explanted** 26:23
30:5,9,16 32:2
207:25
**explicitly** 59:13
**eyes** 46:22 204:8

**F**

**F** 212:1
**fact** 26:20 41:9
98:20 99:17
156:24 157:12
159:14 163:25
164:4,8,12
165:2 167:20
170:13 174:12
174:25 175:15
177:13 186:15
**factor** 171:22,24
173:13,15
179:6 180:23
187:4,23
**factors** 136:10
138:7,12,12
143:4 144:10
146:11 158:17
171:17,20
176:8,12 177:2
177:3 179:2
187:5
**facts** 66:7,11
70:3
**fair** 13:11 21:11
22:14,14 41:17
61:20 107:10
158:21 179:11
187:8
**fall** 128:21 168:3
178:14
**falling** 200:22
**falls** 167:20
**familiarized**
97:4

**family** 3:12
190:7
**far** 15:10 17:7,8
131:4,21
**Fay** 22:19 23:6
190:17 191:18
191:21 193:22
194:4,8,24
195:9 197:25
198:14 207:15
**fell** 199:24
**fellow** 13:20
**fellows** 13:2,9
**felon** 175:1
**fentanyl** 186:17
**field** 137:3
**figure** 94:23
127:17 138:11
138:13
**File** 1:5
**find** 24:6 38:12
44:2 151:17
199:9,22
200:10
**fine** 14:19 33:19
34:5 46:4
57:10 58:3,13
62:10 63:10,11
64:8,12 69:10
85:23 90:5
139:19 140:1
148:19,21
169:9 170:1,8
179:12 184:13
**finish** 4:24 7:21
63:23 69:3
77:18 143:20
176:17
**finished** 133:3,5
133:6,22 140:3
**first** 4:6,20 10:8
24:25 26:8
34:22 35:7
38:22 39:3
51:20 58:24
60:20 74:20
89:16 104:10

111:7 152:16
190:14 199:8
200:20 201:11
201:21 202:24
205:11
**fit** 76:21 128:9
**five** 97:11 134:5
135:6
**flat** 54:21
**flight** 115:3
118:1 119:4
190:12 194:10
194:16,23,25
195:10 196:15
196:21,25
197:4,6,20
**flights** 116:18
**flow** 112:18,22
**flown** 116:14
**flows** 113:8
**fly** 19:12,17
**focus** 166:5
**follow** 20:8,10
131:14
**follow-up**
110:14
**followed** 131:25
132:24
**following** 1:15
**follows** 4:8
**for-** 102:4
**for-sure** 102:7
**foregoing** 212:6
213:3
**forever** 92:18
**form** 15:3 20:22
25:12 26:25
28:13,21 33:25
37:8 45:13
47:1,13,19
48:18 52:18
55:2,11 56:16
58:8 59:11
61:5 62:23
65:3,13 71:2
72:15 73:9
74:17 75:5

87:22 89:13
93:11 102:15
109:18 112:5
113:3 115:11
117:4 118:7
120:24 129:21
133:19 145:15
149:10 155:16
157:2 162:19
164:14 166:24
168:10 170:20
180:6,25
181:23 192:23
200:1 201:4
209:12
**forms** 72:15
**forth** 5:24 41:25
42:2
**forward** 20:3
**found** 6:9 43:23
51:12 200:14
201:10
**foundation** 27:1
27:9,13 28:14
28:22 32:14
33:24 37:9
47:2,13 52:19
56:6 57:17
58:5,12 59:11
61:5 62:24
65:14 67:17
70:13 71:3
78:8 89:4
97:16 100:4
113:20 120:25
122:8 127:9
151:14 153:6
155:16 156:17
162:20 166:10
170:21 175:23
180:5 181:1,15
181:23 182:19
201:4,25
203:11 209:12
**four** 22:15 64:5
96:5,22 98:1,1
189:5,5,6,6

**four-page** 8:1,3
**four-year-old**
128:3
**fraction** 36:12
158:5 164:1
167:9 187:18
187:25 188:6
188:11
**frame** 69:23
**frankly** 141:4
166:3
**frequent** 88:21
**front** 81:20
133:23 202:13
**Fuad** 12:24
**full** 9:15,17,21
26:15 35:14,15
107:17 212:8
213:5
**full-** 89:1
**full-time** 90:1
**fully** 81:25 82:4
84:20
**function** 112:9
113:15 118:1
118:22 120:20
188:5
**functioning**
114:19 209:16
**future** 92:3

_____
**G**

**G** 3:1 213:1,1
**game** 85:5
**gas** 20:25 21:4
**gases** 21:7,8
111:14
**gather** 11:6
**gen** 119:25
**general** 30:23,23
35:1,2 38:20
38:21 103:5
113:12,14
118:14,20
120:5,8 123:17
128:20 134:3
135:6 150:9

155:23 156:5,9
159:23 163:9
184:21 189:18
206:7 208:20
**generalities**
138:1
**generally-acce...**
129:1
**getting** 24:5
92:6 97:2
103:7 116:1
125:11 144:14
194:2
**give** 4:24 5:7,12
6:3 14:8,17
16:2,4,24
26:15 35:14
38:10,12 39:7
49:6 64:14
68:6 76:10,11
76:22 82:8
91:10 92:9
112:7 134:1
140:25 141:12
149:1 153:8
157:13 161:18
169:15 183:1
187:22 190:3
205:15,23,24
205:25
**given** 83:7 140:6
**giving** 35:16
89:23 134:15
140:14 143:7
166:1
**glasses** 71:14
**global** 46:9 95:4
**go** 3:18 4:17 6:2
16:19 17:15
18:10,24 20:15
21:18 22:8
23:23 24:11
25:13,14 27:20
45:22 46:18
49:12 50:2,20
53:24 57:5
58:15 59:12,18

60:1,20 63:13
64:13 70:14
71:11,13,25
75:16 76:20
86:12,19,20
90:19 91:3,8
91:21 92:2
93:12 97:22
99:13 102:15
104:23 105:9
109:19 113:4
115:22 117:5
121:4 123:7,8
123:9 129:22
130:12,13
133:20 135:12
139:2,6,12
148:2,7 149:6
156:17 166:21
170:21 171:12
184:16 185:18
191:7,9,11
192:3,12,24
196:18 201:5
203:14
**goes** 21:16 23:13
112:12 158:11
158:16 162:18
164:13
**going** 8:19 11:21
11:22 13:16,20
14:11 18:8,10
34:20 35:10
42:14,21 46:5
54:18 55:19
56:17 57:15
58:9 59:1 64:5
68:2 74:24,25
78:2 80:6
83:13,16 85:25
86:6,7,8 87:4
94:16 95:5,20
96:3 98:17,20
99:6,14,17
100:16 104:2,3
105:7,18 107:7
107:7 113:10

113:10 116:18
118:11,16
120:2 124:25
125:2,9 126:3
127:23,24
128:9 130:15
131:1 132:13
132:14 133:13
138:1 143:3
144:9 148:1
160:20 161:6
162:16 165:24
170:17 171:11
185:9 188:24
191:5 194:21
194:25 195:11
197:14 198:2,8
198:9,16,17
199:7,9 200:7
**good** 3:2 4:11,12
16:7 39:23
41:1 45:1,9
53:15 56:14
58:21 62:19
65:10 70:9
74:21 77:12
84:22 87:11
92:4 96:7,11
100:1 101:4,5
103:6,23 104:1
104:3 105:10
105:17,17
114:4 115:4
118:1,3,23
125:6 158:7
159:22 160:3
160:11 161:1
161:25 167:8
175:17,18
180:18,19,19
180:19 181:20
188:7 198:21
207:17 210:7
**gotten** 170:9
**gray** 172:20,21
172:21,25
173:5,7,7,9,24

173:25 174:1,6
174:7,16,17,19
174:22 175:3,4
175:6,9,11,13
177:14,20,22
178:4,8,15
182:3 186:3,4
186:19,22
187:19
**gray-** 187:1
**great** 14:5 20:5
20:12 43:25
48:1 67:11,24
131:11 133:7
134:1 136:24
137:11 138:16
138:18 147:4
159:5,14
166:14 167:19
184:20 198:19
205:21
**ground** 4:16
28:6,10 117:20
191:13,22
194:17
**group** 137:14
**grouping** 141:13
**guess** 126:8
202:20
**guessing** 5:24
**Guide** 107:21
**Gustavo** 205:12
205:20
**guy** 76:17 86:16
128:4 165:3
**guys** 3:18 42:6

_____

**H**

**half** 14:10,10,23
14:23 15:5,11
15:12 115:3
176:21 189:5,6
**hand** 56:12
213:21
**hand-** 208:23
**hand-off** 208:20
210:1,18

**hands** 199:25
**hang** 56:19 62:3
69:8 100:10
102:14 103:10
117:3 173:21
201:3,24
**happen** 30:19
32:5 72:18
96:17 107:15
120:1 121:3
122:14
**happened** 53:5
74:24 75:2,3
91:17 95:8
104:17 107:8
113:11 121:6
121:24 196:8
199:11 203:17
204:2 205:10
208:19 209:1,3
211:5
**happening**
169:13 204:9
204:13
**happens** 41:19
103:22,24
105:19 115:8
116:23 117:18
122:11 197:12
**happy** 169:14
201:20
**harassing** 79:20
**hard** 170:9
**he'll** 46:5
**head** 49:2
155:23
**hear** 42:20 88:1
88:6
**heard** 88:4,11
151:5,7,8
200:21 202:6
204:12
**hearing** 190:14
201:21 202:25
**heart** 6:6 10:5
10:25 11:1,4
12:11 14:12

15:17 19:1,5
20:25 21:17
22:7,16 23:13
23:15 24:11
25:9,16 26:10
26:10,18,18,22
26:23 27:7,8
28:5,5,11
29:20,23 30:3
30:4,5,6,7,8,9
30:12,15 31:8
31:14,17 32:1
32:2,4,12,13
33:6,14,22,22
34:24 35:9,10
35:13,17,20,25
35:25 36:2,3
36:10,15,17
37:2,6 38:5,6
38:11,18,20
39:6,23 40:7
40:25 45:1,7,9
46:10,19,23,24
47:4,11,18,23
48:8,12 51:14
51:22 52:4
53:3,6 54:7,25
55:8 56:5,13
58:21 59:6,8
60:7 62:18,21
64:18,23 65:2
65:6,9,11,17
65:25 67:13
68:19 70:9,10
71:7 75:19
77:3,8,8,12,20
78:16,18 95:4
95:17,18,20
96:3,7,11,22
98:3,4,16,20
98:22 99:4,6
99:14 104:2,3
104:9,10,15,16
104:17,20
105:11,17
106:3,8 107:21
110:4,7,9,17

