**Exhibit Y**

**Redacted**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - -
Michelle Simha, as
Trustee for the
Next-of-Kin of Noah
Leopold,
                                Civil File No.
                Plaintiff,      24-CV-01097-JRT-DTS

     vs.

Mayo Clinic,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF GUSTAVO KNOP

Volume I, Pages 1 - 97

August 14, 2024


     (The following is the deposition of Gustavo

Knop, taken pursuant to Notice of Taking

Deposition, via video, at Mayo Clinic, Legal

Department, 100 2nd Street SW, Rochester,

Minnesota, commencing at approximately 9:04

a.m., August 14, 2024.)

Thompson Decl. Ex. Y

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Page 2

```
 1   APPEARANCES:
 2   On Behalf of the Plaintiff:
 3       Brandon Thompson
         Bibeane Metsch-Garcia (via Zoom)
 4       CIRESI CONLIN LLP
         225 South Sixth Street
 5       Suite 4600
         Minneapolis, Minnesota 55402
 6
     On Behalf of the Defendant:
 7
         Andrew Brantingham
 8       DORSEY & WHITNEY LLP
         50 South Sixth Street
 9       Suite 1500
         Minneapolis, Minnesota 55402
10
     ALSO PRESENT:
11
         Ron Huber, Videographer
12       Anna C. Messerly, Ciresi Conlin
         Maggie Palmisano, Ciresi Conlin (via Zoom)
13       Michelle Simha (via Zoom)
         Norman Leopold (via Zoom)
14       Karen Leopold (via Zoom)
         Jenna Shulman (via Zoom)
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1            EXAMINATION INDEX
 2   WITNESS        EXAMINED BY        PAGE
 3   Gustavo Knop      Mr. Thompson        4
 4                     Mr. Brantingham    91
 5                     Mr. Thompson       92
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1              PROCEEDINGS
 2         THE VIDEOGRAPHER:  Good morning.  We
 3   are on the record.  Today is August 14th, 2024.
 4   The time is 9:04 a.m.  Today's case -- case
 5   caption is Simha versus Mayo Clinic.  The
 6   witness for today's deposition is Gustavo Knop.
 7         At this time the attorneys for the
 8   various parties will introduce themselves and
 9   the court reporter will swear the witness.
10         MR. THOMPSON:  Brandon Thompson along
11   with Anna Messerly for the plaintiff.  And on
12   the Zoom is Karen Leopold, Norman Leopold, Jenna
13   Leopold Shulman, Michelle Simha, and then
14   Bibeane Metsch-Garcia and Maggie Palmisano, both
15   from my office.
16         MR. BRANTINGHAM:  Andrew Brantingham on
17   behalf of defendant and the witness.
18         (Witness sworn.)
19              GUSTAVO KNOP,
20         called as a witness, being first duly
21         sworn, was examined and testified as
22         follows:
23              EXAMINATION
24   BY MR. THOMPSON:
25       Q.  Good morning, doctor.
```

## Page 5

```
 1       A.  Good morning.
 2       Q.  Have you ever had a deposition taken
 3   before?
 4       A.  No.
 5       Q.  Okay.  So this is a process where we're
 6   just trying to figure out some things that you
 7   know, both about some general medical concepts
 8   that are relevant to this case and the facts of
 9   the case that we're talking about.  Okay?
10       A.  Perfect.
11       Q.  You understand that?
12       A.  I do.
13       Q.  All right.  Do you remember this OCS
14   run?
15       A.  Yes, I do.
16       Q.  All right.  Do you have like a lot of
17   memories of it or just some vague recollections?
18       A.  I should say most of the memories, but
19   probably not all.
20       Q.  Fair enough.  All right.  We'll get
21   into those in just a minute, but that's good to
22   know.  It helps me kind of direct where we're
23   going with the deposition.
24       A.  Right.
25       Q.  Tell me --
```

2 (Pages 2 to 5)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Y

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 6

1        Well I'm not going to ask you to tell
2   me about your practice history, because in
3   looking at your CV it looks like you've
4   practiced in a lot of hospitals kind of all over
5   the world.  Is that right?
6        **A.  Yes, I did.**
7        Q.  For how long have you worked at Mayo?
8        **A.  I started January '22.**
9        Q.  What brought you to Mayo?
10       **A.  Mayo was increasing the transplant**
11  **activity and they wanted to recruit people on**
12  **the trans -- on the procurement side to have**
13  **more expert people working on -- on that**
14  **activity, especially on the development of the**
15  **new techniques regarding DCD hearts and the use**
16  **of OCS and other practices.**
17       Q.  And that's something that you do have
18  some expertise in it looks like?
19       **A.  Yes.  I did have quite a -- I should**
20  **say significant expertise on that.**
21       Q.  Let's talk specifically about OCS.
22       What was your experience with OCS
23  before you came to Mayo in 2022?
24       **A.  I was in a --**
25       **I -- I did a fellowship in**

Page 7

1   **transplantation Papworth Hospital.  Papworth**
2   **Hospital was a pioneer developing DCD hearts in**
3   **the world.  Despite they were not the first,**
4   **they were -- they -- the first on high numbers**
5   **and the second to do that all over the world**
6   **regarding OCS and DCD hearts.**
7        Q.  You're using both OCS and DCD.  Am I
8   understanding you correctly if I say Pap --
9        Papworth?
10       **A.  Yes.**
11       Q.  -- was a pioneer in using the OCS Heart
12  System in order to transplant DCD hearts?
13       **A.  Was pioneer in DCD hearts in this**
14  **research and clinical practice.  OCS was part of**
15  **that.  Is not the target is OCS and the target**
16  **is DCD heart transplantation.  OCS was a part of**
17  **that, the tools we had to do that.**
18       Q.  The goal was to see if we can expand
19  the available donor pool by taking DCD hearts,
20  and OCS was one of the tools that were
21  potentially available to make that a reality.
22  Fair?
23       **A.  Exactly.  But -- but OCS was previously**
24  **used, especially in UK where I was working and**
25  **especially in another hospital in London,**

Page 8

1   **Harefield, quite -- in quite a number of cases,**
2   **also in Papworth, for DBD cases to prove that**
3   **they are at least non-inferiority compared to**
4   **cold storage, and from there move on to**
5   **demonstrate that it can be used and expanded on**
6   **and our pools -- this expanded time of**
7   **protection, which is the weak Achilles point of**
8   **the cold storage.**
9        Q.  Understood.
10       If I am understanding your testimony,
11  you think OCS is a pretty incredible piece of
12  technology.
13       **A.  I shouldn't call incredible, but it's**
14  **very helpful.**
15       Q.  In your experience with OCS, you of
16  course know that there are a number of risks
17  that are particular to the use of the OCS.
18       **A.  There are always risks in medicine.**
19  **OCS is not the exception.**
20       Q.  No, I understand that.  I'm not talking
21  about just general risks that apply to just
22  anything in medicine.  I'm talking about
23  specific risks that are specific to the use of
24  the OCS.  You know that there are such risks;
25  right?

Page 9

1        **A.  I do know there are risk in**
2   **instrumentation if you don't do it well.  There**
3   **are risks in management if you don't follow the**
4   **common judgment and guidelines, both combined.**
5   **And, yes, of course there are risks.**
6        Q.  You're familiar with the research that
7   says that sometimes hearts that are transported
8   on OCS suffer myocardial damage that really
9   can't be explained; right?
10       **A.  You mean publications about that?**
11       Q.  Sure.
12       **A.  Yeah, it is possible.**
13       Q.  It's not just possible, that is one of
14  the things that the researchers who have
15  published on OCS have specifically published;
16  right?
17       **A.  As I said, there are always un -- un --**
18  **unwanted effects on the use of any device, any,**
19  **any device, so OCS is not the exception.**
20       Q.  I appreciate that, but I want to stick
21  with the questions that I'm asking.  And I'm not
22  asking you about risks associated with any
23  device, I'm talking about one specific risk with
24  respect to one specific device.
25       **A.  Yeah.**

3 (Pages 6 to 9)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 10

1    Q. My question was: Are you aware of the
2  fact that the researchers who have published on
3  the OCS have published that some of the hearts
4  that are transported on that machine suffer
5  unexplained myocardial damage?
6      MR. BRANTINGHAM: Object to the form.
7    **A. Yes, I am aware. But that is related**
8  **to other issues, not -- for example, a long,**
9  **long run on the OCS, many hours. The more time**
10 **on the OCS the heart is, obviously the**
11 **possibility of damage of the heart.**
12   Q. So the manufacturer of the OCS and the
13 researchers who have published on this have
14 written that that myocardial damage cannot be
15 explained, but you're telling me that you have
16 the explanation for it.
17     MR. BRANTINGHAM: Object to the form of
18 the question.
19   **A. No, I didn't say that.**
20     MR. BRANTINGHAM: Just, doctor, take
21 one second so I can get an objection out and
22 then you can go ahead. I'm going to object to
23 the form of the question. You can go ahead.
24   **A. I didn't say that.**
25     **Sorry. Repeat the question.**

Page 11

1    Q. Yeah. I asked you whether you
2  understood that the researchers published that
3  there was myocardial damage that happened for
4  unknown reasons. You said, yes, but it was
5  because of other factors like a very long OCS
6  run. Did I understand you correctly?
7    **A. Yes. I made the clarification that**
8  **myocardial damage can occur, but it is related**
9  **to other issues that may happen during the**
10 **transport and the time.**
11   Q. Do you think that's what the
12 researchers published in the EXPAND study?
13   **A. I am not aware of the details, and that**
14 **is what I have in my experience.**
15   Q. So in your experience, how many hearts
16 on a long OCS run have suffered significant
17 myocardial damage?
18   **A. I should say very few, but in very long**
19 **runs.**
20   Q. How long?
21   **A. Between six and --**
22     **More than six hours on the machine.**
23   Q. Are these runs that were done at Mayo?
24   **A. I can't recall any with that.**
25   Q. Give me your best estimate as to how

Page 12

1  many OCS runs you personally have been on.
2    **A. In -- including UK?**
3    Q. Ever. Yeah, in your career.
4    **A. Yeah. Should be more than 50.**
5    Q. Less than 75?
6    **A. Yes.**
7    Q. So somewhere between 50 and 75.
8    **A. Possibly.**
9    Q. What's your best estimate as to how
10 many runs you've been on since coming to Mayo in
11 2022?
12   **A. I can't say accurate, but probably more**
13 **than 30.**
14   Q. What is the longest OCS run you can
15 recall going on ever in your career?
16   **A. About eight hours.**
17   Q. When you were working in the UK, how
18 far would you travel to get an OCS heart?
19 What's the farthest place you can remember
20 going?
21   **A. Not far. Usually the distance were**
22 **short, but on ground.**
23   Q. Understood.
24   **A. Not flying.**
25   Q. Understood.

Page 13

1    What is the longest OCS run you can
2  recall going on since you've been at Mayo?
3    **A. About six hours maybe. I can't say**
4  **exactly. You are asking me questions I don't**
5  **have the list, whatever.**
6    Q. Yeah.
7    **A. I'm just replying based on what my**
8  **memory gives me just now.**
9    Q. Totally understand.
10     Do you remember, location-wise, where
11 that farthest trip would have been?
12   **A. No, I don't.**
13   Q. Do you have a list that you maintain of
14 all the OCS runs you've been on?
15   **A. Not me. The people who re -- who takes**
16 **all that information, so I am ready -- I can ask**
17 **that at any time --**
18   Q. Sure.
19   **A. -- if I need.**
20   Q. Sure.
21     Has there ever been a time since you've
22 been at Mayo, that you can recall, where a heart
23 that was transported on OCS was ultimately
24 discarded and not transplanted?
25   **A. And not transplanted you mean?**

**4 (Pages 10 to 13)**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 14

1  Q. Yes.
2  A. Not in my cases.
3  Q. In other cases that you're aware of at
4  Mayo?
5  A. I don't recall any.
6  Q. Okay. You know --
7  A. There may be. I don't recall.
8  Q. Yeah. And you know that in the EXPAND
9  study, almost one out of every five hearts that
10  was transported on the OCS was discarded and not
11  transplanted; right?
12  MR. BRANTINGHAM: Foundation. You can
13  answer.
14  THE WITNESS: I can answer, yes.
15  A. That study probably was done in the
16  early stages of the research -- of the use of
17  OCS.
18  Q. My question was: Are you aware that in
19  the study one out of every five hearts was
20  discarded without being transplanted?
21  A. I'm not aware in detail of that
22  information, but I accept that may be the --
23  Q. Yeah.
24  A. -- the issue because you are -- you are
25  saying that.

Page 15

1  Q. On the OCS runs you've been on at Mayo,
2  do you have the ability to communicate with Mayo
3  while you're on the airplane?
4  A. While on the airplane, no.
5  Q. For this case, do you remember whether
6  it was you or Dr. Altarabsheh who called back to
7  Mayo after doing the initial assessment of the
8  donor heart in Idaho?
9  A. Usually the first person in charge, in
10  other words the first surgeon --
11  There are two surgeons going. One is
12  primary and the other one is assistant. On this
13  occasion, I was the assistant.
14  Q. Yep.
15  A. Because we rotate. Not for any kind of
16  other reason.
17  Q. Sure.
18  A. On this occasion communication may have
19  been done by my colleague, not me, because
20  this -- the assistant usually -- usually do not
21  communicate with the base for practical and --
22  purposes and because the primary is the person
23  who deals with that.
24  Q. Would I be correct in assuming, based
25  on your testimony, that you do not remember

Page 16

1  anything about the communication back to Mayo
2  while you were in Idaho before leaving?
3  A. I don't remember, but I -- what I can
4  tell you that the usual procedure, typically,
5  are the first surgeon, the main surgeon, does
6  communicate with the base regarding what is the
7  assessment of the heart, which is the crucial
8  work we do there --
9  Q. Yep.
10  A. -- before going for the next steps.
11  Q. Understood.
12  So probably what happened is that Dr.
13  Altarabsheh communicated back to Mayo; right?
14  A. I assume that is the most probably
15  thing that happened.
16  Q. But you don't have any memory of that
17  whatsoever; correct?
18  A. I don't have that.
19  Q. Okay. Do you have any memory of
20  assessing this heart in Idaho?
21  A. Yes, I do --
22  Q. You do.
23  A. -- have memory.
24  Q. Okay. Tell me what your memory is.
25  A. The heart on this case looked to us

Page 17

1  absolutely a -- a good heart like we call it.
2  There were no abnormalities that we have seen
3  there in the donor site, meaning we assess
4  different aspects of the heart, and after doing
5  a meticulous assessment we take our decision of
6  what is -- what we are going to inform to the
7  base, basically how is the contractility, what
8  are the -- what is the -- what are the filling
9  pressures based on palpation, based on visual
10  assessment, what are the coronary artery
11  aspects, any lesions or any plaques or whatever,
12  and what is the previous hemoglobin of the
13  donor, which is a very important point for the
14  OCS, and what is the situation we are, you know,
15  experimenting in the dissection with the
16  abdominal team if there is any significant blood
17  loss or any problems. All those things we
18  assess.
19  Q. And so I understand that those are all
20  things that you regularly would assess. Is it
21  your testimony that you actually remember doing
22  that in this case?
23  A. I actually remember on this case that
24  the heart looked, to me, independently what
25  looks to my colleague -- I was there and I am

5 (Pages 14 to 17)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 18

1  also responsible as he is -- that this heart was
2  adequate and good for transplantation.
3      Q. All right.  So --
4      A. For use -- not transplanting -- for
5  retrieving and then using in a recipient.
6      Q. Sure.  So that was about a year ago;
7  right?
8      A. Sorry?
9      Q. It was about a year ago.
10     A. Yes.
11     Q. How many OCS runs have you been on in
12  the last year, roughly?
13     A. Maybe 20, maybe --
14     Q. All right.
15     A. -- 15, I don't know.
16     Q. Fifteen to 20 since then.
17        Can you remember all the hearts that
18  you've gone and retrieved since this one a year
19  ago?
20     A. I remember most of them, yes.
21     Q. Okay.  So let's go back to this one
22  that you remember from a year ago.  What did --
23        Were the other surgeons from that
24  hospital in the operating room when you procured
25  the heart?

Page 19

1      A. Yes, I think so.
2      Q. What did they look like?
3      A. How they look like?
4      Q. Yeah.  Males, females?
5      A. No, I can't remember that.
6      Q. Yeah.
7      A. I don't pay attention to those.
8      Q. Yeah.  Do you remember who else was on
9  this OCS run with you other than Dr.
10  Altarabsheh?
11     A. It was Danielle the perfusionist.
12     Q. Who else?
13     A. It was Mike, --
14     Q. Uh-huh.
15     A. -- the tech.
16     Q. Okay.
17     A. And that is our main.  And it was
18  Salah, Dr. Salah.
19     Q. Okay.  And that -- that's all you can
20  remember?
21     A. The persons, yeah.  There was another
22  perfusionist, but I -- I can't recall who was
23  that.
24     Q. Male or female?
25     A. I can't recall that.

Page 20

1      Q. What do you remember, since you have
2  all these memories of this particular heart a
3  year ago, what do you remember about the lungs?
4      MR. BRANTINGHAM:  Object to the form of
5  the question.  You can answer.
6      A. I -- I don't pay attention to lungs in
7  these cases.
8      Q. Why not?
9      A. Because I'm not involved in lung
10  procurement if I go for the heart.
11     Q. If there's a problem with the lungs,
12  wouldn't that be relevant to the question of
13  whether the heart was viable or suitable?
14     A. If it is a problem with oxygenation,
15  yes.  Not with the lungs itself.  I'm talking
16  about the function of the lungs at that time.
17  We didn't see any problems on that.
18     Q. You remember that.
19     A. Of course.  I mean saturation is okay.
20  We didn't have any problem with that.
21     Q. What --
22     A. If I should have any problem, I would
23  have recalled very clearly.
24     Q. What color was this heart?
25     A. Color?

Page 21

1      Q. Yeah.
2      A. Normal.
3      Q. What's a normal color?
4      A. Well it's different colors depending
5  the chamber.
6      Q. Describe this heart that you remember
7  from a year ago.
8      A. Okay.
9      Q. Describe it for me.  What did it look
10  like?
11     A. Yes.  No problem.
12        The ventricles are usually red -- how
13  do you say -- it's not super bright.  It's a bit
14  soft red.
15     Q. Soft red?
16     A. Yes, something like that.
17     Q. Red in color?  Soft red in color?
18     A. Soft red, the muscle.
19     Q. Okay.
20     A. So I should say normal, as the normal
21  description of the -- of the heart.
22     Q. I don't know what that means because
23  I'm not a cardiac surgeon.  I want you to
24  describe it for me.  All you've told me is that
25  the ventricles were soft red in color.

