**Exhibit Z**

**Redacted**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - -
Michelle Simha, as
Trustee for the
Next-of-Kin of Noah
Leopold,
                      Civil File No.
         Plaintiff,     24-CV-01097-JRT-DTS

    vs.

Mayo Clinic,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF DANIELLE FAY

Volume I, Pages 1 - 142

August 13, 2024

     (The following is the deposition of Danielle

Fay, taken pursuant to Notice of Taking

Deposition, via video, at Mayo Clinic, Legal

Department, 100 2nd Street SW, Rochester,

Minnesota, commencing at approximately 2:22

p.m., August 13, 2024.)

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 2

```
 1    APPEARANCES:
 2     On Behalf of the Plaintiff:
 3       Brandon Thompson
         CIRESI CONLIN LLP
 4       225 South Sixth Street
         Suite 4600
 5       Minneapolis, Minnesota 55402
 6     On Behalf of the Defendant:
 7       Andrew Brantingham
         DORSEY & WHITNEY LLP
 8       50 South Sixth Street
         Suite 1500
 9       Minneapolis, Minnesota 55402
10    ALSO PRESENT:
11       Ron Huber, Videographer
         Anna C. Messerly, Ciresi Conlin
12       Maggie Palmisano, Ciresi Conlin (via Zoom)
         Michelle Simha (via Zoom)
13       Norman Leopold (via Zoom)
         Karen Leopold (via Zoom)
14       Jenna Shulman (via Zoom
15            EXAMINATION INDEX
16    WITNESS          EXAMINED BY      PAGE
17    Danielle Fay    Mr. Thompson     7
18                    Mr. Brantingham  115
19                    Mr. Thompson     123
20
21
22
23
24
25
```

Page 3

```
 1         P R O C E E D I N G S
 2         MR. BRANTINGHAM: I wanted to take up
 3    the issue you emailed me about a couple of
 4    minutes ago, counsel, regarding conferring with
 5    witnesses during depositions and so forth. I
 6    sent you an email back, I don't know if you had
 7    the chance to review it.
 8         MR. THOMPSON: Nope.
 9         MR. BRANTINGHAM: The simple issue is I
10    think you're wrong on the law that governs here.
11    I think counsel are absolutely entitled to talk
12    to their clients on breaks during depositions.
13    I'm not interested in the -- the coaching part
14    of it. I'm not interested in the discussion of
15    what happens on the record. I know the rules.
16    You know the rules.
17         If your position is that I'm not
18    allowed to talk to my clients and have a
19    privileged conversation on deposition breaks,
20    then we need to raise it with magistrate right
21    now and get a ruling on that. If that's -- if
22    you don't care to press that position, fine.
23    But I -- I don't want to proceed without clarity
24    on what you intend to do about that.
25         MR. THOMPSON: I don't have to tell you
```

Page 4

```
 1    what I intend to do about that. I have made my
 2    position clear. The law is clear. The cases I
 3    sent are clear. I mean what -- how could you
 4    possibly disagree with the law? The -- the
 5    quotes from the cases --
 6         MR. BRANTINGHAM: I can answer the
 7    question if you want me to.
 8         MR. THOMPSON: Please.
 9         MR. BRANTINGHAM: So the Hall case you
10    cite from the Eastern District of Pennsylvania
11    is well known in the bar as, frankly, an
12    outlier. I can send you a bunch of cases that
13    say it's wrong and criticize it as an outlier.
14    It's not in this jurisdiction. It doesn't
15    govern us.
16         MR. THOMPSON: I sent you an Eighth
17    Circuit Case.
18         MR. BRANTINGHAM: The Eighth Circuit is
19    from the Eastern District of Missouri, and it,
20    too, does not govern in this district, and I
21    don't think it says that counsel cannot talk to
22    their clients on a break from a deposition.
23    People do that in every deposition I've been in,
24    counsel talk to their clients on break.
25         MR. THOMPSON: Not in depositions where
```

Page 5

```
 1    you've taken my clients do I go and talk to my
 2    clients about the questions that you were
 3    asking, and then come back and try to
 4    rehabilitate their testimony based on
 5    instructions that I've given them, --
 6         MR. BRANTINGHAM: Okay.
 7         MR. THOMPSON: Just hold on.
 8         MR. BRANTINGHAM: Sure. Go ahead.
 9         MR. THOMPSON: Hold on. Hold on.
10         MR. BRANTINGHAM: Sure.
11         MR. THOMPSON: -- which is what I think
12    happened. And we don't have to fight about it.
13    You -- we have a disagreement over what the law
14    allows. We'll see what happens in the
15    depositions, and if there's a remedy that I feel
16    like I need to take up, then I'm going to do
17    that.
18         MR. BRANTINGHAM: Okay. Well then I
19    think we need to call the judge. I think -- I
20    want a ruling on it now. I don't want to
21    proceed based on this goofy notion that you have
22    that something is going to happen down the road
23    and you're going to say all this was done wrong.
24    Let's take it up.
25         MR. THOMPSON: If you want to get the
```

2 (Pages 2 to 5)

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 6

1   judge on the phone, that's fine.
2           MR. BRANTINGHAM: Okay. Let's do it.
3           THE REPORTER: Off the record.
4           (Recess taken from 2:25 p.m. to 2:31
5       p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1           THE VIDEOGRAPHER: We're on the record.
2   Today is August 13th, 2024. The time is
3   2:30 p.m. Today's case caption is Simha versus
4   Mayo Clinic. The witness for today's deposition
5   is Danielle Fay.
6           At this time the court reporter will
7   swear the witness.
8           (Witness sworn.)
9           DANIELLE FAY,
10      called as a witness, being first duly
11      sworn, was examined and testified as
12      follows:
13              EXAMINATION
14  BY MR. THOMPSON:
15      Q. Hello.
16      A. Hi.
17      Q. How are you?
18      A. Good. How are you?
19      Q. Super pumped to have your deposition
20  taken?
21      A. Not particularly.
22      Q. I assume you've never done this before.
23      A. No, I have not.
24      Q. All right. So first let's do a couple
25  of quick ground rules to try to make sure that

Page 8

1   we get a clean record and we're on the same page
2   with one another. Okay?
3       A. Sure.
4       Q. The first thing is keep your voice up.
5   You're a really quiet talker. Nikki over here
6   is trying to take down everything that you're
7   saying, and it will make her job a lot easier if
8   you try to keep your voice up. Okay?
9       A. Okay.
10      Q. All right. Let's try really hard not
11  to talk over one another. That's another thing
12  that makes her job tough.
13      A. Sure.
14      Q. Fair?
15          Verbal answers like yeses and nos are
16  good. Shakes or nods without an accompanying
17  yes or no are bad. The video will pick it up,
18  but the court reporter won't. Okay?
19      A. Sure.
20      Q. All right. Will you let me know if any
21  of my questions are unclear to you in any way?
22      A. Yes.
23      Q. All right. Perfect.
24          What did you do to prepare for your
25  deposition?

Page 9

1       A. I reviewed the OCS data from the run
2   and went over my guidelines and information that
3   we have for the run.
4       Q. When you say "guidelines," what do you
5   mean by that?
6       A. We have a guideline that we will
7   follow --
8           (Mr. Thompson showing document.)
9           Yes, that one.
10      Q. This big 'ol thing that says "Mayo
11  Clinic OCS Heart Reference Guide?"
12      A. Yes.
13      Q. Great.
14          There's a lot of pages to this thing.
15      A. There is.
16      Q. Did you look through the whole thing as
17  part of preparing for your deposition?
18      A. Not the whole thing. I mainly went
19  through the parts that we have as part of our
20  Mayo document.
21      Q. As opposed to all the technical data
22  from the TransMedics Manual that's in the back
23  of this document.
24      A. Yes.
25      Q. Yep. Okay.

3 (Pages 6 to 9)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 10

1    When is the last time you looked at
2  this reference guide?
3    **A. This past weekend.**
4    Q. Okay. Is this reference guide
5  something that you were provided as part of your
6  training?
7    **A. Yes.**
8    Q. When did you get -- I don't know if --
9    Is it certified, is that the right
10  word, to be an OCS specialist?
11    **A. We went out for training about two**
12  **years ago, a little over two years ago.**
13    Q. Okay. I'm going to get --
14    I'm getting myself off track a little
15  bit. We'll get back to that in just a second.
16    **A. Sure.**
17    Q. I want to make sure I know everything
18  that you looked at to prepare for your
19  deposition.
20    There's an Excel spreadsheet that has
21  like the flow data and some of the vital signs
22  from the OCS run. Is that what you were
23  referring to with the first thing that you
24  reviewed?
25    **A. Yes.**

Page 11

1    Q. We got some emails just today that had
2  some data from lactates and also flow
3  information that I think you were involved in
4  maybe emailing with Alex Reynolds. Is that
5  right?
6    **A. Yes.**
7    Q. Did you look at that to prepare for
8  your deposition?
9    **A. That is the data that comes from the**
10  **OCS machine that he, in turn, puts into a form**
11  **that is easier to look at.**
12    Q. Yeah. Fair.
13    So the -- the dat -- the raw data
14  that's in these emails is the same as it was on
15  that Excel spreadsheet, it's just a different
16  format?
17    **A. Yes.**
18    Q. Yep. Understood.
19    What else did you look at to prepare
20  for your deposition?
21    **A. That's all.**
22    Q. Text messages?
23    **A. I've seen them previously.**
24    Q. One of the things that happens in these
25  cases is I get to ask Mayo to provide me with a

Page 12

1  bunch of stuff, and Mayo gets to ask me to
2  provide them with a bunch of stuff. They
3  provided tens of thousands of pages of
4  documents, and one of the things they provided
5  was some text messages that you're on.
6    **A. Uh-huh.**
7    Q. Did those text messages come from your
8  phone?
9    **A. Yes.**
10    Q. Tell me how you went about finding
11  those text messages.
12    **A. I just searched back in my history to**
13  **find them.**
14    Q. Okay. When you found out that there
15  was a lawsuit about the Noah Leopold case, did
16  you remember that case?
17    **A. I did remember the case, yes.**
18    Q. Okay. And so when somebody came and
19  asked you to figure out if you had any text
20  messages, you knew what to look for.
21    **A. Yes.**
22    Q. All right. Okay.
23    Anything else that you looked at to
24  prepare for your deposition?
25    **A. No.**

Page 13

1    Q. Okay. Let's talk a little bit then
2  about your background. You're a nurse by
3  training?
4    **A. I'm a respiratory therapist.**
5    Q. Where did you go to school?
6    **A. I have a bachelor's degree from the U**
7  **of M, and I did my respiratory portion of that**
8  **bachelor's degree here at Mayo School of Health**
9  **Sciences.**
10    Q. Did you go to the U of M Rochester?
11    **A. Rochester, yes.**
12    Q. What is your undergraduate degree in?
13    **A. Bachelor of Health Science.**
14    Q. And then there's some component of
15  training with that to become a respiratory
16  therapist?
17    **A. Yes.**
18    Q. So is that included in the four years,
19  or was that additional to the four years?
20    **A. It's included in the four years.**
21    Q. How much of that, your four years at UM
22  Rochester, was in the respiratory therapist
23  program?
24    **A. Two.**
25    Q. What year did you graduate from the

4 (Pages 10 to 13)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 14

1 program?
2 **A. I graduated in 2014.**
3 Q. And then what did you do?
4 **A. I was already an intern for Mayo for**
5 **respiratory therapy and I became a full-time**
6 **respiratory therapist.**
7 Q. In 2014.
8 **A. Yes.**
9 Q. In your professional life -- I'm not
10 talking about like Starbucks or something like
11 that -- but in your professional life, have you
12 ever worked anywhere other than Mayo?
13 **A. No.**
14 Q. Always adults or do you do peds as
15 well?
16 **A. Both.**
17 Q. Okay. In what --
18    In which units have you worked?
19 **A. In car -- the cardiac ICU.**
20 Q. Always in the cardiac ICU?
21 **A. We float to other places periodically,**
22 **or I did at the beginning, but ever -- for many,**
23 **many years only in the cardiac ICU.**
24 Q. Okay. Adults and peds?
25 **A. Adults and peds.**

Page 15

1    Q. What would you say would be the
2 percentage breakdown currently between adults
3 and peds?
4 **A. Currently it's about 50/50. It**
5 **fluctuates greatly though.**
6 Q. Sure. Okay. That's fair.
7    So you've got your respiratory
8 therapist work in the cardiac ICU, and then a
9 part of that is OCS specialist.
10 **A. So I became an ECMO specialist in 2015.**
11 Q. Perfect.
12 **A. And in 2019 I became dedicated to ECMO,**
13 **and I don't work as a respiratory therapist**
14 **anymore. And part of the ECMO program, --**
15 Q. Got it.
16 **A. -- we started doing OCS.**
17 Q. Gotcha.
18    Okay. So 2019 is when you stopped
19 doing respiratory therapy.
20 **A. In 2019 we became a dedicated team**
21 **where we did mostly ECMO, a little bit of**
22 **respiratory. About two or three years ago I**
23 **stopped doing respiratory therapy and focused**
24 **solely on ECMO.**
25 Q. And then the OCS runs are kind of a

Page 16

1 part of the ECMO team. Is that my
2 understanding?
3 **A. There are four of us that are ECMO**
4 **specialists that became part of the OCS team.**
5 Q. You.
6 **A. Uh-huh.**
7 Q. Megan Osterhaus?
8 **A. Yes.**
9 Q. Adam Skow?
10 **A. Yes.**
11 Q. And Alex Reynolds?
12 **A. Alex is a perfusionist.**
13 Q. Okay.
14 **A. So there's four ECMO specialists and**
15 **four perfusionists.**
16 Q. Who is the other ECMO specialist that I
17 missed?
18 **A. Greg Anderson.**
19 Q. I missed him because he's not anywhere
20 on any of these text messages.
21 **A. Yes.**
22 Q. Okay. So there's four ECMO specialists
23 that are also OCS specialists, and then four
24 perfusionists who are also OCS specialists.
25 **A. Yes.**

Page 17

1    Q. Did all of you go out to Boston to get
2 your training at the same time?
3 **A. We were split between two -- three**
4 **different times out there.**
5    Q. And you told me, but I probably forgot
6 it, when did you do your training?
7 **A. A little over two years ago.**
8 Q. So spring or summer of 2022.
9 **A. Uh-huh.**
10 Q. Yes?
11 **A. Yes. Sorry.**
12 Q. That's okay.
13    What percentage of your professional
14 time now is spent doing OCS runs as opposed to
15 being an ECMO specialist in the hospital?
16 **A. The vast majority of my time is ECMO.**
17 **We're only on call for OCS every six to eight**
18 **weeks on average.**
19 Q. ECMO is one of those things that it's
20 hard to predict when somebody is going to have
21 to go on ECMO; right?
22 **A. Correct.**
23 Q. So if your job is as an ECMO
24 specialist, and you're on duty but there's
25 nobody who's on ECMO, what do you do?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 18

1       **A.  There's a lot of projects that go along**
2  **with ECMO, and so if I don't have a patient to**
3  **care for, then I'm working on those.**
4       Q.  Like maintenance on the machines and
5  things like that type of projects?
6       **A.  No.  More like education, collecting**
7  **data, things like that.**
8       Q.  All right.  Okay.
9          Was becoming an OCS specialist kind of
10 a required part of being an ECMO specialist, or
11 was that something you chose to do?
12      **A.  I chose to do it.**
13      Q.  Got it.
14         Why?
15      **A.  A lot patients we see on ECMO are**
16 **waiting for transplants, and this gives us an**
17 **opportunity to go further to get hearts for**
18 **patients --**
19      Q.  Uh-huh.
20      **A.  -- and I wanted to be part of that.**
21      Q.  It's really cool technology.
22      **A.  It is.**
23      Q.  So is ECMO; right?
24      **A.  It is.**
25      Q.  It's amazing.

Page 19

1          Okay.  As part of your OCS training,
2  did you learn about some of the risks associated
3  with transporting a heart on the OCS machine?
4       **A.  They did say that there was some, yes.**
5       Q.  Such as?
6       **A.  I can't recall any off the top of my**
7  **head.**
8       Q.  Okay.  Did you learn about the fact
9  that there, at least in the one study that
10 studied cold cardioplegia versus OCS, there were
11 worse survival statistics with the OCS patients?
12      **A.  They mentioned those studies, but I**
13 **don't know much about them.**
14      Q.  Sure.
15         I assume that you're never a part of
16 informed-consent discussions with patients.
17      **A.  I am not.**
18      Q.  Your job is to manage that complicated
19 machine with the organ on it when you're going
20 on one of these OCS runs.
21      **A.  Yes.**
22      Q.  We deposed Michael Pick yesterday, and
23 from talking with him, my understanding is that
24 if you're on an OCS run as the OCS specialist,
25 you are the one who's responsible for that

Page 20

1  machine.  Is that right?
2       **A.  We run the machine.  If we have any**
3  **issues that we cannot deal with, we have the**
4  **surgeons right there.**
5       Q.  Gotcha.
6          Have there been times when the surgeons
7  needed to step in to deal with something on the
8  machine?
9       **A.  In runs that I've been on, yes.**
10      Q.  Give me an example.
11      **A.  An example would be where the heart**
12 **isn't capturing on the pacer box.**
13      Q.  So what do they do about that?
14      **A.  There are pads underneath the heart**
15 **that they manipulate.**
16      Q.  While the heart is inside the box.
17      **A.  Yes.**
18      Q.  So they don't break the sterility of
19 the box, they're able to do it kind of through
20 the machine?
21      **A.  There is a --**
22         **There are two lids to the box, one is**
23 **a --**
24      Q.  Like a hard lid?
25      **A.  One's a hard lid and then one is more**

Page 21

1  **of a plastic lid that they are able to, while**
2  **keeping sterility, manipulate it.**
3       Q.  Gotcha.
4          Okay.  Is there Wi-Fi on the planes
5  during these OCS runs?
6       **A.  Most of them, no.**
7       Q.  So I found an article that was
8  published by some cardiothoracic surgeons at
9  Mayo Clinic Jacksonville.  Have you ever worked
10 with any of the people at Mayo Jacksonville?
11      **A.  No.**
12      Q.  One of the things that they write is
13 that a "limiting factor in using OCS is the
14 transportation of the heart from facilities.
15 OCS transportation is more complicated than SCS
16 because there is a need for upgraded cars and
17 airplanes as the OCS machine must be plugged
18 into an outlet and connected to Wi-Fi."  But in
19 your experience, the machine usually isn't
20 connected to Wi-Fi.
21      **A.  Correct.**
22      Q.  Is it usually connect -- plugged into
23 an outlet on the airplane?
24      **A.  Not on the airplane.**
25      Q.  Okay.  In the car?

6 (Pages 18 to 21)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 22

1    **A. No.**
2    Q. Just when it's either at the donor
3 hospital or once you get back to Mayo.
4    **A. Correct.**
5    Q. Other than that, you're relying on the
6 battery, --
7    **A. Yes.**
8    Q. -- the internal battery. How --
9    What's the battery life on that thing?
10    **A. I don't recall right off. There are**
11 **three batteries in it though.**
12    Q. Presumably there's a lot of cushion on
13 the battery life; right?
14    **A. Yes.**
15    Q. My daughter has a Trilogy vent and that
16 thing's got internal batteries that I think last
17 forever.
18    All right. One of the other things
19 that the folks at Mayo Jacksonville write is
20 that "more resources and personnel must be
21 allocated to the application of OCS as it needs
22 at least five staff members to work on the
23 device each time." Do you have any idea what
24 they're talking about when they say there must
25 be at least five staff members?

Page 23

1    **A. No.**
2    Q. You certainly don't have five staff
3 members working on an OCS run.
4    **A. Not five, no.**
5    Q. Three at least?
6    **A. At least three.**
7    Q. Sometimes four.
8    **A. Correct.**
9    Q. Do you have any sense of how it would
10 be decided that you'd have one surgeon versus
11 two on an OCS run?
12    **A. I don't --**
13    **I've only ever gone with two surgeons.**
14    Q. Oh, okay.
15    Are you ever the person who is
16 communicating back to either the room nurse or
17 the transplanting surgeon at Mayo about things
18 that are happening on the OCS run?
19    **A. No.**
20    Q. All right. Okay. You told me that you
21 remember this case.
22    **A. Yes.**
23    Q. We're going to get into lots of
24 details, but right now I just want you to give
25 me like the 30,000-foot view of what it is that

Page 24

1 you remember.
2    **A. I don't remember anything specifically**
3 **about the run itself. What I remember is**
4 **getting messages asking for the data after being**
5 **in my bed --**
6    Q. Yeah.
7    **A. -- at home.**
8    Q. Yep. And some of that -- some of that
9 communication and some of the aftermath of that
10 communication was captured in some of these text
11 messages that you pulled off your phone; right?
12    **A. Yes.**
13    Q. My sense from reading those texts --
14 and you correct me if -- if my sense on this is
15 wrong -- my sense in reading some of the texts
16 you were say -- sending is that you felt like
17 those surgeons were kind of throwing you under
18 the bus. Would that be an accurate way of
19 describing it?
20    **A. I felt that they --**
21    **Yeah. I felt that they -- that they**
22 **spoke to something that they weren't a**
23 **hundred percent in the know about.**
24    Q. Yeah. We'll talk about some of the
25 detail of that. I think there was some stuff in

Page 25

1 the text messages about that.
2    You found out that something had gone
3 wrong with that donor heart, that you had been
4 involved on the run to Idaho to go and get, when
5 you got messages that morning when you were in
6 your bed; is that fair?
7    **A. Yes.**
8    Q. Up until that point, the only thing
9 that -- the only thing that would even be of
10 marginal concern about that heart was that I
11 think you described it as it wasn't the most
12 robust heart or the happiest heart; is that
13 right?
14    MR. BRANTINGHAM: Object to the form of
15 the question.
16    **A. The --**
17    MR. BRANTINGHAM: You can answer.
18    **A. There is nothing about the run prior**
19 **that stands out to me as something being wrong.**
20    Q. What would you have had to have seen --
21    Well first of all, I assume that
22 you're -- it's got a clear lid on it. You're
23 looking at that heart --
24    **A. Yes.**
25    Q. -- periodically while the run is going

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 26

1  on; right?
2  **A. Yes.**
3  Q. In the vehicle on the way to the
4  airplane, on the airplane, and in the vehicle on
5  the way from Rochester airport to Mayo, you're
6  watching that heart; right?
7  **A. Yes.**
8  Q. Are you watching it like the whole
9  time, like watching it like a hawk, or is it
10 you're looking at it every five or ten minutes?
11 **A. The console with all of the -- all the**
12 **screen with all of the data on it is with me at**
13 **all times.**
14 Q. Yep.
15 **A. For transport purposes through the**
16 **hospitals and for protection in the vehicle, we**
17 **don't always have the lid on -- or we don't**
18 **always have the lid off, I should say.  But if,**
19 **in the plane, in -- when it's just us and when**
20 **we don't have to protect it from getting bumped,**
21 **the lid is off, and yes, we are watching it.**
22 Q. More closely than just glancing at it
23 every five minutes.
24 **A. Correct.**
25 Q. Yeah.

Page 27

1      So what would you have to see, in terms
2  of the actual function of the heart, in order to
3  describe it as you did in these text messages as
4  "not the most robust?"
5      MR. BRANTINGHAM:  Object to the form of
6  the question.
7  **A. There is a wide range of how robust**
8  **hearts are when they're on the machine.  As to**
9  **if there is anything specific about the heart**
10 **that stands out to me, no.**
11 Q. As you sit here today, there's nothing
12 that stands out to you in particular; right?
13 **A. Correct.**
14 Q. But back last August, when you -- that
15 heart was fresh in your mind --
16     Because you're sending these messages
17 just a few hours after you had last seen it;
18 right?
19 **A. Uh-huh.**
20 Q. Yes?
21 **A. Yes.**
22 Q. Back when things were much fresher in
23 your mind you were describing the heart as not
24 the most robust; right?
25 **A. I did.**

Page 28

1      Q. You wouldn't be saying the heart was
2  not the most robust if the heart looked perfect;
3  right?
4      MR. BRANTINGHAM:  Object to form and
5  foundation.
6  **A. There is a wide range of what is normal**
7  **on the machine.  Some are very robust, some are**
8  **not, and it doesn't indicate how the heart's**
9  **going to do off the machine.**
10 Q. It doesn't necessarily, but it might.
11 Can't we agree on that?
12     MR. BRANTINGHAM:  Foundation.
13 **A. Once it's off the machine, I don't know**
14 **what happens to the hearts.**
15 Q. Fair enough.
16     You are trained to tell somebody if
17 there's anything that looks in any way
18 concerning about that heart; right?
19 **A. The surgeons that are with me.**
20 Q. Yeah.
21     And so if you noticed that the heart
22 wasn't the most robust or didn't look like a
23 happy heart --
24     Let's stick with happy.  What do you
25 think you meant when you said it wasn't a happy

Page 29

1  heart?
2      MR. BRANTINGHAM:  Foundation.
3  **A. I don't know what I would have meant by**
4  **that.**
5  Q. Sure.  The --
6      What you want to see, if we're using
7  that adjective, what you want to see is a happy
8  heart; right?
9  **A. What we're looking at is more of what**
10 **the pressures, flows, and lactates are doing.**
11 Q. Yeah.  You know that the pressures, the
12 flows, and the lactates only tell part of the
13 story though; right?
14 **A. What the heart looks like is up to the**
15 **surgeons and if they are happy with it.**
16 Q. I understand that.  You got to stick
17 with my questions though.
18     You understand, as an OCS specialist,
19 that the objective data of the flows and the
20 lactates only tell part of the story; right?
21 **A. Yes.**
22 Q. The way the heart looks is also
23 important; isn't it?
24 **A. It can be.**
25 Q. I mean that's why it's in a clear box.

8 (Pages 26 to 29)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 30

1  It's one of the advantages of the OCS is you can
2  see it beating; right?
3      **A. Yes.**
4      Q. So let's go back to our use of the
5  adjective "happy." When you're watching that
6  heart like a hawk, what you want to see is a
7  happy heart; right?
8      MR. BRANTINGHAM: Form of the question.
9      **A. The heart, how it looks, the surgeons**
10 **are the ones that are the -- saying if they're**
11 **happy with it or not.**
12     Q. Right. We'll talk about that in a
13 minute, but I'm going to stick with you because
14 you were the one who described it as not happy,
15 so we're going to use your adjective and I'm
16 going to ask you.
17     Can't you agree with me that what you
18 would like to see, when you're watching that
19 heart like a hawk, is that the heart looks
20 happy?
21     **A. Yes, you would like to see that.**
22     Q. Now you've said a couple of times now
23 that ultimately it's up to the surgeons to make
24 sure that they feel comfortable with the way the
25 heart looks; true?