110:21 111:3
111:15,20
112:9 113:1,15
114:16,23,25
116:23 117:18
117:25 118:22
119:20 120:13
120:20,20
121:3 122:19
122:21 123:14
123:18 124:2,9
124:9,12,19
125:2,4 126:3
126:9,15,20
127:7,18,20,23
128:3,3,8,13
128:14,21
129:8 130:15
133:12 135:10
137:20 138:3
138:21 141:15
142:4,5,6,6,11
142:15,22,24
143:5,12,17,22
143:23 144:4
144:13,19
145:22,24
146:13 148:2,8
148:13 149:2
150:20 151:2
151:20 152:14
153:13 154:10
154:10 155:11
156:10,22
157:15,21,22
157:24 158:14
158:23 159:8
159:18,23
160:3,12,18
161:1,3,25
162:3,14,23
163:6 164:10
164:19,24
165:4,10
170:17 172:7,8
172:9 175:17
175:20,25

176:5,10,13,15
176:20 177:3
177:11 179:3,6
180:4,8,9,15
180:19,23
181:10,14,22
182:9,16,18
183:11,21
184:23 188:5,8
190:24 191:12
191:22 192:11
192:12,18,18
192:20 194:17
195:14,15,17
197:14 199:1
199:12,14,23
200:21 201:15
201:19,20
202:4,6,18,22
203:1,1,2
204:6 206:19
206:21,25
207:8,10,19,25
207:25 208:17
209:6,16,20
210:16,18
**heart's** 29:17
128:7
**heart-lung**
14:13,15,22
15:13
**heart/lung** 13:13
**hearts** 9:24
11:16,18 14:7
14:9,23 15:5,6
15:12 16:22,25
17:5,7,23 18:3
18:12,13,14
19:1,8,12 97:3
97:11 98:1,2
99:25 101:3,19
103:5,18
106:12,16,20
121:22 122:5
**heavier** 145:14
**help** 9:24 10:1
13:9 105:21

191:3 196:8
**helpful** 169:16
**helps** 203:10
**hemodynamics**
35:24 36:8,11
46:13 51:13
95:24
**hemorrhage**
149:9,18,23,25
150:10,19,21
151:4 152:15
153:12 154:3,6
154:9 155:13
156:11,25
157:13 159:6
159:10 163:22
167:13 178:2,6
**hepatologist**
179:7
**hey** 42:6 44:19
207:16 210:6
**history** 122:25
123:13 144:24
150:13 163:3
171:25 177:18
**Hmm** 149:13
151:9
**hold** 7:19 28:20
41:25 48:21
59:10 61:25
62:1,1,1 63:17
69:2,7,7 73:10
73:10,11,12,14
75:11,14 81:19
81:19 82:21,21
82:23,23,24,24
101:17 110:10
118:19 119:16
130:3,3,4,4,5
130:12 134:11
134:11,12,14
134:16 165:18
167:7 168:13
168:13,23
171:4,18,18,18
203:20,21
207:2

**holding** 9:8
17:19 75:12
202:13
**hospital** 25:24
28:9 32:3
44:20 120:11
186:11,18
191:13 192:4,7
192:13,22
194:3 210:17
**hour** 115:3
185:5 194:16
**Huber** 2:11
212:2,16
**Huh** 40:9 89:15
190:22
**huh-uhs** 5:3
**hypothetical**
59:15,17 70:2
70:4 120:7,9
121:4
**hypothetically**
150:9

——————————
**I**
**Idaho** 40:8,10
40:11 52:4,6
119:22 190:12
191:14,14
199:23 200:22
**idea** 38:10 47:4
129:18 180:2
191:23 210:8
210:11
**ideal** 148:18
**imagine** 148:25
**immediately**
83:23
**impact** 150:20
154:16,17
161:2
**import** 114:13
**important** 4:23
35:6 36:13
37:2 47:16,22
48:2,6,10
111:16,19

114:13,22
115:6,7 118:4
119:1,7,23
123:21 146:24
147:18 209:17
**impression**
199:10,15
**improve** 94:7,12
94:24
**improved** 182:9
**inappropriate**
135:15 169:5
**incarcerated**
175:1
**include** 71:1
**included** 14:7
**includes** 95:15
104:10 121:5
**including**
105:25 183:19
**incorrect** 129:23
**independently**
127:1
**INDEX** 2:17
**Indiana** 94:15
**influence** 132:25
**inform** 44:22
193:7
**informant** 52:25
**information** 8:9
35:16 38:17
39:17,22 40:25
41:4 51:11
52:22,24 79:10
101:21 118:5
119:1 120:8
121:17 122:16
123:10 137:2
**informed-cons...**
190:6
**inhaled** 172:1
**injuries** 46:14
148:9
**injury** 36:2
48:12 121:22
**inotropes** 35:25
**inspecting** 207:8

inspection
  125:12 209:15
instance 46:21
institution 13:2
  36:21 37:15
  51:9 96:9,13
  97:14 101:6
institutions 13:1
instruct 76:14
  76:17 80:5
instruction
  131:1
instructions
  86:5
instrument
  192:3
intended 96:16
intentionally
  76:5
inter 110:23
  130:21
internal 71:13
  72:17
international
  183:10
internet 116:6,8
  117:8,22
interpose 71:22
interpretation
  74:19 89:24,25
interpreted
  149:21
interrupt 14:4
  63:4 64:13
  68:4 69:4 75:7
  130:2,20 134:7
  134:23 139:11
  153:23
interrupting
  82:22,25 83:8
  110:24 111:2
  131:12 139:1,3
  139:8 176:18
interruption
  14:1 88:8
  146:15
interspersed

15:14
intimidate
  132:25
intracranial
  149:9,17,23,25
  150:10,19,21
  151:4 152:15
  153:12 154:2,6
  154:8 155:13
  156:11,25
  157:13 159:6,9
  163:21 167:13
  178:2,6
introduce 3:9
involve 70:23
involved 27:22
  29:2 43:13
  97:5 208:23
Iowa 94:16
Ireland 92:11
irrelevant 157:3
isolated 182:17
  183:21
issue 181:4
issues 76:2
  146:14 180:22
  181:2
IV 165:16
  171:25

J
January 9:22
Jenna 2:15 3:23
  3:24,25
job 11:13,19
  25:11 26:9
  34:20 35:7
  46:8 47:22
  48:2,6,10
  57:13 79:5,9
  79:13 80:18,21
  81:3,21 82:6
  82:16 84:19,21
  86:15 87:13,17
  87:21 88:15,21
  88:23 90:4
  91:17 94:2,12

131:2
jobs 25:2 88:11
jogs 152:22
Jordan 92:2,13
  94:10 160:2
Jordanian 92:22
  93:9
Journal 151:19
judge 86:1,10
  137:23
July 20:14
jump 83:23
JV 63:21

K
Karen 2:14 3:20
keep 44:21 71:9
  82:19,22,25
  86:17 102:20
  108:2,15
  110:23 111:1
  139:1,3,7
  144:15
kidney 12:12
kind 6:2,17
  10:17 21:13
  37:5 49:2
  74:12 124:5
knew 98:17
  126:24 178:19
  201:14
Knop 12:19,19
  12:20,21 13:14
  22:19 39:5
  190:11 191:21
  194:4,9 197:25
  198:12 199:15
  205:12,20
know 5:10 6:5
  16:13 17:3,18
  17:19 22:15
  24:19 26:1,15
  27:14 30:25
  32:23 34:2
  35:18 37:12
  38:3,23 39:6,8
  39:15,16,17

40:12,14,20,24
41:2 42:15,21
44:1,5,6 48:20
50:13 54:12
58:5,6 60:15
61:18,20,22,24
62:2 63:19,19
63:20,20 66:10
66:13,17,23
68:5,7 73:24
81:6,9,16
82:12,12,15,18
84:8,9,13
85:19,20,22
86:14 87:16,24
88:21,21 89:5
89:6 91:24
92:3,4 93:20
96:2 97:10
99:3,21,24
101:2,8,13
102:4,6,20,22
102:23,25
103:20 104:20
107:6,11,25
108:1,24,25
109:11,23
110:2,4,5
111:7 112:7,8
112:9 113:6
116:2,4,21
119:13,20
120:11,13
121:6,7,9,14
121:20 122:10
122:11,16,17
122:18,18,19
123:19,23,24
123:24,25,25
124:10 125:19
126:22 127:4
128:23 129:2,3
129:9,10,10
133:15 134:8
135:9,13,14
136:6,9,9,10
136:10,14,17

136:21 137:1,1
137:1,2,3,3,4,8
137:11,21,22
137:23 139:3,8
139:18,24,25
140:1,10 141:2
141:7,10,12,19
142:1,25 143:1
144:17,23,24
144:25 145:19
149:4 150:25
151:12,13,19
152:4,5,6,7,24
153:18 154:25
155:1 156:17
156:19 158:18
158:19 160:24
161:8 162:11
166:12,13,15
168:22 170:10
172:22 173:11
174:8,8 175:24
176:11,23
179:12,17
180:8,14,17,17
180:18,19,20
181:4 182:5,8
182:12 184:18
184:19 186:5
187:4,6,13,14
187:15 188:3
189:3,14 190:9
190:12 191:3
191:18 193:3,4
193:6 194:1
196:10,13,23
196:25 197:17
198:22,23
200:4 201:13
201:16 204:21
204:23,24,25
205:19,21,22
206:5,21
208:18 209:1,2
209:3 210:25
knowledge
  100:25 101:10

133:16 136:20
138:11
**knows** 78:18
119:13 121:23
169:20 205:2
210:4

**L**

**lab** 144:25
**lack** 167:10
**lactate** 7:11
104:22 105:10
111:13 112:1,3
198:6,13
210:12
**lactates** 7:3 25:4
105:4,7,16
112:15 194:19
198:1,5,21
199:17 202:21
202:23 209:25
210:5,7,7,9,16
**land** 119:5,7,14
119:15 121:7
**landed** 28:6
119:22
**landing** 119:10
**lands** 31:8
**language** 73:16
**large** 102:7,9
158:22
**late** 16:14,14
**law** 59:22
**lawsuit** 41:11,20
88:5,12
**lawyers** 41:22
**leave** 36:19,22
36:24
**leaving** 70:19
143:25
**left** 52:4,6 126:4
**legal** 1:17 8:16
203:18
**legitimate** 79:21
132:24
**lengthy** 45:4,13
**Leopold** 1:4

2:14,14 3:21
3:21,25 7:23
22:17 98:17
99:5 129:7
130:15 133:13
135:11 138:22
142:16 145:14
156:22 163:21
164:5,15,25
178:19 190:7
**Leopold's** 8:5
26:23 27:7
32:12 33:21
147:7 159:9
199:12 207:24
**let's** 6:2 12:11
16:18,18 17:6
17:13,15 26:5
26:5 27:20
29:13 69:9,11
71:10 83:15
85:1 86:11,19
87:5 138:18
154:24 157:18
159:5 166:4,21
181:3 203:5
208:8
**letters** 109:5
**levels** 111:13
**license** 91:21
92:6,24,25
93:1,18 94:8
94:18,19 95:2
**licensed** 92:24
93:3 94:16
**life** 4:15 92:4
93:22 175:2
**likewise** 72:3
**limited** 125:25
**line** 131:4,22
170:8 213:8
**LinkedIn** 88:25
89:5,7,10,21
90:1,14
**list** 205:6,15,18
**listen** 77:2 84:15
139:5 152:10