6 (Pages 18 to 21)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 22

1    A. Yes.
2    Q. What other --
3       What color were the atria?
4    A. The atria was -- the right atrium is
5    blue.
6    Q. Okay.
7    A. Blue. Strong blue.
8    Q. Strong blue?
9    A. I mean sorry about my -- I am --
10   I don't have the fluency in the
11   description of the colors, but it is -- it's not
12   soft blue, it's more strong blue. Do you
13   understand what I mean?
14   Q. Yeah. You're describing what a normal
15   heart would look like.
16   A. Yes.
17   Q. And you're claiming that not just I'm
18   describing what a normal heart would look like,
19   I can remember in my mind that this is what that
20   heart looked like.
21   A. Yes.
22   Q. Okay. What else? What else about the
23   appearance of the heart can you describe for us?
24   A. Okay. The left atrium is also with a
25   blue color --

Page 23

1    Q. Blue color. Okay. I'm with you.
2    A. -- in the -- in the -- in the dome,
3    which is the part that you can see.
4    Q. Uh-huh.
5    A. You don't see the other parts of the
6    left atria --
7    Q. Uh-huh.
8    A. -- except the left outer appendage --
9    Q. Okay.
10   A. -- which is, you know, more light in
11   the color.
12   Q. Uh-huh. Light like what?
13   A. Light -- I should say --
14   Q. Like a lighter blue?
15   A. No. No lighter blue. Lighter pink, to
16   the pink side.
17   Q. Got it. Okay.
18   A. And then you see the coronaries and the
19   epicardium and the surface of the heart --
20   Q. Uh-huh.
21   A. -- which are -- the color is, I should
22   say, white/gray. White/gray.
23   Q. Okay.
24   A. If there are plaques, you see very
25   clearly.

Page 24

1    Q. Uh-huh.
2    A. There were no plaques here.
3       The vessels coming out from the heart
4    or reaching the heart, the aorta, the pulmonary
5    artery. The pulmonary artery is yellowish
6    because it has some -- usually some fat around.
7    I have to say that there is fat around the heart
8    usually, which is --
9    Q. Uh-huh. Where?
10   A. It is --
11   Q. Don't just tell me usually. I'm
12   talking about your memory of this specific heart
13   that you claim you remember.
14   A. Yeah. There is some --
15   Q. Describe the fat.
16   A. Yeah. The fat is over the pulmonary
17   artery on the -- and on top of the right
18   ventricular outflow tract and the -- close to
19   the base of the aorta, which is the -- the --
20   the root, a bit of fat.
21   Q. A bit --
22      Did you say a bit of fat?
23   A. Yes.
24   Q. Just a bit of fat.
25   A. Yes, a bit.

Page 25

1    Q. Okay. Not fat like --
2    A. No.
3    Q. -- covering the whole heart.
4    A. No, no, no. Definitely not.
5    Q. No. Okay.
6       Let me show you a picture of the heart.
7       MR. BRANTINGHAM: Does it have a Bates
8    number for the record?
9       MR. THOMPSON: Let me see. Give me
10   that back a second, doctor.
11      THE WITNESS: Yeah.
12      MR. THOMPSON: This is Bates No. 24948.
13      THE WITNESS: Yes.
14   Q. Does that look like the heart that you
15   were just describing?
16   A. This is the picture of what heart?
17   Q. That's the picture of the heart that
18   you're claiming you remember and --
19   A. Okay.
20   Q. -- are claiming was blue -- I think
21   you'd said blue, the atria were blue. Show me
22   where that heart's blue. Show me where that
23   heart has just a bit of fat.
24      MR. BRANTINGHAM: Object to the form,
25   the multiple questions in a row, and object to

7 (Pages 22 to 25)

Thompson Decl. Ex. Y

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 26

1 foundation.
2      MR. THOMPSON:  What -- what is the
3 foundation objection?  I'm asking him to tell me
4 where the blue is on that heart.
5      MR. BRANTINGHAM:  I don't think you --
6      MR. THOMPSON:  What's -- what's lacking
7 in foundation?
8      THE WITNESS:  Okay.
9      MR. BRANTINGHAM:  I don't think you've
10 established who took this picture, when, where
11 it is.
12      MR. THOMPSON:  It's produced by you.
13      MR. BRANTINGHAM:  I understand.
14      MR. THOMPSON:  By you.
15      MR. BRANTINGHAM:  I know that.
16      MR. THOMPSON:  Yeah, the picture of
17 this heart.
18      MR. BRANTINGHAM:  But you --
19      I -- I know where it came from in that
20 sense, but you're asking about a picture taken
21 during a period of time.
22      MR. THOMPSON:  Yeah.
23      MR. BRANTINGHAM:  And you haven't asked
24 him when that's from.  You haven't -- you
25 haven't established when it was taken, who took

Page 27

1 it, and so forth.
2      Q.  Is this --
3      Does this look --
4      MR. BRANTINGHAM:  That's the foundation
5 objection.
6      Q.  Does this look like the heart that --
7      MR. THOMPSON:  Well that's not an
8 objection to my question at all.
9      MR. BRANTINGHAM:  Okay.  Well you asked
10 for the explanation of the foundation objection.
11 That's my explantation.  The question -- or the
12 objection to the question was --
13      MR. THOMPSON:  That makes no sense.
14      MR. BRANTINGHAM:  -- you asked him
15 multiple questions.  You shouted three -- two or
16 three questions at him.  Let him -- just let him
17 answer the question.
18      Q.  Yeah.  Okay.  I'm going to ask you this
19 question now.  Is that, in your testimony under
20 oath, consistent with a normal heart such that
21 you just described?
22      **A.  Yes, because on this picture it should**
23 **be blue, this part, and it's not in the -- in**
24 **the picture itself, you know.  It should be more**
25 **blue here.  Whatever is seen in the picture, it**

Page 28

1 **doesn't reflect reality here.**
2      Q.  What's the point of taking a picture of
3 the heart in the operating room at the donor
4 hospital, by the way?  That's where this is.
5      **A.  Yeah.  What's the point?**
6      Q.  Yeah.  Why do you take a picture of it?
7      **A.  To see the -- the size of the heart,**
8 **the general aspect of the heart, but not analyze**
9 **exactly the colors because the colors are not**
10 **real here.  I mean I see very clearly that this**
11 **is not -- this is not the real aspect of the**
12 **atriums, for example, the right atrium, you**
13 **know.**
14      Q.  Does that look like a heart that has a
15 normal amount of fat to you?
16      **A.  Yes.**
17      Q.  Normal.
18      **A.  Yes.  Definitely.**
19      Q.  Okay.  I'll take that back.
20      **A.  The amount of fat around the heart is**
21 **variable.  It doesn't reflect any impact on**
22 **function or any impact on the suitability of the**
23 **heart for being transplanted.**
24      Q.  I appreciate that.  I didn't ask any
25 questions about whether fat affects suitability

Page 29

1 or whether fat affects function.  I just asked
2 you if that was a normal amount of fat in your
3 opinion --
4      **A.  Normal.**
5      Q.  -- and you said it was.
6      **A.  Absolutely.  Yes.**
7      Q.  Okay.  Did you do predicted heart mass
8 measurements on the recipient before you left
9 Mayo to go get this heart?
10      **A.  Say --**
11      **Can you ask the question again?**
12      Q.  Yeah.  Well let me ask a prefatory
13 question first.  Size match is an important part
14 of finding a suitable donor heart; right?
15      **A.  Yes.**
16      Q.  You don't want the heart to be too big
17 and you don't want the heart to be too small;
18 right?
19      **A.  Yes.**
20      Q.  Do you have sort of a general guideline
21 about how much bigger or how much smaller you're
22 willing to go?
23      MR. BRANTINGHAM:  Object to form.
24      **A.  The attending surgeon is the person who**
25 **deals with that decision-making, not me.**

8 (Pages 26 to 29)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Y

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 30

1    Q. Okay. So the attending physician would
2    give guidelines as to how much bigger or smaller
3    he's willing to accept for the donor heart?
4        A. He knows in advance.
5        Q. Knows in advance what the parameters
6    are going to be?
7        A. The echocardiogram.
8        Q. For the donor or for the recipient?
9        A. For both.
10       Q. Okay. So he knows in advance what
11   size --
12       A. Yes.
13       Q. -- the heart's going to be.
14       A. Not only the echocardiogram, CT scan.
15   CT.
16       Q. Sure. But there's a ruler in those
17   photographs. Because one of the things that's
18   your job --
19       A. Yes.
20       Q. -- is to verify the size of the heart;
21   right?
22       A. To verify the size of the heart?
23       Q. Size of the donor heart.
24       A. No, that's not my -- my -- my --
25       I see, I evaluate the heart. The heart

Page 31

1    has different sizes according to which donor it
2    is. We just evaluate the heart in general
3    terms. Of course, I agree that if the heart is
4    enlarged, severely enlarged, there should be a
5    problem and we should raise that issue.
6        Q. Address that issue?
7        A. If we see anything. Usually the -- the
8    size of the heart comes with other things, it's
9    not only the size. If you have a large heart
10   with high pressures, filling pressures is one
11   thing, and on top of that the size of the heart,
12   they in different dimensions, varies according
13   to the hemodynamic situation.
14       Q. Okay. My question to you was: Is
15   evaluating the size of the heart part of your
16   job as one of the procuring surgeons?
17       A. In part, yes, in the way that if I see
18   any significant issue related to the size, I
19   have to, you know, communicate that. Not me in
20   this case. The primary surgeon has to do it.
21       Q. Do you remember that this was a big
22   heart?
23       A. I remember it was not a big heart
24   according to the donor, according to the donor's
25   size.

Page 32

1    Q. What do you mean "according to the
2    donor size?"
3        A. I mean that if you have a donor -- a
4    female donor of a height 157 and you have a
5    heart that is severely enlarged for that donor,
6    you have to raise the issue. But I am sure we
7    will not be going in a run to procure a heart
8    like that because we know the information in
9    advance.
10       Q. How big were you expecting this donor
11   heart to be since you remember it?
12       A. Yeah.
13       MR. BRANTINGHAM: Object to the form of
14   the question.
15       A. I mean how big, what do you mean? You
16   want me to tell you the centimeters from one
17   side to the other, the height, all --
18       Q. How about the weight?
19       A. Huh?
20       Q. How about the weight?
21       A. The weight is related to the mass.
22       Q. Okay. How big were you expecting it to
23   be?
24       A. I go for the echocardiogram before --
25   before the procurement. That give me much more

Page 33

1    information that -- the visual assessment about
2    the mass.
3        Q. My question -- my question is: How
4    much were you expecting this heart to weigh?
5    And if your answer is "I don't have any idea how
6    much I was expecting the heart to weigh," then
7    that's your answer.
8        MR. BRANTINGHAM: Object to the form of
9    the question.
10       Q. But if you did have an expectation, I'd
11   like to know.
12       MR. BRANTINGHAM: Go ahead and you can
13   just answer that question.
14       A. I don't have the answer for that
15   because, to my eyes and to my knowledge, this
16   heart was within the normal limits for the donor
17   and what we were, you know --
18       Q. "For the donor," you mean for the
19   donor's size?
20       A. For the donor's size.
21       Q. How big was the donor?
22       A. I can't remember exactly the de -- the
23   details.
24       Q. How about just in general?
25       A. Sorry?

9 (Pages 30 to 33)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 34

1  Q. Not even exactly. You said you can't
2  remember exactly. I don't expect you to
3  remember it to the centimeter and to the
4  kilogram. But how about just in general? How
5  big were you -- how big was this donor?
6  **A. I can't remember exactly. I have to go**
7  **to the details.**
8  Q. I'm not asking you exactly. You're
9  claiming that you remember this heart, and
10  you're claiming that based on your memory you
11  can say "That heart was the size that I expected
12  it to be." And then I asked you, "Well what
13  size were you expecting it to be?", and you
14  said, "Well I don't know, it would depend on the
15  size of the donor." And now I'm asking you:
16  How big was the donor?
17  **A. Okay.**
18  MR. BRANTINGHAM: Object to the form of
19  the question.
20  **A. I --**
21  MR. BRANTINGHAM: Go ahead. You can
22  answer.
23  **A. My target is the heart. If I see the**
24  **heart and I know in advance what the donor size**
25  **is and I find the heart which is corresponding**

Page 35

1  **and not raise my attention that the heart is**
2  **abnormally big for the donor, I just pay**
3  **attention to the heart and I know that.**
4  Q. Uh-huh.
5  **A. So I don't have to remember now exactly**
6  **what the donor size was. I just remember that**
7  **the heart was adequate --**
8  Q. How --
9  **A. -- based on -- on the donor.**
10  Q. How much, doctor, would you expect a
11  heart to weigh from a donor who's 180
12  centimeters tall and weighs 80 kilograms? Just
13  roughly.
14  **A. A hundred and what?**
15  Q. A hundred and eighty-three centimeters
16  tall and weighs 80 kilograms. How much should
17  that heart weigh?
18  **A. I can't say in -- I have to --**
19  **I should have to check details about**
20  **weights of hearts.**
21  Q. I mean just you can't even give me an
22  estimate? Two hundred grams? Six hundred
23  grams?
24  **A. I can't say exactly.**
25  Q. I'm not asking --

Page 36

1  **A. About four -- four, five hundred grams.**
2  Q. I'm not asking -- I'm not asking
3  exactly. How about closer to 200 grams or
4  closer to 600 grams?
5  **A. Closer to 600 grams.**
6  Q. Closer to 600. You think that --
7  Okay. Do you know that UNOS has a
8  predicted heart mass calculator that's readily
9  available?
10  **A. No, I'm not aware of that.**
11  Q. Do you know what UNOS is?
12  **A. Yes, I know.**
13  Q. What's UNOS?
14  **A. It's the organization that relates to**
15  **the heart procurements and transplantation.**
16
17
18
19
20  the heart mass at 192.46 grams, would you have
21  any reason to disagree with that?
22  **A. The heart weighs --**
23  Q. Yeah.
24  **A. -- 183?**
25  Q. I'll just show it to you. This is from

Page 37

1  the UNOS website.
2  **A. Yeah.**
3  Q. Is it standard at Mayo, do you know,
4  for somebody to do a predicted heart mass
5  calculation before you decide that an organ is
6  of a suitable size for a patient? That's my
7  first question.
8  **A. Okay. Do that question again, please.**
9  Q. Do you know if it is standard practice
10  at the Mayo Clinic for somebody to do a
11  predicted heart mass calculation before a
12  decision is made that a heart is suitable for
13  transplant?
14  **A. The trans --**
15  **The attending surgeon is the person who**
16  **does that.**
17  Q. Okay. So your answer is yes, it is
18  standard for somebody to do that calculation,
19  and in my experience, the attending surgeon is
20  the one who does it.
21  MR. BRANTINGHAM: Object to the form of
22  the question.
23  **A. The form of the question is not the way**
24  **I should take it, because the attending surgeon**
25  **will not be meticulously mathematically**

10 (Pages 34 to 37)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Page 38**

1  calculating the mass or the weight or
2  whatsoever. The attending surgeon, in my
3  knowledge, although I am not doing that job, is
4  going to calculate if that heart would fit and
5  would be adequate for the recipient based on the
6  chest structure, the -- inside the mediastinum
7  cavity and things like that.
8      Q. Have you ever looked at Dr.
9  Villavicencio's operative report from this case?
10     A. I have read that, yes.
11     Q. Do you know --
12     A. A long time ago. Yes.
13     Q. Do you know whether there was a
14  significant size mismatch between the donor
15  heart that you brought him and the space that he
16  had in Noah Leopold's chest?
17         MR. BRANTINGHAM: Object to foundation.
18     A. I don't recall that.
19     Q. If I told you that Dr. Villavicencio
20  documented that there was a significant size
21  mismatch, would that surprise you?
22         MR. BRANTINGHAM: Foundation.
23     Q. Because you remember this heart run.
24     A. No, it doesn't --
25         MR. BRANTINGHAM: Hold on, hold on,

**Page 39**

1  hold on. Let him answer the question you asked,
2  please.
3         MR. THOMPSON: I'm going to ask my
4  question the way that I want to ask it, so
5  just --
6         MR. BRANTINGHAM: Are you withdrawing
7  the first question you asked and then
8  immediately --
9         MR. THOMPSON: Sure.
10        MR. BRANTINGHAM: -- started talking
11  over?
12        MR. THOMPSON: Sure.
13        MR. BRANTINGHAM: Okay. So now ask him
14  another question, please.
15  BY MR. THOMPSON:
16     Q. Given that you claim that you remember
17  this heart and you claim that it was a perfectly
18  appropriate size for this patient, would it
19  surprise you to know that Dr. Villavicencio
20  documented there was a significant size
21  mismatch?
22        MR. BRANTINGHAM: Object to the --
23     A. I didn't say --
24        MR. BRANTINGHAM: Hold on, doctor. Let
25  me just get -- make an objection. I'm going to

**Page 40**

1  object to the form of the question and object to
2  foundation, and now you can answer.
3      A. I didn't say that this heart was
4  adequate size for the recipient. I did not say
5  that. What I said is that this heart was
6  adequate for transplantation to use functionally
7  and structurally and anatomically.
8      Q. Okay. So --
9      A. I didn't mention anything regarding the
10  recipient. And -- and regarding your question,
11  I should be surprised? I -- I shouldn't be
12  surprised of anything.
13     Q. All right. So now I got to clear this
14  up. Is it part of your job to assess whether
15  the heart is an appropriate size for the
16  recipient or isn't it?
17     A. No.