Page 31

1      **A. Yes.**
2      Q. Your job is to be watching it like a
3  hawk, monitoring the objective data that's
4  coming out of that machine, but it's ultimately
5  the surgeon's decision about what to do with the
6  data. Fair?
7      **A. Say that again.**
8      Q. Yeah. Your job is to gather data about
9  the heart while it's in transit; right?
10     **A. Yes.**
11     Q. And then that data is communicated to
12 the surgeons, and then the surgeons decide is
13 this data concerning or are we okay with it?
14     **A. Yes.**
15     Q. That includes not just the objective
16 stuff like the flows and the lactate, but also
17 the subjective stuff like does this heart look
18 happy.
19     **A. We --**
20     MR. BRANTINGHAM: Object to the form of
21 the question. Go ahead.
22     **A. We --**
23     **They ask us about the objective part,**
24 **the flows, the pressures, the lactates. They**
25 **don't ask us about how it looks.**

Page 32

1      Q. They don't --
2      **A. They can see.**
3      Q. That was going to be my next question.
4      It's not that they don't care about how
5  it looks, it's that there's no substitute for
6  their own eyes, so your opinion of how it looks
7  maybe doesn't matter to them as much. Fair?
8      **A. They can see how the heart is, yes.**
9      Q. If they're awake.
10     **A. If they're looking at it, yes.**
11     Q. Yeah. You and I can agree that if the
12 surgeons aren't in the car on the way from the
13 hospital in Idaho to the airport in Idaho, they
14 can't be looking to see if the heart's happy;
15 right?
16     **A. During the transports, no.**
17     Q. And this heart wasn't happy on both car
18 rides according to your text messages; right?
19     MR. BRANTINGHAM: Foundation. And
20 again, if you need to look at a document, you
21 can say so. If you want to see the text
22 messages, you can say so. I just note for the
23 record counsel is not showing the witness the
24 documents he's asking about.
25     ████████████████████████████████

Page 33

1      ████████████████████████████████
2      ████████████████████████████████
3      ████████████████████████████████
4      ████████████████████████████████
5      ████████████████████████████████
6      ████████████████████████████████
7      ████████████████████████████████
8      ████████████████████████████████
9      ████████████████████████████████
10     ████████████████████████████████
11     ████████████████████████████████
12     ████████████████████████████████
13     ████████████████████████████████
14     ████████████████████████████████
15     Q. Now there were two car rides for this
16 heart; right?
17     **A. Yes.**
18     Q. There was the car ride from the
19 hospital in Idaho to the airport in Idaho; true?
20     **A. Yes.**
21     Q. The heart, according to this text
22 message that you sent the day after you were
23 responsible for this heart, said it was not a
24 very happy heart during that car ride; right?
25     **A. Yes.**

9 (Pages 30 to 33)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 34

1  Q. Now the surgeons weren't in the car
2  with you and the heart for that car ride; right?

15  Q. So what you told Adam Skow, again the
16  day after this all happened, was that those
17  surgeons weren't in the car on the way from the
18  airport in Idaho -- or on the way from the
19  hospital in Idaho to the airport, and they
20  weren't in the car on the way from the Rochester
21  airport to the hospital in Rochester; right?
22  A. According to the text, yes.
23  Q. And certainly, even though you don't
24  remember it now, you and I can agree that you
25  would have remembered it just a couple hours

Page 35

1  after it happened.
2  A. Yes.
3  Q. All right. So based on this, you can
4  agree with me that the surgeons were not in the
5  car with you and the heart on the way from the
6  hospital in Idaho to the airport in Idaho;
7  right?
8  A. Yes.
9  Q. When the heart was not very happy;
10  right?
11  A. Yes.
12  Q. And they couldn't have seen it then;
13  true?
14  A. True.
15  Q. Then you get to the airport, and then
16  you get on the plane, and you -- are you --
17  You and probably somebody else is
18  lugging that machine onto the plane?
19  A. Yes.
20  Q. Who else --
21  Who's helping you put the machine on
22  the plane?
23  A. I don't recall who that particular trip
24  helped. It's usually me and the other OCS
25  specialist that are doing it.

Page 36

1  Q. There wasn't another OCS specialist on
2  this flight though; right?
3  A. There was.
4  Q. Michael Pick?
5  A. Megan.
6  Q. Megan was on this flight as well.
7  A. Yes.

15  I'll ask it a different way. I didn't
16  see anything in any of these text messages that
17  suggested that Megan was disagreeing with
18  anything that you were saying. Did you see
19  something in reviewing these text messages that
20  I missed?
21  A. No.
22  Q. Do you remember having conversations
23  with Megan about this OCS run that aren't
24  captured in these text messages?
25  A. She was with me on the run, and so we

Page 37

1  were having conversations during the run, but
2  otherwise, no.
3  Q. We'll talk about that in a minute. I'm
4  talking right now about after the fact. Once
5  Dr. V was asking questions and somebody woke you
6  up from your bed in the morning texting you with
7  questions, once you knew that something bad had
8  happened to that heart, do you remember you and
9  Megan having any conversations that aren't
10  captured in these texts?
11  A. No.
12  Q. Okay. So back now to our discussion
13  about the heart.
14  Once the heart gets on the airplane, if
15  it's not robust and it's not very happy, the
16  surgeons should be noticing that; right?
17  A. They see the heart, yes.
18  Q. But they got to be awake in order to
19  see the heart; right?
20  A. They --
21  It's normal for them to sleep as long
22  as we don't have any issues.
23  Q. That's fair. My question to you,
24  though, is: If the heart's not robust and the
25  heart's not happy, the surgeons aren't going to

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 38

1  be able to notice that if they're sleeping;
2  right?
3      **A. Yes.**
4      Q. It would be really strange for the
5  heart to not be very happy in the car in Idaho
6  and in the car in Minnesota, but it was
7  perfectly happy when it was up in the air;
8  right?
9      **A. No. That's normal.**
10     Q. That's normal?
11     **A. Yes.**
12     Q. How does that work?
13     **A. The bumps of the vehicle the hearts do**
14  **not always like, and that's normal.**
15     Q. So is it your testimony that what you
16  meant when you said "It wasn't a very happy
17  heart," what you meant was, "Oh, that was just
18  the regular bouncing around in the car?"
19     **A. Yes.**
20     Q. Got it.
21        But the turbulence on an airplane when
22  you're flying over the Rocky Mountains doesn't
23  affect that?
24     MR. BRANTINGHAM: Form and foundation.
25     **A. Sometimes the turbulence on the plane**

Page 40

1  pressures and flows don't look good, you're
2  actually saying the heart wasn't the most robust
3  despite the fact that the pressures and flows
4  looked good; right?
5      MR. BRANTINGHAM: Object to the form of
6  the question. You can answer.
7      **A. Can you ask that again?**
8      Q. Yeah. A minute ago I think you tried
9  to give the impression that what you meant when
10  you said that this wasn't a very robust heart,
11  wasn't a very happy heart, is you were saying,
12  oh, what I meant by that was the pressure and
13  the flows temporarily didn't look good. Is that
14  what you intended to say?
15     **A. I'm talking about --**
16     Q. No. Just stick with my question.
17        Is that what you intended to say a
18  couple minutes ago?
19     MR. BRANTINGHAM: I'll just object to
20  interrupting the witness and preventing her from
21  answering the question. If you can answer the
22  question you're now being asked, go ahead.
23     MR. THOMPSON: You're now coaching.
24  Don't do that.
25     Q. Go ahead and answer my question.

Page 39

1  **will make the flows and pressures out of normal**
2  **range, but they correct themselves.**
3      Q. I'm not talking about the flows and
4  pressures. I'm talking about the way the heart
5  looks.
6        Is it your testimony that it's
7  perfectly normal for one of these hearts on this
8  machine to not be very happy and not look robust
9  when you're driving in the car?
10     **A. By not --**
11        **By saying it's not very happy, I'm**
12  **talking about the flows and pressures.**
13     Q. So your testimony now is that the flows
14  and pressures didn't look good?
15     **A. No, they were fine. The -- they**
16  **momentarily will go out of range during bumps,**
17  **but they correct themselves.**
18  
19  
20  
21  
22  
23  
24     Q. So when you're talking about it not
25  being robust, that's not 'cause the fresh --

Page 41

1      MR. BRANTINGHAM: Object to the form of
2  the question.
3      Q. There was something other than the
4  pressures and flows that weren't normal with
5  this heart; right?
6      **A. The heart didn't overall look abnormal**
7  **to me.**
8      Q. Okay. That wasn't my question. So now
9  I'm going to ask a different question.
10        First of all, you don't remember what
11  this heart looked like now a year later; do you?
12     **A. There was nothing abnormal about the**
13  **heart that makes me remember it this --**
14     Q. My question --
15     **A. -- long after.**
16     Q. My question to you is: You do not
17  remember what that heart looked like a year ago;
18  do you?
19     **A. Currently, today, I do not remember how**
20  **the heart looked a year ago.**
21     Q. What we do know is that the day after
22  you saw this heart there was something about it
23  that made you say "It wasn't the most robust
24  heart;" right?
25     **A. There must have been.**

11 (Pages 38 to 41)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 42

1  Q.

8   Q.  Right.  You -- you don't have any
9  reason now, a year later, to think that what you
10  said in the message the day after is wrong; do
11  you?
12      A.  I don't know what I would have meant --
13  a year from when this happened what I meant.
14      Q.  So let's talk about what you didn't
15  mean.  You didn't mean that there was something
16  wrong with the pressures and flows; right?
17      A.  Yes.
18      Q.  And when you said "It wasnt the most
19  robust heart," you didn't mean there was
20  something wrong with the lactate; right?
21      A.  Correct.
22      Q.  Are there any other objective
23  measurements that you are tracking?
24      A.  No.
25      Q.  So when you said "It wasnt the most

Page 43

1  robust heart," you weren't talking about any of
2  the objective measurements; true?
3      A.  True.
4      Q.  Because the objective measurements
5  looked good, and yet it wasn't the most robust
6  heart; right?
7      A.  According to my text message.
8      Q.  And if the objective measurements look
9  good, the other thing that we're looking at,
10  when we're monitoring a heart on the OCS, is
11  subjectively how it looks through that clear
12  box; right?
13      A.  Correct.
14      Q.  So there was something about the way it
15  subjectively looked that made you say "It wasn't
16  the most robust heart;" right?
17      A.  Yes.
18      Q.  And there was something subjectively
19  about the way it looked that made you say "It
20  was not a very happy heart during the car
21  rides."
22          MR. BRANTINGHAM:  Object as asked and
23  answered.  Object to the form.
24      A.  What I meant by "not very happy" was
25  based off of the flows and pressures.

Page 44

1      Q.  The flows and the pressures looked
2  good; right?  What you said in the message is
3  the flows and the pressures looked good; right?
4          MR. BRANTINGHAM:  I'm going to object
5  as argumentative.
6          MR. THOMPSON:  What's your objection?
7          MR. BRANTINGHAM:  My objection is
8  you're -- you're arguing with her.  The document
9  says what it says.  That's clear.  You've asked
10  her what the document says, and that -- there's
11  no question about what it says.  Now you're just
12  arguing with her about her interpretation of her
13  text because you don't like the interpretation.
14          MR. THOMPSON:  Okay.  It's not your --
15          MR. BRANTINGHAM:  It's not okay.
16          MR. THOMPSON:  Are you done with your
17  objection?
18          MR. BRANTINGHAM:  Yeah.  I'm done.
19          MR. THOMPSON:  Great.
20      Q.  You said the pressures and the flows
21  looked good.
22      A.  Yes.
23      Q.  So now you're saying that what you
24  meant when you said the heart wasn't very happy
25  is that the pressures and the flows didn't look

Page 45

1  good?
2      A.  During the car rides they can go out of
3  range during turbulence -- or during bumps.
4      Q.  I've just handed you the Excel
5  spreadsheet that Mayo provided us that's got the
6  flow data in it.
7          Okay.  Go ahead and pick that up.  You
8  only need one copy.
9          MR. BRANTINGHAM:  Can I have a copy?
10          MR. THOMPSON:  Uh-huh.
11      Q.  All right.  The OCS start is at 23:06
12  according to the records that we've got.  So go
13  ahead and go to 23:06 on the time there.
14      A.  Uh-huh.
15      Q.  Okay.  Now when you say that the flows
16  can get out of whack, which column would we be
17  looking at?
18      A.  PF.
19      Q.  PF.  Okay.
20          Let's go ahead and look down as far as
21  you need to go and tell me when that PF column
22  looks out of whack such that you -- would lead
23  you to say that heart doesn't look happy because
24  something's happening with the flows because the
25  car is bouncing around.

12  (Pages 42 to 45)

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 46

1    A. **(Witness reviewing.)**
2      **The flows all look fine.**
3    Q. So when you said the heart wasn't a
4  very happy heart during the car rides, that
5  didn't have anything to do with the flows being
6  out of whack; did it?
7      MR. BRANTINGHAM: Foundation.
8    A. **(Witness reviewing.)**
9      **All the flows look fine.**
10   Q. Right. So my question to you is: When
11 you said that the heart wasn't very happy, it
12 didn't have anything to do with the flows; did
13 it?
14   A. **Not that's captured on here.**
15   Q. Well and that would be the only place
16 it would be captured; right?
17   A. **They can periodically -- or they can**
18 **very quickly go out of range and not be captured**
19 **in these two-minute increments.**
20   Q. Is it your testimony that you think
21 that's what happened, that there was a -- some
22 very, very transient change in the flow that
23 happened to not get captured on this data, and
24 even though it was transient enough to not get
25 captured on the data, it was a big enough deal

Page 47

1  that it made you say this wasn't a very happy
2  heart? That's not what happened; is it?
3      MR. BRANTINGHAM: Object to the form of
4  the question.
5    A. **I'm not sure what I would have meant.**
6    Q. Yeah. How about pressures? If the
7  pressures were out of whack, what column would
8  we be looking at?
9    A. **The AOP Mean.**
10   Q. Is that something that you actually
11 have the ability to control on the machine?
12 Right?
13   A. **Yes.**
14   Q. Yeah. Anything on the pressures that
15 look like they're outside of parameters?
16   A. **(Witness reviewing.)**
17      **Periodically the pressures do come out**
18 **of what we have it set at.**
19   Q. Tell me where you're seeing that.
20   A. **Such as this 90.**
21   Q. Tell me what row number you're on or
22 give me -- better yet, give us a time.
23   A. **2:37.**
24   Q. 2:37 a.m.?
25   A. **Yes.**

Page 48

1    Q. Is that the first time that you see
2  anything out of whack with the pressures?
3      MR. BRANTINGHAM: Just object to the
4  form of the question.
5      Can you point to where you're looking
6  at for me to make sure I have the same sheet
7  here?
8      (Witness indicating.)
9      Okay. What's the pending question?
10     MR. THOMPSON: The question is is that
11 90 that she referred to at 2:37 in the morning
12 the first time that she sees something out of
13 whack on the pressures.
14     MR. BRANTINGHAM: Well just object to
15 the form of the question with respect to the
16 phrase "out of whack."
17   A. **There is another time where the**
18 **pressure deviates away from where it was set at.**
19   Q. What time?
20   A. **1:33.**
21   Q. Are you talking about it going from 75
22 to 81?
23   A. **Yes.**
24   Q. That wasn't while you were in the car;
25 was it?

Page 49

1    A. **Most likely not.**
2    Q. Yeah. It was when you were on the
3  airplane.
4      Can you and I agree that there is
5  absolutely nothing with the flows or the
6  pressures, from the time that you left the
7  hospital in Idaho to the time that you got to
8  the airport in Idaho, that is in any way outside
9  of what you would have expected?
10   A. **Yes.**
11   Q. You agree with me.
12   A. **Yes.**
13   Q. And so when you said the heart was not
14 a very happy heart during the car rides, at
15 least when it was going to the airplane in
16 Idaho, you weren't talking about the flows and
17 the pressures; were you?
18   A. **That's the main thing that we can see.**
19   Q. Yeah. Well that and the lactates;
20 right?
21   A. **Yes.**
22   Q. And the subjective way that the heart
23 looks while it's beating in the box; right?
24   A. **Yes.**
25   Q. So again, if there's nothing wrong with

13 (Pages 46 to 49)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

---

Page 50

1  the flows and there's nothing wrong with the
2  pressures and there's nothing wrong with the
3  lactates, the only thing that could be happening
4  to make you say it wasn't the most robust heart
5  and it wasn't a very happy heart was that there
6  was something going on with the way it
7  physically looked; right?
8      MR. BRANTINGHAM: Object to the form of
9  the question.
10     **A. I do not recall anything abnormal about**
11  **how it looked --**
12     Q. Wasn't --
13     **A. -- during the car ride.**
14     Q. Wasn't my question.
15        If the flows and the pressures and the
16  lactate all looked good, the only thing that you
17  could be referring to, when you say it wasn't
18  the most robust and it wasn't very happy, would
19  be the way that it looked physically while it
20  was beating in the box; isn't that true?
21     MR. BRANTINGHAM: Same objection.
22     Q. And if there's something else, then I'm
23  going to ask you what it is.
24     **A. The flows and pressures are not**
25  **captured at all times on here, and therefore you**

---

Page 51

1  **can have it go out of range peri -- for a slight**
2  **little bit and it not be captured.**
3     Q. Uh-huh.
4     **A. As far as how it looked, I don't recall**
5  **anything.**
6     Q. That doesn't mean that there wasn't
7  something going on with it, it just means you
8  don't remember; right?
9     MR. BRANTINGHAM: Object to the form
10  and the -- and foundation. I think it
11  explicitly calls for speculation.
12     **A. The main thing I look at is flows,**
13  **pressures, and lactates.**
14     Q. No. Ms. Fay, I get that. I understand
15  that. And when we look at the main things that
16  you look at, all of the objective data looks
17  really good. Right?
18     **A. Yes.**
19     Q. And that's what you were specifically
20  telling Megan and Alex, "Look, the objective
21  data for this heart looked really good;" right?
22     **A. Yes.**
23     Q. But despite the objective data looking
24  really good, it wasn't the most robust heart and
25  it wasn't a very happy heart; right?

---

Page 52

1      MR. BRANTINGHAM: Is the question again
2  what the text message said?
3      MR. THOMPSON: Make an objection.
4      MR. BRANTINGHAM: I object --
5      MR. THOMPSON: Don't ask me a question.
6  I'm not interested in your questions.
7      MR. BRANTINGHAM: I object as asked and
8  answered repeatedly.
9      MR. THOMPSON: Great.
10     Q. I'll take an answer.
11     MR. BRANTINGHAM: I object to the form.
12  I object as asked and answered. Go ahead.
13     Q. Look, I know that you don't want to
14  admit that when you sent this text message what
15  you probably meant was that there was something
16  about the way that that heart function looked
17  that wasn't the most robust and it wasn't very
18  happy. I get that. But can't you and I agree
19  that there's no other rational explanation for
20  why you would have sent that text message?
21  Because the objective data all looks good.
22     MR. BRANTINGHAM: I object to the form
23  of the question. I object to the preamble to
24  the question and the attempt to influence the
25  witness. You can answer, Ms. Fay.

---

Page 53

1      **A. Other than the lactates, the flows, and**
2  **the pressures, the only other things is looking**
3  **at the heart.**
4     Q. So now let's go back to the airplane.
5  There would be one of two ways that the surgeons
6  could be alerted to the fact that the heart
7  didn't look good. One would be if they were
8  awake and they saw it, but we know they weren't
9  awake; right?
10     **A. They were for part of it.**
11     Q. Well in your text messages you said
12  that they were asleep for -- I want to make sure
13  I don't misquote you -- "They were asleep most
14  of the time" is what you texted to Megan and
15  Michael Pick; right? That's page 25083.
16     **A. I did text that.**
17     Q. And then on 25075 you texted Adam Skow
18  "2 people who were asleep for the almost 3 hour
19  flight." Do you see that?
20     **A. Yes.**
21     Q. For how much of that flight do you
22  think Dr. Knop and Dr. Altarabsheh were actually
23  awake?
24     **A. I don't recall.**
25     Q. The other way that they could have been

---

14 (Pages 50 to 53)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 54

1  alerted to the fact that the heart didn't look
2  happy and/or wasn't robust is if either you or
3  Megan would have told them; right?
4      **A. Yes.**
5      Q. Do you think you told them?
6      **A. They saw the heart when they got on the**
7  **plane. Whenever they woke up they saw the**
8  **heart. We would tell them if we were not able**
9  **to keep the flows and pressures where they**
10 **should be and if the lactates were not**
11 **responding as they should be.**
12     Q.
13
14
15
16
17
18     Q. Tell me what you meant to convey with
19 that.
20     **A. That they didn't see the whole trend of**
21 **the lactate, which is the most important part.**
22     Q. There's two parts of the lactate trend
23 that we're looking at; right?
24     **A. Yes.**
25     Q. One is we want to -- we don't want to

Page 55

1  see a lactate that's increasing overall; right?
2      **A. Yes.**
3      Q. And the other is that we want to see
4  the arterial lactate greater than the venous
5  lactate; right?
6      **A. Yes.**
7      Q. If a lactate is increasing, is that
8  still cause for concern even if the arterial is
9  greater than the venous?
10     MR. BRANTINGHAM: Form, foundation. Go
11 ahead.
12     **A. It's expect -- it --**
13     **That happens and we use our guidelines**
14 **to correct it.**
15     Q. So I think the answer to my question
16 is -- and let me just see if I can put a
17 slightly different spin on it -- presumably
18 there are some lactates where, if it gets that
19 high, it is a concern. If you got a lactate of
20 7, you probably don't care even if -- even if
21 the arterial's higher than the venous. That's
22 still a big deal; right?
23     **A. It is cause for concern, yes.**
24     Q. I'm gathering from some of your
25 testimony and from a lot of these text messages,

Page 56

1  the fact that the lactates here never got above
2  three makes you and some other people feel
3  pretty good about at least that objective
4  measurement; fair?
5      **A. Yes.**
6      Q. Particularly in combination with the
7  fact that the arterial, at least for the last
8  several, was higher than the venous; true?
9      **A. Yes.**
10     Q. All right. Why is it that you're
11 supposed to get a hematocrit from the donor
12 before the heart's put on the OCS?
13     **A. The exact reason, I'm not sure why.**
14     Q. Do you know --
15     **A. The surgeons are in charge of that.**
16     Q. The surgeons are in charge of that?
17     **A. Uh-huh.**
18     Q. Yes?
19     **A. Yes.**
20     Q. You know the hematocrit is supposed to
21 be where?
22     **A. Ideally we want it greater than 25.**
23     Q. When you did your OCS training, did you
24 read the part of the manual that talks about
25 safety information and says "The following

Page 57

1  conditions may negatively impact perfusion."
2  One of them is a donor hematocrit less than
3  25 percent. Do you see that?
4      **A. Yes.**
5      Q. "Low donor hematocrit should be managed
6  by transfusing packed red cells prior to donor
7  blood collection." See that?
8      **A. Yes.**
9      Q. Now you draw a hematocrit when you
10 prime the machine; right?
11     **A. Yes.**
12     Q. Do you remember what the hematocrit was
13 when you primed the machine for this one?
14     **A. No.**
15     Q. If it was 21, would that be cause for
16 concern?
17     **A. It's something we take note of.**
18     Q. You didn't take note of it though; did
19 you?
20     **A. I don't recall.**
21     Q. Do you know if the surgeons took note
22 of it?
23     **A. I don't recall.**
24     Q. Okay. Let's go back to the Excel
25 spreadsheet printout.

15 (Pages 54 to 57)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 58

1    **A. (Witness complying.)**
2    Q. And I want to go to -- 22:33 is the
3    time I want you to look at.
4    **A. (Witness complying.)**
5    Q. Let me know when you're there.
6        MR. BRANTINGHAM: What line is that on
7    the Excel?
8        MR. THOMPSON: Oh, I don't know. I'm
9    looking at a different piece of paper.
10   Twenty -- 23:33, I'm sorry, so 55. Row 55.
11   Q. Are you there?
12   **A. Yes.**
13   Q. At 23:33 either you or Ms. Osterhaus
14   turned on the ECG Sync Mode; right?
15   **A. Yes.**
16   Q. It was not on EC -- ECG Sync before
17   that; was it?
18   **A. No.**
19   Q. Now you are trained that there's four
20   different scenarios when ECG Sync Mode would be
21   used; right?
22   **A. We have been taught we almost always**
23   **turn it on.**
24   Q. Okay. Were you trained that there's
25   four different ways to manage the heart once it

Page 59

1    goes into ECG Sync Mode?
2        This is from your own documents. This
3    is page 24626. "4 Scenarios to use sync mode."
4    Have you ever seen this before?
5    **A. Yes.**
6    Q. Okay. When is the last time you think
7    you saw that?
8    **A. I'm not sure.**
9    Q. Okay. If there is "Good lactates, Set
10   Sync mode and decrease flow." What would we be
11   talking about when it says "decrease flow?"
12   **A. Decrease the perfusion flow.**
13   Q. Perfusion flow. Okay.
14   If --
15   **A. Or the pump flow.**
16   Q. If the "Lactates are OK but not great,
17   Set Sync mode and leave flow the same." See
18   that?
19   **A. Yes.**
20   Q. Okay. What was going on with the flow
21   in the ten minutes or so after either you or Ms.
22   Osterhaus turned on ECG Sync Mode? It's on the
23   document right in front of you there.
24   **A. They increased slightly.**
25   Q. Uh-huh.