155:24 156:6
171:19 195:7
**listening** 39:20
68:5 119:11
139:4
**literally** 194:18
198:1 200:22
202:15
**literature** 97:5
102:19 107:17
122:14 160:13
162:1 205:1
**litigation** 59:3
**little** 18:9 34:15
152:2 171:10
174:9 178:9,10
182:11
**live** 9:18
**liver** 12:12
178:20 179:1,5
180:2,9,14,19
180:22 181:2,3
181:7,9,13,20
182:5,9,13,15
183:10,20
184:22
**LLP** 2:4,8
**long** 9:20 20:17
84:12 92:17
170:2 205:18
207:22
**longer** 96:8
**look** 7:7,11,14
7:17,22 8:4,12
8:25 26:22
34:23 36:16
47:11,18 51:13
58:19 74:22
85:24 88:11
94:19 95:23,23
95:24 100:1
101:4 103:6
105:16 113:19
122:24 125:17
125:18 139:24
142:24 143:18
143:18 144:18

183:8 186:12
210:5
**looked** 6:8,9 7:9
7:16,18 43:2
43:16 103:23
105:17 107:20
107:24,25
108:4,12
114:25 118:1
125:7,21 127:4
136:1 142:13
142:20,22,23
142:25 143:11
143:13,24
144:5,11,15,16
144:20,22,22
144:23 145:1
146:4 152:23
201:1,11
204:24
**looking** 11:6
16:3 36:8 38:2
46:11,11,13,14
47:23 48:7,11
51:2 57:23
79:4,8,12
80:17,20 81:3
81:13,15,16,17
81:21 82:6,16
84:19 87:13,14
87:15,16,20
89:1,9,11,22
90:3,8 91:12
94:11 101:5
105:2,3 112:3
112:25 114:18
115:4 118:3
138:7 147:15
157:21 161:12
207:16 209:7
210:7
**looks** 35:8 38:6
45:1,9 51:14
56:13 58:21
62:18 65:10
70:9 96:7,11
114:19 118:22

118:24 120:20
138:5 209:16
**lot** 46:4 83:7
100:12 109:8
122:15,18
137:1 138:7
151:17
**lots** 51:1 59:22
88:10 138:12
143:3 148:16
160:7
**loud** 54:10
**low** 187:25
**lower** 121:10
**LSD** 177:14
**lung** 10:24 11:1
12:12 14:12
15:17 120:13
151:20 180:9
**lungs** 9:24 11:16
11:18 14:7,9
14:24 15:5,7
15:12 23:15
98:2 180:19
**LV** 142:11
146:25

**M**

**machine** 6:10
21:9 24:18
25:2,17 53:7
65:18 68:19
77:9 98:5,7
103:25 104:16
105:12 107:1
109:23 110:5,7
110:19,25,25
111:3,3 112:9
115:2 116:24
122:18 190:25
192:2,21 193:5
193:6 199:24
201:20 202:5,8
202:22 206:20
207:11
**Maggie** 2:12
3:22

majority 19:8
making 132:17
  136:9 157:14
manage 190:25
  195:16
manipulate
  133:1
manual 108:11
  108:21 109:4
manufactured
  102:10
manufacturer
  108:21 109:16
marginal 124:2
  124:12,14,19
marijuana
  174:13
Mary's 31:18
match 127:18
  137:14,19
  142:3 189:12
matching 134:3
  140:18 189:15
matter 145:5
  150:1 158:1
  159:11 163:20
  163:22
Mayo 1:7,17
  2:13 3:5 8:5
  9:3,7,10,11,15
  9:21 10:12,20
  10:21 11:3,8
  11:12 12:9,14
  13:3,4,14
  21:16 28:17
  29:3,9,14 33:2
  33:5 34:23
  37:19,19 42:5
  42:9 71:12,13
  72:17 80:18,19
  81:25 82:5
  84:18,21,21
  87:18,19 106:4
  106:13,17,21
  115:15,19
  122:17 139:24
  152:5 160:9

194:4 203:18
Mayo's 105:23
MDMA 186:17
mean 10:17 15:6
  15:18 17:1
  23:17,25 24:19
  25:16,17 27:24
  30:7,8,24
  31:12 35:15,17
  36:4 37:13,14
  37:18,24 38:12
  38:20 39:3
  41:3,12,16
  42:19 50:13,23
  64:13 68:21
  70:15,16,18
  77:23 79:16
  80:11 87:24
  88:5,6 92:3,6
  93:13 95:1,10
  99:9,9,16
  100:7 101:13
  102:19,22
  103:21 104:20
  106:2 110:21
  113:6,18
  114:15 115:23
  116:12,13,14
  116:21 119:3
  120:10 122:14
  123:7,19 124:2
  124:9,16 125:3
  125:21 126:5,5
  126:6 127:4
  128:2 139:13
  142:11 146:19
  149:2 162:7
  165:10 185:15
  187:4 188:7,11
  188:21 189:2,4
  189:12 192:25
  195:21 196:24
  200:12 201:8
  201:14 202:12
  203:19 206:14
  211:2
meaning 101:18

means 10:2
  35:18 67:3,6,9
  68:9 88:19
  124:17 167:23
meant 132:25
measure 142:12
measured 113:7
  147:8,11
measurement
  146:23
measurements
  126:6,14
  141:17 146:19
  147:12 189:13
measures 125:21
  145:1
medical 8:5 66:2
  67:3,6 78:12
  94:8 122:25
  123:13 137:3
  146:21 182:7
  185:12
medical-- 123:5
medicine 9:13
  93:4 108:14
meets 59:8
membership
  92:10
memory 152:22
  205:25
mentioning
  187:5
message 58:20
  62:17 65:25
  67:14 68:15,23
  70:8 191:20
  194:13 202:8
messages 40:15
  40:21 41:9,13
  42:6,10,16,20
  42:20,22,23
  43:3,19 44:2
  44:10,14 58:25
  191:16 195:4
  199:5,11
  201:18 203:7
  209:8

Messerly 2:12
  3:12
met 8:15
meth 159:15,17
  162:18 164:13
  165:3,16,17
  166:21 167:20
  168:6 170:14
  170:14 172:7
  175:21,25
  176:6,22
methamphetam...
  159:17,22
  160:2,11,14,25
  161:25 162:2
  163:3 164:17
  165:8 172:1
  173:3,18 174:3
  186:16
Methamphetam...
  159:18
method 51:23
  51:25 60:17
Metsch-Garcia
  2:3 3:22
Michael 22:20
  23:5,8,9,25
  44:14,14 58:25
  62:18 65:1
  190:17
Michelle 1:3
  2:13 3:21
middle 163:22
  167:14,17
  168:2,5 170:11
  177:25 178:1
  178:12
midline 178:9,11
mind 165:2
  179:15
minimum 24:10
Minneapolis 2:5
  2:9
Minnesota 1:1
  1:19 2:5,9
  92:25 212:10
minus 157:25

159:10 162:18
  163:19 164:13
  167:14,16
  168:1,7 170:11
  172:8 186:2
minute 69:9,11
  81:23 98:12
  125:14 143:4
  144:10
minutes 48:4
  74:7 112:3
  134:5 135:7
misinterpreting
  57:9,12
mismatch
  188:22 189:20
missing 104:6
mistaken 53:18
misunderstan...
  90:18
mixing 127:14
Model 183:9
months 88:15,23
morning 3:2
  4:11,12
motion 80:4
mouth 56:24
moving 86:18
multiple 21:10
  136:10 148:8
  158:17 173:11
  187:12
mushrooms
  177:14
myocardial
  121:22 122:6

## N

N 3:1 213:1
NAH 213:24
name 23:7 24:1
  42:13 129:14
native 30:4,15
  32:4,12 188:23
near 208:9
nearest 120:10
necessarily

70:25
**need** 6:9 14:18
  15:25 19:12,17
  20:4 55:9
  60:22 62:4
  70:25 79:10
  102:3 119:14
  130:25 131:4
  131:22 132:6
  135:2 183:13
  184:8 197:23
  202:11
**needed** 74:13
**needs** 24:18,19
  72:18,19,21
  119:1 156:20
  191:2 195:18
  197:15 210:15
**negative** 165:4
  172:22 173:4
  174:1,6,10,18
  174:21,23
  175:3,6,7,9,13
  175:14 177:20
  177:24 178:8
  178:10,16,17
  181:24,25
  184:24 186:6
  186:19,22
  187:1,2,3,3,11
  187:24 188:25
  189:22
**neither** 57:25
  193:22 194:4
  207:14
**never** 4:15 92:11
  92:11,19 190:6
**new** 87:13,17,20
  88:11 90:4
  165:21,23
**Next-of-Kin** 1:4
**nice** 4:18 109:4
**Nicole** 212:2,16
**Ninety-five** 12:7
**Noah** 1:4 8:5
  26:22 27:7
  32:11 33:21

98:17 99:5
135:11 138:21
147:7 178:19
199:12
**Noah's** 127:7
**nods** 5:5
**non-OCS** 23:16
**Nope** 114:8
  136:20
**normal** 108:25
  113:9
**normalized**
  183:10
**Norman** 2:14
  3:21
**nos** 5:4
**Notary** 212:17
**note** 8:1,4
  155:18 200:3,6
  204:10
**notes** 7:24
  200:14 201:14
  201:17 204:4
  212:9
**notice** 1:16
  206:18 207:9
  207:12
**noticed** 185:5
  209:6
**noting** 204:10
**number** 14:18
  16:2 17:19
  19:1,23 21:17
  24:10 71:14
  87:17 101:19
  101:23 102:2,5
  102:7,7 129:3
  147:9 158:19
  191:12 195:25
  201:18
**numbers** 6:10
  7:3 15:25 16:1
  16:16 18:9
  102:21 107:19
  111:7,8,10
  112:7 113:6,9
  126:21 145:17

198:7,9
_____

**O**
_____

**O** 3:1
**o'clock** 3:4
**oath** 82:10,11
  91:11 170:12
**object** 15:3
  20:22 25:12
  26:25 27:9
  28:13,21 32:14
  33:24 37:8
  45:12 47:1,12
  47:19 48:18
  52:18 55:2,10
  56:6,15 58:11
  59:10 61:4,10
  62:23 65:3,13
  67:17 70:13
  71:2 78:8
  87:22 89:3,12
  93:11 97:15
  100:4 102:15
  109:18 112:5
  113:3,20
  115:11 117:4
  118:7 120:24
  127:9 129:21
  133:19 145:15
  149:10 153:6
  155:15 156:16
  157:2 162:19
  164:14 166:9
  166:23 168:10
  170:20 175:22
  180:5,25
  182:19 192:23
  200:1 201:3,25
  202:10 209:11
**objecting** 27:13
**objection** 34:7
  34:11 57:4,8
  57:14,16,19
  58:2,6,9,14
  59:21 71:22
  75:15 78:9
  91:7 132:16,17