**Page 41**

11 (Pages 38 to 41)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Y

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Page 42

Page 44

5  Q.  Great.  So according to the UNOS
6  calculator, if anybody had bothered to use it,
7  what you would have been expecting to find when
8  you flew to Idaho was a heart that was about 192
9  grams; right?
10      MR. BRANTINGHAM:  Object to foundation.
11  **A.  I never go to any run -- no ones I --**
12  **that I know in my practice go to any run**
13  **thinking about any kind of weight or mass or**
14  **whatever.**
15  Q.  Sure.  But you --
16  **A.  So you --**
17  Q.  -- have at least a general expectation
18  that that heart is going to be a specific size;
19  right?  Because you know that that's part of
20  your job, we got to make sure that this heart is
21  a good size match for that recipient who is
22  waiting for it back at Mayo; right?
23      MR. BRANTINGHAM:  Object to the form of
24  the question.  You can answer.
25      **A.  Again, that decision is taken in**

Page 43

Page 45

1  **advance by the -- by the attending surgeon, and**
2  **when we go there, we have to assess the heart**
3  **specifically and give the report.**
4  Q.  Including the size?
5  **A.  Including if we see anything**
6  **disproportionate regarding the structure of the**
7  **heart, the make --**
8  Q.  I'm not asking you about -- doctor --
9      MR. BRANTINGHAM:  Let him finish his
10  answer.
11      MR. THOMPSON:  I'm going to interrupt
12  him if I want to interrupt him, because he's not
13  answering my question and we're going to get
14  answers to my questions.
15      THE WITNESS:  Yes.
16  Q.  I'm not asking you about structural
17  abnormalities of the heart.  I'm asking --
18  **A.  Well the size -- a bigger size than**
19  **normal in a -- in a donor is a real structural**
20  **modification.**
21  Q.  That you should be calling back and
22  alerting the team at Mayo about, right, if it's
23  there?
24  **A.  If it is a disproportionally bigger**
25  **heart regarding the structure of the heart, the**

12  (Pages 42 to 45)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 46

1    **anatomical structure of the heart.**
2    Q. I'm sticking --
3    **A. When the heart is failing, you have a**
4    **gigantic bovine heart like this, you know.**
5    Q. Doctor, --
6    **A. Yes.**
7    Q. -- you got to listen to my questions.
8    I'm talking about size.
9    **A. Yes.**
10   Q. I'm talking about size.
11   **A. I'm talking about size.**
12   Q. Let's stick with size. Let's not stick
13   with function. Let's not talk about function.
14   Enough.
15   **A. No. I'm talking about size.**
16   Q. Great.
17   **A. Structure. Structure. Not function.**
18   **Size.**
19   Q. So --
20          MR. BRANTINGHAM: Can we just take a
21   moment here? So at the beginning of this you
22   started by telling him that you weren't going to
23   talk over each other. Right?
24          MR. THOMPSON: Stop. Stop.
25          MR. BRANTINGHAM: That's one of the

Page 47

1    rules.
2          MR. THOMPSON: Stop.
3          MR. BRANTINGHAM: Is it your
4    position --
5          MR. THOMPSON: Stop.
6          MR. BRANTINGHAM: -- that you get to
7    interrupt the witness --
8          MR. THOMPSON: Yes.
9          MR. BRANTINGHAM: -- in the middle of
10   his question?
11         MR. THOMPSON: Yes, --
12         MR. BRANTINGHAM: Okay.
13         MR. THOMPSON: -- it is. If he's not
14   answering my questions, I --
15         MR. BRANTINGHAM: If he's --
16         If you decide he's not answering your
17   question, you're going to shout him down and
18   then shout other questions at him?
19         MR. THOMPSON: So I know that you don't
20   agree with the way that I take depositions, but
21   we've now been at this for three days. You know
22   how I conduct a deposition.
23         MR. BRANTINGHAM: I sure do.
24         MR. THOMPSON: You don't have to like
25   it. And when you take a deposition, you're

Page 48

1    entitled to take the deposition however you want
2    to.
3          MR. BRANTINGHAM: According to the
4    rules.
5          MR. THOMPSON: We -- we have had this
6    conversation enough times now.
7          MR. BRANTINGHAM: I agree.
8          MR. THOMPSON: Stop telling me how to
9    conduct a deposition. If you have an objection,
10   make it. I -- I don't want to have any more
11   colloquy back and forth with you.
12         MR. BRANTINGHAM: Please show us all
13   the respect to allow people to speak and finish
14   their sentences.
15         MR. THOMPSON: Andrew --
16         MR. BRANTINGHAM: That's all I'm
17   asking.
18         MR. THOMPSON: Andrew --
19         MR. BRANTINGHAM: It's very reasonable.
20         MR. THOMPSON: We are --
21         MR. BRANTINGHAM: Please proceed.
22         MR. THOMPSON: I am going to have
23   answers to my questions, not to questions that
24   I'm not being -- not that I'm not asking. And
25   if he's not answering my question, I am going to

Page 49

1    interrupt him and I'm going to redirect him to
2    the question that I'm asking so that we can keep
3    this day on track. And if you think that that's
4    so abusive that you need to terminate the
5    deposition, you know your remedy.
6          MR. BRANTINGHAM: Uh-huh.
7          MR. THOMPSON: We've been over this
8    many times. Stop instructing me how to conduct
9    a deposition.
10         MR. BRANTINGHAM: Please go ahead.
11   BY MR. THOMPSON:
12   Q. Sticking with size, is it part of your
13   job to have at least a rough idea of what size
14   to expect when you take the donor heart out?
15   **A. Say -- say the question again.**
16   Q. It's a very simple question. And if
17   you don't understand my question --
18   **A. No, no. I understand, but say that**
19   **again for details.**
20   Q. Okay.
21   **A. Can you do that?**
22   Q. If you don't understand my question,
23   will you let me know?
24   **A. Yes, I will let you know.**
25   Q. Thank you.

13 (Pages 46 to 49)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 50

1    My question is:  Is it part of your job
2  to have at least a rough idea of what size heart
3  to expect when you get to the donor site?
4    **A. Yes.**
5    Q. As for this heart, you have no
6  recollection whatsoever as to even the rough
7  size that you were expecting; isn't that true?
8    **A. I did have idea because I saw -- I saw**
9  **the echocardiogram, I've seen the CT scan, so I**
10  **do have a rough idea about the size of the**
11  **heart. Yes.**
12    Q. But as for even roughly how much you
13  would have expected that heart to weigh, you
14  don't know; right?
15    **A. Weight is not something that I care**
16  **about. What I care is about other most**
17  **important things that reflect function like, you**
18  **know, width of the -- of the --**
19    **Let me finish.  Because I'm --**
20    Q. You've answered my question.
21    **A. No.  Yeah, yeah, yeah, but you -- you**
22  **don't let me finish.  You are trying to --**
23    **You know, the way you are moving your**
24  **body, body language, don't allow me to finish.**
25  **So please let me finish.**

Page 51

1    Q. Doctor, you've answered my question.
2  And --
3    **A. I am answering your question.  Let me**
4  **finish.**
5    Q. Doctor, you've answered my question.
6    **A. I didn't finish.**
7    Q. Doctor --
8    **A. I didn't finish.**
9    Q. Doctor, you've answered the question
10  that I asked you.  The question I asked you was
11  as for what size -- what weight to expect, you
12  didn't have any idea and you said the weight
13  doesn't matter to me.  So you've answered my --
14    **A. No.  The weight --**
15    MR. BRANTINGHAM:  Doctor --
16    **A. The weight -- the weight itself**
17  **isolated -- isolated is nothing that I am**
18  **extremely worried.  I'm more worried about the**
19  **function, the width of the -- of the -- of the**
20  **wall of the ventricle, especially the right**
21  **ven -- the left ventricle.  And based on that, I**
22  **could suppose if the weight of the heart may be**
23  **a problem -- may be a problem.  I'm not**
24  **concentrated or obsessed about the weight of the**
25  **heart.  I'm more obsessed and concentrated on**

Page 52

1  the width of the wall of the left ventricle and
2  the other chambers, or the size of the chambers,
3  left atrium, left ventricle, right ventricle,
4  right atrium, pressures in the -- in the
5  pulmonary arteries and the -- and so on.  So
6  that reflects the most important things.  Weight
7  is a consequence of those things.  If we have a
8  normal heart regarding the width of the -- of
9  the walls of the -- of the ventricle, I will not
10  expect at all an overweight heart.  And that is
11  the crucial point, the technical point that is
12  much more important of the isolated weight.  I
13  go to the more significant points.
14    Q. How thick were you expecting the left
15  ventricular wall to be?
16    **A. Posterior wall less than 1.1**
17  **millimeters.**
18    Q. One point one millimeters?
19    **A. Sorry.  Sorry.  One centimeter point**
20  **one millimeter.  Sorry.**
21    Q. So left ventricular wall, you were
22  expecting it to be less than 1.1 centimeters?
23    **A. One point two centimeters are the**
24  **maximum it should be.**
25    Q. How about the septal wall?

Page 53

1    **A. The septal wall I should be expecting**
2  **less than 14 millimeters.**
3    Q. So 1.4 centimeters.
4    **A. Yes.**
5    Q. How about the right ventricular wall?
6    **A. The right ventricular wall usually is**
7  **not relevant regarding the size unless you have**
8  **a hypertrophic.  Usually it is less than .7**
9  **millimeters.  Normal is .5, .6.**
10    Q. Do you know what the ventricular wall
11  thickness was on this heart?
12    **A. I don't recall exactly.  I have to go**
13  **back to the -- to the -- to the numbers.**
14    Q. Okay.  Well if it was 1.8
15  centimeters -- let me just get out a
16  calculator -- that would be 67 percent larger
17  than you would have expected.
18    **A. One point six -- eight millimeters**
19  **where?**
20    MR. BRANTINGHAM:  Wait for a question.
21    Q. Just --
22    You got to stick with me.  My
23  question's simple, and if you need to look at my
24  calculator, you can.  You told me that you would
25  have expected the left ventricular wall to be

14 (Pages 50 to 53)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Page 54

1  1.2 centimeters at the most?
2  **A. Where?  In the posterior I mentioned.**
3  Q. Well wherever the cardiac pathologist
4  from the Mayo Clinic measured it.  Would you
5  assume --
6  **A. No, no, no, no, no, no, no.**
7  Q. Hold on.
8  **A. No, no, no, no.**
9  MR. BRANTINGHAM:  Just hold on, doctor.
10  Just let him get to an actual question here.
11  Q. You asked me --
12  Well I was answering your question.
13  **A. Okay.**
14  Q. You said where is the measurement.
15  **A. Yes.**
16  Q. Wherever the cardiac pathologist from
17  the Mayo Clinic measured the wall.  Now would
18  you assume that a Mayo cardiac pathologist knows
19  how to measure a ventricular wall?
20  MR. BRANTINGHAM:  Object to the form
21  and the foundation.
22  **A. Okay.**
23  Q. Yeah.  I mean if your answer is "I have
24  no idea whether they know how to" --
25  **A. So you are telling --**

## Page 55

1  Q. Hold on.  If you have --
2  MR. BRANTINGHAM:  Ask a -- ask a
3  question.
4  Q. I'm responding to your counsel's
5  foundation objection.
6  If you have no idea whether the Mayo
7  cardiac pathologists know how to measure the
8  thickness of the ventricular wall, that's a fine
9  answer, too.
10  MR. BRANTINGHAM:  That's not the reason
11  for the objection.
12  **A. So let --**
13  MR. BRANTINGHAM:  Hold on, doctor.
14  That's not the reason for the objection.  If you
15  want the objection explained, I'm happy to
16  explain it.
17  Q. Go ahead, doctor.
18  **A. Okay.**
19  MR. BRANTINGHAM:  You can answer the
20  question, doctor.
21  **A. So this is absolutely a basic thing.**
22  **You are going to the point of the measurement of**
23  **the Mayo pathologist.  Are you?**
24  Q. Yeah.
25  **A. Okay.  When did the Mayo pathologist**

## Page 56

1  did the measurement?  Reply.
2  Q. Well presumably after the heart
3  catastrophically --
4  **A. Ah, that's it.  That's the difference.**
5  Q. No.  Hold on.  Let me --
6  MR. BRANTINGHAM:  Just let him -- let
7  him finish first.  Let him finish, doctor.  Let
8  him finish.
9  Q. I'd like you -- I'd like you to now to
10  let me finish --
11  MR. BRANTINGHAM:  Yeah.
12  Q. -- responding to you.
13  The Mayo pathologist measured that
14  heart when the heart that you and Dr.
15  Altarabsheh brought back from Idaho, --
16  **A. Yeah.**
17  Q. -- and told them that this was a
18  perfectly good heart, fell apart in his
19  hands, --
20  **A. Uh-huh.**
21  Q. -- bled uncontrollably, had to be
22  explanted from his body and led to the death of
23  this 40-year-old man.
24  **A. Can I speak now?**
25  MR. BRANTINGHAM:  No.  That's not a

## Page 57

1  question.
2  Q. Is that a -- is that a full enough
3  answer to my question for you?
4  MR. BRANTINGHAM:  That's --
5  Q. Is that a full enough answer to your
6  question?
7  MR. BRANTINGHAM:  Hang on a second.
8  **A. No.**
9  MR. BRANTINGHAM:  So is that a real
10  question for this witness, Brandon, or are you
11  just harassing the witness?
12  MR. THOMPSON:  Okay.  Now -- you're
13  right.  We're going to go on to a question.
14  THE WITNESS:  Okay.
15  Q. Okay.
16  **A. I --**
17  Q. Hold on.  Hold on.  We're going to go
18  on --
19  MR. BRANTINGHAM:  Just let him ask a
20  question.
21  Q. We're going to go on to a question --
22  **A. I mean if I -- if I cannot say**
23  **anything --**
24  MR. BRANTINGHAM:  No, no, no.  Doctor,
25  just -- just --

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Y

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 58

1    **A. This is a crucial --**
2        MR. BRANTINGHAM:  Hang on.
3    Q. Doctor --
4    **A. This is a crucial point.**
5        MR. BRANTINGHAM:  Here's a
6    suggestion --
7    **A. It is a crucial point.**
8        MR. BRANTINGHAM:  Here's a suggestion.
9    Why don't we -- we've been going for an hour.
10   Your next witness is here.
11       MR. THOMPSON:  Oh, we're going to be
12   here a long time.
13       MR. BRANTINGHAM:  I suggest we take a
14   short break in that case and talk about what
15   your expectations are for time, because you've
16   got two more witnesses here today.
17       MR. THOMPSON:  Yeah.  I understand
18   that.  So we can go off the record.
19       THE WITNESS:  Okay.  Off the record.
20       (Recess taken from 10:06 a.m. to 10:15
21   a.m.)
22       THE VIDEOGRAPHER:  We're on video.
23       THE REPORTER:  We're on the record.
24   BY MR. THOMPSON:
25   Q. Doctor, I'm going to try really hard to

Page 59

1    ask simple, straightforward questions.  Will you
2    let me know if you don't feel like you can give
3    a simple answer to my question?
4    **A. Right.**
5    Q. Will you do that?
6        You have to answer my question.
7    **A. Yes, I can -- I can give you --**
8    Q. Will you let me know if you don't think
9    that you can give a simple answer to what I
10   think is a simple question?
11   **A. Okay.  I will.**
12   Q. Okay.  And will you try really hard to
13   limit yourself to answering my questions and
14   wait for me to ask then another question?
15   **A. I will try, depending on the content.**
16   Q. I appreciate that.  And I'm going to
17   try really hard for us to not get in a fight
18   back a forth with one another, and I'm letting
19   myself get into that, too, and it's not super
20   productive.
21   **A. It's part of the job.**
22   Q. So --
23   **A. I understand.**
24   Q. All right.  Let's shift gears and try
25   to turn the temperature down here a little bit.

Page 60

1        You said, towards the beginning of your
2    deposition, that the reason that you were
3    recruited here is because Mayo was trying to
4    increase their transplant activity.  Do you
5    remember testifying to that?
6    **A. That's my understanding.  I cannot**
7    **reassure them because it was not my -- that's**
8    **what I heard that I understand.**
9    Q. Got it.  Are you talking about
10   specifically trying to increase the heart
11   transplant activity?
12   **A. Heart and lung.**
13   Q. Any idea why that would be?
14   **A. I --**
15       **No ideas, but I -- I -- I assume that**
16   **they -- they -- it's a big institution**
17   **prepared -- it's number one in the world, so is**
18   **prepared to, you know, to do more practices**
19   **in -- to patients in several aspects.**
20   Q. When you --
21   **A. More -- more care.**
22   Q. When you say "number one in the world,"
23   what do you mean, number one in the world in
24   what?
25   **A. That's what I read in the magazines is**

Page 61

1    **number one in the world.**
2    Q. Just in general?
3    **A. In general.  Yeah.**
4    Q. Got it.
5        The heart transplant volume here at
6    Mayo is actually quite a bit lower than many
7    other institutions in the United States; is it
8    not?
9    **A. A bit lower, yeah.  It shouldn't be**
10   **significantly lower.**
11   Q. Okay.  And it's your understanding that
12   Mayo is trying to increase that volume.
13   **A. That's my understanding.**
14   Q. Do you remember noticing anything about
15   this heart, at any point during the transport,
16   that would have made you think that doesn't look
17   like the most robust heart?
18   **A. No, I -- I don't remember anything at**
19   **all that it didn't make it a good heart, robust**
20   **or whatever.  Yes.**
21   Q. Do you have any recollections of what
22   happened during the flight?
23   **A. There is usually a table recorded of**
24   **what happens during the flight.**
25   Q. Yep.  And we've got that.

16 (Pages 58 to 61)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Y

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 62

1    My question to you is: Do you have
2 specific memories of anything that happened
3 during the flight?
4    **A. I do have specific memory that the**
5 **flight was smooth, the transport of the heart**
6 **was smooth in the way -- when I say "smooth"**
7 **means that nothing within -- outside the normal**
8 **limits happened.**
9    Q. It was uneventful.
10    **A. Sorry?**
11    Q. Uneventful would maybe be another way
12 of putting it.
13    **A. You can call it like that, yes.**
14    Q. There has been some indication in this
15 case that you and Dr. Altarabsheh were sleeping
16 for most of the flight. Do you remember that?
17    **A. I don't remember that, but it happens.**
18    Q. Wouldn't be unusual for you to be
19 sleeping for most of one of these flights?
20    **A. Say that again.**
21    Q. It would not be unusual for you to be
22 sleeping during most of one of these flights.
23 Is that what you're saying?
24    **A. It would not be unusual to be sleeping**
25    **part of the flight. I shouldn't say the whole**

Page 63

1 **flight. Maybe for awhile, then I wake again,**
2 **speak with the people, having some, you know, a**
3 **drink or whatever.**
4    Q. A drink like -- like a Coke?
5    **A. Yeah. No wine, no.**
6    Q. Probably not a wine.
7    **A. No. There is no wine there. No, no.**
8 **Only cola.**
9    Q. Yeah. All right. Do you remember
10 there being any conversations about the lactates
11 while you were on the flight?
12    **A. Not at all. I remember, as I said, it**
13 **was smooth transport. I don't remember**
14 **anything.**
15    Q. Would it be typical for the OCS
16 specialists to tell either you or Dr.
17 Altarabsheh about the lactates during the
18 flight?
19    **A. If there is anything significant to**
20 **communicate regarding lactates, for sure they**
21 **would be, you know, telling us or warning us.**
22    Q. Would a rising lactate be the sort of
23 thing that would rise to the level of being
24 significant enough to communicate it to you?
25    **A. Depending the rising. Rising means**

Page 64

1 compared to the last sample there may be a
2 rising, but what kind of rising. A step rising
3 and a trend continues in the stepping up, that
4 means something. A raise of a lactate within
5 the expected amount shouldn't be something that
6 I could -- they may communicate or they may not.
7    Q. Understood.
8    What would be the expected amount for
9 the lactate to rise?
10    A. It is the common practice if the
11 lactate goes above five in a -- you know, and
12 the trend is going up from there, it's not --
13 5.01 is something that you have to be -- alert
14 this heart is not going. If the step rise, the
15 trend, continues going up, a problem. On top of
16 that there is another consideration to take into
17 account if the lactate has two samples, arterial
18 and venous. If the heart is consuming lactate
19 and not producing lactate, that's good.
20    Q. Yep.
21    A. If the heart is producing lactate and
22 there is a step rise continues and consistent,
23 that may put the balance against that that heart
24 should be appropriate to be used.
25    Q. Understood.