Page 60

1    Which one of those scenarios in your
2    training materials say "Set Sync mode and
3    increase the flow?"
4        MR. BRANTINGHAM: I'll object to the
5    form of the question.
6        MR. THOMPSON: What's wrong with the
7    form of the question?
8        MR. BRANTINGHAM: You're asking her to
9    identify something on this document?
10       MR. THOMPSON: Yeah.
11       MR. BRANTINGHAM: Okay.
12       MR. THOMPSON: I think that was pretty
13   obvious, but go ahead.
14   **A. None of them say increase flow.**
15   Q. Is it typical for you to set the ECG
16   Sync Mode and then turn up the flow?
17   **A. Turn it up? No.**
18   Q. Why would you be increasing the
19   pulmonary flow at 23:33?
20   **A. I don't recall doing that.**
21   Q. What would be the reasons for
22   increasing the pulmonary flow?
23   **A. To help the lactate.**
24   Q. Do you know why your training materials
25   don't say anything about setting the ECG Sync

Page 61

1    Mode and then turning up the flow?
2    **A. You're asking why it doesn't?**
3    Q. I'm asking if you know.
4    **A. No.**
5    Q. Okay. If the lactates are okay but not
6    great --
7        And you're telling me that the reason
8    why you would be turning up the pulmonary flow
9    is to improve the lactates; right?
10   **A. Yes.**
11   Q. So what you're supposed to do, if the
12   lactates are okay but not great, is to set the
13   Sync Mode and then leave the flow the same;
14   right?
15   **A. Yes, initially.**
16   Q. Why didn't you do that?
17   **A. I don't recall turning it up.**
18   Q. You said that the reason that it would
19   be turned up would be to improve the lactates.
20   Is that --
21       Did I understand you correctly?
22   **A. Yes.**
23   Q. Do you know what the lactates were at
24   that particular point in time?
25   **A. Now right off.**

16  (Pages 58 to 61)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 62

1      Q. I'm going to hand you 24890. The
2  arterial lactate at 23:26 was 1.35; right?
3      **A. Yes.**
4      Q. And the venous lactate, five minutes
5  later, at 23:31 was 1.49; right?
6      **A. Yes.**
7      Q. That means that the heart is producing
8  lactate; true?
9      **A. True.**
10     Q. And so that would probably be why you
11  turned up the pulmonary flow, because you
12  noticed that this heart was producing lactate
13  and you were trying to stop it from producing
14  lactate; right?
15     MR. BRANTINGHAM: Foundation. You can
16  answer.
17     **A. That would be why we turned it up, but**
18  **I don't recall turning it up.**
19     Q. No. That's fair.
20     Is there any other reason that you can
21  think of why you would turn up the pulmonary
22  flow?
23     **A. To bring it back into range if it**
24  **happened to be out of range.**
25     Q. If it was below the range it should be

Page 63

1  in.
2      **A. Yes.**
3      Q. And we know that wasn't the case here;
4  right?
5      **A. Yes.**
6      Q. What are the increments for pulmonary
7  flow, like can it go up .01 at a time?
8      **A. Without the document, I can't tell you**
9  **the exact increment.**
10     Q. Okay. At 23:49 the lactate was 1.87;
11  right?
12     **A. Yes.**
13     Q. That is an increase from where the
14  lactate had been the last time you checked it;
15  right?
16     **A. Yes.**
17     Q. What are you supposed to do if the
18  lactate is increasing?
19     **A. We will either turn up flows or turn up**
20  **pressures.**
21     Q. You didn't turn up the flow; did you?
22     The flow at 23:51, two minutes after
23  you took the lactate, was 1.04, and that's what
24  it was right before you took the lactate; right?
25     **A. We wouldn't have done anything until**

Page 64

1  after the second lactate.
2      Q. That was the second lactate.
3      The first lactate -- the first arterial
4  lactate was taken at 23:26 and it was 1.35.
5      **A. Yes.**
6      Q. And then the second arterial lactate
7  was taken at 23:49 and that was 1.87. That is
8  an increase in the lactate; right?
9      **A. Yes.**
10     Q. And what you're supposed to do, if the
11  lactate is going up, is increase -- you said
12  either increase the pressure or increase the
13  flow?
14     **A. Yes.**
15     Q. You didn't do either one of those
16  things; did you?
17     **A. (Witness reviewing.)**
18     Q. You're looking at the lactates. You
19  got to look at the Excel spreadsheet to answer
20  my question.
21     The pulmonary flow two minutes after
22  you do the lactate was 1.04, and that's what it
23  was two minutes before you took the lactate;
24  right?
25     **A. What time are we looking at?**

Page 65

1      Q. 23:49.
2      A. Okay.
3      Q. And at 23:49, the pressure was set at
4  what? Seventy-five.
5      A. Okay.
6      Q. Which is where it starts; right?
7      **A. Yes.**
8      Q. You know that your training tells you
9  that if there's an increasing lactate, you're
10  supposed to increase that pressure to 80 and
11  recheck the lactate within five to ten minutes;
12  right?
13     **A. Per the document, yes.**
14     Q. Well I mean per the document and per
15  your training. That's what you're supposed to
16  do. That's what you're taught to do; right?
17     **A. Yes.**
18     Q. You didn't do that; did you?
19     **A. I don't recall what we did.**
20     Q. Well but we can --
21     The -- the data is saved and
22  downloaded, and so we can see exactly what you
23  did and didn't do. Right? That's a compound
24  question.
25     The data is downloaded and saved;

17 (Pages 62 to 65)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 66

1  right?
2      A. Yes.
3      Q. And the fact that the data is
4  downloaded and saved means we can see exactly
5  what you did and didn't do; right?
6      A. Yes.
7      Q. And what you didn't do is increase the
8  flow; right?
9      A. (Witness reviewing.)
10      Q. You just got to look at the document.
11  The flow stayed at 1.04; right?
12      A. At 23:39.
13      Q. Not looking at 23:39.
14      A. Yes.
15      Q. We're looking at 23:51, which is right
16  after you drew the lactate that showed the
17  lactate was increasing, --
18      A. Okay.
19      Q. -- you left the pulmonary flow at 1.04;
20  right?
21      A. We increased it at 23:57.
22      Q. That wasn't my question. We're going
23  to get there.
24          The pulmonary flow stayed at 1.04 after
25  you drew that arterial lactate -- the second

Page 67

1  arterial lactate that showed the lactate was
2  going up; right?
3      A. Yes.
4      Q. You also left the pressure set at 75,
5  even though your training tells you to change it
6  to 80; right?
7      A. We don't change anything till after the
8  venous so we see if it's absorbing or secreting.
9      Q. Great. So when you checked the venous
10  at 23:54, that showed a venous lactate of 2.06;
11  right?
12      A. Yes.
13      Q. The venous lactate was also going up;
14  was it not?
15      A. Yes.
16      Q. The venous lactate is still greater
17  than the arterial lactate; is it not?
18      A. Yes.
19      Q. What does that mean?
20      A. That the heart's secreting lactate.
21      Q. Not what you want to see; right?
22      A. Correct.
23      Q. Okay. Now you said that what you're
24  supposed to do is you wait to see what happens
25  with the venous lactate and then you make the

Page 68

1  changes to the pump; is that what you said?
2      A. Yes.
3      Q. So the pressure, after you got that
4  venous lactate at 23:54, what did you do with
5  the pressure?
6      A. We left it the same.
7      Q. Left it the same.
8          You know that that is contrary to your
9  training; right? Do you know that that's
10  contrary to your training?
11          You do know that what your training
12  tells you and what the manufacturer tells you is
13  that if there's a rising lactate, you move the
14  pressure up to 80 and you recheck the lactate in
15  five to ten minutes; right?
16          And if your answer is actually "I don't
17  know what I'm supposed to do," you can answer it
18  that way, too.
19      A. I don't know why we went up on flows
20  instead of the pressure.
21      Q. Wasn't my question. My question's
22  actually super, super simple, and on -- you've
23  just got to answer that and not think too deep
24  into it.
25          You know that what your training tells

Page 69

1  you you're supposed to do and what the manual
2  tells you you're supposed to do is if there's an
3  increasing lactate, you increase the pressure to
4  80; right?
5      A. Yes.
6      Q. And what you're also supposed to do is
7  recheck the lactate within five to ten minutes;
8  right?
9      A. Per the guideline, yes.
10      Q. Yeah. Per the guideline, per the
11  manufacturer, per your own training; right?
12      A. Yes. That is what we are supposed to
13  do.
14      Q. But as for why you didn't do what your
15  training says you're supposed to do, what the
16  guideline says you're supposed to do, and what
17  the manufacturer says you're supposed to do, you
18  just don't know; fair?
19      A. We are not able to draw lactates and
20  recheck them during transports -- or during the
21  transport in the vehicle or anything like that.
22  So if it was during that time, we can't draw
23  them in five to ten minutes.
24      Q. You mean like while you're carrying the
25  thing into the airplane?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 70

1  A. Or in the vehicle to and from the
2  airport.
3  Q. You're not able to do it?
4  A. No.
5  Q. Why not?
6  A. The heart is typically, if we're in an
7  SUV -- I don't remember where --
8  I don't remember where we were or what
9  vehicle we had, but if we physically can't get
10 to the ports to draw them, we can't draw them.
11 Q. Okay. Now the pump pressure stays the
12 same. Certainly being in the SUV wouldn't
13 prevent you from turning up the pump pressure;
14 right?
15 A. Correct.
16 Q. So then at 00:31 you draw another
17 lactate, and that's 2.62; right?
18 A. Yes.
19 Q. Now that is an increase from the last
20 lactate and it's also an increase from the first
21 lactate; true?
22 A. True.
23 Q. In other words, the lactate is
24 continuing to rise; right?
25 A. Yes.

Page 71

1  Q. Now here again with that rising
2  lactate, you're supposed to change the pump
3  pressure to 80; right?
4  A. If that's what my document says to do.
5  Q. Now you -- you --
6  Well I mean do you have this document
7  with you when you're doing one of these runs?
8  A. Yes.
9  Q. Do you act --
10 Do you have to go and look in the
11 document every time you draw a lactate?
12 A. When I need to know what the next step
13 is, I look at the document, yes.
14 Q. Fair. And that's good. That's why we
15 have documents and checklists, things like that.
16 But my first question is: Is this the
17 sort of thing that you would have to go and look
18 in the document to know what to do?
19 A. I reference it, yes.
20 Q. Okay. So what you would have done then
21 is you would have gone and actually looked in
22 the document, seen what you were supposed to do,
23 and then ignore it.
24 MR. BRANTINGHAM: Object to the form of
25 the question.

Page 72

1  A. I wouldn't have ignored it.
2  Q. Okay. Then you must not have actually
3  looked at the document.
4  A. I don't recall what happened --
5  Q. I understand that.
6  A. -- at that point.
7  Q. Well but what we know for sure didn't
8  happen is you didn't increase the pump flow;
9  right? And you also didn't increase the
10 pressure.
11 MR. BRANTINGHAM: Object to the
12 compound question.
13 Q. I'll break it up.
14 You didn't increase the pressure from
15 75 to 80 yet again; right?
16 A. Correct.
17 Q. And you, this time, also didn't even
18 change the pulmonary flow; right?
19 A. I -- I don't know if we did or not.
20 It's not --
21 Q. Well we know you didn't because it's in
22 the document.
23 MR. BRANTINGHAM: Let her finish her
24 answer, please. Go ahead and finish your
25 answer.

Page 73

1  A. This doesn't show that we actually
2  turned the knob and set it. It's telling us
3  what the flows started doing. So even if we did
4  increase it, it didn't -- doesn't seem that it
5  increased it, but it doesn't mean that we didn't
6  turn it to try to get it up.
7  Q. So what we see on this printout is
8  the -- the readout of what the actual flow is?
9  A. Yes.
10 Q. Not where you've set it on the machine.
11 A. Yes.
12 Q. Isn't part of your job that if you set
13 the flow at, say, 1.15, but the actual flow is
14 only at 1.1, you got a problem that needs to be
15 dealt with; right?
16 A. Well we set them and then wait to see
17 what happens, because there is other -- there is
18 other medications that also were working in the
19 background to get us to wherever we have it set.
20 Q. Wherever you set it, what we know is
21 that the pump -- the pulmonary flow did not go
22 up. I mean we've got the data right there;
23 right?
24 A. It did eventually go up.
25 Q. When?

19 (Pages 70 to 73)

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 74

1      A. At --
2          So going from 1.09, it went to 1.1 to
3  1.11 to 1.2.
4      Q. Right. So I'm sticking now -- we're --
5      You're back in time. I'm at lactate
6  number three at 12:30 -- or 12:31 in the
7  morning, second consecutive lactate that is
8  increased. I'm looking at pulmonary flows and
9  I'm seeing that 1.1, 1.11, 1.11, 1.12, 1.12,
10  1.12, 1.13, back down to 1.12. You see what I'm
11  talking about?
12      A. I do.
13      Q. Yeah.
14         Now again, the major point here is your
15  training doesn't tell you to increase the
16  pulmonary flow, your training tells you to
17  increase the pressure; right?
18         MR. BRANTINGHAM: I think that's been
19  asked and answered.
20      A. Yes.
21      Q. And very definitively, even after this
22  third lactate, you didn't increase the pressure;
23  right?
24      A. No.
25      Q. You also, yet again, didn't check

Page 75

1  another lactate within five to ten minutes as
2  you're supposed to do when there's an increasing
3  lactate; right?
4      A. If we didn't check it, there was a --
5  due to transport or what have you, there was --
6  and we weren't able to.
7      Q. We know that you were able to draw a
8  lactate at 12:31 in the morning; right?
9      A. Yes.
10      Q. Okay. So what would be the reason why
11  you wouldn't have been able to draw a lactate
12  five minutes later?
13      A. I don't recall the reason.
14      Q. Well especially since we know that you
15  did draw a venous lactate four minutes later --
16      A. Yes.
17      Q. -- because it's on there.
18         Go now to 1:00 o'clock in the morning,
19  1:04 to be precise. Now you draw the fourth
20  lactate. It's a half hour later instead of five
21  to ten minutes later and now the lactate has
22  gone from 2.62 to 2.79; right?
23      A. Yes.
24      Q. The lactate is still increasing; right?
25      A. Yes.

Page 76

1      Q. Why didn't you now, for the fourth
2  time, increase the pressure?
3         MR. BRANTINGHAM: Just object to
4  foundation, form.
5      A. I don't know.
6      Q. Can you and I agree that, at least now
7  with the third consecutive increasing lactate,
8  you should have increased the pressure as the
9  manual and your training and the guideline tell
10  you to do?
11      A. I don't know why we wouldn't have.
12      Q. My question was: Don't you think you
13  should have done what your training tells you to
14  do and what the manual tells you to do?
15      A. Yeah.
16      Q. Let's jump ahead to 1:33.
17      A. (Witness complying.)
18      Q. Now for some reason at 1:33, that's
19  row 115, you do increase the pressure for two
20  minutes and then it goes right back down. Do
21  you think that -- what do you --
22         Did the machine get bumped, or what do
23  you think happened there?
24      A. We didn't --
25         We wouldn't have turned it up and

Page 77

1  turned it back down.
2      Q. Okay. At 1:39 in the morning you take
3  the fifth lactate. Now the lactate is 2.87. It
4  is, yet again, increasing; right?
5      A. Yes.
6      Q. And what's your training tell you to
7  do?
8      A. I would have to reference that.
9      Q. Well probably the same thing that we've
10  talked about the last four times, turn the
11  pressure up; right?
12      A. Uh-huh.
13      Q. Yes? You got to say "yes," not
14  "uh-huh."
15      A. Yes.
16      Q. Now at 2:03, for the first time, the
17  lactate looks like it's stabilized; right?
18      A. Yes.
19      Q. Is the --
20         Do you know what the phrase "delta
21  between the venous and the arterial lactates"
22  mean?
23      A. Yes.
24      Q. Is that relevant?
25      A. As long as it is decreasing, that's

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 78

1    **what we're looking at.**
2      Q. As long as what is decreasing?
3      **A. As long as the difference between the**
4    **arterial and venous lactates are decreasing or**
5    **increasing, that is what we're looking at.**
6      Q. Well which is it, you want them -- you
7    want the delta to decrease or the delta to
8    increase?
9      **A. We want the venous lactates to be less**
10   **than the arterial lactates.**
11     Q. If the gap --
12      Let's say that the venous lactate is
13   higher than the art -- or the arterial is higher
14   than the venous, that's what you're looking for;
15   right?
16     **A. Yes.**
17     Q. Let's say the gap is .1, and then the
18   next time you check it the gap is .05 between
19   the two. Is that relevant at all?
20     **A. As long as it's less than, that's what**
21   **we're looking for.**
22     Q. You told me way back early in the
23   deposition that trends are really important when
24   you're on the OCS; right?
25     **A. Yes.**

Page 79

1     Q. Okay. Go to 2:41.
2     **A. (Witness complying.)**
3     Q. You take an arterial lactate at 2:41.
4   Why didn't you follow that up with a venous
5   lactate?
6     **A. I don't recall the reason why.**
7     Q. Your training is that you draw both an
8   arterial and a venous lactate because it's
9   really important to know whether one is larger
10   than the other; right?
11     **A. Yes.**
12     Q. At 1:49 it looks like you actually did,
13   for the first time, turn up the flow.
14     **A. Yes.**
15     Q. Any idea why?
16     **A. We turned up the pressure.**
17     Q. Pressure. Sorry.
18     **A. I don't know the exact reason, but**
19   **based off of these lactates, we most likely did**
20   **it because of that.**
21     Q. What do you mean by that?
22     **A. Because the blood -- or the arterial**
23   **lactate went from 2.79 to 2.87.**
24     MR. BRANTINGHAM: Do you need a break?
25     THE WITNESS: Yes.

Page 80

1     MR. BRANTINGHAM: Can we take a break?
2     MR. THOMPSON: Sure.
3     THE REPORTER: Okay. Off the record.
4   (Recess taken from 4:04 p.m. to 4:20
5   p.m.)
6     THE VIDEOGRAPHER: We're on video.
7     THE REPORTER: We're on the record.
8   BY MR. THOMPSON:
9     Q. So we took about a 15-minute break.
10   Without giving me any details -- and give him a
11   second so he can object -- did you talk to Mr.
12   Brantingham about the subject matter of the
13   questions that you've been asked so far?
14     MR. BRANTINGHAM: Yeah. I don't
15   think -- I think that's privileged. You -- you
16   can answer that we spoke. You can't talk about
17   the -- topics.
18     Q. Okay. Clearly you talked to him;
19   right?
20     **A. We spoke.**
21     MR. BRANTINGHAM: I -- yeah, that's
22   fine. You can say we spoke. Don't -- don't --
23   don't otherwise answer questions about our
24   communications, and I believe that is privileged
25   and I'm asserting that privilege.

Page 81

1     Q. Okay. Were you talking to Mr.
2   Brantingham for the entirety of that 15-minute
3   break?
4     **A. No.**
5     Q. And for how long were you talking to
6   Mr. Brantingham during that break?
7     MR. BRANTINGHAM: You can answer that
8   question.
9     **A. A few minutes.**
10     Q. Okay.
11     THE VIDEOGRAPHER: Can we go off the
12   record for a second?
13     THE REPORTER: Off the record.
14     (Discussion off the record.)
15   BY MR. THOMPSON:
16     Q. Okay. During some of your questioning,
17   I got the impression that your primary focus
18   is -- with respect to the lactates is checking
19   to make sure that the arterial lactate is higher
20   than the venous. Did I understand you
21   correctly?
22     **A. Yes.**
23     Q. Okay. I'm going to hand you another
24   page from your training manual, and this is
25   page 24575. And there's a section on there that

21 (Pages 78 to 81)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 82

1   says "Optimizing Perfusion." Do you see that?
2       **A. Yes.**
3       Q. There's five different bullet points
4   under that where it says "In broad terms the OCS
5   specialist would like to see." Do you see that?
6       **A. Yes.**
7       Q. The first bullet point is "A stable or
8   decreasing trend of lactate;" right?
9       **A. Yes.**
10      Q. You did not have a stable or decreasing
11  trend of lactate until the very end of this OCS
12  run; isn't that right?
13          MR. BRANTINGHAM: Object to form.
14      **A. The first part of it was not stable --**
15      Q. Well --
16      **A. -- or decreasing.**
17      Q. -- OCS started at 23:06. Is that
18  right?
19      **A. Yes.**
20      Q. When does --
21          The OCS stops at 3:20. Is that right?
22          Rather than making you fumble for it, I
23  will represent to you that on page 2942, the
24  medical record indicates that the OCS stop time
25  was 3:20. Okay?

Page 83

1       **A. Okay.**
2       Q. All right. So just go with me on that.
3          So from twenty-three oh --
4          Tell me when you think the lactates
5   stabilized.
6       **A. We started seeing the desirable trends**
7   **between these two lactates.**
8       Q. At 2:03 in the morning was the first
9   time that you had a lactate that was not
10  increasing; right?
11      **A. Correct.**
12      Q. All right. So for the first three
13  hours of that four-hour-and-20-minute run you
14  did not have a stable or decreasing trend of
15  lactate; true?
16      **A. Sometime after the 1:39 and 1:44**
17  **lactate, it stabilized.**
18      Q. You didn't have a stable lactate trend
19  until you drew the sixth lactate at 2:03 a.m.;
20  right? From a clinical standpoint, you don't
21  say oh, well, I don't have a lactate in between,
22  so I'm just going to assume it's okay.
23      **A. That was the --**
24          MR. BRANTINGHAM: Okay. Object to the
25  form of the question.

Page 84

1           MR. THOMPSON: I'm going to strike that
2   question and I'm going to move to a different
3   question.
4       Q. You're relying on data when you are
5   doing an OCS run; correct?
6       **A. Yes.**
7       Q. The data that you have is that the
8   lactate stabilized as of 2:03 a.m.; right?
9       **A. Yes.**
10      Q. Now go back to page 24575. Separate
11  from wanting to see a stable or decreasing trend
12  of lactate, you also want to see an arterial
13  lactate that's greater than a venous lactate;
14  true?
15      **A. Yes.**
16      Q. So those are two separate concepts and
17  you want to see both; right?
18      **A. Yes.**
19      Q. The third thing you want to see is a
20  heart that's in normal sinus rhythm with a heart
21  rate between 80 and 90 beats per minute; true?
22      **A. Yes.**
23      Q. The heart rate for this heart was 79,
24  and I'm guessing that's close enough to 80 for
25  your purposes.

Page 85

1       **A. Yes. It fluctuates -- it deviates**
2   **slightly from the 80. Yes.**
3       Q. The fourth bullet point says what?
4       **A. "Visual inspection shows good**
5   **contractility."**
6       Q. So it's not just the -- the surgeon's
7   are looking and doing a visual inspection,
8   that's one of the bullet points that the OCS
9   specialist would like to see; right?
10      **A. Yes.**
11      Q. You're supposed to be looking for
12  visual evidence that that heart has good
13  contractility; true?
14      **A. True.**
15      Q. All right. Now a little ways further
16  down on that page "Initial Management with
17  Normal AOP and CF." Do you see that?
18      **A. Yes.**
19      Q. Your training manual walks you through
20  very carefully step by step what you're supposed
21  to be doing if you don't see a stable or
22  decreasing trend of lactate; right?
23          MR. BRANTINGHAM: Object to the form of
24  the question.
25      **A. It gives us a guideline to follow.**

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 86

1    Q. Step by step what you're supposed to
2  do; right?
3    **A. It gives us a guideline to follow.**
4    Q. Are you saying that this is just a
5  guideline but you don't need to follow it if you
6  don't want to?
7        MR. BRANTINGHAM: I'll object to the
8  form of the question and the argumentative
9  nature of the question.
10   **A. I'm saying that we will follow this,**
11 **but there's other things that could affect when**
12 **and what we do.**
13   Q. Fair enough.
14       What your training tells you is you're
15 not supposed to increase the pulmonary flow as a
16 remedy for increasing lactate until after the
17 third set of lactates and after you have first
18 tried to increase the pressure several times;
19 right?
20       MR. BRANTINGHAM: Foundation.
21   **A. Can you rephrase that?**
22   Q. Yeah. We'll just go through it step by
23 step.
24       Your management strategy is based on
25 what you see on the second set of lactates;

Page 87

1  true?
2    **A. It can be, yes.**
3    Q. The first set of lactates is drawn as a
4  baseline; right?
5    **A. Yes.**
6    Q. And then you draw a second set of
7  lactates in order to see what the lactate trend
8  is; right?
9    **A. Yes.**
10   Q. If the second set of lactates "show
11 increasing lactates: Increase Auto AOP by 5
12 mmHg;" right?
13   **A. That's what this says, yes.**
14   Q. You didn't do that; right?
15   **A. No.**
16   Q. You told me back when we were looking
17 at this Excel spreadsheet, "Oh, I didn't do that
18 but I increased the pulmonary flow." This
19 doesn't tell you to increase the pulmonary flow;
20 does it?
21   **A. In this particular steps, no.**
22   Q. Is there some other training manual or
23 some other guideline that you've been provided
24 that I should be looking at instead?
25   **A. No, this is it.**

Page 88

1    Q. Okay. So let's stick just with the
2  only training that you got. You didn't follow
3  it on step one; right?
4    **A. I do not know why we did not increase**
5  **it at that point.**
6    Q. Yeah. Wasn't my question. I know you
7  don't know why.
8        You didn't follow this training and you
9  don't know why; right?
10       MR. BRANTINGHAM: Object to the form of
11 the question.
12   **A. There are other factors that go into**
13 **when we change things.**
14   Q. What factors go into whether you're
15 going to follow your training and increase the
16 Auto AOP by five millimeters of mercury if you
17 see an increasing lactate on that second draw?
18   **A. The maintenance could be -- could be**
19 **fluctuating in the background. There could be**
20 **data that's in between these two minutes that do**
21 **not reflect what is being -- what is happening.**
22 **The surgeons could tell us something that they**
23 **are fine with it. There's a lot of other**
24 **things, besides being black and white, as to why**
25 **we don't do something when it says to do**

Page 89

1  something.
2    Q. Okay. Let's go through those.
3        What does maintenance fluctuating in
4  the background mean?
5    **A. There's maintenance fluid that**
6  **auto-titrates up and down to help stabilize the**
7  **flows and coronary pressure -- or the -- the**
8  **pressures and the coronary flows.**
9    Q. How does that change the fact that if
10 you see an increasing lactate, you're supposed
11 to take action to try to stop the lactate from
12 continuing to increase?
13   **A. We're looking at overall trends. We're**
14 **not looking at what the number exactly is doing.**
15   Q. The only trend you had after that
16 second lactate was that the lactate was going
17 up; right?
18   **A. It always goes up.**
19   Q. Well and if it always goes up, then
20 you're always supposed to increase the Auto AOP
21 by five millimeters of mercury and you shouldn't
22 have had to look in the manual to know that;
23 right?
24       MR. BRANTINGHAM: Object to the form of
25 the question. You can answer.

23 (Pages 86 to 89)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 90

1    **A. We don't necessarily change something**
2    **while we're in transit from the hospital to the**
3    **plane.**
4        Q. I'm going to go back to my question.
5        Your testimony, I think, was that for
6    the second set of lactates, it always has
7    increased from the first. Is that your
8    testimony?
9        **A. Every heart I have ever had, it always**
10   **increases. Yes.**
11       Q. Okay. So then shouldn't it have been a
12   very --
13       Shouldn't you automatically then, after
14   the second set of lactates, be ready to increase
15   the pressure? Because you've supposed to have
16   done that for literally every single heart you
17   have ever transported on OCS.
18       **A. We need to wait for the flows and**
19   **pressures and the maintenance to regulate.**
20       Q. Is there something on this data
21   printout that shows that something wasn't
22   regulated that was preventing you from changing
23   the pressure?
24       **A. There's only data points every two**
25   **minutes.**

Page 91

1        Q. How long do you wait for things to
2    regulate before you do what the instructions
3    tell you to do?
4        **A. If we're seeing fluctuations in the**
5    **maintenance fluid or we're hitting bumps in the**
6    **road or there's turbulence, we will take another**
7    **set once we stabilized out to see what is**
8    **actually going on with the heart.**
9        Q. So you're telling me that it's routine
10   for you to take a second set of lactates, see
11   that it is increasing, know that your training
12   tells you to increase the pressure, and not do
13   it. That's common for you.
14       MR. BRANTINGHAM: Object to the form of
15   the question.
16       **A. I am saying that this is something that**
17   **is not uncommon to happen.**
18       Q. What is something that's not uncommon,
19   for there to be an increasing lactate and for
20   you to not follow your training?
21       MR. BRANTINGHAM: Object to the form of
22   the question.
23       **A. For there to be an increasing lactate**
24   **but multiple things happening in the background**
25   **and us waiting for a -- for the flows and**

Page 92

1    pressures to stabilize so that we can get a good
2    idea of what is actually going on with the
3    heart.
4        Q. But if we look at the data, the flows
5    and the pressures were perfectly stabilized;
6    right?
7        **A. But in between these two minutes,**
8    **this -- there is -- they're only gathering data**
9    **every two minutes. When you hit bumps, when**
10   **we're moving it, those things will change.**
11       Q. So again, back to an earlier question.
12   How long are you going to wait? Because what I
13   see here is you draw the second lactate at 23:49
14   that shows that it's increasing; right?
15       **A. Yes.**
16       Q. And you're supposed to increase the
17   pressure. And you're telling me, "Well, maybe
18   we didn't do that because we're waiting for
19   things to normalize." Is that what you told me?
20       **A. That is something that we do.**
21       Q. So I'm seeing from 23:49, gosh, until
22   1:49, two hours before the pressure gets
23   increased. You're not trying to say that you
24   were waiting two hours for the maintenance
25   fluids to settle down; are you?