132:18 137:6
**objections** 60:9
  86:4,5 131:3
  132:14
**observing** 3:16
**obvious** 47:21
  61:8 184:2
**obviously** 8:19
**occurrence**
  195:19
**OCS** 6:10 7:2
  8:9 15:24
  16:10,13,15
  17:25 18:2,3
  18:12,13,13
  19:1,6,9,12,19
  20:13,20,25
  21:16,24 22:5
  22:7 23:6,13
  23:15 24:11,18
  25:1,3,9 27:23
  27:24 53:7
  64:24 68:19
  70:10 77:9
  95:16,17,18
  97:2,4,5,12
  98:5,7,13,18
  98:21 99:6,10
  99:16,18,24
  100:1 101:3
  102:19 103:3,4
  103:25 104:16
  105:3,11,24
  106:3,8,16,19
  107:1,4,21
  111:24 112:9
  114:16 115:2
  116:24 117:13
  121:11,23
  122:5 190:25
  192:2,13 193:5
  193:6 195:20
  195:25 197:7
  199:24 206:19
**odds** 180:3
  181:9,13,21
**office** 3:23

**Officially** 12:16
**Oh** 3:19 23:23
  41:24 89:20
  118:11 132:8
  135:18 145:8
  154:14 159:20
  159:20 163:13
**Ohio** 93:18,23
  94:3,5,9,20
  95:1
**okay** 4:2,18 5:7
  5:14 6:2 9:14
  9:20 11:21
  12:1 14:20
  15:9 16:18,23
  17:21 22:4,18
  22:21,25 23:20
  24:4,4,24 27:6
  27:21,24 29:2
  29:7,10 30:2
  32:10,19 33:1
  33:12,17 34:8
  34:12,14 35:21
  37:19,20 38:5
  38:16 39:20
  40:1,4,6 41:1,3
  42:1 44:10
  45:16 49:16
  50:16 51:19
  53:13 55:14,15
  55:23 56:11,17
  57:3,6,16,18
  60:19 62:6
  64:25 66:19,20
  66:22 67:20
  69:9,12 70:22
  71:8,25 72:17
  73:4,19 76:12
  78:1,25 79:24
  80:12 81:19
  82:14 85:23
  86:11 87:8
  88:10,18 91:21
  95:3 98:6,7
  100:24 101:16
  102:11,14
  103:8 104:6

106:10 110:1
111:6 116:14
117:24 119:6
124:12,15,23
125:5 126:8,18
127:7 129:6
130:12 132:1
135:18 136:3
136:14,24
144:8,13
145:13,18
146:2,5,8,17
147:14 150:6
151:19 152:8
152:12,13
153:2 154:22
155:3 156:21
157:18 158:3
159:5,20 161:6
161:8 162:12
163:13 165:5
166:19 167:24
168:24,25
169:2,7 171:2
171:15,24
172:20,21
173:8 174:4
175:5 179:1
180:13 181:20
185:1,19
187:22 188:1
188:16 190:20
191:5,8 193:9
193:19 194:8
199:17,22
200:18,20
202:20 203:10
204:12 205:13
205:15,25
209:4,24 210:5
211:11
**once** 25:9 28:5
36:20 71:15
97:13,13 101:5
106:12,17,20
107:5 119:5,7
120:10 198:24

204:15 210:17
**one's** 176:10
177:5
**ones** 19:16 38:3
42:24,25
**ongoing** 112:25
113:23 114:10
114:14,23
**open** 39:18,18
39:21 90:1
**operating** 27:8
29:18,21,24
30:4,12 33:22
207:20 208:18
**operative** 7:24
8:1,3,10 26:1
27:3 32:10,16
200:3,5,14,24
201:1,12,14,17
204:1,4,10,16
**opinion** 33:18
34:4 76:8,11
76:11 127:5,6
156:13
**Opioid** 175:9
**opportunity**
26:21 47:10
143:8
**optimal** 124:20
147:23 149:9
149:18,24
150:11 154:19
**optimum** 124:17
144:7 146:7
150:5
**order** 80:4 87:10
127:13,17
**organ** 6:11 13:6
13:16 34:21
35:13 120:13
145:2 147:19
166:17 180:20
**organs** 11:23
13:8 162:3
187:6
**outcome** 154:9
**outcomes**

153:13 180:16
180:18 183:11
**outside** 37:25
153:1
**overall** 16:9
38:17 46:10
50:25 51:14
120:20 121:10
**oversized** 37:7
38:6 128:14,21

--- P ---

**P** 3:1 213:1
**p.m** 208:12,13
211:13
**pack** 176:21
**pack-and-a-h...**
175:16 176:6
**page** 2:18 5:12
6:19 31:1
69:24 72:14,20
73:9 74:5
90:14,25
119:17 154:4
179:25 213:8
**pages** 1:12 5:23
5:25 8:5 212:7
213:4
**Paint** 148:12
**Palmisano** 2:12
3:22
**palpate** 35:22,23
35:23 46:24
53:20 95:22
**palpated** 51:12
**palpating** 46:12
48:3
**parameter** 37:5
153:21,24
154:2 159:4
**parameters** 7:4
7:7 105:11
108:24 111:9
111:10 128:13
128:16,20
135:6 136:9,15
136:22 137:8

137:10 138:4
138:19,23
139:12,22,23
140:6,10,11,21
140:24,25
141:2,11 142:1
142:14,21
143:10 145:23
146:3,6 153:17
154:5
**Pardon** 115:25
**part** 7:15 8:4,13
10:11 20:19
36:14,16 37:2
40:3,5 43:13
44:4,5 47:15
47:16,22 48:2
48:6,10 67:20
97:2,3 111:20
114:22 122:23
132:5 147:18
147:21 157:3,6
157:16 160:17
162:23 165:9
166:16 177:18
185:16 187:4
190:6 204:23
209:17 210:2
**part-time** 89:2
90:2
**particular** 30:21
39:14 113:8
152:21 160:1
198:9 206:6,15
**particularly**
76:7 181:1
**parties** 3:9
**parts** 29:16 35:6
46:7 194:22
**pass** 39:21 121:6
209:21
**passed** 40:25
52:22 70:20
92:13 209:9
210:2,3,24
**pat** 84:23
**pathologic**

121:21
**patient** 93:15
123:11 144:25
163:12 165:15
170:18
**patient's** 123:13
**patients** 84:23
121:11,12
182:15
**pause** 157:13
185:1
**pay** 109:24
**pending** 80:25
83:18 85:6,13
91:4
**people** 19:23
21:17 22:8,15
24:10 40:17
44:2 102:9
105:24 154:8
160:4 190:18
194:15 199:7,9
199:14 203:18
205:6,19 206:2
**percent** 12:7
15:16,17
107:14 158:5
164:1 192:16
**percentage**
11:17 101:14
129:1
**percentages**
129:3
**perfect** 14:5
18:6 132:12
148:2,12,25
159:2 173:2
192:17 193:21
**perfectly** 22:13
87:18 169:14
**performed**
13:13 25:3
113:24 114:11
**performing** 51:8
**perfusion** 7:4,7
111:12
**perfusionist**

23:9,10,12,14
24:1,7 39:18
41:2 44:22
56:13 65:9
211:1,2
**periodically**
112:16
**person** 34:22
158:10 199:8
205:16 206:4
**personal** 98:11
**personally** 37:11
**personnel**
185:12
**perspective**
206:22
**pertinent** 144:1
144:5,16,17
**Peterson** 2:13
**phone** 38:14,19
39:10,11,18,19
39:21 42:25
43:2,5,17 45:4
45:11 51:17,21
70:18,23 71:1
72:20,21 74:14
74:17,18 75:4
77:22 78:3,13
78:21 86:2,10
115:9 210:16
210:22
**phones** 44:4
**phrase** 67:2,5,8
68:8 124:1,2
124:10,12
181:2
**physical** 51:8
**Pick** 22:20 23:5
23:8,9,25
44:14,15 45:8
59:1 62:18
65:1 190:17
207:15
**picking** 115:9
**picture** 26:16
35:14,16 36:5
38:13 45:6

46:10 64:23
65:16 78:16
123:19 148:12
**piece** 39:22
79:10 118:4
119:1 121:17
**pieces** 51:1
171:11
**PJ** 33:9
**place** 24:25
57:10 212:6
**placed** 97:3
**places** 94:17
**Plaintiff** 1:5 2:2
**plan** 92:2 185:8
**plane** 115:16,20
117:15 195:20
196:6 210:14
**planes** 31:12
**planning** 92:7
**plastic** 55:1
**playing** 85:4
**please** 10:10
60:12 63:24
64:1 77:2 83:4
86:13,16 131:8
131:11,13
133:8 134:7
153:23 156:6
163:16 192:1
**plenty** 116:15
**plexiglas** 55:1
**plus** 157:23
158:6,12,16
159:10 163:19
164:2,6,10
166:22,25
167:9,10,11,13
167:16 168:1,6
170:10 172:7
186:2
**plus/minus**
18:18
**plus/minuses**
162:17
**point** 50:7,25
71:19 72:1,4,7

135:2 206:18
**policies** 71:23
**policy** 71:13
72:17 74:15,15
74:19,22 75:2
75:3,4 78:3,7
**poor** 180:22
**portion** 87:6
**position** 85:9
**positive** 172:23
173:8,25 174:5
174:19 175:3,5
175:9,12
177:19,23
181:25 187:20
**possible** 197:11
**post** 150:20
153:13
**posted** 44:21
**potential** 38:18
**practice** 9:6
10:11 11:2,17
11:22 66:2
67:3,6 78:12
91:22 93:3
122:23
**practices** 32:24
**pre-OCS** 27:20
28:2
**precise** 60:4
**predicting**
180:15
**predicts** 183:11
**prefer** 158:22,24
**preparation**
6:13 8:15
**prepare** 5:15 6:4
**preparing** 6:21
7:15 8:6,13
**PRESENT** 2:10
**preservation**
121:13
**preserved**
121:23
**pressure** 36:10
111:13
**pressures**

112:18,22
**presumably**
36:12 43:2
116:14 117:17
207:13 209:8
**presume** 97:4,8
190:9 204:15
**pretend** 154:24
**pretty** 44:13
47:21 55:25
74:16 166:20
184:2,2 204:16
205:18
**primary** 10:4,19
11:3,7,11
**printouts** 7:10
7:12
**prior** 131:16
132:3
**private** 80:10
**privilege** 58:10
**pro** 13:7
**probably** 43:9
94:4 100:12
153:1,5 158:1
185:15 187:25
193:25 197:19
**problem** 188:24
194:20 200:15
201:15
**problematic**
169:21
**problems** 39:23
**procedure** 24:21
28:4
**procedures**
10:18,20
**PROCEED** 97:7
100:21 121:9
121:20
**process** 66:24
83:11
**procure** 9:24
11:23 13:6,7
13:16 19:6,8
24:11 40:7
46:18 95:3,20