Page 65

1    Once the airplane landed in Rochester,
2 somebody had to alert the team back at Mayo that
3 the plane was safely on the ground; right?
4    A. Yes.
5    Q. I assume that was not you.
6    A. No.
7    Q. Is there another assessment of the
8 heart that's done at that point in time by you
9 and/or Dr. Altarabsheh?
10    A. We assess the heart visually during the
11 flight, at the end of the flight, in many
12 occasions visually. The samples are taken by
13 the tech. They let us know, as I said before,
14 if there is anything of consideration. Usually
15 anyway they take -- they tell us if we are, you
16 know, awake, as you said. Oh, because we ask,
17 usually, we ask what are the lactates, how are
18 things going, any issues or whatever. There's
19 another important point which is, you know, the
20 aspect of that, what is the other, you know,
21 parameters. So it's all in -- in a conjunction.
22 It's not -- we don't have to focus on the --
23 only on the lactates.
24    Q. Do you remember going to the operating
25 room at Mayo with this heart?

17 (Pages 62 to 65)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 66

1     A. Yes.
2     Q. What do you remember about that?
3     A. Getting into the OR, putting the
4 machine in there. I mean not me, I mean
5 technician being with the team there. And
6 there -- there was nothing that I recall that
7 was raising the attention of anything not going
8 well.
9     Q. Were you still there --
10     Well who removes the heart from the OCS
11 machine?
12     A. The attending surgeon or the fellow
13 with the attending surgeon.
14     Q. Do you remember which of them did that
15 in this case?
16     A. I don't remember. Usually -- usually
17 the attending surgeon is there and the -- maybe
18 the fellow assist or whatever.
19     Q. How could -- how could the attending
20 surgeon or the fellow remove the heart from the
21 OCS machine without breaking sterility?
22     A. Because the box is sterile inside.
23 Where the heart is located in the box, the box
24 is sterile. And the box is closed with a top,
25 all is sterile inside the box.

Page 67

1     Q. Sure. The inside of the box is
2 sterile, but help me understand this. So the
3 machine gets wheeled into the operating room;
4 right?
5     A. Yes.
6     Q. But the -- the machine doesn't go
7 within the sterile field; does it?
8     A. No, no, no, no.
9     Q. Okay.
10     A. We --
11     Q. No. Just -- just answer my question.
12 Sorry.
13     A. Yes.
14     Q. I'm going through this.
15     A. Yeah, yeah, yeah, yeah, yeah.
16     Q. So the machine is outside the sterile
17 field.
18     A. Yeah.
19     Q. Somebody's got to get the heart out of
20 the machine that is outside the sterile field;
21 right?
22     A. Take the machine -- the heart out of
23 the machine. Someone has to take out the
24 heart -- they take the heart out of the machine,
25 yes. That somebody is the attending surgeon,

Page 68

1 sterile, taking the heart, sterile, from the
2 machine, taking in sterile condition to the back
3 table, from the back table to -- or directly to
4 the field.
5     Q. So the surgeon -- the attending surgeon
6 comes out of the sterile field to the machine
7 and then takes the heart out?
8     A. No. He's sterile. He's sterile moving
9 in the OR.
10     Q. Yep.
11     A. You can be sterile moving in the OR.
12     Q. Uh-huh.
13     A. If no one touch you, whatever, you
14 still sterile. And you can get -- the door --
15 the lid is open.
16     Q. Understood.
17     A. Everything's open. Someone opens for
18 him.
19     Q. Yep.
20     A. The unsterile part someone opens for
21 him, and he -- when the lid is open, he can
22 touch -- the lid comes with a little thing
23 around and the heart is exposed.
24     Q. I understand.
25     A. He can go and grab it, he or anyone.

Page 69

1     Q. Yep.
2     A. Anyone --
3     Q. Anyone else who's sterile.
4     A. Sterile.
5     Q. Yep.
6     A. I mean "anyone" means another surgeon.
7 It wouldn't be anyone.
8     Q. Yep.
9     Who removes the heart physically?
10 Because the heart itself is attached to the --
11 it's cannulated to the machine; right?
12     A. Yes.
13     Q. Does --
14     The attending surgeon decannulates it?
15     A. Yes.
16     Q. Are you usually there when that
17 happens?
18     A. Not always, but oftentimes.
19     Q. Do you remember if you were there when
20 this heart was decannulated from the machine?
21     A. I remember that I was there, yes.
22     Q. Do you remember the heart being
23 ecchymotic?
24     A. Not -- I -- I --
25     Usually when the -- the door opens,

18 (Pages 66 to 69)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 70

1   the -- the attending surgeon goes close.  I am
2   at a distance.  So fine details of the heart I
3   cannot say about this heart or other hearts,
4   fine detail.  I have to be -- because I use
5   glasses of my distance, I have to be in --
6   within the -- the distance of the glasses --
7      Q.  Yep.
8      A.  -- to make a proper testimony of any
9   details that you are asking about.
10      Q.  Understood.
11      So the answer to my question was "No, I
12   didn't notice it was ecchymotic."
13      A.  No, I didn't notice because I -- not --
14   not because I was at the distance and I saw it
15   was not ecchymotic, I am not aware because I
16   couldn't have the ability --
17      Q.  Yep.
18      A.  -- to see details.
19      Q.  Understood.
20      I'm showing you page 1879 of the
21   medical record.  This is a note from Dr.
22   Rosenbaum.
23      A.  Yeah.
24      Q.  And I'm going to read this to you and
25   then ask you a question about it.  "An

Page 71

1   intra-myocardial hematoma was appreciated as the
2   heart was supported on OCS."  Do you see what I
3   just read?
4      A.  Yes.
5      Q.  Did you appreciate an intra-myocardial
6   hematoma while the heart was being supported on
7   OCS?
8      A.  No, I don't.  I didn't.
9      Q.  Do you have any explanation for --
10      A.  Yes.
11      Q.  -- that passage in the medical record?
12      A.  I have a --
13      MR. BRANTINGHAM:  Object to foundation.
14      A.  This phrase was written by Dr. --
15      Q.  Rosenbaum.
16      A.  -- Rosenbaum.  Dr. Rosenbaum was not
17   there.
18      Q.  Yep.
19      A.  Dr. Rosenbaum is a cardiologist.  Dr.
20   Rosenbaum may write notes based on what he
21   believes or he heard or what he was told or
22   whatever.  So this question has to go to Dr.
23   Rosenbaum, not to me.
24      Q.  Yep.
25      A.  I haven't seen any --

Page 72

1      For sure I didn't appreciate any
2   hematoma or significant hematoma because I saw
3   the heart through the box.  It is transparent,
4   although it's not perfect, because you have to
5   open the lid, open the little thing that is
6   around, and then have a look in detail to the
7   heart.  But for sure there was not a significant
8   hematoma, so you have to ask Dr. Rosenbaum that
9   question.
10      Q.  Understood.
11      All right.  At some point you obviously
12   left the operating room; right?
13      A.  Yeah.
14      Q.  Do you remember at what point in the
15   procedure you would have left the operating
16   room?
17      A.  Yes.  Not exactly, but very soon after
18   the heart went to the field, so --
19      Q.  Because at that point your job's done.
20      A.  In certain way, yes.  If I want to
21   stay, I can stay.  If I want to scrub in the
22   case, I can.  But not in this case, I -- I opted
23   not to.
24      Q.  Uh-huh.  Pretty late at night and you
25   probably wanted to go home and go to bed, I'm

Page 73

1   guessing.
2      A.  Yes.  Most of the times that's what we
3   do.
4      Q.  Yep.
5      Okay.  At some point you found out that
6   that heart that you had brought from Idaho had
7   not been able to be transplanted; right?
8      A.  Say that again.  Sorry.
9      Q.  At some point in time you found out
10   that that heart that you had brought back from
11   Idaho was not able to be successfully
12   transplanted; right?
13      A.  Well we saw the final result.
14      Q.  You were contacted by Dr. Villavicencio
15   or somebody else in the operating room while the
16   case was still going on; right?
17      A.  You mean after I left?
18      Q.  Yeah.
19      A.  No.  I was --
20      I don't recall to be -- being contacted
21   by Dr. Villavicencio or someone else.
22      Q.  You don't recall anybody contacting you
23   while the case was still going on and asking you
24   questions about the lactate?
25      A.  I don't recall any.

19 (Pages 70 to 73)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 74

1    Q. You're aware that there are a series of
2  text messages that indicate that that is exactly
3  what happened; right?
4        A. I'm not aware of those texts.
5    Q. Okay. You --
6        You've never heard anything about any
7  text messages in this case?
8        A. No, I didn't.
9    Q. Okay. There are text messages in this
10 case that indicate that either you or Dr.
11 Altarabsheh or both of you told Dr.
12 Villavicencio that the lactates were either bad
13 or terrible. Is this the first you're hearing
14 of that?
15       A. This is the first time I'm hearing
16 that, --
17       Q. Okay.
18       A. -- because they were not.
19       Q. So as for how somebody would have
20 gotten the idea that the surgeons, being you and
21 Dr. Altarabsheh, were telling V that the
22 lactates were terrible, you have no idea where
23 they would have come up with that.
24       A. I have no idea and I -- I challenge
25 that. But that word "terrible" is absolutely

Page 75

1  unacceptable. I mean terrible is something that
2  is terrible, and that -- no.
3        Q. Well that's probably somebody's
4  interpretation. But the point is, you don't
5  remember getting any contact whatsoever while
6  this case was still going on.
7        A. No.
8        Q. When is the next time you can recall
9  having any contact about Noah Leopold's case?
10       A. Contact whom with?
11       Q. From anybody. From the time you --
12       You left the operating room on the
13 early morning hours of the 30th after you had
14 delivered this heart. You don't remember for
15 sure what you did, but you probably went home
16 and went to bed because it was the middle of the
17 night.
18       A. Yeah. Yeah, yeah.
19       Q. When's --
20       When did you find out that --
21       A. Well --
22       Q. -- things hadn't gone as expected?
23       A. Usually, I don't recall exactly on this
24 case, but usually we make comments with my
25 colleague Salah about how the cases from the day

Page 76

1  before are going on.
2        Q. I --
3        A. And also we follow the cases on the
4  Epic.
5        Q. When is the first time you can say
6  definitively that you found out that this case
7  didn't go as planned?
8        A. The day after.
9        Q. The day after being later that same
10 day, or the day after being in that --
11       It was the early morning hours of the
12 30th. Was it later on the 30th or not until the
13 31st?
14       A. No, no. Later when I --
15       Usually I -- I go to Mayo the day
16 after. I mean day after. If it is late at
17 night, I go to bed, but then I go to Mayo.
18       Q. Later that same day.
19       A. Later that same day.
20       Q. And at --
21       And you found out later that same day
22 that things hadn't gone as planned with this
23 case.
24       A. Yes.
25       Q. How did you find that out?

Page 77

1        A. I lamented that, of course.
2        Q. Well no, no, no.
3        Who told you?
4        A. No. I go to the Epic. Epic is the
5  record.
6        Q. The electronic medical record.
7        So nobody contacted you. You found out
8  that --
9        The next thing that you can remember
10 finding out about this heart was when you went
11 on Epic and did what?
12       A. I usually check the patients, and I
13 checked this one as well.
14       Q. What would you have looked at?
15       A. I look at the op -- op notes. I look
16 at the -- the reports from the cardiologist, the
17 transplant team, or the intensive care people.
18       Q. Is it your testimony that you actually
19 remember looking at the operative note from this
20 case later on in the day on the 30th?
21       A. I think so, yes.
22       Q. And what did you learn?
23       A. Sorry. What did I --
24       Q. What did you learn when you looked at
25 the operative report?

20 (Pages 74 to 77)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 78

1   A. On this case?
2   Q. Yeah.
3   A. What I learned?  What I learned on this
4   case?
5   Q. Yes.
6   A. I learned that this disgraceful event
7   is the first that I heard happen in the world
8   and is the probably, no -- probably, no --
9   should say in my understanding, no one knows
10  about this event happening anywhere, anyplace.
11  And the reason why I say that is because in
12  Prague there was a, you know, you -- there was a
13  transplant meeting, it's a well-known transplant
14  meeting that takes once a year, and there
15  were -- it came the opportunity that I raised my
16  voice.  Went to the -- with a microphone in the
17  middle of a big audience, big audience with the
18  most remarkable surgeons in the world,
19  cardiologists and so on in the transplant
20  community, and I made a comment about this case.
21  Of course, I -- it was shortened, the
22  explanations, but highlighting that the -- the
23  procurement, transport, OCS run and so on, and
24  the timings on the OCS and so on and so on have
25  been uneventful, and what happened next.  And I

Page 79

1   asked specifically, to that big audience, did
2   anyone at all heard about something like this
3   happening and if anyone can give any inputs
4   about what would be the reason for this to
5   happen.  And their reply to that was silence.
6   There was no one commenting anything.  And after
7   seconds of silence, the chair said, "Okay.
8   Based on that, there is no comments on that.
9   Let's go for another topic."
10  Q. Would I be correct in assuming then
11  that you don't have an explanation for what
12  happened --
13  A. No.
14  Q. -- in this operating room?
15  A. No.
16  Q. Do you even have speculation about what
17  may have happened?
18  A. I don't.
19  Q. We know that the heart got to the
20  operating room at about 3:00 o'clock in the
21  morning, and you said that you would have
22  probably went home and went to bed.
23      When do you think you would have come
24  back to the hospital?
25  A. I can't remember that day what time,

Page 80

1   but usually maybe before midday.
2   Q. Uh-huh.
3       And -- and again, you're pretty sure
4   that you read the operative report that day.
5   A. Not very sure about the op report.  But
6   there -- there may be something I read about
7   that or --
8       Sometimes the op -- the operating notes
9   are not written immediately.
10  Q. Yeah.
11  A. I don't remember if I -- it was
12  immediately when I arrived that I went to the op
13  note, but there -- there is another part of the
14  op note that is written quickly, which is the
15  brief -- brief op note.
16  Q. Uh-huh.
17  A. That usually is always written.
18  Q. Okay.  And you think that that would
19  have been available by midday on the --
20  A. No.  I'm not saying midday, because I
21  don't know if I -- meaning when I arrive I
22  immediately went to Epic.  Maybe I was still --
23  6:00 o'clock p.m. or 8:00 o'clock or whatever
24  before I left home -- to home I went to Epic.  I
25  don't recall that.

Page 81

1   Q. Uh-huh.
2       Can you recall ever talking to Dr.
3   Villavicencio about this case?
4   A. No.
5   Q. Do you think you did and you just can't
6   remember details, or you don't think you've ever
7   talked to him about it?
8   A. I don't remember talking about this
9   case specifically.  We -- I --
10      I remember hearing talks about chats
11  about what happened, what -- what are the next
12  steps, not specifically what happened in this
13  event.  I mean what happened afterwards with
14  the, you know, tot -- the support that the
15  patient had in after the -- the heart was taken
16  out, you know, that kind of support that the
17  patient had.  That's all complicated.
18  Q. Can you recall talking with either Dr.
19  Spencer or Dr. Daly or any other --
20  A. No.
21  Q. -- surgeons about this case?
22  A. No.  No.  I don't recall.
23  Q. So help me understand that.  The --
24      What happened here was very unusual and
25  surprising; right?

21 (Pages 78 to 81)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

---

Page 82

1  A. Yes.
2  Q. Don't the surgeons in the Cardiac
3  Surgery Department at the Mayo Clinic want to
4  take steps to improve patient outcomes?
5  A. They -- they do.
6  Q. But you're telling me that after this
7  incredible, catastrophic, unforeseen --
8  never-before-seen event happened, you can't
9  recall ever talking to a single one of the
10  surgeons at the Mayo Clinic about it?
11  MR. BRANTINGHAM: I'm just going to
12  interpose an objection insofar as the question
13  seems to ask about peer review, which is of
14  course protected.
15  MR. THOMPSON: Well he said that he
16  never talked to anybody.
17  MR. BRANTINGHAM: I understand. But
18  the kind of windup to the --
19  If you're just asking him about his
20  conversations, fine. The wind -- insofar as the
21  windup talked about improving patient safety and
22  so forth, that's talking about peer review. So
23  it's a different topic, I think.
24  In any event, --
25  MR. THOMPSON: Sure.

---

Page 83

1  MR. BRANTINGHAM: -- go ahead and ask
2  about his conversations.
3  Q. Yeah. So --
4  A. Usually the -- cases are discussed
5  in the morbidity and mortality cases.
6  Q. We're not going to talk about that
7  though.
8  A. But --
9  Q. Because he -- he doesn't want you to
10  talk about that.
11  MR. BRANTINGHAM: Yeah. And you -- you
12  can't talk about --
13  You can -- I mean whether that happened
14  or not, but you -- don't talk about any of the
15  content of the morbidity and mortality.
16  Q. Let me -- let me re -- kind of redirect
17  us with a different question.
18  If Dr. Villavicencio or Dr. Daly or Dr.
19  Spencer or literally anyone else at the Mayo
20  Clinic did anything to try to figure out what
21  happened here, they didn't come and talk to you
22  about it; is that right?
23  A. They didn't come to talk to me?
24  Q. Yeah. Literally nobody from Mayo came
25  to talk with you about this case as part of

---

Page 84

1  trying to figure out what happened. Am I
2  understanding you correctly?
3  A. I don't recall anyone to come to -- to
4  talk to me specifically. I don't recall. That
5  doesn't mean it didn't happen. Maybe it
6  happened.
7  Q. Well given the fact that you remember
8  the way this heart looked a year after the fact,
9  don't you think that having a conversation about
10  this unbelievably rare event would be something
11  that would stick out in your excellent memory?
12  MR. BRANTINGHAM: Object to the form of
13  the question. You can answer.
14  A. I had, you know, chats with different
15  physicians, but I can't recall whom with. So
16  it's possible that I may have had any
17  conversation with any of -- any one of the team.
18  What I mean when -- when I was to answer your
19  specific question, I was directed to a specific
20  meeting regarding this matter and analyze this
21  matter. I don't recall that happening. But
22  brief communications, questions, thoughts,
23  inputs, it may have happened and I don't recall.
24  Q. Understood.
25  You are involved in research right now

---

Page 85

1  involving design of a heart box like OCS from
2  TransMedics? I read that in your CV. Tell me
3  what that means.
4  A. Yes. We were trying to explore a field
5  which is beating-heart transplantation. That
6  has already been achieved by Stanford. Because
7  that was achieved and, you know, demonstrated
8  already in the last congress in AATS, we
9  decreased our, you know, enthusiasm on that.
10  Q. Understood.
11  A. I was, you know, en -- you know,
12  encouraged to do that, but someone anticipated,
13  unfortunately.
14  Q. They beat you to the punch.
15  A. Yeah.
16  Q. One of the --
17  A. And I was very sad about that. Yeah.
18  Q. One of the things listed in your
19  ongoing research is epicardial ultrasound
20  evaluation of heart donors during procurement in
21  DBD donors.
22  A. Yes.
23  Q. Is that ongoing research?
24  A. It has been ongoing. We stopped and we
25  are going to restart again.