Page 93

1        **A. What happened in those two hours, I**
2    **don't know.**
3        Q. Are you really trying to suggest to us,
4    under oath, that you think what may have
5    happened is that things were just so crazy and
6    the maintenance fluid was going bananas and we
7    just didn't have an opportunity to increase the
8    pressure?
9        **A. No. We did other things.**
10       Q. Right. Like continue to check the
11   lactates and see that they were continuing to
12   increase, and you still didn't change the
13   pressure; right?
14       MR. BRANTINGHAM: Object to the form of
15   the question, asked and answered.
16       **A. The flows and coron --**
17       **The pump flows and coronary flows were**
18   **increased.**
19       Q. None of that was my question.
20       How hard is it to increase the
21   pressure?
22       **A. It is not hard.**
23       Q. It's a little dial; right?
24       **A. Yes.**
25       Q. And you just turn it; right?

24 (Pages 90 to 93)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 94

1    A. No. That increases flow.
2    Q. Okay. How do you change the pressure?
3    A. You go into one of the medications and
4    change the AOP.
5    Q. Okay. How long does that take?
6    A. Twenty, 30 seconds.
7    Q. Do you have the ability to do that if
8    the -- there's turbulence?
9    A. Yes.
10   Q. Do you have the ability to do that if
11   Megan Osterhaus is talking to you?
12   A. Yes.
13   Q. Yeah. There's not a lot of impediments
14   to being able to increase the pressure, like
15   your training told you you were supposed to do
16   in this case; right?
17        MR. BRANTINGHAM: Object to the form of
18   the question, compound question.
19   A. It --
20        We are able to do it off the machine,
21   yes.
22   Q. And certainly if you had the ability to
23   draw another lactate, you sure as heck had the
24   ability to increase the pressure if you had
25   wanted to; right?

Page 95

1    A. Yes.
2    Q. And you told me a minute ago that you
3    were increasing the pulmonary and the cardiac --
4    and the coronary flow?
5    A. Those were increased, yes.
6    Q. So if you have the ability to do that,
7    of course you have the ability to increase the
8    pressure instead; right?
9    A. We could have increased the pressure,
10   yes.
11   Q. Now back to your training document.
12   After the second set shows increasing lactates
13   and you increase the pressure, then you're
14   supposed to draw that third set of lactates in
15   five to ten minutes. We've already established
16   you didn't do that. Then you're supposed to see
17   if that is showing another increasing lactate;
18   right?
19   A. Yes.
20   Q. And if the third set shows increasing
21   lactate, that's when you're supposed to start
22   monkeying around with the pulmonary flow and the
23   coronary flow; right?
24        MR. BRANTINGHAM: Form of the question.
25   A. Following this path, yes.

Page 96

1    Q. And is there any other path somewhere
2    that you're supposed to follow other than this?
3    A. There are other factors such as
4    turbulence, the maintenance fluid, things --
5    surgeon discretion that would have us not doing
6    things in this order.
7    Q. But I thought we established that the
8    maintenance fluids and the turbulence don't make
9    it so, well, I can change the coronary flow, but
10   I can't change the pressure.
11   A. But we want to wait for it to stabilize
12   to know what it's at.
13   Q. Okay. Having had a chance to go
14   through and kind of re-create what was done in
15   this case, do you have any concerns whatsoever
16   about the way that you handled this OCS run?
17   A. The flows, the pressures were all fine.
18   What Dr. V saw, he was happy with. So the
19   outcome -- the -- what the heart looked like and
20   responded to, what we did on the machine, was
21   all good.
22   Q. No. What -- what the heart looked like
23   was that it was not robust and not very happy on
24   the car ride on the way to the hospital in
25   Rochester; right?

Page 97

1         MR. BRANTINGHAM: Hold on. This has --
2    this has been asked and answered repeatedly.
3         MR. THOMPSON: And now it's in response
4    to this answer that she's giving where she says,
5    "No, I don't have any concerns about this
6    because the heart looked good." I'm entitled to
7    follow up on that. If she's claiming that she
8    doesn't have any concerns because the heart
9    looked good, I guess we got to explore what she
10   means by that because she texted her friends
11   that the heart didn't look good.
12   Q. So I'll take an ans --
13        MR. BRANTINGHAM: The transcript will
14   speak to what she said. When you start a
15   question by shouting "no" at the witness in
16   response to their answer, it's a bad sign,
17   Brandon.
18        MR. THOMPSON: Have you made your
19   objection?
20        MR. BRANTINGHAM: Yeah, I've made my
21   objection.
22        MR. THOMPSON: Good.
23   Q. I'll take an answer to my question.
24        MR. BRANTINGHAM: Form of the question,
25   argumentative, badgering the witness.

25 (Pages 94 to 97)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 98

1      Q. I'll take a --
2      MR. BRANTINGHAM: Let's have a -- let's
3  have the question read back or you can say it
4  again. I would like to know what the question
5  is that you're being asked.
6      Q. Did you mean to tell me that one of the
7  reasons that you don't have any concerns about
8  what you did on this run was because the heart
9  looked good?
10     **A. There was no overall concern of how the**
11  **heart looked at the end.**
12     Q. Concern from whom?
13     **A. It didn't appear --**
14     **The heart did not appear abnormal, and**
15  **Dr. V was happy with the appearance of it when**
16  **we brought it in.**
17     Q. How do you know? How do you know he
18  was happy with the appearance of it?
19     **A. Per what I was told in messages, Dr. V**
20  **was happy with it.**
21     Q. Well what you were told in messages is
22  that Dr. V thought that the lactates looked
23  okay; right?
24     **A. If he wasn't happy with how it looked**
25  **in -- when I brought it in, he doesn't have to**

Page 99

1  **transplant it.**
2      Q. Actually he did, because Noah's heart
3  had already been removed and put on the back
4  table. Did you know that?
5      MR. BRANTINGHAM: Foundation.
6      MR. THOMPSON: I'm asking if she knew
7  it.
8      **A. I only deal with the OCS device.**
9      Q. Did you bring the heart into the
10  operating room?
11     **A. I did.**
12     Q. Okay. Did you see that Noah's heart
13  had already been removed, or could you not see
14  that?
15     **A. I focus on the OCS device and that**
16  **heart.**
17     Q. Yeah.
18     **A. I don't focus on what the patient --**
19  **the donor -- or the recipient -- excuse me --**
20  **what they're doing with that patient.**
21     Q. Great. So if I tell you that it's been
22  established in this case that Noah's native
23  heart had been removed, irreversibly cut out of
24  his body and put on the back table before that
25  OCS donor heart got into the operating room,

Page 100

1  what you said before about how Dr. V, if he
2  didn't feel comfortable about the way it looked
3  he wouldn't have to transplant it, isn't really
4  true; right? He didn't have a choice. He was
5  stuck with what you brought him.
6      MR. BRANTINGHAM: Object to the form of
7  the compound question, and foundation.
8      **A. I --**
9      **Ultimately it's his decision.**
10     Q. Right. But you never told anybody that
11  you thought the heart didn't look happy; right?
12     **A. It --**
13     Q. Except after the fact.
14     **A. No. The -- I --**
15     **The surgeons that were with us could**
16  **see the heart. They can see it when they --**
17  **they can look at it. If they weren't happy with**
18  **it, then they're the ones responsible for --**
19     Q. You also are responsible, according to
20  your training, for doing a visual inspection of
21  the heart throughout the OCS run to make sure
22  that it looks like it's got good contractility;
23  right?
24     **A. And there is nothing that I recall that**
25  **did not say -- or appear to me that it did not**

Page 101

1  **have any -- good contractility.**
2      Q. You got to answer my question first
3  though.
4      It's not just the surgeons'
5  responsibility to visually inspect that heart,
6  that's part of your responsibility as the OCS
7  specialist; right?
8      **A. We watch the heart, too, yes.**
9      Q. Okay. Did you tell anybody that you,
10  as the OCS specialist who is responsible for
11  visually inspecting the heart, thought that it
12  didn't look robust and it didn't look very
13  happy?
14     MR. BRANTINGHAM: Object to the form.
15     **A. The surgeon -- the surgeons that were**
16  **with us were happy with how it looked. They**
17  **were right there with us. They could see what**
18  **we saw. They were happy with it.**
19     Q. That wasn't my question.
20     My question was: Did you tell anybody
21  that you as the OCS specialist thought that
22  heart did not look robust and did not look very
23  happy?
24     **A. There is no one to tell for me.**
25     Q. The surgeons?

**26 (Pages 98 to 101)**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 102

1    **A. And they are right there. They see**
2    **what I see.**
3    Q. Michael Pick who is communicating with
4    Dr. V?
5    **A. My --**
6       MR. BRANTINGHAM: Hold on. What's that
7    question? I don't -- I don't understand the
8    question.
9       MR. THOMPSON: She said there's nobody
10   for me to tell.
11   Q. How about Michael Pick, the guy who's
12   communicating with Dr. V, --
13   MR. BRANTINGHAM: Yeah.
14   Q. -- could you have told him, "Boy, one
15   of my jobs is to visually inspect this heart,
16   and at least as far as I'm concerned, it does
17   not look happy?"
18   **A. The contractility --**
19      **There was nothing wrong with the**
20   **contractility that I saw, so there wasn't**
21   **anything that -- to tell the surgeons. They can**
22   **see what I can see.**
23   Q. Okay. Again I got to return back to my
24   question. You said there's nobody for you to
25   tell. Could you have told Michael Pick, "I, as

Page 103

1    the OCS specialist, do not think this looks like
2    a robust or happy heart?"
3    **A. I mean he is there with us and he is**
4    **also seeing the same thing.**
5    Q. His job isn't to do a visual inspection
6    of the heart. His job is to carry tubing in a
7    backpack; right?
8    **A. He has lots of jobs.**
9    Q. Right. One of his jobs is not to be
10   the OCS specialist; right?
11   **A. Correct.**
12   Q. Right. So let's stick with your job.
13   Could you have --
14      First of all, did you know Michael Pick
15   was in contact with Dr. V?
16   **A. The person on -- that does his job on**
17   **every run is always in contact.**
18   Q. Yeah. So you knew that Michael Pick,
19   out of the five of you that were on that plane,
20   Michael Pick was the one who was in contact with
21   Dr. V; right?
22   **A. Him and the two other surgeons, yes.**
23   Q. I understand that.
24      You could have told Michael Pick, "Hey,
25   I don't think this looks like a robust or happy

Page 104

1    heart" and you just didn't; right?
2       MR. BRANTINGHAM: Object to the form.
3    **A. The surgeons are the ones in charge of**
4    **the heart while it's on the run. They are the**
5    **ones that we're talking to, not Dr. V.**
6    Q. Is it your testimony that you don't
7    feel like you have any responsibility whatsoever
8    to speak up when you see a heart under your care
9    that you don't think looks robust or happy?
10   **A. We give them the data. The -- the**
11   **surgeons can see the data. They can see what**
12   **the heart is. They -- we tell them our -- what**
13   **we see, but ultimately they are in charge of it.**
14   Q. Okay. Great. So you just said "we
15   tell them what we see." When did you tell them
16   that what you were seeing was a not robust and a
17   not happy heart?
18      MR. BRANTINGHAM: Object to the form of
19   the question.
20   **A. Per my text messages where I said that**
21   **it was not a happy heart during the car rides,**
22   **that was due to the turbulence, which corrects**
23   **itself.**
24   Q. Are we really going back to that again?
25      MR. BRANTINGHAM: Hold on a sec.

Page 105

1    Q. You're claiming that was because of
2    turbulence?
3       MR. BRANTINGHAM: Is that -- are you --
4       Is that a serious question?
5    Q. There's no turbulence on the car ride;
6    right?
7    **A. I misspoke. Not turbulence. The road**
8    **conditions, the bumps, the road itself. We hit**
9    **bumps. That is very common.**
10   Q. Okay. So I just want to make sure I
11   got this straight. Your testimony is that the
12   car ride, the roads in between the hospital in
13   Idaho and the airport in Idaho, and from the
14   Rochester airport to St. Mary's, are rough
15   enough that it causes this -- this heart to not
16   look good, but not rough enough to cause any
17   changes in the perfusion parameters that you are
18   constantly monitoring.
19      MR. BRANTINGHAM: Object to the form of
20   the question.
21   **A. The hearts will --**
22      **The -- the flows and pressures that are**
23   **not documented completely in here, because**
24   **they're every two minutes, do go out of range**
25   **for a short period of time when we hit bumps.**

27 (Pages 102 to 105)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 106

1 They correct themselves.  That is what we are
2 visualizing on the monitor and that is what I
3 would have meant by it's not a very happy heart
4 during the car ride.
5     Q.  What route do you take to get from the
6 airport to the hospital?  Because I'm going to
7 go drive it tonight and find out how rough it
8 is.  Is it a gravel road?
9     A.  No.  It is the most direct way to get
10 from the Rochester airport to St. Mary's.
11    Q.  So your testimony is that every time we
12 take a heart from the airport in Rochester to
13 the hospital, it's not a very happy looking
14 heart.
15    A.  The flows and pressures will alarm out
16 of range for a short period of time whenever we
17 hit any bumps on the road, and it is not
18 uncommon for that to happen during the transit
19 from the hosp -- the airport to the hospital.
20    Q.  Okay.  And it's your testimony that
21 that road is so bumpy that that happens pretty
22 much every time.
23        MR. BRANTINGHAM:  Object to the form.
24    A.  I'm saying it happens.
25    Q.  Okay.  How about when you texted Megan

Page 107

1 and Alex "The heart was not the most robust on
2 the machine?"
3     A.  There is a wide range of how robust or
4 snappy a heart is on the machine and it varies
5 greatly, and it all depends on the heart itself.
6 And I'm saying that it wasn't at the top of the
7 most snappy hearts, but it definitely wasn't at
8 the bottom of the most snappy hearts, it was
9 just -- it was an average heart.
10    Q.  How can you say that it was an average
11 heart, it definitely wasn't at the bottom, when
12 you don't remember this at all?
13    A.  Because I remember the very, very
14 snappy hearts and I remember the very -- and the
15 hearts that are not -- that we actually have
16 concerns with.
17    Q.  Okay.  So with respect then to the lack
18 of robustness of this heart, did you communicate
19 that to anyone, that that's what you were seeing
20 on the visual inspection you're supposed to be
21 doing?
22        MR. BRANTINGHAM:  Object to the form of
23 the question.
24    A.  I do not recall if I said anything to
25 the surgeons that were with me.

Page 108

1     Q.  Is it a common thing for you to send
2 text messages like these ones that you sent
3 after this run?
4     A.  No.
5     Q.  Is this the first time and only time
6 you can think of that that happened?
7     A.  As far as I can remember.
8     Q.  Your text messages suggest that you had
9 an oral conversation with Mr. Pick about what
10 Dr. V said that the surgeons on the plane had
11 told him about the lactates.  Do you remember
12 having a conversation with Michael?
13    A.  No.
14    Q.  Okay.  Look at page 25080.
15    A.  (Witness complying.)
16    Q.  See your text at that bottom there?
17    A.  That was in refer -- that was --
18    Q.  To the text message he sent?
19    A.  Yes.
20    Q.  As far as you know, you never actually
21 had a verbal conversation with Mr. Pick about
22 any of this.
23    A.  No.
24    Q.  On page 25083 --
25        I assume that you've worked with Dr.

Page 109

1 Knop and Dr. Altarabsheh plenty of times since
2 this?
3     A.  A few times.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

28 (Pages 106 to 109)

Thompson Decl. Ex. Z

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Page 110

[Text redacted]

Page 111

2  Q. Is this the only time you can think of,
3  not just with cases you've been involved in but
4  even just cases that you've heard about where
5  some of your OCS colleagues went on a run that
6  you didn't go on, where there was a heart that
7  was procured, brought back, and ultimately could
8  not be successfully transplanted?
9      A. I can't recall any at our center.  I
10  know that it has happened for other OCS
11  TransMedics at other hospitals.
12     Q. How do you know that?
13     A. They told us during our -- during our
14  training that sometimes that happens.
15     Q. Did they give you any idea during your
16  training as to why that happens?
17     A. Sometimes it's because of the lactates.
18  Sometimes the surgeon doesn't like how it has --
19  how the flows and pressures have looked.  Those
20  are the main reasons I can think of.
21     Q. What is the farthest that you can
22  remember going on an OCS run?
23     A. The farthest I believe I've been on is
24  either Washington or Arizona area.
25     Q. Have you ever talked with Adam Skow

Page 112

1  about this case other than the text messages
2  that you produced?
3      A. He was the one that was supposed to
4  originally go with me, which is the only reason
5  that we talked at all, but no.  Other than that,
6  no.
7      Q. Have you ever talked with Alex Reynolds
8  about this case?
9      A. Yes.
10     Q. Tell me about that.
11     A. Alex is in charge of us at our program,
12  and he -- we send all of the data from the
13  machine and everything to him to compile up --
14  compile, and when we found out that the heart
15  wasn't doing well, we wanted the data back to
16  see what it looked like.
17     Q. And near as anybody could tell, the
18  objective data looked good.
19     A. Yes.
20     Q. Ever talk with Michael Pick about this
21  case?
22     A. When he --
23        He was the one that initially asked us
24  for the data from the machine shortly after --
25  well during the time where they were working on

Page 113

1  it in the OR, he asked for the data, and what's
2  in the text messages is the only things I've
3  talked to him about.
4      Q. Yep.
5        Do you consider any of your fellow OCS
6  specialists to be friends in addition to
7  colleagues?
8      A. We're friendly, I --
9        We don't hang out.
10     Q. Outside of work.
11     A. Yeah.
12     Q. I asked you before about whether you've
13  talked to Megan Osterhaus about this outside of
14  the text messages that we have, and I think you
15  told me that you haven't talked to her about it
16  at all?
17     A. Most of -- and --
18        I don't recall any specific
19  conversations that I had with her.
20     Q. Probably talked about it at least in
21  general terms, but as to the specifics of it,
22  you can't recall.  Is that fair?
23     A. Yeah.
24     Q. Okay.  There was another OCS run to go
25  and get another heart for Noah on September 7th.

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 114

1  Are you aware of that?
2      **A. I know that another heart was offered.**
3  **I didn't know it was OCS.**
4      Q. Okay. Maybe it wasn't.
5  Yeah. Not OCS, so never mind.
6      MR. THOMPSON: Okay. Let's take a
7  quick break.
8      THE REPORTER: Okay. Off the record.
9      (Recess taken from 5:05 p.m. to 5:07
10  p.m.)
11      THE VIDEOGRAPHER: We're on video.
12      THE REPORTER: We're on the record.
13  BY MR. THOMPSON:
14      Q. Once the plane landed in Rochester, who
15  on the team would have been the one that called
16  doc -- back to the hospital to let Dr. V know
17  we're on the ground and the heart still looks
18  good?
19      **A. I don't know whose responsibility that**
20  **is.**
21      Q. You just know it wasn't you.
22      **A. Correct.**
23      MR. THOMPSON: All right. I don't have
24  any other questions.
25      MR. BRANTINGHAM: Ms. Fay, I have a few

Page 115

1  questions for you.
2              EXAMINATION
3  BY MR. BRANTINGHAM:
4      Q. Start with this, your best estimate or
5  recollection, how many OCS runs have you -- have
6  you done as a -- in the role that you've been
7  talking about here today?
8      **A. I have done nine or ten that I've**
9  **brought back. I would have to look at the exact**
10  **number though.**
11      Q. I think you've covered some of these --
12  these points in -- in answering Mr. Thompson's
13  questions about various adjustments to the OCS
14  machine as flows and pressures and other metrics
15  changed. You remember answering a lot of
16  questions about those topics; right?
17      **A. Yes.**
18      Q. I want to ask you a couple of questions
19  just to make sure the record is clear.
20      So is it normal for the pressures,
21  flows, and other of the many metrics on this
22  spreadsheet to fluctuate during a run?
23      **A. Yes.**
24      Q. You've mentioned some of the factors
25  that can cause those fluctuations, but rem -- I

Page 116

1  mean as you sit here, what can you think of that
2  can cause those fluctuations?
3      **A. There can be fluctuations from**
4  **turbulence, from moving the machine during**
5  **transport, there's maintenance fluid that helps**
6  **regulate and adjust the flows and pressures that**
7  **is constantly working in the background. Things**
8  **like that.**
9      Q. And I think you -- you were clear that
10  not every -- the data on the spreadsheet is not
11  continuous, right, it's taken every two minutes.
12      **A. Correct.**
13      Q. So is it correct that it does not
14  actually capture the realtime fluctuations in
15  the machine?
16      **A. That is correct.**
17      Q. Do you always make immediate or even
18  really fast adjustments to the machine settings
19  in response to fluctuations in pressures, flows,
20  lactates, or other metrics?
21      **A. No. We like --**
22      Q. Why not?
23      **A. We like to let everything stabilize**
24  **out. If we're going over bumpy patches in the**
25  **road, it can send the flows and pressures out of**

Page 117

1  **range, which then the maintenance fluid comes in**
2  **and tries to regulate those things, and we don't**
3  **want to make a lot of changes during that time**
4  **while the maintenance fluid is trying to figure**
5  **out what's going on. If there is, during**
6  **transit throughout the hospital or moving it up**
7  **and -- or out of the plane or takeoff, landing,**
8  **any turbulence in the air, it changes all of**
9  **those flows and pressures. And until we see**
10  **what the heart is actually -- has stabilized --**
11  **the flows and pressures have stabilized out,**
12  **it's hard to -- we want to make sure that those**
13  **stabilize out before we make adjustments to --**
14  **in response to that.**
15      Q. What do you think would happen if you,
16  for example, just adjusted the pressure on the
17  machine in response to every single change in
18  one of the metrics?
19      **A. It would con --**
20      **We would constantly have to adjust**
21  **those things and it would make it really hard to**
22  **know what is helping and what is hindering the**
23  **stabilization of the lactates and ultimately**
24  **what it's doing to the heart.**
25      Q. Can you hand me that training manual

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 118

1  page that Mr. Thompson asked you about?
2     A. (Witness complying.)
3     Q. This is, for the record, Mayo 24575.
4  And you remember asking -- answering questions
5  about this. Right?
6     A. Yes.
7     Q. And this comes from Mayo's OCS Machine
8  Manual; is that correct?
9     A. That was developed --
10    Yes, that was developed by Mayo.
11    Q. Okay. I don't -- I don't have the
12 exact words in mind, but I recall you said
13 something to the effect of "this is a
14 guideline." I think that's the word you used.
15 But does that sound correct or --
16    A. Yes.
17    Q. Are there other sources of knowledge,
18 training, experience, expertise that you draw on
19 in doing an OCS run in handling the machine
20 other than what's in this manual?
21    A. So the surgeons have also gone out and
22 they learned about these things as well as the
23 other people that are with us. So Megan was
24 with us -- with me. So between me, Megan, the
25 doctors that are with, we have a combined

Page 119

1  knowledge base. The doctors are very well
2  versed in what flows and pressures and what the
3  heart looks like, what those are comfortable
4  with. When we went out for training, the people
5  that were training us were like these are --
6  they would tell us this is what -- this is what
7  is -- from my experience, this is what we would
8  do, this is what we wouldn't to. On our runs
9  we've met other TransMedics specialists, they
10 share information with us. We share information
11 amongst ourselves on what works and what doesn't
12 work and what to try and what not to try.
13    Q. So are you, in your view, based on your
14 training and experience, are you required -- or
15 it is medically required or necessary that you
16 follow every single step in this training manual
17 robotically?
18    A. No.
19    Q. I think you alluded to this, but to be
20 clear, on the OCS run that we're talking about
21 here for this patient, you were accompanied by
22 two surgeons; right?
23    A. Correct.
24    Q. And by Megan Osterhaus, who's another
25 person with your same position and training;

Page 120

1  correct?
2     A. Correct.
3     Q. And are those three individuals
4  available for you to consult with in regard to
5  how to handle the machine, how to respond to any
6  changes you're seeing?
7     A. Yes.
8     Q. Do you have any hesitancy to consult
9  with any of them? I'm just asking in general.
10 If there's -- if there's an issue that you're
11 wondering about a response to, changes in the
12 machine, in the metrics, would you have any
13 hesitancy to ask any of those folks what they
14 think should be done?
15    A. Absolutely not. And I have, on other
16 cases, gone "I'm not sure what to do here,"
17 what -- and leaned heavily on the surgeons to
18 make decisions.
19    Q. Okay. Looking at this page 24575 under
20 the heading "Optimizing Perfusion," I'm just
21 going to read the first sentence. It says,
22 quote, "Confirming adequacy of perfusion on the
23 OCS is mainly done through comparing arterial
24 and venous lactate samples and by observing the
25 overall trend of lactate," unquote. We all know

Page 121

1  that after this complication occurred with the
2  surgery, you and Alex and others gathered the
3  data to look at. That's what these text
4  messages were about. Right?
5     A. Correct.
6     Q. Based on what you know, was the overall
7  trend of lactate acceptable for this heart?
8     A. Yes.
9     Q. The next sentence says, quote, "In
10 broad terms the OCS specialist would like to
11 see," unquote, and then it sets forth some of
12 the -- some of the items that Mr. Thompson was
13 asking about. What does that phrase, "In broad
14 terms the OCS Specialist would like to see" mean
15 to you?
16    A. Ideally if we can accomplish those
17 things, that is what we want. But just because
18 we don't see all of those things or those things
19 don't happen doesn't mean that it's not a good
20 heart.
21    Q. What does that last bullet point under
22 that section say?
23    A. "Inform surgeon if total lactate
24 exceeds 5."
25    Q. Did the lactate for this heart ever get

31 (Pages 118 to 121)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | Page 122 |
|---|---|