98:16 99:4
148:2 156:21
159:8 164:24
**procured** 16:25
17:24 103:21
**procurement**
6:7 11:15 12:6
12:8,13 13:3
13:23 21:16,20
22:23 23:13
26:8 29:17
34:21 40:2
46:8 53:1 56:9
64:20 66:24
70:17 121:18
147:25
**procurements**
11:20 14:6
15:11,24 19:2
**procuring** 11:18
35:7 39:3
47:17,22 56:3
71:5 77:5 97:3
**produced** 40:15
40:21 41:10,16
59:3
**production**
41:23
**professional**
12:5
**professor** 9:9
**profile** 88:25
89:10 90:1
**prognostic**
180:23
**promise** 5:10
75:7,9
**pronounce**
129:14
**proper** 129:19
**protective** 80:4
87:10
**provide** 20:6
**Public** 212:17
**publications**
151:23,24
**pulmonary**

purported 89:18
purpose 79:15
  79:23 153:10
pursuant 1:16
put 21:9 25:16
  25:17 71:13
  88:2,7,12,15
  88:23 90:5
  91:17 103:24
  106:3 107:4
  115:2 128:2
  150:15,16
  157:23,25
  158:6 168:5
  172:6,13,19
  173:6 174:9
  178:9 181:24
  181:25 186:4
  189:22 203:22
puts 108:21
  109:17
putting 25:4
  56:21,23 88:20
  98:5 104:15
  159:3 172:15

_____

**Q**

qualified 212:3
ques 87:3
question 4:24
  7:21 10:10
  20:23 21:5,12
  22:13 24:24
  25:13,15 27:2
  27:15,17 28:24
  30:10,11,22
  41:6,8 42:15
  42:18 43:11
  44:3 45:3,18
  45:19 47:6,9
  47:20 48:25
  49:10,11,17,18
  50:3,5 51:20
  52:2,15 53:12
  53:24 54:23
  55:3,4,5,12,17
  55:18,19,22,24

57:15 58:16,19
58:24 59:11
60:2,3,10,20
60:22 61:14,16
61:24 62:2,7
63:1,3,6,8,12
63:14,19,23
64:3,4,6,8,11
64:15 65:21
66:14,18 67:18
69:5,6,19 70:2
70:4 71:8 72:6
72:24 73:5,17
74:13 75:10,17
75:21,22 76:6
76:16,20,25
77:15 78:2,10
79:1,3,7,12,16
80:5,6,8,10,16
80:25 81:4,7,8
81:12,20,22
82:1,2,4,20
83:17,17 84:2
84:6,8,14 85:3
85:12,15,21
87:5,23 88:17
89:8 90:7,10
90:16 91:2,4
91:24 93:8,14
94:20 96:14,21
97:23,25
102:15,24
103:11,14,17
104:8 105:1
106:24,25
108:3,17 109:2
109:3,13,14,19
109:25 110:14
110:16 111:4,5
114:8 117:4,10
118:19 120:25
121:1 125:9,24
125:25 126:7
126:10 127:11
127:16 129:12
129:22 130:7
130:13,19

131:14,25
132:4,21,24
133:1,4,9,11
133:20 134:9
134:13,24
135:5,7,9,13
135:22,24
137:7 139:9,10
141:8,10 143:8
145:16 148:6
148:21 149:6
149:11,17
150:6,7 153:14
153:15,16
154:6,21,25
155:9,24 156:2
156:4,6,8
160:8,19,20,22
161:4,24 162:8
162:20,24
163:11,15
164:22,23
165:6,7,13,14
165:19,22,25
166:3,5,5,6,20
166:24 168:11
169:21 170:21
171:16,19
172:17,19
173:22 176:1,2
176:11,14
179:15,17,19
179:20 180:10
181:11,16,17
182:11 183:2
183:15,17
184:5,7 187:8
192:10,24
193:12 194:2
195:5,7 196:10
196:13,14,16
197:16,18
198:11,12
199:2,3 200:2
200:8,10 201:5
203:6,24
206:24,24

207:4,5,23
  209:12,13
questioning
  169:5
questions 5:9
  26:6 34:19
  42:19 47:7
  57:22 61:17
  73:21 74:2,8
  75:1 76:3,18
  83:3 84:10,12
  84:13 86:9,16
  90:18 130:24
  130:25 131:7
  131:12,13
  132:6,18
  134:17,22
  135:4 136:19
  141:4 161:22
  161:23 168:17
  169:15,19
  170:6,7 179:8
  179:10 185:17
  191:6,10
  193:10 194:22
  199:13 203:4
  211:8,9
quote 89:17,18
quoting 202:12

_____

**R**

R 3:1 212:1
  213:1
random 94:21
randomly 94:8
range 126:22
  128:22
ranges 109:1
  113:9
rank 9:8
rate 36:10,11
  153:18
ratio 183:11
reach 53:19
  136:17 196:9
reachable 193:8
  196:11

read 27:3,5,5
  32:16 49:11,13
  60:11,14 71:14
  72:8,10,11,12
  73:23 74:15
  90:19 91:3,5
  97:17,18,20
  99:21 100:5,7
  100:9,18,19,21
  101:24 102:18
  102:18 107:11
  107:20 108:18
  109:12 152:4,5
  152:24 153:7,7
  153:9 155:6
  166:4,7 179:15
  183:14,23
  184:6,8 194:13
  200:3,23
  201:16 202:2,8
  202:17 204:1,4
  204:15 211:10
  213:3
reading 109:8
  109:12 152:3
  182:21 199:4,4
  199:10 200:13
  200:13 202:15
  203:7
readings 109:23
readout 112:21
real 53:3 78:15
  78:16 110:15
reality 54:24
really 4:23 38:6
  46:15 74:12
  86:5 115:1,18
  116:23 118:23
  119:21 135:7
  146:9 150:23
  160:19 164:23
  166:5 169:5
  170:12 191:5
  191:10 193:9
  196:15
reask 49:17
reason 36:3

78:25 94:21
113:18,22
114:9 116:4
122:1 126:24
166:14 193:24
**reasonable**
44:22
**reasons** 99:20
160:7
**recall** 6:6 16:13
17:1 22:24
30:20 32:6
34:1,2 39:13
40:3 41:12
42:18 51:23
52:7 60:16
65:4 68:7,25
70:17 77:21
94:4 107:9
108:16,17
116:3,5 117:7
117:8 126:21
146:12 186:14
189:2,14
195:21,22
198:18 199:20
200:19 201:6
204:21,22
206:7,14
207:18 211:6
**receive** 19:18
**received** 42:12
**recertify** 92:19
**Recess** 69:13
86:22 208:12
**recipient** 5:20
7:16 30:9 37:7
38:4 71:15
126:23 127:18
128:24 129:4
129:11 136:11
137:19,24,24
138:8 139:23
140:17 145:3,5
146:7 189:16
**recipient's** 28:11
30:5,15 32:1

127:20,25
128:10 189:9
**recipients** 134:4
135:20 151:3
152:14 153:11
155:12 156:10
189:25
**recitation** 45:14
**recollection**
103:2 107:8
108:19 197:22
199:18 207:15
**record** 3:3,15,17
4:18 8:6 49:13
54:10 57:11
60:14 69:12,16
86:21 87:1,6
91:5 155:19
166:7 185:18
185:19,20,23
208:11,15
211:12
**record's** 84:9
**records** 36:23
122:24 124:24
125:7,17,18
147:15
**redirect** 134:23
**refer** 141:5
201:18
**reflects** 45:14
**regarding** 36:3
64:18 66:15
73:24 75:19
77:3,10
**regardless** 23:15
92:5
**regular** 10:16
195:19
**rejected** 106:12
106:16,20
**related** 43:3
80:13
**relevance** 79:15
163:2 170:16
170:25 171:2,4
171:12 172:8

**relevant** 98:22
99:5,8,9
119:20 121:17
123:10 126:9
126:13 138:8
145:11,23
156:25 165:15
166:8 168:7
189:10
**rely** 138:13
**remedies** 131:10
**remedy** 131:5,6
131:6 135:3
**remember** 32:8
32:9 40:1,6
69:20 82:9
88:14 106:14
106:18 145:17
146:17 147:9
151:16 152:3
152:20 183:12
183:13,15,18
183:24,25
184:10,14,14
184:17 186:9
192:25 193:14
194:1 196:22
196:23 197:10
197:24 198:4,5
198:22 200:17
201:9 204:20
205:11,22
206:2,3,5,10
206:11,12
207:23,24
208:2,3,4,5,18
211:5
**remotely** 56:16
56:20 199:18
206:23
**removed** 32:4,12
**repeat** 6:17
10:10 60:10
181:11,16
209:13
**rephrase** 5:11
**replaceable**

72:14 73:8
**report** 8:10 27:3
32:11,16
200:24 201:1
201:12 204:1
204:16
**reporter** 3:10,24
4:2,21 5:6 14:1
49:13,16 60:13
60:14 69:12,16
86:21,25 91:5
166:7 185:19
185:22 208:11
208:15 211:11
212:3
**represent** 59:2
**represents** 70:3
**requests** 41:22
**required** 74:11
182:14
**requirements**
92:23 94:19
**requires** 56:3
78:3
**resemble** 56:20
**reside** 92:3
**resources**
108:13,14
**respect** 7:23
25:1 32:7
33:17 65:21
144:2,18 173:3
174:2 181:1
194:2
**respective** 145:4
**respiratory**
36:10
**response** 5:7
**responsible**
192:19
**rest** 193:11
**restrict** 168:17
**return** 137:5,7
**review** 5:24
36:23 98:13
123:3
**reviewed** 5:17

6:4,11,22 7:2
124:23
**reviewing** 32:10
122:24
**revise** 99:1
**ride** 191:22
194:17
**rides** 201:21
**right** 4:3,16,20
6:25 8:8 12:9
14:14 15:14
17:1,15,21,22
19:9,10 21:1
21:18 22:17,20
24:1,3 25:5
26:5,18,24
27:4,23 28:11
29:9,11,13,18
31:14,20 32:5
32:18,21,23
34:19,24 35:10
37:21 38:4,4
40:12 42:15
44:23 46:15,16
46:19,20,25
47:11 50:16
51:2,9,17,18
52:13 53:22
54:7,9,21 55:1
58:20 66:25
67:22 68:3
69:18,22 70:6
71:17,18 72:22
73:13 78:3
87:3 88:20
89:14 90:21
92:14 93:6
94:20 96:9,13
97:14 98:18
100:3,22,23
102:23 103:22
104:4,24 105:4
105:7,9,19,24
106:4,8 107:15
111:1,17,21,24
112:4,13,16,19
112:22,24