---

22 (Pages 82 to 85)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 86

1      Q. Did you perform an epicardial
2  ultrasound evaluation on the donor in Idaho that
3  you went to procure?
4      **A. No, we didn't.**
5      Q. Why not?
6      **A. Because the -- at that time the**
7  **research was on hold.**
8      Q. What is the -- what is the hoped-for
9  benefit of doing epicardial ultrasound
10  evaluation of those donors?
11     **A. The hope should be to assess a heart**
12  **that you can find a different picture that you**
13  **were expected to find beforehand and see if**
14  **there is anything that you can change or do at**
15  **the time of the procurement.**
16     Q. Anything --
17        Try to pick up on things that maybe
18  were not seen on the ultrasound -- or the echo
19  that was done by the donation facility?
20     **A. Not -- not precisely.**
21     Q. Okay.
22     **A. Meaning that the heart function,**
23  **hemodynamics -- not the heart itself, the**
24  **hemodynamics that impact on the heart may change**
25  **and what is the consequence of that.**

Page 87

1      Q. When did that --
2      **A. But if you see nothing, I don't**
3  **personally see any advantage of doing that.**
4      Q. When did that research start?
5      **A. When it started?**
6      Q. Yeah.
7      **A. About October '22.**
8      Q. And then --
9      **A. About that.**
10     Q. And then it was suspended?
11     **A. Temporarily. Because it was -- it was**
12  **promoted by a colleague of mine. I was after**
13  **him, join him, but it was not my initial**
14  **research.**
15     Q. When was it suspended?
16     **A. It was about probably March.**
17     Q. Of '23?
18     **A. '23.**
19     Q. Why was it suspended?
20     **A. Because the colleague left and the**
21  **enthusiasm decreased because of that.**
22     Q. When did it restart?
23     **A. Probably we are starting soon.**
24     Q. Oh, you're going to restart it.
25     **A. Yes.**

Page 88

1      Q. Are you going to head that up?
2      **A. Yes, myself.**
3      Q. All right.
4      **A. And -- and my colleagues as well.**
5      Q. Sure. And obviously you think there --
6        You must think there could be some
7  benefit to that or else you wouldn't be
8  restarting the research.
9      **A. There may be some benefit in the cases**
10  **that you are in a situation where the heart**
11  **is -- looks not ideal at the time of procurement**
12  **and you may have -- you know, you may find**
13  **things that you can correct at that precise time**
14  **and convert that heart in a heart that you**
15  **expect that would be okay.**
16     Q. Do you remember having any
17  conversations with Michael Pick about this case
18  other -- after you got off the airplane?
19     **A. No.**
20     Q. Can you remember ever having any
21  conversations about this case with Alex
22  Reynolds?
23     **A. With?**
24     Q. Alex Reynolds.
25     **A. Maybe that I requested the details of**

Page 89

1  this run.
2      Q. The --
3      **A. The details of the run, meaning times**
4  **of instrumentation, cross-clamp times, ischemic**
5  **times and so on.**
6      Q. The flows, the pressures, the lactates,
7  things like that.
8      **A. Anything of significance.**
9      Q. All right.
10     **A. Probably I met him, yes. Probably.**
11  **Because he's the person who collects all the**
12  **information.**
13     Q. There was initially a concern that the
14  bleeding episode that happened with this heart
15  in the operating room was caused by
16  microperforations that resulted when the heart
17  was put on the OCS machine. Do you know that?
18        MR. BRANTINGHAM: Foundation.
19     **A. I'm not aware of anyone who would --**
20  **with commonsense to say that with any proof or**
21  **any -- any kind of a, you know --**
22        Who said that?
23     Q. Dr. Villavicencio in his operative
24  report.
25     **A. What did he say?**

23 (Pages 86 to 89)

Thompson Decl. Ex. Y

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 90

1    Q. He says at one point, "We thought the
2  only way to control the bleeding" -- this is on
3  2132 -- "thought the only way to control the
4  bleeding was to give protamine and blood
5  products since we thought the bleeding came from
6  microscopic tears from the aortic root perfusion
7  in the OCS." First of all, is that the first
8  that you're hearing of that? I thought you read
9  the operative report, but maybe you missed that
10  part of it.
11    A. Well I don't recall that part exactly,
12  but what I say, that is a personal, subjective
13  opinion that may potentially be consistent with
14  a possibility. But microscopically, I can give
15  testimony that there were no issues at the time
16  we instrumented and we put the heart in the OCS,
17  any kind of perforations or whatever.
18    Q. Can you explain physiologically to me
19  how microscopic tears from the aortic root
20  perfusion on the OCS would lead to the sort of
21  widespread intramyocardial bleeding that he's
22  talking about?
23    A. No, I cannot.
24    MR. BRANTINGHAM: I was going to object
25  to foundation, but that's fine.

Page 91

1    Q. Okay. Oh, last question.
2    Do you have stock in TransMedics?
3    A. No, I don't.
4    Q. Okay.
5    A. Hopefully I should have it, but I
6  don't.
7    Q. Maybe you should, maybe you shouldn't.
8  I don't know.
9    A. Yeah.
10    MR. THOMPSON: All right. I don't have
11  any other questions. Thank you, doctor.
12    EXAMINATION
13  BY MR. BRANTINGHAM:
14    Q. Doctor, I just have one question.
15    You were asked some questions about
16  heart measurements by the Mayo pathologist and
17  there was something you wanted to explain about
18  the pathologist's measurements. Could you just
19  explain what you wanted to explain?
20    A. Yes. Going back to that part of the
21  interrogation in which you stated that the
22  pathologist mentioned that the width of the wall
23  of the heart was more -- 18 or more -- or more,
24  and I said that the normality was the other
25  size, so it was 60 percent more or whatever. I

Page 92

1  have to highlight that it is a crucial
2  difference between the heart that was on the OCS
3  at the time of procurement, during
4  transportation, and even after -- at the time of
5  taking the heart out of the box, regarding
6  whatever sizes may have been measured at that
7  time and the sizes of what had been measured
8  after the event. And the reason is in some way
9  quite simple. We all know what happened. We
10  all know that there were big hematomas and
11  bleeding or whatever. Why it happened, we don't
12  know, but that occurrence change absolutely
13  everything. And the heart was studied by the
14  pathologist obviously after all this happened,
15  so there is no way -- no way, by my
16  understanding, to assume that those measurements
17  were present at the time that the heart was on
18  the OCS, or even taken out from the OCS and
19  going to the field.
20    MR. BRANTINGHAM: That's my only
21  question. Thank you.
22    EXAMINATION
23  BY MR. THOMPSON:
24    Q. So with respect to that, I think what
25  you're saying is we just don't know one way or

Page 93

1  another, it's kind of a different heart after
2  this whole event happens. Is that what you're
3  saying?
4    A. Say that again. Sorry.
5    Q. I think what you're saying is the heart
6  that you put on the machine and the heart that
7  was dissected on pathology after it went through
8  an OCS run and it had an attempted transplant,
9  and it bled, and it got protamine, and it got
10  blood products and all that kind of stuff, it
11  was a very -- two very different hearts --
12    A. Yes.
13    Q. -- in a sense.
14    A. Yes.
15    Q. How would the bleeding cause the
16  ventricle wall to increase in thickness by
17  66 percent?
18    A. I don't have that answer. If I should
19  have that, the real -- the molecular -- the real
20  cause of that, I should, you know, aim to tell
21  to the scientific society. But I -- I don't
22  know. And no -- unfortunately I don't think
23  anyone can know exactly for sure because --
24  that's my feeling. And I raise the question in
25  the congress and no one could say anything.

24 (Pages 90 to 93)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 94

1    Q. And I want to make sure we're on the
2  same page about that. It very well could be
3  that the ventricle wall was 1.8 centimeters when
4  you put the heart on OCS. What -- all you're
5  saying is you can't use this pathology to say
6  that definitively because we don't know what
7  happened to the thickness of the ventricle wall
8  after the heart went through everything it went
9  through. Is that fair?
10    **A. No. It will not --**
11    **It's not correct to say it wouldn't be**
12  **that when we put the heart it was 18, or we --**
13  **we took out it was 18, it wouldn't be. The**
14  **heart was not on those sizes, otherwise we**
15  **should be aware of the, you know, the different**
16  **size hematomas, ed -- gross edema, whatever**
17  **happened afterwards. It was after the**
18  **implantation and after whatever happened in the**
19  **op note that I -- I just -- I am in the same**
20  **situation that probably all these people who**
21  **are -- are reading the op notes. So I read the**
22  **op notes and I haven't been there, I cannot say.**
23    Q. Is it typical for hearts that are
24  transported on OCS to be more edematous at the
25  end of the run?

Page 95

1    **A. I shouldn't call it typical. What I**
2  **could say is the longest the run is, the -- the**
3  **more is the chance to get some sort of**
4  **myocardial edema. Indeterminate. It may not**
5  **be, may not -- it may be significant. There are**
6  **many aspects. But the shorter it is, or**
7  **within -- I should say more than six hours if I**
8  **expect some edema? Yes, I should expect some**
9  **edema. That edema may impact in the function of**
10  **the heart, I don't know.**
11    MR. THOMPSON: Okay. I don't have any
12  other questions. Thank you.
13    MR. BRANTINGHAM: No more questions
14  from me. We will read and sign.
15    THE REPORTER: Okay. Thank you. Off
16  the record.
17    (Deposition concluded at 11:00 a.m.)
18
19
20
21
22
23
24
25

Page 96

1    C E R T I F I C A T E
2    I, Nicole A. Huber, hereby certify that
3  I am qualified as a verbatim shorthand reporter;
4  that I took in stenographic shorthand the
5  testimony of GUSTAVO KNOP at the time and place
6  aforesaid; and that the foregoing transcript
7  consisting of 95 pages is a true and correct,
8  full and complete transcription of said
9  shorthand notes, to the best of my ability.
10    Dated at Baxter, Minnesota, this 21st
11  of August, 2024.
12
13
14
15
16    NICOLE A. HUBER
17    Notary Public
18
19
20
21
22
23
24
25

Page 97

1    S I G N A T U R E   P A G E
2    I, GUSTAVO KNOP, the deponent, hereby
3  certify that I have read the foregoing
4  transcript, consisting of 95 pages, and that
5  said transcript is a true and correct, full and
6  complete transcription of my deposition, except
7  per the attached corrections, if any.
8  PAGE  LINE    CHANGE/REASON FOR CHANGE
9  _____ _____ _____
10 _____ _____ _____
11 _____ _____ _____
12 _____ _____ _____
13 _____ _____ _____
14 _____ _____ _____
15 _____ _____ _____
16 _____ _____ _____
17 _____ _____ _____
18 _____ _____
19    Date        Signature of Witness
20
21    WITNESS MY HAND AND SEAL this _____
22  day of _____, 2024.
23
24  (NAH)      _____
25

25 (Pages 94 to 97)

Thompson Decl. Ex. Y

**A**

**a.m** 1:20 4:4
58:20,21 95:17
**AATS** 85:8
**abdominal**
17:16
**ability** 15:2
70:16 96:9
**able** 73:7,11
**abnormal** 43:25
**abnormalities**
17:2 45:17
**abnormally** 35:2
**absolutely** 17:1
29:6 55:21
74:25 92:12
**abusive** 49:4
**accept** 14:22
30:3 41:7
**Accepting** 40:20
**account** 64:17
**accurate** 12:12
**achieved** 85:6,7
**Achilles** 8:7
**activity** 6:11,14
60:4,11
**actual** 54:10
**Address** 31:6
**adequate** 18:2
35:7 38:5 40:4
40:6 43:19
**admissible** 41:23
**advance** 30:4,5
30:10 32:9
34:24 45:1
**advantage** 87:3
**aforesaid** 96:6
**ago** 18:6,9,19,22
20:3 21:7
38:12
**agree** 31:3 42:6
47:20 48:7
**Ah** 56:4
**ahead** 10:22,23
33:12 34:21
49:10 55:17

83:1
**aim** 93:20
**airplane** 15:3,4
65:1 88:18
**alert** 64:13 65:2
**alerting** 45:22
**Alex** 88:21,24
**allow** 48:13
50:24
**Altarabsheh**
15:6 16:13
19:10 56:15
62:15 63:17
65:9 74:11,21
**amount** 28:15
28:20 29:2
64:5,8
**analyze** 28:8
84:20
**anatomical** 46:1
**anatomically**
40:7
**and/or** 65:9
**Andrew** 2:7 4:16
48:15,18
**Anna** 2:12 4:11
**answer** 14:13,14
20:5 27:17
33:5,7,13,14
34:22 37:17
39:1 40:2
41:24 42:7,9
42:24 43:8
44:24 45:10
54:23 55:9,19
57:3,5 59:3,6,9
67:11 70:11
84:13,18 93:18
**answered** 42:8
42:10 50:20
51:1,5,9,13
**answering** 45:13
47:14,16 48:25
51:3 54:12
59:13
**answers** 45:14
48:23

**anticipated**
85:12
**anybody** 44:6
73:22 75:11
82:16
**anyplace** 78:10
**anyway** 65:15
**aorta** 24:4,19
**aortic** 90:6,19
**apart** 56:18
**appearance**
22:23
**APPEARAN...**
2:1
**appendage** 23:8
**apply** 8:21
**appreciate** 9:20
28:24 59:16
71:5 72:1
**appreciated**
71:1
**appropriate**
39:18 40:15
64:24
**approximately**
1:19
**arrive** 80:21
**arrived** 80:12
**arterial** 64:17
**arteries** 52:5
**artery** 17:10
24:5,5,17
**asked** 11:1 26:23
27:9,14 29:1
34:12 39:1,7
43:4 51:10,10
54:11 79:1
91:15
**asking** 9:21,22
13:4 26:3,20
34:8,15 35:25
36:2,2 45:8,16
45:17 48:17,24
49:2 70:9
73:23 82:19
**aspect** 28:8,11
65:20

**aspects** 17:4,11
60:19 95:6
**assess** 17:3,18
17:20 40:14
45:2 65:10
86:11
**assessing** 16:20
**assessment** 15:7
16:7 17:5,10
33:1 65:7
**assist** 66:18
**assistant** 15:12
15:13,20
**associated** 9:22
**assume** 16:14
54:5,18 60:15
65:5 92:16
**assuming** 15:24
79:10
**atria** 22:3,4 23:6
25:21
**atrium** 22:4,24
28:12 52:3,4
**atriums** 28:12
**attached** 69:10
97:7
**attempted** 93:8
**attending** 29:24
30:1 37:15,19
37:24 38:2
43:21 45:1
66:12,13,17,19
67:25 68:5
69:14 70:1
**attention** 19:7
20:6 35:1,3
44:1 66:7
**attorneys** 4:7
**audience** 78:17
78:17 79:1
**August** 1:13,20
4:3 96:11
**available** 7:19
7:21 36:9
80:19
**awake** 65:16
**aware** 10:1,7

11:13 14:3,18
14:21 36:10
43:22 70:15
74:1,4 89:19
94:15
**awhile** 63:1

**B**

**back** 15:6 16:1
16:13 18:21
25:10 28:19
44:22 45:21
48:11 53:13
56:15 59:18
65:2 68:2,3
73:10 79:24
91:20
**bad** 74:12
**balance** 64:23
**base** 15:21 16:6
17:7 24:19
**based** 13:7
15:24 17:9,9
34:10 35:9
38:5 41:8
51:21 71:20
79:8
**basic** 55:21
**basically** 17:7
**Bates** 25:7,12
**Baxter** 96:10
**beat** 85:14
**beating-heart**
85:5
**bed** 72:25 75:16
76:17 79:22
**beginning** 46:21
60:1
**behalf** 2:2,6 4:17
**believes** 71:21
**benefit** 86:9
88:7,9
**best** 11:25 12:9
41:9 96:9
**Bibeane** 2:3
4:14
**big** 29:16 31:21

31:23 32:10,15
32:22 33:21
34:5,5,16 35:2
43:24 60:16
78:17,17 79:1
92:10
**bigger** 29:21
30:2 45:18,24
**bit** 21:13 24:20
24:21,22,24,25
25:23 59:25
61:6,9
**bled** 56:21 93:9
**bleeding** 89:14
90:2,4,5,21
92:11 93:15
**blood** 17:16 90:4
93:10
**blue** 22:5,7,7,8
22:12,12,25
23:1,14,15
25:20,21,21,22
26:4 27:23,25
**body** 50:24,24
56:22
**bothered** 44:6
**bovine** 46:4
**box** 66:22,23,23
66:24,25 67:1
72:3 85:1 92:5
**Brandon** 2:3
4:10 57:10
**Brantingham**
2:7 3:4 4:16,16
10:6,17,20
14:12 20:4
25:7,24 26:5,9
26:13,15,18,23
27:4,9,14
29:23 32:13
33:8,12 34:18
34:21 37:21
38:17,22,25
39:6,10,13,22
39:24 41:20
42:14 44:10,23
45:9 46:20,25

47:3,6,9,12,15
47:23 48:3,7
48:12,16,19,21
49:6,10 51:15
53:20 54:9,20
55:2,10,13,19
56:6,11,25
57:4,7,9,19,24
58:2,5,8,13
71:13 82:11,17
83:1,11 84:12
89:18 90:24
91:13 92:20
95:13
**break** 58:14
**breaking** 66:21
**brief** 80:15,15
84:22
**bright** 21:13
**brought** 6:9
38:15 56:15
73:6,10
**bullet** 41:15

---

**C**

**C** 2:12 4:1 96:1
96:1
**calculate** 38:4
**calculating** 38:1
**calculation** 37:5
37:11,18
**calculator** 36:8
36:17,19 44:6
53:16,24
**call** 8:13 17:1
62:13 95:1
**called** 4:20 15:6
**calling** 45:21
**candidate** 41:9
41:11,12 42:5
**cannulated**
69:11
**caption** 4:5
**cardiac** 21:23
54:3,16,18
55:7 82:2
**cardiologist**