1   anywhere close to five?
2       A.  No.
3       Q.  You answered a lot of questions about
4   the appearance of this heart and -- and words
5   like "robust" and "happy."  If you had any
6   concern about the appearance of a heart on an
7   OCS machine that -- that you thought, based on
8   your knowledge and training, raised a concern
9   for the viability or suitability of that heart,
10   what would you do about it?
11       **A.  The surgeons are right there with us on**
12   **the flight.  I am in constant communication with**
13   **them.  They are right there with me.  I could**
14   **bring my concern straight to them and get their**
15   **opinion, and they make -- they -- they are well**
16   **more -- they see hearts beating all the time,**
17   **they know what -- what looks good more than I**
18   **do, so ultimately I would lean on them for their**
19   **judgement.**
20       Q.  Would you have had any hesitation in
21   this case, on this run, if there had been
22   something about the appearance of this heart
23   that gave you concern, would you have raised it
24   with the surgeons?
25       **A.  Absolutely.**

| | Page 123 |
|---|---|

1       Q.  Would you have woken them up if you
2   needed to?
3       **A.  Absolutely.**
4       Q.  Is it normal for the surgeons to sleep
5   on the flight sometimes, by the way?
6       **A.  Yes.**
7       Q.  Is there any problem with that in your
8   view based on everybody's responsibilities?
9       **A.  No, because they're right there and I**
10   **can wake them up and have woke them up if I have**
11   **any issues.**
12       Q.  So based on everything you've heard
13   today, everything you know thus far, do you feel
14   that you handled this heart appropriately and
15   this -- this OCS run appropriately?
16       **A.  I feel that everything from that run,**
17   **from the time we got it on to the time it came**
18   **off, it looked good.  I had no concerns.  It was**
19   **a complete blindside that there was anything**
20   **wrong with it after it came off the machine.**
21       MR. BRANTINGHAM:  Okay.  I have no
22   further questions.
23               EXAMINATION
24   BY MR. THOMPSON:
25       Q.  You said that you have woken up the

| | Page 124 |
|---|---|

1   surgeons before?
2       **A.  Yes.**
3       Q.  Okay.  Tell me when.
4       **A.  If we are not able to start seeing that**
5   **stabilization in the lactate trend, or if for**
6   **some reason the heart isn't beating with the**
7   **pacers as it should, those are two examples I**
8   **can think of right off that I have woken the**
9   **surgeons up from previously.**
10       Q.  Okay.  Did those two things happen on
11   the same run?
12       **A.  No.  They were on different runs.**
13       Q.  Because you told me that total -- or
14   you told Mr. Brantingham total you've been on
15   maybe nine or ten of these runs in your entire
16   career?
17       **A.  Correct.**
18       Q.  Okay.  So on at least two --
19       Let's just go with ten because it's a
20   round number.  Okay?  Comfortable with that?
21       **A.  Sure.**
22       Q.  So on at least two of those ten runs
23   there were problems that required you to wake up
24   the surgeons?
25       **A.  They --**

| | Page 125 |
|---|---|

1       **Whether they were asleep or not I don't**
2   **recall; but informing them that there was an**
3   **issue that needed their attention, yes.**
4       Q.  Well let's -- let's stick, though, with
5   what you told Mr. Brantingham.  You didn't tell
6   Mr. Brantingham that you have informed them of
7   issues in the past.  You told him that there are
8   times when you have physically woken up the
9   surgeons to talk with them.  Is that your
10   testimony under oath?
11       **A.  I have, in the past, woken surgeons up**
12   **for -- for an issue, yes.**
13       Q.  On an OCS run.
14       **A.  Yes.**
15       Q.  Okay.  How many times?
16       **A.  I don't recall an exact number by any**
17   **means.**
18       Q.  Well you've only been on ten of these
19   runs.  So is it more than once that you've
20   actually physically woken up a surgeon?
21       **A.  I don't recall if they were awake or if**
22   **they were not awake when I informed them.**
23       Q.  Okay.  Well let's stick with waking
24   them up, because you testified previously that
25   you could think of times when you have had to

32 (Pages 122 to 125)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 126

1    wake up the surgeons and you've done that. Mr.
2    Brantingham asked you, "Would you wake them up
3    if you had to?"  And you said, "Absolutely, and
4    I have."  So let's talk about that.  When did it
5    happen?
6        **A. I don't recall the specific problem**
7    **that I woke them up for.**
8        Q. But you're testifying, under oath, that
9    you are certain that there was at least one time
10   when you woke up a surgeon because you were so
11   concerned about what you were seeing.
12       **A. Where I would --**
13       **I woke up a surgeon to talk with them**
14   **because -- I don't remember the problem, but to**
15   **get their input on what we should do, yes.**
16       Q. But you don't remember what the problem
17   was.
18       **A. I do not.**
19       Q. Not even generally.
20       I mean it had to be a pretty big
21   problem if you woke up the surgeon; right?
22       MR. BRANTINGHAM:  Object to the form of
23   the question.
24       **A. We can --**
25       **I don't have any issues waking them up,**

Page 127

1    **so how serious it was, I don't recall.**
2        Q. Who was the surgeon?
3        **A. That I woke up?**
4        Q. Yeah.
5        **A. I -- I don't recall which surgeons I've**
6    **woken up and which surgeons I have just said,**
7    **"Hey, I need your help with something."**
8        Q. Well and that's --
9        I mean it's a very different thing.
10   There's a surgeon who's --
11       I mean it's a small airplane; right?
12       **A. Yes.**
13       Q. Okay.  So it --
14       You would agree with me it's a very
15   different thing.  There's a surgeon sitting
16   there awake, maybe he's doing a crossword puzzle
17   or something, I don't know, and you say "Hey,
18   doc, what do you think about this?"  That's a
19   way different thing than going over to a
20   board-certified cardiac surgeon, who is deep in
21   sleep, and waking them up to ask them a
22   question.  You can agree those are two very
23   different things; right?
24       MR. BRANTINGHAM:  Object to the form.
25   You can answer.

Page 128

1        **A. I don't have -- they're --**
2            **We're with them for many hours at a**
3    **time.  I -- it does not bother me to go wake**
4    **them up.**
5        Q. I didn't ask if it bothered you.  I'm
6    asking you you can agree with me that those are
7    two very different things.
8        **A. I can --**
9            **No, I would say that I am just as**
10   **comfortable waking them up as I am just asking**
11   **for their opinion.**
12       Q. Okay.  So give me an example of
13   something where you -- it wasn't that big of a
14   deal, but it was a big enough deal that you
15   wanted to ask the surgeon for their input and
16   they were awake.  Give me an example.
17       MR. BRANTINGHAM:  Object to the form of
18   the question.
19       **A. Where the heart wasn't capturing on the**
20   **machine consistently.**
21       Q. What do you mean, capturing what?
22       **A. The heart rate.**
23       Q. Okay.  Was that a time when you think
24   you woke a surgeon up, or just they were already
25   awake?

Page 129

1        **A. That particular time that I can think**
2    **of it was -- they were awake.**
3        Q. How long did you wait in between the
4    time you noticed the problem and the time when
5    you talked to the surgeon about it?
6        **A. They were right there with me.  They**
7    **knew about it at the same time I did, and I**
8    **literally showed them the screen and -- and told**
9    **them, "Hey, this isn't capturing."**
10       Q. So it was like seconds.
11       **A. Yes.**
12       Q. Okay.  Are you telling me that if that
13   same problem had happened, within seconds you
14   would have woken up a sleeping surgeon?
15       **A. I --**
16           **Yeah.**
17       Q. Okay.  Give me another example of a
18   time when you have sought a surgeon's input on
19   one of these ten OCS runs you've been on.
20       **A. On whether the --**
21           **The coronary flows were on the higher**
22   **side, and if they wanted us to keep going up on**
23   **the pressures or if they wanted us to just**
24   **maintain where we are.**
25       Q. The surgeon was already awake?

33 (Pages 126 to 129)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 130

```
 1          A. I don't recall if the surgeon was awake
 2   during that or not.
 3          Q. Who was the surgeon?
 4          A. His first name's Choi.  I -- I don't
 5   remember his last name.  He no longer works at
 6   Mayo.
 7          Q. Of the ten, roughly, OCS runs you've
 8   been on, how many of them are during the day and
 9   how many at night?
10          A. I would say roughly 50/50.
11          Q. Do the surgeons routinely sleep on the
12   day runs, too?
13          A. It's not uncommon.
14          Q. Okay.  Well I mean, again, I thought we
15   were going to talk about like a hundred of
16   these, but there's only ten of them.
17             So of the 50 percent, so maybe five
18   runs during the day that you've gone on in your
19   entire career?  Is that about right?
20          A. Roughly.  Yeah.
21          Q. Okay.  Surgeons sleeping on most of
22   them?  Four of them?  Three of them?  Two of
23   them?  Give me your best estimate.
24          A. I don't know right off.
25          Q. Okay.  Of these ten-or-so runs that
```

Page 131

```
 1   you've been on, how many of them had really
 2   nice, snappy hearts?
 3          A. There is really only one that I can
 4   think of that is -- stands out as being very
 5   snappy.
 6          Q. Describe for me what you mean by that.
 7          A. Where the contractility is so strong
 8   that it's almost -- that it's almost coming off
 9   the -- the machine, the base.
10          Q. Okay.  How many really not snappy
11   hearts have you seen?
12          A. There is really only one that I can
13   think of that was -- that I would describe as
14   that.
15          Q. Describe it for me.
16          A. Just more sluggish.
17          Q. Did the surgeon seem concerned about
18   the fact that this heart was so sluggish?
19          A. They weren't overall concerned because
20   everything else looked okay.
21          Q. Was this one of those runs where they
22   were sleeping?
23          A. I don't recall.
24          Q. One of the things you told Mr.
25   Brantingham was that you're in constant
```

Page 132

```
 1   communication with the surgeons on these runs.
 2   That's not the case on the run you did for
 3   Noah's heart; right?  You weren't in constant
 4   communication with them.
 5          A. If I needed them, they're right there.
 6          Q. Yeah.  But --
 7          A. I can wake them up.
 8          Q. But only if you wake them up.
 9          A. But I have no problem waking them up.
10          Q. Why didn't you wake them up then to ask
11   them, after the third rising lactate, whether
12   you should follow your training and increase the
13   pressure?
14             MR. BRANTINGHAM: Object to the form.
15          A. I don't recall.
16          Q. Okay.  Because one of the things you
17   told Mr. Brantingham was that, well, this
18   training is -- it's just a guideline, we also
19   have the surgeons' input and Megan's input and
20   kind of other resources.  Did you ask Megan,
21   "Hey, this is the third rising lactate.  Do you
22   think maybe we should increase the pressure?"
23          A. Megan and I were both running the
24   lactate -- lactates and controlling it at the
25   same time.  We were working together.
```

Page 133

```
 1          Q. So it wasn't just you who wasn't
 2   following her lactate, it was also Megan.
 3             MR. BRANTINGHAM: Object to the form of
 4   the question.
 5          A. We -- we were both seeing the same
 6   thing.
 7          Q. Rising lactates, is that what you're
 8   referring to when you're saying "we're both
 9   seeing the same thing?"
10          A. We are both looking at the same flows,
11   the same pressures, the same -- everything we're
12   doing together.
13          Q. Yeah.  Why did you leave out lactates
14   when you just said the things that you're
15   looking at?
16          A. The lactates.
17          Q. Right.  So both of you were seeing the
18   rising lactates.
19          A. Yes.
20          Q. Do you know how many of these runs
21   Megan Osterhaus has been on?
22          A. I do not.
23          Q. Is your sense that she is more or less
24   experienced than you?
25          A. I know she has been on more than I
```

34 (Pages 130 to 133)

Thompson Decl. Ex. Z

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

---

Page 134

1  have.
2      Q. When was the first OCS run you went on?
3      A. I believe it was in November two years
4  ago.
5      Q. November 2022?
6      A. Yes.
7      Q. When is the last one that you went on?
8      A. About a week and a half ago.
9      Q. The time before that?
10     A. April.
11     Q. Time before that?
12     A. December.
13     Q. December of '23?
14     A. Yes.
15     Q. Time before that?
16     A. This one.
17     Q. This one.
18        The time before that?
19     A. I had a few of them the last summer,
20  but the exact dates, I -- or when, I don't
21  recall right off.
22     Q. Okay. So November of 2022, was that
23  the only one you think you went on in 2022?
24     A. I can't recall. I would have to look
25  back.

---

Page 135

1      Q. Okay. Do you remember going on one
2  around the time of the Christmas holidays?
3      A. I don't recall.
4      Q. Okay. So even if we estimate on the
5  high side that you've done ten of these, you
6  really had only gone on five or six of these
7  runs before the one you did for Noah Leopold's
8  heart; right?
9      A. Roughly.
10     Q. Mr. Brantingham asked you whether you
11  felt like you need to just robotically follow
12  this training manual, and you said, no, I don't
13  feel like I have to robotically follow that. Do
14  you remember that?
15     A. Yes.
16     Q. Okay. Do you feel like you have to at
17  least generally follow it?
18     A. In general, yes.
19     Q. Do you feel like you, in general, did
20  follow this management strategy for rising
21  lactates?
22     A. I would say collaboration was -- we
23  made -- we talked through what was going on and
24  very generally followed it, but not
25  specifically.

---

Page 136

1      Q. Collaboration with who, with Megan?
2      A. With Megan, with the surgeons when they
3  could see it.
4      Q. Well at what point were you
5  collaborating with the surgeons? Because the
6  text messages you sent sure seem to indicate
7  that they were sleeping for almost the entire
8  flight.
9      A. But they weren't sleeping the entire
10  flight.
11     Q. Okay. So the collaboration --
12        What was the collaboration with them
13  then? When they were awake, what was happening?
14     A. They asked for our flows, our
15  pressures, our lactate trends. They -- we asked
16  them are they happy with what we're doing, if
17  they want us to do something different. We
18  asked them for their opinion.
19     Q. You keep saying "them." Were they both
20  awake at the same time?
21     A. They --
22        Yes, they -- they were awake.
23     Q. Well they were both sleeping for most
24  of the plane ride; right?
25     A. They were sleeping during the plane

---

Page 137

1  ride, yes.
2      Q. I mean we can go back to the texts.
3  You said they were sleeping most of the ride.
4      A. What I meant by "most," I don't know.
5      Q. Okay. When they were awake, best you
6  can remember, was it just one of them or was it
7  both of them that woke up?
8      A. They both are typically awake, but some
9  of them -- sometimes they can -- one can be
10  asleep and one can be awake.
11     Q. What do you mean when you say "they
12  both can typically be awake?"
13     A. They don't fall asleep as soon as we
14  get on the plane.
15     Q. How long after you got on the plane did
16  those guys fall asleep?
17     A. I don't recall.
18        MR. THOMPSON: Okay. I don't have any
19  other questions. Thank you.
20        MR. BRANTINGHAM: No further questions
21  from me. We'll read and sign.
22        THE REPORTER: Okay. Thank you. Off
23  the record.
24        (Discussion off the record.)
25        MR. THOMPSON: Following --

---

35 (Pages 134 to 137)

Thompson Decl. Ex. Z

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 138

1    So two things. Number one, for some
2  reason this witness was never identified, and we
3  only found her because of these text messages
4  that you sent. She was never identified in
5  initial disclosures. All the initial
6  disclosures say is medical personnel who are in
7  Noah Leopold's medical records. Danielle Fay
8  doesn't appear in Noah Leopold's medical record,
9  literally had no idea that this woman existed.
10  Now today, for the first time, we are finding
11  out that Megan Osterhaus was on that plane, that
12  she was one of the other OCS specialists. She
13  appears nowhere in the medical record. We have
14  never been given any notice that that is a
15  person who has discoverable information. I'm a
16  little bit perplexed by that. So --
17    I mean I think the way that we deal
18  with it, obviously, is we're going to depose
19  Osterhaus. But my question for you is: Are
20  there other people that have relevant
21  information about this case? I mean you don't
22  have to disclose confidences, obviously, but are
23  there like other people that have like come up
24  in your discussions?
25    MR. BRANTINGHAM: I thought we were --

Page 139

1    There was no one else on the plane,
2  that's for sure. There was no one else on the
3  plane.
4    MR. THOMPSON: Well except the pilot.
5    MR. BRANTINGHAM: Well, sure, except
6  the pilot, presumably.
7    Quite frankly we weren't aware of their
8  role when we did the initial disclosures.
9    MR. THOMPSON: Yeah.
10    MR. BRANTINGHAM: And moreover, we
11  don't --
12    You know, initial disclosures require
13  disclosure of who you plan to use to support
14  your case. That can be amended as we go, and we
15  all learn from it, so we know about them now. I
16  don't know of someone else -- as I sit here
17  right now, I can't think of someone who seems
18  particularly relevant, --
19    MR. THOMPSON: Okay.
20    MR. BRANTINGHAM: -- but, you know,
21  we'll supplement our discovery as -- as
22  required.
23    MR. THOMPSON: Okay.
24    MR. BRANTINGHAM: I mean I think you
25  know about -- I mean I certainly -- ask of

Page 140

1  these witnesses, whatever.
2    MR. THOMPSON: For sure. And I -- I
3  feel like at this point we've probably -- we've
4  got a pretty good idea of who the players are,
5  but I just wanted to confirm that there was no
6  one else that at least you were aware of.
7    MR. BRANTINGHAM: I am not aware of
8  anyone. It is very rare that there are people
9  who are involved in the care of a patient that
10  don't actually pop up in the medical record.
11    MR. THOMPSON: I know.
12    MR. BRANTINGHAM: But the -- the facts
13  of this case are very unusual in terms of the
14  discovery.
15    MR. THOMPSON: Maybe one of the
16  things -- and I'll follow up just with an email
17  on this -- it would be nice to know who the
18  folks were that went on that September 7th --
19    Oh, no. That wasn't an OCS run. We
20  got that.
21    Okay. All right. Sounds good. I'm
22  done making my record.
23    THE REPORTER: Off the record.
24    (Deposition concluded at 5:39 p.m.)
25

Page 141

1  C E R T I F I C A T E
2    I, Nicole A. Huber, hereby certify that
3  I am qualified as a verbatim shorthand reporter;
4  that I took in stenographic shorthand the
5  testimony of DANIELLE FAY at the time and place
6  aforesaid; and that the foregoing transcript
7  consisting of 140 pages is a true and correct,
8  full and complete transcription of said
9  shorthand notes, to the best of my ability.
10    Dated at Baxter, Minnesota, this 23rd
11  of August, 2024.
12
13
14
15
16    NICOLE A. HUBER
17    Notary Public
18
19
20
21
22
23
24
25

36 (Pages 138 to 141)

Page 142

```
 1            S I G N A T U R E   P A G E
 2        I, DANIELLE FAY, the deponent, hereby
 3    certify that I have read the foregoing
 4    transcript, consisting of 140 pages, and that
 5    said transcript is a true and correct, full and
 6    complete transcription of my deposition, except
 7    per the attached corrections, if any.
 8    PAGE  LINE    CHANGE/REASON FOR CHANGE
 9    _____ _____  _____
10    _____ _____  _____
11    _____ _____  _____
12    _____ _____  _____
13    _____ _____  _____
14    _____ _____  _____
15    _____ _____  _____
16    _____ _____  _____
17    _____ _____  _____
18    _____  _____
19      Date        Signature of Witness
20
21        WITNESS MY HAND AND SEAL this _____
22        day of _____, 2024.
23
24    (NAH)    _____
25
```

37 (Page 142)

Thompson Decl. Ex. Z

**A**

**a.m** 47:24 83:19
84:8
**ability** 47:11
94:7,10,22,24
95:6,7 141:9
**able** 20:19 21:1
38:1 54:8
69:19 70:3
75:6,7,11
94:14,20 124:4
**abnormal** 41:6
41:12 50:10
98:14
**absolutely** 3:11
49:5 110:5
120:15 122:25
123:3 126:3
**absorbing** 67:8
**acceptable**
121:7
**accompanied**
119:21
**accompanying**
8:16
**accomplish**
121:16
**accurate** 24:18
**act** 71:9
**action** 89:11
**actual** 27:2 73:8
73:13
**Adam** 16:9 34:7
34:15 53:17
111:25
**addition** 113:6
**additional** 13:19
**adequacy**
120:22
**adjective** 29:7
30:5,15
**adjust** 116:6
117:20
**adjusted** 117:16
**adjustments**
115:13 116:18

117:13
**admit** 52:14
**adults** 14:14,24
14:25 15:2
**advantages** 30:1
**affect** 38:23
86:11
**aforesaid** 141:6
**aftermath** 24:9
**ago** 3:4 10:12,12
15:22 17:7
40:8,18 41:17
41:20 95:2
134:4,8
**agree** 28:11
30:17 32:11
34:24 35:4
49:4,11 52:18
76:6 127:14,22
128:6
**ahead** 5:8 31:21
40:22,25 45:7
45:13,20 52:12
55:11 60:13
72:24 76:16
**air** 38:7 117:8
**airplane** 21:23
21:24 26:4,4
37:14 38:21
49:3,15 53:4
69:25 127:11
**airplanes** 21:17
**airport** 26:5
32:13 33:19
34:18,19,21
35:6,15 49:8
70:2 105:13,14
106:6,10,12,19
**alarm** 106:15
**alerted** 53:6
54:1
**Alex** 11:4 16:11
16:12 33:9
36:9 51:20
107:1 112:7,11
121:2
**allocated** 22:21

**allowed** 3:18
**allows** 5:14
**alluded** 119:19
**Altarabsheh**
53:22 109:1,25
**amazing** 18:25
**amended** 139:14
**and/or** 54:2
**Anderson** 16:18
**Andrew** 2:7
**Anna** 2:11
**ans** 97:12
**answer** 4:6
25:17 40:6,21
40:25 52:10,25
55:15 62:16
64:19 68:16,17
68:23 72:24,25
80:16,23 81:7
89:25 97:4,16
97:23 101:2
109:20 127:25
**answered** 43:23
52:8,12 74:19
93:15 97:2
122:3
**answering** 40:21
115:12,15
118:4
**answers** 8:15
**anybody** 100:10
101:9,20
112:17
**anymore** 15:14
**AOP** 47:9 85:17
87:11 88:16
89:20 94:4
**appear** 98:13,14
100:25 138:8
**appearance**
98:15,18 122:4
122:6,22
**APPEARAN...**
2:1
**appears** 138:13
**application**
22:21

**appropriately**
123:14,15
**approximately**
1:19
**April** 134:10
**area** 111:24
**arguing** 44:8,12
**argumentative**
44:5 86:8
97:25
**Arizona** 111:24
**art** 78:13
**arterial** 55:4,8
56:7 62:2 64:3
64:6 66:25
67:1,17 77:21
78:4,10,13
79:3,8,22
81:19 84:12
120:23
**arterial's** 55:21
**article** 21:7
**asked** 12:19
40:22 43:22
44:9 52:7,12
54:14 74:19
80:13 93:15
97:2 98:5
112:23 113:1
113:12 118:1
126:2 135:10
136:14,15,18
**asking** 5:3 24:4
32:24 37:5
60:8 61:2,3
99:6 118:4
120:9 121:13
128:6,10
**asleep** 34:10
53:12,13,18
109:12 125:1
137:10,13,16
**asserting** 80:25
**associated** 19:2
**assume** 7:22
19:15 25:21
83:22 108:25

**attached** 142:7
**attempt** 52:24
**attention** 125:3
**August** 1:13,20
7:2 27:14
141:11
**Auto** 87:11
88:16 89:20
**auto-titrates**
89:6
**automatically**
90:13
**available** 120:4
**average** 17:18
107:9,10
**awake** 32:9
37:18 53:8,9
53:23 125:21
125:22 127:16
128:16,25
129:2,25 130:1
136:13,20,22
137:5,8,10,12
**aware** 110:3
114:1 139:7
140:6,7

**B**

**Bachelor** 13:13
**bachelor's** 13:6
13:8
**back** 3:6 5:3
9:22 10:15
12:12 22:3
23:16 27:14,22
30:4 37:12
39:18 53:4
57:24 62:23
74:5,10 76:20
77:1 78:22
84:10 87:16
90:4 92:11
95:11 98:3
99:3,24 102:23
104:24 111:7
112:15 114:16
115:9 134:25

137:2
**background**
13:2 73:19
88:19 89:4
91:24 116:7
**backpack** 103:7
**bad** 8:17 33:13
37:7 97:16
**badgering** 97:25
**bananas** 93:6
**bar** 4:11
**base** 119:1 131:9
**based** 5:4,21
35:3 43:25
79:19 86:24
119:13 121:6
122:7 123:8,12
**baseline** 87:4
**batteries** 22:11
22:16
**battery** 22:6,8,9
22:13
**Baxter** 141:10
**beating** 30:2
49:23 50:20
122:16 124:6
**beats** 84:21
**becoming** 18:9
**bed** 24:5 25:6
37:6
**beginning** 14:22
**Behalf** 2:2,6
**believe** 80:24
111:23 134:3
**best** 115:4
130:23 137:5
141:9
**better** 47:22
**big** 9:10 46:25
55:22 126:20
128:13,14
**bit** 10:15 13:1
15:21 51:2
138:16
**black** 88:24
**blindside** 123:19
**blood** 57:7 79:22

**blue** 33:8
**board-certified**
127:20
**body** 99:24
**Boston** 17:1
**bother** 128:3
**bothered** 128:5
**bottom** 107:8,11
108:16
**bouncing** 38:18
45:25
**box** 20:12,16,19
20:22 29:25
43:12 49:23
50:20
**Boy** 102:14
**Brandon** 2:3
97:17
**Brantingham**
2:7,18 3:2,9
4:6,9,18 5:6,8
5:10,18 6:2
25:14,17 27:5
28:4,12 29:2
30:8 31:20
32:19 33:5
38:24 40:5,19
41:1 42:5
43:22 44:4,7
44:15,18 45:9
46:7 47:3 48:3
48:14 50:8,21
51:9 52:1,4,7
52:11,22 55:10
58:6 60:4,8,11
62:15 71:24
72:11,23 74:18
76:3 79:24
80:1,12,14,21
81:2,6,7 82:13
83:24 85:23
86:7,20 88:10
89:24 91:14,21
93:14 94:17
95:24 97:1,13
97:20,24 98:2
99:5 100:6

101:14 102:6
102:13 104:2
104:18,25
105:3,19
106:23 107:22
109:19 110:20
114:25 115:3
123:21 124:14
125:5,6 126:2
126:22 127:24
128:17 131:25
132:14,17
133:3 135:10
137:20 138:25
139:5,10,20,24
140:7,12
**break** 4:22,24
20:18 72:13
79:24 80:1,9
81:3,6 114:7
**breakdown** 15:2
**breaks** 3:12,19
**bring** 62:23 99:9
122:14
**broad** 82:4
121:10,13
**brought** 98:16
98:25 100:5
111:7 115:9
**bullet** 82:3,7
85:3,8 121:21
**bumped** 26:20
76:22
**bumps** 38:13
39:16 45:3
91:5 92:9
105:8,9,25
106:17
**bumpy** 106:21
116:24
**bunch** 4:12 12:1
12:2
**bus** 24:18 109:6
110:13