113:1,2,12,16
113:19 114:20
114:23,24
115:10 116:1
116:15 123:14
127:2,20,21,22
127:25 128:4,5
128:6,10,12,14
128:15 132:10
134:23 137:5
138:6 139:22
139:23 140:20
141:14,20
143:5 145:14
145:21 147:14
147:16,20,23
149:20,23
153:14,20
154:14 158:2,6
158:9,12,13,16
158:25 159:24
161:17,18,21
162:14,18
163:23 164:2,6
164:10 166:17
166:19 167:12
167:14,15
172:9,23,23
173:14 175:21
176:14 177:6
178:12,21
179:19,20
180:21 182:3
183:5 184:25
185:25 186:14
186:15,20
187:20 190:5
190:13 191:18
192:17,22
193:15 194:23
198:8,10 202:4
204:3,6,7
208:8 209:18
210:12,13
211:7
**ring** 152:16
**rings** 152:12

**risk** 176:12
177:3,7 179:2
179:6 187:23
**riskier** 123:14
123:18
**risks** 176:8
**road** 148:8
**robust** 118:23
118:25 120:21
201:19 202:5,7
202:22 206:20
207:10 209:7
**Rochester** 1:18
9:18 13:14
30:25 31:9,15
36:20,24 107:5
119:23 125:15
125:16 126:4
143:25 194:3
198:25
**role** 37:24 38:1
52:10,14
**rollcall** 3:16
**Ron** 2:11
**room** 27:8 29:18
29:21,24 30:4
30:7,8,12
33:23 44:20
86:8 207:20
208:1,18
**rough** 14:10,17
16:1 17:11
18:15 106:11
**roughly** 14:23
15:1,5,16,19
96:22
**roundabout**
109:14
**route** 103:23
104:23 118:3
118:24
**Royal** 92:10
**rule** 182:14
**rules** 4:16 63:20
63:20 134:3
**run** 21:18 22:9
22:25 23:13

29:17 111:24
112:12 117:13
122:19 127:25
134:19,20
193:6 195:20
206:19
**rundown** 6:3
**runs** 13:23 22:7
195:25 196:5,7
197:7

---

## S

**S** 3:1 213:1
**Salah** 1:11,15
2:19 3:6 4:5
44:25 45:1,9
56:13 58:21
62:18 65:9
70:8 212:5
213:2
**satis** 147:5
**satisfied** 81:25
82:5 84:18,21
87:18,19
142:14,21
**saw** 44:4,7
118:17 145:13
147:16,17
204:2
**saying** 57:10,13
59:21 62:18
70:8 91:14,15
100:8 101:14
102:4,6 132:9
144:21 145:25
146:20 149:24
162:2 179:19
182:4,5 191:21
**says** 44:19,25
58:21,21 62:18
65:9 71:14
72:18,22 73:1
73:2,17 75:4
76:1,1 89:14
90:1 109:5
152:18 193:22
194:4,8,24

195:9 197:25
198:14
**scan** 147:13
**School** 9:13
**score** 183:11
**screen** 54:21
186:11,18
**scrubbing** 39:16
**SEAL** 213:21
**sec** 7:19
**second** 28:21
34:10 48:22
56:19 65:19
86:6 101:17
104:13,14
117:3,9 165:18
168:24 173:21
201:24
**section** 109:3,4
**see** 6:16 26:17
26:18 35:25
38:5 42:24
43:3,10,19
46:23 48:7,11
50:21 53:16,16
53:17,17 58:20
58:22 64:14
66:21 69:22
76:21 90:20
104:17 105:6
114:19 140:2
165:24 204:24
**seen** 32:4 42:23
44:3,17 203:7
204:8
**select** 182:20
**selected** 128:18
146:7
**selecting** 135:19
**selection** 37:22
38:2 129:10,18
129:25 133:14
135:18,25
136:2,4,16,18
136:22 137:9
138:5,20
139:21 140:24

141:6,17 142:2
180:7
**send** 13:2,4 21:8
39:12 41:22
42:8 55:7
**sending** 13:9
**sense** 14:8,15
15:23
**sent** 42:9,12
65:1 68:19,23
70:10
**sentence** 109:9
**septum** 146:25
**sequence** 201:8
**sequentially**
112:16 113:7
**series** 34:19
**seriously** 57:1
**service** 84:22
197:13
**set** 66:11 203:11
203:17
**setting** 146:13
**seven** 176:21
**shade** 79:20
**shading** 178:4
**shake** 155:23
**shakes** 5:5
**shaking** 49:2
**share** 80:2
**Sheri** 2:13
**shock** 115:25
**short** 44:13
208:9
**shorthand** 212:3
212:4,9
**shot** 54:25
**shoulders** 49:3
49:21
**shouting** 131:15
131:21 168:19
169:1
**show** 30:6 48:14
48:16 49:19
50:4,9 100:13
101:7 109:10
183:7

Thompson Decl. Ex. X

showing 57:24
71:12 74:14
155:20
shown 50:15
shows 54:6
112:22
shrugged 49:21
shrugging 49:2
Shulman 2:15
4:1
side 54:6 128:6
160:15 161:2
162:2,13,22
164:17 165:9
165:11 173:5,8
174:5,6,10,19
174:23 175:5,6
175:7,13
177:23,24
178:8 186:19
195:13
sides 184:24
sign 104:23
211:10
Signature
213:19
significant 99:25
101:2,14,16,18
101:19,20,22
101:24 102:8,9
102:12,23
significantly
145:14
signs 48:11
Simha 1:3 2:13
3:5,12,21
similar 199:18
simple 69:6
135:8 160:19
164:23 166:20
196:16
single 67:13
140:7 206:4
sir 5:21
sit 109:6,15
131:2 146:11
146:17 184:13

188:4,14,15
197:23
site 25:18 39:4
64:24 65:17,18
70:19 95:10,14
95:15,21 96:8
96:12,23 98:4
100:2 101:4
103:6,7,19,23
104:9 105:18
106:23 115:1
118:2,4,24
123:11
sitting 57:23
80:14 185:12
six 165:17
170:15 172:2
176:7,22
Sixth 2:4,8
size 37:1,25
125:1,3,3,4,8
126:1,3,5,9,19
127:7,18 129:8
129:19 130:16
133:13 134:3
135:11 137:14
137:17,18,19
137:20 138:3
140:16 141:11
141:14 142:3,3
142:4,5,6,6,8
142:12,23,24
143:5,11,12,17
143:22,22
144:3,3,4,9,12
144:13 145:22
145:22,24
146:10,13,20
146:23 147:2
188:18,21
189:4,8,22
sized 143:23
sizes 147:1
sizing 142:11
sleep 195:20
196:15,17,20
196:24

sleeping 190:11
194:25
slept 196:6
197:6,19
small 18:18
38:11
smoker 175:16
175:16 176:6
smoking 165:16
176:20
smoother 100:12
social 122:25
123:13
solidly 187:11
187:19,24
somebody 11:23
28:8 90:3
113:19 114:18
115:8 149:1
170:14 210:12
210:23
somebody's
112:2,24
sorry 7:19 13:7
13:8 14:4
18:24,25 23:24
186:22 196:12
197:2
sort 51:11 79:20
208:20
sorts 10:7 51:15
194:21
sought 153:11
sounded 89:17
sounds 81:4
87:11 89:13
South 2:4,8
speaking 137:25
specialist 21:24
22:5 25:3
50:21 190:24
193:5 195:15
195:16
specialists 23:6
specialized
137:4
specialty 93:5

specific 17:19
21:10 33:7
102:24 104:7
108:8 118:9
120:17 121:1
138:2 140:5
146:12 149:5
166:5,6 181:3
specifically 23:3
89:1 125:25
129:6 138:19
139:14,17
146:10 174:8
specificity 110:2
specifics 123:16
spectrum 128:7
speech 132:25
134:15
speeches 83:7
Spencer 33:3,9
spent 11:18 12:6
spin 90:5
spoke 52:3
sporadic 89:2
90:2
spreadsheet 7:6
7:8
St 31:18
stage 77:23
104:14
stages 25:16
77:11,21
stamp 44:11
standard 28:4
56:2 59:8 60:8
61:3,7 62:22
65:12 67:9,15
67:22 68:3,9
69:20 70:12
74:12 78:5,20
121:12
standards 66:2
66:16 67:3,6
78:11
start 171:7,15
started 16:12
29:3 81:7

state 94:9,25
95:2
statement
160:11 184:21
States 1:1 92:22
93:4,5,10 94:9
status 9:2 77:8,8
Statute 71:23
stenographic
212:4
step 21:12 27:18
64:10
steps 77:10
stick 12:11
16:22 47:7
78:2 106:24
107:18 119:15
119:16 160:7
160:20
sticking 98:6
100:24 143:4
143:21
stipulate 54:16
75:25 116:17
stop 56:25 57:2
59:21 62:3
83:4,4 84:15
131:11 134:12
stops 116:24
stories 182:10
story 147:3
148:9 157:4
straightforward
165:25 166:3
169:15 183:2
191:6,10
193:10
Strange 204:17
Street 1:18 2:4,8
striking 204:16
strong 115:1
118:23,25
120:21
strongly 119:21
119:22
structural 164:9
167:11

**studies** 97:8,10
97:18 98:7,14
99:22 100:21
101:19,25
102:21 103:2
107:12,15,16
107:16,17
121:21 151:17
**study** 121:9,25
151:11 153:10
**stuff** 25:7 42:3
46:15 63:21
95:25 112:25
170:9 171:21
**subscribe**
151:22
**subset** 99:25
101:3
**successful** 180:4
180:23 181:10
181:14,21
**successfully** 31:8
**suffer** 122:6
**suggest** 90:3
202:6
**suggestion**
190:10
**suitability** 59:5
59:7 60:6
62:20 153:17
163:6
**suitable** 26:10
37:3 56:5 95:5
98:23 99:14
104:11 111:20
126:10 137:23
145:2 147:19
157:15 166:17
170:17 187:15
**Suite** 2:5,9
**summarize** 6:18
**supposed** 45:7
46:17 51:16
66:24 112:2,15
161:18 207:9
**sure** 4:17,19 5:2
5:6,8,11,13,22

6:18 8:21,23
18:25 20:6
21:14 24:6
31:14 34:10,14
34:17 37:16
40:23 45:20
50:25 51:24
60:13 65:5,20
70:19 74:4
85:10 93:23
99:10,10 102:5
106:1 112:1
116:1 119:17
121:24 127:22
128:7 135:23
138:10 140:25
143:7 144:14
149:8 150:4
154:3 161:9
163:17 165:5
169:11 170:4
179:23,24
180:1 192:9
193:15 194:7
202:4 207:6
208:19
**surgeon** 9:5 10:4
10:19 11:3,7
11:12,14,15
13:10 21:21
22:4 24:14
25:4 26:9,16
26:17,21 35:7
35:14 36:6
38:11,13,24,24
39:2,9 41:2,4
46:1,8,22,23
46:24 47:3,10
47:17,23 50:13
51:7,17 52:11
52:17,22 53:2
53:2 55:8 56:3
56:5,9,10
64:17 70:21
71:6,15 77:4,5
78:17,18,24
104:12,18