71:19 77:16
**cardiologists**
78:19
**care** 50:15,16
60:21 77:17
**career** 12:3,15
**careful** 41:8
42:3 43:6
**case** 4:4,4 5:8,9
15:5 16:25
17:22,23 31:20
38:9 58:14
62:15 66:15
72:22,22 73:16
73:23 74:7,10
75:6,9,24 76:6
76:23 77:20
78:1,4,20 81:3
81:9,21 83:25
88:17,21
**cases** 8:1,2 14:2
14:3 20:7
75:25 76:3
83:4,5 88:9
**catastrophic**
82:7
**catastrophically**
56:3
**cause** 93:15,20
**caused** 89:15
**cavity** 38:7
**centimeter** 34:3
52:19
**centimeters**
32:16 35:12,15
36:18 52:22,23
53:3,15 54:1
94:3
**certain** 72:20
**certify** 96:2 97:3
**chair** 79:7
**challenge** 74:24
**chamber** 21:5
**chambers** 52:2,2
**chance** 95:3
**change** 86:14,24
92:12 97:8

**CHANGE/RE...**
97:8
**characteristic**
41:17
**characteristics**
41:11 42:2
**charge** 15:9
**chats** 81:10
84:14
**check** 35:19
77:12
**checked** 77:13
**chest** 38:6,16
**Ciresi** 2:4,12,12
**Civil** 1:5
**claim** 24:13
39:16,17
**claiming** 22:17
25:18,20 34:9
34:10
**clarification**
11:7 42:12
**clarify** 42:15
**clear** 40:13
**clearly** 20:23
23:25 28:10
**Clinic** 1:7,17 4:5
37:10 40:19
54:4,17 82:3
82:10 83:20
**clinical** 7:14
**close** 24:18 70:1
**closed** 66:24
**closer** 36:3,4,5,6
**Coke** 63:4
**cola** 63:8
**cold** 8:4,8
**colleague** 15:19
17:25 75:25
87:12,20
**colleagues** 88:4
**collects** 89:11
**colloquy** 48:11
**color** 20:24,25
21:3,17,17,25
22:3,25 23:1
23:11,21

**colors** 21:4
22:11 28:9,9
**combined** 9:4
**come** 74:23
79:23 83:21,23
84:3
**comes** 31:8 68:6
68:22
**coming** 12:10
24:3
**commencing**
1:19
**comment** 78:20
**commenting**
79:6
**comments** 75:24
79:8
**common** 9:4
64:10
**commonsense**
89:20
**communicate**
15:2,21 16:6
31:19 63:20,24
64:6
**communicated**
16:13
**communication**
15:18 16:1
**communicatio...**
84:22
**community**
78:20
**compared** 8:3
64:1
**complete** 96:8
97:6
**complicated**
81:17
**concentrated**
51:24,25
**concepts** 5:7
**concern** 89:13
**concluded** 95:17
**condition** 68:2
**conduct** 47:22
48:9 49:8

congress 85:8
93:25
conjunction
65:21
Conlin 2:4,12,12
consequence
52:7 86:25
consider 43:12
43:14,18
consideration
41:8 42:4 43:7
64:16 65:14
considered
41:10
considering
41:18
consistent 27:20
64:22 90:13
consisting 96:7
97:4
consuming
64:18
contact 75:5,9
75:10
contacted 73:14
73:20 77:7
contacting 73:22
content 59:15
83:15
continues 64:3
64:15,22
contractility
17:7
control 90:2,3
conversation
48:6 84:9,17
conversations
63:10 82:20
83:2 88:17,21
convert 88:14
coronaries 23:18
coronary 17:10
correct 15:24
16:17 79:10
88:13 94:11
96:7 97:5
corrections 97:7

correctly 7:8
11:6 84:2
corresponding
34:25
counsel's 55:4
course 8:16 9:5
20:19 31:3
77:1 78:21
82:14
court 1:1 4:9
41:3
covering 25:3
cross-clamp
89:4
crucial 16:7
52:11 58:1,4,7
92:1
CT 30:14,15
50:9
CV 6:3 85:2

————— D —————

D 4:1
Daly 81:19
83:18
damage 9:8 10:5
10:11,14 11:3
11:8,17
Danielle 19:11
Date 97:19
Dated 96:10
day 49:3 75:25
76:8,9,10,10
76:15,16,18,19
76:21 77:20
79:25 80:4
97:22
days 47:21
DBD 8:2 85:21
DCD 6:15 7:2,6
7:7,12,13,16
7:19
de 33:22
deals 15:23
29:25
death 56:22
decannulated

69:20
decannulates
69:14
Deceased 40:21
decide 37:5
47:16
decision 17:5
37:12 43:16,20
44:25
decision-maki...
29:25
decline 41:8
Declining 40:21
decreased 85:9
87:21
defendant 1:8
2:6 4:17
Definitely 25:4
28:18
definitively 76:6
94:6
delivered 75:14
demonstrate 8:5
demonstrated
85:7
Department
1:18 82:3
depend 34:14
depending 21:4
59:15 63:25
deponent 97:2
deposition 1:11
1:15,17 4:6 5:2
5:23 47:22,25
48:1,9 49:5,9
60:2 95:17
97:6
depositions
47:20
describe 21:6,9
21:24 22:23
24:15
described 27:21
describing 22:14
22:18 25:15
description
21:21 22:11

design 85:1
Despite 7:3
detail 14:21 70:4
72:6
details 11:13
33:23 34:7
35:19 49:19
70:2,9,18 81:6
88:25 89:3
developing 7:2
development
6:14
device 9:18,19
9:23,24
difference 56:4
92:2
different 17:4
21:4 31:1,12
42:11 82:23
83:17 84:14
86:12 93:1,11
94:15
dimensions
31:12
direct 5:22
directed 84:19
directly 68:3
disagree 36:21
discarded 13:24
14:10,20
discussed 83:4
disgraceful 78:6
disproportion...
45:24
disproportion...
45:6
dissected 93:7
dissection 17:15
distance 12:21
70:2,5,6,14
DISTRICT 1:1
1:1
doctor 4:25
10:20 25:10
35:10 39:24
45:8 46:5 51:1
51:5,7,9,15

54:9 55:13,17
55:20 56:7
57:24 58:3,25
91:11,14
documented
38:20 39:20
doing 15:7 17:4
17:21 38:3
86:9 87:3
dome 23:2
donation 86:19
donor 7:19 15:8
17:3,13 28:3
29:14 30:3,8
30:23 31:1,24
32:2,3,4,5,10
33:16,18,21
34:5,15,16,24
35:2,6,9,11
38:14 40:21
41:11 42:5
43:17 45:19
49:14 50:3
86:2
donor's 31:24
33:19,20 36:17
donors 85:20,21
86:10
door 68:14
69:25
DORSEY 2:8
Dr 15:6 16:12
19:9,18 38:8
38:19 39:19
56:14 62:15
63:16 65:9
70:21 71:14,16
71:19,19,22
72:8 73:14,21
74:10,11,21
81:2,18,19
83:18,18,18
89:23
drink 63:3,4
duly 4:20

————— E —————

**E** 4:1,1 96:1,1
97:1,1
**early** 14:16
75:13 76:11
**ecchymotic**
69:23 70:12,15
**echo** 86:18
**echocardiogram**
30:7,14 32:24
50:9
**ed** 94:16
**edema** 94:16
95:4,8,9,9
**edematous**
94:24
**effects** 9:18
**eight** 12:16
53:18
**eighty-three**
35:15
**either** 63:16
74:10,12 81:18
**electronic** 77:6
**en** 85:11
**encouraged**
85:12
**enlarged** 31:4,4
32:5 43:25
**enthusiasm** 85:9
87:21
**entitled** 48:1
**Epic** 76:4 77:4,4
77:11 80:22,24
**epicardial** 85:19
86:1,9
**epicardium**
23:19
**episode** 89:14
**especially** 6:14
7:24,25 51:20
**established**
26:10,25
**estimate** 11:25
12:9 35:22
**et** 41:22
**evaluate** 30:25
31:2

**evaluating** 31:15
**evaluation** 85:20
86:2,10
**event** 78:6,10
81:13 82:8,24
84:10 92:8
93:2
**Everything's**
68:17
**exactly** 7:23
13:4 28:9
33:22 34:1,2,6
34:8 35:5,24
36:3 53:12
72:17 74:2
75:23 90:11
93:23
**EXAMINATI...**
3:1 4:23 91:12
92:22
**examined** 3:2
4:21
**example** 10:8
28:12
**excellent** 84:11
**exception** 8:19
9:19
**expand** 7:18
11:12 14:8
**expanded** 8:5,6
**expect** 34:2
35:10 49:14
50:3 51:11
52:10 88:15
95:8,8
**expectation**
33:10 44:17
**expectations**
58:15
**expected** 34:11
50:13 53:17,25
64:5,8 75:22
86:13
**expecting** 32:10
32:22 33:4,6
34:13 44:7
50:7 52:14,22

53:1
**experience** 6:22
8:15 11:14,15
37:19
**experimenting**
17:15
**expert** 6:13
**expertise** 6:18
6:20
**explain** 42:19,20
55:16 90:18
91:17,19,19
**explained** 9:9
10:15 55:15
**explanation**
10:16 27:10
71:9 79:11
**explanations**
78:22
**explantation**
27:11
**explanted** 56:22
**explore** 85:4
**exposed** 68:23
**extremely** 51:18
**eyes** 33:15

**F**

**F** 96:1
**facility** 86:19
**fact** 10:2 84:7,8
**factors** 11:5 41:9
**facts** 5:8
**failing** 46:3
**fair** 5:20 7:22
94:9
**familiar** 9:6
**far** 12:18,21
**farthest** 12:19
13:11
**fat** 24:6,7,15,16
24:20,22,24
25:1,23 28:15
28:20,25 29:1
29:2
**feel** 59:2
**feeling** 93:24

**fell** 56:18
**fellow** 66:12,18
66:20
**fellowship** 6:25
**female** 19:24
32:4
**females** 19:4
**field** 67:7,17,20
68:4,6 72:18
85:4 92:19
**Fifteen** 18:16
**fight** 59:17
**figure** 5:6 83:20
84:1
**File** 1:5
**filling** 17:8
31:10
**final** 73:13
**find** 34:25 44:7
75:20 76:25
86:12,13 88:12
**finding** 29:14
77:10
**fine** 55:8 70:2,4
82:20 90:25
**finish** 45:9 48:13
50:19,22,24,25
51:4,6,8 56:7,7
56:8,10
**first** 4:20 7:3,4
15:9,10 16:5
29:13 37:7
39:7 41:15,17
56:7 74:13,15
76:5 78:7 90:7
90:7
**fit** 38:4
**five** 14:9,19 36:1
64:11
**flew** 44:8
**flight** 61:22,24
62:3,5,16,25
63:1,11,18
65:11,11
**flights** 62:19,22
**flows** 89:6
**fluency** 22:10

**flying** 12:24
**focus** 65:22
**follow** 9:3 76:3
**following** 1:15
**follows** 4:22
**foregoing** 96:6
97:3
**form** 10:6,17,23
20:4 25:24
29:23 32:13
33:8 34:18
37:21,23 40:1
41:23 44:23
54:20 84:12
**forth** 27:1 48:11
59:18 82:22
**found** 73:5,9
76:6,21 77:7
**foundation**
14:12 26:1,3,7
27:4,10 38:17
38:22 40:2
41:24 44:10
54:21 55:5
71:13 89:18
90:25
**four** 36:1,1
**full** 57:2,5 96:8
97:5
**function** 20:16
28:22 29:1
46:13,13,17
50:17 51:19
86:22 95:9
**functionally**
40:6

**G**

**G** 4:1 97:1,1
**gears** 59:24
**general** 5:7 8:21
28:8 29:20
31:2 33:24
34:4 44:17
61:2,3
**getting** 66:3
75:5

gigantic 46:4
give 11:25 25:9
  30:2 32:25
  35:21 45:3
  59:2,7,9 79:3
  90:4,14
given 39:16 84:7
gives 13:8
glasses 70:5,6
go 10:22,23
  18:21 20:10
  29:9,22 32:24
  33:12 34:6,21
  42:20 44:11,12
  45:2 49:10
  52:13 53:12
  55:17 57:13,17
  57:21 58:18
  67:6 68:25
  71:22 72:25,25
  76:7,15,17,17
  77:4 79:9 83:1
goal 7:18
goes 64:11 70:1
going 5:23 6:1
  10:22 12:15,20
  13:2 15:11
  16:10 17:6
  27:18 30:6,13
  32:7 38:4 39:3
  39:25 42:11,18
  43:9 44:18
  45:11,13 46:22
  47:17 48:22,25
  49:1 55:22
  57:13,17,21
  58:9,11,25
  59:16 64:12,14
  64:15 65:18,24
  66:7 67:14
  70:24 73:16,23
  75:6 76:1
  82:11 83:6
  85:25 87:24
  88:1 90:24
  91:20 92:19
good 4:2,25 5:1

5:21 17:1 18:2
  44:21 56:18
  61:19 64:19
gotten 74:20
grab 68:25
grams 35:22,23
  36:1,3,4,5,20
  44:9
Great 44:5
  46:16
gross 94:16
ground 12:22
  65:3
guessing 73:1
guideline 29:20
  40:21 42:1
  43:22 44:4
guidelines 9:4
  30:2 41:22
Gustavo 1:11,15
  3:3 4:6,19 96:5
  97:2

**H**

HAND 97:21
hands 56:19
Hang 57:7 58:2
happen 11:9
  78:7 79:5 84:5
happened 11:3
  16:12,15 61:22
  62:2,8 74:3
  78:25 79:12,17
  81:11,12,13,24
  82:8 83:13,21
  84:1,6,23
  89:14 92:9,11
  92:14 94:7,17
  94:18
happening
  78:10 79:3
  84:21
happens 61:24
  62:17 69:17
  93:2
happy 55:15
harassing 57:11

hard 58:25
  59:12,17
Harefield 8:1
head 88:1
heard 60:8
  71:21 74:6
  78:7 79:2
hearing 74:13
  74:15 81:10
  90:8
heart 7:11,16
  10:10,11 12:18
  13:22 15:8
  16:7,20,25
  17:1,4,24 18:1
  18:25 20:2,10
  20:13,24 21:6
  21:21 22:15,18
  22:20,23 23:19
  24:3,4,7,12
  25:3,6,14,16
  25:17,23 26:4
  26:17 27:6,20
  28:3,7,8,14,20
  28:23 29:7,9
  29:14,16,17
  30:3,20,22,23
  30:25,25 31:2
  31:3,8,9,11,15
  31:22,23 32:5
  32:7,11 33:4,6
  33:16 34:9,11
  34:23,24,25
  35:1,3,7,11,17
  36:8,15,20,22
  37:4,11,12
  38:4,15,23
  39:17 40:3,5
  40:15 42:4
  43:19,24,24
  44:1,8,18,20
  45:2,7,17,25
  45:25 46:1,3,4
  49:14 50:2,5
  50:11,13 51:22
  51:25 52:8,10
  53:11 56:2,14

56:14,18 60:10
  60:12 61:5,15
  61:17,19 62:5
  64:14,18,21,23
  65:8,10,25
  66:10,20,23
  67:19,22,24,24
  68:1,7,23 69:9
  69:10,20,22
  70:2,3 71:2,6
  72:3,7,18 73:6
  73:10 75:14
  77:10 79:19
  81:15 84:8
  85:1,20 86:11
  86:22,23,24
  88:10,14,14
  89:14,16 90:16
  91:16,23 92:2
  92:5,13,17
  93:1,5,6 94:4,8
  94:12,14 95:10
heart's 25:22
  30:13
hearts 6:15 7:2,6
  7:12,13,19 9:7
  10:3 11:15
  14:9,19 18:17
  35:20 70:3
  93:11 94:23
height 32:4,17
  43:17
help 67:2 81:23
helpful 8:14
helps 5:22
hematoma 71:1
  71:6 72:2,2,8
hematomas
  92:10 94:16
hemodynamic
  31:13
hemodynamics
  86:23,24
hemoglobin
  17:12
high 7:4 31:10
highlight 92:1

highlighting
  78:22
history 6:2
hold 38:25,25
  39:1,24 43:1,1
  54:7,9 55:1,13
  56:5 57:17,17
  86:7
home 72:25
  75:15 79:22
  80:24,24
hope 86:11
hoped-for 86:8
Hopefully 91:5
hospital 7:1,2,25
  18:24 28:4
  79:24
hospitals 6:4
hour 58:9
hours 10:9 11:22
  12:16 13:3
  75:13 76:11
  95:7
Huber 2:11 96:2
  96:16
Huh 32:19
hundred 35:14
  35:15,22,22
  36:1
hypertrophic
  53:8

**I**

Idaho 15:8 16:2
  16:20 44:8
  56:15 73:6,11
  86:2
idea 33:5 49:13
  50:2,8,10
  51:12 54:24
  55:6 60:13
  74:20,22,24
ideal 88:11
ideas 60:15
immediately
  39:8 80:9,12
  80:22

**impact** 28:21,22
86:24 95:9
**implantation**
94:18
**important** 17:13
29:13 50:17
52:6,12 65:19
**improve** 82:4
**improving** 82:21
**include** 41:10
**including** 12:2
45:4,5
**increase** 60:4,10
61:12 93:16
**increasing** 6:10
**incredible** 8:11
8:13 82:7
**independently**
17:24
**Indeterminate**
95:4
**INDEX** 3:1
**indicate** 74:2,10
**indication** 62:14
**inform** 17:6
**information**
13:16 14:22
32:8 33:1
36:17 89:12
**initial** 15:7
87:13
**initially** 89:13
**inputs** 79:3
84:23
**inside** 38:6
66:22,25 67:1
**insofar** 41:22
82:12,20
**institution** 60:16
**institutions** 61:7
**instructing** 49:8
**instrumentation**
9:2 89:4
**instrumented**
90:16
**intensive** 77:17
**interest** 41:9

**internal** 40:19
**interpose** 41:21
82:12
**interpretation**
75:4
**interrogation**
91:21
**interrupt** 45:11
45:12 47:7
49:1
**intra-myocar...**
71:1,5
**intramyocardial**
90:21
**introduce** 4:8
**involved** 20:9
84:25
**involving** 85:1
**ischemic** 89:4
**isolated** 51:17
51:17 52:12
**issue** 14:24 31:5
31:6,18 32:6
**issues** 10:8 11:9
65:18 90:15

_____

**J**
**January** 6:8
**Jenna** 2:14 4:12
**job** 30:18 31:16
38:3 40:14
44:20 49:13
50:1 59:21
**job's** 72:19
**join** 87:13
**judgment** 9:4