---
**C**

**C** 2:11 3:1 141:1

**141**:1
**call** 5:19 17:17
**called** 7:10
114:15
**calls** 51:11
**caption** 7:3
**capture** 116:14
**captured** 24:10
36:24 37:10
46:14,16,18,23
46:25 50:25
51:2
**capturing** 20:12
128:19,21
129:9
**car** 14:19 21:25
32:12,17 33:1
33:12,15,18,24
34:1,2,17,20
35:5 38:5,6,18
39:9 43:20
45:2,25 46:4
48:24 49:14
50:13 96:24
104:21 105:5
105:12 106:4
**cardiac** 14:19,20
14:23 15:8
95:3 127:20
**cardioplegia**
19:10
**cardiothoracic**
21:8
**care** 3:22 18:3
32:4 55:20
104:8 140:9
**career** 124:16
130:19
**carefully** 85:20
**carry** 103:6
**carrying** 69:24
**cars** 21:16
**case** 4:9,17 7:3
12:15,16,17
23:21 63:3
94:16 96:15
99:22 112:1,8

112:21 122:21
132:2 138:21
139:14 140:13
**cases** 4:2,5,12
11:25 111:3,4
120:16
**cause** 39:25 55:8
55:23 57:15
105:16 115:25
116:2
**causes** 105:15
**cells** 57:6
**center** 111:9
**certain** 126:9
**certainly** 23:2
34:23 70:12
94:22 139:25
**certified** 10:9
**certify** 141:2
142:3
**CF** 85:17
**chance** 3:7
96:13
**change** 46:22
67:5,7 71:2
72:18 88:13
89:9 90:1
92:10 93:12
94:2,4 96:9,10
117:17 142:8
**CHANGE/RE...**
142:8
**changed** 115:15
**changes** 68:1
105:17 117:3,8
120:6,11
**changing** 90:22
**charge** 56:15,16
104:3,13
112:11
**check** 74:25
75:4 78:18
93:10
**checked** 63:14
67:9
**checking** 81:18
**checklists** 71:15

chime 36:11
Choi 130:4
choice 100:4
chose 18:11,12
Christmas 135:2
Circuit 4:17,18
Ciresi 2:3,11,12
cite 4:10
Civil 1:5
claiming 97:7
  105:1
clarity 3:23
clean 8:1
clear 4:2,2,3
  25:22 29:25
  43:11 44:9
  115:19 116:9
  119:20
Clearly 80:18
clients 3:12,18
  4:22,24 5:1,2
Clinic 1:7,17 7:4
  9:11 21:9
clinical 83:20
close 84:24
  122:1
closely 26:22
coaching 3:13
  40:23
cold 19:10
collaborating
  136:5
collaboration
  135:22 136:1
  136:11,12
colleagues 111:5
  113:7
collecting 18:6
collection 57:7
column 45:16,21
  47:7
combination
  56:6
combined
  118:25
come 5:3 12:7
  47:17 138:23

comes 11:9
  117:1 118:7
comfortable
  30:24 100:2
  119:3 124:20
  128:10
coming 31:4
  131:8
commencing
  1:19
comment 36:14
common 91:13
  105:9 108:1
communicate
  107:18
communicated
  31:11
communicating
  23:16 102:3,12
communication
  24:9,10 122:12
  132:1,4
communicatio...
  80:24
commute 34:12
comparing
  120:23
compile 112:13
  112:14
complete 123:19
  141:8 142:6
completely
  105:23
complicated
  19:18 21:15
complication
  121:1
complying 34:5
  39:19 58:1,4
  76:17 79:2
  108:15 118:2
component
  13:14
compound
  65:23 72:12
  94:18 100:7
con 117:19

concepts 84:16
concern 25:10
  54:14 55:8,19
  55:23 57:16
  98:10,12 122:6
  122:8,14,23
concerned
  102:16 126:11
  131:17,19
concerning
  28:18 31:13
concerns 96:15
  97:5,8 98:7
  107:16 123:18
concluded
  140:24
conditions 57:1
  105:8
conferring 3:4
confidences
  138:22
confirm 140:5
Confirming
  120:22
Conlin 2:3,11,12
connect 21:22
connected 21:18
  21:20
consecutive 74:7
  76:7
consider 113:5
consistently
  128:20
consisting 141:7
  142:4
console 26:11
constant 122:12
  131:25 132:3
constantly
  105:18 116:7
  117:20
consult 120:4,8
contact 103:15
  103:17,20
continue 93:10
continuing
  70:24 89:12

93:11
continuous
  116:11
contractility
  85:5,13 100:22
  101:1 102:18
  102:20 131:7
contrary 68:8
  68:10
control 47:11
controlling
  132:24
conversation
  3:19 108:9,12
  108:21
conversations
  36:22 37:1,9
  113:19
convey 54:18
cool 18:21
copy 45:8,9
coron 93:16
coronary 89:7,8
  93:17 95:4,23
  96:9 129:21
correct 17:22
  21:21 22:4
  23:8 24:14
  26:24 27:13
  39:2,17 42:21
  43:13 55:14
  67:22 70:15
  72:16 83:11
  84:5 103:11
  106:1 114:22
  116:12,13,16
  118:8,15
  119:23 120:1,2
  121:5 124:17
  141:7 142:5
corrections
  142:7
correctly 61:21
  81:21
corrects 104:22
counsel 3:4,11
  4:21,24 32:23

couple 3:3 7:24
  30:22 34:25
  40:18 115:18
course 95:7
court 1:1 7:6
  8:18
covered 115:11
crazy 93:5
criticize 4:13
criticized 110:19
crossword
  127:16
currently 15:2,4
  41:19
cushion 22:12
cut 99:23

D

D 3:1
Danielle 1:11,15
  2:17 7:5,9
  138:7 141:5
  142:2
dat 11:13
data 9:1,21
  10:21 11:2,9
  11:13 18:7
  24:4 26:12
  29:19 31:3,6,8
  31:11,13 45:6
  46:23,25 51:16
  51:21,23 52:21
  65:21,25 66:3
  73:22 84:4,7
  88:20 90:20,24
  92:4,8 104:10
  104:11 112:12
  112:15,18,24
  113:1 116:10
  121:3
Date 142:19
Dated 141:10
dates 134:20
daughter 22:15
day 33:22 34:16
  41:21 42:10
  130:8,12,18

142:22
**deal** 20:3,7
  46:25 55:22
  99:8 128:14,14
  138:17
**dealt** 73:15
**December**
  134:12,13
**decide** 31:12
**decided** 23:10
**decision** 31:5
  100:9
**decisions** 120:18
**decrease** 59:10
  59:11,12 78:7
**decreasing**
  77:25 78:2,4
  82:8,10,16
  83:14 84:11
  85:22
**dedicated** 15:12
  15:20
**deep** 68:23
  127:20
**Defendant** 1:8
  2:6
**definitely** 107:7
  107:11
**definitively**
  74:21
**degree** 13:6,8,12
**delta** 77:20 78:7
  78:7
**Department**
  1:18
**depends** 107:5
**deponent** 142:2
**depose** 138:18
**deposed** 19:22
**deposition** 1:11
  1:15,17 3:19
  4:22,23 7:4,19
  8:25 9:17
  10:19 11:8,20
  12:24 78:23
  140:24 142:6
**depositions** 3:5

3:12 4:25 5:15
**describe** 27:3
  131:6,13,15
**described** 25:11
  30:14
**describing** 24:19
  27:23
**desirable** 83:6
**despite** 40:3
  51:23
**detail** 24:25
**details** 23:24
  80:10
**developed** 118:9
  118:10
**deviates** 48:18
  85:1
**device** 22:23
  99:8,15 110:24
**dial** 93:23
**difference** 78:3
**different** 11:15
  17:4 36:15
  41:9 55:17
  58:9,20,25
  82:3 84:2
  124:12 127:9
  127:15,19,23
  128:7 136:17
**direct** 106:9
**disagree** 4:4
**disagreeing**
  36:17
**disagreement**
  5:13
**disclose** 138:22
**disclosure**
  139:13
**disclosures**
  138:5,6 139:8
  139:12
**discoverable**
  138:15
**discovery**
  139:21 140:14
**discretion** 96:5
**discussion** 3:14

37:12 81:14
  137:24
**discussions**
  19:16 138:24
**district** 1:1,1
  4:10,19,20
**doc** 114:16
  127:18
**doctors** 118:25
  119:1
**document** 9:8
  9:20,23 32:20
  44:8,10 59:23
  60:9 63:8
  65:13,14 66:10
  71:4,6,11,13
  71:18,22 72:3
  72:22 95:11
**documented**
  105:23
**documents** 12:4
  32:24 59:2
  71:15
**doing** 15:16,19
  15:23 17:14
  29:10 35:25
  60:20 71:7
  73:3 84:5 85:7
  85:21 89:14
  96:5 99:20
  100:20 107:21
  112:15 117:24
  118:19 127:16
  133:12 136:16
**donor** 22:2 25:3
  56:11 57:2,5,6
  99:19,25
**DORSEY** 2:7
**downloaded**
  65:22,25 66:4
**Dr** 37:5 53:22,22
  96:18 98:15,19
  98:22 100:1
  102:4,12
  103:15,21
  104:5 108:10
  108:25 109:1

109:25,25
  114:16
**draw** 57:9 69:19
  69:22 70:10,10
  70:16 71:11
  75:7,11,15,19
  79:7 87:6
  88:17 92:13
  94:23 95:14
  118:18
**drawn** 87:3
**drew** 66:16,25
  83:19
**drive** 106:7
**driving** 39:9
**due** 75:5 104:22
**duly** 7:10
**duty** 17:24

<hr>

**E**
**E** 3:1,1 141:1,1
  142:1,1
**earlier** 92:11
**early** 78:22
**earth** 109:11
**easier** 8:7 11:11
**Eastern** 4:10,19
**EC** 58:16
**ECG** 58:14,16
  58:20 59:1,22
  60:15,25
**ECMO** 15:10,12
  15:14,21,24
  16:1,3,14,16
  16:22 17:15,16
  17:19,21,23,25
  18:2,10,15,23
**education** 18:6
**effect** 118:13
**eight** 17:17
**Eighth** 4:16,18
**either** 22:2
  23:16 34:12
  54:2 58:13
  59:21 63:19
  64:12,15
  110:23 111:24

**email** 3:6 140:16
**emailed** 3:3
**emailing** 11:4
**emails** 11:1,14
**emoji** 109:15
**entire** 124:15
  130:19 136:7,9
**entirety** 81:2
**entitled** 3:11
  97:6
**especially** 75:14
**established**
  95:15 96:7
  99:22
**estimate** 115:4
  130:23 135:4
**eventually** 73:24
**everybody's**
  123:8
**evidence** 85:12
**exact** 56:13 63:9
  79:18 115:9
  118:12 125:16
  134:20
**exactly** 65:22
  66:4 89:14
  109:13,23
**EXAMINATI...**
  2:15 7:13
  115:2 123:23
**examined** 2:16
  7:11
**example** 20:10
  20:11 117:16
  128:12,16
  129:17
**examples** 124:7
**exceeds** 121:24
**Excel** 10:20
  11:15 45:4
  57:24 58:7
  64:19 87:17
**exchange** 109:18
**excuse** 99:19
**existed** 138:9
**expect** 55:12
**expected** 49:9

**experience**
21:19 118:18
119:7,14
**experienced**
133:24
**expertise** 118:18
**explanation**
52:19
**explicitly** 51:11
**explore** 97:9
**expressing**
54:13
**eyes** 32:6

**F**

**F** 141:1
**face** 110:9,16
**facilities** 21:14
**fact** 19:8 37:4
40:3 53:6 54:1
54:14 56:1,7
66:3 89:9
100:13 110:14
131:18
**factor** 21:13
**factors** 88:12,14
96:3 115:24
**facts** 140:12
**fair** 8:14 11:12
15:6 25:6
28:15 31:6
32:7 37:23
56:4 62:19
69:18 71:14
86:13 113:22
**fall** 137:13,16
**far** 45:20 51:4
80:13 102:16
108:7,20
123:13
**farthest** 111:21
111:23
**fast** 116:18
**Fay** 1:11,16 2:17
7:5,9 51:14
52:25 114:25
138:7 141:5

142:2
**feel** 5:15 30:24
56:2 100:2
104:7 109:9
123:13,16
135:13,16,19
140:3
**feeling** 109:5
110:12
**fellow** 113:5
**felt** 24:16,20,21
110:18 135:11
**fifth** 77:3
**fight** 5:12
**figure** 12:19
117:4
**File** 1:5
**find** 12:13 106:7
**finding** 12:10
138:10
**fine** 3:22 6:1
39:15 46:2,9
80:22 88:23
96:17
**finish** 72:23,24
**first** 7:10,24 8:4
10:23 25:21
41:10 48:1,12
64:3,3 70:20
71:16 77:16
79:13 82:7,14
83:8,12 86:17
87:3 90:7
101:2 103:14
108:5 120:21
130:4 134:2
138:10
**five** 22:22,25
23:2,4 26:10
26:23 62:4
65:11 68:15
69:7,23 75:1
75:12,20 82:3
88:16 89:21
95:15 103:19
122:1 130:17
135:6

**flight** 34:11 36:2
36:6 53:19,21
122:12 123:5
136:8,10
**float** 14:21
**flow** 10:21 11:2
42:2 45:6
46:22 59:10,11
59:12,13,15,17
59:20 60:3,14
60:16,19,22
61:1,8,13
62:11,22 63:7
63:21,22 64:13
64:21 66:8,11
66:19,24 72:8
72:18 73:8,13
73:13,21 74:16
79:13 86:15
87:18,19 94:1
95:4,22,23
96:9
**flows** 29:10,12
29:19 31:16,24
33:11 39:1,3
39:12,13,21
40:1,3,13 41:4
42:4,16 43:25
44:1,3,20,25
45:15,24 46:2
46:5,9,12 49:5
49:16 50:1,15
50:24 51:12
53:1 54:9
63:19 68:19
73:3 74:8 89:7
89:8 90:18
91:25 92:4
93:16,17,17
96:17 105:22
106:15 111:19
115:14,21
116:6,19,25
117:9,11 119:2
129:21 133:10
136:14
**fluctuate** 115:22

**fluctuates** 15:5
85:1
**fluctuating**
88:19 89:3
**fluctuations**
91:4 115:25
116:2,3,14,19
**fluid** 89:5 91:5
93:6 96:4
116:5 117:1,4
**fluids** 92:25 96:8
**flying** 38:22
**focus** 81:17
99:15,18
**focused** 15:23
**folks** 22:19
120:13 140:18
**follow** 9:7 79:4
85:25 86:3,5
86:10 88:2,8
88:15 91:20
96:2 97:7
119:16 132:12
135:11,13,17
135:20 140:16
**followed** 135:24
**following** 1:15
56:25 95:25
133:2 137:25
**follows** 7:12
**foregoing** 141:6
142:3
**forever** 22:17
**forgot** 17:5
**form** 11:10
25:14 27:5
28:4 30:8
31:20 38:24
40:5 41:1 42:5
43:23 47:3
48:4,15 50:8
51:9 52:11,22
55:10 60:5,7
71:24 76:4
82:13 83:25
85:23 86:8
88:10 89:24

91:14,21 93:14
94:17 95:24
97:24 100:6
101:14 104:2
104:18 105:19
106:23 107:22
109:20 110:20
126:22 127:24
128:17 132:14
133:3
**format** 11:16
**forth** 3:5 121:11
**found** 12:14
21:7 25:2
112:14 138:3
**foundation** 28:5
28:12 29:2
32:19 38:24
46:7 51:10
55:10 62:15
76:4 86:20
99:5 100:7
**four** 13:18,19,20
13:21 16:3,14
16:15,22,23
23:7 58:19,25
75:15 77:10
130:22
**four-hour-an...**
83:13
**fourth** 34:9
75:19 76:1
85:3
**frankly** 4:11
139:7
**fresh** 27:15
39:25
**fresher** 27:22
**friendly** 113:8
**friends** 97:10
113:6
**front** 59:23
**frowny** 109:15
110:9,16
**full** 141:8 142:5
**full-time** 14:5
**fumble** 82:22

**function** 27:2
  52:16
**further** 18:17
  85:15 123:22
  137:20

---
**G**
---
**G** 3:1 142:1,1
**gap** 78:11,17,18
**gather** 31:8
**gathered** 121:2
**gathering** 55:24
  92:8
**general** 110:14
  113:21 120:9
  135:18,19
**generally** 126:19
  135:17,24
**getting** 10:14
  24:4 26:20
**give** 20:10 23:24
  40:9 47:22,22
  80:10 104:10
  111:15 128:12
  128:16 129:17
  130:23
**given** 5:5 138:14
**gives** 18:16
  85:25 86:3
**giving** 80:10
  97:4
**glancing** 26:22
**go** 5:1,8 13:5,10
  17:1,21 18:1
  18:17 25:4
  30:4 31:21
  34:4 39:16,18
  40:22,25 45:2
  45:7,12,13,20
  45:21 46:18
  51:1 52:12
  53:4 55:10
  57:24 58:2
  60:13 63:7
  71:10,17 72:24
  73:21,24 75:18
  79:1 81:11

83:2 84:10
  86:22 88:12,14
  89:2 90:4 94:3
  96:13 105:24
  106:7 111:6
  112:4 113:24
  124:19 128:3
  137:2 139:14
**goes** 59:1 76:20
  89:18,19
**going** 5:16,22,23
  10:13 17:20
  19:19 23:23
  25:25 28:9
  30:13,15,16
  32:3 37:25
  41:9 44:4
  48:21 49:15
  50:6,23 51:7
  59:20 62:1
  64:11 66:22
  67:2,13 74:2
  81:23 83:22
  84:1,2 88:15
  89:16 90:4
  91:8 92:2,12
  93:6 104:24
  106:6 109:17
  111:22 116:24
  117:5 120:21
  127:19 129:22
  130:15 135:1
  135:23 138:18
**good** 7:18 8:16
  33:6,11 39:14
  39:21 40:1,4
  40:13 42:4
  43:5,9 44:2,3
  44:21 45:1
  50:16 51:17,21
  51:24 52:21
  53:7 56:3 59:9
  71:14 85:4,12
  92:1 96:21
  97:6,9,11,22
  98:9 100:22
  101:1 105:16

110:23 111:1
  112:18 114:18
  121:19 122:17
  123:18 140:4
  140:21
**goofy** 5:21
**gosh** 92:21
**Gotcha** 15:17
  20:5 21:3
**govern** 4:15,20
**governs** 3:10
**graduate** 13:25
**graduated** 14:2
**gravel** 106:8
**great** 9:13 44:19
  52:9 59:16
  61:6,12 67:9
  99:21 104:14
**greater** 55:4,9
  56:22 67:16
  84:13
**greatly** 15:5
  107:5
**Greg** 16:18
**ground** 7:25
  34:12 114:17
**guess** 97:9
  109:21 110:11
**guessing** 84:24
**guide** 9:11 10:2
  10:4
**guideline** 9:6
  69:9,10,16
  76:9 85:25
  86:3,5 87:23
  118:14 132:18
**guidelines** 9:2,4
  55:13
**guy** 102:11
**guys** 110:13
  137:16

---
**H**
---
**half** 75:20 134:8
**Hall** 4:9
**hand** 62:1 81:23
  117:25 142:21

**handed** 45:4
**handle** 120:5
**handled** 96:16
  123:14
**handling** 118:19
**hang** 113:9
**happen** 5:22
  72:8 91:17
  106:18 117:15
  121:19 124:10
  126:5
**happened** 5:12
  34:16 35:1
  37:8 42:13
  46:21,23 47:2
  62:24 72:4
  76:23 93:1,5
  108:6 111:10
  129:13
**happening**
  23:18 45:24
  50:3 88:21
  91:24 136:13
**happens** 3:15
  5:14 11:24
  28:14 55:13
  67:24 73:17
  106:21,24
  111:14,16
**happiest** 25:12
**happy** 28:23,24
  28:25 29:7,15
  30:5,7,11,14
  30:20 31:18
  32:14,17,25
  33:12,24 35:9
  36:10 37:15,25
  38:5,7,16 39:8
  39:11 40:11
  43:20,24 44:24
  45:23 46:4,11
  47:1 49:14
  50:5,18 51:25
  52:18 54:2
  96:18,23 98:15
  98:18,20,24
  100:11,17

101:13,16,18
  101:23 102:17
  103:2,25 104:9
  104:17,21
  106:3,13
  110:10,22
  122:5 136:16
**hard** 8:10 17:20
  20:24,25 93:20
  93:22 117:12
  117:21
**hawk** 26:9 30:6
  30:19 31:3
**head** 19:7
**heading** 120:20
**Health** 13:8,13
**heard** 111:4
  123:12
**heart** 9:11 19:3
  20:11,14,16
  21:14 25:3,10
  25:12,12,23
  26:6 27:2,9,15
  27:23 28:1,2
  28:18,21,23
  29:1,8,14,22
  30:6,7,9,19,19
  30:25 31:9,17
  32:8,17,25
  33:10,12,16,21
  33:23,24 34:2
  34:12 35:5,9
  36:10,11 37:8
  37:13,14,17,19
  38:5,17 39:4
  39:20 40:2,10
  40:11 41:5,6
  41:11,13,17,20
  41:22,24 42:3
  42:19 43:1,6
  43:10,16,20
  44:24 45:23
  46:3,4,11 47:2
  49:13,14,22
  50:4,5 51:21
  51:24,25 52:16
  53:3,6 54:1,6,8

58:25 62:7,12
70:6 84:20,20
84:23,23 85:12
90:9,16 91:8
92:3 96:19,22
97:6,8,11 98:8
98:11,14 99:2
99:9,12,16,23
99:25 100:11
100:16,21
101:5,8,11,22
102:15 103:2,6
104:1,4,8,12
104:17,21
105:15 106:3
106:12,14
107:1,4,5,9,11
107:18 110:15
110:17,23
111:6 112:14
113:25 114:2
114:17 117:10
117:24 119:3
121:7,20,25
122:4,6,9,22
123:14 124:6
128:19,22
131:18 132:3
135:8
**heart's** 28:8
28:14 37:24,25
56:12 67:20
**hearts** 18:17
27:8 28:14
38:13 39:7
105:21 107:7,8
107:14,15
122:16 131:2
131:11
**heavily** 120:17
**heck** 94:23
**Hello** 7:15
**help** 60:23 89:6
127:7
**helped** 35:24
**helping** 35:21
117:22

**helps** 116:5
**hematocrit**
56:11,20 57:2
57:5,9,12
**hesitancy** 120:8
120:13
**hesitation**
122:20
**Hey** 103:24
127:7,17 129:9
132:21
**Hi** 7:16
**high** 55:19 135:5
**higher** 55:21
56:8 78:13,13
81:19 129:21
**hindering**
117:22
**history** 12:12
**hit** 92:9 105:8,25
106:17
**hitting** 91:5
**hold** 5:7,9,9 97:1
102:6 104:25
**holidays** 135:2
**home** 24:7
**hosp** 106:19
**hospital** 17:15
22:3 32:13
33:19 34:19,21
35:6 49:7 90:2
96:24 105:12
106:6,13,19
114:16 117:6
**hospitals** 26:16
111:11
**hour** 34:11
53:18 75:20
**hours** 27:17
34:25 83:13
92:22,24 93:1
128:2
**Huber** 2:11
141:2,16
**hundred** 24:23
130:15

**I**

**ICU** 14:19,20,23
15:8
**Idaho** 25:4
32:13,13 33:19
33:19 34:18,19
35:6,6 38:5
49:7,8,16
105:13,13
**idea** 22:23 33:6
79:15 92:2
110:5 111:15
138:9 140:4
**Ideally** 56:22
121:16
**identified** 138:2
138:4
**identify** 60:9
**ignore** 71:23
**ignored** 72:1
**immediate**
116:17
**impact** 57:1
**impediments**
94:13
**important** 29:23
54:21 78:23
79:9
**impression** 40:9
81:17
**improve** 61:9,19
**included** 13:18
13:20
**includes** 31:15
**increase** 60:3,14
63:13 64:8,11
64:12,12 65:10
66:7 69:3
70:19,20 72:8
72:9,14 73:4
74:15,17,22
76:2,19 78:8
86:15,18 87:11
87:19 88:4,15
89:12,20 90:14
91:12 92:16

93:7,12,20
94:14,24 95:7
95:13 132:12
132:22
**increased** 59:24
66:21 73:5
74:8 76:8
87:18 90:7
92:23 93:18
95:5,9
**increases** 90:10
94:1
**increasing** 55:1
55:7 60:18,22
63:18 65:9
66:17 69:3
75:2,24 76:7
77:4 78:5
83:10 86:16
87:11 88:17
89:10 91:11,19
91:23 92:14
95:3,12,17,20
**increment** 63:9
**increments**
46:19 63:6
**INDEX** 2:15
136:6
**indicate** 28:8
136:6
**indicates** 82:24
**indicating** 48:8
**individuals**
120:3
**influence** 52:24
**Inform** 121:23
**information** 9:2
11:3 56:25
119:10,10
138:15,21
**informed** 125:6
125:22
**informed-cons...**
19:16
**informing** 125:2
**initial** 85:16
138:5,5 139:8
139:12

**initially** 61:15
112:23
**input** 126:15
128:15 129:18
132:19,19
**inside** 20:16
**inspect** 101:5
102:15
**inspecting**
101:11
**inspection** 85:4
85:7 100:20
103:5 107:20
**instructions** 5:5
91:2
**intend** 3:24 4:1
**intended** 40:14
40:17
**interested** 3:13
3:14 52:6
**intern** 14:4
**internal** 22:8,16
**interpretation**
44:12,13
**interrupting**
40:20
**involved** 11:3
25:4 111:3
140:9
**irreversibly**
99:23
**issue** 3:3,9
120:10 125:3
125:12
**issues** 20:3
37:22 123:11
125:7 126:25
**items** 121:12

**J**

**Jacksonville**
21:9,10 22:19
**Jenna** 2:14
**job** 8:7,12 17:23
19:18 31:2,8
73:12 103:5,6
103:12,16

**jobs** 102:15
103:8,9
**judge** 5:19 6:1
**judgement**
122:19
**jump** 76:16
**jurisdiction** 4:14

### K

**Karen** 2:13
**keep** 8:4,8 54:9
129:22 136:19
**keeping** 21:2
**kind** 15:25 18:9
20:19 24:17
96:14 109:5,15
132:20
**knew** 12:20 37:7
99:6 103:18
129:7
**knob** 73:2
**Knop** 53:22
109:1,25
**know** 3:6,15,16
8:20 10:8,17
19:13 24:23
28:13 29:3,11
41:21 42:12
52:13 53:8
56:14,20 57:21
58:5,8 60:24
61:3,23 63:3
65:8 68:8,9,11
68:17,19,25
69:18 71:12,18
72:7,19,21
73:20 75:7,14
76:5,11 77:20
79:9,18 88:4,6
88:7,9 89:22
91:11 93:2
96:12 98:4,17
98:17 99:4
103:14 108:20
109:13,24
111:10,12
114:2,3,16,19