115:10 118:21
119:2,8,9,13
119:15,19
120:15 121:8
121:18 124:3
147:25 160:1
160:10 170:13
172:6 176:3
193:22 198:24
208:21,25
209:22,24
210:3,25
**surgeons** 12:8
12:13 13:4
24:16,20 33:1
33:14 38:23
53:2 64:17,19
64:20 71:5
77:5 87:24
88:10 91:15,16
92:10 124:8,13
202:20
**surgery** 9:9,25
10:2,3,8,15,17
10:17 11:8,25
29:8 70:16
92:15 200:23
**surgical** 24:19
26:2 180:8
**survival** 121:10
150:20 151:4
152:6,16
153:18,19
155:13 156:12
**survivor** 121:10
**SUV** 192:15,17
**SW** 1:18
**swear** 3:10
**sworn** 4:4,7
**system** 6:11
121:11,23
122:5,7 186:10
186:17

———————
**T**
**T** 212:1,1 213:1
**take** 14:11,13

21:8,12 27:18
34:10,15 41:1
58:19 60:1,19
61:6 62:7 69:9
69:11 78:10
80:23 81:23
83:13,14,15,18
84:6,16 85:1,8
85:9 86:7,7,12
91:2 98:24
134:20 145:2
157:9 160:4
166:11 173:12
187:14,15
206:22 208:8
**taken** 1:16 4:13
5:16 8:14
69:13 86:22
141:24 157:17
177:13 208:12
**takes** 157:17
**talk** 7:20 8:19
29:7,13 42:14
60:20 63:25
65:19 71:9
74:24 78:1
95:12 98:12
101:12 118:11
120:2 124:25
138:18 143:3
159:5 181:3
**talked** 8:22
178:3 195:24
205:16,17,19
206:2
**talking** 4:25 7:3
22:2 23:2 36:8
37:19 39:1
68:14,17 69:19
83:8 96:24
98:1,11,13
100:18 104:8
108:8 110:18
111:11 113:12
115:13 118:14
118:19 119:24
120:5,16,17

128:19 137:17
137:18 141:14
143:17 144:8
147:5 153:20
153:24 154:4,5
159:20,24,25
167:3 176:18
182:8 189:17
189:18 191:23
203:17
**team** 8:16 21:16
22:1,23 24:10
28:9,10 34:23
117:2,21 118:6
**tech** 196:8
**technical** 24:19
**technician**
197:15 198:7
210:25
**techniques**
24:20
**tell** 5:14 10:2
17:2 18:4
28:25 33:19
45:8 57:13
63:18 75:20,25
79:17 86:16
109:11 113:21
114:9,12 117:2
119:15 129:24
129:25 131:6
133:14 139:12
148:17 152:11
161:17 167:19
168:12,20
169:4 172:16
173:6 177:5,8
177:9 198:20
202:11 203:2
208:25
**telling** 18:1 32:8
82:11 102:22
116:25 117:17
128:25 132:17
132:20 134:8
140:23 144:15
162:1,10 169:3

171:17 173:23
177:2 188:20
194:19 202:21
**tells** 210:12
**ten** 17:2,3,23
18:3,4,12
106:7
**tens** 5:22,25
**term** 124:5,7,10
146:21
**terminate** 80:3
131:5,22 135:2
**terms** 8:24 37:6
148:13 163:5
179:2,5 180:15
182:7 186:10
206:8
**terrible** 202:21
202:24
**testified** 4:7
**testimony** 61:2
64:25 70:24
78:5,19 91:13
94:6 170:12
212:5
**tests** 144:25
**text** 39:12 40:15
40:18,20 41:9
42:6,9,16 43:3
43:19 44:1,10
44:13,25 58:20
58:25 62:17
65:24 67:14
68:15,22 70:8
72:14,20 73:8
77:22 191:16
191:20 194:22
195:4 199:4,10
201:18 202:8
203:7 209:8
**text-message**
51:19
**texting** 45:8
**texts** 44:19
**Thank** 114:1
172:11 174:11
183:16 211:11

**theater** 26:2
**theories** 122:4
**thing** 4:20 27:23
44:22 77:24
109:25 113:22
114:10 117:10
120:9 124:18
124:18 158:7
158:15,20
167:3 168:15
170:11 202:17
**thing's** 115:4
**things** 12:12
19:21 20:24
26:4 41:19
42:5 46:4
51:15 58:1
98:24 105:2
109:22 111:16
111:19,23
122:13 123:12
123:18 137:21
137:22 143:21
144:11 158:23
158:23 167:12
168:12 175:19
183:18 204:2
**think** 3:23 13:23
24:3 31:1
45:13 46:5
50:14,22 51:20
52:2,8 54:15
55:25 57:8,9
59:8 60:7 61:7
61:8 62:9,21
65:7,8,25 68:9
70:2,11 75:3
76:4,5,19
78:11 79:16,19
86:10 90:19
91:6 107:23
108:4,11
109:13,19
116:16 117:4
131:3,7,20,21
131:24 134:21
135:1 138:5

140:21 149:12
153:5 154:16
156:19 161:7
161:16 163:9
166:20 169:12
169:13 170:7
171:12 177:16
177:21 185:15
187:9 188:4,15
188:24 193:14
196:4,4 197:5
197:11,18
200:20,24
201:10 202:23
205:16 208:9
**thinking** 116:4
**thinks** 46:3
57:12 169:16
**third** 56:12
**Thompson** 2:3
2:19 3:11,11
3:18,25 4:3,10
16:7 20:10
27:10 28:18
34:18 35:2
37:12,16 41:17
45:16 49:1,8
54:17 56:17,22
56:25 57:2,4,7
57:18,21,25
58:4,8,13,17
58:18 59:14,16
59:20,25 60:11
62:9,13,16
63:5,9,22,25
64:2 69:10,17
73:11,18,21
75:12,14 76:4
76:10,14,17
79:17,22,24
80:1,24 81:5
83:11,16,21,25
84:3,7,17 85:2
85:6,11,16,19
85:24 86:3,12
87:2,8,11,12
88:9 89:15,20

89:23 90:11,17
90:22,25
100:15 102:3
103:12 130:5,8
130:11,20,24
131:11,17,20
132:1,5,10,12
132:16,22
133:3,5,7,10
134:18 149:20
149:23,25
154:14,20,23
155:1 156:4
163:7,10,14
165:20 167:1
168:18,21
169:2,6,8,12
169:18,23
170:1,5 171:9
185:3,7,10,14
185:24 202:15
202:18 203:12
203:25 208:8
208:16 211:7
**Thompson's**
146:9
**thought** 46:2,7
107:6
**thousand** 5:22
**thousands** 5:25
**three** 8:1 13:19
13:21 14:21
24:11 33:14
54:11,13 62:10
64:5 96:5,22
97:25 98:1
186:1 198:1,15
**three-hour**
194:10
**thumbs** 44:6
**time** 3:4,8 9:16
9:17,21 12:5
24:15 30:1,16
32:3,12 44:5
49:20 62:7
65:5 70:16
86:6,13 88:6

89:2 103:24,25
105:16,20
106:2 107:14
107:23 108:3
108:12,15,17
108:18 113:16
114:15,16
117:12 185:5
185:13 186:11
190:14 192:15
193:8 196:5
197:5 198:22
200:19 201:11
206:18,24
207:7,22 212:5
**times** 30:2,14
32:21 62:11
64:5,6 87:18
95:12 96:5
109:17 117:5
197:19
**timing** 201:8,9
**title** 152:1,11
153:4 155:6
**today** 3:3 20:6
80:14 109:6,15
146:12 188:14
188:16
**today's** 3:4,6
**told** 15:10 18:4
28:9 29:16
45:10 46:2,7
68:9 100:22
101:24 163:21
165:8 167:6,8
167:11,12
186:21 199:16
204:5 207:16
210:15
**top** 109:5
**total** 13:25 14:3
16:6,9
**totally** 87:19,25
94:21 129:23
135:24
**touching** 120:10
**tox** 186:11,17

**traffic** 148:8
**train** 20:20
**trained** 21:3
99:24 102:19
**training** 19:18
19:22,25 20:13
20:17,19 97:2
103:4 108:1
113:22 114:13
**transcript** 90:19
212:7 213:4,5
**transcription**
212:8 213:6
**transfer** 25:20
36:5 39:8,16
41:3
**TransMedics**
19:19,23
107:21 113:22
114:12
**transplant** 9:25
10:1,5 11:4,18
11:23,25 13:5
13:13 26:16,17
26:21 28:9,10
29:8 33:1,14
35:9,10,14
36:5 38:10,13
39:1,9 41:1,4
45:25 46:22,23
46:24 47:3,9
53:2 56:4,9
62:21 64:17
70:17,21 71:5
71:6 77:4,5
78:17,18,23
95:21 96:4,9
96:13,22 97:14
101:5 103:7
104:2,3,12,15
104:18 105:18
115:10 117:1
117:21 118:5
119:2 126:25
127:3,23
150:20 151:3
152:14 153:13

154:10 155:12
156:10 158:11
159:9 178:20
179:3,6 180:4
180:9,10,16,24
181:10,14,22
182:10,16,18
183:11,22
184:23 204:3
209:22,24
**transplantation**
95:6 98:23
99:15 104:11
111:21 126:11
147:20 151:20
**transplanted**
22:17 26:11
37:3 60:7
96:12 97:13
100:3 103:19
106:4 121:11
121:12
**transplanting**
51:7,17 52:11
52:17 55:8
208:21
**transplants** 9:23
10:9,15,24,25
11:1 13:1
27:22 29:2
33:4,6,15
204:6
**transport** 77:11
99:18
**transported**
97:12 98:18,21
99:6 100:1
101:3 122:5
199:14
**tried** 83:19
**trip** 6:6 198:2,15
**true** 50:12 70:23
75:6 154:13
162:11 171:1
180:21 190:20
194:12 210:18
212:7 213:5

**truly** 55:13
**Trustee** 1:3
**truthful** 169:20
**try** 16:18,19
62:14 75:20
102:16 123:9
170:2 205:9
**trying** 64:7
94:23 138:10
149:6 158:11
163:1 193:9
**turn** 35:13
**turned** 106:22
**two** 8:1 11:22
12:16 14:21
20:18 22:8,10
24:16,20 38:23
39:7 54:19
64:20 70:7
94:10 117:14
138:4 140:19
144:11 147:12
177:2 182:10
185:25 189:12
190:18 192:4,7
192:8 198:1,15
**two-dimensio...**
54:25 65:10
67:14 68:18
70:9
**tying** 139:6
**type** 45:24 52:21
53:14,15 65:4
143:19 158:9
164:5 167:9
**types** 10:14 11:7
147:12

––––––––––––––
**U**
––––––––––––––
**U** 213:1
**Uh-huh** 6:20,24
8:11 12:2
16:21 17:16
23:1 24:23
25:10,22 28:3
28:7,12 31:5,7
31:16,19,21