_____

**K**
**Karen** 2:14 4:12
**keep** 49:2
**kilogram** 34:4
**kilograms** 35:12
35:16 36:19
**kind** 5:22 6:4
15:15 44:13
64:2 81:16
82:18 83:16

89:21 90:17
93:1,10
**Knop** 1:11,16
3:3 4:6,19 96:5
97:2
**know** 5:7,22
8:16,24 9:1
14:6,8 17:14
18:15 21:22
23:10 26:15,19
27:24 28:13
31:19 32:8
33:11,17 34:14
34:24 35:3
36:7,11,12
37:3,9 38:11
38:13 39:19
44:12,19 46:4
47:19,21 49:5
49:23,24 50:14
50:18,23 53:10
54:24 55:7
59:2,8 60:18
63:2,21 64:11
65:13,16,19,20
78:12 79:19
80:21 81:14,16
84:14 85:7,9
85:11,11 88:12
89:17,21 91:8
92:9,10,12,25
93:20,22,23
94:6,15 95:10
**knowledge**
33:15 38:3
**knows** 30:4,5,10
54:18 78:9

_____

**L**
**lacking** 26:6
**lactate** 63:22
64:4,9,11,17
64:18,19,21
73:24
**lactates** 63:10,17
63:20 65:17,23
74:12,22 89:6

**lamented** 77:1
**landed** 65:1
**language** 50:24
**large** 31:9
**larger** 53:16
**late** 72:24 76:16
**lead** 90:20
**learn** 77:22,24
**learned** 78:3,3,6
**leaving** 16:2
**led** 56:22
**left** 22:24 23:6,8
29:8 51:21
52:1,3,3,14,21
53:25 72:12,15
73:17 75:12
80:24 87:20
**Legal** 1:17
**Leopold** 1:4
2:13,14 4:12
4:12,13
**Leopold's** 38:16
75:9
**lesions** 17:11
**let's** 6:21 18:21
46:12,12,13
59:24 79:9
**letting** 59:18
**level** 63:23
**lid** 68:15,21,22
72:5
**light** 23:10,12,13
**lighter** 23:14,15
23:15
**limit** 59:13
**limited** 41:10
**limits** 33:16 62:8
**LINE** 97:8
**list** 13:5,13
**listed** 85:18
**listen** 42:23 46:7
**literally** 83:19
83:24
**little** 59:25 68:22
72:5
**LLP** 2:4,8
**located** 66:23

**location-wise**
13:10
**London** 7:25
**long** 6:7 10:8,9
11:5,16,18,20
38:12 58:12
**longest** 12:14
13:1 95:2
**look** 19:2,3 21:9
22:15,18 25:14
27:3,6 28:14
53:23 61:16
72:6 77:15,15
**looked** 16:25
17:24 22:20
38:8 77:14,24
84:8
**looking** 6:3
77:19
**looks** 6:3,18
17:25 88:11
**loss** 17:17
**lot** 5:16 6:4
42:20
**lower** 61:6,9,10
**lung** 20:9 60:12
**lungs** 20:3,6,11
20:15,16

_____

**M**
**machine** 10:4
11:22 66:4,11
66:21 67:3,6
67:16,20,22,23
67:24 68:2,6
69:11,20 89:17
93:6
**magazines** 60:25
**Maggie** 2:12
4:14
**main** 16:5 19:17
**maintain** 13:13
**male** 19:24
36:18
**Males** 19:4
**man** 56:23
**management**

9:3
**manufacturer**
 10:12
**March** 87:16
**mass** 29:7 32:21
 33:2 36:8,20
 37:4,11 38:1
 44:13
**match** 29:13
 44:21
**mathematically**
 37:25
**matter** 51:13
 84:20,21
**maximum** 52:24
**Mayo** 1:7,17 4:5
 6:7,9,10,23
 11:23 12:10
 13:2,22 14:4
 15:1,2,7 16:1
 16:13 29:9
 37:3,10 40:19
 42:1 44:22
 45:22 54:4,17
 54:18 55:6,23
 55:25 56:13
 60:3 61:6,12
 65:2,25 76:15
 76:17 82:3,10
 83:19,24 91:16
**mean** 9:10 13:25
 20:19 22:9,13
 28:10 32:1,3
 32:15,15 33:18
 35:21 54:23
 57:22 60:23
 66:4,4 69:6
 73:17 75:1
 76:16 81:13
 83:13 84:5,18
**meaning** 17:3
 43:24 44:3
 80:21 86:22
 89:3
**means** 21:22
 62:7 63:25
 64:4 69:6 85:3

**measure** 54:19
 55:7
**measured** 54:4
 54:17 56:13
 92:6,7
**measurement**
 54:14 55:22
 56:1
**measurements**
 29:8 91:16,18
 92:16
**mediastinum**
 38:6
**medical** 5:7
 70:21 71:11
 77:6
**medicine** 8:18
 8:22
**meeting** 78:13
 78:14 84:20
**memories** 5:17
 5:18 20:2 62:2
**memory** 13:8
 16:16,19,23,24
 24:12 34:10
 62:4 84:11
**mention** 40:9
**mentioned** 54:2
 91:22
**messages** 74:2,7
 74:9
**Messerly** 2:12
 4:11
**met** 89:10
**meticulous** 17:5
**meticulously**
 37:25
**Metsch-Garcia**
 2:3 4:14
**Michael** 88:17
**Michelle** 1:3
 2:13 4:13
**microperforat...**
 89:16
**microphone**
 78:16
**microscopic**

90:6,19
**microscopically**
 90:14
**midday** 80:1,19
 80:20
**middle** 47:9
 75:16 78:17
**Mike** 19:13
**millimeter** 52:20
**millimeters**
 52:17,18 53:2
 53:9,18
**mind** 22:19
**mine** 87:12
**Minneapolis** 2:5
 2:9
**Minnesota** 1:1
 1:19 2:5,9
 96:10
**minute** 5:21
**mismatch** 38:14
 38:21 39:21
**missed** 90:9
**modification**
 45:20
**molecular** 93:19
**moment** 41:20
 46:21
**morbidity** 83:5
 83:15
**morning** 4:2,25
 5:1 75:13
 76:11 79:21
**mortality** 83:5
 83:15
**move** 8:4
**moving** 50:23
 68:8,11
**multiple** 25:25
 27:15
**muscle** 21:18
**myocardial** 9:8
 10:5,14 11:3,8
 11:17 95:4

**N**

**N** 4:1 97:1

**NAH** 97:24
**need** 13:19 49:4
 53:23
**never** 44:11 74:6
 82:16
**never-before-s...**
 82:8
**new** 6:15
**Next-of-Kin** 1:4
**Nicole** 96:2,16
**night** 72:24
 75:17 76:17
**Noah** 1:4 38:16
 75:9
**non-inferiority**
 8:3
**normal** 21:2,3
 21:20,20 22:14
 22:18 27:20
 28:15,17 29:2
 29:4 33:16
 45:19 52:8
 53:9 62:7
**normality** 91:24
**Norman** 2:13
 4:12
**Notary** 96:17
**note** 70:21 77:19
 80:13,14,15
 94:19
**notes** 71:20
 77:15 80:8
 94:21,22 96:9
**notice** 1:16
 70:12,13
**noticing** 61:14
**number** 8:1,16
 25:8 41:21,23
 60:17,22,23
 61:1
**numbers** 7:4
 53:13

**O**

**O** 4:1
**o'clock** 79:20
 80:23,23

**oath** 27:20
**object** 10:6,17
 10:22 20:4
 25:24,25 29:23
 32:13 33:8
 34:18 37:21
 38:17 39:22
 40:1,1 41:21
 44:10,23 54:20
 71:13 84:12
 90:24
**objection** 10:21
 26:3 27:5,8,10
 27:12 39:25
 48:9 55:5,11
 55:14,15 82:12
**objections** 41:21
**obsessed** 51:24
 51:25
**obviously** 10:10
 72:11 88:5
 92:14
**occasion** 15:13
 15:18
**occasions** 65:12
**occur** 11:8
**occurrence**
 92:12
**OCS** 5:13 6:16
 6:21,22 7:6,7
 7:11,14,15,16
 7:20,23 8:11
 8:15,17,19,24
 9:8,15,19 10:3
 10:9,10,12
 11:5,16 12:1
 12:14,18 13:1
 13:14,23 14:10
 14:17 15:1
 17:14 18:11
 19:9 63:15
 66:10,21 71:2
 71:7 78:23,24
 85:1 89:17
 90:7,16,20
 92:2,18,18
 93:8 94:4,24

**office** 4:15
**oftentimes** 69:18
**Oh** 58:11 65:16
  87:24 91:1
**okay** 5:5,9 14:6
  16:19,24 18:21
  19:16,19 20:19
  21:8,19 22:6
  22:22,24 23:1
  23:9,17,23
  25:1,5,19 26:8
  27:9,18 28:19
  29:7 30:1,10
  31:14 32:22
  34:17 36:7
  37:8,17 39:13
  40:8,18 41:25
  42:22 47:12
  49:20 53:14
  54:13,22 55:18
  55:25 57:12,14
  57:15 58:19
  59:11,12 61:11
  67:9 73:5 74:5
  74:9,17 79:7
  80:18 86:21
  88:15 91:1,4
  95:11,15
**once** 65:1 78:14
**ones** 44:11
**ongoing** 85:19
  85:23,24
**onsite** 43:23
**op** 77:15,15 80:5
  80:8,12,14,15
  94:19,21,22
**open** 68:15,17
  68:21 72:5,5
**opens** 68:17,20
  69:25
**operating** 18:24
  28:3 65:24
  67:3 72:12,15
  73:15 75:12
  79:14,20 80:8
  89:15
**operative** 38:9

77:19,25 80:4
  89:23 90:9
**opinion** 29:3
  90:13
**opportunity**
  78:15
**opted** 72:22
**order** 7:12
**organ** 37:5 41:8
**organization**
  36:14
**Organs** 40:21
**outcomes** 82:4
**outer** 23:8
**outflow** 24:18
**outside** 62:7
  67:16,20
**overweight**
  52:10
**oxygenation**
  20:14

---

**P**

**P** 4:1 97:1
**p.m** 80:23
**page** 3:2 70:20
  94:2 97:8
**pages** 1:12 96:7
  97:4
**Palmisano** 2:12
  4:14
**palpation** 17:9
**Pap** 7:8
**Papworth** 7:1,1
  7:9 8:2
**parameters** 30:5
  65:21
**part** 7:14,16
  23:3 27:23
  29:13 31:15,17
  40:14 44:19
  49:12 50:1
  59:21 62:25
  68:20 80:13
  83:25 90:10,11
  91:20
**particular** 8:17

20:2
**parties** 4:8
**parts** 23:5
**passage** 71:11
**pathologist** 54:3
  54:16,18 55:23
  55:25 56:13
  91:16,22 92:14
**pathologist's**
  91:18
**pathologists**
  55:7
**pathology** 93:7
  94:5
**patient** 37:6
  39:18 81:15,17
  82:4,21
**patients** 60:19
  77:12
**pay** 19:7 20:6
  35:2
**peer** 82:13,22
**people** 6:11,13
  13:15 48:13
  63:2 77:17
  94:20
**percent** 53:16
  91:25 93:17
**perfect** 5:10
  72:4
**perfectly** 39:17
  56:18
**perforations**
  90:17
**perform** 86:1
**perfusion** 90:6
  90:20
**perfusionist**
  19:11,22
**period** 26:21
**person** 15:9,22
  29:24 37:15
  43:15 89:11
**personal** 90:12
**personally** 12:1
  87:3
**persons** 19:21

**photographs**
  30:17
**phrase** 71:14
**physically** 69:9
**physician** 30:1
**physicians** 84:15
**physiologically**
  90:18
**pick** 86:17 88:17
**picture** 25:6,16
  25:17 26:10,16
  26:20 27:22,24
  27:25 28:2,6
  86:12
**piece** 8:11
**pink** 23:15,16
**pioneer** 7:2,11
  7:13
**place** 12:19 96:5
**plaintiff** 1:5 2:2
  4:11
**plane** 65:3
**planned** 76:7,22
**plaques** 17:11
  23:24 24:2
**please** 37:8 39:2
  39:14 48:12,21
  49:10 50:25
**point** 8:7 17:13
  28:2,5 41:15
  44:3 52:11,11
  52:18,19,23
  53:18 55:22
  58:4,7 61:15
  65:8,19 72:11
  72:14,19 73:5
  73:9 75:4 90:1
**points** 52:13
**policy** 40:19,20
  43:5
**pool** 7:19
**pools** 8:6
**position** 47:4
**possibility** 10:11
  90:14
**possible** 9:12,13
  84:16

**Possibly** 12:8
**posterior** 52:16
  54:2
**potentially** 7:21
  90:13
**practical** 15:21
**practice** 6:2 7:14
  37:9 44:12
  64:10
**practiced** 6:4
**practices** 6:16
  60:18
**Prague** 78:12
**pre** 43:16
**precise** 88:13
**precisely** 86:20
**predicted** 29:7
  36:8 37:4,11
**predicts** 36:19
**prefatory** 29:12
**prepared** 60:17
  60:18
**present** 2:10
  92:17
**pressures** 17:9
  31:10,10 52:4
  89:6
**presumably**
  56:2
**pretty** 8:11
  72:24 80:3
**previous** 17:12
  43:16
**previously** 7:23
**primary** 15:12
  15:22 31:20
**probably** 5:19
  12:12 14:15
  16:12,14 42:18
  63:6 72:25
  75:3,15 78:8,8
  79:22 87:16,23
  89:10,10 94:20
**problem** 20:11
  20:14,20,22
  21:11 31:5
  51:23,23 64:15

problems 17:17
    20:17
procedure 16:4
    72:15
proceed 48:21
process 5:5
    42:20
procure 32:7
    86:3
procured 18:24
procurement
    6:12 20:10
    32:25 40:22,23
    41:7,18 42:2
    43:5,21 44:4
    78:23 85:20
    86:15 88:11
    92:3
procurements
    36:15
procuring 31:16
produced 26:12
producing 64:19
    64:21
productive
    59:20
products 90:5
    93:10
promoted 87:12
proof 89:20
proper 70:8
protamine 90:4
    93:9
protected 82:14
protection 8:7
prove 8:2
Public 96:17
publications
    9:10
published 9:15
    9:15 10:2,3,13
    11:2,12
pulmonary 24:4
    24:5,16 52:5
punch 85:14
purposes 15:22
pursuant 1:16

put 36:16 64:23
    89:17 90:16
    93:6 94:4,12
putting 62:12
    66:3

**Q**

qualified 96:3
question 10:1,18
    10:23,25 14:18
    20:5,12 27:8
    27:11,12,17,19
    29:11,13 31:14
    32:14 33:3,3,9
    33:13 34:19
    37:7,8,22,23
    39:1,4,7,14
    40:1,10 42:8
    42:10,11,23,24
    42:25 43:3,8,9
    43:10 44:24
    45:13 47:10,17
    48:25 49:2,15
    49:16,17,22
    50:1,20 51:1,3
    51:5,9,10
    53:20 54:10,12
    55:3,20 57:1,3
    57:6,10,13,20
    57:21 59:3,6
    59:10,14 62:1
    67:11 70:11,25
    71:22 72:9
    82:12 83:17
    84:13,19 91:1
    91:14 92:21
    93:24
question's 53:23
questions 9:21
    13:4 25:25
    27:15,16 28:25
    42:19 45:14
    46:7 47:14,18
    48:23,23 59:1
    59:13 73:24
    84:22 91:11,15
    95:12,13

quickly 80:14
quite 6:19 8:1,1
    61:6 92:9

**R**

R 4:1 96:1 97:1
raise 31:5 32:6
    35:1 64:4
    93:24
raised 44:1
    78:15
raising 66:7
rare 84:10
reaching 24:4
read 38:10 60:25
    70:24 71:3
    80:4,6 85:2
    90:8 94:21
    95:14 97:3
readily 36:8
reading 94:21
ready 13:16
real 28:10,11
    45:19 57:9
    93:19,19
reality 7:21 28:1
really 9:8 58:25
    59:12,17
reason 15:16
    36:21 55:10,14
    60:2 78:11
    79:4 92:8
reasonable
    48:19
reasons 11:4
reassure 60:7
recall 11:24
    12:15 13:2,22
    14:5,7 19:22
    19:25 38:18
    53:12 66:6
    73:20,22,25
    75:8,23 80:25
    81:2,18,22
    82:9 84:3,4,15
    84:21,23 90:11
recalled 20:23

Recess 58:20
recipient 18:5
    29:8 30:8 38:5
    40:4,10,16
    41:12 43:20
    44:21
recollection 50:6
recollections
    5:17 61:21
record 4:3 25:8
    58:18,19,23
    70:21 71:11
    77:5,6 95:16
recorded 61:23
recruit 6:11
recruited 60:3
red 21:12,14,15
    21:17,17,18,25
redirect 49:1
    83:16
referring 43:13
    43:15
reflect 28:1,21
    43:18 50:17
reflects 52:6
regarding 6:15
    7:6 16:6 40:9
    40:10 43:23
    45:6,25 52:8
    53:7 63:20
    84:20 92:5
regularly 17:20
related 10:7
    11:8 31:18
    32:21
relates 36:14
relevant 5:8
    20:12 53:7
remarkable
    78:18
remedy 49:5
remember 5:13
    12:19 13:10
    15:5,25 16:3
    17:21,23 18:17
    18:20,22 19:5
    19:8,20 20:1,3

20:18 21:6
    22:19 24:13
    25:18 31:21,23
    32:11 33:22
    34:2,3,6,9 35:5
    35:6 38:23
    39:16 60:5
    61:14,18 62:16
    62:17 63:9,12
    63:13 65:24
    66:2,14,16
    69:19,21,22
    72:14 75:5,14
    77:9,19 79:25
    80:11 81:6,8
    81:10 84:7
    88:16,20
remove 66:20
removes 66:10
    69:9
Repeat 10:25
reply 56:1 79:5
replying 13:7
report 38:9 45:3
    77:25 80:4,5
    89:24 90:9
reporter 4:9
    41:3 58:23
    95:15 96:3
reports 77:16
requested 88:25
research 7:14
    9:6 14:16
    84:25 85:19,23
    86:7 87:4,14
    88:8
researchers 9:14
    10:2,13 11:2
    11:12
respect 9:24
    48:13 92:24
respects 42:5
responding 55:4
    56:12
responsible 18:1
restart 85:25
    87:22,24

restarting 88:8
result 73:13
resulted 89:16
retrieved 18:18
retrieving 18:5
review 82:13,22
Reynolds 88:22
  88:24
right 5:13,16,20
  5:24 6:5 8:25
  9:9,16 14:11
  16:13 18:3,7
  18:14 22:4
  24:17 28:12
  29:14,18 30:21
  40:13,23 41:12
  41:19 42:5,17
  44:9,19,22
  45:22 46:23
  50:14 51:20
  52:3,4 53:5,6
  57:13 59:4,24
  63:9 65:3 67:4
  67:21 69:11
  72:11,12 73:7
  73:12,16 74:3
  81:25 83:22
  84:25 88:3
  89:9 91:10
rise 63:23 64:9
  64:14,22
rising 63:22,25
  63:25 64:2,2,2
risk 9:1,23
risks 8:16,18,21
  8:23,24 9:3,5
  9:22
robust 61:17,19
Rochester 1:18
  40:22 65:1
Ron 2:11
room 18:24 28:3
  65:25 67:3
  72:12,16 73:15
  75:12 79:14,20
  89:15
root 24:20 90:6