114:21 117:22
120:25 121:6
122:17 123:13
127:17 130:24
133:20,25
137:4 139:12
139:15,16,20
139:25 140:11
140:17
**knowledge**
118:17 119:1
122:8
**known** 4:11
**knows** 109:13
109:23 110:4

### L

**lack** 107:17
**lactate** 31:16
42:20 50:16
54:21,22 55:1
55:4,5,7,19
60:23 62:2,4,8
62:12,14 63:10
63:14,18,23,24
64:1,2,3,4,6,8
64:11,22,23
65:9,11 66:16
66:17,25 67:1
67:1,10,13,16
67:17,20,25
68:4,13,14
69:3,7 70:17
70:20,21,23
71:2,11 74:5,7
74:22 75:1,3,8
75:11,15,20,21
75:24 76:7
77:3,3,17
78:12 79:3,5,8
79:23 81:19
82:8,11 83:9
83:15,17,18,19
83:21 84:8,12
84:13,13 85:22
86:16 87:7
88:17 89:10,11

89:16,16 91:19
91:23 92:13
94:23 95:17,21
120:24,25
121:7,23,25
124:5 132:11
132:21,24
136:15
**lactates** 11:2
29:10,12,20
31:24 49:19
50:3 51:13
53:1 54:10,15
55:18 56:1
59:9,16 61:5,9
61:12,19,23
64:18 69:19
77:21 78:4,9
78:10 79:19
81:18 83:4,7
86:17,25 87:3
87:7,10,11
90:6,14 91:10
93:11 95:12,14
98:22 108:11
109:6 111:1,17
116:20 117:23
132:24 133:7
133:13,16,18
135:21
**landed** 114:14
**landing** 117:7
**larger** 79:9
**law** 3:10 4:2,4
5:13
**lawsuit** 12:15
**lead** 45:22
**lean** 122:18
**leaned** 120:17
**learn** 19:2,8
139:15
**learned** 118:22
**leave** 59:17
61:13 133:13
**left** 49:6 66:19
67:4 68:6,7
**Legal** 1:17

**Leopold** 1:4
2:13,13 12:15
**Leopold's** 135:7
138:7,8
**let's** 5:24 6:2
7:24 8:10 13:1
28:24 30:4
42:14 45:20
53:4 57:24
76:16 78:12,17
88:1 89:2 98:2
98:2 103:12
114:6 124:19
125:4,4,23
126:4
**lid** 20:24,25 21:1
25:22 26:17,18
26:21
**lids** 20:22
**life** 14:9,11 22:9
22:13
**limiting** 21:13
**line** 58:6 142:8
**literally** 90:16
129:8 138:9
**little** 10:12,14
13:1 15:21
17:7 51:2
85:15 93:23
138:16
**LLP** 2:3,7
**long** 37:21 41:15
77:25 78:2,3
78:20 81:5
91:1 92:12
94:5 129:3
137:15
**longer** 130:5
**look** 9:16 11:7
11:11,19 12:20
28:22 31:17
32:20 39:8,14
40:1,13 41:6
43:8 44:25
45:20,23 46:2
46:9 47:15
51:12,15,16,20

52:13 53:7
54:1 58:3
64:19 66:10
71:10,13,17
89:22 92:4
97:11 100:11
100:17 101:12
101:12,22,22
102:17 105:16
108:14 115:9
121:3 134:24
**looked** 10:1,18
12:23 28:2
40:4 41:11,17
41:20 43:5,15
43:19 44:1,3
44:21 50:7,11
50:16,19 51:4
51:21 52:16
71:21 72:3
96:19,22 97:6
97:9 98:9,11
98:22,24 100:2
101:16 111:19
112:16,18
123:18 131:20
**looking** 25:23
26:10 29:9
32:10,14 43:9
45:17 47:8
48:5 51:23
53:2 54:23
58:9 64:18,25
66:13,15 74:8
78:1,5,14,21
85:7,11 87:16
87:24 89:13,14
106:13 120:19
133:10,15
**looks** 28:17
29:14,22 30:9
30:19,25 31:25
32:5,6 39:5
43:11 45:22
49:23 51:16
52:21 54:13
77:17 79:12

100:22 103:1
103:25 104:9
114:17 119:3
122:17
**lot** 8:7 9:14 18:1
18:15 22:12
55:25 88:23
94:13 115:15
117:3 122:3
**lots** 23:23 103:8
**Low** 57:5
**lugging** 35:18

---

**M**

**M** 13:7,10
**machine** 11:10
19:3,19 20:1,2
20:8,20 21:17
21:19 27:8
28:7,9,13 31:4
35:18,21 39:8
47:11 57:10,13
73:10 76:22
94:20 96:20
107:2,4 112:13
112:24 115:14
116:4,15,18
117:17 118:7
118:19 120:5
120:12 122:7
123:20 128:20
131:9
**machines** 18:4
**Maggie** 2:12
**magistrate** 3:20
**main** 49:18
51:12,15
111:20
**maintain** 129:24
**maintenance**
18:4 88:18
89:3,5 90:19
91:5 92:24
93:6 96:4,8
116:5 117:1,4
**major** 74:14
**majority** 17:16

**making** 82:22
110:16 140:22
**manage** 19:18
58:25
**managed** 57:5
**management**
85:16 86:24
135:20
**manipulate**
20:15 21:2
**manual** 9:22
56:24 69:1
76:9,14 81:24
85:19 87:22
89:22 117:25
118:8,20
119:16 135:12
**manufacturer**
68:12 69:11,17
**marginal** 25:10
**Mary's** 105:14
106:10
**materials** 60:2
60:24
**matter** 32:7
80:12
**Mayo** 1:7,17 7:4
9:10,20 11:25
12:1 13:8 14:4
14:12 21:9,10
22:3,19 23:17
26:5 45:5
118:3,10 130:6
**Mayo's** 118:7
**mean** 4:3 9:5
29:25 42:15,15
42:19 47:9
51:6 65:14
67:19 69:24
71:6 73:5,22
77:22 79:21
89:4 98:6
103:3 109:21
116:1 121:14
121:19 126:20
127:9,11
128:21 130:14

131:6 137:2,11
138:17,21
139:24,25
**means** 51:7 62:7
66:4 97:10
125:17
**meant** 28:25
29:3 38:16,17
40:9,12 42:12
42:13 43:24
44:24 47:5
52:15 54:18
106:3 109:22
109:24 137:4
**measurement**
56:4
**measurements**
42:23 43:2,4,8
**medical** 82:24
138:6,7,8,13
140:10
**medically**
119:15
**medications**
73:18 94:3
**Megan** 16:7
33:8 36:5,6,9
36:11,17,23
37:9 51:20
53:14 54:3
94:11 106:25
113:13 118:23
118:24 119:24
132:20,23
133:2,21 136:1
136:2 138:11
**Megan's** 132:19
**members** 22:22
22:25 23:3
**mentioned**
19:12 115:24
**mercury** 88:16
89:21
**message** 33:2,22
42:7,10 43:7
44:2 52:2,14
52:20 108:18

**messages** 11:22
12:5,7,11,20
16:20 24:4,11
25:1,5 27:3,16
32:18,22 36:16
36:19,24 53:11
55:25 98:19,21
104:20 108:2,8
112:1 113:2,14
121:4 136:6
138:3
**Messerly** 2:11
**met** 119:9
**metrics** 115:14
115:21 116:20
117:18 120:12
**Michael** 19:22
36:4 53:15
102:3,11,25
103:14,18,20
103:24 108:12
109:10 112:20
**Michelle** 1:3
2:12
**millimeters**
88:16 89:21
**mind** 27:15,23
114:5 118:12
**Minneapolis** 2:5
2:9
**Minnesota** 1:1
1:19 2:5,9 38:6
141:10
**minute** 30:13
37:3 40:8
84:21 95:2
**minutes** 3:4
26:10,23 40:18
59:21 62:4
63:22 64:21,23
65:11 68:15
69:7,23 75:1
75:12,15,21
76:20 81:9
88:20 90:25
92:7,9 95:15
105:24 116:11

**misquote** 53:13
**missed** 16:17,19
36:20
**Missouri** 4:19
**misspoke** 105:7
**mmHg** 87:12
**mode** 58:14,20
59:1,3,10,17
59:22 60:2,16
61:1,13
**momentarily**
39:16
**monitor** 106:2
**monitoring** 31:3
43:10 105:18
**monkeying**
95:22
**morning** 25:5
37:6 48:11
74:7 75:8,18
77:2 83:8
**Mountains**
38:22
**move** 68:13 84:2
**moving** 92:10
116:4 117:6
**multiple** 91:24

---

**N**

**N** 3:1 142:1
**NAH** 142:24
**name** 130:5
**name's** 130:4
**native** 99:22
**nature** 86:9
**near** 112:17
**necessarily**
28:10 90:1
**necessary**
119:15
**need** 3:20 5:16
5:19 21:16
32:20 45:8,21
71:12 79:24
86:5 90:18
109:9 127:7
135:11

**needed** 20:7
   123:2 125:3
   132:5
**needs** 22:21
   73:14
**negatively** 57:1
**never** 7:22 19:15
   56:1 100:10
   108:20 114:5
   138:2,4,14
**Next-of-Kin** 1:4
**nice** 131:2
   140:17
**Nicole** 141:2,16
**night** 130:9
**Nikki** 8:5
**nine** 115:8
   124:15
**Noah** 1:4 12:15
   113:25 135:7
   138:7,8
**Noah's** 99:2,12
   99:22 132:3
**nods** 8:16
**Nope** 3:8
**normal** 28:6
   37:21 38:9,10
   38:14 39:1,7
   41:4 84:20
   85:17 115:20
   123:4
**normalize** 92:19
**Norman** 2:13
**nos** 8:15
**Notary** 141:17
**note** 32:22 57:17
   57:18,21
**notes** 141:9
**notice** 1:16 38:1
   138:14
**noticed** 28:21
   62:12 129:4
**noticing** 37:16
**notion** 5:21
**November** 134:3
   134:5,22
**number** 47:21

74:6 89:14
115:10 124:20
125:16 138:1
**nurse** 13:2 23:16

**O**

**O** 3:1
**o'clock** 75:18
**oath** 93:4 125:10
   126:8
**object** 25:14
   27:5 28:4
   31:20 40:5,19
   41:1 42:5
   43:22,23 44:4
   47:3 48:3,14
   50:8 51:9 52:4
   52:7,11,12,22
   52:23 60:4
   71:24 72:11
   76:3 80:11
   82:13 83:24
   85:23 86:7
   88:10 89:24
   91:14,21 93:14
   94:17 100:6
   101:14 104:2
   104:18 105:19
   106:23 107:22
   109:19 126:22
   127:24 128:17
   132:14 133:3
**objection** 44:6,7
   44:17 50:21
   52:3 97:19,21
**objective** 29:19
   31:3,15,23
   42:22 43:2,4,8
   51:16,20,23
   52:21 56:3
   112:18
**observing**
   120:24
**obvious** 60:13
**obviously**
   138:18,22
**occurred** 121:1

**OCS** 9:1,11
   10:10,22 11:10
   15:9,16,25
   16:4,23,24
   17:14,17 18:9
   19:1,3,10,11
   19:20,24,24
   21:5,13,15,17
   22:21 23:3,11
   23:18 29:18
   30:1 35:24
   36:1,23 43:10
   45:11 56:12,23
   78:24 82:4,11
   82:17,21,24
   84:5 85:8
   90:17 96:16
   99:8,15,25
   100:21 101:6
   101:10,21
   103:1,10 110:1
   111:5,10,22
   113:5,24 114:3
   114:5 115:5,13
   118:7,19
   119:20 120:23
   121:10,14
   122:7 123:15
   125:13 129:19
   130:7 134:2
   138:12 140:19
**offered** 114:2
**oh** 23:14 38:17
   40:12 58:8
   83:3,21 87:17
   140:19
**OK** 59:16
**okay** 5:6,18 6:2
   8:2,8,9,18 9:25
   10:4,13 12:14
   12:18,22 13:1
   14:17,24 15:6
   15:18 16:13,22
   17:12 18:8
   19:1,8 21:4,25
   23:14,20 31:13
   36:8,8 37:12

39:18 41:8
44:14,15 45:7
45:15,19 48:9
57:24 58:24
59:6,9,13,20
60:11 61:5,5
61:12 63:10
65:2,5 66:18
67:23 70:11
71:20 72:2
75:10 77:2
79:1 80:3,18
81:1,10,16,23
82:25 83:1,22
83:24 88:1
89:2 90:11
94:2,5 96:13
98:23 99:12
101:9 102:23
104:14 105:10
106:20,25
107:17 108:14
109:17,25
110:4,8 113:24
114:4,6,8
118:11 120:19
123:21 124:3
124:10,18,20
125:15,23
127:13 128:12
128:23 129:12
129:17 130:14
130:21,25
131:10,20
132:16 134:22
135:1,4,16
136:11 137:5
137:18,22
139:19,23
140:21
**ol** 9:10
**once** 22:3 28:13
   37:4,7,14
   58:25 91:7
   114:14 125:19
**One's** 20:25
**ones** 30:10

100:18 104:3,5
108:2
**operating** 99:10
   99:25
**opinion** 32:6
   122:15 128:11
   136:18
**opportunity**
   18:17 93:7
**opposed** 9:21
   17:14
**Optimizing** 82:1
   120:20
**oral** 108:9
**order** 27:2 37:18
   87:7 96:6
**organ** 19:19
**originally** 112:4
**Osterhaus** 16:7
   33:9 58:13
   59:22 94:11
   113:13 119:24
   133:21 138:11
   138:19
**outcome** 96:19
**outlet** 21:18,23
**outlier** 4:12,13
**outside** 47:15
   49:8 113:10,13
**overall** 41:6
   55:1 89:13
   98:10 120:25
   121:6 131:19

**P**

**P** 3:1 142:1
**p.m** 1:20 6:4,5
   7:3 80:4,5
   114:9,10
   140:24
**pacer** 20:12
**pacers** 124:7
**packed** 57:6
**pads** 20:14
**page** 2:16 8:1
   33:7 34:4
   36:13 53:15

54:12 59:3
81:24,25 82:23
84:10 85:16
108:14,24
118:1 120:19
142:8
**pages** 1:12 9:14
12:3 141:7
142:4
**Palmisano** 2:12
**paper** 58:9
**parameters**
47:15 105:17
**part** 3:13 9:17
9:19 10:5 15:9
15:14 16:1,4
18:10,20 19:1
19:15 29:12,20
31:23 53:10
54:16,21 56:24
73:12 82:14
101:6
**particular** 27:12
35:23 61:24
87:21 129:1
**particularly**
7:21 56:6
139:18
**parts** 9:19 54:22
**patches** 116:24
**path** 95:25 96:1
**patient** 18:2
99:18,20
119:21 140:9
**patients** 18:15
18:18 19:11,16
**peds** 14:14,24,25
15:3
**pending** 48:9
**Pennsylvania**
4:10
**people** 4:23
21:10 34:10
53:18 56:2
118:23 119:4
138:20,23
140:8

**percent** 24:23
57:3 130:17
**percentage** 15:2
17:13
**perfect** 8:23
15:11 28:2
**perfectly** 38:7
39:7 92:5
**perfusion** 57:1
59:12,13 82:1
105:17 120:20
120:22
**perfusionist**
16:12
**perfusionists**
16:15,24
**peri** 51:1
**period** 105:25
106:16
**periodically**
14:21 25:25
46:17 47:17
**perplexed**
138:16
**person** 23:15
103:16 119:25
138:15
**personnel** 22:20
138:6
**PF** 45:18,19,21
**phone** 6:1 12:8
24:11
**phrase** 48:16
77:20 121:13
**physically** 50:7
50:19 70:9
125:8,20
**pick** 8:17 19:22
36:4 45:7
53:15 102:3,11
102:25 103:14
103:18,20,24
108:9,21
109:10,22
112:20
**piece** 58:9
**pilot** 139:4,6

**place** 46:15
141:5
**places** 14:21
**Plaintiff** 1:5 2:2
**plan** 139:13
**plane** 26:19
35:16,18,22
38:25 54:7
90:3 103:19
108:10 114:14
117:7 136:24
136:25 137:14
137:15 138:11
139:1,3
**planes** 21:4
**plastic** 21:1
**players** 140:4
**please** 4:8 34:4
72:24
**plenty** 109:1
**plugged** 21:17
21:22
**point** 25:8 48:5
61:24 72:6
74:14 82:7
85:3 88:5
121:21 136:4
140:3
**points** 82:3 85:8
90:24 115:12
**pop** 140:10
**portion** 13:7
**ports** 70:10
**position** 3:17,22
4:2 119:25
**possibly** 4:4
109:13
**preamble** 52:23
**precise** 75:19
**predict** 17:20
**prepare** 8:24
10:18 11:7,19
12:24
**preparing** 9:17
**PRESENT** 2:10
**press** 3:22
**pressure** 40:12

48:18 64:12
65:3,10 67:4
68:3,5,14,20
69:3 70:11,13
71:3 72:10,14
74:17,22 76:2
76:8,19 77:11
79:16,17 86:18
89:7 90:15,23
91:12 92:17,22
93:8,13,21
94:2,14,24
95:8,9,13
96:10 117:16
132:13,22
**pressures** 29:10
29:11 31:24
33:11 39:1,4
39:12,14,21
40:1,3 41:4
42:1,3,16
43:25 44:1,3
44:20,25 47:6
47:7,14,17
48:2,13 49:6
49:17 50:2,15
50:24 51:13
53:2 54:9
63:20 89:8
90:19 92:1,5
96:17 105:22
106:15 111:19
115:14,20
116:6,19,25
117:9,11 119:2
129:23 133:11
136:15
**presumably**
22:12 55:17
139:6
**pretty** 56:3
60:12 106:21
126:20 140:4
**prevent** 70:13
**preventing**
40:20 90:22
**previously** 11:23

124:9 125:24
**primary** 81:17
**prime** 57:10
**primed** 57:13
**printout** 57:25
73:7 90:21
**prior** 25:18 57:6
**privilege** 80:25
**privileged** 3:19
80:15,24
**probably** 17:5
35:17 52:15
55:20 62:10
77:9 113:20
140:3
**problem** 73:14
123:7 126:6,14
126:16,21
129:4,13 132:9
**problems**
124:23
**proceed** 3:23
5:21
**procured** 111:7
**produced** 112:2
**producing** 62:7
62:12,13
**professional**
14:9,11 17:13
**program** 13:23
14:1 15:14
112:11
**projects** 18:1,5
**protect** 26:20
**protection** 26:16
**provide** 11:25
12:2
**provided** 10:5
12:3,4 45:5
87:23
**Public** 141:17
**published** 21:8
**pulled** 24:11
**pulmonary**
60:19,22 61:8
62:11,21 63:6
64:21 66:19,24

72:18 73:21
74:8,16 86:15
87:18,19 95:3
95:22
**pump** 59:15
68:1 70:11,13
71:2 72:8
73:21 93:17
**pumped** 7:19
**purposes** 26:15
84:25
**pursuant** 1:16
**put** 35:21 55:16
56:12 99:3,24
**puts** 11:10
**puzzle** 127:16

**Q**

**qualified** 141:3
**question** 4:7
25:15 27:6
30:8 31:21
32:3 37:23
40:6,16,21,22
40:25 41:2,8,9
41:14,16 42:6
44:11 46:10
47:4 48:4,9,10
48:15 50:9,14
52:1,5,23,24
55:15 60:5,7
64:20 65:24
66:22 68:21
71:16,25 72:12
76:12 81:8
83:25 84:2,3
85:24 86:8,9
88:6,11 89:25
90:4 91:15,22
92:11 93:15,19
94:18,18 95:24
97:15,23,24
98:3,4 100:7
101:2,19,20
102:7,8,24
104:19 105:4
105:20 107:23

109:20 110:20
126:23 127:22
128:18 133:4
138:19
**question's** 68:21
**questioning**
81:16
**questions** 5:2
8:21 29:17
37:5,7 52:6
80:13,23
114:24 115:1
115:13,16,18
118:4 122:3
123:22 137:19
137:20
**quick** 7:25 114:7
**quickly** 46:18
**quiet** 8:5
**Quite** 139:7
**quote** 120:22
121:9
**quotes** 4:5

**R**

**R** 3:1 141:1
142:1
**raise** 3:20
**raised** 122:8,23
**range** 27:7 28:6
39:2,16 45:3
46:18 51:1
62:23,24,25
105:24 106:16
107:3 117:1
**rare** 140:8
**rate** 84:21,23
128:22
**rational** 52:19
**raw** 11:13
**re-create** 96:14
**read** 56:24 98:3
120:21 137:21
142:3
**reading** 24:13
24:15
**readout** 73:8

**ready** 90:14
**really** 8:5,10
18:21 38:4
51:17,21,24
78:23 79:9
93:3 100:3
104:24 116:18
117:21 131:1,3
131:10,12
135:6
**realtime** 116:14
**reason** 42:9
56:13 61:7,18
62:20 75:10,13
76:18 79:6,18
112:4 124:6
138:2
**reasons** 60:21
98:7 111:20
**recall** 19:6 22:10
34:3 35:23
50:10 51:4
53:24 57:20,23
60:20 61:17
62:18 65:19
72:4 75:13
79:6 100:24
107:24 111:9
113:18,22
118:12 125:2
125:16,21
126:6 127:1,5
130:1 131:23
132:15 134:21
134:24 135:3
137:17
**Recess** 6:4 80:4
114:9
**recheck** 65:11
68:14 69:7,20
**recipient** 99:19
**recollection**
115:5
**record** 3:15 6:3
7:1 8:1 32:23
80:3,7 81:12
81:13,14 82:24

114:8,12
115:19 118:3
137:23,24
138:8,13
140:10,22,23
**records** 45:12
138:7
**red** 57:6
**refer** 108:17
**reference** 9:11
10:2,4 71:19
77:8
**referred** 48:11
**referring** 10:23
50:17 133:8
**reflect** 88:21
**regard** 120:4
**regarding** 3:4
**regular** 38:18
**regulate** 90:19
91:2 116:6
117:2
**regulated** 90:22
**rehabilitate** 5:4
**relevant** 77:24
78:19 138:20
139:18
**relying** 22:5
84:4
**rem** 115:25
**remedy** 5:15
86:16
**remember** 12:16
12:17 23:21
24:1,2,3 33:1
34:24 36:22
37:8 41:10,13
41:17,19 51:8
57:12 70:7,8
107:12,13,14
108:7,11
111:22 115:15
118:4 126:14
126:16 130:5
135:1,14 137:6
**remembered**
34:25

**removed** 99:3,13
99:23
**repeatedly** 52:8
97:2
**rephrase** 86:21
**reporter** 6:3 7:6
8:18 80:3,7
81:13 114:8,12
137:22 140:23
141:3
**represent** 82:23
**reputation**
110:1
**require** 139:12
**required** 18:10
119:14,15
124:23 139:22
**resources** 22:20
132:20
**respect** 48:15
81:18 107:17
**respiratory** 13:4
13:7,15,22
14:5,6 15:7,13
15:19,22,23
**respond** 110:8
120:5
**responded** 96:20
109:13,14
**responding**
54:11
**response** 97:3
97:16 116:19
117:14,17
120:11
**responsibilities**
123:8
**responsibility**
101:5,6 104:7
114:19
**responsible**
19:25 33:23
100:18,19
101:10
**return** 102:23
**review** 3:7
**reviewed** 9:1

10:24
**reviewing** 36:19
46:1,8 47:16
64:17 66:9
**Reynolds** 11:4
16:11 33:9
112:7
**rhythm** 84:20
**ride** 33:18,24
34:2,11 50:13
96:24 105:5,12
106:4 136:24
137:1,3
**rides** 32:18 33:1
33:12,15 43:21
45:2 46:4
49:14 104:21
**right** 3:20 7:24
8:10,20,23
10:9 11:5
12:22 17:21
18:8,23 20:1,4
22:10,13,18
23:20,24 24:11
25:13 26:1,6
27:12,18,24
28:3,18 29:8
29:13,20 30:2
30:7,12 31:9
32:15,18 33:13
33:16,24 34:2
34:7,21 35:3,7
35:10 36:2
37:4,16,19
38:2,8 40:4
41:5,24 42:4,8
42:16,20 43:6
43:12,16 44:2
44:3 45:11
46:10,16 47:12
49:20,23 50:7
51:8,17,21,25
53:9,15 54:3
54:23 55:1,5
55:22 56:10
57:10 58:14,21
59:23 61:9,14

61:25 62:2,5
62:14 63:4,11
63:15,24,24
64:8,24 65:6
65:12,16,23
66:1,5,8,11,15
66:20 67:2,6
67:11,21 68:9
68:15 69:4,8
69:11 70:14,17
70:24 71:3
72:9,15,18
73:15,22,23
74:4,17,23
75:3,8,22,24
76:20 77:4,11
77:17 78:15,24
79:10 80:19
82:8,12,18,21
83:2,10,12,20
84:8,17 85:9
85:15,22 86:2
86:19 87:4,8
87:12,14 88:3
88:9 89:17,23
92:6,14 93:10
93:13,23,25
94:16,25 95:8
95:18,23 96:25
98:23 100:4,10
100:11,23
101:7,17 102:1
103:7,9,10,12
103:21 104:1
105:6 114:23
115:16 116:11
118:5 119:22
121:4 122:11
122:13 123:9
124:8 126:21
127:11,23
129:6 130:19
130:24 132:3,5
133:17 134:21
135:8 136:24
139:17 140:21
**rise** 70:24

**rising** 68:13
71:1 132:11,21
133:7,18
135:20
**risks** 19:2
**road** 5:22 91:6
105:7,8 106:8
106:17,21
116:25
**roads** 105:12
**robotically**
119:17 135:11
135:13
**robust** 25:12
27:4,7,24 28:2
28:7,22 33:10
36:10 37:15,24
39:8,20,25
40:2,10 41:23
42:3,19 43:1,5
43:16 50:4,18
51:24 52:17
54:2 96:23
101:12,22
103:2,25 104:9
104:16 107:1,3
122:5
**robustness**
107:18
**Rochester** 1:18
13:10,11,22
26:5 34:20,21
96:25 105:14
106:10,12
114:14
**Rocky** 38:22
**role** 115:6 139:8
**Ron** 2:11
**room** 23:16
99:10,25
**rough** 105:14,16
106:7
**roughly** 130:7
130:10,20
135:9
**round** 124:20
**route** 106:5