32:17,19 33:20
34:3 39:24,25
40:11 41:7,21
42:4,11 43:12
43:15,18 44:12
44:16 47:8
50:6,8,11 51:3
53:4 54:5,8
62:5,12 68:11
74:10 81:10,14
82:13 91:19
96:1 97:1 98:8
99:23 101:1
107:13 112:11
114:24 115:5
116:7,10
119:18 120:4
122:20,22,22
123:22,22
128:1 141:9,22
141:25 142:13
142:19 143:6
146:8 147:4,22
153:3 155:4,8
156:7,7,23
157:5,8,20
160:16 163:4
165:1 169:17
169:22 172:24
176:16 178:5
182:6 185:7
188:9 193:2
**uh-huhs** 5:3
**unclear** 5:10
152:2
**undergoing**
180:3
**undersized** 37:6
128:13,20
**understand**
18:21 25:14
27:12 41:15
42:18 45:18
52:13 54:17
55:3,11,18
66:3,17 67:2,5
67:8,18,21,21

68:3,8,14,17
68:21 70:1,4
80:15 82:1
88:19 93:2
103:9 105:13
112:10 132:8
148:16,21
160:6 161:10
161:11,12,14
161:15 162:20
165:6,12
166:24 167:5
167:16 171:22
171:23 172:2,4
172:5,9,10,11
176:9 179:18
179:19 181:17
181:18 184:22
189:17
**understandably**
199:13
**understanding**
12:25 13:12
21:15 24:6
25:1 27:6,11
67:11 103:5
**understood**
18:19 24:22
26:3 67:23
**United** 1:1 92:21
93:4,5,10 94:9
**universe** 105:23
**unmute** 3:19
**UNOS** 6:8,22
8:8 36:23
122:24 123:4
124:23 125:7
125:17,18,22
143:2 147:15
**upbraided** 132:2
**updated** 108:6
**updating** 102:20
108:2,15
**upgrade** 93:22
**use** 16:10 19:19
20:25 21:3
92:4,5 124:13

139:17 160:3
163:3 166:16
175:9 178:14
185:25
**user** 107:21
168:6
**usually** 26:14
35:11 182:14
198:5 208:23
208:25 209:25
210:4,22

**V**

**V** 51:25 60:16
194:19 202:21
**vague** 126:7
**valid** 58:14
**values** 7:11
198:13,15
**various** 3:9
**ventricular**
137:20 138:4
140:16 141:11
142:3,7,23
143:11 144:3
144:12 145:21
146:25
**verbal** 5:7
**verbatim** 212:3
**verify** 127:1
**versus** 3:5
**vessels** 46:12
48:3 51:12
53:20 95:22
**viable** 96:8
**video** 1:17 5:5
53:6,20 54:4,6
54:11,13,14,16
54:16,19 55:8
65:2,8,10,25
67:14 68:18,22
69:15 70:9
72:21 77:22
86:24 104:19
131:17 185:21
208:14
**videographer**

2:11 3:2 69:15
86:24 88:8
146:15 185:21
208:14
**view** 56:11
65:12 70:22
128:16
**Villavicencio**
32:21 33:2,9
33:18 44:15,23
45:5,8,10
51:21 52:3
53:18 59:1,5,7
60:6 61:1
62:20 67:13
68:24 70:7
74:9 78:13
150:25 198:20
199:12 200:4
200:16,24
201:17 204:9
204:19 206:9
209:10
**Villavicencio's**
7:25 199:25
**Villavincencio**
199:16
**virtual** 54:24
**vision** 53:3
**visited** 92:11
**Visiting** 93:24
**visual** 35:19,19
51:7 53:3
95:22 111:14
113:23 114:10
114:14 125:11
209:15
**visually** 34:23
35:3 38:8
46:11 47:14,18
51:14 207:8
**Volume** 1:12
**vs** 1:6

**W**

**wait** 4:23 54:22
110:15 117:19

**waiting** 140:5
**walked** 45:5
**wall** 146:25
**want** 4:17 5:3
16:20,22 18:25
27:2 31:14
45:20,23 49:10
55:20 61:18
63:18 64:8,11
68:4 69:4,5
71:22 72:8
75:20 79:1,11
80:2,3,22 86:1
86:2 94:7,24
99:1 100:13
102:23,25,25
105:6 109:10
109:10 114:5
115:25 119:16
123:17 127:22
130:25 133:15
143:7,15,15,15
144:13 148:7
152:10 154:3
160:7,22
168:25 169:19
170:6 174:7
179:9 181:24
185:11 205:21
**wanted** 94:12
**wanting** 71:9
**wants** 75:14
170:2 206:1
**warnings** 108:20
109:5,7,16
110:3,4,6,8,17
110:20,25
111:2,6
**wasn't** 41:6 49:1
82:1 91:24
106:24 109:2
118:3 119:22
126:8 150:6,6
156:25 165:19
167:13 168:6,7
168:7 187:8,19
195:5 197:16

200:7 206:23
**wasting** 185:13
**way** 5:9 28:4
31:4,17 32:2
32:23 34:4
35:12 38:18
56:18 66:19
69:23 71:10
78:17 88:14,20
91:14 96:25
104:19 106:5
107:5 109:14
116:11 117:1
148:25 150:16
157:10,19
158:2 159:11
163:20,23
166:21 170:6,7
172:15,16,18
179:22 198:8
198:10,25
203:22 208:5
209:7,15,20
210:11,17
**ways** 66:23
149:21
**we'll** 20:10 24:5
41:5 54:15
57:5 60:20
62:14 63:9
64:14 65:19
75:25 78:1
81:23 84:6,16
84:16 85:9
86:13 95:12
98:12 116:16
123:16 125:14
211:10
**we're** 3:15 6:18
8:19 12:16
17:18 23:2
28:9 31:1 33:8
35:9 42:14
54:18,24 55:19
60:15 68:2
69:15,16 74:4
74:24,25 75:12

78:2 83:12,13
85:11 86:24,25
96:3,24 100:16
103:20 104:2,3
105:18 113:10
113:10 115:2
117:20 118:11
118:16,19
119:17 120:2
124:24 125:11
137:17 138:1
143:3,4,21
144:8,9 154:3
162:16 163:19
173:24 185:4
185:21,22
190:24 199:7,8
199:8 208:14
208:15
**we've** 4:20 5:23
47:6 54:4 65:7
69:3
**week** 176:7
**weekly** 165:17
168:6 170:15
172:1,7 176:22
**weeks** 117:14
**weight** 145:7,7,8
145:19,20,22
**weights** 145:4
**went** 22:16 40:6
94:8 95:1
98:16 99:4
117:12 129:18
156:21 159:8
164:24 191:13
205:1,3,7
**weren't** 139:18
192:10,20
**whatsoever**
108:19 125:1
157:14 170:16
170:25
**When's** 108:3
**whispering**
169:1
**WHITNEY** 2:8

whoa 85:11,11
85:11
Wi-Fi 116:17
117:15 210:14
wide 182:12
wings 185:12
Wisconsin 94:15
wit 202:11
witness 2:18 3:6
3:10,14 4:4,6
34:12,14,17
55:23 57:12,20
62:5,12,15
63:18 66:5,8
73:15 76:1,9
79:21 83:5
85:10 86:8
103:15 130:23
131:15 133:1
134:21 155:4
155:19 162:10
162:21 163:4
163:18 167:24
168:20 169:3
169:14 185:6
203:9 213:19
213:21
witnesses 132:15
Woo 187:23
word 101:18,20
words 56:23
184:1,12,15
work 12:9 89:2
89:9,11,22
90:2,8 91:12
92:7,11 93:1
107:7,7
worked 9:20
28:5 32:20
working 29:3
93:22 94:1
108:6 116:25
works 31:4
world 28:17
worry 118:12
120:3
worse 151:4

152:15 153:12
154:9 155:13
156:11 175:24
176:5,10,14,20
177:5,8
worst 175:19
wouldn't 45:9
193:23
write 13:15
writing 78:4
written 73:24
109:9 123:3
wrong 46:3,4,5
149:25
wrote 151:2

X
X 169:4
x-ray 142:12
144:4,13
145:22

Y
Y 169:4
yeah 3:18 7:24
8:23 10:11
15:8,20 16:7
18:4,7,7 21:11
22:11 27:18,24
27:25 28:21
35:4,8 37:12
38:9 40:19
41:17 42:17
44:8,9 46:2
47:15 48:17
50:17 54:2
55:5 62:10
63:24 69:10
73:3,6,18 74:1
74:21 81:1,5
83:19 86:9
87:11 89:20
90:13,24 93:15
93:25 97:22
100:15 103:12
107:25 108:22
110:23 114:17

114:22 115:14
116:2,20
117:24 118:13
118:15,16
120:8,9 122:21
123:9,17 125:5
127:17 128:2
137:16 142:18
144:8 148:11
150:12 151:6
152:22 156:1
156:14 159:20
159:25 161:20
162:24 163:7
165:24 167:16
169:25 171:9
171:14 174:23
174:25 175:8
177:19 178:18
179:21 182:1
184:11 185:3
185:14 186:8
192:5 194:15
195:8 196:19
197:3 200:12
203:25 204:18
207:4 209:15
210:8
year 5:21,21
13:24 14:6,21
16:6,9 106:19
years 165:17
170:15 172:2
175:2 176:7,22
176:22 186:1
yelled 73:20
yelling 73:15
Yep 8:17 17:12
18:21 20:10
25:19,25 32:20
33:10 40:11
53:8,10 72:13
89:8 99:12
104:22 107:2
122:1 125:17
126:18 187:10
188:19 203:12

Yeses 5:4
young 158:14

Z
Z 169:4
Zoom 2:3,12,13
2:14,14,15
3:16

0

1
1 1:12
1.5 109:4
10:00 69:13
10:11 69:13
10:25 86:22
10:30 86:22
100 1:18
12 1:13,20 17:6
18:13 106:16
12:18 208:12
12:24 208:12
12:28 211:13
12th 3:3
13 71:14
145.61 71:23
78:9
15 17:6 18:13
106:16 112:3
1500 2:9
180 13:25

2
2 194:15,18
20 48:4 74:7
107:14 175:2
2007 92:14,16
2018 94:9,10
2020 91:20
2022 9:22 15:2
15:22 16:11,12
16:14,24 17:3
17:15,24 18:3
18:12 20:14
91:18 106:7
2023 15:1,16,21

16:15 17:5
18:13 43:21
91:18 106:15
2024 1:13,20 3:3
15:8,10 16:16
17:7,8 18:14
91:18,22
212:11 213:22
211 212:7 213:4
213 1:12
225 2:4
23rd 212:10
24-CV-01097-...
1:5
24259 71:12
25-year-old
158:15,25
25,000 8:5
25084 44:11
29th 43:20
2nd 1:18

3
3 194:16,18
30 112:3 186:1
196:5
300-pound
128:4
30th 43:20

4
4 2:19
40-year 175:2
4600 2:5
4th 9:22

5
50 2:8 14:24
15:16,17,18
53 14:6,14
55402 2:5,9

6
60 164:1
65 158:5 164:1
65-percent
187:18

**65-year-old**
  158:25

  **7**

  **8**

  **9**

**9:00** 1:19 3:4
**95** 192:15