90:19
Rosenbaum
  70:22 71:15,16
  71:16,19,20,23
  72:8
rotate 15:15
rough 49:13
  50:2,6,10
roughly 18:12
  35:13 50:12
row 25:25
ruler 30:16
rules 47:1 48:4
run 5:14 10:9
  11:6,16 12:14
  13:1 19:9 32:7
  38:23 43:16
  44:11,12 78:23
  89:1,3 93:8
  94:25 95:2
runs 11:19,23
  12:1,10 13:14
  15:1 18:11

S
S 4:1 97:1
sad 85:17
safely 65:3
safety 82:21
Salah 19:18,18
  75:25
sample 64:1
samples 64:17
  65:12
saturation 20:19
saw 50:8,8 70:14
  72:2 73:13
saying 14:25
  62:23 80:20
  92:25 93:3,5
  94:5
says 9:7 43:23
  90:1
scan 30:14 50:9
scientific 93:21
scrub 72:21
SEAL 97:21

second 7:5 10:21
  25:10 57:7
seconds 79:7
see 7:18 20:17
  23:3,5,18,24
  25:9 28:7,10
  30:25 31:7,17
  34:23 43:23
  45:5 70:18
  71:2 86:13
  87:2,3
seen 17:2 27:25
  50:9 71:25
  86:18
sense 26:20
  27:13 93:13
sentences 48:14
septal 52:25
  53:1
seq 41:22
series 74:1
severely 31:4
  32:5
shift 59:24
short 12:22
  58:14
shortened 78:21
shorter 95:6
shorthand 96:3
  96:4,9
shout 47:17,18
shouted 27:15
show 25:6,21,22
  36:25 48:12
showing 40:18
  70:20
Shulman 2:14
  4:13
side 6:12 23:16
  32:17
sign 95:14
Signature 97:19
significance
  89:8
significant 6:20
  11:16 17:16
  31:18 38:14,20

39:20 52:13
  63:19,24 72:2
  72:7 95:5
significantly
  61:10
silence 79:5,7
Simha 1:3 2:13
  4:5,13
simple 49:16
  53:23 59:1,3,9
  59:10 92:9
single 82:9
site 17:3 50:3
situation 17:14
  31:13 88:10
  94:20
six 11:21,22 13:3
  35:22 53:18
  95:7
Sixth 2:4,8
size 28:7 29:13
  30:11,20,22,23
  31:8,9,11,15
  31:18,25 32:2
  33:19,20 34:11
  34:13,15,24
  35:6 37:6
  38:14,20 39:18
  39:20 40:4,15
  41:16,19 42:4
  43:7,12,14,17
  43:22,23 44:3
  44:18,21 45:4
  45:18,18 46:8
  46:10,11,12,15
  46:18 49:12,13
  50:2,7,10
  51:11 52:2
  53:7 91:25
  94:16
sizes 31:1 92:6,7
  94:14
sleeping 62:15
  62:19,22,24
small 29:17
smaller 29:21
  30:2

smooth 62:5,6,6
  63:13
smoothly 42:21
society 93:21
soft 21:14,15,17
  21:18,25 22:12
somebody 37:4
  37:10,18 65:2
  67:25 73:15
  74:19
somebody's
  67:19 75:3
soon 72:17
  87:23
sorry 10:25 18:8
  22:9 33:25
  41:6 52:19,19
  52:20 62:10
  67:12 73:8
  77:23 93:4
sort 29:20 63:22
  90:20 95:3
South 2:4,8
space 38:15
speak 48:13
  56:24 63:2
specialists 63:16
specific 8:23,23
  9:23,24 24:12
  44:18 62:2,4
  84:19,19
specifically 6:21
  9:15 45:3
  60:10 79:1
  81:9,12 84:4
speculation
  79:16
Spencer 81:19
  83:19
stages 14:16
standard 37:3,9
  37:18
Stanford 85:6
start 87:4
started 6:8
  39:10 46:22
  87:5

**starting** 87:23
**stated** 91:21
**States** 1:1 61:7
**stay** 72:21,21
**stenographic**
96:4
**step** 64:2,14,22
**stepping** 64:3
**steps** 16:10
81:12 82:4
**sterile** 66:22,24
66:25 67:2,7
67:16,20 68:1
68:1,2,6,8,8,11
68:14 69:3,4
**sterility** 66:21
**stick** 9:20 46:12
46:12 53:22
84:11
**sticking** 46:2
49:12
**stock** 91:2
**Stop** 46:24,24
47:2,5 48:8
49:8
**stopped** 85:24
**storage** 8:4,8
**straightforward**
59:1
**Street** 1:18 2:4,8
**strong** 22:7,8,12
**structural** 45:16
45:19
**structurally**
40:7 43:25
**structure** 38:6
45:6,25 46:1
46:17,17
**studied** 92:13
**study** 11:12 14:9
14:15,19
**stuff** 93:10
**subjective** 90:12
**successfully**
73:11
**suffer** 9:8 10:4
**suffered** 11:16

**suggest** 58:13
**suggestion** 58:6
58:8
**suitability** 28:22
28:25
**suitable** 20:13
29:14 37:6,12
44:2
**Suite** 2:5,9
**super** 21:13
59:19
**support** 81:14
81:16
**supported** 71:2
71:6
**suppose** 51:22
**supposed** 41:18
42:3 43:6
**sure** 9:11 13:18
13:20 15:17
18:6 30:16
32:6 39:9,12
44:15,20 47:23
63:20 67:1
72:1,7 75:15
80:3,5 82:25
88:5 93:23
94:1
**surface** 23:19
**surgeon** 15:10
16:5,5 21:23
29:24 31:20
37:15,19,24
38:2 43:21,21
44:4 45:1
66:12,13,17,20
67:25 68:5,5
69:6,14 70:1
**surgeons** 15:11
18:23 31:16
74:20 78:18
81:21 82:2,10
**Surgery** 82:3
**surprise** 38:21
39:19
**surprised** 40:11
40:12

**surprising** 81:25
**suspended** 87:10
87:15,19
**SW** 1:18
**swear** 4:9
**sworn** 4:18,21
**System** 7:12

_____

**T**
**T** 96:1,1 97:1
**table** 61:23 68:3
68:3
**take** 10:20 17:5
28:6,19 37:24
41:5 43:6,15
46:20 47:20,25
48:1 49:14
58:13 64:16
65:15 67:22,23
67:24 82:4
**taken** 1:16 5:2
26:20,25 43:20
44:25 58:20
65:12 81:15
92:18
**takes** 13:15 68:7
78:14
**talk** 6:21 46:13
46:23 58:14
83:6,10,12,14
83:21,23,25
84:4
**talked** 81:7
82:16,21
**talking** 5:9 8:20
8:22 9:23
20:15 24:12
39:10 46:8,10
46:11,15 60:9
81:2,8,18 82:9
82:22 90:22
**talks** 81:10
**tall** 35:12,16
36:18
**target** 7:15,15
34:23
**team** 17:16

40:22,23 41:7
41:18 42:2
43:6 45:22
65:2 66:5
77:17 84:17
**tears** 90:6,19
**tech** 19:15 65:13
**technical** 52:11
**technician** 66:5
**techniques** 6:15
**technology** 8:12
**tell** 5:25 6:1 16:4
16:24 24:11
26:3 32:16
63:16 65:15
85:2 93:20
**telling** 10:15
46:22 48:8
54:25 63:21
74:21 82:6
**temperature**
59:25
**Temporarily**
87:11
**terminate** 49:4
**terms** 31:3
**terrible** 74:13,22
74:25 75:1,2
**testified** 4:21
**testifying** 60:5
**testimony** 8:10
15:25 17:21
27:19 43:11
70:8 77:18
90:15 96:5
**text** 74:2,7,9
**texts** 74:4
**Thank** 49:25
91:11 92:21
95:12,15
**thick** 52:14
**thickness** 53:11
55:8 93:16
94:7
**thing** 16:15
31:11 55:21
63:23 68:22

72:5 77:9
**things** 5:6 9:14
17:17,20 30:17
31:8 38:7 43:5
43:18 50:17
52:6,7 65:18
75:22 76:22
85:18 86:17
88:13 89:7
**think** 8:11 11:11
19:1 25:20
26:5,9 36:6
49:3 59:8,10
61:16 77:21
79:23 80:18
81:5,6 82:23
84:9 88:5,6
92:24 93:5,22
**thinking** 44:13
**Thompson** 2:3
3:3,5 4:10,10
4:24 25:9,12
26:2,6,12,14
26:16,22 27:7
27:13 39:3,9
39:12,15 45:11
46:24 47:2,5,8
47:11,13,19,24
48:5,8,15,18
48:20,22 49:7
49:11 57:12
58:11,17,24
82:15,25 91:10
92:23 95:11
**thought** 90:1,3,5
90:8
**thoughts** 84:22
**three** 27:15,16
47:21
**time** 4:4,7 8:6
10:9 11:10
13:17,21 20:16
26:21 38:12
58:12,15 65:8
73:9 74:15
75:8,11 76:5
79:25 86:6,15

88:11,13 90:15
92:3,4,7,17
96:5
**times** 48:6 49:8
73:2 89:3,4,5
**timings** 78:24
**title** 40:20
**today** 4:3 58:16
**today's** 4:4,6
**told** 21:24 36:16
38:19 53:24
56:17 71:21
74:11 77:3
**tools** 7:17,20
**top** 24:17 31:11
64:15 66:24
**topic** 79:9 82:23
**tot** 81:14
**Totally** 13:9
**touch** 68:13,22
**track** 49:3
**tract** 24:18
**trans** 6:12 37:14
**transcript** 96:6
97:4,5
**transcription**
96:8 97:6
**TransMedics**
85:2 91:2
**transparent**
72:3
**transplant** 6:10
7:12 37:13
60:4,11 61:5
77:17 78:13,13
78:19 93:8
**transplantation**
7:1,16 18:2
36:15 40:6
44:2 85:5
**transplanted**
13:24,25 14:11
14:20 28:23
73:7,12
**transplanting**
18:4
**transport** 11:10

61:15 62:5
63:13 78:23
**transportation**
92:4
**transported** 9:7
10:4 13:23
14:10 94:24
**travel** 12:18
**trend** 64:3,12,15
**trip** 13:11
**true** 50:7 96:7
97:5
**Trustee** 1:3
**try** 58:25 59:12
59:15,17,24
83:20 86:17
**trying** 5:6 50:22
60:3,10 61:12
84:1 85:4
**turn** 59:25
**two** 15:11 27:15
35:22 41:23
52:23 58:16
64:17 93:11
**typical** 63:15
94:23 95:1
**typically** 16:4

——— **U** ———
**U** 97:1
**uh-huh** 19:14
23:4,7,12,20
24:1,9 35:4
40:24 41:1
49:6 56:20
68:12 72:24
80:2,16 81:1
**UK** 7:24 12:2,17
**ultimately** 13:23
**ultrasound**
85:19 86:2,9
86:18
**usual** 16:4
**un** 9:17,17
**unacceptable**
75:1
**unbelievably**
84:10

**uncontrollably**
56:21
**understand** 5:11
8:20 11:6 13:9
17:19 22:13
26:13 49:17,18
49:22 58:17
59:23 60:8
67:2 68:24
81:23 82:17
**understanding**
7:8 8:10 60:6
61:11,13 78:9
84:2 92:16
**understood** 8:9
11:2 12:23,25
16:11 64:7,25
68:16 70:10,19
72:10 84:24
85:10
**uneventful** 62:9
62:11 78:25
**unexplained**
10:5
**unforeseen** 82:7
**unfortunately**
85:13 93:22
**United** 1:1 61:7
**unknown** 11:4
**UNOS** 36:7,11
36:13,17,19
37:1 44:5
**unsterile** 68:20
**unusual** 62:18
62:21,24 81:24
**unwanted** 9:18
**use** 6:15 8:17,23
9:18 14:16
18:4 40:6 44:6
70:4 94:5
**usual** 16:4
**usually** 12:21
15:9,20,20
21:12 24:6,8
24:11 31:7
53:6,8 61:23
65:14,17 66:16

66:16 69:16,25
75:23,24 76:15
77:12 80:1,17
83:4

——— **V** ———
**V** 74:21
**vague** 5:17
**variable** 28:21
**varies** 31:12
**various** 4:8
**ven** 51:21
**venous** 64:18
**ventricle** 51:20
51:21 52:1,3,3
52:9 93:16
94:3,7
**ventricles** 21:12
21:25
**ventricular**
24:18 52:15,21
53:5,6,10,25
54:19 55:8
**verbatim** 96:3
**verify** 30:20,22
**versus** 4:5
**vessels** 24:3
**viable** 20:13
**video** 1:17 58:22
**Videographer**
2:11 4:2 58:22
**Villavicencio**
38:19 39:19
73:14,21 74:12
81:3 83:18
89:23
**Villavicencio's**
38:9
**visual** 17:9 33:1
**visually** 65:10
65:12
**voice** 78:16
**volume** 1:12
61:5,12
**vs** 1:6

——— **W** ———

**wait** 43:2 53:20
59:14
**waiting** 44:22
**wake** 63:1
**wall** 51:20 52:1
52:15,16,21,25
53:1,5,6,10,25
54:17,19 55:8
91:22 93:16
94:3,7
**walls** 52:9
**want** 9:20 21:23
29:16,17 32:16
39:4 42:15,19
45:12 48:1,10
55:15 72:20,21
82:3 83:9 94:1
**wanted** 6:11
72:25 91:17,19
**wants** 42:16
**warning** 63:21
**way** 28:4 31:17
37:23 39:4
47:20 50:23
62:6,11 72:20
84:8 90:2,3
92:8,15,15,25
**We'll** 5:20
**we're** 5:5,9,22
45:13 57:13,17
57:21 58:11,22
58:23 83:6
94:1
**we've** 47:21 49:7
58:9 61:25
**weak** 8:7
**website** 37:1
**weigh** 33:4,6
35:11,17 50:13
**weighing** 36:18
**weighs** 35:12,16
36:22
**weight** 32:18,20
32:21 38:1
43:17 44:13
50:15 51:11,12
51:14,16,16,22

51:24 52:6,12
**weights** 35:20
**well-known**
78:13
**went** 72:18
75:15,16 77:10
78:16 79:22,22
80:12,22,24
86:3 93:7 94:8
94:8
**weren't** 46:22
**whatsoever**
16:17 38:2
50:6 75:5
**wheeled** 67:3
**When's** 75:19
**white/gray**
23:22,22
**WHITNEY** 2:8
**widespread**
90:21
**width** 50:18
51:19 52:1,8
91:22
**willing** 29:22
30:3
**wind** 82:20
**windup** 82:18
82:21
**wine** 63:5,6,7
**withdrawing**
39:6
**witness** 3:2 4:6,9
4:17,18,20
14:14 25:11,13
26:8 41:25
45:15 47:7
57:10,11,14
58:10,19 97:19
97:21
**witnesses** 58:16
**word** 74:25
**words** 15:10
**work** 16:8
**worked** 6:7
**working** 6:13
7:24 12:17

**world** 6:5 7:3,5
60:17,22,23
61:1 78:7,18
**worried** 51:18
51:18
**worry** 42:14
**wouldn't** 20:12
62:18 69:7
88:7 94:11,13
**write** 71:20
**written** 10:14
42:6 71:14
80:9,14,17

---

**X**

---

**Y**

**yeah** 9:12,25
11:1 12:3,4
13:6 14:8,23
19:4,6,8,21
21:1 22:14
24:14,16 25:11
26:16,22 27:18
28:5,6 29:12
32:12 36:23
37:2 50:21,21
50:21 54:23
55:24 56:11,16
58:17 61:3,9
63:5,9 67:15
67:15,15,15,15
67:18 70:23
72:13 73:18
75:18,18,18
78:2 80:10
83:3,11,24
85:15,17 87:6
91:9
**year** 18:6,9,12
18:18,22 20:3
21:7 78:14
84:8
**yellowish** 24:5
**Yep** 15:14 16:9
61:25 64:20
68:10,19 69:1

69:5,8 70:7,17
71:18,24 73:4

---

**Z**

**Zoom** 2:3,12,13
2:13,14,14
4:12

---

**0**

---

**1**

**1** 1:12
**1.1** 52:16,22
**1.2** 54:1
**1.4** 53:3
**1.8** 53:14 94:3
**10:06** 58:20
**10:15** 58:20
**100** 1:18
**11:00** 95:17
**14** 1:13,20 53:2
**145.61** 41:22
**14th** 4:3
**15** 18:15
**1500** 2:9
**157** 32:4
**18** 91:23 94:12
94:13
**180** 35:11
**183** 36:18,24
**1879** 70:20
**192** 44:8
**192.46** 36:20

---

**2**

**20** 18:13,16
**200** 36:3
**2022** 6:23 12:11
**2024** 1:13,20 4:3
96:11 97:22
**2132** 90:3
**21st** 96:10
**22** 6:8 87:7
**225** 2:4
**23** 87:17,18
**24-CV-01097-...**
1:5

**24534** 40:18
**24948** 25:12
**2nd** 1:18

---

**3**

**3:00** 79:20
**30** 12:13
**30th** 75:13 76:12
76:12 77:20
**31st** 76:13

---

**4**

**4** 3:3
**40-year-old**
56:23
**42-year-old**
36:18
**4600** 2:5

---

**5**

**5** 53:9
**5.01** 64:13
**50** 2:8 12:4,7
**55402** 2:5,9

---

**6**

**6** 53:9
**6:00** 80:23
**60** 91:25
**600** 36:4,5,6
**66** 93:17
**67** 53:16

---

**7**

**7** 53:8
**75** 12:5,7

---

**8**

**8:00** 80:23
**80** 35:12,16
36:19

---

**9**

**9:04** 1:19 4:4
**91** 3:4
**92** 3:5
**95** 96:7 97:4
**97** 1:12