**routine** 91:9
**routinely** 130:11
**row** 47:21 58:10
76:19
**rules** 3:15,16
7:25
**ruling** 3:21 5:20
**run** 9:1,3 10:22
19:24 20:2
23:3,11,18
24:3 25:4,18
25:25 36:23,25
37:1 82:12
83:13 84:5
96:16 98:8
100:21 103:17
104:4 108:3
111:5,22
113:24 115:22
118:19 119:20
122:21 123:15
123:16 124:11
125:13 132:2
134:2 140:19
**running** 132:23
**runs** 15:25
17:14 19:20
20:9 21:5 71:7
115:5 119:8
124:12,15,22
125:19 129:19
130:7,12,18,25
131:21 132:1
133:20 135:7

---

**S**

**S** 3:1 142:1
**sad** 110:17,18
**safety** 56:25
**samples** 120:24
**saved** 65:21,25
66:4
**saw** 41:22 53:8
54:6,7 59:7
96:18 101:18
102:20
**saying** 8:7 28:1

30:10 36:18
39:11 40:2,11
44:23 86:4,10
91:16 106:24
107:6 133:8
136:19
**says** 4:21 9:10
44:9,9,10,11
56:25 59:11
69:15,16,17
71:4 82:1,4
85:3 87:13
88:25 97:4
120:21 121:9
**scenarios** 58:20
59:3 60:1
**school** 13:5,8
**Science** 13:13
**Sciences** 13:9
**screen** 26:12
129:8
**SCS** 21:15
**SEAL** 142:21
**searched** 12:12
**sec** 104:25
**second** 10:15
64:1,2,6 66:25
74:7 80:11
81:12 86:25
87:6,10 88:17
89:16 90:6,14
91:10 92:13
95:12
**seconds** 94:6
129:10,13
**secreting** 67:8
67:20
**section** 81:25
121:22
**see** 5:14 18:15
27:1 29:6,7
30:2,6,18,21
32:2,8,14,21
33:3 34:9,13
36:16,18 37:17
37:19 39:21
48:1 49:18

53:19 54:15,20
55:1,3,16 57:3
57:7 59:17
65:22 66:4
67:8,21,24
73:7,16 74:10
82:1,5,5 84:11
84:12,17,19
85:9,17,21
86:25 87:7
88:17 89:10
91:7,10 92:13
93:11 95:16
99:12,13
100:16,16
101:17 102:1,2
102:22,22
104:8,11,11,13
104:15 108:16
109:15 112:16
117:9 121:11
121:14,18
122:16 136:3
**seeing** 33:1
47:19 74:9
83:6 91:4
92:21 103:4
104:16 107:19
120:6 124:4
126:11 133:5,9
133:17
**seen** 11:23 25:20
27:17 35:12
59:4 71:22
131:11
**sees** 48:12
**send** 4:12 108:1
112:12 116:25
**sending** 24:16
27:16 33:8
**sense** 23:9 24:13
24:14,15
133:23
**sent** 3:6 4:3,16
33:22 52:14,20
108:2,18 136:6
138:4

**sentence** 34:9
120:21 121:9
**separate** 84:10
84:16
**September**
113:25 140:18
**serious** 105:4
127:1
**set** 47:18 48:18
59:9,17 60:2
60:15 61:12
65:3 67:4 73:2
73:10,12,16,19
73:20 86:17,25
87:3,6,10 90:6
90:14 91:7,10
95:12,14,20
**sets** 121:11
**setting** 60:25
**settings** 116:18
**settle** 92:25
**Seventy-five**
65:4
**Shakes** 8:16
**share** 119:10,10
**sheet** 48:6
**short** 105:25
106:16
**shorthand** 141:3
141:4,9
**shortly** 112:24
**shouting** 97:15
**show** 33:2 73:1
87:10
**showed** 66:16
67:1,10 129:8
**showing** 9:8
32:23 95:17
**shows** 85:4
90:21 92:14
95:12,20
**Shulman** 2:14
**side** 129:22
135:5
**sign** 97:16
137:21
**Signature**

142:19
**signs** 10:21
**Simha** 1:3 2:12
7:3
**simple** 3:9 68:22
**single** 90:16
117:17 119:16
**sinus** 84:20
**sit** 27:11 116:1
139:16
**sitting** 127:15
**situation** 110:10
110:12,23
**six** 17:17 135:6
**sixth** 2:4,8 83:19
**Skow** 16:9 34:7
34:15 53:17
111:25
**sleep** 37:21
123:4 127:21
130:11
**sleeping** 38:1
129:14 130:21
131:22 136:7,9
136:23,25
137:3
**slight** 51:1
**slightly** 55:17
59:24 85:2
**sluggish** 131:16
131:18
**small** 127:11
**snappy** 107:4,7
107:8,14 131:2
131:5,10
**solely** 15:24
**somebody** 12:18
17:20 28:16
35:17 37:5
**something's**
45:24
**soon** 137:13
**sorry** 17:11
36:13 58:10
79:17
**sort** 71:17 110:1
**sought** 129:18

**sound** 118:15
**Sounds** 140:21
**sources** 118:17
**South** 2:4,8
**speak** 97:14
104:8
**specialist** 10:10
15:9,10 16:16
17:15,24 18:9
18:10 19:24
29:18 35:25
36:1 82:5 85:9
101:7,10,21
103:1,10
121:10,14
**specialists** 16:4
16:14,22,23,24
110:2 113:6
119:9 138:12
**specific** 27:9
113:18 126:6
**specifically** 24:2
51:19 135:25
**specifics** 113:21
**speculation**
51:11
**spent** 17:14
**spin** 55:17
**split** 17:3
**spoke** 24:22
80:16,20,22
**spreadsheet**
10:20 11:15
45:5 57:25
64:19 87:17
115:22 116:10
**spring** 17:8
**St** 105:14 106:10
**stabilization**
117:23 124:5
**stabilize** 89:6
92:1 96:11
116:23 117:13
**stabilized** 77:17
83:5,17 84:8
91:7 92:5
117:10,11

**stable** 82:7,10
82:14 83:14,18
84:11 85:21
**staff** 22:22,25
23:2
**standpoint**
83:20
**stands** 25:19
27:10,12 131:4
**Starbucks** 14:10
**start** 45:11
95:21 97:14
115:4 124:4
**started** 15:16
73:3 82:17
83:6
**starts** 65:6
**STATES** 1:1
**statistics** 19:11
**stay** 54:12
**stayed** 66:11,24
**stays** 70:11
**stenographic**
141:4
**step** 20:7 71:12
85:20,20 86:1
86:1,22,23
88:3 119:16
**steps** 87:21
**sterility** 20:18
21:2
**stick** 28:24
29:16 30:13
40:16 88:1
103:12 125:4
125:23
**sticking** 74:4
**stop** 62:13 82:24
89:11
**stopped** 15:18
15:23
**stops** 82:21
**story** 29:13,20
**straight** 105:11
122:14
**strange** 38:4
**strategy** 86:24

135:20
**Street** 1:18 2:4,8
**strike** 84:1
**string** 34:6
**strong** 131:7
**stuck** 100:5
**studied** 19:10
**studies** 19:12
**study** 19:9
**stuff** 12:1,2
24:25 31:16,17
**subject** 80:12
**subjective** 31:17
49:22
**subjectively**
43:11,15,18
**substitute** 32:5
**successfully**
111:8
**suggest** 93:3
108:8
**suggested** 36:17
**suitability** 122:9
**Suite** 2:4,8
**summer** 17:8
134:19
**super** 7:19 68:22
68:22
**supplement**
139:21
**support** 139:13
**supposed** 56:11
56:20 61:11
63:17 64:10
65:10,15 67:24
68:17 69:1,2,6
69:12,15,16,17
71:2,22 75:2
85:11,20 86:1
86:15 89:10,20
90:15 92:16
94:15 95:14,16
95:21 96:2
107:20 112:3
**sure** 5:8,10 7:25
8:3,13,19
10:16,17 15:6

19:14 29:5
30:24 33:4
47:5 48:6
53:12 56:13
59:8 72:7 80:2
81:19 94:23
100:21 105:10
109:21 115:19
117:12 120:16
124:21 136:6
139:2,5 140:2
**surgeon** 23:10
23:17 96:5
101:15 111:18
121:23 125:20
126:10,13,21
127:2,10,15,20
128:15,24
129:5,14,25
130:1,3 131:17
**surgeon's** 31:5
85:6 129:18
**surgeons** 20:4,6
21:8 23:13
24:17 28:19
29:15 30:9,23
31:12,12 32:12
34:1,17 35:4
37:16,25 53:5
54:14 56:15,16
57:21 88:22
100:15 101:15
101:25 102:21
103:22 104:3
104:11 107:25
108:10 110:25
118:21 119:22
120:17 122:11
122:24 123:4
124:1,9,24
125:9,11 126:1
127:5,6 130:11
130:21 132:1
136:2,5
**surgeons'** 101:4
132:19
**surgery** 121:2

**survival** 19:11
**SUV** 70:7,12
**SW** 1:18
**swear** 7:7
**sworn** 7:8,11
**sync** 58:14,16,20
59:1,3,10,17
59:22 60:2,16
60:25 61:13

————————

**T**

**T** 141:1,1 142:1
**table** 99:4,24
**take** 3:2 5:16,24
8:6 52:10
57:17,18 77:2
79:3 80:1
89:11 91:6,10
94:5 97:12,23
98:1 106:5,12
114:6
**taken** 1:16 5:1
6:4 7:20 64:4,7
80:4 114:9
116:11
**takeoff** 117:7
**talk** 3:11,18 4:21
4:24 5:1 8:11
13:1 24:24
30:12 37:3
42:14 80:11,16
112:20 125:9
126:4,13
130:15
**talked** 77:10
80:18 109:4
111:25 112:5,7
113:3,13,15,20
129:5 135:23
**talker** 8:5
**talking** 14:10
19:23 22:24
36:12 37:4
39:3,4,12,24
40:15 43:1
48:21 49:16
59:11 74:11

81:1,5 94:11
104:5 110:6
115:7 119:20
**talks** 56:24
**taught** 58:22
65:16
**team** 15:20 16:1
16:4 114:15
**technical** 9:21
**technology**
18:21
**tell** 3:25 12:10
28:16 29:12,20
45:21 47:19,21
54:8,18 63:8
74:15 76:9
77:6 83:4
87:19 88:22
91:3 98:6
99:21 101:9,20
101:24 102:10
102:21,25
104:12,15,15
109:11 112:10
112:17 119:6
124:3 125:5
**telling** 51:20
61:7 73:2 91:9
92:17 129:12
**tells** 65:8 67:5
68:12,12,25
69:2 74:16
76:13,14 86:14
91:12
**temporarily**
40:13
**ten** 26:10 59:21
65:11 68:15
69:7,23 75:1
75:21 95:15
115:8 124:15
124:19,22
125:18 129:19
130:7,16 135:5
**ten-or-so** 130:25
**tens** 12:3
**terms** 27:1 82:4

113:21 121:10
121:14 140:13
**testified** 7:11
125:24
**testifying** 126:8
**testimony** 5:4
38:15 39:6,13
46:20 55:25
90:5,8 104:6
105:11 106:11
106:20 125:10
141:5
**text** 11:22 12:5,7
12:11,19 16:20
24:10 25:1
27:3 32:18,21
33:2,7,21 34:6
34:22 36:16,19
36:24 43:7
44:13 52:2,14
52:20 53:11,16
54:16 55:25
104:20 108:2,8
108:16,18
112:1 113:2,14
121:3 136:6
138:3
**texted** 53:14,17
97:10 106:25
109:10
**texting** 36:8
37:6
**texts** 24:13,15
37:10 137:2
**Thank** 137:19
137:22
**therapist** 13:4
13:16,22 14:6
15:8,13
**therapy** 14:5
15:19,23
**thing** 8:4,11
9:10,14,16,18
10:23 22:9
25:8,9 43:9
49:18 50:3,16
51:12 69:25

71:17 77:9
84:19 103:4
108:1 127:9,15
127:19 133:6,9
**thing's** 22:16
**things** 11:24
12:4 17:19
18:5,7 21:12
22:18 23:17
27:22 51:15
53:2 64:16
71:15 86:11
88:13,24 91:1
91:24 92:10,19
93:5,9 96:4,6
113:2 116:7
117:2,21
118:22 121:17
121:18,18
124:10 127:23
128:7 131:24
132:16 133:14
138:1 140:16
**think** 3:10,11
4:21 5:11,19
5:19 11:3
22:16 24:25
25:11 28:25
33:5 40:8 42:9
46:20 51:10
53:22 54:5
55:15 59:6
60:12 62:21
68:23 74:18
76:12,21,23
80:15,15 83:4
90:5 93:4
103:1,25 104:9
108:6 109:22
111:2,20
113:14 115:11
116:1,9 117:15
118:14 119:19
120:14 124:8
125:25 127:18
128:23 129:1
131:4,13

132:22 134:23
138:17 139:17
139:24
**third** 74:22 76:7
84:19 86:17
95:14,20
132:11,21
**Thompson** 2:3
2:17,19 3:8,25
4:8,16,25 5:7,9
5:11,25 7:14
9:8 40:23 44:6
44:14,16,19
45:10 48:10
52:3,5,9 58:8
60:6,10,12
80:2,8 81:15
84:1 97:3,18
97:22 99:6
102:9 114:6,13
114:23 118:1
121:12 123:24
137:18,25
139:4,9,19,23
140:2,11,15
**Thompson's**
115:12
**thought** 96:7
98:22 100:11
101:11,21
122:7 130:14
138:25
**thousands** 12:3
**three** 15:22 17:3
22:11 23:5,6
56:2 74:6
83:12 120:3
130:22
**throwing** 24:17
109:5 110:13
**till** 67:7
**time** 7:2,6 10:1
17:2,14,16
22:23 26:9
45:13 47:22
48:1,12,17,19
49:6,7 53:14

58:3 59:6
61:24 63:7,14
64:25 69:22
71:11 72:17
74:5 76:2
77:16 78:18
79:13 82:24
83:9 105:25
106:11,16,22
108:5,5 109:12
111:2 112:25
117:3 122:16
123:17,17
126:9 128:3,23
129:1,4,4,7,18
132:25 134:9
134:11,15,18
135:2 136:20
138:10 141:5
**times** 17:4 20:6
26:13 30:22
50:25 77:10
86:18 109:1,3
125:8,15,25
**today** 7:2 11:1
27:11 41:19
115:7 123:13
138:10
**today's** 7:3,4
**told** 17:5 23:20
34:15 54:3,5
78:22 87:16
92:19 94:15
95:2 98:19,21
100:10 102:14
102:25 103:24
108:11 111:13
113:15 124:13
124:14 125:5,7
129:8 131:24
132:17
**tonight** 106:7
**top** 19:6 107:6
**topics** 80:17
115:16
**total** 121:23
124:13,14

**tough** 8:12
**track** 10:14
**tracking** 42:23
**trained** 28:16
58:19,24
**training** 10:6,11
13:3,15 17:2,6
19:1 56:23
60:2,24 65:8
65:15 67:5
68:9,10,11,25
69:11,15 74:15
74:16 76:9,13
77:6 79:7
81:24 85:19
86:14 87:22
88:2,8,15
91:11,20 94:15
95:11 100:20
111:14,16
117:25 118:18
119:4,5,14,16
119:25 122:8
132:12,18
133:2 135:12
**transcript** 97:13
141:6 142:4,5
**transcription**
141:8 142:6
**transfusing** 57:6
**transient** 46:22
46:24
**transit** 31:9 90:2
106:18 117:6
**TransMedics**
9:22 111:11
119:9
**transplant** 99:1
100:3
**transplanted**
111:8
**transplanting**
23:17
**transplants**
18:16
**transport** 26:15
69:21 75:5

116:5
**transportation**
21:14,15
**transported**
90:17
**transporting**
19:3
**transports** 32:16
69:20
**trend** 54:20,22
82:8,11 83:14
83:18 84:11
85:22 87:7
89:15 120:25
121:7 124:5
**trends** 78:23
83:6 89:13
136:15
**tried** 40:8 86:18
**tries** 117:2
**Trilogy** 22:15
**trip** 35:23
**true** 30:25 33:19
35:13,14 43:2
43:3 50:20
56:8 62:8,9
70:21,22 83:15
84:14,21 85:13
85:14 87:1
100:4 141:7
142:5
**Trustee** 1:3
**try** 5:3 7:25 8:8
8:10 73:6
89:11 119:12
119:12
**trying** 8:6 62:13
92:23 93:3
117:4
**tubing** 103:6
**turbulence**
38:21,25 45:3
91:6 94:8 96:4
96:8 104:22
105:2,5,7
116:4 117:8
**turn** 11:10 58:23

60:16,17 62:21
63:19,19,21
73:6 77:10
79:13 93:25
**turned** 58:14
59:22 61:19
62:11,17 73:2
76:25 77:1
79:16
**turning** 61:1,8
61:17 62:18
70:13
**Twenty** 58:10
94:6
**twenty-three**
83:3
**two** 10:11,12
13:24 15:22
17:3,7 20:22
23:11,13 33:15
53:5 54:22
63:22 64:21,23
76:19 78:19
83:7 84:16
88:20 90:24
92:7,9,22,24
93:1 103:22
105:24 109:14
109:23 110:5
116:11 119:22
124:7,10,18,22
127:22 128:7
130:22 134:3
138:1
**two-minute**
46:19
**type** 18:5
**typed** 33:9
**typical** 60:15
**typically** 70:6
137:8,12

———————
**U**
**U** 13:6,10 142:1
**uh-huh** 12:6
16:6 17:9
18:19 27:19

45:10,14 51:3
56:17 59:25
77:12,14
**ultimately** 30:23
31:4 100:9
104:13 111:7
117:23 122:18
**UM** 13:21
**unclear** 8:21
**uncommon**
91:17,18
106:18 130:13
**undergraduate**
13:12
**underneath**
20:14
**understand**
29:16,18 51:14
61:21 72:5
81:20 102:7
103:23
**understanding**
16:2 19:23
**Understood**
11:18
**unfairly** 110:19
**UNITED** 1:1
**units** 14:18
**unquote** 120:25
121:11
**unusual** 140:13
**upgraded** 21:16
**use** 30:4,15
55:13 59:3
139:13
**usually** 21:19,22
35:24

———————
**V**
**V** 37:5 96:18
98:15,19,22
100:1 102:4,12
103:15,21
104:5 108:10
114:16
**varies** 107:4
**various** 115:13

**vast** 17:16
**vehicle** 26:3,4,16
38:13 69:21
70:1,9
**venous** 55:4,9,21
56:8 62:4 67:8
67:9,10,13,16
67:25 68:4
75:15 77:21
78:4,9,12,14
79:4,8 81:20
84:13 120:24
**vent** 22:15
**verbal** 8:15
108:21
**verbatim** 141:3
**versed** 119:2
**versus** 7:3 19:10
23:10
**viability** 122:9
**video** 1:17 8:17
80:6 114:11
**Videographer**
2:11 7:1 80:6
81:11 114:11
**view** 23:25
119:13 123:8
**visual** 85:4,7,12
100:20 103:5
107:20
**visualizing**
106:2
**visually** 101:5
101:11 102:15
**vital** 10:21
**voice** 8:4,8
**Volume** 1:12
**vs** 1:6

———————
**W**
**wait** 67:24 73:16
90:18 91:1
92:12 96:11
129:3
**waiting** 18:16
91:25 92:18,24
**wake** 123:10

124:23 126:1,2
128:3 132:7,8
132:10
**waking** 125:23
126:25 127:21
128:10 132:9
**walks** 85:19
**want** 3:23 4:7
5:20,20,25
10:17 23:24
29:6,7 30:6
32:21 33:3
52:13 53:12
54:25,25 55:3
56:22 58:2,3
67:21 78:6,7,9
84:12,17,19
86:6 96:11
105:10 115:18
117:3,12
121:17 136:17
**wanted** 3:2
18:20 94:25
112:15 128:15
129:22,23
140:5
**wanting** 84:11
**Washington**
111:24
**wasn't** 25:11
28:22,25 32:17
36:1 38:16
40:2,10,11
41:8,23 42:1
43:5,15 44:24
46:3,11 47:1
48:24 50:4,5
50:12,14,17,18
51:6,24,25
52:17,17 54:2
63:3 66:22
68:21 88:6
90:21 98:24
101:19 102:20
107:6,7,11
110:22,23,25
112:15 114:4

114:21 128:13
128:19 133:1,1
140:19
**wasnt** 33:10
36:9 39:20
42:2,18,25
**watch** 101:8
**watching** 26:6,8
26:9,21 30:5
30:18 31:2
**way** 8:21 24:18
26:3,5 28:17
29:22 30:24
32:12 34:17,18
34:20 35:5
36:15 39:4
43:14,19 49:8
49:22 50:6,19
52:16 53:25
68:18 78:22
96:16,24 100:2
106:9 123:5
127:19 138:17
**ways** 53:5 58:25
85:15
**we'll** 5:14 10:15
24:24 30:12
37:3 54:12
86:22 137:21
139:21
**we're** 7:1 8:1
17:17 23:23
29:6,9 30:15
43:9,10 54:23
66:15,22 70:6
74:4 78:1,5,21
80:6,7 89:13
89:13 90:2
91:4,5 92:10
92:18 104:5
113:8 114:11
114:12,17
116:24 119:20
128:2 133:8,11
136:16 138:18
**we've** 45:12
73:22 77:9

95:15 119:9
140:3,3
**week** 134:8
**weekend** 10:3
**weeks** 17:18
**went** 9:2,18
10:11 12:10
68:19 74:2
79:23 111:5
119:4 134:2,7
134:23 140:18
**weren't** 24:22
34:1,17,20
41:4 43:1
49:16 53:8
75:6 100:17
111:1 131:19
132:3 136:9
139:7
**whack** 42:2
45:16,22 46:6
47:7 48:2,13
48:16
**whatsoever**
96:15 104:7
**white** 88:24
**WHITNEY** 2:7
**Wi-Fi** 21:4,18
21:20
**wide** 27:7 28:6
107:3
**witness** 2:16 7:4
7:7,8,10 32:23
34:5 39:19
40:20 46:1,8
47:16 48:8
52:25 58:1,4
64:17 66:9
76:17 79:2,25
97:15,25
108:15 118:2
138:2 142:19
142:21
**witnesses** 3:5
140:1
**woke** 37:5 54:7
123:10 126:7

126:10,13,21
127:3 128:24
137:7
**woken** 123:1,25
124:8 125:8,11
125:20 127:6
129:14
**woman** 138:9
**wondering**
120:11
**word** 10:10
118:14
**words** 70:23
118:12 122:4
**work** 15:8,13
22:22 38:12
113:10 119:12
**worked** 14:12
14:18 21:9
108:25
**working** 18:3
23:3 73:18
112:25 116:7
132:25
**works** 119:11
130:5
**worse** 19:11
**wouldn't** 28:1
63:25 70:12
72:1 75:11
76:11,25 100:3
119:8
**write** 21:12
22:19
**wrong** 3:10 4:13
5:23 24:15
25:3,19 42:10
42:16,20 49:25
50:1,2 60:6
102:19 123:20

_____
**X**
_____
**Y**
_____
**yeah** 11:12 24:6
24:21,24 26:25
28:20 29:11

31:8 32:11
40:8 44:18
47:6,14 49:2
49:19 60:10
69:10 74:13
76:15 80:14,21
86:22 88:6
94:13 97:20
99:17 102:13
103:18 113:11
113:23 114:5
127:4 129:16
130:20 132:6
133:13 139:9
**year** 13:25 41:11
41:17,20 42:9
42:13
**years** 10:12,12
13:18,19,20,21
14:23 15:22
17:7 134:3
**Yep** 9:25 11:18
24:8 26:14
113:4
**yeses** 8:15
**yesterday** 19:22

_____
**Z**
_____
**Zoom** 2:12,12
2:13,13,14
_____
**0**
_____
**00:31** 70:16
**01** 63:7
**05** 78:18
_____
**1**
_____
**1** 1:12 78:17
**1.04** 63:23 64:22
66:11,19,24
**1.09** 74:2
**1.1** 73:14 74:2,9
**1.11** 74:3,9,9
**1.12** 74:9,9,10
74:10
**1.13** 74:10
**1.15** 73:13

**1.2** 74:3
**1.35** 62:2 64:4
**1.49** 62:5
**1.87** 63:10 64:7
**1:00** 75:18
**1:04** 75:19
**1:33** 48:20 76:16
76:18
**1:39** 77:2 83:16
**1:44** 83:16
**1:49** 79:12 92:22
**100** 1:18
**115** 2:18 76:19
**12:30** 74:6
**12:31** 74:6 75:8
**123** 2:19
**13** 1:13,20
**13th** 7:2
**140** 141:7 142:4
**142** 1:12
**15-minute** 80:9
81:2
**1500** 2:8
_____
**2**
_____
**2** 34:10 53:18
54:15
**2.06** 67:10
**2.62** 70:17 75:22
**2.79** 75:22 79:23
**2.87** 77:3 79:23
**2:03** 77:16 83:8
83:19 84:8
**2:22** 1:19
**2:25** 6:4
**2:30** 7:3
**2:31** 6:4
**2:37** 47:23,24
48:11
**2:41** 79:1,3
**2014** 14:2,7
**2015** 15:10
**2019** 15:12,18
15:20
**2022** 17:8 134:5
134:22,23
**2024** 1:13,20 7:2

141:11 142:22
**21** 57:15
**22:33** 58:2
**225** 2:4
**23** 134:13
**23:06** 45:11,13
82:17
**23:26** 62:2 64:4
**23:31** 62:5
**23:33** 58:10,13
60:19
**23:39** 66:12,13
**23:49** 63:10 64:7
65:1,3 92:13
92:21
**23:51** 63:22
66:15
**23:54** 67:10 68:4
**23:57** 66:21
**23rd** 141:10
**24-CV-01097-...**
1:5
**24575** 81:25
84:10 118:3
120:19
**24626** 59:3
**24890** 62:1
**25** 56:22 57:3
**25075** 34:4
53:17 54:12
**25079** 33:7
36:14 39:18
**25080** 108:14
**25083** 53:15
108:24
**2942** 82:23
**2nd** 1:18
_____
**3**
_____
**3** 34:11 53:18
54:15
**3:20** 82:21,25
**30** 94:6
**30,000-foot**
23:25
_____
**4**
_____

**4** 59:3
**4:04** 80:4
**4:20** 80:4
**4600** 2:4

---

**5**

**5** 87:11 121:24
**5:05** 114:9
**5:07** 114:9
**5:39** 140:24
**50** 2:8 130:17
**50/50** 15:4
  130:10
**55** 58:10,10
**55402** 2:5,9

---

**6**

---

**7**

**7** 2:17 55:20
**75** 48:21 67:4
  72:15
**79** 84:23
**7th** 113:25
  140:18

---

**8**

**80** 65:10 67:6
  68:14 69:4
  71:3 72:15
  84:21,24 85:2
**81** 48:22

---

**9**

**90** 47:20 48:11
  84:21